**TIMOTHY SEWELL**

**CIVIL ACTION NO**
**VS**                                                                    **2:23-cv-317**

**THE LINCOLN NATIONAL**
**LIFE INSURANCE COMPANY**


     **NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **TIMOTHY SEWELL**, who submits the following list of parties with financial interest in this proceeding:

1.     Timothy Sewell, Plaintiff herein;

2.     The Lincoln National Life Insurance Company, Defendant herein;

3.     J. Price McNamara


     Respectfully Submitted,

     s/J. Price McNamara

     _____
     **J. PRICE McNAMARA**
     Bar Nos: LA 20291 & TX 24084626
     10455 Jefferson Highway, Ste. 130
     Baton Rouge, LA 70809
     Telephone: 225-201-8311
     Facsimile: 225-612-6973
     price@jpricemcnamara.com
     Attorney for Complainant