## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Timothy Sewell

v.                                           Case Number: 2:23−cv−00317

The Lincoln National Life Insurance
Company

---

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Nelva Gonzales Ramos**

**LOCATION:**

United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401

**DATE:** 3/21/2024

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Initial Conference

---

Date:   January 5, 2024                          Nathan Ochsner, Clerk