**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

**TIMOTHY SEWELL**

**CIVIL ACTION NO**
**VS**                                                 **2:23-cv-317**

**THE LINCOLN NATIONAL**
**LIFE INSURANCE COMPANY**

**JOINT MOTION TO ENTER PROPOSED RULE 16 SCHEDULING ORDER FOR**
**ERISA BENEFITS CASE TO BE DETERMINED ON ADMINISTRATIVE RECORD**

**NOW INTO COURT**, through their respective undersigned counsel, come Plaintiff,

**TIMOTHY SEWELL**, and Defendant, **THE LINCOLN NATIONAL LIFE INSURANCE**

**COMPANY**, who jointly aver:

1. This case involves claims for denied benefits governed by the Employee Retirement

Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1001, *et seq*.

2. The merits will be determined in usual ERISA fashion by trial on briefs in the form of

Cross-Motions for Judgment on the Administrative Record. The relevant evidence will be limited

to the administrative record, relevant ERISA Plan documents, as well as any authorized but

currently unanticipated exceptions to that limitation, as determined by the Court. Discovery is not

anticipated, but if any is sought, it will be limited to the narrowly permitted circumstances under

ERISA and applicable law.

3. The parties jointly propose that the following proposed Rule 16 Scheduling Order

submitted herewith will lend itself to judicial efficiency and orderly disposition of the case, and

pray that it be signed if acceptable to the Court.

Respectfully jointly submitted,

By: /s/ J. Price McNamara
**J. PRICE McNAMARA**
Bar Nos: LA 20291 & TX 24084626
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Phone: 225-201-8311
Fax: 225-201-8313
price@jpricemcnamara.com
**ATTORNEY FOR COMPLAINANT**


*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No.
16452560)
Email: iwana@rademaekerslaw.com
**LAW OFFICES OF IWANA
RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
**ATTORNEY FOR DEFENDANT**


<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 5th day of March, 2024, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to counsel of record.


/s/ J. Price McNamara
**J. PRICE McNAMARA**

2