**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **TIMOTHY SEWELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 2:23-cv-00317** |
| **THE LINCOLN NATIONAL LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S RESPONSE TO ERISA CASE ORDER

Defendant The Lincoln National Life Insurance Company files this Response to ERISA Case Order, pursuant to the Order (Dkt 9) entered by the Court on March 6, 2024, and states as follows:

(A)  Following exhibits filed herewith constitute a copy of the applicable insurance policy and complete Administrative Record:

1) Group Disability Income Policy (Lincoln/Sewell 001-043);

2) Appeal Decision Letter Dated September 27, 2023 (Lincoln/Sewell 093-103); and

3) Administrative Record (Lincoln/Sewell 044-092 and 104-712).[1]

(B)  ERISA preempts all state law claims related to the employee benefit plan and policy at issue in the above-styled action.

(C)  The relevant plan documents contain sufficient language to vest the administrator with discretionary authority to determine eligibility for benefits and/or construe and interpret the terms of the plan.

---

[1]  Documents labeled 056-093 are labeled and filed as part of Defendant's files concerning this claim, but it Defendant's position that these documents are not part of the Administrative Record, as they were received/produced after the September 27, 2023, uphold letter.

SUBMITTED this 1ˢᵗ day of May 2024.

Respectfully submitted,


By:   /s/ Iwana Rademaekers
          Iwana Rademaekers, Attorney in Charge
          State Bar of Texas No. 16452560
          S.D. of Texas No. 22781
          LAW OFFICES OF IWANA
          RADEMAEKERS, P.C.
          17304 Preston Road, Suite 800
          Dallas, Texas 75252
          Main:  (214) 579-9319
          Fax:  (469) 444-6456
          Email:  iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT


**CERTIFICATE OF SERVICE**

  I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court.  I further certify that a copy of the foregoing pleading was served via electronic mail on the following counsel of record:

J. PRICE McNAMARA
Email:  price@jpricemcnamara.com


  May 1, 2024                                    /s/ Iwana Rademaekers
Date                                                Iwana Rademaekers