PARISH/COUNTY OF <u>Nueces</u>

STATE OF <u>Texas</u>

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

### JAMES FENN

who after being duly sworn, did depose and state the following:

1. I had lunch with Tim Sewell on the afternoon of his diving accident at Woody's Sports Center in Port Aransas.

2. I do not recall Tim Sewell consuming any alcohol-containing beverages with his lunch or while at Woody's Sports Center.

3. The above is true and based upon personal knowledge.

_____
JAMES FENN

Sworn to and subscribed
before me this <u>24</u> day
of <u>July</u>, 20<u>23</u>.

<u>Karen Mann</u>
NOTARY PUBLIC
Notary/Bar No.: <u>128 25 8 758</u>
My Commission Expires <u>08-19-2024</u>

KAREN MANN
Notary Public, State of Texas
Comm. Expires 08-19-2024
Notary ID 128258758

EXHIBIT

3, part 2

**Lincoln/Sewell 474**

**From:**McNamara Law Office Support <support@jpricemcnamara.com>
**Sent:**Fri, 21 Jul 2023 16:20:36 -0500
**To:**LifeClaimDocs
**Subject:**Sewell - Claim 12885926

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good afternoon, Ms. Valliere,

We are in receipt of your July 19, 2023, letter. Linked below is a copy of our May 16, 2023, letter. Also enclosed are confirmation of successful fax delivery and a certified mail delivery confirmation receipt. Please confirm receipt of all enclosure pages numbered **001 to 269**.

Click Here to View our May 16, 2023, Letter

**This link will expire in seven days. Please download a copy for your records.

Additionally, we are writing to request an extension through and including August 18, 2023. We ask that no final decision be made until we notify you in writing that our submission is complete even if my client has previously submitted an appeal prior to this letter.

Please confirm receipt of this email and Lincoln's consent to the extension requested herein by return email (support@jpricemcnamara.com) or fax (225-201-8313).

Kind Regards,

Erika

## Support Team

### *Law Offices of J. Price McNamara*

Holding Insurance Companies to Their Promises

**Offices in Louisiana and Texas**

10455 Jefferson Highway | Suite 130 | Baton Rouge, LA 70809
Phone:  225-201-8311   Fax:  225-612-6973   Alt. Fax: 225-201-8313
support@jpricemcnamara.com | www.jpricemcnamara.com

**Lincoln/Sewell 475**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, July 19, 2023 11:14:17 AM |
| To: | SUPPORT@JPRICEMCNAMARA.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]McLarens, LLC Claim No. 12885926 Timothy Sewell |
| Attachments: | yvfyhcpaihqckvvdutaa_15711427.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Sewell 476**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

July 19, 2023

J. Price McNamara
Law Offices of J. Price McNamara
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE, LA 70809

RE:  Waiver of Premium Benefits-Group Life Insurance
     Policyholder: McLarens, LLC
     Policy #: SA3-890-LF0483-01
     Claim #: 12885926

Dear J. Price McNamara:

In response to your correspondence dated July 17, 2023, we ask that you please resubmit appeal enclosure pages 030 - 269 to this office either by email at LifeClaimDocs@lfg.com or via fax at 603-334-0401.  Current documentation on file includes pages 001 - 029 only.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 334-0401

**Lincoln/Sewell 477**



**LAW OFFICES**
—— OF ——
**J. PRICE McNAMARA**

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

July 17, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

Lincoln Nation Life Insurance Co.
Disability & Life Claims
**Attn: Tawnya Valliere**
P.O. Box 2578
Omaha, NE 68172-9688

> Re:  **Claimant: Timothy Sewell**
> **Claim Number: 12885926**
> **Policy Number: SA3-890-LF0483-01**
> **Policy Holder: McLarens, LLC**
> **Waiver of Premium Benefits-Group Life Insurance**

Dear Ms. Valliere,

We are in receipt of and will be responding to your July 14, 2023, letter.

Meanwhile, please confirm that your claim file contains our 269-page appeal enclosure package sent with our May 16, 2023 appeal. The pages are Bates-labeled pp. 1-269 at the bottom right of each page.

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej

**Lincoln/Sewell 478**


**Lincoln Financial Group®**

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: July 14, 2023 | |
| To: | J. PRICE MCNAMARA<br>LAW OFFICES OF J. PRICE MCNAMARA<br>10455 JEFFERSON HIGHWAY<br>STE 130<br>BATON ROUGE LA 70809 |
| Attn: | |
| Fax: | (225) 201-8313 |
| From: | Tawnya Valliere<br>Claim Resolution Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages<br>(Including Cover): 9 | |
| RE:<br><br>Claim #: 12885926<br>Claimant: Timothy Sewell<br><br>McLarens, LLC | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Sewell 479**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

July 14, 2023

J. Price McNamara
Law Offices of J. Price McNamara
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE, LA 70809

RE:    Insured: Timothy Sewell
        Policyholder: McLarens, LLC
        Policy #: SA3-890-LF0483-01
        Claim #: 12885926

Dear J. Price McNamara:

The Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Accidental Dismemberment benefits under the McLaren s, LLC Group Life Insurance Policy. We are writing in reference to the above-referenced claim for Accidental Dismemberment benefits under the Policy.

We are in process of reviewing your appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on the appeal.

Please find attached Clinical Review Memo by a board certified physician, which is new or additional evidence in connection with the appeal. You may review this report and provide a written response to us, which we will consider in making our decision on the appeal.

Please submit any written comments or additional documentation to us at the address in the upper right-hand corner of this letter, or you can email to LifeClaimDocs@LFG.com or fax to (603) 334-0401.

Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. If your response is not received by August 04, 2023, we will proceed with making a determination on the appeal based on the information contained in your file. If you do not intend to provide a response, please notify us in writing as soon as possible.

Due to these special circumstances, an extension of time to process the appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act

**Lincoln/Sewell 480**

(ERISA).

Under ERISA, an appeal determination should be rendered within 60 days of receipt of appeal, unless there are special circumstances beyond Lincoln s control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 60-day extension to evaluate and render an appeal decision. Pursuant to ERISA regulations, additional time for a final decision may exceed 120 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate the claim. (Tolled: accumulation of time is suspended.)

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 334-0401

Attachments:   12885926-MEDICAL-CP/PEER REVIEW-06.07.2023

**Lincoln/Sewell 481**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| McLarens LLC | Timothy Sewell | 12885926 |

| Report Date: | 06/07/2023 | | |
|---|---|---|---|
| Referred By: | Tawnya Valliere | Claimant DOB: | |
| Referral Date: | 05/25/2023 | Job Title: | |
| Due Date: | 06/12/2023 | Medical/ Surgical Condition: | |
| Referral Type: | AD&D Review | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LIFE |
| Other Considerations | | LDW: | 08/25/2021 |
| | | DOD: | |
| Physical Demands: | | BBD: | |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

This is an appeal: Please do not assign referral to Dr. Robert Millstein who previously reviewed this claim.

Note: The following report and conclusion are based only on the submitted records available for review in the claim file. If additional records such as complete medical records from Corpus Christi Medical Center and the Port Aransas EMS Run Report or other pertinent records become available for review, I will be happy to do an addendum to this report.

**Questions**

**Please review the available evidence on file and comment on whether the presence of alcohol in the Covered Person's blood contributed to the cause of the accident. Medical records are also contained with associated LTD claim # 12021334.**

Response: Blood from the claimant was tested on the day of admission to Corpus Christi Medical Center and revealed alcohol at a concentration of 222 mg/dL. This is equivalent to a blood alcohol concentration of 0.222%. Mr. Sewell's hospital diagnoses included alcohol abuse with intoxication. Blood alcohol concentrations greater than 0.05% cause a state of increased euphoria, exaggerated behavior; reduced coordination, difficulty steering, reduced ability to track moving objects and reduced response to emergency driving situations. Blood alcohol concentrations greater than 0.08% impair muscle coordination (balance, speech, vision, reaction time, and hearing), detection of danger, judgment, self-control, reasoning, memory, concentration, perception, and reduce information processing capability. Blood alcohol concentrations above 0.10% impair reaction time and control. Blood alcohol concentrations above 0.16% cause major loss of balance, coordination, reaction time, attention to task and impairment in visual and auditory information processing. The presence of alcohol in Mr. Sewell's blood caused or contributed to the accident which resulted in his cervical spine injury because it affected his judgment regarding safety and the dangers of diving into water of uncertain depth.

*Records reviewed:*
- Corpus Christy Medical Center: Continuity of Care Document created 12/5/22 – Contains partial medical records for 08/28/2021.

**Lincoln/Sewell 482**

- Shepherd Center; Restrictions Form; signed 11/1/21.
- Shepherd Center; Partial medical records date 9/21/21, 10/29/21, 11/1/21 and lab/imaging results – various dates beginning 9/21/21.
- Dismemberment Claim Form; signed by Gaye Sewell POA – 11/30/22 and Dominique Van Beest, MD on 11/17/22.
- Dominique Van Beest, MD; LTD Attending Physician Form; dated 12/14/22.
- Multiple letters from Attorney J. Price McNamara including last letter in claim file dated 6/2/23.
- Multiple Affidavits included with Attorney McNamara's letter dated 5/16/23.
- Medical Review dated 4/28/23 by Dr. Thomas Arnold, MD, FAAEM, FACMT, Emergency Medicine and included with Attorney McNamara's letter dated 5/16/23.
- Texas Parks and Wildlife Records Department; email dated 11/14/22.

NB: The submitted records in the claim file do not include the Port Aransas EMS Run Report or the complete medical records from Corpus Christi Medical Center referred to as reviewed by Dr. Arnold for his Medical Review dated 4/28/23. The Continuity of Care record noted above is an 18-page document with admission labs and imaging and admission encounter diagnosis but no physician records such as Emergency Department history and physical, hospital admission history and physical, consultant records, social worker evaluations or progress notes.

*Assessment:* Timothy Sewell is a 58-year-old male who, on 8/28/21, sustained a traumatic spinal cord injury involving his cervical spine when he reportedly dove into shallow water from a boat. Among other findings, diagnostic imaging on admission revealed C4-C5 locked facet dislocation, C4-C5 anterior subluxation, cord edema from C2 to mid C6. Blood testing revealed and ethanol concentration of 222 mg/dL. This is equivalent to a blood alcohol concentration (BAC) of 0.222%. He underwent C4-C6 ACDF with plating. His encounter diagnoses as listed in the Continuity of Care Document were: unspecified injury at unspecified level of cervical spinal cord, initial, 3; contact with and (suspected) exposure to COVID 19; sepsis, unspecified organism; severe sepsis with septic shock quadriplegia, unspecified; pneumonia due to methicillin susceptible staph; acute respiratory failure with hypoxia; other shock; acute kidney failure, unspecified; unspecified effects of drowning and nonfatal submersion; hyperlipidemia, unspecified; spondylolisthesis, cervical region; alcohol abuse with intoxication, unspecified; essential (primary) hypertension; hypokalemia; anxiety disorder, unspecified; other specified heart block; unspecified atrial fibrillation; long-term (current) use of systemic steroids; presence of cardiac pacemaker; arthrodesis status; unspecified cause of accidental drowning and submersion, initial; other places as the place of occurrence of the external cause; dislocation of C4-C5 cervical vertebrae, initial encounter. The claimant was transferred to Shepherd Center on 9/21/21 where he remained until 11/1/21. As of 12/14/22, his physician, Dr. Van Beest, noted that the claimant's diagnoses are quadriplegia and cervical translation injury with weakness/paralysis of all four extremities, numbness/altered sensation of body, neurogenic bladder and bowel, and restrictive lung disease. He has no functional use of hand/legs and cannot complete any activities of daily living. His condition is permanent.

Diving accidents comprise 1.2 – 22% of all spinal injuries and 2.5% of all cervical spinal trauma is linked to diving accidents. Shallow-water (maximum depth of 1.5 m) injuries due to dive or fall into shallow water have catastrophic neurological sequelae. The severity of the injury is closely related to the weight of the individual, the height of the jumping place as well as the depth of the water. Cervical spinal injuries are associated with significant morbidity and mortality and many individuals with cervical spinal injuries have permanent disabilities such as quadriplegia as seen in the claimant. Misinterpretation of the depth of water, careless behavior and alcohol consumption are risk factors for these accidents. In fact, alcohol use is involved in up to 70% of deaths associated with water recreation, like boating or swimming; nearly 25% of ED visits for drowning and 20% of boating deaths. The owner of the boat stated that he was aware that the depth of the water in the area of the accident was 4.5 to 5 feet deep, but no discussion of sandbars or water depth took place before

**Lincoln/Sewell 483**

Mr. Sewell dove into the water. Mr. Sewell acknowledged drinking beer on the boat during the day of his accident, this was confirmed by others. He had lunch at a dockside restaurant at 2:30 but there is no comment regarding what beverages he consumed at lunch. Mr. Sewell's blood alcohol concentration was 0.222% on hospital admission. [i, ii]

*Substances Found:*

*Alcohol:* Blood from the claimant was tested on the day of admission to Corpus Christi Medical Center and revealed alcohol at a concentration of 222 mg/dL (High). This is equivalent to a blood alcohol concentration of 0.222%. Mr. Sewell's hospital diagnoses included alcohol abuse with intoxication. Blood alcohol concentrations greater than 0.05% cause a state of increased euphoria, exaggerated behavior; reduced coordination, difficulty steering, reduced ability to track moving objects and reduced response to emergency driving situations. Blood alcohol concentrations greater than 0.08% impair muscle coordination (balance, speech, vision, reaction time, and hearing), detection of danger, judgment, self-control, reasoning, memory, concentration, perception, and reduce information processing capability. Blood alcohol concentrations above 0.10% impair reaction time and control. Blood alcohol concentrations above 0.16% cause major loss of balance, coordination, reaction time, attention to task and impairment in visual and auditory information processing. [iii, iv, v, vi]

**Comments on Affidavits submitted by Attorney McNamara:** This were reviewed in their entirety. All agreed that Mr. Sewell was drinking on the boat of the day of his accident. Of interest is the fact that while all of the participants on the boat acknowledged stopping at a "dockside restaurant" around 2:30 PM, the name of the restaurant was not mentioned nor was their any mention of the quantity or type of beverages consumed by Mr. Sewell or others at this restaurant.

**Comments on Medical Report from Dr. Thomas Arnold:** Records including the Port Aransas EMS Run Report and Medical Records from Corpus Christi Medical Center were made available to Dr. Arnold for his review. These documents are not contained within the claim file, therefore the information regarding the clinical status prior to and at the time of admission cannot be confirmed. **He comments regarding the validity of the hospital's alcohol testing results are in question as well as they appear to be based primarily on statements from individuals on the boat that Mr. Sewell did exhibit "signs of severe intoxication". As mentioned above, Mr. Sewell's doctors made and documented in the record the diagnosis of alcohol abuse with intoxication casting doubt on the opinion of lay bystanders.**

*Historical:*

*Medical Records*

Corpus Christy Medical Center: 8/28/21: Continuity of Care Document (The claimant's Medical Records from the ED and hospitalization are not available for review in claim file)
Problems: Respiratory arrest, drowning and shock. Administered medications listed. CTA Head: Redemonstration of a high grade 3 column injury at C4-C5, with bilateral perched facets, likely disruptions of the anterior longitudinal ligament, posterior longitudinal ligament and ligamentum flavum and probable underlying cord compromise. Complete occlusion of right vertebral artery, consistent with high-grade vascular injury. Additional vessel occlusion of the left PCA P3 segment within the brain. Underlying acute ischemia is likely. No apparent vascular injury of the common carotid arteries or left vertebral artery. CT head: No acute intracranial findings. Acute maxillary and chronic ethmoid sinusitis suspected. CT spine: 1.5 mm anterior translation of C4 on C5 with a locked right C4 facet and a perched left C4 facet. Spondylosis/osteoarthritis. CT chest: Possibly aspiration pneumonia is of the left upper and lower lobes. Otherwise, no traumatic findings of the chest with ET tube and NG tube in place. X-ray pelvis: normal AP view of pelvis. X-ray chest: endotracheal and NG tubes in good positions. No acute findings in the chest. Labs – Reviewed. Toxicology – See below.

**Lincoln/Sewell 484**

Alcohol – at 18:14 hours: 222 mg/dL (High). Vital signs: Normal. No history of present illness or physical examination in this record. Encounters: inpatient encounter for encounter reason Trauma C4-C5 Dislocation 8/28/21 at 20:21 to 9/21/21 at 10:48. Encounter Diagnosis: unspecified injury at unspecified level of cervical spinal cord, initial, 3; contact with and (suspected) exposure to COVID 19; sepsis, unspecified organism; severe sepsis with septic shock quadriplegia, unspecified; pneumonia due to methicillin susceptible staph; acute respiratory failure with hypoxia; other shock; acute kidney failure, unspecified; unspecified effects of drowning and nonfatal submersion; hyperlipidemia, unspecified; spondylolisthesis, cervical region; alcohol abuse with intoxication, unspecified; essential (primary) hypertension; hypokalemia; anxiety disorder, unspecified; other specified heart block; unspecified atrial fibrillation; long-term (current) use of systemic steroids; presence of cardiac pacemaker; arthrodesis status; unspecified cause of accidental drowning and submersion, initial; other places as the place of occurrence of the external cause; dislocation of C4-C5 cervical vertebrae, initial encounter.

Shepherd Center: Partial Records from 9/21/21 – 11/1/21:
9/21/22 – 10/29/21 – Labs and Data/Imaging results and medication lists noted in record from 11/1/21.

9/21/21: Admission History and Physical. Primary admission diagnosis: Acute respiratory failure. Active problems: tetraplegia, loss of consciousness, neurogenic bowel, respiratory failure, pain, neuropathic pain, impaired skin integrity, dysphagia, symptomatic hypotension, sleep disturbance, fever, generalized edema, scrotal edema and acute respiratory failure. Mr. Sewall is a 57-year-old male who sustained a spinal cord injury on 8/28/21 after diving into 3 feet of water from the back of the boat. Loss of consciousness was reported of unknown length of time with Glasgow Coma Score of three. Diagnostic imaging revealed C4-C5 locked facet dislocation, C4-C5 anterior subluxation, cord edema from C2 to mid C6, aspiration pneumonia, and vertebral artery thrombosis versus dissection at C4-C5. He was intubated at the scene. On 8/29/21, he underwent C4-C6 ACDF with plating. He remains in cervical collar bracing at all times. He remained in sinus bradycardia with and was on telemetry. He had persistent symptomatic hypotension and was started on midodrine and Florinef. He was treated for methicillin sensitive staph aureus (MSSA) pneumonia with Zyvox. A PEG tube was placed on 9/2/21. There is an ongoing need for airway management with placement of tracheostomy on 9/5/21. He was transferred to Shepherd Center for comprehensive inpatient spinal cord injury rehabilitation and medical management. Past medical history: hypertension and lipidemia and left rotator cuff injury and right collarbone fracture. Pertinent physical exam findings were blood pressure 92/52, tracheostomy on ventilator, PEG tube, scrotal edema, open sacral buttock wound. Sensation in light touch was intact from C2-C4 bilaterally and absent below this level. Motor was absent from C-5 to S1. Assessment/plan: spinal cord injury with resultant tetraplegia, spasticity, orthostatic hypotension, bradycardia, tracheostomy, neurogenic bladder, and bowel. Admitted for further medical management and to assess physiological impairments in order to initiate all aspects of inpatient rehabilitation training, including PT, OT, SLP, psychology/neuropsychology, case management, medicine consult, therapeutic recreation, rehab nursing and nutrition.

10/29/21: Physical Therapy session notes. Pulmonary/Critical Care Progress Note: the claimant became acutely hypoxic and required oxygen by nasal cannula when getting dressed for his daughter's wedding. Chest x-ray showed left > right atelectasis but no significant changes from previous study – will continue aggressive pulmonary toilet. Dx: Acute pulmonary insufficiency – wean from ventilator on 10/21/21, changed to cuffless trach on 10/27/21 with plug in place. Suspect OSA - significant hypoxia overnight on 10/28/21. Abnormal sputum, normocytic/normochromic anemia, concern for tracheal stenosis, dysphagia – s/p PEG, right subclavian and axillary vein deep vein thrombosis on 9/21/21 – on Eliquis, history of bradycardia with asystole – on terbutaline,

**Lincoln/Sewell 485**

neurogenic hypotension – on midodrine and Florinef, C1 C SCI STATUS post diving accident – rehab per Dr. Bowman.

11/1/21: Restrictions Form completed by Brock Bowman, MD, PM & R – Claimant is quadriplegic and wheelchair dependent. No estimation on RTW. Speech Language Pathology evaluation and note. Occupational Therapy Evaluation and Note. Physical Medicine and Rehabilitation Progress Note: claimant reported worsening of secretions, harder to breathe with trach plugged at times, poor appetite. His neuropathic pain is stable. Insomnia and hypotension are being monitored. Neurogenic bowel and neurogenic bladder – considering colostomy. Anxiety is stable. His neurological level of injury was noted to be C1; Asia Impairment Scale (AIS): C.

<u>Dominique Van Beest, MD</u>
12/14/22: LTD APS from Dr. Van Beest – Claimant's diagnoses are quadriplegia and cervical translation injury with weakness/paralysis of all four extremities, numbness/altered sensation of body, neurogenic bladder and bowel, and restrictive lung disease. He has no functional use of hand/legs and cannot complete any activities of daily living. His condition is permanent.

*Incident Report*
The Port Aransas EMS Run Report referred to as reviewed by Dr. Arnold for his Medical Review dated 4/28/23 is not available for review in the claim file.

Texas Parks and Wildlife Department submitted a letter stating that they do not have any responsive documents.

*Toxicology*
Toxicology testing was performed by the laboratory at Corpus Christi Medical Center on 8/28/21.

- Urine Drug Scree for Drugs of Abuse was negative for the presence of amphetamine, barbiturate, benzodiazepine, cannabinoids, cocaine, MDMA, opiates and phencyclidine.

- Alcohol: 222 mg/dL (High)

**Other Documents:**
***Thomas C. Arnold, MD, FAAEM, FACMT - Professor and Chairman, Department of Emergency Medicine, LSU Health Science Center – Medical Review –*** Reviewed. Dr. Arnold had the opportunity to view records including Port Aransas EMS Run Report and Medical Records from Corpus Christi Medical Center. These records were not submitted to Lincoln and are not available for review.

***Multiple Affidavits –*** Reviewed. Of note, while the affidavits from the members of the boating party all mentioned stopping at a dockside restaurant around 2:30 PM for lunch, there is no mention in any of the affidavits regarding either the name of the restaurant or whether alcohol was or was not consumed during lunch.

**Dismemberment Claim Forms:**

A Dismemberment Claim Form was signed by the Gaye Sewell, POA on 11/30/22 and by Dominque Van Beest, MD on 11/17/22. The date of the accident was 8/28/21. The claimant was hospitalized at Corpus Christi Medical Center from 8/28/21 to 9/21/21 and at Shepherd Center from 9/21/21 until 12/7/21 when he was released.

**Lincoln/Sewell 486**

In the Attending Physician statement for Dismemberment Dr. Van Beest stated she was first consulted on 11/14/22. The diagnosis is tetraplegia. Symptoms appeared or accident happened on 8/18/21. The claimant never had the same or similar symptoms prior to the accident. The claimant will never be able to resume work. Under Remarks Dr. Van Beest wrote: Veteran suffered a C4-5 translation dislocation resulting in tetraplegia. He has no functional use of his extremities and is dependent for mobility and activities of daily living.

**Electronically Signed**
**Peggy Geimer, MD, FACOEM**
**Board Certified Internal Medicine and Preventive Medicine (Occupational Medicine)**
**Consulting Physician, Lincoln Financial Group**

*References:*

[i] M. Yimaz et al; An Overview of Spinal Injuries due to Dive or Fall into Shallow Water; Our Long-Term, Double-Center Experience from the Aegean Coast; Emergency Medicine International; 2021; https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8192199/

[ii] CDC Drowning Prevention; https://www.cdc.gov/drowning/facts/index.html

[iii] Centers for Disease Control and Prevention; Alcohol and Public Health; https://www.cdc.gov/alcohol/index.htm

[iv] Centers for Disease Control and Prevention; Impaired Driving: Get the Facts; http://www.cdc.gov/motorvehiclesafety/impaired_driving/impaired-drv_factsheet.html

[v] National Institutes of Health, Medline Plus; As Blood Alcohol Content (BAC) Increases, So Does Impairment; https://www.nlm.nih.gov/medlineplus/magazine/issues/spring14/articles/spring14pg23.html

[vi] US Department of Transportation, National Highway Traffic Safety Administration; Drunk Driving; https://www.nhtsa.gov/risky-driving/drunk-driving

**Lincoln/Sewell 487**

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688




J. PRICE MCNAMARA
LAW OFFICES OF J. PRICE MCNAMARA
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE LA 70809

**Lincoln/Sewell 488**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

July 15, 2023

J. Price McNamara
Law Offices of J. Price McNamara
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE, LA 70809

RE:     Insured: Timothy Sewell
        Policyholder: McLarens, LLC
        Policy #: SA3-890-LF0483-01
        Claim #: 12885926

Dear J. Price McNamara:

The Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Accidental Dismemberment benefits under the McLaren s, LLC Group Life Insurance Policy. We are writing in reference to the above-referenced claim for Accidental Dismemberment benefits under the Policy.

We are in process of reviewing your appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on the appeal.

Please find attached Clinical Review Memo by a board certified physician, which is new or additional evidence in connection with the appeal. You may review this report and provide a written response to us, which we will consider in making our decision on the appeal.

Please submit any written comments or additional documentation to us at the address in the upper right-hand corner of this letter, or you can email to LifeClaimDocs@LFG.com or fax to (603) 334-0401.

Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. If your response is not received by August 04, 2023, we will proceed with making a determination on the appeal based on the information contained in your file. If you do not intend to provide a response, please notify us in writing as soon as possible.

Due to these special circumstances, an extension of time to process the appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act

**Lincoln/Sewell 489**

(ERISA).

Under ERISA, an appeal determination should be rendered within 60 days of receipt of appeal, unless there are special circumstances beyond Lincoln s control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 60-day extension to evaluate and render an appeal decision. Pursuant to ERISA regulations, additional time for a final decision may exceed 120 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate the claim. (Tolled: accumulation of time is suspended.)

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 334-0401

Attachments:   12885926-MEDICAL-CP/PEER REVIEW-06.07.2023

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| McLarens LLC | Timothy Sewell | 12885926 |

| Report Date: | 06/07/2023 | | |
|---|---|---|---|
| Referred By: | Tawnya Valliere | Claimant DOB: | |
| Referral Date: | 05/25/2023 | Job Title: | |
| Due Date: | 06/12/2023 | Medical/ Surgical Condition: | |
| Referral Type: | AD&D Review | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LIFE |
| Other Considerations | | LDW: | 08/25/2021 |
| | | DOD: | |
| Physical Demands: | | BBD: | |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

This is an appeal: Please do not assign referral to Dr. Robert Millstein who previously reviewed this claim.

Note: The following report and conclusion are based only on the submitted records available for review in the claim file. If additional records such as complete medical records from Corpus Christi Medical Center and the Port Aransas EMS Run Report or other pertinent records become available for review, I will be happy to do an addendum to this report.

**Questions**

**Please review the available evidence on file and comment on whether the presence of alcohol in the Covered Person's blood contributed to the cause of the accident. Medical records are also contained with associated LTD claim # 12021334.**
Response: Blood from the claimant was tested on the day of admission to Corpus Christi Medical Center and revealed alcohol at a concentration of 222 mg/dL. This is equivalent to a blood alcohol concentration of 0.222%. Mr. Sewell's hospital diagnoses included alcohol abuse with intoxication. Blood alcohol concentrations greater than 0.05% cause a state of increased euphoria, exaggerated behavior; reduced coordination, difficulty steering, reduced ability to track moving objects and reduced response to emergency driving situations. Blood alcohol concentrations greater than 0.08% impair muscle coordination (balance, speech, vision, reaction time, and hearing), detection of danger, judgment, self-control, reasoning, memory, concentration, perception, and reduce information processing capability. Blood alcohol concentrations above 0.10% impair reaction time and control. Blood alcohol concentrations above 0.16% cause major loss of balance, coordination, reaction time, attention to task and impairment in visual and auditory information processing. The presence of alcohol in Mr. Sewell's blood caused or contributed to the accident which resulted in his cervical spine injury because it affected his judgment regarding safety and the dangers of diving into water of uncertain depth.

*Records reviewed:*
- Corpus Christy Medical Center: Continuity of Care Document created 12/5/22 – Contains partial medical records for 08/28/2021.

**Lincoln/Sewell 491**

- Shepherd Center; Restrictions Form; signed 11/1/21.
- Shepherd Center; Partial medical records date 9/21/21, 10/29/21, 11/1/21 and lab/imaging results – various dates beginning 9/21/21.
- Dismemberment Claim Form; signed by Gaye Sewell POA – 11/30/22 and Dominique Van Beest, MD on 11/17/22.
- Dominique Van Beest, MD; LTD Attending Physician Form; dated 12/14/22.
- Multiple letters from Attorney J. Price McNamara including last letter in claim file dated 6/2/23.
- Multiple Affidavits included with Attorney McNamara's letter dated 5/16/23.
- Medical Review dated 4/28/23 by Dr. Thomas Arnold, MD, FAAEM, FACMT, Emergency Medicine and included with Attorney McNamara's letter dated 5/16/23.
- Texas Parks and Wildlife Records Department; email dated 11/14/22.

NB: The submitted records in the claim file do not include the Port Aransas EMS Run Report or the complete medical records from Corpus Christi Medical Center referred to as reviewed by Dr. Arnold for his Medical Review dated 4/28/23. The Continuity of Care record noted above is an 18-page document with admission labs and imaging and admission encounter diagnosis but no physician records such as Emergency Department history and physical, hospital admission history and physical, consultant records, social worker evaluations or progress notes.

*Assessment:* Timothy Sewell is a 58-year-old male who, on 8/28/21, sustained a traumatic spinal cord injury involving his cervical spine when he reportedly dove into shallow water from a boat. Among other findings, diagnostic imaging on admission revealed C4-C5 locked facet dislocation, C4-C5 anterior subluxation, cord edema from C2 to mid C6. Blood testing revealed and ethanol concentration of 222 mg/dL. This is equivalent to a blood alcohol concentration (BAC) of 0.222%. He underwent C4-C6 ACDF with plating. His encounter diagnoses as listed in the Continuity of Care Document were: unspecified injury at unspecified level of cervical spinal cord, initial, 3; contact with and (suspected) exposure to COVID 19; sepsis, unspecified organism; severe sepsis with septic shock quadriplegia, unspecified; pneumonia due to methicillin susceptible staph; acute respiratory failure with hypoxia; other shock; acute kidney failure, unspecified; unspecified effects of drowning and nonfatal submersion; hyperlipidemia, unspecified; spondylolisthesis, cervical region; alcohol abuse with intoxication, unspecified; essential (primary) hypertension; hypokalemia; anxiety disorder, unspecified; other specified heart block; unspecified atrial fibrillation; long-term (current) use of systemic steroids; presence of cardiac pacemaker; arthrodesis status; unspecified cause of accidental drowning and submersion, initial; other places as the place of occurrence of the external cause; dislocation of C4-C5 cervical vertebrae, initial encounter. The claimant was transferred to Shepherd Center on 9/21/21 where he remained until 11/1/21. As of 12/14/22, his physician, Dr. Van Beest, noted that the claimant's diagnoses are quadriplegia and cervical translation injury with weakness/paralysis of all four extremities, numbness/altered sensation of body, neurogenic bladder and bowel, and restrictive lung disease. He has no functional use of hand/legs and cannot complete any activities of daily living. His condition is permanent.

Diving accidents comprise 1.2 – 22% of all spinal injuries and 2.5% of all cervical spinal trauma is linked to diving accidents. Shallow-water (maximum depth of 1.5 m) injuries due to dive or fall into shallow water have catastrophic neurological sequelae. The severity of the injury is closely related to the weight of the individual, the height of the jumping place as well as the depth of the water. Cervical spinal injuries are associated with significant morbidity and mortality and many individuals with cervical spinal injuries have permanent disabilities such as quadriplegia as seen in the claimant. Misinterpretation of the depth of water, careless behavior and alcohol consumption are risk factors for these accidents. In fact, alcohol use is involved in up to 70% of deaths associated with water recreation, like boating or swimming; nearly 25% of ED visits for drowning and 20% of boating deaths. The owner of the boat stated that he was aware that the depth of the water in the area of the accident was 4.5 to 5 feet deep, but no discussion of sandbars or water depth took place before

**Lincoln/Sewell 492**

Mr. Sewell dove into the water. Mr. Sewell acknowledged drinking beer on the boat during the day of his accident, this was confirmed by others. He had lunch at a dockside restaurant at 2:30 but there is no comment regarding what beverages he consumed at lunch. Mr. Sewell's blood alcohol concentration was 0.222% on hospital admission. [i, ii]

*Substances Found:*
**Alcohol:** Blood from the claimant was tested on the day of admission to Corpus Christi Medical Center and revealed alcohol at a concentration of 222 mg/dL (High). This is equivalent to a blood alcohol concentration of 0.222%. Mr. Sewell's hospital diagnoses included alcohol abuse with intoxication. Blood alcohol concentrations greater than 0.05% cause a state of increased euphoria, exaggerated behavior; reduced coordination, difficulty steering, reduced ability to track moving objects and reduced response to emergency driving situations. Blood alcohol concentrations greater than 0.08% impair muscle coordination (balance, speech, vision, reaction time, and hearing), detection of danger, judgment, self-control, reasoning, memory, concentration, perception, and reduce information processing capability. Blood alcohol concentrations above 0.10% impair reaction time and control. Blood alcohol concentrations above 0.16% cause major loss of balance, coordination, reaction time, attention to task and impairment in visual and auditory information processing. [iii, iv, v, vi]

**Comments on Affidavits submitted by Attorney McNamara:** This were reviewed in their entirety. All agreed that Mr. Sewell was drinking on the boat of the day of his accident. Of interest is the fact that while all of the participants on the boat acknowledged stopping at a "dockside restaurant" around 2:30 PM, the name of the restaurant was not mentioned nor was their any mention of the quantity or type of beverages consumed by Mr. Sewell or others at this restaurant.

**Comments on Medical Report from Dr. Thomas Arnold:** Records including the Port Aransas EMS Run Report and Medical Records from Corpus Christi Medical Center were made available to Dr. Arnold for his review. These documents are not contained within the claim file, therefore the information regarding the clinical status prior to and at the time of admission cannot be confirmed. **He comments regarding the validity of the hospital's alcohol testing results are in question as well as they appear to be based primarily on statements from individuals on the boat that Mr. Sewell did exhibit "signs of severe intoxication". As mentioned above, Mr. Sewell's doctors made and documented in the record the diagnosis of alcohol abuse with intoxication casting doubt on the opinion of lay bystanders.**

*Historical:*
*Medical Records*
Corpus Christy Medical Center: 8/28/21: Continuity of Care Document (The claimant's Medical Records from the ED and hospitalization are not available for review in claim file)
Problems: Respiratory arrest, drowning and shock. Administered medications listed. CTA Head: Redemonstration of a high grade 3 column injury at C4-C5, with bilateral perched facets, likely disruptions of the anterior longitudinal ligament, posterior longitudinal ligament and ligamentum flavum and probable underlying cord compromise. Complete occlusion of right vertebral artery, consistent with high-grade vascular injury. Additional vessel occlusion of the left PCA P3 segment within the brain. Underlying acute ischemia is likely. No apparent vascular injury of the common carotid arteries or left vertebral artery. CT head: No acute intracranial findings. Acute maxillary and chronic ethmoid sinusitis suspected. CT spine: 1.5 mm anterior translation of C4 on C5 with a locked right C4 facet and a perched left C4 facet. Spondylosis/osteoarthritis. CT chest: Possibly aspiration pneumonia is of the left upper and lower lobes. Otherwise, no traumatic findings of the chest with ET tube and NG tube in place. X-ray pelvis: normal AP view of pelvis. X-ray chest: endotracheal and NG tubes in good positions. No acute findings in the chest. Labs – Reviewed. Toxicology – See below.

**Lincoln/Sewell 493**

Alcohol – at 18:14 hours: 222 mg/dL (High). Vital signs: Normal. No history of present illness or physical examination in this record. Encounters: inpatient encounter for encounter reason Trauma C4-C5 Dislocation 8/28/21 at 20:21 to 9/21/21 at 10:48. Encounter Diagnosis: unspecified injury at unspecified level of cervical spinal cord, initial, 3; contact with and (suspected) exposure to COVID 19; sepsis, unspecified organism; severe sepsis with septic shock quadriplegia, unspecified; pneumonia due to methicillin susceptible staph; acute respiratory failure with hypoxia; other shock; acute kidney failure, unspecified; unspecified effects of drowning and nonfatal submersion; hyperlipidemia, unspecified; spondylolisthesis, cervical region; alcohol abuse with intoxication, unspecified; essential (primary) hypertension; hypokalemia; anxiety disorder, unspecified; other specified heart block; unspecified atrial fibrillation; long-term (current) use of systemic steroids; presence of cardiac pacemaker; arthrodesis status; unspecified cause of accidental drowning and submersion, initial; other places as the place of occurrence of the external cause; dislocation of C4-C5 cervical vertebrae, initial encounter.

Shepherd Center: Partial Records from 9/21/21 – 11/1/21:
9/21/22 – 10/29/21 – Labs and Data/Imaging results and medication lists noted in record from 11/1/21.

9/21/21: Admission History and Physical. Primary admission diagnosis: Acute respiratory failure. Active problems: tetraplegia, loss of consciousness, neurogenic bowel, respiratory failure, pain, neuropathic pain, impaired skin integrity, dysphagia, symptomatic hypotension, sleep disturbance, fever, generalized edema, scrotal edema and acute respiratory failure. Mr. Sewall is a 57-year-old male who sustained a spinal cord injury on 8/28/21 after diving into 3 feet of water from the back of the boat. Loss of consciousness was reported of unknown length of time with Glasgow Coma Score of three. Diagnostic imaging revealed C4-C5 locked facet dislocation, C4-C5 anterior subluxation, cord edema from C2 to mid C6, aspiration pneumonia, and vertebral artery thrombosis versus dissection at C4-C5. He was intubated at the scene. On 8/29/21, he underwent C4-C6 ACDF with plating. He remains in cervical collar bracing at all times. He remained in sinus bradycardia with and was on telemetry. He had persistent symptomatic hypotension and was started on midodrine and Florinef. He was treated for methicillin sensitive staph aureus (MSSA) pneumonia with Zyvox. A PEG tube was placed on 9/2/21. There is an ongoing need for airway management with placement of tracheostomy on 9/5/21. He was transferred to Shepherd Center for comprehensive inpatient spinal cord injury rehabilitation and medical management. Past medical history: hypertension and lipidemia and left rotator cuff injury and right collarbone fracture. Pertinent physical exam findings were blood pressure 92/52, tracheostomy on ventilator, PEG tube, scrotal edema, open sacral buttock wound. Sensation in light touch was intact from C2-C4 bilaterally and absent below this level. Motor was absent from C-5 to S1. Assessment/plan: spinal cord injury with resultant tetraplegia, spasticity, orthostatic hypotension, bradycardia, tracheostomy, neurogenic bladder, and bowel. Admitted for further medical management and to assess physiological impairments in order to initiate all aspects of inpatient rehabilitation training, including PT, OT, SLP, psychology/neuropsychology, case management, medicine consult, therapeutic recreation, rehab nursing and nutrition.

10/29/21: Physical Therapy session notes. Pulmonary/Critical Care Progress Note: the claimant became acutely hypoxic and required oxygen by nasal cannula when getting dressed for his daughter's wedding. Chest x-ray showed left > right atelectasis but no significant changes from previous study – will continue aggressive pulmonary toilet. Dx: Acute pulmonary insufficiency – wean from ventilator on 10/21/21, changed to cuffless trach on 10/27/21 with plug in place. Suspect OSA - significant hypoxia overnight on 10/28/21. Abnormal sputum, normocytic/normochromic anemia, concern for tracheal stenosis, dysphagia – s/p PEG, right subclavian and axillary vein deep vein thrombosis on 9/21/21 – on Eliquis, history of bradycardia with asystole – on terbutaline,

**Lincoln/Sewell 494**

neurogenic hypotension – on midodrine and Florinef, C1 C SCI STATUS post diving accident – rehab per Dr. Bowman.

11/1/21: Restrictions Form completed by Brock Bowman, MD, PM&R – Claimant is quadriplegic and wheelchair dependent. No estimation on RTW. Speech Language Pathology evaluation and note. Occupational Therapy Evaluation and Note. Physical Medicine and Rehabilitation Progress Note: claimant reported worsening of secretions, harder to breathe with trach plugged at times, poor appetite. His neuropathic pain is stable. Insomnia and hypotension are being monitored. Neurogenic bowel and neurogenic bladder – considering colostomy. Anxiety is stable. His neurological level of injury was noted to be C1; Asia Impairment Scale (AIS): C.

<u>Dominique Van Beest, MD</u>
12/14/22: LTD APS from Dr. Van Beest – Claimant's diagnoses are quadriplegia and cervical translation injury with weakness/paralysis of all four extremities, numbness/altered sensation of body, neurogenic bladder and bowel, and restrictive lung disease. He has no functional use of hand/legs and cannot complete any activities of daily living. His condition is permanent.

*Incident Report*
The Port Aransas EMS Run Report referred to as reviewed by Dr. Arnold for his Medical Review dated 4/28/23 is not available for review in the claim file.

Texas Parks and Wildlife Department submitted a letter stating that they do not have any responsive documents.

*Toxicology*
Toxicology testing was performed by the laboratory at Corpus Christi Medical Center on 8/28/21.

- Urine Drug Scree for Drugs of Abuse was negative for the presence of amphetamine, barbiturate, benzodiazepine, cannabinoids, cocaine, MDMA, opiates and phencyclidine.

- Alcohol: 222 mg/dL (High)

**Other Documents:**
**Thomas C. Arnold, MD, FAAEM, FACMT - Professor and Chairman, Department of Emergency Medicine, LSU Health Science Center – Medical Review –** Reviewed. Dr. Arnold had the opportunity to view records including Port Aransas EMS Run Report and Medical Records from Corpus Christi Medical Center. These records were not submitted to Lincoln and are not available for review.

**Multiple Affidavits –** Reviewed. Of note, while the affidavits from the members of the boating party all mentioned stopping at a dockside restaurant around 2:30 PM for lunch, there is no mention in any of the affidavits regarding either the name of the restaurant or whether alcohol was or was not consumed during lunch.

**Dismemberment Claim Forms:**

A Dismemberment Claim Form was signed by the Gaye Sewell, POA on 11/30/22 and by Dominque Van Beest, MD on 11/17/22. The date of the accident was 8/28/21. The claimant was hospitalized at Corpus Christi Medical Center from 8/28/21 to 9/21/21 and at Shepherd Center from 9/21/21 until 12/7/21 when he was released.

**Lincoln/Sewell 495**

In the Attending Physician statement for Dismemberment Dr. Van Beest stated she was first consulted on 11/14/22. The diagnosis is tetraplegia. Symptoms appeared or accident happened on 8/18/21. The claimant never had the same or similar symptoms prior to the accident. The claimant will never be able to resume work. Under Remarks Dr. Van Beest wrote: Veteran suffered a C4-5 translation dislocation resulting in tetraplegia. He has no functional use of his extremities and is dependent for mobility and activities of daily living.

**Electronically Signed**
**Peggy Geimer, M D, FACOEM**
**Board Certified Internal Medicine and Preventive Medicine (Occupational Medicine)**
**Consulting Physician, Lincoln Financial Group**

*References:*

[i] M. Ylmaz et al; An Overview of Spinal Injuries due to Dive or Fall into Shallow Water; Our Long-Term, Double-Center Experience from the Aegean Coast; Emergency Medicine International; 2021; https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8192199/

[ii] CDC Drowning Prevention; https://www.cdc.gov/drowning/facts/index.html

[iii] Centers for Disease Control and Prevention; Alcohol and Public Health; https://www.cdc.gov/alcohol/index.htm

[iv] Centers for Disease Control and Prevention; Impaired Driving: Get the Facts; http://www.cdc.gov/motorvehiclesafety/impaired_driving/impaired-drv_factsheet.html

[v] National Institutes of Health, Medline Plus; As Blood Alcohol Content (BAC) Increases, So Does Impairment; https://www.nlm.nih.gov/medlineplus/magazine/issues/spring14/articles/spring14pg23.html

[vi] US Department of Transportation, National Highway Traffic Safety Administration; Drunk Driving; https://www.nhtsa.gov/risky-driving/drunk-driving

**Lincoln/Sewell 496**

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| McLarens LLC | Timothy Sewell | 12885926 |

| | | | |
|---|---|---|---|
| **Report Date:** | 06/07/2023 | | |
| **Referred By:** | Tawnya Valliere | **Claimant DOB:** | |
| **Referral Date:** | 05/25/2023 | **Job Title:** | |
| **Due Date:** | 06/12/2023 | **Medical/ Surgical Condition:** | |
| **Referral Type:** | AD&D Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LIFE |
| **Other Considerations** | | **LDW:** | 08/25/2021 |
| | | **DOD:** | |
| **Physical Demands:** | | **BBD:** | |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

This is an appeal: Please do not assign referral to Dr. Robert Millstein who previously reviewed this claim.

Note: The following report and conclusion are based only on the submitted records available for review in the claim file. If additional records such as complete medical records from Corpus Christi Medical Center and the Port Aransas EMS Run Report or other pertinent records become available for review, I will be happy to do an addendum to this report.

**Questions**

**Please review the available evidence on file and comment on whether the presence of alcohol in the Covered Person's blood contributed to the cause of the accident. Medical records are also contained with associated LTD claim # 12021334.**

Response: Blood from the claimant was tested on the day of admission to Corpus Christi Medical Center and revealed alcohol at a concentration of 222 mg/dL. This is equivalent to a blood alcohol concentration of 0.222%. Mr. Sewell's hospital diagnoses included alcohol abuse with intoxication. Blood alcohol concentrations greater than 0.05% cause a state of increased euphoria, exaggerated behavior; reduced coordination, difficulty steering, reduced ability to track moving objects and reduced response to emergency driving situations. Blood alcohol concentrations greater than 0.08% impair muscle coordination (balance, speech, vision, reaction time, and hearing), detection of danger, judgment, self-control, reasoning, memory, concentration, perception, and reduce information processing capability. Blood alcohol concentrations above 0.10% impair reaction time and control. Blood alcohol concentrations above 0.16% cause major loss of balance, coordination, reaction time, attention to task and impairment in visual and auditory information processing. The presence of alcohol in Mr. Sewell's blood caused or contributed to the accident which resulted in his cervical spine injury because it affected his judgment regarding safety and the dangers of diving into water of uncertain depth.

*Records reviewed:*
- Corpus Christy Medical Center: Continuity of Care Document created 12/5/22 – Contains partial medical records for 08/28/2021.

- Shepherd Center; Restrictions Form; signed 11/1/21.
- Shepherd Center; Partial medical records date 9/21/21, 10/29/21, 11/1/21 and lab/imaging results – various dates beginning 9/21/21.
- Dismemberment Claim Form; signed by Gaye Sewell POA – 11/30/22 and Dominique Van Beest, MD on 11/17/22.
- Dominique Van Beest, MD; LTD Attending Physician Form; dated 12/14/22.
- Multiple letters from Attorney J. Price McNamara including last letter in claim file dated 6/2/23.
- Multiple Affidavits included with Attorney McNamara's letter dated 5/16/23.
- Medical Review dated 4/28/23 by Dr. Thomas Arnold, MD, FAAEM, FACMT, Emergency Medicine and included with Attorney McNamara's letter dated 5/16/23.
- Texas Parks and Wildlife Records Department; email dated 11/14/22.

NB: The submitted records in the claim file do not include the Port Aransas EMS Run Report or the complete medical records from Corpus Christi Medical Center referred to as reviewed by Dr. Arnold for his Medical Review dated 4/28/23. The Continuity of Care record noted above is an 18-page document with admission labs and imaging and admission encounter diagnosis but no physician records such as Emergency Department history and physical, hospital admission history and physical, consultant records, social worker evaluations or progress notes.

*Assessment:* Timothy Sewell is a 58-year-old male who, on 8/28/21, sustained a traumatic spinal cord injury involving his cervical spine when he reportedly dove into shallow water from a boat. Among other findings, diagnostic imaging on admission revealed C4-C5 locked facet dislocation, C4-C5 anterior subluxation, cord edema from C2 to mid C6. Blood testing revealed and ethanol concentration of 222 mg/dL. This is equivalent to a blood alcohol concentration (BAC) of 0.222%. He underwent C4-C6 ACDF with plating. His encounter diagnoses as listed in the Continuity of Care Document were: unspecified injury at unspecified level of cervical spinal cord, initial, 3; contact with and (suspected) exposure to COVID 19; sepsis, unspecified organism; severe sepsis with septic shock quadriplegia, unspecified; pneumonia due to methicillin susceptible staph; acute respiratory failure with hypoxia; other shock; acute kidney failure, unspecified; unspecified effects of drowning and nonfatal submersion; hyperlipidemia, unspecified; spondylolisthesis, cervical region; alcohol abuse with intoxication, unspecified; essential (primary) hypertension; hypokalemia; anxiety disorder, unspecified; other specified heart block; unspecified atrial fibrillation; long-term (current) use of systemic steroids; presence of cardiac pacemaker; arthrodesis status; unspecified cause of accidental drowning and submersion, initial; other places as the place of occurrence of the external cause; dislocation of C4-C5 cervical vertebrae, initial encounter. The claimant was transferred to Shepherd Center on 9/21/21 where he remained until 11/1/21. As of 12/14/22, his physician, Dr. Van Beest, noted that the claimant's diagnoses are quadriplegia and cervical translation injury with weakness/paralysis of all four extremities, numbness/altered sensation of body, neurogenic bladder and bowel, and restrictive lung disease. He has no functional use of hand/legs and cannot complete any activities of daily living. His condition is permanent.

Diving accidents comprise 1.2 – 22% of all spinal injuries and 2.5% of all cervical spinal trauma is linked to diving accidents. Shallow-water (maximum depth of 1.5 m) injuries due to dive or fall into shallow water have catastrophic neurological sequelae. The severity of the injury is closely related to the weight of the individual, the height of the jumping place as well as the depth of the water. Cervical spinal injuries are associated with significant morbidity and mortality and many individuals with cervical spinal injuries have permanent disabilities such as quadriplegia as seen in the claimant. Misinterpretation of the depth of water, careless behavior and alcohol consumption are risk factors for these accidents. In fact, alcohol use is involved in up to 70% of deaths associated with water recreation, like boating or swimming; nearly 25% of ED visits for drowning and 20% of boating deaths. The owner of the boat stated that he was aware that the depth of the water in the area of the accident was 4.5 to 5 feet deep, but no discussion of sandbars or water depth took place before

**Lincoln/Sewell 498**

Mr. Sewell dove into the water. Mr. Sewell acknowledged drinking beer on the boat during the day of his accident, this was confirmed by others. He had lunch at a dockside restaurant at 2:30 but there is no comment regarding what beverages he consumed at lunch. Mr. Sewell's blood alcohol concentration was 0.222% on hospital admission. [i, ii]

***Substances Found:***
***Alcohol:*** Blood from the claimant was tested on the day of admission to Corpus Christi Medical Center and revealed alcohol at a concentration of 222 mg/dL (High). This is equivalent to a blood alcohol concentration of 0.222%. Mr. Sewell's hospital diagnoses included alcohol abuse with intoxication. Blood alcohol concentrations greater than 0.05% cause a state of increased euphoria, exaggerated behavior; reduced coordination, difficulty steering, reduced ability to track moving objects and reduced response to emergency driving situations. Blood alcohol concentrations greater than 0.08% impair muscle coordination (balance, speech, vision, reaction time, and hearing), detection of danger, judgment, self-control, reasoning, memory, concentration, perception, and reduce information processing capability. Blood alcohol concentrations above 0.10% impair reaction time and control. Blood alcohol concentrations above 0.16% cause major loss of balance, coordination, reaction time, attention to task and impairment in visual and auditory information processing. [iii, iv, v, vi]

**Comments on Affidavits submitted by Attorney McNamara:** This were reviewed in their entirety. All agreed that Mr. Sewell was drinking on the boat of the day of his accident. Of interest is the fact that while all of the participants on the boat acknowledged stopping at a "dockside restaurant" around 2:30 PM, the name of the restaurant was not mentioned nor was their any mention of the quantity or type of beverages consumed by Mr. Sewell or others at this restaurant.

**Comments on Medical Report from Dr. Thomas Arnold:** Records including the Port Aransas EMS Run Report and Medical Records from Corpus Christi Medical Center were made available to Dr. Arnold for his review. These documents are not contained within the claim file, therefore the information regarding the clinical status prior to and at the time of admission cannot be confirmed. **He comments regarding the validity of the hospital's alcohol testing results are in question as well as they appear to be based primarily on statements from individuals on the boat that Mr. Sewell did exhibit "signs of severe intoxication". As mentioned above, Mr. Sewell's doctors made and documented in the record the diagnosis of alcohol abuse with intoxication casting doubt on the opinion of lay bystanders.**

***Historical:***
*Medical Records*
Corpus Christy Medical Center: 8/28/21: Continuity of Care Document (The claimant's Medical Records from the ED and hospitalization are not available for review in claim file)
Problems: Respiratory arrest, drowning and shock. Administered medications listed. CTA Head: Redemonstration of a high grade 3 column injury at C4-C5, with bilateral perched facets, likely disruptions of the anterior longitudinal ligament, posterior longitudinal ligament and ligamentum flavum and probable underlying cord compromise. Complete occlusion of right vertebral artery, consistent with high-grade vascular injury. Additional vessel occlusion of the left PCA P3 segment within the brain. Underlying acute ischemia is likely. No apparent vascular injury of the common carotid arteries or left vertebral artery. CT head: No acute intracranial findings. Acute maxillary and chronic ethmoid sinusitis suspected. CT spine: 1.5 mm anterior translation of C4 on C5 with a locked right C4 facet and a perched left C4 facet. Spondylosis/osteoarthritis. CT chest: Possibly aspiration pneumonia is of the left upper and lower lobes. Otherwise, no traumatic findings of the chest with ET tube and NG tube in place. X-ray pelvis: normal AP view of pelvis. X-ray chest: endotracheal and NG tubes in good positions. No acute findings in the chest. Labs – Reviewed. Toxicology – See below.

Alcohol – at 18:14 hours: 222 mg/dL (High). Vital signs: Normal. No history of present illness or physical examination in this record. Encounters: inpatient encounter for encounter reason Trauma C4-C5 Dislocation 8/28/21 at 20:21 to 9/21/21 at 10:48. Encounter Diagnosis: unspecified injury at unspecified level of cervical spinal cord, initial, 3; contact with and (suspected) exposure to COVID 19; sepsis, unspecified organism; severe sepsis with septic shock quadriplegia, unspecified; pneumonia due to methicillin susceptible staph; acute respiratory failure with hypoxia; other shock; acute kidney failure, unspecified; unspecified effects of drowning and nonfatal submersion; hyperlipidemia, unspecified; spondylolisthesis, cervical region; alcohol abuse with intoxication, unspecified; essential (primary) hypertension; hypokalemia; anxiety disorder, unspecified; other specified heart block; unspecified atrial fibrillation; long-term (current) use of systemic steroids; presence of cardiac pacemaker; arthrodesis status; unspecified cause of accidental drowning and submersion, initial; other places as the place of occurrence of the external cause; dislocation of C4-C5 cervical vertebrae, initial encounter.

Shepherd Center: Partial Records from 9/21/21 – 11/1/21:
9/21/22 – 10/29/21 – Labs and Data/Imaging results and medication lists noted in record from 11/1/21.

9/21/21: Admission History and Physical. Primary admission diagnosis: Acute respiratory failure. Active problems: tetraplegia, loss of consciousness, neurogenic bowel, respiratory failure, pain, neuropathic pain, impaired skin integrity, dysphagia, symptomatic hypotension, sleep disturbance, fever, generalized edema, scrotal edema and acute respiratory failure. Mr. Sewall is a 57-year-old male who sustained a spinal cord injury on 8/28/21 after diving into 3 feet of water from the back of the boat. Loss of consciousness was reported of unknown length of time with Glasgow Coma Score of three. Diagnostic imaging revealed C4-C5 locked facet dislocation, C4-C5 anterior subluxation, cord edema from C2 to mid C6, aspiration pneumonia, and vertebral artery thrombosis versus dissection at C4-C5. He was intubated at the scene. On 8/29/21, he underwent C4-C6 ACDF with plating. He remains in cervical collar bracing at all times. He remained in sinus bradycardia with and was on telemetry. He had persistent symptomatic hypotension and was started on midodrine and Florinef. He was treated for methicillin sensitive staph aureus (MSSA) pneumonia with Zyvox. A PEG tube was placed on 9/2/21. There is an ongoing need for airway management with placement of tracheostomy on 9/5/21. He was transferred to Shepherd Center for comprehensive inpatient spinal cord injury rehabilitation and medical management. Past medical history: hypertension and lipidemia and left rotator cuff injury and right collarbone fracture. Pertinent physical exam findings were blood pressure 92/52, tracheostomy on ventilator, PEG tube, scrotal edema, open sacral buttock wound. Sensation in light touch was intact from C2-C4 bilaterally and absent below this level. Motor was absent fromC-5 to S1. Assessment/plan: spinal cord injury with resultant tetraplegia, spasticity, orthostatic hypotension, bradycardia, tracheostomy, neurogenic bladder, and bowel. Admitted for further medical management and to assess physiological impairments in order to initiate all aspects of inpatient rehabilitation training, including PT, OT, SLP, psychology/neuropsychology, case management, medicine consult, therapeutic recreation, rehab nursing and nutrition.

10/29/21: Physical Therapy session notes. Pulmonary/Critical Care Progress Note: the claimant became acutely hypoxic and required oxygen by nasal cannula when getting dressed for his daughter's wedding. Chest x-ray showed left > right atelectasis but no significant changes from previous study – will continue aggressive pulmonary toilet. Dx: Acute pulmonary insufficiency – wean from ventilator on 10/21/21, changed to cuffless trach on 10/27/21 with plug in place. Suspect OSA - significant hypoxia overnight on 10/28/21. Abnormal sputum, normocytic/normochromic anemia, concern for tracheal stenosis, dysphagia – s/p PEG, right subclavian and axillary vein deep vein thrombosis on 9/21/21 – on Eliquis, history of bradycardia with asystole – on terbutaline,

neurogenic hypotension – on midodrine and Florinef, C1C SCI STATUS post diving accident – rehab per Dr. Bowman.

11/1/21: Restrictions Form completed by Brock Bowman, MD, PM&R – Claimant is quadriplegic and wheelchair dependent. No estimation on RTW. Speech Language Pathology evaluation and note. Occupational Therapy Evaluation and Note. Physical Medicine and Rehabilitation Progress Note: claimant reported worsening of secretions, harder to breathe with trach plugged at times, poor appetite. His neuropathic pain is stable. Insomnia and hypotension are being monitored. Neurogenic bowel and neurogenic bladder – considering colostomy. Anxiety is stable. His neurological level of injury was noted to be C1; Asia Impairment Scale (AIS): C.

Dominique Van Beest, MD
12/14/22: LTD APS from Dr. Van Beest – Claimant's diagnoses are quadriplegia and cervical translation injury with weakness/paralysis of all four extremities, numbness/altered sensation of body, neurogenic bladder and bowel, and restrictive lung disease. He has no functional use of hand/legs and cannot complete any activities of daily living. His condition is permanent.

*Incident Report*
The Port Aransas EMS Run Report referred to as reviewed by Dr. Arnold for his Medical Review dated 4/28/23 is not available for review in the claim file.

Texas Parks and Wildlife Department submitted a letter stating that they do not have any responsive documents.

*Toxicology*
Toxicology testing was performed by the laboratory at Corpus Christi Medical Center on 8/28/21.

- Urine Drug Scree for Drugs of Abuse was negative for the presence of amphetamine, barbiturate, benzodiazepine, cannabinoids, cocaine, MDMA, opiates and phencyclidine.

- Alcohol: 222 mg/dL (High)

***Other Documents:***
***Thomas C. Arnold, MD, FAAEM, FACMT - Professor and Chairman, Department of Emergency Medicine, LSU Health Science Center – Medical Review –*** Reviewed. Dr. Arnold had the opportunity to view records including Port Aransas EMS Run Report and Medical Records from Corpus Christi Medical Center. These records were not submitted to Lincoln and are not available for review.

***Multiple Affidavits –*** Reviewed. Of note, while the affidavits from the members of the boating party all mentioned stopping at a dockside restaurant around 2:30 PM for lunch, there is no mention in any of the affidavits regarding either the name of the restaurant or whether alcohol was or was not consumed during lunch.

***Dismemberment Claim Forms:***

A Dismemberment Claim Form was signed by the Gaye Sewell, POA on 11/30/22 and by Dominque Van Beest, MD on 11/17/22. The date of the accident was 8/28/21. The claimant was hospitalized at Corpus Christi Medical Center from 8/28/21 to 9/21/21 and at Shepherd Center from 9/21/21 until 12/7/21 when he was released.

In the Attending Physician statement for Dismemberment Dr. Van Beest stated she was first consulted on 11/14/22. The diagnosis is tetraplegia. Symptoms appeared or accident happened on 8/18/21. The claimant never had the same or similar symptoms prior to the accident. The claimant will never be able to resume work. Under Remarks Dr. Van Beest wrote: Veteran suffered a C4-5 translation dislocation resulting in tetraplegia. He has no functional use of his extremities and is dependent for mobility and activities of daily living.

**Electronically Signed**
**Peggy Geimer, MD, FACOEM**
**Board Certified Internal Medicine and Preventive Medicine (Occupational Medicine)**
**Consulting Physician, Lincoln Financial Group**

*References:*

[i] M. Ylmaz et al; An Overview of Spinal Injuries due to Dive or Fall into Shallow Water; Our Long-Term, Double-Center Experience from the Aegean Coast; Emergency Medicine International; 2021; https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8192199/

[ii] CDC Drowning Prevention; https://www.cdc.gov/drowning/facts/index.html

[iii] Centers for Disease Control and Prevention; Alcohol and Public Health; https://www.cdc.gov/alcohol/index.htm

[iv] Centers for Disease Control and Prevention; Impaired Driving: Get the Facts; http://www.cdc.gov/motorvehiclesafety/impaired_driving/impaired-drv_factsheet.html

[v] National Institutes of Health, Medline Plus; As Blood Alcohol Content (BAC) Increases, So Does Impairment; https://www.nlm.nih.gov/medlineplus/magazine/issues/spring14/articles/spring14pg23.html

[vi] US Department of Transportation, National Highway Traffic Safety Administration; Drunk Driving; https://www.nhtsa.gov/risky-driving/drunk-driving



**LAW OFFICES**
— OF —
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

May 26, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

Lincoln Nation Life Insurance Co.
Disability & Life Claims
**Attn: Tawnya Valliere**
P.O. Box 2578
Omaha, NE 68172-9688

>       Re:     **Claimant: Timothy Sewell**
>               **Claim Number: 12885926**
>               **Policy Number: SA3-890-LF0483-01**
>               **Policy Holder: McLarens, LLC**
>               **Waiver of Premium Benefits-Group Life Insurance**

Dear Ms. Valliere,

Enclosed is the signed and notarized Affidavit of the Undersigned listed as Exhibit 19 in our May 16, 2023, letter.

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

*[signature]*

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej
Enclosure

**Lincoln/Sewell 503**

PARISH OF _E. Baton Rouge_

STATE OF LOUISIANA

### AFFIDAVIT

**BEFORE ME,** the undersigned authority, came and appeared:

**JOHN PRICE MCNAMARA, ESQ.**

who after being duly sworn, did depose and state the following:

1. The unsigned affidavits which follow the report of Dr. Thomas Arnold as enclosures in Mr. Sewell's appeal were made from interviews with each affidavit witness and provided to Dr. Arnold for his review, with the understanding that if any changes were made to any of them, the updated versions would be provided to him for review to allow him to decide if the changes had any effect on his opinions.

2. No changes were made to the above-referenced affidavits, and the signed affidavits by the same witnesses, also enclosed in Mr. Sewell's appeal, are the same affidavits, later signed by the witnesses.

3. The above is true and based upon personal knowledge.

_____
JOHN PRICE MCNAMARA, ESQ.

Sworn to and subscribed
before me this _23_ day
of _May_ , 20 _23_ .

_____
NOTARY PUBLIC
Notary/Bar No.: _39515_
My Commission Expires _at Death_

**Lincoln/Sewell 504**

# ▼ FILEVINE

## Fax Confirmation

**To:** (603) 334-0401

**From:** (225) 201-8313

**Doc:** Fax_Sewell - Ltr to Lincoln FWD McNamara Affidavit - 05-26-23_2023-05-26-1422-PDT.pdf

**Pages:** 2

**Sent:** May 26, 2023 2:24 PM PDT

**Rec'd:** May 26, 2023 2:25 PM PDT

**Lincoln/Sewell 505**



**LAW OFFICES**
— OF —
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
**www.jpricemcnamara.com**

**HOLDING INSURANCE COMPANIES TO THEIR PROMISES**

June 2, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

Lincoln Nation Life Insurance Co.
Disability & Life Claims
**Attn: Lucille**
P.O. Box 2578
Omaha, NE 68172-9688

> **Re:** **Claimant: Timothy Sewell**
> **Claim Number: 12885926**
> **Policy Number: SA3-890-LF0483-01**
> **Policy Holder: McLarens, LLC**
> **Waiver of Premium Benefits-Group Life Insurance**

Dear Ms. Lucille,

In response to your phone message of May 30, 2023, regarding a discrepancy in your records concerning the claimant's vital status, this is to advise that Mr. Timothy Sewell survived his diving accident of August 28, 2021, and he is currently living as a quadriplegic. Advice to the contrary from any other source is simply erroneous.

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej

Batch: 008215558, Audit Trail: 008215558 88, Printed by: teghe7, 6/5/2023 7:31 AM

**Lincoln/Sewell 506**

## Clinical Review Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| McLarens LLC | Timothy Sewell | 12885926 |

| | | | |
|---|---|---|---|
| **Report Date:** | | | |
| **Referred By:** | Tawnya Valliere | **Claimant DOB:** | |
| **Referral Date:** | 05/25/2023 | **Job Title:** | |
| **Due Date:** | 06/12/2023 | **Medical/ Surgical Condition:** | |
| **Referral Type:** | AD&D Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LIFE |
| **Other Considerations** | | **LDW:** | 08/25/2021 |
| | | **DOD:** | |
| **Physical Demands:** | | **BBD:** | |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

**All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:**

**Electronically Signed:**

**Questions**

- Please review the available evidence on file and comment on whether the presence of alcohol in the Covered Person's blood contributed to the cause of the accident.  Medical records are also contained with associated LTD claim # 12021334.

- This is an appeal: Please do not assign referral to Dr. Robert Millstein who previously reviewed this claim.

**Lincoln/Sewell 507**

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688




J. PRICE MCNAMARA
LAW OFFICES OF J. PRICE MCNAMARA
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE LA 70809


Lincoln
Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

May 26, 2023

J. Price McNamara
Law Offices of J. Price McNamara
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE, LA 70809

RE:     Insured: Timothy Sewell
        Policyholder: McLarens, LLC
        Policy #: SA3-890-LF0483-01
        Claim #: 12885926

Dear J. Price McNamara:

The Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Accidental Death and Dismemberment ( AD&D ) benefits under the McLaren s LLC, Group Life Policy. We are writing in reference to the above-referenced claim for Accidental Death and Dismemberment benefits under the Policy.

We received your request for review of the recent claim determination on May 16, 2023. Consequently, the file has been forwarded to Lincoln s Appeal Review Unit for a full, and fair review.

I will be the dedicated Claim Resolution Specialist for the claim. If you have any questions regarding the status of the appeal, you may contact me at 1-888-437-7611 extension 15894.

Under normal circumstances, you will be notified in writing of a final decision within 60 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. If there are special circumstances requiring delay, you will be notified of the final decision no later than 120 days after your request for review is received. We will contact you if there are special circumstances requiring a delay in Lincoln s response.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Claim Resolution Specialist

**Lincoln/Sewell 510**

Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 334-0401

**Lincoln/Sewell 511**


Lincoln
Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: May 25, 2023 | |
| To: J. PRICE MCNAMARA<br>LAW OFFICES OF J. PRICE MCNAMARA<br>10455 JEFFERSON HIGHWAY<br>STE 130<br>BATON ROUGE LA 70809 | |
| Attn: | |
| Fax: (225) 201-8313 | |
| From: Tawnya Valliere<br>Claim Resolution Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 | |
| Total Pages<br>(Including Cover): 3 | |
| RE:<br><br>Claim #: 12885926<br>Claimant: Timothy Sewell<br><br>McLarens, LLC | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Sewell 512**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

May 25, 2023

J. Price McNamara
Law Offices of J. Price McNamara
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE, LA 70809

RE:     Insured: Timothy Sewell
        Policyholder: McLarens, LLC
        Policy #: SA3-890-LF0483-01
        Claim #: 12885926

Dear J. Price McNamara:

The Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Accidental Death and Dismemberment ( AD&D ) benefits under the McLaren s LLC, Group Life Policy. We are writing in reference to the above-referenced claim for Accidental Death and Dismemberment benefits under the Policy.

We received your request for review of the recent claim determination on May 16, 2023. Consequently, the file has been forwarded to Lincoln s Appeal Review Unit for a full, and fair review.

I will be the dedicated Claim Resolution Specialist for the claim. If you have any questions regarding the status of the appeal, you may contact me at 1-888-437-7611 extension 15894.

Under normal circumstances, you will be notified in writing of a final decision within 60 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. If there are special circumstances requiring delay, you will be notified of the final decision no later than 120 days after your request for review is received.  We will contact you if there are special circumstances requiring a delay in Lincoln s response.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Claim Resolution Specialist

**Lincoln/Sewell 513**

Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 334-0401

**Lincoln/Sewell 514**

# Death (Life Claim) - APPEAL REFERRAL
**appealassociates@lfg.com**

Appeal Referral To:

Office: ___0096___ Death Case Mgr.: ___Daniel Strum_____

Claimant Name: ___Timothy Sewell___ Death Claim #: ___12885926___
Date of Denial: ___01/26/23___ Date Appeal Rec'd: ___05/16/23___

Policyholder/Self-Insured Plan holder: ___McLaren's LLC_____

Death Information
Policy Number: ___09-LF0483_____ _____

Was any amounts of insurance paid? NO

Policyholder Contacts/cc: addresses:
**Overturn: cc Employer? Yes**
**Uphold: cc Employer? Yes**

Phone No. __(    )_____ FAX No. __(    )_____

Account specific or unique Death issues: _____
**n/a**

Analyst Review & Signature    Crystal Conley       Date: 11/22/22

_____    _____

Special ARU Log Processing
     Life Death Only Appeal: Add to Log
     Life Death Appeal combined w/ an STD or LTD appeal: Do not add to log. Add to S1 only.

Special ARU S1 Processing
     ARU: Add S1 claim notes:
     Appeal, Death IN, Name ARU Consultant in Note text.
     Appeal, Death OUT, State return to Life Claims in Note text.

Special ARU Consultant Processing
     See letter "add-ins" for WP decision: "Death Appeal decision add-ins v2"



**LAW OFFICES**
------- OF -------
**J. PRICE McNAMARA**

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
**www.jpricemcnamara.com**

### HOLDING INSURANCE COMPANIES TO THEIR PROMISES

May 16, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX 603-427-1888**

Lincoln Nation Life Insurance Co.
Disability & Life Claims
**Attn: Daniel Strum**
P.O. Box 2578
Omaha, NE 68172-9688

> **Re:** **Claimant: Timothy Sewell**
> **Claim Number: 12885926**
> **Policy Number: SA3-890-LF0483-01**
> **Policy Holder: McLarens, LLC**
> **Waiver of Premium Benefits-Group Life Insurance**

### ADMINISTRATIVE APPEAL

Dear Mr. Strum,

I represent Tim Sewell in connection with the referenced claim, and on his behalf, respectfully appeal the initial claim denial.

Mr. Sewell and his family pray that you reconsider and reverse the denial of his much-needed dismemberment benefits in this tremendously difficult time in their lives. This family's tragedy is unimaginable to us who take for granted the simple joys of using our upper and lower limbs to walk, run, hug, physically express love to our families beyond facial expressions, cook, feed ourselves, do chores around the house, be our family's hero, and climb in and out of bed of our own power. It's unimaginable to us who enjoy the dignity of working to support our families, dressing ourselves, bathing ourselves, grooming ourselves. The list goes on and on.

This relaxed business trip among professional friends and gentlemen was no drunken outing, and the hospital lab results were simply wrong, without a doubt, as detailed below.

The double tragedy of the claim denial was, with all due respect, without benefit of critical undisputed facts, summarized below and supported with the attached. Mr. Strum, the Sewell family appreciates your consideration of Mr. Sewell's appeal.

Attached are the following:

1. Report of Expert Toxicologist, Dr. Thomas Arnold (001).
2. Unsigned Affidavit of Tim Sewell (007).
3. Unsigned Affidavit of Gaye Sewell (010).

**Lincoln/Sewell 516**

Claimant: Timothy Sewell
Claim Number: 12885926
May 16, 2023 | 2

4. Unsigned Affidavit of James Fenn (011).
5. Unsigned Affidavit of Tiffany Weaver (013).
6. Unsigned Affidavit of Paul Boswell (015).
7. Unsigned Affidavit of Chris Boswell (017).
8. CV of Dr. Thomas Arnold (019).
9. Journal of Analytical Toxicology Article (029).
10. Signed Affidavit of Tim Sewell (030).
11. Signed Affidavit of Gaye Sewell (033).
12. Signed Affidavit of James Fenn (034).
13. Signed Affidavit of Tiffany Weaver (036).
14. Signed Affidavit of Paul Boswell (038).
15. Signed Affidavit of Chris Boswell (040).
16. Photograph of Tim and Gaye Sewell (042).
17. Port Aransas EMS Report (043).
18. Corpus Christi Medical Center Medical Records (052).
19. Affidavit of the Undersigned (unsigned, notarized version to follow) (269).

**AS THE ABOVE WITNESSES, EVIDENCE, AND THE EVIDENCE OF
YOUR CLAIM FILE TOGETHER DEMONSTRATE:**

1. The medical records themselves say that the hospital's serum alcohol testing "[r]esults are for medical purposes only, and not for legal or employment evaluative purposes."

2. It is undisputed that Mr. Sewell did not drink more than 6 beers spread over the course of a long day before his accident, felt no signs of intoxication, exhibited no signs of intoxication, and dove from the boat in a completely controlled manner into water which, by all appearances, including others doing so and swimming very close to him, was much deeper than the unseen sandbar where he dove.

3. Mr. Sewell had never been in this area before, was unfamiliar with it, and nothing gave Mr. Sewell any visual clue that the water where he dove was only about half the depth of what he believed.

4. Alcohol played no part in his decision to dive from the boat, or the controlled manner in which he dove from the boat. Other people from other boats were doing so without incident.

5. According to Toxicologist, Dr. Thomas Arnold, Diplomat, American Board of Medical Specialties Certified in Medical Toxicology (Subspecialty Board Certification) #22119, February 5, 1999 (re-certified 2009 and 2019); 2003 Fellow, American College of Medical Toxicology; Current Professor of Emergency Medicine, Department of Emergency Medicine, Section of Clinical Toxicology, Louisiana State University Health Sciences Center; Current Reviewer – Annals of Emergency Medicine; Current Reviewer – Journal of Toxicology – Clinical Toxicology; Current Reviewer – Journal of Medical Toxicology; Current EM 400 - Clinical Toxicology- Director for 15 Hour Course for all Fourth-Year Medical Students; among other extensive experience:

> A. According to Dr. Thomas Arnold "it is a certainty" that after the several minutes of cardiac arrest and CPR being performed on Mr. Sewell, he would have accumulated a large amount of lactic acid in his blood that explain the inaccurate reading on the hospital serum alcohol assay by simple interference with the measured enzyme.

**Lincoln/Sewell 517**

Claimant: Timothy Sewell
Claim Number: 12885926
May 16, 2023 | 3

B. According to Dr. Thomas Arnold, the hospital serum toxicology results "could not possibly" be accurate.

C. According to Dr. Thomas Arnold, alcohol played no causal role in Mr. Sewell's tragic accident.

7. Mr. Sewell and his fishing mates are late-50's in age professional gentlemen, who were on a relaxed all-day fishing trip, not young drunken fraternity boys.

## THE LAW CANNOT SUPPORT THE DENIAL OF MR. SEWELL'S CLAIM

This Texas case will be reviewed by the court de novo, not for abuse of discretion, based on the discretionary clause prohibitions under Texas and Michigan law (applicable law according to the Policy). The case law is clear that this denial cannot stand. This quote from an analogous ERISA case is a perfect example of why:

Aetna cites the policy's alcohol exclusion as an independent ground for denial of Capone's claim. The policy provides, in relevant part:

No benefits are payable for a loss *caused or contributed to by*:...Use of alcohol, intoxicants, or drugs, except as prescribed by a physician....

Aetna relied on the toxicology tests over the contradictory affidavit of Kevin Zeh and the statements of Capone himself....

While we agree that it is reasonable to draw the conclusion that Capone was under the influence of alcohol, it is unreasonable to conclude that his intoxication caused his injury. Unlike the motor vehicle provision, there is no mandate in the policy that legal intoxication shall be deemed the cause of the accident. The plain language of the provision is clear that the presence of alcohol does not warrant the presumption of causation outside of the motor vehicle context. Without this presumption, causation is a fact specific inquiry.

Capone has the burden of proving a *prima facie* case of entitlement to contractual benefits under the policy. *See Con't Assurance Co. v. Rothell,* 227 Ga. 258, 181 S.E.2d 283, 285 (1971). We hold that Capone has met this burden. Capone established that several other individuals were diving from the dock in a contemporaneous fashion. Capone claims they dove irrespective of their consumption of alcohol, and Aetna offers no evidence to refute this claim.

**The burden then shifts to Aetna to prove that Capone is not entitled to benefits. *See id. ...*Aetna claims that because Capone was intoxicated, his judgment was necessarily impaired. Aetna reasons that since the decision to dive required a degree of judgment, alcohol necessarily caused or contributed to his injury. This assertion, without more, cannot meet Aetna's burden of proving the exclusion applies.**

**There is simply not enough in the record to sufficiently connect Capone's decision to dive with his state of intoxication. As such, Aetna has not presented sufficient evidence that suggests that the consumption of alcohol caused or**

**Lincoln/Sewell 518**

Claimant: Timothy Sewell
Claim Number: 12885926
May 16, 2023 | 4

contributed to the accident and resulting injury. Thus, the denial of benefits based upon the alcohol exclusion without more was *de novo* wrong.

*Capone v. Aetna Life Ins. Co.*, 592 F.3d 1189, 1200–01 (11th Cir. 2010) (emphasis added)

The Sewell family prayerfully awaits your decision.

## NOTICE OF ATTORNEY FEE LIEN AND PAYMENT INSTRUCTIONS

Let this serve as notice that the undersigned has a lien on any payments made on this claim for attorney fees in connection our representation in this matter.

Pursuant to our representation agreement with our client, and the lien referenced above, all payments made to our client are to be made payable to the client and J. Price McNamara. Please mail all payments to J. Price McNamara at 10455 Jefferson Highway, Ste. 130, Baton Rouge, LA 70809. Our Tax ID Number is 72-1384876.

Strict compliance with this request is required by law until further written notice from this office. Failure to comply with this request will be considered intentional interference with contractual rights, resulting in appropriate legal response.

Please do not initiate contact with my client except through me, including any contact by telephone, postal mail or electronic means, including contact through insurer claim portals.

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

*J. Price McNamara*

J. Price McNamara
Law Offices of J. Price McNamara

JPM/eej
Enclosure
**Enclosures 10 to 19 sent via certified mail due to volume.**

PAGE 4/33 * RCVD AT 5/16/2023 5:21:25 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034271888 * CSID:+12252018313 * ANI:12252018313 * DURATION (mm-ss):10-02

Lincoln/Sewell 519

April 28, 2023

MEDICAL REVIEW

**SUBMITTED TO:** J. Price McNamara

10455 Jefferson Hwy, Ste. 2B

Baton Rouge, LA 70809

**PERTAINING TO:** Timothy Sewell

**PREPARED BY:** Thomas C. Arnold, MD, FAAEM, FACMT

Professor and Chairman

Department of Emergency Medicine

LSU Health Science Center – Shreveport

Medical Director, Louisiana Poison Center

Sewell - Appeal 05/16/23 - 001

**Lincoln/Sewell 520**

Thomas C. Arnold, MD – Medical Review

**Material Reviewed:**

- Port Aransas EMS Run Report
- Medical Records from Corpus Christi Medical Center – Bay Area
- Clinical Review by Robert P. Millstein, MD
- Affidavit of Timothy Sewell
- Affidavit of Gaye Sewell
- Affidavit of Chris Boswell
- Affidavit of Paul Boswell
- Affidavit of James Fenn
- Affidavit of Tiffany Weaver

Dear Mr. McNamara,

By way of introduction, I have served as the Chairman of the Department of Emergency Medicine at LSU Health Sciences Center in Shreveport, Louisiana since 2001. I am currently board certified in Emergency Medicine with sub-specialty board certification in Medical Toxicology. As Department Chairman, I currently administer and actively participate in an Emergency Medicine Residency Training Program with a current complement of 34 Emergency Medicine Residents enrolled. As a practicing Emergency Physician and a teacher of future Emergency Physicians I consider myself qualified to render an opinion regarding matters of emergency medicine, trauma and medical toxicology. Since 1994 I have served as the Medical Director of the Louisiana Poison Center. I presently maintain a consulting service for medical toxicology at LSU Health-Shreveport and am consulted routinely by physicians throughout the state of Louisiana regarding management of patients with drug, alcohol and toxin related problems. As a Medical Toxicologist, questions of drug, toxin, chemical exposures, substance abuse and addiction are commonly encountered. Per your request, I have been asked to render an opinion regarding the validity of the serum alcohol test performed on Mr. Timothy Sewell on August 28, 2021.

Page 2 of 6

Sewell - Appeal 05/16/23 - 002

**Lincoln/Sewell 521**

Thomas C. Arnold, MD – Medical Review

## Case History

On August 28, 2021, Timothy Sewell joined Chris Boswell and Paul Boswell on a boat owned and captained by James Fenn for a fishing trip in Port Aransas, Texas. After the day of fishing and a stop for lunch at a dockside restaurant the group anchored in a large nearby bay to take a break, swim and cool off. There were several other boating parties all participating in this similar activity in proximity to them. Shortly after 4:00 PM, Timothy Sewell decided to dive into the water to cool off. From the boat, and observing other swimmers, it appeared that the water depth was 4 to 5 feet at their location. Unbeknownst to him, because of a hidden sandbar, the depth was only 2.5 feet. This caused him to impact the bottom causing a spinal injury and subsequent quadriplegia. Bystander CPR was in progress on arrival of the EMS crew. It is estimated that he was in cardiac arrest for 6 to 8 minutes before return of spontaneous circulation. Approximately two hours after the injury, an alcohol level at the hospital returned a value of 222 mg/dL.

## Alcohol Consumption

Chris Boswell, Paul Boswell, James Fenn and Tiffany Weaver (who was in an accompanying boat that day), all corroborate the testimony of Timothy Sewell in sworn affidavits regarding the type and amount of alcohol Timothy Sewell consumed that day. He stated that he brought onto the boat that morning one 12-pack of Yuengling Light beer in 12 oz. cans (4.0% alcohol). Other boaters that day brought Coors Light Beer but report that Timothy Sewell only consumed the Yuengling Light and no one else drank any of the Yuengling.

Timothy Sewell reports that he began consuming the Yuengling Light beers around 9:00 AM and drank six beers relatively equally spaced out in time over the course of the day until the accident. He denied consumption of any other form of alcohol prior to or during the fishing trip. None of the other boaters witnessed consumption of any other form of alcohol and state that the beers were the only alcohol available during the trip.

Page 3 of 6

Sewell - Appeal 05/16/23 - 003

PAGE 7/33 * RCVD AT 5/16/2023 5:21:25 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034271888 * CSID:+12252018313 * ANI:12252018313 * DURATION (mm-ss):10-02

**Lincoln/Sewell 522**

Thomas C. Arnold, MD – Medical Review

## Background

Most hospitals, as in this case, measure serum alcohol concentrations by enzymatic methodology, reporting results in mg/dL. This method does not measure alcohol directly but uses an indirect measurement of an enzyme involved in the metabolism of alcohol to estimate alcohol in a serum or plasma sample. It has long been known that certain conditions such as high levels of lactic acid in the blood can interfere with this enzymatic testing and cause a falsely elevated alcohol level. Conditions such as low tissue perfusion during cardiac arrest and CPR allow for the build-up of large amounts of lactic acid.

In the legal system, alcohol is measured in whole blood samples and is reported in g/dL or grams%. This testing is usually by gas chromatography and is considered the "Gold Standard" for blood alcohol testing. This process is more time-consuming and expensive than the enzymatic hospital method, hence the reason most hospitals do not have the capability to measure whole blood alcohol with this gold standard testing. Hospitals use enzymatic testing to help guide clinical treatment in situations where absolute accuracy is not required and do not have the degree of quality controls and chain of custody requirements that are demanded in the forensic, analytical and legal systems. The two types of testing systems also report alcohol levels in different units of measure. For example, the legal limit for operating a motor vehicle in most states is 0.08 grams%. This value would equate to 80 mg/dL in the hospital setting.

## Alcohol Calculations

When converting from a serum measurement of alcohol to a whole blood alcohol concentration (BAC), it is generally accepted that the whole blood value will be 15-18% lower than the serum level drawn at the same time. For the purposes of this case, I will use the middle of this range (16.5%) to approximate both estimates. Therefore the serum (Hospital) value of 222mg/dL would equate to a BAC of **0.185 grams%.**

Page 4 of 6

Sewell - Appeal 05/16/23 - 004

Lincoln/Sewell 523

Thomas C. Arnold, MD – Medical Review

It is also generally accepted that the population average of alcohol metabolism is at a rate of 0.017 Grams% per hour (17 mg/dL/hr.). Accounting for the approximately two hours of alcohol metabolism from the time of the accident until the hospital sample was taken, Timothy Sewell would have had a **BAC of 0.219 grams% at the time of his injury.**

Utilizing universally accepted alcohol calculations and Timothy Sewell's stated body weight at the time of 190 pounds (86 Kg), each Yuengling Light beer consumed would give him a BAC of 0.019 grams%. Timothy Sewell would need to have consumed 11.5 of the Yuengling Light beers just to get to the level of 0.219 grams% recorded at the hospital. Taking into account the metabolism rate of 0.017 grams%/hr and assuming he began drinking at 9:00 AM until 4:00 PM, he would have had to consume over 6 additional beers to maintain that level. The total number of Yuengling Light beers required would have been almost 18 individual beers during that day.

**Opinion**

Assuming the testimony in the affidavits listed above are truthful, it is my professional opinion that the serum alcohol level reported at the hospital **cannot possibly be accurate.** For this alcohol level to be accurate, several other events must have occurred. First, Timothy Sewell must have had access to approximately 18 of the Yuengling Light beers or had access to other sources of alcohol. Affidavit statements are consistent that Timothy Sewell was only drinking from the one 12-pack of Yuengling Light that was brought onto the boat that day. No other forms of non-beer alcohol were noted on the boat. Additionally, James Fenn stated that upon cleaning out his boat days later. There were six cans of Yuengling beer that remained unopened. This supports the testimony of Timothy Sewell that he only consumed six beers that day.

Secondly, if the hospital alcohol test is to be believed then Timothy Sewell must have had a BAC in the range of 0.219 grams % at the time of the accident. By the report of the insurance companies own expert, Dr. Millstein, Timothy Sewell should have been exhibiting signs of "severe intoxication" which include lack of coordination, incoherent thoughts, confusion, nausea and vomiting. For this result to be credible, Timothy Sewell

Page 5 of 6

Sewell - Appeal 05/16/23 - 005

would have appeared significantly intoxicated to everyone around him. Yet no one with him in the boat reported even the slightest suggestion of intoxication. They describe the actions and behavior of someone completely in control of their balance, coordination, judgement and speech.

It is a certainty that after several minutes of cardiac arrest and CPR being performed, Timothy Sewell would have accumulated a large amount of lactic acid in his blood that could explain this inaccurate reading on the hospital serum alcohol assay by simple interference with the measured enzyme.

For these reasons I believe the **hospital alcohol test cannot  possibly be accurate and is therefore invalid**. No claims of impairment can reasonably be made on such an egregiously flawed test.

Additionally, the evidence reviewed cannot reasonably support an opinion that alcohol consumption played a causal role in the accident or injury. To the contrary, all visual indications supported the belief that the water was 4 to 5 feet in depth, and that a controlled dive as described in the affidavits could be performed safely. No evidence reviewed contradicts the consistent statements made by multiple witnesses that there was nothing to indicate that the water was only 2.5 feet in depth where he dived. Lastly, the data cited in the Clinical Report by Dr. Robert P. Millstein reflect that shallow dive injuries are just as likely to occur without alcohol involvement.

This opinion is based on my education, training and experience as an emergency physician and medical toxicologist. I reserve the right to modify this opinion if additional information is presented with bearing on this case.

Sincerely,

Thomas C. Arnold, MD

Page 6 of 6

COUNTY OF _____

STATE OF TEXAS

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

## TIMOTHY SEWELL

who after being duly sworn, did depose and state the following:

1. My name is Timothy Sewell, and my date of birth is

2. I served in the United States Navy from 1983-1985 before being honorably discharged.

3. My occupation before and up until becoming disabled from my accident was General Commercial Property Claims Adjuster for McLarens.

4. On August 28, 2021, I went on a fishing trip as a guest on a boat owned and captained by a friend, James Fenn, in Port Aransas, Texas. Also on board were Paul Boswell and Chris Boswell.

5. On the night before the fishing trip, August 27, 2021, I consumed 2 beers between 6:30 p.m. and 8:30 p.m. and went to sleep by 10:00 p.m.

6. We boarded the boat right at dawn on the morning of August 28, 2021, at about 6:30 a.m., with a bag of breakfast tacos and sausage biscuits purchased from Whataburger that we ate on the boat. We also had and consumed various snack foods throughout our fishing day. I brought a 12 pack of 12 ounce cans of Yuengling Light beer on board that day. That was the only Yuengling beer on board, and the only brand of beer I drank on that day. The other brand of beer on board was 12 ounce cans of Coors Light beer, but I did not drink any of the Coors Light beer. Others on the boat drank Coors Light, but none of the others drank the Yuengling Light beer I brought. We also had Gatorade and water with us in an ice chest which I drank as well throughout the day.

7. James Fenn later informed me that when he took everything out of the boat days later, there were still six unopened Yuengling Light beers left on board.

8. We fished at different spots that day until stopping for lunch at about 2:30 p.m. at a dockside restaurant where I ate a hamburger and French fries. After lunch, we boated a short distance at around 4:00 p.m., and anchored in a large bay to take a break, swim, and cool off.

9. We were among several other boats anchored 30 to 50 feet apart, whose occupants were wading and swimming near their boats.

Sewell - Appeal 05/16/23 - 007

**Lincoln/Sewell 526**

10. James Fenn, Paul Boswell, and Chris Boswell are avid saltwater fishermen who had fished the area we fished that day regularly, and James Fenn lived in the coastal town where we launched. I had never been fishing or boating in that area in my life and was unfamiliar with it. I have done more freshwater bass fishing, but had seldom been saltwater fishing, less than a dozen times over the course of my life.

11. Before I dove into the water that day, I saw several other boat occupants, including full-grown men appearing to be up to six feet in height, jumping and diving from their boats into the water near our boat without incident, then wading in water between chest deep and neck deep where they had entered the water, indicating to me a four to five foot water depth. From seeing that, I assumed the water where our boat was anchored, which was a similar distance from the shore, and just 30 to 40 feet from their boat, was the same depth.

12. There were no shallow water markers or signs warning boaters or swimmers of shallow water or sandbars in the area, no visible evidence of sandbars, and no discussion of sandbars or water depth before I entered the water that day. The bottom was not visible from the boat, as the water was murky.

13. The "dive" that I made was a shallow dive off the side of the rear deck of the boat which was about 18 inches above the water surface. It was more flat or horizontal in orientation with the water, and in more an outward direction from the boat, less than at a 45 degree angle to the water. I also did not forcefully spring with my legs for the dive. It was a light push with my legs, very well controlled and deliberate, and with barely any real push of the legs at all. I did not slip, stumble, lose my balance or fall from the boat. I am familiar with making such shallow water dives, having dived into and swum in ponds, lakes, rivers, and other natural bodies of water throughout my life. From the manner in which I dove, there is no way I could have hit the bottom if the water had been chest or neck deep, or four to five feet deep where I entered as I had assumed.

14. Upon diving, I recall my neck being snapped backward from my head impacting bottom, and the water being far shallower than I had anticipated. It did not feel like a severe blow to the head, and I was consciously aware of the inability to feel or move either of my arms or legs, and being unable to stand, lift my head from the water, or roll from a face-down position. I recall being about to run out of breath and feeling like I was losing consciousness, and then my recollection fades in and out before being in the hospital. Some of the memories included in the fading in and out period was someone saying "don't move his head" as they were putting me in the boat, and brief communication with game wardens at the dock.

15. The other two occupants of the boat I was on later told my wife and me that right where I entered the water there was a sandbar and the depth was only about 2.5 feet deep. It was described as having an abrupt drop-off, or transition of water depth from about 2.5 feet to four or five feet deep where I had seen others diving, swimming and wading minutes before chest and neck deep.

16. No "alcohol-caused" misjudgment had any causal role at all with my accident. Alcohol had nothing to do with my accident or my decision to dive into the water when I did and in the

PAGE 12/33 * RCVD AT 5/16/2023 5:21:25 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034271888 * CSID:+12252018313 * ANI:12252018313 * DURATION (mm-ss):10-02

manner that I did. With all that I saw before I entered the water, such as other people jumping and diving and wading in chest and neck deep water, and all that I didn't see, such as sandbars or shallow water signs or markers, I would have assumed that I was diving into four to five foot deep water whether or not I had consumed any beer at all that day, and would have entered the water the same way and suffered the same accident, which would not have happened if the water had been at the depth that I had assumed. Under that assumption, and unfamiliar with the sandbars of this waterway, or how abruptly water depth can change there because of them, I would not have felt the need to check, nor would I have checked the depth before entering the water with or without having consumed any beer that day.

17. I was shocked to learn that test results at the hospital reported a blood alcohol level of over .2. Beginning some time around 9 a.m. on the morning of my accident, up until the time of my accident, I drank around 6 beers equally spread in timing between 9 a.m. and the time of the accident. I also drank several bottles of water and Gatorade throughout the day. I am accustomed to drinking that number of beers over that period of time on all day beach or water recreation type outings, and I have a high tolerance to the effects of alcohol at that level of consumption. I did not at all feel "drunk" or unsteady at any time that day, nor at the time of the accident. I recall everything about the day up to my dive into the water very clearly until some fading in and out after feeling like I was losing consciousness.

18. At the time of the accident, I was 5' 8" tall and weighed 190 pounds.

19. This Affidavit is based exclusively on my own knowledge and words.

_____
**TIMOTHY SEWELL**

Sworn to and subscribed
before me this _____ day
of _____, 20____.

_____
NOTARY PUBLIC
Notary/Bar No.: _____
My Commission Expires _____

**Lincoln/Sewell 528**

COUNTY OF _____

STATE OF TEXAS

### AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

### GAYE SEWELL

who after being duly sworn, did depose and state the following:

1. My name is Gaye Sewell, and my date of birth is

2. I have been married to Timothy (Tim) Sewell since April 27, 1991.

3. My occupation before Tim's paralyzing accident was Teacher's Aid for Special Education before becoming Tim's primary care aid.

4. I have reviewed the Affidavit of my husband attached to this Affidavit as Exhibit 1. All statements Tim makes in his Affidavit describe the same information that I was told about the accident and circumstances of the accident and Tim's condition at the time of the accident by Tim and others who were with him that day.

5. I have been with Tim on all day beach outings over our years of marriage and have witnessed him drink the number of beers as he describes in his affidavit regarding the day of his accident on some of those occasions, always without any noticeable intoxication or alteration of behavior or demeanor.

6. The above is true and based upon personal knowledge.

_____
**GAYE SEWELL**

Sworn to and subscribed
before me this _____ day
of _____, 20____.

_____
NOTARY PUBLIC
Notary/Bar No.: _____
My Commission Expires _____

Sewell - Appeal 05/16/23 - 010

**Lincoln/Sewell 529**

PARISH/COUNTY OF _____

STATE OF _____

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

### JAMES FENN

who after being duly sworn, did depose and state the following:

1. My name is James Fenn, and my date of birth is

2. My occupation is Vice President, Claims for Griston Claim Services.

3. On August 28, 2021, I took a fishing trip on my boat on the Gulf of Mexico coast at Port Aransas, Texas, near Corpus Christi with friends Paul Boswell, Chris Boswell, and Tim Sewell. Paul Boswell and Chris Boswell had fished with me before in that area. Tim Sewell had never been fishing or boating in that area before.

4. We got into the boat on August 28, 2021, around 6:30 a.m., just at dawn, with breakfast foods and snacks that we ate on the boat throughout the day, and an ice chest with Gatorade, water, a case of 12 ounce cans of Coors Light beer, and a 12 pack of 12 ounce Yuengling Light beers that Tim Sewell had brought for himself. Tim Sewell was the only one on board who drank the Yuengling Light beer that day.

5. We fished throughout the day before stopping at around 2:30 p.m. at a dockside restaurant for a late lunch. After lunch we re-boarded and boated a short distance to relax and get into the water to cool off in Aransas Bay.

6. Stopping for an afternoon cool-off swim there is popular with boaters in the area on hot summer days, and other boats were anchored nearby, a similar distance from the shore as us, with people, including grown men, jumping and diving from their boats to wade and cool off in the water, which was from chest to neck deep, or 4.5 to 5 feet deep. This was a very common scene for Paul Boswell and me, but not for Tim.

7. There were no shallow water markers or signs warning boaters or swimmers of shallow water or sandbars in the area, no visible evidence of sandbars, and no discussion of sandbars or water depth took place that day on our boat before Tim Sewell dove into the water to cool off.

8. I saw Tim Sewell enter the water. He removed his wallet and cell phone from his pockets and removed his shirt before entering the water. He then stood on the rear deck of the boat, and dove straight out from the boat, not in a downward direction. He did not fall or lose

Sewell - Appeal 05/16/23 - 011

PAGE 15/33 * RCVD AT 5/16/2023 5:21:25 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034271888 * CSID:+12252018313 * ANI:12252018313 * DURATION (mm-ss):10-02

**Lincoln/Sewell 530**

his balance, and had control of his movements. He would not have hit the bottom if the water had been chest or neck deep, or 4.5 to 5 feet deep where he dove.

9. We thought Tim was joking with us for the first few seconds when he remained face down in the water after getting in. Once we realized he was seriously injured, we carefully carried him back onto the boat and sped to the dock where EMS and game wardens were waiting after receiving 911 calls.

10. We spoke extensively with several game wardens about exactly what had happened. They boarded the boat, and counted our beer cans and fish. None of them even raised a question about alcohol consumption, as we were all obviously showing zero effects of alcohol. They expressed their well wishes for our friend and we departed after the ambulance did.

11. Unfortunately, where Tim entered the water there was a sandbar with water depth only about 2.5 feet deep. This depth tapered steeply down a shelf to 4.5 or 5 feet deep where we saw others entering and wading in the water neck and chest deep.

12. Beginning at around 8 or 9 a.m. until Tim's accident, Tim had consumed 6 beers I would estimate, spread throughout the day, along with water and Gatorade.

13. At no time during the day did Tim appear intoxicated or "drunk", unsteady, or impaired in his actions or speech. Neither intoxication nor alcohol contributed in any way to this accident. This accident happened because of the simple tragic mistake of believing the water where he dove would be the same depth as the water where we were watching the other boaters swim. In hindsight, this mistake is easily made especially by someone like Tim, who was completely unfamiliar with the area and the presence of sandbars in Aransas Bay a long distance from shore. There was absolutely nothing to indicate that it would be only about half that depth, and everything we saw indicated a depth of 4.5 to 5 feet. Hearing word of a reported blood-alcohol result at the hospital of over .2, my reaction was, and still is, that there is no possible way that result is accurate.

14. When I cleared out the boat and put everything away days later, there were still six cans of Yuengling beer left unopened.

15. The above is true and based upon personal knowledge.

---
**JAMES FENN**

Sworn to and subscribed
before me this _____ day
of _____, 20_____.

_____
NOTARY PUBLIC
Notary/Bar No.: _____
My Commission Expires _____

Sewell - Appeal 05/16/23 - 012

PARISH/COUNTY OF _____

STATE OF _____

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

## TIFFANY WEAVER

who after being duly sworn, did depose and state the following:

1. My date of birth is

2. My occupation is Account Services Manager for Griston Claim Services.

3. I spent the day of August 28, 2021, on a fishing boat with friends that fished in tandem with the boat owned by James Fenn and occupied by Tim Sewell, Paul Boswell, and Chris Boswell.

4. The two boats followed each other around from fishing spot to fishing spot from early that morning until about 2:30 in the afternoon, when both boats went to dock at port Aransas water-side grill for lunch.

5. I sat for lunch with Tim Sewell and his boat mates, where we had nice conversation about the day, and decided to go anchor and swim in a popular bay area nearby to cool off.

6. We anchored next to James Fenn's boat, and our boat occupants were wading in the water chest to neck deep, in water four to five feet deep, next to our boat when Tim Sewell dove into the water.

7. Before Tim Sewell dove, several other people from other boats had dived and jumped into the water, including me, and were in the water chest to neck deep.

8. I saw Tim Sewell dive into the water. He stood on the rear deck of the boat, diving out from the boat, not down. He did not fall or lose his balance or anything like that, but was surefooted and had control of his movements. He would not have hit the bottom if the water had been chest or neck deep, or 4.5 to 5 feet deep where he dove.

9. Where Tim entered the water there was a sandbar with water depth of only about 2.5 feet deep. This depth tapered steeply down a shelf to 4.5 or 5 feet deep where we saw others, including me, entering and wading in the water neck and chest deep. The water was murky, and the bottom could not be seen.

10. I have perfect recollection of that day. Throughout the day the boat I was on would anchor to fish close enough to the boat Tim Sewell was on to have conversation between occupants

Sewell - Appeal 05/16/23 - 013

**Lincoln/Sewell 532**

of both boats, and I ate lunch at the same table with Tim Sewell. Then the boat I was on was parked next to his where we anchored to swim. I interacted with Tim Sewell in conversation and observed him throughout the entire day.

11. At no time on that day did Tim Sewell or anyone on either boat act, appear or show any signs of being intoxicated. Nobody, including Tim Sewell, appeared unsteady or lacking in judgment. Nobody, including Tim Sewell, spoke in a manner appearing intoxicated or affected at all by alcohol consumption at any time of that day. All were in complete control of their judgment and behavior.

12. Neither Tim Sewell, nor anyone else on James Fenn's boat drank more than 6 beers each during the course of the day.

13. The idea that Tim Sewell's blood alcohol concentration was over .2 at the hospital strikes me as impossible, inaccurate, and contrary to everything I observed that day.

14. I am well acquainted with James Fenn, Tim Sewell, Chris Boswell, and Paul Boswell. They are not youngsters who go boating to drink excessively. They are all professionals and perfect gentlemen in their mid to late 50's in age. I have never witnessed any of them drink excessively or appear intoxicated. This was just a typical, very relaxed and pleasant day of fishing shared among mature, responsible, professional friends.

15. The above is true and based upon personal knowledge.

---
**TIFFANY WEAVER**

Sworn to and subscribed
before me this _____ day
of _____, 20_____.

---
NOTARY PUBLIC
Notary/Bar No.: _____
My Commission Expires _____

Sewell - Appeal 05/16/23 - 014

PAGE 18/33 * RCVD AT 5/16/2023 5:21:25 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034271888 * CSID:+12252018313 * ANI:12252018313 * DURATION (mm-ss):10-02

**Lincoln/Sewell 533**

PARISH/COUNTY OF _____

STATE OF _____

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

## PAUL BOSWELL

who after being duly sworn, did depose and state the following:

1. My name is Paul Boswell, and my date of birth is

2. My occupation is Senior Vice President for Catalytic Claims.

3. On August 28, 2021, I took a fishing trip on James Fenn's boat in Port Aransas, Texas with my brother Chris Boswell, James Fenn and Tim Sewell. I had fished there before a number of times. Tim Sewell had never been fishing or boating in that area before this trip.

4. We left in the boat around 6:30 a.m. with breakfast foods and snacks that we ate on the boat throughout the day, and an ice chest with Gatorade, water, a case of 24 12 ounce cans of Coors Light beer, and a 12 pack of 12 ounce cans of Yuengling Light beers that Tim Sewell had brought for himself. Tim Sewell was the only one on board who drank the Yuengling Light beer that day.

5. We fished throughout the day before stopping at around 2:30 p.m. at a dockside restaurant for a late lunch. After lunch we re-boarded and boated a short distance to relax and get into the water to cool off.

6. Other boats were anchored near our boat with people, including grown men, jumping and diving from their boats and wading in the water from chest to neck deep, or 4.5 to 5 feet deep.

7. There were no shallow water markers or signs warning boaters or swimmers of shallow water or sandbars in the area, no visible evidence of sandbars, and no discussion of sandbars or water depth took place that day on our boat before Tim Sewell dove into the water to cool off.

8. I saw Tim Sewell enter the water. He removed his wallet and cell phone from his pockets before entering the water. He then stood on the rear deck of the boat, and dove straight out from the boat, not in a downward direction. He did not fall or lose his balance, and had control of his movements. He would not have hit the bottom if the water had been chest or neck deep, or 4.5 to 5 feet deep where he dove.

Sewell - Appeal 05/16/23 - 015

PAGE 19/33 * RCVD AT 5/16/2023 5:21:25 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034271888 * CSID:+12252018313 * ANI:12252018313 * DURATION (mm-ss):10-02

**Lincoln/Sewell 534**

9. Unfortunately, where Tim entered the water there was a sandbar with a water depth only about 2.5 feet deep. This depth tapered steeply down a shelf to 4.5 or 5 feet deep where we saw others entering and wading in the water neck and chest deep. The water was murky, and the bottom was not visible at either the front, or the shallow back of the boat where Tim dove.

10. Beginning at around 8 or 9 a.m. until Tim's accident, Tim had consumed 5 or 6 beers I would estimate, spread throughout the day, along with water and Gatorade.

11. Tim did not appear intoxicated or "drunk", unsteady, or impaired in his actions or speech at any time during the day. Neither intoxication nor alcohol contributed in any way to this accident. This accident happened because of the simple tragic mistake of believing the water where he dove would be the same depth as the water where we were watching the other boaters swim. In hindsight, this mistake is easily made especially by someone like Tim, who was completely unfamiliar with the area and the presence of sandbars in Aransas Bay a long distance from shore. There was absolutely nothing to indicate that it would be only about half that depth, and everything we saw indicated a depth of 4.5 to 5 feet.

12. The above is true and based upon personal knowledge.

_____
**PAUL BOSWELL**

Sworn to and subscribed
before me this _____ day
of _____, 20_____.

_____
NOTARY PUBLIC
Notary/Bar No.: _____
My Commission Expires _____

Sewell - Appeal 05/16/23 - 016

PAGE 20/33 * RCVD AT 5/16/2023 5:21:25 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034271888 * CSID:+12252018313 * ANI:12252018313 * DURATION (mm-ss):10-02

**Lincoln/Sewell 535**

PARISH/COUNTY OF _____

STATE OF _____

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

### CHRIS BOSWELL

who after being duly sworn, did depose and state the following:

1. My name is Chris Boswell, and my date of birth is

2. My occupation is Chief Commercial Officer for a Morgan Stanley portfolio company.

3. On August 28, 2021, I took a fishing trip Port Aransas, Texas, near Corpus Christi with my brother Paul Boswell, and two friends, James Fenn and Tim Sewell on James's boat. Paul Boswell had fished with me before. Tim Sewell had never been fishing or boating in that area before.

4. We got into the boat on August 28, 2021, around 6:30 a.m., with breakfast foods and snacks that we ate on the boat throughout the day, and an ice chest with Gatorade, water, a case of 24 12 ounce cans of Coors Light beer, and a 12 pack of 12 ounce Yuengling Light beers that Tim Sewell had brought for himself. Tim Sewell was the only one on board who drank the Yuengling Light beer that day.

5. We fished throughout the day before stopping at around 2:30 p.m. at a dockside restaurant for a late lunch. After lunch we re-boarded and boated a short distance to relax and get into the water to cool off in Aransas Bay.

6. Stopping for an afternoon cool-off swim there is popular with boaters in the area on hot summer days, and other boats were anchored nearby, a similar distance from the shore as us, with people, including grown men, jumping and diving from their boats to wade and cool off in the water, which was from chest to neck deep, or 4.5 to 5 feet deep. This was a very common scene for Paul Boswell and me, but not for Tim.

7. There were no shallow water markers or signs warning boaters or swimmers of shallow water or sandbars in the area, no visible evidence of sandbars, and no discussion of sandbars or water depth took place that day on our boat before Tim Sewell entered the water to cool off.

8. I saw Tim take off his shirt as if about to enter the water, but I had turned around to look at something else when I heard him enter the water. When I turned to look back at him, he was remaining face down in the water, and I thought he was joking around. We were able

Sewell - Appeal 05/16/23 - 017

**Lincoln/Sewell 536**

to get him back gently in the boat, and then went dock where EMS and game wardens were waiting after receiving 911 calls.

9. Tim entered the water at the rear of the boat, and there was a sandbar there and only about 2.5 feet deep water. This depth tapered steeply down a shelf to 4.5 or 5 feet deep where we saw others entering and wading in the water neck and chest deep from their boats.

10. Beginning at around 8 or 9 a.m. until Tim's accident, Tim had consumed no more than 5 or 6 beers I would estimate, spread throughout the day, along with water and Gatorade. There was no alcohol on board or consumed by anyone that day other than the Coors Light beer.

11. At no time during the day did Tim appear intoxicated or "drunk", unsteady, or impaired in his actions or speech. Neither intoxication nor alcohol contributed in any way to this accident. This accident happened because the water where he dove would appear to anyone to be the same depth as the water where we were watching the other boaters swim. Tim was also completely unfamiliar with the area and the presence of sandbars in Aransas Bay a long distance from shore. The water was murky, the bottom could not be seen, and there was absolutely nothing to indicate that it would be only about half the depth of the water where we were watching others jump and dive from boats and swim and wade. Tim was simply following suit.

12. The above is true and based upon personal knowledge.

_____
**CHRIS BOSWELL**

Sworn to and subscribed
before me this _____ day
of _____, 20____.

_____
NOTARY PUBLIC
Notary/Bar No.: _____
My Commission Expires _____

Sewell - Appeal 05/16/23 - 018

PAGE 22/33 * RCVD AT 5/16/2023 5:21:25 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034271888 * CSID:+12252018313 * ANI:12252018313 * DURATION (mm-ss):10-02

**Lincoln/Sewell 537**



## CURRICULUM VITAE

**Thomas Clayton Arnold, MD**
Revised January, 2020

**Personal Data:**

| | |
|---|---|
| Home Address: | 480 Railsback Road<br>Shreveport, LA 71106<br>Home: (318) 798-1992<br>Cell: (318) 655-6697 |
| Office Address: | Department of Emergency Medicine<br>LSU Health – Shreveport<br>1501 King's Highway<br>P.O. Box 33932<br>Shreveport, LA 71130-3932<br>Ph. (318) 626-2325<br>e-mail: TARNOL@LSUHSC.EDU |
| Birthdate: | May 25, 1961 |
| Birth Place: | Baton Rouge, LA |
| Citizenship: | U.S. |
| Marital Status: | Married, Cheryl Wood Arnold |
| Children: | Bradley (1989), Sarah (1992) |

**Education:**

| 1987 | M.D. | Louisiana State University Medical Center – Shreveport |
|---|---|---|
| 1983 | B.S. | Louisiana College, Pineville, LA (Biology, Summa Cum Laude) |

**Postgraduate Training:**

| 1987 - 1988 | Internship, Department of Emergency Medicine, University of Louisville School of Medicine, Louisville, KY |
|---|---|
| 1988 - 1990 | Residency, Department of Emergency Medicine, University of Louisville School of Medicine, Louisville, KY |

Sewell - Appeal 05/16/23 - 019

PAGE 23/33 * RCVD AT 5/16/2023 5:21:25 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034271888 * CSID:+12252018313 * ANI:12252018313 * DURATION (mm-ss):10-02

**Lincoln/Sewell 538**

## Specialty Certifications:

| | |
|---|---|
| 1991 | Diplomat, American Board of Emergency Medicine, #900407 (re-certified 2001 & 2011) |
| 1993 | Fellow, American College of Emergency Physicians |
| 1994 | Fellow, American Academy of Emergency Medicine |
| 1999 | Diplomat, American Board of Medical Specialties – Medical Toxicology (Subspecialty Board Certification) #22119, February 5, 1999 (re-certified 2009 and 2019) |
| 2003 | Fellow, American College of Medical Toxicology |

## Academic Appointments:

| | |
|---|---|
| 1990 – 1991 | Assistant Professor, Department of Surgery Division of Emergency Services, Louisiana State University Medical Center, Shreveport, LA |
| 1991 - 1994 | Assistant Professor, Department of Emergency Medicine, Louisiana State University Medical Center, Shreveport, LA |
| 1996 – 2000 | Assistant Professor, Department of Emergency Medicine, Section of Clinical Toxicology Louisiana State University Medical Center, Shreveport, LA |
| 2000 – 2009 | Associate Professor of Emergency Medicine Department of Emergency Medicine, Section of Clinical Toxicology<br><br>Louisiana State University Health Sciences Center |
| 2000 – 2005 | Adjunct Professor, College of Pharmacy University of Louisiana at Monroe |
| 2009 – present | Professor of Emergency Medicine Department of Emergency Medicine, Section of Clinical Toxicology Louisiana State University Health Sciences Center |

## Professional Appointments:

2

Sewell - Appeal 05/16/23 - 020

Lincoln/Sewell 539

| | |
|---|---|
| 1994 - present | Medical Director - Louisiana Poison Center |
| 1994 - 1995 | Medical Director - Natchitoches Parish Hospital, Department of Emergency Medicine |
| 1994 - 1996 | Staff Emergency Physician - Schumpert Medical Center |
| 1996 - present | Medical Director – Section of Clinical Toxicology Department of Emergency Medicine, Louisiana State University Medical Center, Shreveport, LA |
| 2001 - present | Chairman, Department of Emergency Medicine Louisiana State University Health Sciences Center, Shreveport, LA |
| 2004 - 2006 | Program Director, Emergency Medicine Residency Training Program at LSUHSC-S |
| 2005 | Managing Director – Louisiana Poison Center |
| 2007- 2008 | Medical Director – Caddo Bossier Office of Homeland Security and Emergency Preparedness |
| 2007-2010 | Medical Director – Caddo Bossier Metropolitan Medical Response System (MMRS) |
| 2008 - present | Medical Director – Caddo Fire District 5 EMS System |

## Certification:

| | |
|---|---|
| 1989 - 2004 | Advanced Cardiac Life Support Instructor |
| 1992 - 2009 | Advanced Trauma Life Support Instructor |
| 1990 - 2004 | Pediatric Advanced Life Support Certification |
| 1995 - 2000 | Medical Review Officer |
| 1999 - present | Advanced Hazmat Life Support Instructor |
| 2004 - 2008 | Basic Disaster Life Support - Provider |

## Society Memberships:

Society of Academic Emergency Physicians
American Academy of Emergency Medicine
Louisiana Chapter of American Academy of Emergency Medicine
Shreveport Medical Society
American Academy of Clinical Toxicology
American Association of Poison Control Centers
American College of Medical Toxicology
Association of Academic Chairs of Emergency Medicine

3

Sewell - Appeal 05/16/23 - 021

**Lincoln/Sewell 540**

**Medical Licensure:**

1987 - present                     Louisiana #19405

**Honors:**

Medical School:
　Bernstein Scholarship Recipient - 1984, 1985 & 1986

　Alpha Omega Alpha - Medical Honor Society - elected in Junior year - 1985

Residency:
　Chief Resident - Emergency Medicine Residency Program University of Louisville, Department of Emergency Medicine, July 1989 - June 1990

　Commissioned in Honorable Order of Kentucky Colonels for work with Kosairs Children's Hospital, 1990

**Professional Activities:**

| | |
|---|---|
| 1989 - 1990 | Internal Review Committee for Residency Review Process - University of Louisville, Department of Emergency Medicine |
| 1989 – 1990 | University of Louisville Organ Donor committee in conjunction with Kentucky Organ Donor Association |
| 1990 – 1991 | Emergency Services Committee-LSU Medical Center, Shreveport, LA |
| 1991 – 1994 | Continuous Quality Improvement Committee – LSU Medical Center, Shreveport, LA |
| 1991 – 1994 | Trauma Quality Assurance Committee – LSU Medical Center, Shreveport, LA |
| 1991 – 1992 | Credentials Committee - LSU Medical Center, Shreveport, LA |
| 1991 - 1992 | Surgical Case Review Committee - LSU Medical Center, Shreveport, LA |
| 1991 - 1994 | Trauma Task Force Group - City of Shreveport, LSU Medical Center Representative |
| 1991 - 2020 | Admissions Committee - LSUHSC - School of Medicine, Shreveport, LA Chairman 2000-2020 |
| 1992 – 1993 | Continuing Medical Education Committee – LSUMC School of Medicine, Shreveport, LA |
| 1992 – 1994 | Compiled Residency Application materials for Emergency Medicine Residency Program at LSUMC-Shreveport, Submitted to the American |

4

**Lincoln/Sewell 541**

| | |
|---|---|
| | Council for Graduate Medical Education – Emergency Medicine Section May, 1994 |
| 1994 | Chairman - Continuous Quality Improvement Committee - LSU Medical Center, Shreveport, LA |
| 1994 – 1998 | Board of Directors - American College of Emergency Physicians - Louisiana Chapter |
| 1996 – present | Reviewer – Annals of Emergency Medicine |
| 1997 | American College of Emergency Physicians – Washington D.C. "Fly-In" Legislative effort to sponsor Prudent Layperson Bill |
| 1997 | American Association of Poison Control Centers – Medical Directors Subcommittee on Standardized Poison Center Triage Guidelines |
| 1997 - 2010 | Emergency Medical Service Committee- Shreveport Medical Society – Chairman from 1997-2002 |
| 1998 | Governor's Task-Force on Environmental Contamination of the Grand Bois Community – Appointed by Chancellor Merv Trail |
| 1998 | Participated in the production, "To Your Health–Poisonous Plants", a Public educational video produced by LSUHSC Medical Communications Department, aired on local cable television channel September 27, 2000 |
| 1998 – 2002 | American College of Emergency Physicians Spokesperson Network - Spokesperson on "Violence Against Healthcare Workers" |
| 1999 – 2007 | CroFAb National Advisory Board – Savage Laboratories |
| 1999 | Granted Admitting privileges in Clinical Toxicology at LSU Medical Center, Shreveport, LA |
| 1999-present | Reviewer – Journal of Toxicology – Clinical Toxicology |
| 2000-2008 | Editorial Board Member – Micromedex, Poisindex section |
| 2000-2020 | Chairman – Admissions Committee, LSU Health Sciences Center, School of Medicine, Shreveport, LA |
| 2001- 2013 | LSUHSC-S Clinical Board – voting member |
| 2002 - 2006 | Appointed to Bossier Parish Community College EMT Paramedic Program Advisory Committee |
| 2002 | Represented LSUHSC-Shreveport at Health Station during 2002 Southern Legislative Conference in New Orleans, LA August |
| 2002 - present | Appointed to HRSA Hospital Emergency Preparedness Advisory Committee for State of Louisiana charged with development of statewide BT preparedness plan and distribution of Federal Homeland Defense Funds within Louisiana |
| 2002 | Invited Reviewer - Regulatory Toxicology and Pharmacology– Columbia, Maryland |
| 2002-2003 | American Association of Poison Control Centers (AAPCC)  ad-hoc Search Committee for two executive administrative positions |

5

Sewell - Appeal 05/16/23 - 023

**Lincoln/Sewell 542**

| | |
|---|---|
| 2003 | Interim Board Member of Louisiana Strategic Medical Assistance & Response Team (SMART) established December 1, 2003 |
| 2003 | Led Department of Emergency Medicine through successful ACGME application process for approval of a Residency Training Program in Emergency Medicine which began July 1, 2004. |
| 2004-present | LSUHSC-S Trauma committee |
| 2004-2007 | LSUHSC-S Special Care Committee |
| 2004-2005 | Appointed to LSUHSC-Shreveport School of Medicine's LCME Self-Study Committee |
| 2004-2005 | Member of Search Committee for Chair of Psychiatry Department LSUHSC- Shreveport |
| 2005 | Intracranial Hemorrhage Advisory Board, Novo Nordisk, Inc. |
| 2005-2006 | SAEM National Affairs Committee |
| 2006-2011 | Member of the Board of the Louisiana Emergency Response Network (LERN)  Representative appointed by the Governor |
| 2006- present | Reviewer - Wilderness & Environmental Medicine Journal/Wilderness Medicine Magazine |
| 2006 - present | Reviewer – Journal of Medical Toxicology |
| 2007-2009 | LSUHSC-Shreveport School of Medicine Planning Committee |
| 2008-present | Deputy Coroner of Caddo Parish |
| 2010-2011 | Board of Directors, American Association of Poison Control Centers |
| 2011-2014 | Re-elected to Board of Directors American Association of Poison Control Centers |
| 2014-2017 | Re-elected to Board of Directors American Association of Poison Control Centers for second full term |
| 2018-2021 | Re-elected to Board of Directors American Association of Poison Control Centers for third full term |
| 2012-2017 | American Poison Center Foundation – Board Member |
| 2012-Present | Reviewer – Journal of Emergency Medicine |
| 2012 | Member of Search Committee for Chair of Neurology Department LSUHSC- Shreveport |
| 2012 | Member of Search Committee for Director of Trauma LSUHSC- Shreveport |

6

Sewell - Appeal 05/16/23 - 024

**Lincoln/Sewell 543**

| | |
|---|---|
| 2012-Present | Member of Trauma Committee LSUHSC-Shreveport |
| 2013-Present | Member of Medical Executive Committee for University Health – Shreveport |
| 2017-2018 | Elected Vice Chief-of-Staff, University Hospital –Shreveport |
| 2017-2018 | Chairman University Hospital – Shreveport, Credentials Committee |
| 2019-2020 | Elected Chief-of-Staff, Ochsner-LSU Shreveport Hospital |

**Community Activities:**

| | |
|---|---|
| 1990 – 2005 | Presidents Club, Louisiana College, Pineville Louisiana |
| 1995 – 1997 | Board of Directors, Ellerbe Road Baptist Church, Shreveport, LA |
| 1995 – 1998 | Teacher, Adult I Sunday School Class, Ellerbe Road Baptist Church, Shreveport, LA |
| 1996 – 1997 | Chairman, Building Committee, Ellerbe Road Baptist Church, Shreveport, LA. Responsible for design and construction of $1 million educational facility |
| 1996 – 1997 | Vice President, Louisiana College Alumni Organization, Pineville, LA |
| 2000 | Selected as a "Distinguished Alumni" of Louisiana College |
| 2001- 2007 | Board of Trustees for Louisiana College |
| 2004-Present | Youth Leader and Adult Sunday School Teacher, Ellerbe Road Baptist Church, Shreveport, LA |
| 2011-2013 | Board of Directors, Ellerbe Road Baptist Church, Shreveport, LA |
| 2012 | Chairman – Board of Directors, Ellerbe Road Baptist Church |

**Courses Coordinated:**

| | |
|---|---|
| 1993-Present | EM 400 - Clinical Toxicology- Director for 15 Hour Course for all Fourth-Year Medical Students |
| 1997 | Pharmacology and Toxicology Section – Internal Medicine Resident's Conference Series |
| 2010 | LSUHSC Annual Trauma Symposium – Co-Director |

**Courses Instructed:**

| | |
|---|---|
| 2000-2001 | City of Shreveport Paramedic Training Course – Toxicology and Environmental Emergencies sections |
| 2000 | Certified Emergency Nurse Review Course - Toxicology and Environmental Emergencies sections, September |

7

Sewell - Appeal 05/16/23 - 025

**Lincoln/Sewell 544**

| 2000- 2004 | Pharmacy 524 – "Clinical Toxicology" – University of Louisiana at Monroe, College of Pharmacy, Fall semester |
|---|---|
| 1997-2010 | ATLS – LSUHSC- Shreveport |
| 2002 -present | Bossier Parish Community College Paramedic Course - Toxicology and Environmental Emergencies sections |

2003-*2006*     *Member of the Louisiana Homeland Defense Education Team that presented* **"Raising Medical Awareness: Identification and Treatment of Nuclear, Biological & Chemical Agents",** *a daylong CME presentation for health-care providers of Louisiana.  This program was presented 15 times in 9 regions of Louisiana.*
- *Region 4, Lafayette, LA - June 27, 2003*
- *Region 5, Lake Charles, LA – July 8, 2003*
- *Region 1, New Orleans, LA – August 14, 2003*
- *Region 6, Alexandria, LA – August 22, 2003*
- *Region 1, New Orleans, LA – September 16, 2003*
- *Region 3, Houma, LA – October 9, 2003*
- *Region 8, Monroe, LA – October 22, 2003*
- *Region 7, Shreveport, LA – November 6, 2003*
- *Region 9, Mandeville, LA – November 20, 2003*
- *Region 2, Baton Rouge, LA – December12, 2003*
- *Tri-Regional Conference, Metarie, LA August 17, 2004*
- *Tri-Regional Conference, Lafayette, LA September 22, 2004*
- *Tri-Regional Conference, Monroe, LA October 12, 2004*
- *Tri-Regional Conference, Shreveport, LA October 27, 2005*
- *Tri-Regional Conference, Lafayette, LA July 11, 2006*

2006       Emergency Response to Domestic Biological Incidents: Seminar 2006, Marshfield,  Wisconsin, November 7-8, 2006 as part of NCBRT Instructor Team

2006-2010       LSUHSC- Shreveport Department of Internal Medicine "Annual Intensive Review of Internal Medicine" Board Review Course  - Toxicology Section

2007-2008       Member of the Louisiana Homeland Defense Education Team that presented **"Pandemic Flu, Strategic National Stockpile, NIMS and Chempack",** a daylong CME presentation for health-care providers of Louisiana.
- Tri-Regional Conference, Baton Rouge, LA  August 13, 2007
- Tri-Regional Conference, Lake Charles, LA August 23, 2007
- Tri-Regional Conference, Shreveport, LA  August 29, 2007
- Tri-Regional Conference, Monroe, LA October 21, 2008
- Tri-Regional Conference, Lafayette, LA October 23, 2008

2009       Member of the Louisiana Homeland Defense Education Team that presented "**Community Preparedness Training 2009:  H1N1 and Pandemic Flu**

8

Sewell - Appeal 05/16/23 - 026

**Lincoln/Sewell 545**

Planning for Healthcare Organizations", a daylong CME presentation for health-care providers of Louisiana.
- Tri-Regional Conference, Baton Rouge, LA  August 11, 2009
- Tri-Regional Conference, Lake Charles, LA  August 18, 2009

2010        Member of the Louisiana Homeland Defense Education Team that presented "**Community Preparedness and Response Conference 2010 - H1N1 and Pandemic Flu Planning for Healthcare Organizations and Crisis Standards of Care**", a daylong CME presentation for health-care providers of Louisiana.
- Tri-Regional Conference, Lafayette, LA  June 17, 2010
- Tri-Regional Conference, New Orleans, LA  June 29, 2010

2011        Member of the Louisiana Homeland Defense Education Team that presented "**Community Preparedness Conference: Mass Casualty Planning**", a daylong CME presentation for health-care providers of Louisiana.

- Tri-Regional Conference, Baton Rouge, LA June 16, 2011

2012        Member of the Louisiana Homeland Defense Education Team that presented "**Community Preparedness Conference: 3P's Pathogens, Pharmaceuticals and Preparedness**", a daylong CME presentation for health-care providers of Louisiana.
- Tri-Regional Conference, Baton Rouge, LA  June 12, 2012
- Tri-Regional Conference, LaPlace, LA  June 13, 2012

2013        Member of the Louisiana Homeland Defense Education Team that presented "**Community Preparedness Conference: 3P's Pathogens, Pharmaceuticals and Preparedness**", a daylong CME presentation for health-care providers of Louisiana.
- Tri-Regional Conference, Lafayette, LA  May 20, 2013
- Tri-Regional Conference, Alexandria, LA  May 22, 2013
- Tri-Regional Conference, Shreveport, LA  June 3, 2013

2014        Member of the Louisiana Homeland Defense Education Team that presented "**Community Preparedness Conference: 3P's Pathogens, Pharmaceuticals and Preparedness**", a daylong CME presentation for health-care providers of Louisiana.
- Regional Conference, Covington, LA  June 19, 2014
- Regional Conference, New Orleans, LA  June 20, 2014

2015        Member of the Louisiana Homeland Defense Education Team that presented "**Raising Medical Awareness: Identification and Treatment of Nuclear, Biological & Chemical Agents**", a daylong CME presentation for health-care providers of Louisiana.
- Regional Conference, Baton Rouge, LA June 5, 2015
- Regional Conference, Alexandria, LA June 10, 2015

9

Sewell - Appeal 05/16/23 - 027

**Lincoln/Sewell 546**

**Research Involvement:**

- Physician Coordinator for LSUMC-S, "National Cooperative CK-MB Project" Evaluating the use of Stat CK-MB Assay in the Emergency Department, 1992 – 1993

- Co-Principal Investigator for Phase III trial sponsored by Sterling Winthrop Pharmaceuticals. "Multicenter Study to Evaluate the Safety and Effectiveness of Polyethylene Glycol- Superoxide Dismutase (PEG-SOD) in Severe Closed Head Injury". Conducted at LSUMC-Shreveport, 1993-1994

- Activated Charcoal Induced Lung Injury – Study of lung microvascular permeability disruption elicited by activated charcoal in rats. Performed in collaboration with Dr. Donna Carden, LSUMC-Shreveport

- Principal Investigator – Copperhead Envenomations treated with CroFab: A Multi-Center Survey Study, July – November, 2001

- Co- Investigator in multi-centered study coordinated with the Rocky Mountain Poison Control Center. "Retrospective evaluation of local and coagulopathy recurrences associated with antivenom therapy for Crotaline snakebite."

- Principal Investigator in multi-centered study coordinated with the Rocky Mountain Poison Control Center. "The Efficacy and Safety of Aracmyn® [Antivenin Latrodectus (Black Widow) Equine Immune $F(ab)_2$ in Patients with Systemic Latrodectism: A Multicenter, Randomized, Double-Blind Trial."

- Principal Investigator in multi-centered study coordinated with the Rocky Mountain Poison Control Center. "A comparison of safety and efficacy between the oral and intravenous forms of N-acetylcysteine (NAC).

- Principal Investigator in multi-centered study "A comparison of Anavip and CroFab in the treatment of patients with Crotalinae envenomation: a randomized, prospective, blinded, controlled, comparative, multicenter study.

- Principal Investigator in multi-centered study "A Phase III Multicenter Clinical Trial of Analatro® [Antivenin Latrodectus (Black Widow) Equine Immune $F(ab)_2$] in Patients with Systemic Latrodectism.

- Co- Investigator in mulit-centered study "Protocolized Care for Early Septic Shock" (Process).

- Principal Investigator in a  multi-center, double-blind, randomized, controlled study to determine the efficacy and safety of a new formulation of acetylcysteine injection

- Principal Investigator in a multi-center study entitled "Observational Study of Recovery from Copperhead Snake Envenomation" Sponsored by BTG International- 2012.

- Prospective evaluation of pit-viper envenomation patient outcomes of patients followed by the Louisiana Poison Center - BTG Sponsor - 2019

10

Sewell - Appeal 05/16/23 - 028

**Lincoln/Sewell 547**

Comparative Study   > J Anal Toxicol. 1995 May-Jun;19(3):192-6. doi: 10.1093/jat/19.3.192.

# Serum-ethanol determination: comparison of lactate and lactate dehydrogenase interference in three enzymatic assays

J S Nine [1], M Moraca, M A Virji, K N Rao

Affiliations  + expand

PMID: 7564290   DOI: 10.1093/jat/19.3.192

## Abstract

Gas chromatography is considered to be the reference method for ethyl alcohol determination. However, enzymatic ethanol assays have been developed for use in the clinical laboratory by several commercial vendors. Essentially, these assays utilize the oxidation of ethyl alcohol to acetaldehyde with concurrent reduction of nicotinamide adenine dinucleotide (NAD) to NADH while monitoring the increase in absorbance at 340 nm. The increase in absorbance is theoretically proportional to the ethanol concentration in the sample. Previously, several authors reported that increased concentrations of lactate and lactate dehydrogenase (LDH) can cause false-positive results with certain enzymatic ethyl alcohol assays. In the present investigation, we further studied the interference of lactate and LDH in three enzymatic assays. Apparent ethyl alcohol concentrations in serum spiked with lactate and LDH, as well as patient and autopsy samples, were determined by the Syva, Abbott, and Roche enzymatic assays and by gas chromatography. The effect of coenzyme depletion on the rate of reaction and the interference of hemolysis were also investigated. Based on our results we suggest that coenzyme depletion plays a major role in the severity of the false-positive ethyl alcohol result, and the interference from hemolysis has a negligible effect on these results. We also confirm the previous studies in showing that elevated serum lactate and LDH concentrations can result in varying degrees of false-positive ethyl alcohol concentrations in the three enzymatic assays. This should be taken into consideration in the management of patients in a tertiary care medical center.

Sewell - Appeal 05/16/23 - 029

PAGE 33/33 * RCVD AT 5/16/2023 5:21:25 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034271888 * CSID:+12252018313 * ANI:12252018313 * DURATION (mm-ss):10-02

**Lincoln/Sewell 548**



**LAW OFFICES**
— OF —
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

**HOLDING INSURANCE COMPANIES TO THEIR PROMISES**

May 5, 2023

<u>**SENT VIA CERTIFIED MAIL**</u>
<u>**& FAX 603-427-1888**</u>

The Lincoln National Life Insurance Company
Disability and Life Claims
**Attn: Daniel Strum**
P.O. Box 2578
Omaha, NE 68172-9688

      **Re:**   **Claimant: Timothy Sewell**
               **Claim #: 12885926**
               **Policy #: SA3-890-LF0483-01**
               **Policy Holder: McLarens, LLC**
               **Waiver of Premium Benefits Group Life Insurance**

Dear Mr. Strum,

      We are finalizing our appeal submission for Timothy Sewell. We are writing to request an extension through and including May 19, 2023. We ask that no final decision be made until we notify you in writing that our submission is complete even if my client has previously submitted an appeal prior to this letter.

      Please confirm receipt of this letter and Lincoln's consent to the extension requested herein by email (support@jpricemcnamara.com) or fax (225-201-8313).

      With kind regards, I remain

                       Sincerely,

                       **J. Price McNamara**
                       **Law Offices of J. Price McNamara**

JPM/eej

# ₮ FILEVINE

# Fax Confirmation

**To:** (603) 427-1888

**From:** (225) 201-8313

**Doc:** Fax_Sewell - Ltr to Lincoln Req 14 Day Ext Thru May 19 - 05-05-23_2023-05-05-1431-PDT.pdf

**Pages:** 1

**Sent:** May 5, 2023 2:42 PM PDT

**Rec'd:** May 5, 2023 2:43 PM PDT



**LAW OFFICES**
— OF —
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

May 1, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX 603-427-1888**

The Lincoln National Life Insurance Company
Disability and Life Claims
**Attn: Daniel Strum**
P.O. Box 2578
Omaha, NE 68172-9688

> Re: **Claimant: Timothy Sewell**
> **Claim #: 12885926**
> **Policy #: SA3-890-LF0483-01**
> **Policy Holder: McLarens, LLC**
> **Waiver of Premium Benefits Group Life Insurance**

Dear Mr. Strum,

The claim file you provided on March 6, 2023, and April 19, 2023, did not include a copy of the insurance policy in effect at the time of loss. Please provide a complete copy of the insurance policy governing this matter.

**Please confirm your receipt of this by fax or email.

With kind regards, I remain

Sincerely,

*[signature]*

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej

**Lincoln/Sewell 551**

# ⊤ FILEVINE

## Fax Confirmation

**To:** (603) 427-1888          **From:** (225) 201-8313

**Doc:** Fax_Sewell - Ltr to Lincoln Req
AD&D Policy -
05-01-23_2023-05-01-1230-PDT.pdf          **Pages:** 1

**Sent:** May 1, 2023 12:30 PM PDT          **Rec'd:** May 1, 2023 12:30 PM PDT

**Lincoln/Sewell 552**



**LAW OFFICES**
— OF —
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

May 5, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX 603-427-1888**

The Lincoln National Life Insurance Company
Disability and Life Claims
**Attn: Daniel Strum**
P.O. Box 2578
Omaha, NE 68172-9688

> **Re:** **Claimant: Timothy Sewell**
> **Claim #: 12885926**
> **Policy #: SA3-890-LF0483-01**
> **Policy Holder: McLarens, LLC**
> **Waiver of Premium Benefits Group Life Insurance**

Dear Mr. Strum,

We are finalizing our appeal submission for Timothy Sewell. We are writing to request an extension through and including May 19, 2023. We ask that no final decision be made until we notify you in writing that our submission is complete even if my client has previously submitted an appeal prior to this letter.

Please confirm receipt of this letter and Lincoln's consent to the extension requested herein by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej

**Lincoln/Sewell 553**



**LAW OFFICES**
──── OF ────
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

**HOLDING INSURANCE COMPANIES TO THEIR PROMISES**

May 1, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX 603-427-1888**

The Lincoln National Life Insurance Company
Disability and Life Claims
**Attn: Daniel Strum**
P.O. Box 2578
Omaha, NE 68172-9688

> **Re:** **Claimant: Timothy Sewell**
> **Claim #: 12885926**
> **Policy #: SA3-890-LF0483-01**
> **Policy Holder: McLarens, LLC**
> **Waiver of Premium Benefits Group Life Insurance**

Dear Mr. Strum,

The claim file you provided on March 6, 2023, and April 19, 2023, did not include a copy of the insurance policy in effect at the time of loss. Please provide a complete copy of the insurance policy governing this matter.

**Please confirm your receipt of this by fax or email.

With kind regards, I remain

Sincerely,

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej

**Lincoln/Sewell 554**

2021-11-02 12:01     Case Manager - Erma 94046034295 >> Lincoln Financial     P 26/29

Sewell, Timothy Alan (MRN 908691203) Printed by Erma Freeman, LCSW [EF110196] at 11/2/21 1...

| NA | 137 |
|---|---|
| K | 4.0 |
| CL | 103 |
| CO2 | 25 |
| BUN | 12 |
| CREATININE | 0.49* |
| ANIONGAP | 13 |
| CALCIUM | 8.6 |
| MG | 1.9 |

**LFTs:**
**Recent Labs**

| Lab | 10/25/21 0732 |
|---|---|
| ALKPHOS | 66 |
| ALT | 14 |
| AST | 12 |
| BILITOT | 0.4 |

**Procalcitonin:**
**Recent Labs**

| Lab | 10/25/21 0732 | 10/24/21 0826 |
|---|---|---|
| PROCALC | 0.23* | 0.24* |

**INR:**
No results for input(s): INR in the last 168 hours.

**Other:**
Anemia panel:
**Lab Results**

| Component | Value | Date |
|---|---|---|
| IRON | 30 (L) | 10/05/2021 |
| TIBC | 240 (L) | 10/05/2021 |
| FERRITIN | 430.50 (H) | 10/05/2021 |

**Accuchecks:**
**Recent Labs**

| Lab | 10/25/21 0732 |
|---|---|
| GLU | 97 |

## DATA/IMAGING

| | Date | Result |
|---|---|---|
| Telemetry | 10/29/21 | SR with rate in 80s |
| EKG | 9/22 9/29 | Normal sinus rhythm. Rate 73 Sinus tachycardia HR 104 |
| CXR | 10/29 | L > R bibasilar atelectasis |
| KUB | 9/21 | Unremarkable single view of the abdomen. |

Printed by FREEMAN, ERMA [EF110196] at 11/2/2021 11:27:33 AM

PAGE 1/4 * RCVD AT 11/2/2021 12:06:07 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/1 * DNIS:6033340401 * CSID:94046034295 * ANI:14043522020 * DURATION (mm-ss):01-11

**Lincoln/Sewell 555**

| CT sinus | 9/24 | There is an air-fluid level in the sphenoid sinus. Sinusitis may be present. There is mucosal thickening in the posterior right ethmoid air cell. There are no other significant changes. |
| --- | --- | --- |
| CT c/a/p | 9/24 | 1. Multifocal consolidative airspace disease within the lungs, most pronounced within the lingula and right lower lobe.<br>2. No definite source of infection identified within the abdomen and pelvis.<br>3. Partially imaged moderate amount of fluid distending the right inguinal canal. Recommend further evaluation with scrotal ultrasound.<br>4. Mild splenomegaly. |
| Echo - scrotum | 9/27 | 1. Large mildly loculated right hydrocele.<br><br>2. No testicular torsion or intratesticular mass.<br><br>3. Mildly heterogeneous and slightly asymmetrically enlarged right epididymis. Normal vascularity of the right epididymis. Please correlate for any clinical findings of epididymitis and follow-up ultrasound imaging recommended in 2-3 months to ensure resolution or stability. |
| BFS | 9/21 | Right subclavian and axillary vein DVT. |
| Other | | |

## ASSESSMENT

**Acute Pulmonary Insufficiency**
- Per outside records patient was weaned off the ventilator on 9/16/2021 but required to go back on vent on arrival
- Status post tracheostomy on 9/5
- Tolerated vent wean 10/21, changed to cuffless trach 10/27 with plug in place
- VC 850mL on 10/12, repeat 1200mL on 10/28

**Suspected OSA**
- overnight ox on room air 10/28 with significant hypoxia
- repeat on 2L NC

**Abnormal sputum**
- pulmonary toilet to clear
- inexsufflation as needed

**Normocytic, normochromic anemia**
- monitor

**Concern for TS**
- narrowing of trachea seen on neck portion of CT chest

**Dysphagia, s/p PEG**
- SLP following, continue aspiration precautions

**Right subclavian and axillary vein DVT**
- diagnosed 9/21

Printed by FREEMAN, ERMA [EF110196] at 11/2/2021 11:27:33 AM

PAGE 2/4 * RCVD AT 11/2/2021 12:06:07 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/1 * DNIS:6033340401 * CSID:94046034295 * ANI:14043522020 * DURATION (mm-ss):01-11

Lincoln/Sewell 556

Sewell, Timothy Alan (MRN 908691203) Printed by Erma Freeman, LCSW [EF110196] at 11/2/21 1...

- Eliquis on 10/4, continuing for 3 months through 12/21

**History of bradycardia with asystole**
- on terbutaline 2.5 mg every 6 hours

**Neurogenic Hypotension**
- On Midodrine and Florinef

**C1C SCI status post diving accident**
- rehab per Dr. Bowman

## QUALITY METRIC

| Metric | Type | |
|---|---|---|
| DVT prophylaxis | Eliquis | |
| GI prophylaxis | Pepcid | |
| Invasive Lines & Drains | | |
| VAP prophylaxis | Yes. Head of the bed greater than 30 degrees, mouth care, and aspiration precautions, are being employed. | |

## ASIA SCORES
### Assessment Type: Admission (09/22/21 1100)
### Neurological Level of Injury: C1
### Asia Impairment Scale (AIS): C

## PLAN

VC 1200mL yesterday, ventilation continues to improve
Keep sats > 90%
Overnight ox on room air with significant nocturnal hypoxia, will place on 2L tonight and repeat
Continue trach plug as tolerated
Inexsufflation every 4 hours while awake and PRN
Continue breather device with SLP, will be a good candidate for MPV
Continue Eliquis through 12/21
Rehab per Dr. Bowman

Will monitor clinically and re-evaluate on Saturday (or sooner if indicated).

Signed:
*James Torell, PA-C*
**Shepherd Pulmonary and Critical Care**
**10/29/21**

Cosigned by: Philip J Wexler, MD at 10/29/2021 5:29 PM

### Revision History

| Date/Time | User | Provider Type | Action |
|---|---|---|---|
| 10/29/2021 5:29 PM | Philip J Wexler, MD | Physician | Cosign |
| 10/29/2021 4:54 PM | James Torell, PA-C | Physician Assistant | Sign |

Printed by FREEMAN, ERMA [EF110196] at 11/2/2021 11:27:33 AM

**Lincoln/Sewell 557**

Sewell, Timothy Alan (MRN 908691203) Printed by Erma Freeman, LCSW [EF110196] at 11/2/21 1...

Printed by FREEMAN, ERMA [EF110196] at 11/2/2021 11:27:33 AM

**Lincoln/Sewell 558**



## Shepherd Center

2020 Peachtree Road, NW
Atlanta, GA 30309-1465
404-352-2020  shepherd.org

# Shepherd Center Fax

DATE:_____ 10/29/20 _____

TO_____SHANNON LaJOIE – CLAIMS EXAMINER II_____

FROM: _____Erma S. Freeman, LCSW, CCM, CASE MANAGER _____

PHONE:----------------------- 404-350-7640_____

FAX:_____ 404-603-4295_____

RE_____ TIMOTHY SEWELL – CALIM #11805390_____

FAX_____603-334-0401_____

PHONE;_____ 800-210-0268_____

Forwarding Restrictions Form and Medical Records for our patient TIMOTHY SEWELLL.

If you have questions, please do not hesitate to contact me.

THANKS VERY MUCH AND HAVE A GREAT DAY.

PAGE 1/25 * RCVD AT 11/2/2021 11:55:21 AM [Eastern Daylight Time] * SVR:VA1PWFAX201/1 * DNIS:6033340401 * CSID:94046034295 * ANI:14043522020 * DURATION (mm-ss):07-08

**Lincoln/Sewell 559**


**Lincoln**
Financial Group®

The Lincoln National Life Insurance
Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

## Restrictions Form

Return To:  Shannon Lajoie

| Timothy Sewell | | 11805390 |
| --- | --- | --- |
| Employee /Claimant Name | Date of Birth | Claim Number |

### To be completed by physician:

1.  DATE FIRST TREATED  —  _9/21/21_
    DATE LAST TREATED  —  _Ongoing_
    NEXT OFFICE VISIT  —  _Patient remains hospitalized/rehab_
    **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2.  For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

    ☐  **SEDENTARY**  Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
    ☐  **LIGHT**  Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
    ☐  **MEDIUM**  Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
    ☐  **HEAVY**  Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
    ☐  **VERY HEAVY**  Lifting / carrying over **100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
| --- | --- | --- | --- |
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3.  DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.   1)  For physical diagnoses, describe the type of task (bend, grasp, etc.) _AND_ frequency _(SEE KEY)._
    2)  For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.
    _Patient is quadruplegic and ventilator dependent._

4.  RESTRICTIONS IMPOSED FROM _9/21/21_  TO _present + ongoing_

5.  IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? _No estimation on patient being able to return to work / He is quadriplegic and ventilator dependent._

6.  PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS? _See medical records._

7.  PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM _9/21/21_ TO _present_

**Lincoln/Sewell 560**

10/27/21 18:57:36 Lincoln Financial     —>      94046034295 Lincoln Financial Gr Page 005

| | | |
|---|---|---|
| _Brocki K. Brunon PM + R_ | | _570.73.63CP_ |
| Provider's Name (Please Print) | Degree _AND_ Area of Specialty | Social Security or Tax ID Number |
| _2020 Franchee Rd._ | _404. 350. 7779_ | _404 - 350 - 7381_ |
| Street Address N. W. | Telephone Number | Fax Number |
| _Atlanta, GA._ | _Bort Brunon_ | _11/1/2021_ |
| City, State & Zip Code | Signature | Date |

PAGE 3/25 * RCVD AT 11/2/2021 11:55:21 AM [Eastern Daylight Time] * SVR:VA1PWFAX201/1 * DNIS:6033340401 * CSID:94046034295 * ANI:14043522020 * DURATION (mm-ss):07-08

**Lincoln/Sewell 561**

# Sewell, Timothy Alan

MRN: 908691203

| Beverly Bonilla, NP<br>Nurse Practitioner<br>Physical Medicine and Rehabilitation | Consults ■<br>Attested | Date of Service: 9/21/2021  3:11 PM |
|---|---|---|

Attestation signed by Brock Bowman, MD at 9/22/2021 11:25 AM

Patient seen and evaluated today with nurse practitioner. I have reviewed the findings, assessment and plan as specified above by Beverly Bonilla, NP, and I agree with the admission summary as documented.

Brock Bowman, MD

### Spinal Cord Injury Physical Medicine and Rehabilitation
### Admission History & Physical

**Subjective**

Timothy Alan Sewell is an 57 y.o. male.

Date of Admission: 9/21/2021

Date of Injury: 8/28/2021

Primary Care Physician: No primary care provider on file.

Referring Physician: Dr Gleason

Transferring Facility: Heart Campus of Corpus Christi Medical Center

Other physicians: , ,

Chief Complaint: Weakness and loss of movement/sensation below shoulders

Primary Admission Diagnosis: Acute respiratory failure (HC) [J96.00]

Active Problems:
  Tetraplegia (HC)
  LOC (loss of consciousness) (HC)
  Neurogenic bowel
  Respiratory failure (HC)
  Pain
  Neuropathic pain
  Impaired skin integrity
  Dysphagia
  Symptomatic hypotension
  Sleep disturbance

Printed by FREEMAN, ERMA [EF110196] at 11/2/2021 11:26:18 AM

PAGE 4/25 * RCVD AT 11/2/2021 11:55:21 AM [Eastern Daylight Time] * SVR:VA1PWFAX201/1 * DNIS:6033340401 * CSID:94046034295 * ANI:14043522020 * DURATION (mm-ss):07-08

**Lincoln/Sewell 562**

Fever
Generalized edema
Scrotal edema
Acute respiratory failure (HC)

History of Present Illness: Mr Timothy Sewell is a 57 y/o M who sustained SCI on 8/28/2021 s/p diving accident into 3 feet of water from back of a boat + LOC was reported of unknown length of time with GCS 3. Diagnostic imaging revealed C4 - C5 locked facet dislocation, C4 - C5 anterior subluxation, cord edema from C2 to mid C6, aspiration pneumonia, and vertebral artery thrombus vs dissection at C4 - C5. He was intubated to maintain patent airway and adequate ventilation on the scene. On 8/29/2021 he underwent C4 - C6 ACDF with plating. He remains in cervical collar bracing at all times. He remained in sinus bradycardia with asystole pauses and was on telemetry. Persistent symptomatic hypotension and was started midodrine and florinef. He was treated for MSSA PNA with x 7 days of Zyvox. Ongoing dysphagia with placement of Peg tube 9/2 for enteral nutrition. Ongoing need for airway management with placement of tracheostomy on 9/5. He was deemed stable and transferred to Shepherd Center for comprehensive inpatient SCI rehabilitation and medical care management on 9/21/2021.

Acute Hospital course was significant for ongoing respiratory distress requiring tracheostomy and ventilator support. MSSA PNA with treatment. Symptomatic hypotension with midodrine and florinef started.

**Past Medical History:**
Diagnosis                                                                         Date
  • Hypertension
  • Lipidemia

No past surgical history on file.
Allergies: No Known Allergies
**Current Facility-Administered Medications**

| Medication | Dose | Frequency |
|---|---|---|
| • acetylcysteine (MUCOMYST) 100 mg/mL (10 %) solution 300 mg | 300 mg | BID |
| • [START ON 9/22/2021] bisacodyL (DULCOLAX) suppository 10 mg | 10 mg | Daily |
| • chlorhexidine (PERIDEX) 0.12 % solution | | |
| • enoxaparin (LOVENOX) syringe 40 mg | 40 mg | Nightly |
| • [START ON 9/22/2021] ferrous sulfate syrup 300 mg | 300 mg | Daily |
| • [START ON 9/22/2021] fludrocortisone (FLORINEF) tablet 0.2 mg | 0.2 mg | Daily |
| • gabapentin (NEURONTIN) solution 100 mg | 100 mg | TID |
| • ipratropium-albuteroL (DUO-NEB) 0.5 mg-3 mg(2.5 mg base)/3 mL nebulizer solution 3 mL | 3 mL | 3 times per day |
| • ipratropium-albuteroL (DUO-NEB) 0.5 mg-3 mg(2.5 mg base)/3 mL nebulizer solution 3 mL | 3 mL | Q4H PRN |
| • midodrine (PROAMATINE) tablet 15 mg | 15 mg | 4x Daily |

Printed by FREEMAN, ERMA [EF110196] at 11/2/2021 11:26:18 AM

- ondansetron (ZOFRAN) injection 4 mg — 4 mg — Q4H PRN
- [START ON 9/22/2021] polyethylene glycol (MIRALAX) packet 17 g — 17 g — Daily
- QUEtiapine (SEROquel) tablet 50 mg — 50 mg — Nightly
- sodium bicarbonate 4.2 % injection 5 mEq — 5 mEq — Q4H PRN
- sulfamethoxazole-trimethoprim (BACTRIM) 200-40 mg/5 mL suspension 20 mL — 20 mL — BID
- temazepam (RESTORIL) capsule 15 mg — 15 mg — Nightly
- terbutaline (BRETHINE) tablet 2.5 mg — 2.5 mg — 4 times per day

Previous Medications:
All previous medications have been reviewed as documented in the medication reconciliation portion of the patient record.

No family history on file.
**Social History**

Socioeconomic History
- Marital status: Married
  Spouse name: Gaye
- Number of children: 2
- Years of education: 16
- Highest education level: Bachelor's degree (e.g., BA, AB, BS)
Occupational History
- Not on file
Tobacco Use
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used
Substance and Sexual Activity
- Alcohol use: Yes
  Comment: social
- Drug use: Never
- Sexual activity: Not on file
Other Topics Concern
- Not on file
Social History Narrative
  Pt is a national general adjustor for MclAren's. He has two children ages 22,27 and enjoys boating, fishing and being outdoors.

**Social Determinants of Health**

Financial Resource Strain:
- Difficulty of Paying Living Expenses:
Food Insecurity:
- Worried About Running Out of Food in the Last Year:
- Ran Out of Food in the Last Year:
Transportation Needs:
- Lack of Transportation (Medical):
- Lack of Transportation (Non-Medical):
Physical Activity:
- Days of Exercise per Week:

Printed by FREEMAN, ERMA [EF110196] at 11/2/2021 11:26:18 AM

- Minutes of Exercise per Session:
Stress:
- Feeling of Stress :
Social Connections:
- Frequency of Communication with Friends and Family:
- Frequency of Social Gatherings with Friends and Family:
- Attends Religious Services:
- Active Member of Clubs or Organizations:
- Attends Club or Organization Meetings:
- Marital Status:
Intimate Partner Violence:
- Fear of Current or Ex-Partner:
- Emotionally Abused:
- Physically Abused:
- Sexually Abused:

Education/Work: College /

Home situation: Home Setting: One story home Prehospital Lives With: Spouse, Family

Family/caregiver status: Name of Primary Caregiver: Gaye Sewell Relation to Patient: Spouse
Can Family provide all supervision needs: Yes

## ROS
Review of Systems
Constitutional: Positive for fever. Negative for activity change, appetite change, chills, diaphoresis, fatigue and unexpected weight change.
HENT: Positive for trouble swallowing and voice change. Negative for congestion, dental problem, drooling, ear discharge, ear pain, facial swelling, hearing loss, mouth sores, nosebleeds, postnasal drip, rhinorrhea, sinus pressure, sinus pain, sneezing, sore throat and tinnitus.
Eyes: Positive for visual disturbance. Negative for photophobia, pain, discharge, redness and itching.
Respiratory: Positive for cough and shortness of breath. Negative for apnea, choking, chest tightness, wheezing and stridor.
   **Tracheostomy on ventilator**
Cardiovascular: Positive for leg swelling. Negative for chest pain and palpitations.
Gastrointestinal: Positive for abdominal distention and diarrhea. Negative for abdominal pain, anal bleeding, blood in stool, constipation, nausea, rectal pain and vomiting.
   **Peg tube**
**Neurogenic bowel**
**Rectal tube**
Endocrine: Negative for cold intolerance, heat intolerance, polydipsia, polyphagia and polyuria.
Genitourinary: Negative for decreased urine volume, difficulty urinating, discharge, dysuria, enuresis, flank pain, frequency, genital sores, hematuria, penile pain, penile swelling, scrotal swelling, testicular pain and urgency.
   **Neurogenic bladder**
**Foley**
Musculoskeletal: Positive for back pain and neck pain. Negative for arthralgias, gait problem, joint swelling, myalgias and neck stiffness.
   **Shoulder pain**
Skin: Positive for wound. Negative for color change, pallor and rash.
   **Open sacral buttocks wound**

Printed by FREEMAN, ERMA [EF110196] at 11/2/2021 11:26:18 AM

Allergic/Immunologic: Negative for environmental allergies, food allergies and immunocompromised state.
Neurological: Positive for weakness and numbness. Negative for dizziness, tremors, seizures, syncope, facial asymmetry, speech difficulty, light-headedness and headaches.
Hematological: Negative for adenopathy. Does not bruise/bleed easily.
Psychiatric/Behavioral: Positive for sleep disturbance. Negative for agitation, behavioral problems, confusion, decreased concentration, dysphoric mood, hallucinations, self-injury and suicidal ideas. The patient is not nervous/anxious and is not hyperactive.

Functional Status:
Prior/Premorbid: , , , , , , ,

At Transferring Facility: , ,     ,

**Objective**

Labs:
**Recent Results (from the past 24 hour(s))**
**POCT Glucose**
    Collection Time: 09/21/21  3:26 PM
| Result | Value | Ref Range |
|---|---|---|
| POC Glucose | 114 (H) | 65 - 110 mg/dL |

Diagnostic Studies: per EMR

Vital Signs: Blood pressure 92/52, pulse 79, temperature 99.9 °F (37.7 °C), temperature source Axillary, resp. rate 17, height 5' 8" (1.727 m), weight 184 lb (83.5 kg), SpO2 92 %.

**PHYSICAL EXAM**
Physical Exam
Constitutional:
  Appearance: Normal appearance.
HENT:
  Head: Normocephalic and atraumatic.
  Right Ear: External ear normal.
  Left Ear: External ear normal.
  Nose: Nose normal.
  Mouth/Throat:
  Mouth: Mucous membranes are moist.
  Comments: **Tracheostomy**

Eyes:
  Conjunctiva/sclera: Conjunctivae normal.
  Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
  Pulses: Normal pulses.

Printed by FREEMAN, ERMA [EF110196] at 11/2/2021 11:26:18 AM

PAGE 8/25 * RCVD AT 11/2/2021 11:55:21 AM [Eastern Daylight Time] * SVR:VA1PWFAX201/1 * DNIS:6033340401 * CSID:94046034295 * ANI:14043522020 * DURATION (mm-ss):07-08

**Lincoln/Sewell 566**

Heart sounds: Normal heart sounds.
Pulmonary:
  Effort: Respiratory distress present.
  Breath sounds: Rhonchi present.
  Comments: **Tracheostomy on ventilator**
Abdominal:
  General: Bowel sounds are normal. There is distension.
  Palpations: Abdomen is soft.
  Comments: **Peg tube**
**Rectal tube**
Genitourinary:
  Penis: Normal.
  Rectum: Normal.
  Comments: **Scrotal edema**
Musculoskeletal:
  Cervical back: Neck supple.
  Right lower leg: Edema present.
  Left lower leg: Edema present.
Skin:
  General: Skin is warm and dry.
  Capillary Refill: Capillary refill takes 2 to 3 seconds.
  Comments: **Open sacral buttock wound**
Neurological:
  Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
  Sensory: Sensory deficit present.
  Deep Tendon Reflexes: Reflexes abnormal.
Psychiatric:
  Mood and Affect: Mood normal.
  Behavior: Behavior normal.
  Thought Content: Thought content normal.
  Judgment: Judgment normal.

Sensory: Sensation to light touch is intact from C2 to C4 bilaterally and absent below.

Motor:

|       | C5 | C6 | C7 | C8 | T1 | L2 | L3 | L4 | L5 | S1 |
|-------|----|----|----|----|----|----|----|----|----|----|
| **Right** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Left**  | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Anorectal exam: - VAC, - DAP, - S4-5, - BCR

**Assessment and Plan**

**REHAB.** Rehab with PT/OT/ST/TR/counseling.

Printed by FREEMAN, ERMA [EF110196] at 11/2/2021 11:26:18 AM

**NEURO.** SCI with resultant tetraplegia. C4 - C5 locked facet dislocation, C4 - C5 anterior subluxation, cord edema from C2 to mid C6, and vertebral artery thrombus vs dissection at C4 - C5.
+ LOC
On 8/29/2021 he underwent C4 - C6 ACDF with plating. He remains in cervical collar bracing at all times. Ok off for hygiene when laying flat/stil.
Obtain x-rays. Consult ortho spine surgery to evaluate treatment and bracing recommendations.
Initial preliminary evaluation C4 ASIA A.

**SPASTICITY.** Given UMN injury, spasticity is likely. Monitor and add medications as needed.

**ID.** Temps reviewed. At risk for UTI and pneumonia. Monitor for s/s of infection and leukocytosis. MRSA swab on admission.
**Self reported he received Covid-19 vaccine prior to injury.**

**CV.** HR/BP reviewed. No pre-morbid cardiac history. HTN & HLD controlled with medications pre-morbidly.
Given SCI, at risk for autonomic dysreflexia and orthostatic hypotension.
1. Orthostatic hypotension. On midodrine and florinef.
2. Bradycardia – on telemetry.
Baseline EKG on admission.

**PULM.** Respiratory rate and pulse ox monitored. Respiratory failure, vent dependent, secondary to SCI, status post tracheostomy. Pulm team onboard for airway management. CXR on admission.
**Tracheostomy 9/5.**

**F/E/N.** NPO, on tube feeds for nutrition. Dietitian onboard. Advance diet as able. Pre-alb on admission. Monitor weight. Peg tube 9/2.

**ENT.** Tracheotomy placed 9/5.

**GU.** Neurogenic bladder due to spinal cord injury with urinary retention. Foley on admission. Remove when volumes more stable and start ICs with bladder protocol.

**GI.** Neurogenic bowel due to spinal cord injury. Full bowel blow-out on admission to clear bowels of constipation. BCR negative.
KUB on admission to evaluate stool burden and peg tube.

**MSK** Check films on admission and consult Dr. Murray for recommendations for bracing and weight bearing.
**FYI Pmhx left rotator cuff injury and right collar bone fracture.**

**ENDOCRINE.** CMP, Mag, Phos on admission and as appropriate.

**HEMATOLOGY.** CBC on admission and as appropriate.
Anemia present. Continue supplemental iron.

**VTE.** High risk for VTE secondary to immobility. BFS on admission. Lovenox for VTE prophylaxis.

**SKIN.** High risk for skin breakdown secondary to immobility. Skincare protocol. See nursing photographs for details. **Impaired skin integrity on buttocks sacral area. Side/side turns. Plan for specialty mattress.**

Printed by FREEMAN, ERMA [EF110196] at 11/2/2021 11:26:18 AM

2021-11-02 11:53     Case Manager - Erma 94046034295 >> Lincoln Financial     P 11/29

Sewell, Timothy Alan (MRN 908691203) Printed by Erma Freeman, LCSW [EF110196] at 11/2/21 1...

**PAIN.** Post-operative pain, on hydrocodone - acetaminophen at admission. Wean as able. Continue Gabapentin 300 mg tid.

**PSYCH.** High risk for adjustment disorder due to catastrophic nature of injury. Counseling onboard. Monitor closely and add SSRI if indicated.

**SLEEP.** No issues pre-morbidly with insomnia. Currently with sleep disturbance. Continue Seroquel and Restoril, adjust and change as appropriate.

**DME.** Patient will require a power wheelchair at discharge for safety, mobility, and to perform ADLs.

The patient is admitted to Shepherd Center for further medical management and to assess physiological impairments in order to initiate all aspects of inpatient rehabilitation training, including: PT, OT, SLP, Psychology/Neuropsychology, Case management, Medicine Consult, Therapeutic Recreation, Rehab Nursing, Nutrition

Activity Limitations or Participation Restrictions: Cervical collar bracing at all times except hygiene.

PVD/PAD: absent
DVT/PE: at risk
DM: absent
Malnutrition: at risk

Estimated length of stay will be determined following completion of assessments. Case management will be involved. A medical conference will be held when appropriate.

Beverly E Bonilla, NP
9/21/2021

Cosigned by: Brock Bowman, MD at 9/22/2021 11:25 AM

**Revision History**

| Date/Time | User | Provider Type | Action |
|---|---|---|---|
| 9/22/2021 11:25 AM | Brock Bowman, MD | Physician | Cosign |
| 9/21/2021 4:59 PM | Beverly Bonilla, NP | Nurse Practitioner | Sign |

Printed by FREEMAN, ERMA [EF110196] at 11/2/2021 11:26:18 AM

PAGE 11/25 * RCVD AT 11/2/2021 11:55:21 AM [Eastern Daylight Time] * SVR:VA1PWFAX201/1 * DNIS:6033340401 * CSID:94046034295 * ANI:14043522020 * DURATION (mm-ss):07-08

**Lincoln/Sewell 569**

# Sewell, Timothy Alan

MRN: 908691203

| Allison Cwick, CCC-SLP | Therapy Note | Date of Service: 11/1/2021  5:54 PM |
|---|---|---|
| Speech and Language Pathologist | Signed | |
| Therapies | | |

### Speech Language Pathology IP Daily Note

**Visit:**
**Today's Date:** 11/1/2021
**Patient Name:** Timothy Alan Sewell, 57 y.o., male
**DOB:**

**Visit Diagnoses:**
**Encounter Diagnoses**

| Code | Name | Primary? |
|---|---|---|
| • Z78.9 | Decreased activities of daily living (ADL) | Yes |
| • Z13.6 | Screening for cardiovascular condition | |
| • Z99.3 | Wheelchair dependence | |
| • Z74.09 | Decreased functional mobility and endurance | |
| • R13.12 | Dysphagia, oropharyngeal | |
| • R47.89 | Problem with voice production | |
| • R94.31 | Prolonged QT interval | |
| • R49.9 | Voice complaint | |
| • R13.12 | Dysphagia, oropharyngeal phase | |

**Treatment Time:**
Direct 1:1 Patient Time: 60 Minutes
Total Treatment Time: 60 Minutes

**Therapeutic Interventions provided today:**
SLP Treatments
$Speech Language Indiv Tx(92507): 1 Session

**Pain:**
Pain (Shepherd)
Pain Currently Present?: No
Patient's Stated Pain Goal: No pain
Pain Scale: 0-10 (Verbal)

**Session note:**
Summary : Pt was seen for individual speech therapy session.
Subjective: Pt was awake, alert & responsive. Independently initiated conversation & responded
appropriately to direct questions. Appreciation of humor observed t/o session.
Respiratory
Airway: Trach
Tracheostomy Type: Shiley
Cuffed or Uncuffed: Cuffed;Deflated
Tracheostomy Size (mm): 6 mm
Speaking Valve: Yes

Printed by FREEMAN, ERMA [EF110196] at 11/2/2021 11:26:39 AM
PAGE 12/25 * RCVD AT 11/2/2021 11:55:21 AM [Eastern Daylight Time] * SVR:VA1PWFAX201/1 * DNIS:6033340401 * CSID:94046034295 * ANI:14043522020 * DURATION (mm-ss):07-08
**Lincoln/Sewell 570**

2021-11-02 11:54     Case Manager - Erma 94046034295 >> Lincoln Financial     P 13/29

Sewell, Timothy Alan (MRN 908691203) Printed by Erma Freeman, LCSW [EF110196] at 11/2/21 1...

Speaking Valve Comments: Pt initially w/ PMSV in place on SLP arrival; however, RT present during session & changed to trach cap. Pt denied any difficulty (ie-SOB, increased WOB or dizziness) w/ placement of either PMSV or trach cap.

Respiratory Comments: Session targeted generalization of diaphragmatic breathing. Pt able to utilize for short phrases of ~3-5 words w/ minimal verbal cueing. Required intermittent verbal cueing cueing for coordination of respiration & phonation. With use of diaphragmatic breathing, vocal intensity observed to increase w/ reduction in hoarse/breathy vocal quality.

**Patient Education:**

Patient Education

Patient Education Comments: Spoke w/ pt & his wife re: the following topics: 1) Role of SLP, 2) SLP POC, 3) Progress made in tx to date, 4) Prognosis & 5) Expected clinical presentation on discharge. Pt & his wife communicated understanding of all topics discussed.

**Plan:**

Speech Pathology Plan of Care

Speech Pathology Plan of Care: Continue with established plan of care

**Goals:**

Dysphagia LTG

Tolerate least restrictive diet without s/s of aspiration: by DC Goal met

Motor Speech LTG

Demonstrate improved respiratory support for functional conversational length speech: by discharge

Voice LTG

Demonstrate improved vocal function for sustained voice at the structured conversational level: by DC

SLP Short Term Goals

SLP STGs Due: 11/10/21

Short Term Goals: Tolerate diet change as indicated without s/s aspiration (Goal met)

Short Term Goal Other 1: Pt will utilize diaphragmatic breathing in short phrases w/ minimal verbal cueing 5/10 opportunities.

Short Term Goal Other 2: Pt will complete RMST via the breather at settings 3 for inhalation/3 for exhalation 5 repetitions/5 sets x2 daily over 3 consecutive session.

**Therapist:** Allison Cwick, M.S., CCC-SLP 11/1/2021

"The therapist has performed the assessment and recommendations for services. This has not been supervised by the signing physician. The signing physician certifies the need for the therapy services furnished under the Plan of Care."

Printed by FREEMAN, ERMA [EF110196] at 11/2/2021 11:26:39 AM

PAGE 13/25 * RCVD AT 11/2/2021 11:55:21 AM [Eastern Daylight Time] * SVR:VA1PWFAX201/1 * DNIS:6033340401 * CSID:94046034295 * ANI:14043522020 * DURATION (mm-ss):07-08

**Lincoln/Sewell 571**

# Sewell, Timothy Alan

MRN: 908691203

---

**Brock Bowman, MD**
Physician
Physical Medicine and Rehabilitation
Date of Service: 11/1/2021  4:29 PM

Progress Notes  ■
Signed

## PHYSICAL MEDICINE AND REHABILITATION
## INPATIENT PROGRESS NOTE

**NAME:** Timothy Alan Sewell          **MRN:** 908691203

**DATE OF INJURY:** 8/28/2021

**DATE OF SERVICE:** 11/1/2021

HPI: Mr Timothy Sewell is a 57 y/o M who sustained SCI on 8/28/2021 s/p diving accident into 3 feet of water from back of a boat + LOC was reported of unknown length of time with GCS 3. Diagnostic imaging revealed C4 - C5 locked facet dislocation, C4 - C5 anterior subluxation, cord edema from C2 to mid C6, aspiration pneumonia, and vertebral artery thrombus vs dissection at C4 - C5. He was intubated to maintain patent airway and adequate ventilation on the scene. On 8/29/2021 he underwent C4 - C6 ACDF with plating. He remains in cervical collar bracing at all times. He remained in sinus bradycardia with asystole pauses and was on telemetry. Persistent symptomatic hypotension and was started midodrine and florinef. He was treated for MSSA PNA with x 7 days of Zyvox. Ongoing dysphagia with placement of Peg tube 9/2 for enteral nutrition. Ongoing need for airway management with placement of tracheostomy on 9/5. He was deemed stable and transferred to Shepherd Center for comprehensive inpatient SCI rehabilitation and medical care management on 9/21/2021.

Acute Hospital course was significant for ongoing respiratory distress requiring tracheostomy and ventilator support. MSSA PNA with treatment. Symptomatic hypotension with midodrine and florinef started.

---

**DAILY NARRATIVE:**  The patient was seen and examined in room with wife present. He is a bit tearful this am considering all that he has been through. He reports secretions have been a bit worse and harder to breath with trach plugged at times. He also has a poor appetite and bad after taste in mouth. He is still considering the colostomy. He has seen Urology and going to go with SPT. Dr. Pursifull following. 10/28 increase Remeron 30 mg QHS.

1. Neuropathic pain. Stable.
 • Gabapentin 300 mg TID, 9/30-->changed to pill form 10/15.

2. Insomnia. Monitor.
 • Seroquel 50 mg at bedtime.
 • Restoril 15 mg at bedtime.

3. Hypotension. Monitor.
 • Midodrine 10 mg 3 x daily, decreased 10/21.
 • Florinef 0.2 mg daily.

Printed by FREEMAN, ERMA [EF110196] at 11/2/2021 11:26:46 AM

2021-11-02 11:54     Case Manager - Erma 94046034295 >> Lincoln Financial     P 15/29

Sewell, Timothy Alan (MRN 908691203) Printed by Erma Freeman, LCSW [EF110196] at 11/2/21 1...

4. Neurogenic bowel. MB q pm/ RC q am. LBM 10/28
10/26 discussed possible CRS for colostomy in future.
  • Simethicone QID 10/14.

5. Neurogenic bladder. Foley in place.
10/26 Urology consulted for SPT

6. Pain. Stable.
  • Voltaren gel 4x daily prn, 9/22.
  • Ultram 100 mg q 6 PRN 10/6.

7. Anxiety. Stable.
Buspar 5 mg PRN added 10/12.

---

**CHIEF COMPLAINT:** Weakness and loss of movement/sensation below shoulders

**SUBJECTIVE:** He is c/o having bad after taste after eating despite food smelling good. He is also c/o increased secretions overall.

**ROS:** No chest pain, shortness of breath, fevers, chills, nausea or emesis.

## OBJECTIVE

**VITALS SIGNS:**
Temp: [97.7 °F (36.5 °C)-98.5 °F (36.9 °C)] 97.7 °F (36.5 °C)
Heart Rate: [78-105] 85
Resp: [14-22] 18
BP: (81-124)/(46-74) 110/56
FiO2 (%): [21 %-35 %] 35 %

**LABS:**
**Recent Labs**

| Lab | 11/01/21 0633 |
|-----|-----|
| WBC | 6.92 |
| HGB | 9.9* |
| HCT | 31.9* |
| PLT | 182 |

**PHYSICAL EXAMINATION:**
General: Well developed, well nourished, in no distress.
HEENT: Normocephalic, atraumatic. Moist mucous membranes. Tracheostomy/plugged.
Heart: No sternal heaves.
Lungs: No labored respirations. No stridor. Course BS
Abdomen: Soft. No peritoneal signs. PEG
Extremities: No discoloration.
Integument: Warm. Dry. Edema.
Mental Status: Mood normal. Affect appropriate.
Neurological: Awake. Alert. Tetraplegia.

## PROPHYLAXIS
  • VTE: DVT right subclavian. Lovenox 80 mg 2x daily, to Eliquis 5 mg BID 10/4.

Printed by FREEMAN, ERMA [EF110196] at 11/2/2021 11:26:46 AM

PAGE 15/25 * RCVD AT 11/2/2021 11:55:21 AM [Eastern Daylight Time] * SVR:VA1PWFAX201/1 * DNIS:6033340401 * CSID:94046034295 * ANI:14043522020 * DURATION (mm-ss):07-08

**Lincoln/Sewell 573**

• GI: Pepcid 20 mg BID

## ASSESSMENT AND PLAN

**REHAB.** Rehab with PT/OT/ST/TR/counseling ongoing.

**NEURO.** SCI with resultant tetraplegia. C4 - C5 locked facet dislocation, C4 - C5 anterior subluxation, cord edema from C2 to mid C6, and vertebral artery thrombus vs dissection at C4 - C5. + LOC. 8/29/2021 C4 - C6 ACDF with plating. He remains in cervical collar bracing at all times. Ok off for hygiene when laying flat or below 30 degrees.
Obtain x-rays. Consult ortho spine surgery to evaluate treatment and bracing recommendations.

| ISNCSCI SCORES<br>Assessment Type: Admission (09/22/21 1100)<br>Neurological Level of Injury: C1<br>Asia Impairment Scale (AIS): C | | |
|---|---|---|
| | LEFT | RIGHT |
| Upper Extremity Motor Score | 2 | 0 |
| Lower Extremity Motor Score | 0 | 0 |
| Light Touch Score | 5 | 3 |
| Pin Prick Score | 3 | 6 |
| Motor Neurological Level | C1 | C1 |
| Sensory Neurological Level | C1 | C1 |

**SPASTICITY.** Given UMN injury, spasticity is likely. Monitor and add medications as needed.

**ID.** Temps reviewed. At risk for UTI and pneumonia. Monitor for s/s of infection and leukocytosis. MRSA swab on admission.
**Self reported he received Covid-19 vaccine prior to injury.**
**9/25 CT sinuses with sphenoid sinusitis**
Pulm medicine following and remains on Vanc/Cipro for PNA and sinusitis. Off Abx 10/6.

**CV.** HR/BP reviewed. No pre-morbid cardiac history. HTN & HLD controlled with medications pre-morbidly. Telemetry with trach.
Given SCI, at risk for autonomic dysreflexia and orthostatic hypotension.
1. Orthostatic hypotension. On midodrine 15 mg QID, to TID 10/13, to 10 mg TID 10/21, and florinef 0.2 mg daily.
2. Bradycardia – on telemetry, terbutaline d/c 10/7.
Baseline EKG on admission.

**PULM.** Respiratory rate and pulse ox monitored. Respiratory failure, vent dependent, secondary to SCI, status post tracheostomy. Pulm team onboard for airway management. CXR on admission. **Tracheostomy 9/5. 9/29 PS trials per pulmonary medicine. 10/21 weaned off vent in ICU successfully**

**F/E/N.** NPO, on tube feeds for nutrition. Dietitian onboard. SLP on case. Advance diet as able. Pre-alb on admission. Monitor weight. Peg tube 9/2.
10/7 regular diet with thin liquids. On Jevity bolus 8 pm and MN. Juven.

**ENT.** Tracheotomy placed 9/5.
PMH Allergic rhinitis 10/11 Flonase and allegra.

Printed by FREEMAN, ERMA [EF110196] at 11/2/2021 11:26:46 AM

Sewell, Timothy Alan (MRN 908691203) Printed by Erma Freeman, LCSW [EF110196] at 11/2/21 1...

**GU.** Neurogenic bladder due to spinal cord injury with urinary retention. Foley on admission. Remove when volumes more stable and start ICs with bladder protocol. 10/26 consult Urology for SPT.

**GI.** Neurogenic bowel due to spinal cord injury. Full bowel blow-out on admission to clear bowels of constipation. BCR negative.
KUB on admission to evaluate stool burden and peg tube.

**MSK** Check films on admission and consult Dr. Murray for recommendations for bracing and weight bearing.
**FYI PMHx left rotator cuff injury and right collar bone fracture.**

**ENDOCRINE.** CMP, Mag, Phos stable on admission and as appropriate.

**HEMATOLOGY.** CBC stable on admission and as appropriate. Anemia present. Continue supplemental iron.

**VTE.** High risk for VTE secondary to immobility. BFS on admission.
9/21 + DVT Right subclavian. Therapeutic anticoagulation Lovenox 80 mg 2 x daily, to Eliquis 5 mg BID 10/4.

**SKIN.** High risk for skin breakdown secondary to immobility. Skincare protocol. See nursing photographs for details. Impaired skin integrity on buttocks sacral area. Side/side turns. Plan for specialty mattress.

**PAIN.** Post-operative pain monitor and treat. Acetaminophen 650 mg prn.
9/30 Gabapentin 300 mg Tid.
10/6 add Ultram 100 mg q6 hours prn for moderate pain.

**PSYCH.** High risk for adjustment disorder due to catastrophic nature of injury. Counseling onboard. Monitor closely and add SSRI if indicated.
10//12 Buspar 5 mg TID PRN.

**SLEEP.** No issues pre-morbidly with insomnia. Currently with sleep disturbance. Continue Seroquel and Restoril, adjust and change as appropriate.

**DME.** Patient will require a power wheelchair at discharge for safety, mobility, and to perform ADLs.

The patient is admitted to Shepherd Center for further medical management and to assess physiological impairments in order to initiate all aspects of inpatient rehabilitation training, including: PT, OT, SLP, Psychology/Neuropsychology, Case management, Medicine Consult, Therapeutic Recreation, Rehab Nursing and Nutrition.

Estimated length of stay will be determined following completion of assessments. Case management will be involved.

Medical conference completed with patient and wife on 10/5

Brock Bowman, MD

Printed by FREEMAN, ERMA [EF110196] at 11/2/2021 11:26:46 AM

**Lincoln/Sewell 575**

# Sewell, Timothy Alan

MRN: 908691203

| | | |
|---|---|---|
| Marissa Mirecki, OT<br>Occupational Therapist<br>Therapies | Therapy Note<br>Signed | Date of Service: 11/1/2021  1:11 PM |

### OT Daily Session Note

**Today's Date:** 11/1/2021

**Patient Name:** Timothy Alan Sewell
                  male

**Treatment Time:**
Direct 1:1 Patient Time: 45 Minutes
Total Treatment Time: 60 Minutes

**Therapeutic Interventions provided today:**
Therapeutic Interventions
OT Therapeutic Activity (Total Minutes): 15 Minutes
$OT Therapeutic Activity (97530): 1 Unit
OT Neuromuscular Re-education (Total Min): 30 Minutes
$OT Neuromuscular Re-education (97112): 2 Units

**Pain:**
Pain (Shepherd)
Pain Currently Present?: No

**Encounter Diagnoses**

| Code | Name | Primary? |
|---|---|---|
| • Z78.9 | Decreased activities of daily living (ADL) | Yes |
| • Z13.6 | Screening for cardiovascular condition | |
| • Z99.3 | Wheelchair dependence | |
| • Z74.09 | Decreased functional mobility and endurance | |
| • R13.12 | Dysphagia, oropharyngeal | |
| • R47.89 | Problem with voice production | |
| • R94.31 | Prolonged QT interval | |
| • R49.9 | Voice complaint | |
| • R13.12 | Dysphagia, oropharyngeal phase | |

**Subjective / Patient Report:**
Pt met in room. Nothing new to report

**Objective/ Assessment of Today's Treatment:**
Pt participated in therapy targeting dynamic sitting balance and UB strength. Pt completed sip
and puff driving to gym c min A to remember commands. Pt completed posterior and lateral
prop activities seated in long sit on mat. Pt required assistance c placing hands and arms in
position, supporting trunk, and fully depressing and retracting shoulder for exercises.

Printed by FREEMAN, ERMA [EF110196] at 11/2/2021 11:26:53 AM

**Lincoln/Sewell 576**

**Plan / Recommendation:**
Continue to work toward STGs and LTGs.

**Current Goals:**

| OT Short Term Goals | 10/28/2021 |
| --- | --- |
| STG | Pt's wife will demonstrate skin checks after shower with min A and verbal cues in 1 week |
| STG | Pt will utilize speaking valve to access Siri on his phone with min A and verbal cues in 1 week - ongoing, pt is capped, will address this interim |
| STG | Pt will demonstrate use of mouthstick stylus to access all corners of touch screen cell phone for >30 seconds with min A and verbal cues in 1 week- met |
| STG | Pt will demonstrate appropriate L UE patterning for feeding with max A and verbal cues for upper trap inhibition in 1 week |
| STG | Pt will remove mouthstick from mouthstick holder placed on pwc with min A and verbal cues in 1 week- ongoing |
| STG | - |

**Therapist:**
Marissa Mirecki, OT
11/1/2021

Printed by FREEMAN, ERMA [EF110196] at 11/2/2021 11:26:53 AM

PAGE 19/25 * RCVD AT 11/2/2021 11:55:21 AM [Eastern Daylight Time] * SVR:VA1PWFAX201/1 * DNIS:6033340401 * CSID:94046034295 * ANI:14043522020 * DURATION (mm-ss):07-08

**Lincoln/Sewell 577**

# Sewell, Timothy Alan

MRN: 908691203

| Juliana Hudson, OTS<br>OT Student<br>Therapies | Therapy Note<br>Signed | Date of Service: 11/1/2021 12:17 PM |
|---|---|---|

## OT Daily Session Note

**Today's Date:** 11/1/2021

**Patient Name:** Timothy Alan Sewell
        male

**Treatment Time:**
Direct 1:1 Patient Time: 45 Minutes
Total Treatment Time: 60 Minutes

**Therapeutic Interventions provided today:**
Therapeutic Interventions
$OT Therapeutic Activity (97530): 1 Unit
$OT Neuromuscular Re-education (97112): 2 Units

**Pain:**
Pain (Shepherd)
Pain Currently Present?: No
Patient's Stated Pain Goal: No pain

**Encounter Diagnoses**

| Code | Name | Primary? |
|---|---|---|
| • Z78.9 | Decreased activities of daily living (ADL) | Yes |
| • Z13.6 | Screening for cardiovascular condition | |
| • Z99.3 | Wheelchair dependence | |
| • Z74.09 | Decreased functional mobility and endurance | |
| • R13.12 | Dysphagia, oropharyngeal | |
| • R47.89 | Problem with voice production | |
| • R94.31 | Prolonged QT interval | |
| • R49.9 | Voice complaint | |
| • R13.12 | Dysphagia, oropharyngeal phase | |

**Subjective / Patient Report:**
Pt reported that he had a good weekend and enjoyed seeing his daughters.

**Objective/ Assessment of Today's Treatment:**
Co-tx with second OT today. Pt received on mat supported by posterior wedge with second OT present. Pt worked on diaphragmatic breathing and upright posture targeting scap depression/retraction, posterior prop sitting, and trunk flexion/extension in anterior prop sitting. Pt completed weight bearing on R and L elbows and completed scap depression/retraction in this position. Required max A for balance and for all positions throughout session. Dependently

Printed by FREEMAN, ERMA [EF110196] at 11/2/2021 11:27:00 AM

PAGE 20/25 * RCVD AT 11/2/2021 11:55:21 AM [Eastern Daylight Time] * SVR:VA1PWFAX201/1 * DNIS:6033340401 * CSID:94046034295 * ANI:14043522020 * DURATION (mm-ss):07-08

**Lincoln/Sewell 578**

transferred from mat to pwc via hoyer lift. Navigated therapy gym to room via sip and puff with min verbal cues. Pt left upright in pwc in room with all needs met and wife present.

**Plan / Recommendation:**
Continue per POC to address LTGs and STGs

**Current Goals:**

| | |
|---|---|
| OT Short Term Goals | 10/28/2021 |
| STG | Pt's wife will demonstrate skin checks after shower with min A and verbal cues in 1 week |
| STG | Pt will utilize speaking valve to access Siri on his phone with min A and verbal cues in 1 week - ongoing, pt is capped, will address this interim |
| STG | Pt will demonstrate use of mouthstick stylus to access all corners of touch screen cell phone for >30 seconds with min A and verbal cues in 1 week- met |
| STG | Pt will demonstrate appropriate L UE patterning for feeding with max A and verbal cues for upper trap inhibition in 1 week |
| STG | Pt will remove mouthstick from mouthstick holder placed on pwc with min A and verbal cues in 1 week- ongoing |
| STG | - |

**Therapist:**
Juliana Hudson, OTS
11/1/2021

Cosigned by: Tayla Mangus, OT at 11/1/2021 8:29 PM

**Revision History**

| Date/Time | User | Provider Type | Action |
|---|---|---|---|
| 11/1/2021 8:29 PM | Tayla Mangus, OT | Occupational Therapist | Cosign |
| 11/1/2021 12:34 PM | Juliana Hudson, OTS | OT Student | Sign |

Printed by FREEMAN, ERMA [EF110196] at 11/2/2021 11:27:00 AM

PAGE 21/25 * RCVD AT 11/2/2021 11:55:21 AM [Eastern Daylight Time] * SVR:VA1PWFAX201/1 * DNIS:6033340401 * CSID:94046034295 * ANI:14043522020 * DURATION (mm-ss):07-08

**Lincoln/Sewell 579**

# Sewell, Timothy Alan

MRN: 908691203

| Lindsay Brinker, PT | Therapy Note | Date of Service: 10/29/2021 3:55 PM |
|---|---|---|
| Physical Therapist | Signed | |
| Specialty: Physical Therapist | | |

## PT Daily Session Note

**Today's Date:** 10/29/2021

**Patient Name:** Timothy Alan Sewell
            male

**Treatment Time:**
Direct 1:1 Patient Time: 60 Minutes
Total Treatment Time: 90 Minutes

**Therapeutic Interventions provided today:**
Therapeutic Interventions
$Therapeutic Activity (97530): 4 Units

**Pain:**
Pain Back Superior;Medial (Active)

| | | |
|---|---|---|
| Pain Score | Zero | 10/29/21 1540 |

Pain Shoulder Left (Active)

| | | |
|---|---|---|
| Pain Score | Zero | 10/29/21 1540 |

Pain Throat Anterior (Active)

| | | |
|---|---|---|
| Pain Score | Zero | 10/29/21 1540 |

**Encounter Diagnoses**

| Code | Name | Primary? |
|---|---|---|
| • Z78.9 | Decreased activities of daily living (ADL) | Yes |
| • Z13.6 | Screening for cardiovascular condition | |
| • Z99.3 | Wheelchair dependence | |
| • Z74.09 | Decreased functional mobility and endurance | |
| • R13.12 | Dysphagia, oropharyngeal | |
| • R47.89 | Problem with voice production | |
| • R94.31 | Prolonged QT interval | |
| • R49.9 | Voice complaint | |
| • R13.12 | Dysphagia, oropharyngeal phase | |

**Subjective / Patient Report:**
Pt reported the wedding was wonderful.

**Objective/ Assessment of Today's Treatment:**
Pt attended in-center community reintegration outing simulation during co-treat with PT, OT, ST, and Rec Therapy. Pt attended daughter's wedding ceremony at the Shepherd Plaza. Pt was

Printed by FREEMAN, ERMA [EF110196] at 11/2/2021 11:27:25 AM

dependent for mobility on level surfaces, door management, and weight shifts due to therapist or family member performing tasks due to anxiety and medical status. Pt and therapists discussed inclement weather considerations. Pt and family were educated on power wheelchair navigation on various terrains in the community setting. Pt was able to verbalize needs to staff for the duration of the session.

**Plan / Recommendation:**
Plan to work on strength and wheelchair management next session.

**Current Goals:**

| | |
|---|---|
| PT Short Term Goals | 10/28/2021 |
| STG | Patient will navigate pwc using head array with minA for limited household distances in 1 week |
| STG | Patient will navigate pwc using sip and puff with modA for limited community distances in 1 week |
| STG | Patient will verbalize steps for LE stretches with minA in 1 week |

**Therapist:**
Lindsay Brinker, PT
10/29/2021

Printed by FREEMAN, ERMA [EF110196] at 11/2/2021 11:27:25 AM

PAGE 23/25 * RCVD AT 11/2/2021 11:55:21 AM [Eastern Daylight Time] * SVR:VA1PWFAX201/1 * DNIS:6033340401 * CSID:94046034295 * ANI:14043522020 * DURATION (mm-ss):07-08
**Lincoln/Sewell 581**

# Sewell, Timothy Alan

MRN: 908691203

| | | |
|---|---|---|
| James Torell, PA-C<br>Physician Assistant<br>Pulmonology | Progress Notes ■<br>Signed | Date of Service: 10/29/2021  3:42 PM |

## _SHEPHERD PULMONARY/CRITICAL CARE_
## _PROGRESS NOTE_

### HOSPITAL COURSE:

**Length of Stay:** 38 days

Mr. Sewell is a 56M with PMH of HTN and HLD who suffered a C4-C5 SCI after diving into 3 ft of water on 8/28/21. Patient underwent C4-5/6 ACDF with plating on 8/29/21. He was intubated for respiratory distress and had trach placed 9/5/21. Patient had bronch on 9/1 with cx growing MSSA and was started on zyvox. His hospital course was complicated by bradycardia with asystole, neurogenic shock and mucus plugging. Patient weaned off the ventilator on 9/16. However he was transported to Shepherd on PSV 20/8.

### SUBJECTIVE / INTERVAL EVENTS:
**ROS:** ROS is obtained and is negative for fever, chills, N/V/D, pain.

**Significant events:** Has been tolerating being off vent 24/7, with overnight ox last PM revealing significant overnight hypoxia. Repeating overnight ox on room air tonight.

When getting dressed for his daughter's wedding this afternoon pt became acutely hypoxic and required 3L NC to keep sats > 90%. After quad cough and inexsufflation slight improvement. At wedding pt requiring multiple quad coughs with worsening secretions. CXR this afternoon with L > R atelectasis but no significant changes from previous study. Will continue aggressive pulmonary toilet.

### OBJECTIVE:

**Vital Signs:**
**Temp:** 97.8 °F (36.6 °C),  **HR:** 88 ,  **B/P:** 93/51 ,  **Resp:** 16
Temp:  [97.8 °F (36.6 °C)-100.6 °F (38.1 °C)] 97.8 °F (36.6 °C)
Heart Rate:  [82-95] 88
Resp:  [16-20] 16
BP: (86-134)/(50-63) 93/51

**Airway:**
**Trach:** #6 cuffless
**Sputum:** small tan, rusty , thick, clears with pulmonary toilet
**Vent wean:** vent weaned 10/21
**Oxygenation:** 93% on RA
**VC:** 650 10/27

**Physical Exam:**

| General: | Well developed male sitting in wheelchair in no acute distress on 3L NC, trach plug in place |
|---|---|

Printed by FREEMAN, ERMA [EF110196] at 11/2/2021 11:27:33 AM

**Lincoln/Sewell 582**

2021-11-02 11:57 Case Manager - Erma 94046034295 >> Lincoln Financial P 25/29

Sewell, Timothy Alan (MRN 908691203) Printed by Erma Freeman, LCSW [EF110196] at 11/2/21 1...

| HEENT: | MMM |
|---|---|
| Heart: | RRR |
| Lungs: | CTAB |
| Abdomen: | Soft, NTND, BS + |
| Extremities: | No edema |
| Neuro: | A&O x 4 |
| Psych: | Calm, pleasant |
| Skin: | Warm, dry, no rashes visible |

## MEDICATIONS

CURRENT MEDICATIONS REVIEWED.

**Antibiotics:**

| Name | Indication | Start Date | Stop Date |
|---|---|---|---|
| | | | |
| PRIOR ANTIBIOTICS: | | | |
| Cipro | Epididymitis | 9/27 | 10/6 |
| vanc | Empiric sepsis | 9/24 | 10/4 |
| Merrem | Empiric sepsis | | |
| Cefepime | Empiric sepsis | 9/24 | |
| Zyvox | MSSA PNA | | |
| bactrim | Unclear, From OSH | PTA | 9/22 |

## LABORATORY

**ID / Cultures:**

| | Date | Result |
|---|---|---|
| Blood | 9/24 | NG Final |
| Respiratory | 9/21 | NGTD |
| | 9/27 | Few colonies normal resp flora |
| Urine | 9/23 | UA unremarkable |
| C diff | 9/27 | Negative |
| MRSA swab | 9/21 | Negative |
| Other | | |

**Hematology:**
**Recent Labs**

| Lab | 10/25/21 0732 | 10/24/21 0826 |
|---|---|---|
| WBC | 7.72 | 7.72 |
| HGB | 9.2* | 9.8* |
| PLT | 194 | 233 |
| NEUTROABS | 5.5 | 5.0 |

**Chemistry:**
**Recent Labs**

| Lab | 10/25/21 0732 |
|---|---|

Printed by FREEMAN, ERMA [EF110196] at 11/2/2021 11:27:33 AM

PAGE 25/25 * RCVD AT 11/2/2021 11:55:21 AM [Eastern Daylight Time] * SVR:VA1PWFAX201/1 * DNIS:6033340401 * CSID:94046034295 * ANI:14043522020 * DURATION (mm-ss):07-08

**Lincoln/Sewell 583**

| From: | Gaye Sewell |
|---|---|
| To: | LifeClaimDocs |
| Subject: | Medical records for Tim Sewell |
| Date: | Monday, December 5, 2022 6:57:51 AM |
| Attachments: | ContinuityofCareDocument[12.05.2022].pdf |

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Dan,
I attached the the medical records from 8/28/21 . This is everything from the time Tim was admitted to the trauma center . Let me know if you need anything else. Thank you.

Gaye Sewell

Sent from my iPhone

**Lincoln/Sewell 584**

# Continuity Of Care Document

*for a729b61a-c4bb-48b2-ab2a-2faef6754795*
*OID: 2.16.840.1.113883.3.1110*

## Table Of Contents

**Patient Info**
**Reason For Referral**
**Problems**
**Allergies And Adverse Reactions**
**Medications**
**Procedures**
**Social History**
**Results**
**Vital Signs**
**Encounters**
**Authoring Details**
**Signatures**

## Patient Info

**Patient Name**
TIMOTHY SEWELL

**Date Of Birth**

**Patient Identifiers**
DO796845
OID: 2.16.840.1.113883.3.1110.6.1.33.1.8.1

**Sex**
Male

**Preferred Language**
en

**Patient Contact**
Home:

*(x-apple-data-detectors://1/0)*
*(x-apple-data-detectors://1/0)*
*US*
Tel:
+1-(972)658-8777 (tel:+1-(972)658-8777)

**Race**
White

**Ethnicity**
Not Hispanic or Latino

# Related Visits

## CARE TEAM SEEN

**No Primary Or Family Physician**
*performer (primary care physician)*

**Physician No Primary Or Family**
*performer (primary care physician)*

**DOSAV**
*performer*

**White Ashlie N MD**
*performer*

**Nelson Randolph A MD**
*performer*

**Milling Truman J MD**
*performer*

**Franco Rene Jr MD**
*performer*

**Bevinal Manzoor A MD**
*performer*

**Referred Self**
*performer*

**Alexander Thomas X MD**
*performer*

**5PPI5621**
*performer*

**ZDRAPID**
*performer*

**3CEQ7409**
*performer*

# Reason For Referral

- Patient Requested

# Problems

| | |
|---|---|
| Respiratory arrest | Onset: 28-Aug-2021 Nelson Randolph A MD |
| Drowning | Onset: 28-Aug-2021 Nelson Randolph A MD |
| Shock | Onset: 28-Aug-2021 Nelson Randolph A MD |

# Allergies And Adverse Reactions

| | |
|---|---|
| No Allergy Information Available ( Allergy ) | Onset: 28-Aug-2021 |

# Medications

| | | |
|---|---|---|
| fentaNYL (as fentaNYL citrate) 50 MCG/ML per 2 ML Injection ; 50 MICROGRAM INTRAVEN. Q1H PRN<br>Quantity: 1 | DOSAV | Start: 28-Aug-2021 End: 7-Sep-2021<br>Comments: 11111110 (tel:11111110) Provider Administration Instructions: CONC: 50 MCG/ML DOSE: |
| DEXMEDETOMIDINE IN 0.9 % NACL 400 MCG/100 ML ML ; 11111110 (tel:11111110) Provider Administration Instructions: SEE E-DEMAND FORM EDEMF5844 CONCENTRATION: 400 MCG/100 ML (4 MCG/ML) | DOSAV | Start: 28-Aug-2021 End: 27-Oct-2021<br>Status: Aborted<br>Comments: 11111110 (tel:11111110) Provider Administration Instructions: SEE E-DEMAND FORM EDEMF5844 CONCENTRATION: 400 MCG/100 ML (4 MCG/ML) |
| sodium chloride 9 MG/ML Injectable Solution ; 11111110 (tel:11111110) Provider Administration Instructions: DISPENSE COMPONENTS FROM PYXIS *** SLOW IV PUSH *** *** GIVE IF NPO AND TUBE FEED ROUTE IS UNAVAILABLE *** | White Ashlie N MD | Start: 28-Aug-2021 End: 27-Oct-2021<br>Status: Aborted<br>Comments: 11111110 (tel:11111110) Provider Administration Instructions: DISPENSE COMPONENTS FROM PYXIS *** SLOW IV PUSH *** *** GIVE IF NPO AND TUBE FEED ROUTE IS UNAVAILABLE *** |
| 0.5 ML Bordetella pertussis filamentous hemagglutinin vaccine, inactivated 0.01 MG/ML / Bordetella pertussis fimbriae 2/3 vaccine, inactivated 0.01 MG/ML / Bordetella pertussis pertactin vaccine, inactivated 0.006 MG/ML / Bordetella pertussis toxoid vaccine, inactivated 0.005 MG/ML / diphtheria toxoid vaccine, inactivated 4 UNT/ML / tetanus toxoid vaccine, inactivated 10 UNT/ML Injection [Adacel] ; 0.5 MILLILITERS INTRAMUSC ONCE<br>Quantity: 1 | White Ashlie N MD | Start: 28-Aug-2021 End: 28-Aug-2021<br>Comments: 11111110 (tel:11111110) Provider Administration Instructions: *** IF NOT GIVEN IN ER *** **KEEP REFRIGERATED** ***DISPOSE OF LEFTOVER MEDICATION IN A BLACK HAZARDOUS TOXIC IGNITABLE PHARMACEUTICAL WASTE CONTAINER DUE TO THE PRESENCE OF MERCURY PRESERVATIVE*** |
| sodium chloride 9 MG/ML Injectable Solution | White Ashlie N MD | Start: 28-Aug-2021 End: 27-Oct-2021<br>Status: Aborted |
| ondansetron 2 MG/ML Injectable Solution [Zofran] ; 4 MILLIGRAM INTRAVEN. Q4H PRN<br>Quantity: 1 | White Ashlie N MD | Start: 28-Aug-2021 End: 27-Oct-2021<br>Status: Aborted<br>Comments: 11111110 (tel:11111110) Provider Administration Instructions: NOTIFY PHYSCIAN IF NAUSEA / VOMITING UNRELIEVED |
| hydrALAZINE HCl 20 MG per 1 ML Injection ; 10 MILLIGRAM INTRAVEN. Q6H PRN<br>Quantity: 1 | White Ashlie N MD | Start: 28-Aug-2021 End: 27-Oct-2021<br>Status: Aborted<br>Comments: 11111110 (tel:11111110) Provider Administration Instructions: HydrALAZINE = APRESOLINE ***LOOK ALIKE/SOUND ALIKE DRUG*** DO NOT CONFUSE WITH HydrOXYzine!!! |
| LANOLIN/MINERAL OIL/PETROLATUM 1 APPLIC OO_LANOEO1D ; 1 APPLIC EACH EYE Q12H PRN<br>Quantity: 1 | White Ashlie N MD | Start: 28-Aug-2021 End: 27-Oct-2021<br>Status: Aborted<br>Comments: 11111110 (tel:11111110) |
| sodium chloride 9 MG/ML Injectable Solution ; 11111110 (tel:11111110) Provider Administration Instructions: CONCENTRATION = 160 MCG/ML NEOSYNEPHRINE = PHENYLEPHRINE | White Ashlie N MD | Start: 28-Aug-2021 End: 27-Oct-2021<br>Status: Aborted<br>Comments: 11111110 (tel:11111110) Provider Administration Instructions: CONCENTRATION = |

**Lincoln/Sewell 587**

| Medication | Provider | Details |
|---|---|---|
| NEOSYNEPHRINE 40 MG IN D5 250 ML QUADRUPLE STRENGTH NOTIFY PHARMACY IF REFILL NEEDED THROUGH MEDITECH MEDICATION REQUEST FORM ***WARNING! EXTRAVASATION RISK! IF EXTRAVASATION OCCURS, FOLLOW EXTRAVASATION GUIDELINES AND NOTIFY PHYSICIAN IMMEDIATELY!*** | | 160 MCG/ML NEOSYNEPHRINE = PHENYLEPHRINE NEOSYNEPHRINE 40 MG IN D5 250 ML QUADRUPLE STRENGTH NOTIFY PHARMACY IF REFILL NEEDED THROUGH MEDITECH MEDICATION REQUEST FORM ***WARNING! EXTRAVASATION RISK! IF EXTRAVASATION OCCURS, FOLLOW EXTRAVASATION GUIDELINES AND NOTIFY PHYSICIAN IMMEDIATELY!*** |
| NOREPINEPHRINE 4 MG/250 ML NS SINGLE STRENGTH_NORE4PLA5 ; 11111110 (tel:11111110) Provider Administration Instructions: ***VESICANT-BEST IF ADMINISTERED BY PICC OR CENTRAL LINE*** ***WARNING! EXTRAVASATION RISK! IF EXTRAVASATION OCCURS, FOLLOW EXTRAVASATION GUIDELINES AND NOTIFY PHYSICIAN IMMEDIATELY!*** | Nelson Randolph A MD | Start: 28-Aug-2021 End: 8-Sep-2021 Comments: 11111110 (tel:11111110) Provider Administration Instructions: ***VESICANT-BEST IF ADMINISTERED BY PICC OR CENTRAL LINE*** ***WARNING! EXTRAVASATION RISK! IF EXTRAVASATION OCCURS, FOLLOW EXTRAVASATION GUIDELINES AND NOTIFY PHYSICIAN IMMEDIATELY!*** |
| sodium chloride 9 MG/ML Injectable Solution ; 11111110 (tel:11111110) | Nelson Randolph A MD | Start: 28-Aug-2021 End: 29-Aug-2021 Comments: 11111110 (tel:11111110) |
| NOREPINEPHRINE 4 MG/250 ML NS SINGLE STRENGTH_NORE4PLA5 ; Provider Administration Instructions: ***WARNING! EXTRAVASATION RISK! IF EXTRAVASATION OCCURS, FOLLOW EXTRAVASATION GUIDELINES AND NOTIFY PHYSICIAN IMMEDIATELY!*** Quantity: 1 | Nelson Randolph A MD | Start: 28-Aug-2021 Status: Aborted Comments: Provider Administration Instructions: ***WARNING! EXTRAVASATION RISK! IF EXTRAVASATION OCCURS, FOLLOW EXTRAVASATION GUIDELINES AND NOTIFY PHYSICIAN IMMEDIATELY!*** |
| piperacillin 200 MG/ML / tazobactam 25 MG/ML Injectable Solution [Zosyn] ; Provider Administration Instructions: DISPENSE COMPONENTS FROM PYXIS MAY BE SUSTITUTED FOR TIMENTIN ***MED IS INCOMPATIBLE WITH LR*** Quantity: 1 | Nelson Randolph A MD | Start: 28-Aug-2021 Status: Aborted Comments: Provider Administration Instructions: DISPENSE COMPONENTS FROM PYXIS MAY BE SUSTITUTED FOR TIMENTIN ***MED IS INCOMPATIBLE WITH LR*** |
| SODIUM CHLORIDE 0.9% 100 ML IV ADD-VANTAGE BAG_NS100MLADB ; 11111110 (tel:11111110) Provider Administration Instructions: DISPENSE COMPONENTS FROM PYXIS | Nelson Randolph A MD | Start: 28-Aug-2021 End: 28-Aug-2021 Comments: 11111110 (tel:11111110) Provider Administration Instructions: DISPENSE COMPONENTS FROM PYXIS |
| IOPAMIDOL_ISOV76100 ; Provider Administration Instructions: ***DISPOSE OF LEFTOVER MEDICATION VIAL IN A BLACK HAZARDOUS TOXIC IGNITABLE PHARMACEUTICAL WASTE CONTAINER DUE TO THE PRESENCE OF IODINE*** Quantity: 1 | Milling Truman J MD | Start: 28-Aug-2021 Status: Aborted Comments: Provider Administration Instructions: ***DISPOSE OF LEFTOVER MEDICATION VIAL IN A BLACK HAZARDOUS TOXIC IGNITABLE PHARMACEUTICAL WASTE CONTAINER DUE TO THE PRESENCE OF IODINE*** |
| iopamidol ; Provider Administration Instructions: ***DISPOSE OF LEFTOVER MEDICATION VIAL IN A BLACK HAZARDOUS TOXIC IGNITABLE PHARMACEUTICAL WASTE CONTAINER DUE TO THE PRESENCE OF IODINE*** Quantity: 1 | Milling Truman J MD | Start: 28-Aug-2021 Status: Aborted Comments: Provider Administration Instructions: ***DISPOSE OF LEFTOVER MEDICATION VIAL IN A BLACK HAZARDOUS TOXIC IGNITABLE PHARMACEUTICAL WASTE CONTAINER DUE TO THE PRESENCE OF IODINE*** |

**Lincoln/Sewell 588**

# Procedures

RESPIRATORY VENTILATION, GREATER THAN 96 CONSECUTIVE HOURS

Date: 28-Aug-2021

---

- CTA HEAD

Date: 28-Aug-2021
Status: Completed

Result: Patient Name: TANGO BA,MALE TRAUMA Unit No: DO00920868 EXAMS: CPT CODE: 075245396 (tel:075245396) CTA HEAD 70496 Reason: r/o brain stem stroke Location: A1 EXAM: CTA BRAIN AND NECK INDICATION: r/o brain stem stroke COMPARISON: None. TECHNIQUE: Rapid acquisition spiral CT images of the brain and neck were obtained between the aortic arch and the cranial vertex during intravenous infusion of iodinated contrast for the purposes of CT angiography. Coronal and sagittal reformations. 3-D CT angiographic images are created using MIP technique at the acquisition workstation. This exam was performed according to our departmental dose-optimization program, which includes automated exposure control, adjustment of the mA and/or kV according to patient size and/or use of iterative reconstruction technique DLP: 709.92 mGy-cm FINDINGS: Neck CTA: Aortic arch: The great vessels originate from the aortic arch in the standard configuration. No origin stenosis is identified. The vertebral artery origins are patent bilaterally. Carotid arteries: The cervical common carotid arteries and cervical internal carotid arteries are tortuous, but otherwise demonstrate a normal course, caliber, and contour. There is mild calcified and noncalcified plaque of the right carotid bifurcation/proximal internal carotid artery, with less than 30% narrowing. No hemodynamically significant stenosis of the carotid bifurcations or internal carotid arteries is present by NASCET criteria. Vertebral arteries: The right vertebral artery is nonopacified, concerning for occlusion. The left vertebral artery demonstrates a normal course, caliber and contour within the neck. Brain CTA: There is some distal opacification of the intracranial/V4 segment of the right vertebral artery. There is There is a vessel occlusion of the left PCA P3 segment. The anterior and posterior circulations have a standard branching pattern. No vascular malformation or aneurysm is identified. Venous structures: The deep cerebral veins and major venous sinuses demonstrate a normal appearance on this examination tailored for evaluation of the arteries. CCMC Bay Area NAME: TANGO BA,MALE TRAUMA 7101 SPID PHYS: MILTR.01 - Milling,Truman J M Corpus Christi,Tx 78412 DOB: 01/01/1961 AGE: 60 SEX: M ACCT NO: DO0092173896 LOC: D.YER PHONE #: 361-761-1200 (tel:361-761-1200) EXAM DATE: 08/28/2021 STATUS: REG ER FAX #: RAD NO: DC Dt: PAGE 1 Signed Report (CONTINUED) Patient Name: TANGO BA,MALE TRAUMA Unit No: DO00920868 EXAMS: CPT CODE: 075245396 (tel:075245396) CTA HEAD 70496 Reason: r/o brain stem stroke Brain: No abnormal parenchymal or leptomeningeal enhancement. Soft Tissues: There is dependent consolidation within the lung apices, which may reflect atelectatic change. There is a calcified granuloma within the right upper lobe. The patient is intubated. There is an enteric tube in place. IMPRESSION: 1. There is redemonstration of a high-grade, 3 column injury at C4-C5, with bilateral perched facets, likely disruptions of the anterior longitudinal ligament, posterior longitudinal ligament and ligamentum flavum and probable underlying cord compromise. Correlation with an MRI examination of the cervical spine is highly recommended. 2. Complete occlusion of the right vertebral artery, consistent with high-grade vascular injury. Additional vessel occlusion of the left PCA P3 segment within the brain. Underlying acute ischemia is likely. 3. No apparent vascular injury of

the common carotid arteries or left vertebral artery Multiple attempts were made to contact the emergency department both through the direct number and operator, without success, at approximately 1850 hours on 8/20/2021. A message was left with Nicole, the house supervisor at 1908 hours on 8/28/2021. Findings discussed with the patient's physician, Dr. Nelson, at 1911 hours on 8/28/2021. ********************FOR INTERNAL CODING PURPOSES ONLY**************** RESULT CODE: CVRMD (All qualitative and quantitative assessments of carotid bifurcation and proximal internal carotid artery stenosis are made referencing the distal internal carotid artery {NASCET criteria}.) ** Electronically Signed by Garrett Simmons MD ** ** on 08/28/2021 at 1916 ** Reported and signed by: Garrett Simmons, MD CC: Truman J Milling MD Technologist: Clifford McDonald CT Trscrpt Dt/T: 08/28/2021 (1916)t.SDR.GS29 Orig Print D/T: S: 08/28/2021 (1919) CTDI: DLP: CCMC Bay Area NAME: TANGO BA,MALE TRAUMA 7101 SPID PHYS: MILTR.01 - Milling,Truman J M Corpus Christi,Tx 78412 DOB: 01/01/1961 AGE: 60 SEX: M ACCT NO: DO0092173896 LOC: D.YER PHONE #: 361-761-1200 (tel:361-761-1200) EXAM DATE: 08/28/2021 STATUS: REG ER FAX #: RAD NO: DC Dt: PAGE 2 Signed Report

- CT C-SPINE W/O CONT

Date: 28-Aug-2021
Status: Completed

Result: Patient Name: TANGO BA,MALE TRAUMA Unit No: DO00920868 ** Report Has Been Amended ** EXAMS: CPT CODE: 075245373 (tel:075245373) CT C-SPINE W/O CONT 72125 Reason: head injury Addendum - 08/28/2021 SIGNED 08/28/2021 ADDENDUM: 075245373 (tel:075245373) CT/CTCSPINEWO Addendum: Exam: CT C-spine. Location: H 12 History: head injury Technique: Unenhanced spiral slices were taken through the cervical spine. Sagittal and coronal reformations were performed. One or more of the following dose reduction techniques were used: Automated exposure control, adjustment of the mA and/or kV according to patient size, and/or utilization of iterative reconstruction technique. Findings: No fracture is seen. The bony cortices are intact. There is 5 mm anterior translation of C4 on C5 with a locked right C4 facet and a perched left C4 facet. Changes spondylosis and osteoarthritis are present. No traumatic canal stenosis is seen. The vertebral bodies demonstrate normal heights. The surrounding soft tissues are normal. IMPRESSION: 1. 5 mm anterior translation of C4-C5 with locked right and perched left C4 facets. 2. Spondylosis/osteoarthritis. ** Electronically Signed by Francesco Cavallo MD ** ** on 08/28/2021 at 1915 ** Reported and signed by: Francesco Cavallo, MD Report Exam: CT C-spine. Location: H 12 History: head injury Technique: Unenhanced spiral slices were taken through the cervical spine. Sagittal and coronal reformations were performed. One or more of the following dose reduction techniques were used: Automated exposure control, adjustment of the mA and/or kV according to patient size, and/or utilization of iterative reconstruction technique. Findings: CCMC Bay Area NAME: TANGO BA,MALE TRAUMA 7101 SPID PHYS: MILTR.01 - Milling,Truman J M Corpus Christi,Tx 78412 DOB: 01/01/1961 AGE: 60 SEX: M ACCT NO: DO0092173896 LOC: D.YER PHONE #: 361-761-1200 (tel:361-761-1200) EXAM DATE: 08/28/2021 STATUS: REG ER FAX #: RAD NO: DC Dt: PAGE 1 Signed Report (CONTINUED) Patient Name: TANGO BA,MALE TRAUMA Unit No: DO00920868 ** Report Has Been Amended ** EXAMS: CPT CODE: 075245373 (tel:075245373) CT C-SPINE W/O CONT 72125 Reason: head injury No fracture or dislocation is seen. The bony cortices are intact. Changes spondylosis and osteoarthritis are noted. No traumatic canal stenosis or foraminal narrowing is seen. The vertebral bodies demonstrate normal heights. Loss of the normal cervical lordosis is present. The surrounding soft tissues are normal. IMPRESSION: Spondylosis/osteoarthritis. ** Electronically Signed by Francesco Cavallo MD ** ** on 08/28/2021 at 1849 ** Reported and signed by: Francesco Cavallo, MD CC: Truman J Milling MD Technologist: Clifford McDonald CT Trscrpt Dt/T: 08/28/2021 (1849)t.SDR.FC Orig Print D/T: S: 08/28/2021 (1904) CTDI: DLP: CCMC Bay Area NAME: TANGO BA,MALE TRAUMA

- CT CHEST W/CONTRAST

Date: 28-Aug-2021
Status: Completed

Result: Patient Name: TANGO BA,MALE TRAUMA Unit No: DO00920868 EXAMS: CPT CODE: 075245374 (tel:075245374) CT CHEST W/CONTRAST 71260 Reason: head injury Location of dictation: B2 CT of the chest, abdomen and pelvis with intravenous contrast/CT of the thoracic and lumbar spines without contrast History:Trauma Axial sections of the thoracic and lumbar spines obtained without contrast with sagittal and coronal reformations. Contrast phase - abdomen and pelvis including all of kidneys Reconstructions - coronal and sagittal planes Automated exposure reduction (Auto mA/Smart mA) was utilized in compliance with ACR Image Wisely with DLP of 1706.9 mGy-cm. COMPARISON: None FINDINGS: Mediastinum and hila: No mediastinal hematoma, mediastinal or hilar mass or adenopathy. An ET tube is above the carina and an NG tube is in the stomach. Vascular: Normal size heart without obvious aneurysm or dissection. Lungs and pleura: Thickening of the interlobar fissures. Patchy left upper and left lower lobe dependent consolidations may be due to aspirations.. No pneumothorax or effusion. CHEST WALL: Intact with no obvious fracture. Hepatobiliary: Intact liver, spleen, gallbladder and pancreas. No biliary obstruction. Adrenals: Normal GU: Kidneys appear intact without hydronephrosis or hematoma. 2.3 cm simple cyst left lower pole. The bladder is decompressed by Foley. GI: No evidence for bowel obstruction and no inflammatory changes, free fluid or free air. No bowel-containing hernias. Retroperitoneum and pelvis: Intact aorta and IVC. No pelvic mass or fluid collection. Bones and soft tissues: The thoracic and lumbar spines are intact without fracture or subluxation. No paraspinal or retroperitoneal abnormalities. IMPRESSION: 1. Possibly aspiration pneumonias of the left upper and lower lobes. 2. Otherwise no traumatic findings of the chest with ET tube and NG tube in place. 3. No traumatic findings of the abdomen and pelvis. CCMC Bay Area NAME: TANGO BA,MALE TRAUMA 7101 SPID PHYS: MILTR.01 - Milling,Truman J M Corpus Christi,Tx 78412 DOB: 01/01/1961 AGE: 60 SEX: M ACCT NO: DO0092173896 LOC: D.YER PHONE #: 361-761-1200 (tel:361-761-1200) EXAM DATE: 08/28/2021 STATUS: REG ER FAX #: RAD NO: DC Dt: PAGE 1 Signed Report (CONTINUED) Patient Name: TANGO BA,MALE TRAUMA Unit No: DO00920868 EXAMS: CPT CODE: 075245374 (tel:075245374) CT CHEST W/CONTRAST 71260 Reason: head injury 4. No evidence for fracture. ** Electronically Signed by Phebe Chen MD on 08/28/2021 at 1852 ** Reported and signed by: Phebe Chen, MD CC: Truman J Milling MD Technologist: Clifford McDonald CT Trscrpt Dt/T: 08/28/2021 (1852)t.SDR.PXC Orig Print D/T: S: 08/28/2021 (1904) CTDI: DLP: CCMC Bay Area NAME: TANGO BA,MALE TRAUMA 7101 SPID PHYS: MILTR.01 - Milling,Truman J M Corpus Christi,Tx 78412 DOB: 01/01/1961 AGE: 60 SEX: M ACCT NO: DO0092173896 LOC: D.YER PHONE #: 361-761-1200 (tel:361-761-1200) EXAM DATE: 08/28/2021 STATUS: REG ER FAX #: RAD NO: DC Dt: PAGE 2 Signed Report

- CT T-SPINE W/CONTRAST

Date: 28-Aug-2021
Status: Completed

Result: Patient Name: TANGO BA,MALE TRAUMA Unit No: DO00920868 EXAMS: CPT CODE: 075245376 (tel:075245376) CT T-SPINE W/CONTRAST 72129 Reason: head injury Location of dictation: B2 CT of the chest, abdomen and pelvis with intravenous contrast/CT of the thoracic and lumbar spines without contrast History:Trauma Axial sections of the thoracic and lumbar spines obtained without contrast with sagittal and coronal reformations. Contrast phase - abdomen and pelvis including all of

**Lincoln/Sewell 591**

kidneys Reconstructions - coronal and sagittal planes Automated exposure reduction (Auto mA/Smart mA) was utilized in compliance with ACR Image Wisely with DLP of 1706.9 mGy-cm. COMPARISON: None FINDINGS: Mediastinum and hila: No mediastinal hematoma, mediastinal or hilar mass or adenopathy. An ET tube is above the carina and an NG tube is in the stomach. Vascular: Normal size heart without obvious aneurysm or dissection. Lungs and pleura: Thickening of the interlobar fissures. Patchy left upper and left lower lobe dependent consolidations may be due to aspirations.. No pneumothorax or effusion. CHEST WALL: Intact with no obvious fracture. Hepatobiliary: Intact liver, spleen, gallbladder and pancreas. No biliary obstruction. Adrenals: Normal GU: Kidneys appear intact without hydronephrosis or hematoma. 2.3 cm simple cyst left lower pole. The bladder is decompressed by Foley. GI: No evidence for bowel obstruction and no inflammatory changes, free fluid or free air. No bowel-containing hernias. Retroperitoneum and pelvis: Intact aorta and IVC. No pelvic mass or fluid collection. Bones and soft tissues: The thoracic and lumbar spines are intact without fracture or subluxation. No paraspinal or retroperitoneal abnormalities. IMPRESSION: 1. Possibly aspiration pneumonias of the left upper and lower lobes. 2. Otherwise no traumatic findings of the chest with ET tube and NG tube in place. 3. No traumatic findings of the abdomen and pelvis. CCMC Bay Area NAME: TANGO BA,MALE TRAUMA 7101 SPID PHYS: MILTR.01 - Milling,Truman J M Corpus Christi,Tx 78412 DOB: 01/01/1961 AGE: 60 SEX: M ACCT NO: DO0092173896 LOC: D.YER PHONE #: 361-761-1200 (tel:361-761-1200) EXAM DATE: 08/28/2021 STATUS: REG ER FAX #: RAD NO: DC Dt: PAGE 1 Signed Report (CONTINUED) Patient Name: TANGO BA,MALE TRAUMA Unit No: DO00920868 EXAMS: CPT CODE: 075245376 (tel:075245376) CT T-SPINE W/CONTRAST 72129 Reason: head injury 4. No evidence for fracture. ** Electronically Signed by Phebe Chen MD on 08/28/2021 at 1852 ** Reported and signed by: Phebe Chen, MD CC: Truman J Milling MD Technologist: Clifford McDonald CT Trscrpt Dt/T: 08/28/2021 (1852)t.SDR.PXC Orig Print D/T: S: 08/28/2021 (1904) CTDI: DLP: CCMC Bay Area NAME: TANGO BA,MALE TRAUMA 7101 SPID PHYS: MILTR.01 - Milling,Truman J M Corpus Christi,Tx 78412 DOB: 01/01/1961 AGE: 60 SEX: M ACCT NO: DO0092173896 LOC: D.YER PHONE #: 361-761-1200 (tel:361-761-1200) EXAM DATE: 08/28/2021 STATUS: REG ER FAX #: RAD NO: DC Dt: PAGE 2 Signed Report

- CT L-SPINE W/CONTRAST

Date: 28-Aug-2021
Status: Completed

Result: Patient Name: TANGO BA,MALE TRAUMA Unit No: DO00920868 EXAMS: CPT CODE: 075245377 (tel:075245377) CT L-SPINE W/CONTRAST 72132 Reason: head injury Location of dictation: B2 CT of the chest, abdomen and pelvis with intravenous contrast/CT of the thoracic and lumbar spines without contrast History:Trauma Axial sections of the thoracic and lumbar spines obtained without contrast with sagittal and coronal reformations. Contrast phase - abdomen and pelvis including all of kidneys Reconstructions - coronal and sagittal planes Automated exposure reduction (Auto mA/Smart mA) was utilized in compliance with ACR Image Wisely with DLP of 1706.9 mGy-cm. COMPARISON: None FINDINGS: Mediastinum and hila: No mediastinal hematoma, mediastinal or hilar mass or adenopathy. An ET tube is above the carina and an NG tube is in the stomach. Vascular: Normal size heart without obvious aneurysm or dissection. Lungs and pleura: Thickening of the interlobar fissures. Patchy left upper and left lower lobe dependent consolidations may be due to aspirations.. No pneumothorax or effusion. CHEST WALL: Intact with no obvious fracture. Hepatobiliary: Intact liver, spleen, gallbladder and pancreas. No biliary obstruction. Adrenals: Normal GU: Kidneys appear intact without hydronephrosis or hematoma. 2.3 cm simple cyst left lower pole. The bladder is decompressed by Foley. GI: No evidence for bowel obstruction and no inflammatory changes, free fluid or free air. No bowel-containing hernias. Retroperitoneum and pelvis: Intact aorta and IVC. No

**Lincoln/Sewell 592**

pelvic mass or fluid collection. Bones and soft tissues: The thoracic and lumbar spines are intact without fracture or subluxation. No paraspinal or retroperitoneal abnormalities. IMPRESSION: 1. Possibly aspiration pneumonias of the left upper and lower lobes. 2. Otherwise no traumatic findings of the chest with ET tube and NG tube in place. 3. No traumatic findings of the abdomen and pelvis. CCMC Bay Area NAME: TANGO BA,MALE TRAUMA 7101 SPID PHYS: MILTR.01 - Milling,Truman J M Corpus Christi,Tx 78412 DOB: 01/01/1961 AGE: 60 SEX: M ACCT NO: DO0092173896 LOC: D.YER PHONE #: 361-761-1200 (tel:361-761-1200) EXAM DATE: 08/28/2021 STATUS: REG ER FAX #: RAD NO: DC Dt: PAGE 1 Signed Report (CONTINUED) Patient Name: TANGO BA,MALE TRAUMA Unit No: DO00920868 EXAMS: CPT CODE: 075245377 (tel:075245377) CT L-SPINE W/CONTRAST 72132 Reason: head injury 4. No evidence for fracture. ** Electronically Signed by Phebe Chen MD on 08/28/2021 at 1852 ** Reported and signed by: Phebe Chen, MD CC: Truman J Milling MD Technologist: Clifford McDonald CT Trscrpt Dt/T: 08/28/2021 (1852)t.SDR.PXC Orig Print D/T: S: 08/28/2021 (1904) CTDI: DLP: CCMC Bay Area NAME: TANGO BA,MALE TRAUMA 7101 SPID PHYS: MILTR.01 - Milling,Truman J M Corpus Christi,Tx 78412 DOB: 01/01/1961 AGE: 60 SEX: M ACCT NO: DO0092173896 LOC: D.YER PHONE #: 361-761-1200 (tel:361-761-1200) EXAM DATE: 08/28/2021 STATUS: REG ER FAX #: RAD NO: DC Dt: PAGE 2 Signed Report

- CT ABD PELVIS W/CONT

Date: 28-Aug-2021
Status: Completed

Result: Patient Name: TANGO BA,MALE TRAUMA Unit No: DO00920868 EXAMS: CPT CODE: 075245375 (tel:075245375) CT ABD PELVIS W/CONT 74177 Reason: head injury Location of dictation: B2 CT of the chest, abdomen and pelvis with intravenous contrast/CT of the thoracic and lumbar spines without contrast History:Trauma Axial sections of the thoracic and lumbar spines obtained without contrast with sagittal and coronal reformations. Contrast phase - abdomen and pelvis including all of kidneys Reconstructions - coronal and sagittal planes Automated exposure reduction (Auto mA/Smart mA) was utilized in compliance with ACR Image Wisely with DLP of 1706.9 mGy-cm. COMPARISON: None FINDINGS: Mediastinum and hila: No mediastinal hematoma, mediastinal or hilar mass or adenopathy. An ET tube is above the carina and an NG tube is in the stomach. Vascular: Normal size heart without obvious aneurysm or dissection. Lungs and pleura: Thickening of the interlobar fissures. Patchy left upper and left lower lobe dependent consolidations may be due to aspirations.. No pneumothorax or effusion. CHEST WALL: Intact with no obvious fracture. Hepatobiliary: Intact liver, spleen, gallbladder and pancreas. No biliary obstruction. Adrenals: Normal GU: Kidneys appear intact without hydronephrosis or hematoma. 2.3 cm simple cyst left lower pole. The bladder is decompressed by Foley. GI: No evidence for bowel obstruction and no inflammatory changes, free fluid or free air. No bowel-containing hernias. Retroperitoneum and pelvis: Intact aorta and IVC. No pelvic mass or fluid collection. Bones and soft tissues: The thoracic and lumbar spines are intact without fracture or subluxation. No paraspinal or retroperitoneal abnormalities. IMPRESSION: 1. Possibly aspiration pneumonias of the left upper and lower lobes. 2. Otherwise no traumatic findings of the chest with ET tube and NG tube in place. 3. No traumatic findings of the abdomen and pelvis. CCMC Bay Area NAME: TANGO BA,MALE TRAUMA 7101 SPID PHYS: MILTR.01 - Milling,Truman J M Corpus Christi,Tx 78412 DOB: 01/01/1961 AGE: 60 SEX: M ACCT NO: DO0092173896 LOC: D.YER PHONE #: 361-761-1200 (tel:361-761-1200) EXAM DATE: 08/28/2021 STATUS: REG ER FAX #: RAD NO: DC Dt: PAGE 1 Signed Report (CONTINUED) Patient Name: TANGO BA,MALE TRAUMA Unit No: DO00920868 EXAMS: CPT CODE: 075245375 (tel:075245375) CT ABD PELVIS W/CONT 74177 Reason: head injury 4. No evidence for fracture. ** Electronically Signed by Phebe Chen MD on 08/28/2021 at 1852 ** Reported and signed by: Phebe Chen, MD CC: Truman J Milling MD

Technologist: Clifford McDonald CT Trscrpt Dt/T: 08/28/2021 (1852)t.SDR.PXC Orig Print D/T: S: 08/28/2021 (1904) CTDI: DLP: CCMC Bay Area NAME: TANGO BA,MALE TRAUMA 7101 SPID PHYS: MILTR.01 - Milling,Truman J M Corpus Christi,Tx 78412 DOB: 01/01/1961 AGE: 60 SEX: M ACCT NO: DO0092173896 LOC: D.YER PHONE #: 361-761-1200 (tel:361-761-1200) EXAM DATE: 08/28/2021 STATUS: REG ER FAX #: RAD NO: DC Dt: PAGE 2 Signed Report

## - CT HEAD/BRAIN W/O CONT

Date: 28-Aug-2021
Status: Completed

Result: Patient Name: TANGO BA,MALE TRAUMA Unit No: DO00920868 EXAMS: CPT CODE: 075245372 (tel:075245372) CT HEAD/BRAIN W/O CONT 70450 Reason: head injury Location of dictation: B2 CT Brain without contrast HISTORY: head injury COMMENT: Axial multidetector slices through the brain were obtained without use of intravenous contrast material. Sagittal and coronal reformations were obtained and reviewed. An up-to-date CT recommended radiation dose reduction technique was utilized with total DLP of 1310.28 mGy-cm. COMPARISON: None FINDINGS: The cortical sulci, cisterns and ventricles appear normal for age with no intra or extra cerebral hemorrhage or mass lesion. No midline shift or transtentorial herniation is present. No abnormal intracranial calcifications are seen. The calvarium is intact. No obvious fracture seen. There are air-fluid levels in both maxillary sinuses and mucosal thickening of the ethmoid sinuses. IMPRESSION: 1. No acute intracranial findings. 2. Acute maxillary and chronic ethmoid sinusitis suspected. ** Electronically Signed by Phebe Chen MD on 08/28/2021 at 1842 ** Reported and signed by: Phebe Chen, MD CC: Truman J Milling MD Technologist: Clifford McDonald CT Trscrpt Dt/T: 08/28/2021 (1842)t.SDR.PXC Orig Print D/T: S: 08/28/2021 (2305) CTDI: DLP: CCMC Bay Area NAME: TANGO BA,MALE TRAUMA 7101 SPID PHYS: MILTR.01 - Milling,Truman J M Corpus Christi,Tx 78412 DOB: 01/01/1961 AGE: 60 SEX: M ACCT NO: DO0092173896 LOC: D.HERICU 3 PHONE #: 361-761-1200 (tel:361-761-1200) EXAM DATE: 08/28/2021 STATUS: ADM IN FAX #: RAD NO: DC Dt: PAGE 1 Signed Report

## - XR PELVIS 1/2 VIEWS

Date: 28-Aug-2021
Status: Completed

Result: Patient Name: TANGO BA,MALE TRAUMA Unit No: DO00920868 EXAMS: CPT CODE: 075245389 (tel:075245389) XR PELVIS 1/2 VIEWS 72170 Reason: TRAUMA Location of dictation: B2 PELVIS 1 VIEW: CLINICAL HISTORY: Trauma FINDINGS: The visualized bony pelvis is intact. The sacrum, bilateral iliac bones, and bilateral ischia are normal. The bilateral acetabular femoral joints are well preserved. The visualized SI joints are unremarkable. IMPRESSION: Normal AP view of the pelvis. ** Electronically Signed by Phebe Chen MD on 08/28/2021 at 1808 ** Reported and signed by: Phebe Chen, MD CC: Truman J Milling MD Technologist: Stormy (Krista) Lopez RT Trscrpt Dt/T: 08/28/2021 (1808)t.SDR.PXC Orig Print D/T: S: 08/28/2021 (1811) CCMC Bay Area NAME: TANGO BA,MALE TRAUMA 7101 SPID PHYS: MILTR.01 - Milling,Truman J M Corpus Christi,Tx 78412 DOB: 01/01/1961 AGE: 60 SEX: M ACCT NO: DO0092173896 LOC: D.YER PHONE #: 361-761-1200 (tel:361-761-1200) EXAM DATE: 08/28/2021 STATUS: REG ER FAX #: RAD NO: DC Dt: PAGE 1 Signed Report

## - XR CHEST 1 V

Date: 28-Aug-2021
Status: Completed

Result: Patient Name: TANGO BA,MALE TRAUMA Unit No: DO00920868 EXAMS: CPT CODE: 075245378 (tel:075245378) XR CHEST 1 V 71045 Reason: head injury Dictation location B2 Portable chest one view. HISTORY:Injury COMMENT: No comparison. An endotracheal tube is halfway between the thoracic inlet and the carina. An NG tube is in the

**Lincoln/Sewell 594**

distal stomach. The heart is slightly enlarged. There are coarse peribronchial perihilar opacities with no consolidation or contusion, pneumothorax or. Visualized soft tissues and skeletal structures are unremarkable. IMPRESSION: 1. Endotracheal and NG tubes in good positions. 2. No acute findings in the chest. ** Electronically Signed by Phebe Chen MD on 08/28/2021 at 1806 ** Reported and signed by: Phebe Chen, MD CC: Truman J Milling MD Technologist: Stormy (Krista) Lopez RT Trscrpt Dt/T: 08/28/2021 (1806)t.SDR.PXC Orig Print D/T: S: 08/28/2021 (1809) CCMC Bay Area NAME: TANGO BA,MALE TRAUMA 7101 SPID PHYS: MILTR.01 - Milling,Truman J M Corpus Christi,Tx 78412 DOB: 01/01/1961 AGE: 60 SEX: M ACCT NO: DO0092173896 LOC: D.YER PHONE #: 361-761-1200 (tel:361-761-1200) EXAM DATE: 08/28/2021 STATUS: REG ER FAX #: RAD NO: DC Dt: PAGE 1 Signed Report

## Social History

No Information

## Results

| TROPONIN-I | Ordered On: 28-Aug-2021 | |
| --- | --- | --- |
| 28-Aug-2021 22:02 | TROPONIN-I < 0.017 ng/mL (Normal) | Range: 0 ng/mL - 0.06 ng/mL Comments: The lower limit for Trop-I has been changed from <0.04. - The use of serial sampling and testing protocol is a recommended practice. - An elevated troponin level alone is often not sufficient for diagnosis of myocardial infarction. Results of this assay method may be falsely depressed or elevated if patient is taking high doses of Biotin. |
| ARTERIAL BLOOD GAS | Ordered On: 28-Aug-2021 | |
| 28-Aug-2021 19:18 | ALLEN TEST Yes | |
| | BASE EXCESS -6.2 mmol/L (Low) | Range: -3 mmol/L - 3 mmol/L |
| | CV CALL BG Called | Comments: Results called to and read back by Randolph Nelson MD at 19:15 - 08/28/2021; by Nathanael Colon RRT |
| | FIO2 100.0 % | |
| | BICARBONATE TOTAL HCO3 19.9 mmol/L (Low) | Range: 20 mmol/L - 26 mmol/L |
| | CARBOXYHEMOGLOBIN 0.0 % (Low) | Range: 0.5 % - 1.5 % |
| | METHEMOGLOBIN 0.3 % (Low) | Range: 0.4 % - 1.5 % |
| | MODE vc ac | |

**Lincoln/Sewell 595**

| | | |
|---|---|---|
| | OXYHEMOGLOBIN 96.8 % (Normal) | Range: 92 % - 98 % |
| | ARTERIAL BLOOD GAS PCO2 41.6 mm[Hg] (Normal) | Range: 35 mm[Hg] - 45 mm[Hg] |
| | ABG PEEP 5.0 cm[H2O] | |
| | ARTERIAL BLOOD GAS PH 7.30 (Low) | Range: 7.35 (x-apple-data-detectors://196) - (x-apple-data-detectors://196) 7.45 (x-apple-data-detectors://196) |
| | ARTERIAL BLOOD GAS PO2 102.1 mm[Hg] (High) | Range: 80 mm[Hg] - 100 mm[Hg] |
| | ABG VENT RESP RATE 18.0 /min | |
| | ABG SITE LR | |
| | TOTAL HGB 11.7 g/dL (Low) | Range: 13 g/dL - 18 g/dL |
| | ABG TIDAL VOLUME 450.0 ml | |
| | ABG TYPE Arterial | |
| PaO2/FiO2 | Ordered On: 28-Aug-2021 | |
| 28-Aug-2021 19:18 | PaO2/FiO2 102.10 {mm/Hg} | |
| UA RFLX MICROSCOPIC CULTURE | Ordered On: 28-Aug-2021 | Comments: Indication for culture: Suprapubic Pain URINE SOURCE: Indwelling Cath |
| 28-Aug-2021 18:13 | UA APPEARANCE CLEAR | Range: CLEAR |
| | UA BILIRUBIN DIPSTICK NEGATIVE | Range: NEGATIVE |
| | UA BLOOD DIPSTICK TRACE | |
| | UA COLOR Colorless | Range: YELLOW |
| | UA COMMENT VOLUME 10-12 ML | |
| | UA GLUCOSE DIPSTICK 150 mg/dL (Abnormal) | Range: NEGATIVE mg/dL |
| | UA KETONE DIPSTICK NEGATIVE mg/dL | Range: NEGATIVE mg/dL |
| | UA LEUKOCYTE ESTERASE DIPSTICK NEGATIVE | Range: NEGATIVE |
| | UA NITRITE DIPSTICK NEGATIVE | Range: NEGATIVE |
| | UA PH DIPSTICK 6.0 (Normal) | Range: 5.5 - 7 |
| | UA PROTEIN DIPSTICK 20 mg/dL | Range: NEGATIVE mg/dL |
| | UA SPECIFIC GRAVITY 1.004 (Normal) | Range: 1.001 - 1.035 |
| | UA SQUAMOUS CELLS 0 - 20 {#}/[LPF] | Range: 0 - 100 {#}/[LPF] |
| | UA CULTURE NEEDED? Criteria not met | |
| | URINE SPECIMEN DESCRIPTION Indwelling Cath | |

**Lincoln/Sewell 596**

| | | |
|---|---|---|
| | UA UROBILINOGEN DIPSTICK NORMAL mg/dL | Range: NORMAL mg/dL |
| | UA WBC < 10 {#}/[HPF] | Range: 0 {#}/[HPF] - 10 {#}/[HPF] |
| UA MICROSCOPIC | Ordered On: 28-Aug-2021 | Comments: Indication for culture: Suprapubic Pain URINE SOURCE: Indwelling Cath |
| 28-Aug-2021 18:13 | UA RBC 0-2 {#}/[HPF] | Range: NONE SEEN #/HPF |
| | UA BACTERIA Trace {HPF} | Range: NONE SEEN HPF |
| DRUG OF ABUSE SCREEN URINE | Ordered On: 28-Aug-2021 | |
| 28-Aug-2021 18:16 | UR AMPHETAMINE NEGATIVE | Range: NEGATIVE |
| | UR BARBITURATE QUAL NEGATIVE | Range: NEGATIVE |
| | UR BENZODIAZEPINE NEGATIVE | Range: NEGATIVE |
| | UR CANNABINOIDS NEGATIVE | Range: NEGATIVE |
| | UR COCAINE NEGATIVE | Range: NEGATIVE |
| | UR MDMA NEGATIVE | Range: NEGATIVE |
| | UR OPIATES QUAL NEGATIVE | Range: NEGATIVE |
| | UR PHENCYCLIDINE (PCP) NEGATIVE | Range: NEGATIVE Comments: Urine Drug Abuse Screen provides preliminary results that may be confirmed by alternate methods (i.e., GC/MS) at a reference laboratory. Results of screen may not be used in criminal justice, job performance or professional credential review, or infant custody issues. Negative Cut Off Level ng/ml --------------------------- Cocaine 300 Methamphetamine (Ecstacy) 500 Cannabinoids (THC) 50 Amphetamine 1000 Barbiturates 200 Benzodiazepines 200 Opiates 300 Phencyclidine (PCP) 25 |
| CBC W/AUTO DIFF | Ordered On: 28-Aug-2021 | |
| 28-Aug-2021 18:09 | BASOPHIL # 0.09 10*3/uL (Normal) | Range: 0 10*3/uL - 0.2 10*3/uL |
| | BASOPHIL % 1.2 % (High) | Range: 0 % - 0.5 % |
| | EOSINOPHIL # 0.27 10*3/uL (Normal) | Range: 0 10*3/uL - 0.5 10*3/uL |
| | EOSINOPHIL % 3.5 % (High) | Range: 0 % - 2.7 % |
| | HEMATOCRIT 37.2 % (Low) | Range: 42 % - 52 % |
| | HEMOGLOBIN 12.3 g/dL (Low) | Range: 14 g/dL - 17 g/dL |
| | IMMATURE GRANULOCYTE # 0.17 10*3/uL (High) | Range: 0 10*3/uL - 0.03 10*3/uL |
| | IMMATURE GRANULOCYTE % 2.2 % (High) | Range: 0 % - 2 % |
| | LYMPHOCYTE # 2.43 10*3/uL (Normal) | Range: 1 10*3/uL - 4.8 10*3/uL |

**Lincoln/Sewell 597**

| | | |
|---|---|---|
| | LYMPHOCYTE % 31.3 % (Normal) | Range: 24 % - 44 % |
| | MEAN CELL HGB 32.4 pg (High) | Range: 27 pg - 31 pg |
| | MEAN CELL HGB CONCENTRATION 33.1 g/dL (Normal) | Range: 33 g/dL - 37 g/dL |
| | MEAN CELL VOLUME 97.9 fL (High) | Range: 80 fL - 94 fL |
| | MONOCYTE # 0.81 10*3/uL (High) | Range: 0 10*3/uL - 0.8 10*3/uL |
| | MONOCYTE % 10.4 % (High) | Range: 0 % - 4 % |
| | MEAN PLATELET VOLUME 10.6 fL (High) | Range: 7.4 fL - 10.4 fL |
| | NUCLEATED RBC # 0.0 10*3/uL (Normal) | Range: 0 10*3/uL - 0.2 10*3/uL |
| | NUCLEATED RBC % 0.0 % (Normal) | Range: 0 % - 0 % |
| | NEUTROPHIL # 3.99 10*3/uL (Normal) | Range: 1.8 10*3/uL - 7.7 10*3/uL |
| | NEUTROPHIL % 51.4 % (Normal) | Range: 42 % - 86 % |
| | PLATELET COUNT 178 10*3/uL (Normal) | Range: 150 10*3/uL - 450 10*3/uL |
| | RED BLOOD CELL 3.80 10*6/uL (Low) | Range: 4.7 10*6/uL - 6.1 10*6/uL |
| | RED CELL DISTRIBUTION WIDTH 12.3 % (Normal) | Range: 11.5 % - 14.5 % |
| | WHITE BLOOD CELL 7.76 10*3/uL (Normal) | Range: 4.8 10*3/uL - 10.8 10*3/uL |
| PROTHROMBIN TIME | Ordered On: 28-Aug-2021 | Comments: Is patient on anticoagulants? Unknown |
| 28-Aug-2021 18:10 | INTERNATIONAL NORMAL RATIO 1.11 | Comments: Recommended INR range (warfarin therapy): 2.0 - 3.0 INR (International Normalized Ratio) should be used when interpreting oral anticoaglulant therapy. For atrial fibrillation and treatment or prevention of deep vein thrombosis. Patients with Palmaz-Schatz stent *: 2.0 - 3.0 Patients with mechanical heart valve *: 2.5 - 3.5 (x-apple-data-detectors://225) Patients with flex-stent *: 3.0 - 4.0 (*) = manufacturer's suggested range |
| | PROTHROMBIN TIME PATIENT 12.6 s (High) | Range: 9.6 s - 12.3 s |
| THROMBOPLASTIN TIME PARTIAL | Ordered On: 28-Aug-2021 | Comments: Is patient on anticoagulants? Unknown |
| 28-Aug-2021 18:10 | THROMBOPLASTIN TIME PARTIAL 27.0 s (Normal) | Range: 22.5 s - 35.3 s Comments: *Therapeutic level for heparin: 1.5 - 2.5 (x-apple-data-detectors://228) times the average patient value of 30.0 seconds. The aPTT tet should not be used to evaluate low moleculat weight heparin anticoagulant therapy. |
| COMPREHENSIVE METABOLIC PANEL | Ordered On: 28-Aug-2021 | |
| 28-Aug-2021 18:14 | ALBUMIN/GLOBULIN RATIO 1.1 (Normal) | Range: 1.1 (x-apple-data-detectors://231) - (x- |

**Lincoln/Sewell 598**

apple-data-detectors://231) 2.2 (x-apple-data-detectors://231)

| | | |
|---|---|---|
| | ALBUMIN 3.4 g/dL (Normal) | Range: 3.4 g/dL - 5 g/dL |
| | ALKALINE PHOSPHATASE TOTAL 78 U/L (Normal) | Range: 50 U/L - 136 U/L |
| | SGPT/ALT 66 U/L (High) | Range: 30 U/L - 65 U/L<br>Comments: Results of this assay method may be falsely depressed or elevated if patient is taking sulfasalazine. |
| | SGOT/AST 61 U/L (High) | Range: 15 U/L - 37 U/L<br>Comments: Results of this assay method may be falsely depressed or elevated if patient is taking sulfasalazine. |
| | BILIRUBIN TOTAL 0.4 mg/dL (Normal) | Range: 0 mg/dL - 1 mg/dL |
| | BLOOD UREA NITROGEN 10 mg/dL (Normal) | Range: 6 mg/dL - 20 mg/dL |
| | CALCIUM 8.5 mg/dL (Low) | Range: 8.7 mg/dL - 10.5 mg/dL |
| | CHLORIDE 100 mmol/L (Normal) | Range: 100 mmol/L - 108 mmol/L |
| | CARBON DIOXIDE 22 mmol/L (Normal) | Range: 22 mmol/L - 32 mmol/L |
| | CREATININE 1.28 mg/dL (High) | Range: 0.6 mg/dL - 1 mg/dL |
| | GLOMERULAR FILTRATION RATE 57 (Normal) | Range: 49 - 113<br>Comments: Reporting units: mL/min/1.73m^2 (Modified MDRD Formula) |
| | GLOBULIN 3.2 g/dL (Normal) | Range: 1.5 g/dL - 3.8 g/dL |
| | GLUCOSE 143 mg/dL (High) | Range: 65 mg/dL - 99 mg/dL<br>Comments: Results of this assay method may be falsely depressed or elevated if patient is taking sulfasalazine. |
| | POTASSIUM 3.7 mmol/L (Normal) | Range: 3.6 mmol/L - 5.2 mmol/L |
| | SODIUM 137 mmol/L (Normal) | Range: 133 mmol/L - 145 mmol/L |
| | TOTAL PROTEIN 6.6 g/dL (Normal) | Range: 6.4 g/dL - 8.2 g/dL |
| ALCOHOL | Ordered On: 28-Aug-2021 | |
| 28-Aug-2021 18:14 | ALCOHOL 222 mg/dL (High) | Range: 0 mg/dL - 10 mg/dL<br>Comments: 0 - 10: Should be interpreted as NEGATIVE. 11 - 50: None to mild euphoria. 51 - 100: Mild influence on vision and dark adaptation. > 80: Legal intoxication; Depression of CNS; Increasing degree of poisoning. > 400: Fatalities reported. Results are for medical purposes only and not for legal or employment evaluative purposes. |

**Lincoln/Sewell 599**

# Vital Signs

| | |
|---|---|
| 28-Aug-2021 20:21 | |
| | Height in: 8 in |
| | Height 5 [ft_us] |
| | Weight 81.818 kg |
| 28-Aug-2021 18:55 | |
| | Temperature 97.9 f |
| | Pulse 77 |
| | Respiratory Rate 16 |
| | O2 SAT 97 % |
| | Height in: 11 in |
| | BP Systolic 116 mm[Hg] |
| | BP Diastolic 98 mm[Hg] |
| | Height 5 [ft_us] |
| | Weight 90.909 kg |
| 28-Aug-2021 18:07 | |
| | Pulse 85 |
| | O2 SAT 97 % |

# Encounters

Inpatient encounter
Encounter Reason: TRAUMA C4-5 DISLOCATION
Encounter Diagnosis: UNSP INJURY AT UNSP LEVEL OF CERVICAL SPINAL CORD, INIT , 3 , CONTACT WITH AND (SUSPECTED) EXPOSURE TO COVID-19 , SEPSIS, UNSPECIFIED ORGANISM , SEVERE SEPSIS WITH SEPTIC SHOCK , QUADRIPLEGIA, UNSPECIFIED , PNEUMONIA DUE TO METHICILLIN SUSCEP STAPH , ACUTE RESPIRATORY FAILURE WITH HYPOXIA , OTHER SHOCK , ACUTE KIDNEY FAILURE, UNSPECIFIED , UNSP EFFECTS OF DROWNING AND NONFATAL SUBMERSION, INIT , THROMBOCYTOPENIA, UNSPECIFIED , HYPERLIPIDEMIA, UNSPECIFIED , SPONDYLOLISTHESIS, CERVICAL REGION , ALCOHOL ABUSE WITH INTOXICATION, UNSPECIFIED , ESSENTIAL (PRIMARY) HYPERTENSION , HYPOKALEMIA , ANXIETY DISORDER, UNSPECIFIED , OTHER SPECIFIED HEART BLOCK , UNSPECIFIED ATRIAL FIBRILLATION , LONG TERM (CURRENT) USE OF SYSTEMIC STEROIDS , PRESENCE OF CARDIAC PACEMAKER , ARTHRODESIS STATUS , UNSP CAUSE OF ACCIDENTAL DROWNING AND SUBMERSION, INIT , OTH PLACES AS THE PLACE OF OCCURRENCE OF THE EXTERNAL CAUSE , DISLOCATION OF C4/C5 CERVICAL VERTEBRAE, INITIAL ENCOUNTER

28-Aug-2021 20:31 To
21-Sep-2021 10:48
Corpus Christi Med Ctr

# About This Document

## AUTHORS

### Authoring Device

### Author Contact

Home:
*1 Park Plaza (x-apple-data-detectors://267/0)*
*Nashville,  TN 37203 (x-apple-data-detectors://267/0)*
*US*
Tel:
+1-(615)344-9551 (tel:+1-(615)344-9551)

**Lincoln/Sewell 601**

## INFORMATION RECIPIENTS

**Recipient ID**
1
OID: 1.3.6.1.4.1.22812.18.11.1.3.1

**Recipient Contact**
Home:
*1 Park Plaza (x-apple-data-detectors://268/0)*
*Nashville,  TN 37203 (x-apple-data-detectors://268/0)*
*US*
Tel:
+1-(615)344-9551 (tel:+1-(615)344-9551)

## DOCUMENT INFORMATION

**Document Identifier**
a729b61a-c4bb-48b2-ab2a-2faef6754795
OID: 2.16.840.1.113883.3.1110

**Document Created**
12/5/2022, 11:50 (x-apple-data-detectors://269)

**Document Maintained By**
HCA HealthCare. If additional information is needed, contact Health Information Management at (844) 481-0278 (tel:(844)%20481-0278) or at PARA.HSC.MEDRECROIFAX@PARALLON.COM (mailto:PARA.HSC.MEDRECROIFAX@PARALLON.COM)

**Contact**
Home:
*1 Park Plaza (x-apple-data-detectors://272/0)*
*Nashville,  TN 37203 (x-apple-data-detectors://272/0)*
*US*
Tel:
+1-(615)344-9551 (tel:+1-(615)344-9551)

# SYSTEMONE FILE COPY REQUEST FORM

| Requested By: | Melissa Punska for Dan Strum |
|---|---|
| Date of Request: | 4/18/23 |
| Claimant Name: | Timothy Sewell |

**Claim number(s)** *Please list only the claims required for the file copy (i.e., LTD, STD, STAT, etc.)*

| 12885926 | | | | | | |
|---|---|---|---|---|---|---|

**Required for delivery via OneDrive:**

| Recipient Email Address: | support@jpricemcnamara.com |
|---|---|
| Recipient Name (if other than claimant): | J. Price McNamara |

*All SystemOne files copies are delivered via a secure link through OneDrive. If you require delivery by another method, please inquire with Claims Support by emailing ClaimsHOAdmin@lfg.com.

**Please select one of the following options:**

**Request for Administrative Record (COMPLETE FILE)**
*Administrative Record will include the following for each claim number specified above.*
- ❖ Claim Note(s)
- ❖ Coversheet(s)
- ❖ ALL documents & letters in Doc List and Correspondence Link
- ❖ Surveillance video (*obtained by CE, if any*)
- ❖ Applicable policy (*obtained by CE*)

**Request for Specific Records Only**
    Claim Note(s)
    Coversheet(s)
    Specific Letters in Correspondence Link/Doc List:
        Letter Name/date <u>4/18/23</u>        Letter Name/date
        Letter Name/date        Letter Name/date

| Special Requests or Handling Instructions | Send all docs with document date of 4/18/23 (6 separate docs with multiple pages) |
|---|---|

**Please email completed file copy request to Claims Support team:** ClaimsHOAdmin@lfg.com
- o Requests will be completed within 2 business days.
- o Please Note: secure OneDrive links expire with 24 hours.
- o The password for the secure OneDrive link, unless otherwise specified in this request, is the first two letters of the claimant's first name followed by date of birth in the format **MMDDYYYY**. The first letter of the claimant name is uppercase, and password is case sensitive. **Ex: Ja08102010**.

**Lincoln/Sewell 603**

**From:**Gaye Sewell <gaye.sewell@icloud.com>
**Sent:**Mon, 19 Dec 2022 09:48:02 -0600
**To:**LifeClaimDocs
**Subject:**Claim #12885926 Tim Sewell

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good morning Dan. I was just checking in to see if you got all of the information that I sent and to see if you need anything else from us. Thank you and have a nice day.

Gaye Sewell
Sent from my iPhone

**From:** Gaye Sewell <gaye.sewell@icloud.com>
**Sent:** Fri, 6 Jan 2023 12:03:31 -0600
**To:** LifeClaimDocs
**Subject:** Medical records for Tim Sewell sent on 12/5/22

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Dan. I am assuming you found the email with the medical records because I didn't hear back from you. If you didn't find the original email please let me know so we can move forward with the claim. Thank you.

Gaye Sewell

Sent from my iPhone

**From:**MyHealthONE-do-not-reply@hcahealthcare.com
**Sent:**Thu, 1 Dec 2022 18:45:45 +0000
**To:**LifeClaimDocs
**Subject:**"MyHealthONE: Medical Lab Results for Claim 12885926"
**Attachments:**continuityOfCare-2022-12-04.xml, cda.xsl

***This email is from an external source. Only open links and attachments from a Trusted Sender.***



# You have a new message from gaye.sewell@icloud.com.

Dan. These are the medical records from when Tim was admitted to the trauma center. They include all the labs that were taken on 8/28/21.

## Please save the attached file(s) to your device to view the contents in a readable form.

---

If you have questions, please call (855) 422-6625.

With MyHealth*One* you can manage your health and the health of loved ones.
For help with this or any of MyHealth*One*'s personalized features,
please call our support team at the number above.

Please do not reply to this email.

© MyHealth*One* 2022

**Lincoln/Sewell 606**

**From:**Punska, Melissa
**Sent:**Tue, 18 Apr 2023 12:07:26 +0000
**To:**ClaimsHOAdmin
**Subject:**SYSTEMONE FILE COPY REQUEST FORM 12885926
**Attachments:**Timothy Sewell.docx

Good morning,

Please let me know if you have any questions!

Thanks,

Melissa



**LAW OFFICES**
OF
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

March 27, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX 603-427-1888**

The Lincoln National Life Insurance Company
Disability and Life Claims
**Attn: Daniel Strum**
P.O. Box 2578
Omaha, NE 68172-9688

> Re: **Claimant: Timothy Sewell**
> **Claim #: 12885926**
> **Policy #: SA3-890-LF0483-01**
> **Policy Holder: McLarens, LLC**
> **Waiver of Premium Benefits Group Life Insurance**

Dear Mr. Strum,

We are writing to request an additional sixty (60) days from the deadline of March 28, 2023, provided in your January 27, 2023, letter. We ask that no final decision be made until we notify you in writing that our submission is complete even if my client has previously submitted an appeal prior to this letter.

Please confirm receipt of this letter and Lincoln's consent to the extension requested herein by email (support@jpricemcnamara.com) or fax (225-201-8313).

**Please confirm your receipt of this by fax or email.

With kind regards, I remain

Sincerely,

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/ecj

**Lincoln/Sewell 608**



# FILEVINE

Fax Confirmation

| | | | |
|---|---|---|---|
| **To:** | (603) 427-1888 | **From:** | (225) 201-8313 |
| **Doc:** | Fax_Sewell - Ltr to Lincoln Req 60 Day Ext - 03-27-23_2023-03-27-1304-PDT.pdf | **Pages:** | 1 |
| **Sent:** | March 27, 2023 1:06 PM PDT | **Rec'd:** | March 27, 2023 1:06 PM PDT |

**Lincoln/Sewell 609**



**LAW OFFICES**
OF
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

March 24, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX 603-427-1888**

The Lincoln National Life Insurance Company
Disability and Life Claims
**Attn: Daniel Strum**
P.O. Box 2578
Omaha, NE 68172-9688

> Re:     **Claimant: Timothy Sewell**
> **Claim #: 12885926**
> **Policy #: SA3-890-LF0483-01**
> **Policy Holder: McLarens, LLC**
> **Waiver of Premium Benefits Group Life Insurance**

Dear Mr. Strum,

The claim file you provided on March 6, 2023, is incomplete and missing the following:

1. No medical records were included, although a report in the file you produced indicates reliance on a toxicology report from medical records. Please provide copies of all medical records you obtained.

2. Please provide full claim application, including all statements made by the insured or on his behalf regarding how the accident happened.

3. Please provide notes, documents, or writings of any kind containing any statements or summaries of any statements made by your insured, his spouse, or any other witnesses to the accident or any events that preceded or followed the accident.

4. Please provide notes or documents or writings of any kind containing any statements or summaries of any statements made by any person related in any way to this claim or events relevant to it.

5. Please provide all recordings of all telephone calls between Lincoln and any person involving this claim. Please see our original letter requesting the claim file and attachment describing the legal right of my client to these recordings according to the U.S. Secretary of Labor.

6. Please provide a complete copy of the insurance policy and certificate governing this matter.

**Lincoln/Sewell 610**

Claimant: <u>Timothy Sewell</u>
Claim #: 12885926
March 24, 2023 | 2

**Please confirm your receipt of this by fax or email.

With kind regards, I remain

Sincerely,

*[signature]*

**J. Price McNamara**
Law Offices of J. Price McNamara

JPM/eej

**Lincoln/Sewell 611**



**FILEVINE**

Fax Confirmation

| | | | |
|---|---|---|---|
| **To:** | (603) 427-1888 | **From:** | (225) 201-8313 |
| **Doc:** | Fax_Sewell - Ltr to Lincoln Re Incomplete AD&D CF - 03-24-23_2023-03-24-1152-PDT.pdf | **Pages:** | 2 |
| **Sent:** | March 24, 2023 11:54 AM PDT | **Rec'd:** | March 24, 2023 11:55 AM PDT |

**Lincoln/Sewell 612**



**LAW OFFICES**
——— OF ———
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

March 27, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX 603-427-1888**

The Lincoln National Life Insurance Company
Disability and Life Claims
**Attn: Daniel Strum**
P.O. Box 2578
Omaha, NE 68172-9688

> **Re:**  **Claimant: Timothy Sewell**
> **Claim #: 12885926**
> **Policy #: SA3-890-LF0483-01**
> **Policy Holder: McLarens, LLC**
> **Waiver of Premium Benefits Group Life Insurance**

Dear Mr. Strum,

 We are writing to request an additional sixty (60) days from the deadline of March 28, 2023, provided in your January 27, 2023, letter. We ask that no final decision be made until we notify you in writing that our submission is complete even if my client has previously submitted an appeal prior to this letter.

 Please confirm receipt of this letter and Lincoln's consent to the extension requested herein by email (support@jpricemcnamara.com) or fax (225-201-8313).

 **Please confirm your receipt of this by fax or email.

 With kind regards, I remain

                                                Sincerely,

                                                *[signature]*

                                                **J. Price McNamara**
                                                **Law Offices of J. Price McNamara**

JPM/eej



**LAW OFFICES**
———— OF ————
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

**HOLDING INSURANCE COMPANIES TO THEIR PROMISES**

March 24, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX 603-427-1888**

The Lincoln National Life Insurance Company
Disability and Life Claims
**Attn: Daniel Strum**
P.O. Box 2578
Omaha, NE 68172-9688

> **Re:** **Claimant: Timothy Sewell**
> **Claim #: 12885926**
> **Policy #: SA3-890-LF0483-01**
> **Policy Holder: McLarens, LLC**
> **Waiver of Premium Benefits Group Life Insurance**

Dear Mr. Strum,

The claim file you provided on March 6, 2023, is incomplete and missing the following:

1. No medical records were included, although a report in the file you produced indicates reliance on a toxicology report from medical records. Please provide copies of all medical records you obtained.

2. Please provide full claim application, including all statements made by the insured or on his behalf regarding how the accident happened.

3. Please provide notes, documents, or writings of any kind containing any statements or summaries of any statements made by your insured, his spouse, or any other witnesses to the accident or any events that preceded or followed the accident.

4. Please provide notes or documents or writings of any kind containing any statements or summaries of any statements made by any person related in any way to this claim or events relevant to it.

5. Please provide all recordings of all telephone calls between Lincoln and any person involving this claim. Please see our original letter requesting the claim file and attachment describing the legal right of my client to these recordings according to the U.S. Secretary of Labor.

6. Please provide a complete copy of the insurance policy and certificate governing this matter.

**Lincoln/Sewell 614**

Claimant: <u>Timothy Sewell</u>
Claim #: 12885926
March 24, 2023 | 2

**Please confirm your receipt of this by fax or email.

With kind regards, I remain

Sincerely,

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej

PAGE 2/2 * RCVD AT 3/24/2023 2:54:06 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/3 * DNIS:6034271888 * CSID:+12252018313 * ANI:12252018313 * DURATION (mm-ss):00-53

**Lincoln/Sewell 615**

**From:** McNamara Law Office Support <support@jpricemcnamara.com>
**Sent:** Thu, 23 Feb 2023 10:21:57 -0600
**To:** LifeClaimDocs
**Subject:** Re: Timothy Sewell - Dismemberment Claim 12885926
**Attachments:** Sewell - POA and Authorization for Lincoln - 02-21-23.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good morning, Mr. Strum,

Attached is the letter of authorization and Power of Attorney you requested, which Ms. Sewell has completed and signed.

Please confirm receipt of this email.

Kind Regards,

Erika
**Support Team**

*Law Offices of J. Price McNamara*

Holding Insurance Companies to Their Promises

**Offices in Louisiana and Texas**

10455 Jefferson Highway | Suite 130 | Baton Rouge, LA 70809
Phone:  225-201-8311   Fax:  225-612-6973   Alt. Fax: 225-201-8313
support@jpricemcnamara.com | www.jpricemcnamara.com

On Fri, Feb 17, 2023 at 9:34 AM LifeClaimDocs <LifeClaimDocs@lfg.com> wrote:

Good morning,

I received a request for a copy of the Life Insurance Dismemberment Claim for Mr. Timothy Sewell.  To meet this request, we would need a letter of authorization signed by the Insured, or his Power of Attorney (POA) along with POA paperwork.

Thanks,

**Lincoln/Sewell 616**



Daniel Strum

Life Lead Claims Specialist

Lincoln Financial Group

100 Liberty Way

Dover, NH 03820

P: 888-787-2129 x16410

F: 603-427-1888

LincolnFinancial.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies.  This E-mail is intended solely for the use of the individual or entity to which it is addressed.  If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful.  If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout.  This email and its attachments may collect your personal information to improve Lincoln products or to provide you with services related to its products.  For more information, please see our privacy policy.  Thank You.**

**Lincoln/Sewell 617**

Vinesign Document ID: EE95ECBD-5923-4363-BC34-33682DF0528F



**J. PRICE McNAMARA**
**10455 Jefferson Highway, Ste. 130**
**Baton Rouge, LA 70809**
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
**www.jpricemcnamara.com**

## HOLDING INSURANCE COMPANIES TO THEIR PROMISES

February 20, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX 603-427-1888**

The Lincoln National Life Insurance Company
Disability and Life Claims
**Attn: Daniel Strum**
P.O. Box 2578
Omaha, NE 68172-9688

> **Re:** **Decedent: Timothy Sewell**
> **Claim #: 12885926**
> **Policy #: SA3-890-LF0483-01**
> **Policy Holder: McLarens, LLC**
> **Waiver of Premium Benefits Group Life Insurance**

Dear Mr. Strum,

    This is to advise that Price McNamara represents me in this matter and I direct and authorize The Lincoln National Life Insurance Company to provide him with my entire claim file to include any document he requests.

Sincerely,

**Gaye Sewell, individually and on**
**behalf of Timothy Sewell**

The signed document can be validated at https://app.vinesign.com/Verify

**Lincoln/Sewell 618**

**Vinesign**

✔ **Verification Complete**
The document has been officially verified.

| | |
|---|---|
| **Document Status** | ✔ Signed & Verified |
| **Document Name** | Sewell - Ltr to Lincoln Granting Auth to Release CF - 02-20-23 |
| **Sender Name** | Sara Breaux |
| **Document Key** | EE95ECBD-5923-4363-BC34-33682DF0528F |

| **Recipient 1** | **IP Address** | **Signature** |
|---|---|---|
| Gaye Sewell | 132.147.145.181 |  |
| gaye.sewell@icloud.com | | |
| (972) 658-8777 | | |
| Order 1 | | |

## Document History

| Activity | Date & Time | Recipient | Activity Details |
|---|---|---|---|
| **Document Completed** *Matching Hash* | 02/20/2023 21:27 UTC | Gaye Sewell | Signed by Gaye Sewell ((972) 658-8777) **Blockchain Block** VVXamv1zA53MeZducqAQLJXTJvtBwqEVYpGpFsUOgUk= **Document Hash** 48D896529F3BE5A12DC29645FE5690385856DA6D211451FE2B497FF50F7AEEA5 **Timestamp** 02/20/2023 21:27 UTC |
| **Document Viewed** | 02/20/2023 21:25 UTC | Gaye Sewell | Viewed by Gaye Sewell ((972) 658-8777) |
| **Document Sent** | 02/20/2023 21:25 UTC | Gaye Sewell | Sent out via email to Gaye Sewell (gaye.sewell@icloud.com) |
| **Document Sent** | 02/20/2023 21:25 UTC | Gaye Sewell | Sent out via text to Gaye Sewell ((972) 658-8777) |
| **Document Created** | 02/20/2023 21:25 UTC | | Created by Sara Breaux (sara@jpricemcnamara.com) |

# STATUTORY DURABLE POWER OF ATTORNEY

NOTICE: THE POWERS GRANTED BY THIS DOCUMENT ARE BROAD AND SWEEPING. THEY ARE EXPLAINED IN THE DURABLE POWER OF ATTORNEY ACT, SUBTITLE P, TITLE 2, ESTATES CODE. IF YOU HAVE ANY QUESTIONS ABOUT THESE POWERS, OBTAIN COMPETENT LEGAL ADVICE. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL AND OTHER HEALTH-CARE DECISIONS FOR YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO. IF YOU WANT YOUR AGENT TO HAVE THE AUTHORITY TO SIGN HOME EQUITY LOAN DOCUMENTS ON YOUR BEHALF, THIS POWER OF ATTORNEY MUST BE SIGNED BY YOU AT THE OFFICE OF THE LENDER, AN ATTORNEY AT LAW, OR A TITLE COMPANY.

You should select someone you trust to serve as your agent. Unless you specify otherwise, generally the agent's authority will continue until:

(1) you die or revoke the power of attorney;
(2) your agent resigns, is removed by court order, or is unable to act for you; or
(3) a guardian is appointed for your estate.

I, _Timothy Alan Sewell, 122 Bluff Ridge Ct. Paradise, TX 76073_ (insert your name and address), appoint _Gaye H Sewell 122 Bluff Ridge Ct Paradise TX 76073_ (insert the name and address of the person appointed) as my agent to act for me in any lawful way with respect to all of the following powers that I have initialed below. (YOU MAY APPOINT CO-AGENTS. UNLESS YOU PROVIDE OTHERWISE, CO-AGENTS MAY ACT INDEPENDENTLY.)

TO GRANT ALL OF THE FOLLOWING POWERS, INITIAL THE LINE IN FRONT OF (O) AND IGNORE THE LINES IN FRONT OF THE OTHER POWERS LISTED IN (A) THROUGH (N).

TO GRANT A POWER, YOU MUST INITIAL THE LINE IN FRONT OF THE POWER YOU ARE GRANTING.

TO WITHHOLD A POWER, DO NOT INITIAL THE LINE IN FRONT OF THE POWER. YOU MAY, BUT DO NOT NEED TO, CROSS OUT EACH POWER WITHHELD.

_____ (A) Real property transactions;
_____ (B) Tangible personal property transactions;
_____ (C) Stock and bond transactions;
_____ (D) Commodity and option transactions;
_____ (E) Banking and other financial institution transactions;
_____ (F) Business operating transactions;
_____ (G) Insurance and annuity transactions;
_____ (H) Estate, trust, and other beneficiary transactions;
_____ (I) Claims and litigation;
_____ (J) Personal and family maintenance;
_____ (K) Benefits from social security, Medicare, Medicaid, or other governmental programs or civil or military service;

Lincoln/Sewell 620

_____ (L) Retirement plan transactions;
_____ (M) Tax matters;
_____ (N) Digital assets and the content of an electronic communication;
TAS (O) ALL OF THE POWERS LISTED IN (A) THROUGH (N). YOU DO NOT
HAVE TO INITIAL THE LINE IN FRONT OF ANY OTHER POWER IF
YOU INITIAL LINE (O).

SPECIAL INSTRUCTIONS:

Special instructions applicable to agent compensation (initial in front of one of the following sentences to have it apply; if no selection is made, each agent will be entitled to compensation that is reasonable under the circumstances):

TAS My agent is entitled to reimbursement of reasonable expenses incurred on my behalf and to compensation that is reasonable under the circumstances.

TAS My agent is entitled to reimbursement of reasonable expenses incurred on my behalf but shall receive no compensation for serving as my agent.

Special instructions applicable to co-agents (if you have appointed co-agents to act, initial in front of one of the following sentences to have it apply; if no selection is made, each agent will be entitled to act independently):

TAS Each of my co-agents may act independently for me.

TAS My co-agents may act for me only if the co-agents act jointly.

TAS My co-agents may act for me only if a majority of the co-agents act jointly.

Special instructions applicable to gifts (initial in front of the following sentence to have it apply): TAS I grant my agent the power to apply my property to make gifts outright to or for the benefit of a person, including by the exercise of a presently exercisable general power of appointment held by me, except that the amount of a gift to an individual may not exceed the amount of annual exclusions allowed from the federal gift tax for the calendar year of the gift.

ON THE FOLLOWING LINES YOU MAY GIVE SPECIAL INSTRUCTIONS LIMITING OR EXTENDING THE POWERS GRANTED TO YOUR AGENT.

_____
_____
_____
_____
_____
_____
_____

UNLESS YOU DIRECT OTHERWISE BELOW, THIS POWER OF ATTORNEY IS

Lincoln/Sewell 621

EFFECTIVE IMMEDIATELY AND WILL CONTINUE UNTIL IT TERMINATES.

CHOOSE ONE OF THE FOLLOWING ALTERNATIVES BY CROSSING OUT THE ALTERNATIVE NOT CHOSEN:

(A) This power of attorney is not affected by my subsequent disability or incapacity.

(B) This power of attorney becomes effective upon my disability or incapacity.

YOU SHOULD CHOOSE ALTERNATIVE (A) IF THIS POWER OF ATTORNEY IS TO BECOME EFFECTIVE ON THE DATE IT IS EXECUTED.

IF NEITHER (A) NOR (B) IS CROSSED OUT, IT WILL BE ASSUMED THAT YOU CHOSE ALTERNATIVE (A).

If Alternative (B) is chosen and a definition of my disability or incapacity is not contained in this power of attorney, I shall be considered disabled or incapacitated for purposes of this power of attorney if a physician certifies in writing at a date later than the date this power of attorney is executed that, based on the physician's medical examination of me, I am mentally incapable of managing my financial affairs. I authorize the physician who examines me for this purpose to disclose my physical or mental condition to another person for purposes of this power of attorney. A third party who accepts this power of attorney is fully protected from any action taken under this power of attorney that is based on the determination made by a physician of my disability or incapacity.

I agree that any third party who receives a copy of this document may act under it. Termination of this durable power of attorney is not effective as to a third party until the third party has actual knowledge of the termination. I agree to indemnify the third party for any claims that arise against the third party because of reliance on this power of attorney. The meaning and effect of this durable power of attorney is determined by Texas law.

If any agent named by me dies, becomes incapacitated, resigns, or refuses to act, or is removed by court order, or if my marriage to an agent named by me is dissolved by a court decree of divorce or annulment or is declared void by a court (unless I provided in this document that the dissolution or declaration does not terminate the agent's authority to act under this power of attorney), I name the following (each to act alone and successively, in the order named) as successor(s) to that agent:

_____.

Signed this 26ᵗʰ day of _October_ 2021

_____ his mark _____
(your signature)

Witnessed by: Erma S. Freeman
Case Mgr.

STATUTORY DURABLE POWER OF ATTORNEY 09-1-2017                     PAGE 3

Lincoln/Sewell 622

State of _Georgia_
County of _____ _Fulton_

This document was acknowledged before me on _October 26th 2021_ (date) by

_Timothy A. Sewell_
(name of principal)

(Seal, if any, of notary)

_____
(signature of notarial officer)

_Tuwanyo Curtis Willis_
(printed name)

My commission expires: _July 26th 2022_

Lincoln/Sewell 623



**LAW OFFICES**
— OF —
J. PRICE McNAMARA

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

February 15, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX 603-427-1888**

The Lincoln National Life Insurance Company
Disability and Life Claims
**Attn: Daniel Strum**
P.O. Box 2578
Omaha, NE 68172-9688

> Re: Decedent: Timothy Sewell
> Claim #: 12885926
> Policy #: SA3-890-LF0483-01
> Policy Holder: McLarens, LLC
> Waiver of Premium Benefits Group Life Insurance

**REQUEST FOR COPY OF ADMINISTRATIVE RECORD**
**& ALL RELEVANT PLAN DOCUMENTS**

Dear Mr. Strum,

I represent Gaye Sewell in connection with a denial of accidental death and/or life insurance benefits. Please do not initiate contact with my client except through me, including any contact by telephone, postal mail or electronic means, including contact through insurer claim portals. This will further serve as a revocation of any and all previous consent for contact.

We request a copy of the entire administrative claims file to date, including, but not limited to the following, including all data or information that exists in electronic or digital form.

1. All governing plan documents, including, but not limited to, the summary plan description, the plan itself, <u>and any and all policies of insurance covering the plan</u>.

2. All documents that are "relevant" to the claim in question within the meaning of 29 C.F.R. §2560.503-1(m)(8). **This includes, by statute, not only documents "relied upon" in making a benefit determination, but also all documents "submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record or other information was relied upon in making the benefit determination."**

3. The entire claim file including, but not limited to, any applications, correspondence, handwritten notes, any and all surveillance, e-mails, activity logs, medical or physician reports and records, vocational reports, evaluation notes and any and all commentary by any employee or person contracted by you or claimant or claimant's employer or any other person or entity regarding the claim, job descriptions from the employer, any other investigatory materials, correspondence by and between anyone else involved with this claim such as reviewers, consultants, employer and claimant, documentation setting forth the

**Lincoln/Sewell 624**

qualifications of any individual involved in rendering a decision or participating in the rendering of a decision in this matter, copies of criteria, protocols, rules or directives as to the evaluation of claims for insurance benefits (for example, claim manual and/or training materials).

4. Curriculum vitae for any physician or other consultant who played any part in the evaluation of this claim.

5. A copy of the audio recording and a transcript of each telephone conversation between the claimant or any representative of the insurer or Claims Administrator of Plan Administrator of the Plan. (See attached June 14, 2021 information letter from the United States Department of Labor declaring "relevant" information that must be produced under ERISA claims regulations.)

Please email claim file to support@jpricemcnamara.com or mail to 10455 Jefferson Hwy., Suite 130, Baton Rouge, LA 70809.

If we do not receive timely (30 days) production of the above documents and audio recordings, we will seek statutory penalties.

**WE REQUEST AN EXTENSION OF TIME TO APPEAL AS PERMITTED
UNDER THE COVID-19 EMERGENCY DECLARATION**

We will be providing a letter of appeal, along with additional supporting evidence, and will advise you in writing when our appeal and all supporting evidence has been submitted.

**INSTRUCTIONS FOR ALL BENEFIT PAYMENTS**

Pursuant to our representation agreement with our client, all payments made to our client are to be made payable to the client and J. Price McNamara. Please mail all payments to J. Price McNamara, 10455 Jefferson Highway, Ste. 130, Baton Rouge, LA 70809. Our Tax ID Number is 72-1384876.

Strict compliance with this request is required by law until further written notice from this office. Failure to comply with this request will be considered intentional interference with contractual rights, resulting in appropriate legal response.

**Please confirm your receipt of this by fax or email.

With kind regards, I remain

Sincerely,

J. Price McNamara
Law Offices of J. Price McNamara

JPM/eej
Enclosure

**Lincoln/Sewell 625**



June 14, 2021

Cassie Springer Ayeni
President and Managing Attorney
Springer Ayeni, A Professional Law Corporation
4319 Piedmont Ave., 2nd Fl.
Oakland, CA 94611

Dear Ms. Springer Ayeni:

This responds to your inquiry regarding the claims procedure requirements under section 503 of Title I of the Employee Retirement Income Security Act of 1974, as amended (ERISA). In particular, you ask whether ERISA section 503 and the Department of Labor's implementing claims procedure regulation at 29 CFR 2560.503-1 require the responsible plan fiduciary to provide, upon a claimant's request, a copy of an audio recording and transcript of a telephone conversation between the claimant and a representative of the plan's insurer relating to an adverse benefit determination.

You are seeking guidance because you represent a claimant whose request for such a recording was denied. You indicate that the stated reasons for denial of the request for the audio recording are that the actual recording is distinct from the notes made available to you, which contemporaneously documented the content of the recorded conversation, and which became part of the "claim activity history through which [the insurer] develops, tracks and administers the claim." By contrast, the denial stated that the "recordings are for 'quality assurance purposes,'" and "are not created, maintained, or relied upon for claim administration purposes, and therefore are not part of the administrative record."

The Department may, when deemed appropriate and in the best interest of sound administration of ERISA, issue information letters calling attention to established principles under ERISA, even though an advisory opinion was requested. ERISA Procedure 76-1, section 5 (41 Fed. Reg. 36281 (Aug. 27, 1976)). We determined that it is appropriate to respond in the form of an information letter, the effect of which is described in section 11 of ERISA Procedure 76-1.

ERISA section 503 requires every employee benefit plan to "afford a reasonable opportunity to any participant whose claim for benefits has been denied for a full and fair review by the appropriate named fiduciary of the decision denying the claim." The Department's implementing regulations require employee benefit plans to "establish and maintain reasonable procedures governing the filing of benefit claims, notification of benefit determinations, and appeal of adverse benefit determinations." 29 CFR 2560.503-1(b). The regulations further require that the claims procedures of a plan will not provide a reasonable opportunity for a full and fair review of a denied claim, unless, among other things, "the claims procedures provide that a claimant shall be provided, upon request . . . copies of, all documents, records, and other information relevant to the claimant's claim for benefits." 29 CFR 2560.503-1(h)(2)(iii).

**Lincoln/Sewell 626**

The regulation at 29 CFR 2560.503-1(m)(8) provides that, for this purpose, a document, record, or other information is "'relevant' to a claimant's claim" if the document, record, or other information:

> (i) was relied upon in making the benefit determination; (ii) was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination; (iii) demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5); or (iv) constitutes a statement of policy or guidance with respect to the plan concerning the denied treatment option or benefit for the claimant's diagnosis, without regard to whether such advice or statement was relied upon in making the benefit determination.

As subparagraph (ii) states, information is relevant to a claimant's claim if it "was … generated in the course of making the benefit determination," even if it was not "relied upon in making the benefit determination." Consequently, for purposes of subparagraph (ii) it is immaterial whether information was "not created, maintained, or relied upon **for** claim administration purposes." (emphasis added).

Furthermore, with respect to a claim that a recording is not required to be disclosed because it was generated for quality assurance purposes, as noted above, subparagraph (iii) in 29 CFR 2560.503-1(m)(8) states, information is relevant for purposes of the disclosure requirement if it "demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5)."[1] Thus, the fact that a recording was made for quality assurance purposes would support it being subject to a disclosure request for relevant "documents, records, and other information" under 29 CFR 2560.503-1(h)(2)(iii).

Further, nothing in the regulation requires that "relevant documents, records, or other information" consist only of paper or written materials. Rather, in the preamble to recent amendments to 29 CFR. 2560.503-1, the Department recognized that an audio recording can be part of a claimant's administrative record. In responding to commenters' concerns that proposed amendment language would prohibit claimants from submitting audio evidence in support of their claim, the Department clarified that no limit was intended on the types of evidence claimants can submit. In its response, the Department listed "video, audio, or other electronic media" as types of evidence plans cannot refuse to accept. 81 Fed. Reg. at 92325 (Dec. 19, 2016).

In summary, a recording or transcript of a conversation with a claimant would not be excluded from the requirements under 29 CFR 2560.503-1 to disclose relevant "documents, records, and other information" merely because the plan or claims administrator does not include the recording or transcript in its administrative record; does not treat the recording or transcript as part of the claim activity history through which the insurer develops, tracks and administers the claim; or because the recording or transcript was generated for quality assurance purposes.

---

[1] The claims procedure regulation at 29 CFR 2560.503-1(b)(5) requires that, to be deemed reasonable, claims procedures must, among other things, "contain administrative processes and safeguards designed to ensure and to verify that benefit clam determinations are made in accordance with governing plan documents and that, where appropriate, the plan provisions have been applied consistently with respect to similarly situated claimants." In this connection, the Department has stated that "a plan must provide a claimant upon request after receiving an adverse benefit determination . . . any information that the plan has generated or obtained in the process of ensuring and verifying that, in making the particular determination, the plan complied with its own administrative processes and safeguards that ensure and verify appropriately consistent decision making in accordance with the plan's terms." 65 Fed. Reg. at 70252 (Nov. 21, 2000).

2

**Lincoln/Sewell 627**

We hope this information is of assistance to you.

Sincerely,


Eric Berger
Acting Chief, Division of Coverage, Reporting and Disclosure
Office of Regulations and Interpretations

**Lincoln/Sewell 628**

# ⧊ FILEVINE

## Fax Confirmation

**To:** (603) 427-1888   **From:** (225) 201-8313

**Doc:** Fax_Sewell - Ltr to Lincoln Req AD&D CF - 02-15-23_2023-02-15-0556-PST.pdf   **Pages:** 5

**Sent:** February 15, 2023 5:56 AM PST   **Rec'd:** February 15, 2023 5:58 AM PST

**Lincoln/Sewell 629**

**From:**LifeClaimDocs
**Sent:**Fri, 17 Feb 2023 15:34:17 +0000
**To:**support@jpricemcnamara.com
**Subject:**Timothy Sewell - Dismemberment Claim 12885926

Good morning,

I received a request for a copy of the Life Insurance Dismemberment Claim for Mr. Timothy Sewell.  To meet this request, we would need a letter of authorization signed by the Insured, or his Power of Attorney (POA) along with POA paperwork.

Thanks,



| Daniel Strum | P: 888-787-2129 x16410 |
| Life Lead Claims Specialist | F: 603-427-1888 |
| Lincoln Financial Group | |
| 100 Liberty Way | |
| Dover, NH 03820 | LincolnFinancial.com |

**Lincoln/Sewell 630**



**LAW OFFICES**
········ OF ········
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

**HOLDING INSURANCE COMPANIES TO THEIR PROMISES**

February 15, 2023

<u>SENT VIA CERTIFIED MAIL</u>
<u>& FAX 603-427-1888</u>

The Lincoln National Life Insurance Company
Disability and Life Claims
**Attn: Daniel Strum**
P.O. Box 2578
Omaha, NE 68172-9688

> Re: **Decedent: Timothy Sewell**
> **Claim #: 12885926**
> **Policy #: SA3-890-LF0483-01**
> **Policy Holder: McLarens, LLC**
> **Waiver of Premium Benefits Group Life Insurance**
>
> **REQUEST FOR COPY OF ADMINISTRATIVE RECORD**
> **& ALL RELEVANT PLAN DOCUMENTS**

Dear Mr. Strum,

I represent Gaye Sewell in connection with a denial of accidental death and/or life insurance benefits. **Please do not initiate contact with my client except through me, including any contact by telephone, postal mail or electronic means, including contact through insurer claim portals. This will further serve as a revocation of any and all previous consent for contact.**

We request a copy of the entire administrative claims file to date, including, but not limited to the following, including all data or information that exists in electronic or digital form.

1. All governing plan documents, including, but not limited to, the summary plan description, the plan itself, **and any and all policies of insurance covering the plan**.

2. All documents that are "relevant" to the claim in question within the meaning of 29 C.F.R. §2560.503-1(m)(8). **This includes, by statute, not only documents "relied upon" in making a benefit determination, but also all documents "submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record or other information was relied upon in making the benefit determination."**

3. The entire claim file including, but not limited to, any applications, correspondence, handwritten notes, any and all surveillance, e-mails, activity logs, medical or physician reports and records, vocational reports, evaluation notes and any and all commentary by any employee or person contracted by you or claimant or claimant's employer or any other person or entity regarding the claim, job descriptions from the employer, any other investigatory materials, correspondence by and between anyone else involved with this claim such as reviewers, consultants, employer and claimant, documentation setting forth the

**Lincoln/Sewell 631**

Claimant: <u>Gaye Sewell</u>
Claim #:  12885926
February 15, 2023 | 2

4. qualifications of any individual involved in rendering a decision or participating in the rendering of a decision in this matter, copies of criteria, protocols, rules or directives as to the evaluation of claims for insurance benefits (for example, claim manual and/or training materials).

4. Curriculum vitae for any physician or other consultant who played any part in the evaluation of this claim.

5. A copy of the audio recording and a transcript of each telephone conversation between the claimant or any representative of the insurer or Claims Administrator of Plan Administrator of the Plan. (See attached June 14, 2021 information letter from the United States Department of Labor declaring "relevant" information that must be produced under ERISA claims regulations.)

**Please email claim file to support@jpricemcnamara.com or mail to 10455 Jefferson Hwy., Suite 130, Baton Rouge, LA 70809.**

If we do not receive timely (30 days) production of the above documents and audio recordings, we will seek statutory penalties.

**WE REQUEST AN EXTENSION OF TIME TO APPEAL AS PERMITTED
UNDER THE COVID-19 EMERGENCY DECLARATION**

**We will be providing a letter of appeal, along with additional supporting evidence, and will advise you in writing when our appeal and all supporting evidence has been submitted.**

**INSTRUCTIONS FOR ALL BENEFIT PAYMENTS**

<u>Pursuant to our representation agreement with our client, all payments made to our client are to be made payable to the client and J. Price McNamara. Please mail all payments to J. Price McNamara, 10455 Jefferson Highway, Ste. 130, Baton Rouge, LA 70809. Our Tax ID Number is 72-1384876.</u>

<u>Strict compliance with this request is required by law until further written notice from this office. Failure to comply with this request will be considered intentional interference with contractual rights, resulting in appropriate legal response.</u>

**Please confirm your receipt of this by fax or email.

With kind regards, I remain

Sincerely,

J. Price McNamara
**Law Offices of J. Price McNamara**

JPM/eej
Enclosure

PAGE 2/5 * RCVD AT 2/15/2023 8:56:54 AM [Eastern Standard Time] * SVR:VA1PWFAX101/2 * DNIS:6034271888 * CSID:+12252018313 * ANI:12252018313 * DURATION (mm-ss):01-54

**Lincoln/Sewell 632**

**U.S. Department of Labor**   Employee Benefits Security Administration
Washington, D.C. 20210



June 14, 2021

Cassie Springer Ayeni
President and Managing Attorney
Springer Ayeni, A Professional Law Corporation
4319 Piedmont Ave., 2nd Fl.
Oakland, CA 94611

Dear Ms. Springer Ayeni:

This responds to your inquiry regarding the claims procedure requirements under section 503 of Title I of the Employee Retirement Income Security Act of 1974, as amended (ERISA). In particular, you ask whether ERISA section 503 and the Department of Labor's implementing claims procedure regulation at 29 CFR 2560.503-1 require the responsible plan fiduciary to provide, upon a claimant's request, a copy of an audio recording and transcript of a telephone conversation between the claimant and a representative of the plan's insurer relating to an adverse benefit determination.

You are seeking guidance because you represent a claimant whose request for such a recording was denied. You indicate that the stated reasons for denial of the request for the audio recording are that the actual recording is distinct from the notes made available to you, which contemporaneously documented the content of the recorded conversation, and which became part of the "claim activity history through which [the insurer] develops, tracks and administers the claim." By contrast, the denial stated that the "recordings are for 'quality assurance purposes,'" and "are not created, maintained, or relied upon for claim administration purposes, and therefore are not part of the administrative record."

The Department may, when deemed appropriate and in the best interest of sound administration of ERISA, issue information letters calling attention to established principles under ERISA, even though an advisory opinion was requested. ERISA Procedure 76-1, section 5 (41 Fed. Reg. 36281 (Aug. 27, 1976)). We determined that it is appropriate to respond in the form of an information letter, the effect of which is described in section 11 of ERISA Procedure 76-1.

ERISA section 503 requires every employee benefit plan to "afford a reasonable opportunity to any participant whose claim for benefits has been denied for a full and fair review by the appropriate named fiduciary of the decision denying the claim." The Department's implementing regulations require employee benefit plans to "establish and maintain reasonable procedures governing the filing of benefit claims, notification of benefit determinations, and appeal of adverse benefit determinations." 29 CFR 2560.503-1(b). The regulations further require that the claims procedures of a plan will not provide a reasonable opportunity for a full and fair review of a denied claim, unless, among other things, "the claims procedures provide that a claimant shall be provided, upon request . . . copies of, all documents, records, and other information relevant to the claimant's claim for benefits." 29 CFR 2560.503-1(h)(2)(iii).

**Lincoln/Sewell 633**

The regulation at 29 CFR 2560.503-1(m)(8) provides that, for this purpose, a document, record, or other information is "'relevant' to a claimant's claim" if the document, record, or other information:

> (i) was relied upon in making the benefit determination; (ii) was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination; (iii) demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5); or (iv) constitutes a statement of policy or guidance with respect to the plan concerning the denied treatment option or benefit for the claimant's diagnosis, without regard to whether such advice or statement was relied upon in making the benefit determination.

As subparagraph (ii) states, information is relevant to a claimant's claim if it "was ... generated in the course of making the benefit determination," even if it was not "relied upon in making the benefit determination." Consequently, for purposes of subparagraph (ii) it is immaterial whether information was "not created, maintained, or relied upon **for** claim administration purposes." (emphasis added).

Furthermore, with respect to a claim that a recording is not required to be disclosed because it was generated for quality assurance purposes, as noted above, subparagraph (iii) in 29 CFR 2560.503-1(m)(8) states, information is relevant for purposes of the disclosure requirement if it "demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5)."[1] Thus, the fact that a recording was made for quality assurance purposes would support it being subject to a disclosure request for relevant "documents, records, and other information" under 29 CFR 2560.503-1(h)(2)(iii).

Further, nothing in the regulation requires that "relevant documents, records, or other information" consist only of paper or written materials. Rather, in the preamble to recent amendments to 29 CFR. 2560.503-1, the Department recognized that an audio recording can be part of a claimant's administrative record. In responding to commenters' concerns that proposed amendment language would prohibit claimants from submitting audio evidence in support of their claim, the Department clarified that no limit was intended on the types of evidence claimants can submit. In its response, the Department listed "video, audio, or other electronic media" as types of evidence plans cannot refuse to accept. 81 Fed. Reg. at 92325 (Dec. 19, 2016).

In summary, a recording or transcript of a conversation with a claimant would not be excluded from the requirements under 29 CFR 2560.503-1 to disclose relevant "documents, records, and other information" merely because the plan or claims administrator does not include the recording or transcript in its administrative record; does not treat the recording or transcript as part of the claim activity history through which the insurer develops, tracks and administers the claim; or because the recording or transcript was generated for quality assurance purposes.

---

[1] The claims procedure regulation at 29 CFR 2560.503-1(b)(5) requires that, to be deemed reasonable, claims procedures must, among other things, "contain administrative processes and safeguards designed to ensure and to verify that benefit clam determinations are made in accordance with governing plan documents and that, where appropriate, the plan provisions have been applied consistently with respect to similarly situated claimants." In this connection, the Department has stated that "a plan must provide a claimant upon request after receiving an adverse benefit determination . . . any information that the plan has generated or obtained in the process of ensuring and verifying that, in making the particular determination, the plan complied with its own administrative processes and safeguards that ensure and verify appropriately consistent decision making in accordance with the plan's terms." 65 Fed. Reg. at 70252 (Nov. 21, 2000).

2

PAGE 4/5 * RCVD AT 2/15/2023 8:56:54 AM [Eastern Standard Time] * SVR:VA1PWFAX101/2 * DNIS:6034271888 * CSID:+12252018313 * ANI:12252018313 * DURATION (mm-ss):01-54

**LINCOLN/Sewell 634**

We hope this information is of assistance to you.

Sincerely,


Eric Berger
Acting Chief, Division of Coverage, Reporting and Disclosure
Office of Regulations and Interpretations

3

**Lincoln/Sewell 635**

**From:** Strum, Daniel
**Sent:** Thu, 26 Jan 2023 19:01:28 +0000
**To:** nicole.gardner@mclarens.com
**Subject:** Dismemberment Claim for Timothy Sewell - Claim no. 12885926

Lincoln National Life Insurance Co. has reviewed the claim for accidental death benefits.

Unfortunately, because of the medical/investigative information received, this individual does not qualify for **Accidental Dismemberment** benefits.  A letter has been sent to the employee detailing the reasons for our denial.

Sincerely,



Daniel Strum
Life Lead Claim Specialist
Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

P: 888-787-2129 x16410
F: 603-427-1888

LincolnFinancial.com

Follow us on:

   

**Lincoln/Sewell 636**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688




MR. TIMOTHY SEWELL



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 787-2129
Secure Fax No.: (603) 427-1888

January 27, 2023

Mr. Timothy A. Sewell

RE:     Waiver of Premium Benefits-Group Life Insurance
        Policyholder: McLarens, LLC
        Policy #: SA3-890-LF0483-01
        Claim #: 12885926

Dear Mr. Timothy Sewell:

We have completed a review of the above referenced claim for Accidental Death & Dismemberment (AD&D) life insurance benefits. Unfortunately, we are unable to pay the proceeds at this time.

The policy issued to McLarens LLC, by Lincoln National Life Insurance Co. states the following:

The Policy requires that to be eligible for this benefit, you must meet the following criteria:

***EMPLOYEE ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE***
***Benefits***

*Accidental Death and Dismemberment benefits are payable when a Covered Employee suffers a loss solely as the result of accidental Injury that occurs while covered. The loss must occur within 365 days after the date of the accident. The benefit payable is called the Full Amount. It is shown in the Schedule of Benefits.*

| *Loss Schedule:* | *Benefit Payable:* |
| --- | --- |
| *Life* | *Full Amount* |
| *Both Hands or Both Feet* | *Full Amount* |
| *Sight of Both Eyes* | *Full Amount* |
| *One Hand and One Foot* | *Full Amount* |
| *One Hand and Sight of One Eye* | *Full Amount* |
| *One Foot and Sight of One Eye* | *Full Amount* |
| *Speech and Hearing in Both Ears* | *Full Amount* |
| *One Hand or One Foot* | *One-half Full Amount* |
| *Sight of One Eye* | *One-half Full Amount* |
| *Speech or Hearing in Both Ears* | *One-half Full Amount* |
| *Thumb and Index Finger of the Same Hand* | *One-quarter Full Amount* |

**Lincoln/Sewell 638**

| Quadriplegia | Full Amount |
|---|---|
| *Paraplegia* | *One-half Full Amount* |
| *Hemiplegia* | *One-half Full Amount* |
| *Diplegia* | *One-half Full Amount* |
| *Monoplegia* | *One-quarter Full Amount* |

*Payment is made for loss due to each accident without regard to loss resulting from any prior accident. In no event may the total amount payable for all losses due to any one accident exceed the Full Amount.*

Please be advised that the Group Life Policy does have exclusions that pertain to the AD&D Benefits. Please review the below exclusions. You do have the right to withdraw the claim for AD&D Benefits if you feel any of the exclusions may apply. Those exclusions are as follows:

***ACCIDENTAL DEATH AND DISMEMBERMENT EXCLUSIONS***
***No benefits are payable for any loss that is contributed to or caused by:***
***1. war, declared or undeclared, or any act of war;***
***2. intentionally self-inflicted injuries, while sane or insane***
***3. suicide, or suicide attempt, while sane or insane;***
***4. active Participation in a Riot;***
***5. committing or attempting to commit a felony or misdemeanor;***
***6. disease, bodily or mental illness (or medical or surgical treatment thereof);***
***7. infections, except septic infections of and through a visible wound;***
***8. controlled substances (as defined in Title II of the Comprehensive Drug Abuse Prevention and Control Act of 1970 and all amendments) that are voluntarily taken, ingested or injected, unless as prescribed or administered by a Physician;***
***9. serving full-time active duty in the Armed Forces of any country or international authority;***
***10. boarding, leaving or being in or on any kind of aircraft. However, this exclusion will not apply if the Covered Person is a fare paying passenger on a commercial aircraft or traveling as a passenger in any aircraft that is owned or leased by or on behalf of the Sponsor; or***
***11. the presence of alcohol in the Covered Person's blood which raises a presumption that the Covered Person was under the influence of alcohol and contributed to the cause of the accident. The blood alcohol level is governed by the jurisdiction of the state in which the accident occurred.***
***12. hazardous sports, including motor sports (land or water), mountain climbing, skydiving, parachuting, bungee jumping, hang gliding and scuba diving.***

Based on the above exclusions and the review of Medical Records received, as well as the Toxicology and Lab Reports it has been determined the Accidental Dismemberment benefit is not payable. The reports received for Mr. Sewell noted an Ethanol level of .222 mg/dL.

The toxicology findings concluded that Mr. Sewell's blood ethanol was .222 mg/dL. Therefore, there is a presence of alcohol in the Covered Person's blood in this claim. This raises the presumption that Mr. Sewell was under the influence of alcohol and contributed to the cause of his accidental dismemberment. The facts of this claim support this presumption. Therefore, alcohol caused or, at a minimum, contributed to the cause of this accident. As such, we have determined that no Accidental Dismemberment benefits are payable as outlined in the #11 exclusion of Policy as noted above.

**Lincoln/Sewell 639**

You or your authorized representative may request a review of your denied claim. Such request must be made in writing and submitted to us at the address below within 60 days after you receive this denial notice.

Lincoln National Life Insurance Co.
Disability & Life Claims
Attn: Daniel Strum
P.O. Box 2578
Omaha NE 68172-9688

Please be sure to include your policy number and claim number. If you wish, you may also submit your comments and views of the issues in writing and may request copies of the pertinent documents.

If your plan is subject to ERISA, you and your plan may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U. S. Department of Labor Office and your State insurance regulatory agency. In addition, once all required reviews of your claim have been completed; you have the right to bring a civil action under applicable law.

If you have any questions regarding this matter, please contact me.

Sincerely,

Daniel Strum
Life Claims Examiner II, Emp
Phone No.: (888) 787-2129 Ext. 16410
Secure Fax No.: (603) 427-1888

**Lincoln/Sewell 640**

# Clinical Review Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| McLarens LLC | Timothy Sewell | 12885926<br>12021334 LTD |

| | | | |
|---|---|---|---|
| **Report Date:** | 01/11/2023 | | |
| **Referred By:** | Daniel Strum | **Claimant DOB:** | |
| **Referral Date:** | 01/10/2023 | **Job Title:** | |
| **Due Date:** | 01/28/2023 | **Medical/ Surgical Condition:** | |
| **Referral Type:** | AD&D Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LIFE |
| **Other Considerations** | | **LDW:** | 07/31/2021 |
| | | **DOD:** | |
| **Physical Demands:** | | **BBD:** | |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

*Questions:*

*- Please review this dismemberment claim. is there anything in the medical records that would bring an exclusion into play.*

*- LTD claim has some medical records and lab results as well - Claim 12021334*

***Analysis of Medical Documentation and Support for Responses to Referral Questions:***

- On 8/28/21 Mr. Sewell sustained a spinal cord injury resulting in quadriplegia in a diving accident into 3 feet of water from the back of the boat. His blood alcohol level at the time of the diving accident was 222 mg/dL.
- With a blood alcohol level of 222 mg/dL Mr. Sewell would have experienced signs of severe intoxication with impairment in motor function-- unsteadiness, incoordination; impaired vision, cognitive function, and judgment contributing to the spinal cord injury which caused quadriplegia.

Manifestations of alcohol intoxication in persons who do not drink alcohol on a regular basis are related to the blood alcohol level. Persons who abuse alcohol chronically may have some degree of tolerance to some of the effects of alcohol. The submitted information does not indicate whether, around the time of her hospitalization, Mr. Sewell was consuming alcohol on a regular basis.

Among patients who do not abuse ethanol chronically, clinical signs often associated with particular ranges of the BAC (blood alcohol concentration) [1] are as follows:

●With a BAC between 0.01 and 0.10 percent (<100 mg/dL), euphoria and mild deficits in coordination, attention, and cognition may be observed.
●With a BAC between 0.10 and 0.20 percent (100—200 mg/dL), an individual experiences greater deficits in coordination and psychomotor skills, decreased attention, ataxia, impaired judgment, slurred speech, and mood variability.
●With a BAC between 0.20 to 0.30 percent (200—300 mg/dL), severe intoxication results in a lack of coordination, incoherent thoughts, confusion, nausea and vomiting.
●When the BAC exceeds 0.30 percent, stupor and loss of consciousness can occur. Some patients experience coma and respiratory depression, and death is possible.

The predominant effect of alcohol is in the brain. High alcohol concentrations cause central nervous system depression, judgment disorder, decision inability, and impairment of perception and reaction to events. This impairment develops prior to the onset of more overt symptoms of alcohol intoxication, such as difficulty walking or maintaining balance.[2]

With a blood alcohol level of 222 mg/dL Mr. Sewell would likely experience signs of severe intoxication with impairment in motor function-- unsteadiness, incoordination; impaired vision, cognitive function, and judgment contributing to the spinal cord injury which caused quadriplegia.

Diving and head-first sliding into the water account for the most serious aquatic injuries because of damage to spinal cords, often as a result of striking the bottom or side of a shallow body of water. The majority of spinal cord injuries resulting from aquatic accidents are sufficiently serious to cause permanent paralysis.[3]

Serious accidents due to diving into shallow water are rare but potentially devastating as in this case. The incidence of spinal cord injuries following these accidents has been reported to range from 1.2 and 21%. Misjudgments of the water depth and recklessness behavior have been cited as common factors in these accidents. Alcohol consumption is also important risk factor, thought to be contributory and 38 to 49% of cervical injuries in previously published series.[4]

Types of accidents associated with traumatic cervical spinal cord injury include motor vehicle crashes in sport related accidents – in particular, diving accidents. Numerous studies have shown that 50% of spinal cord injuries occur while victims are under the influence of alcohol. A 2004 study of persons who sustained spinal cord injury supported the association between alcohol use and cervical spinal cord injury specifically – the spinal cord injury type with the most severe consequences. The study that demonstrated that participants with cervical injury were more likely to use alcohol when injured compared with participants without cervical injury.[5]

***All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:***
- Dismemberment claim form 11/17/22

*Historical:*

Timothy Sewell is a 58 y.o national general adjuster who sustained a cervical spine injury resulting in quadriplegia from a diving accident on 8/28/21.

<u>*Past medical history:*</u>
- Hypertension
- Dyslipidemia
- Left rotator cuff injury
- Right collarbone fracture

8/28/21 Mr.  Sewell sustained a spinal cord injury in a diving accident into 3 feet of water from the back of the boat with loss of consciousness. Diagnostic imaging + locked facet dislocation, C4 – C5 anterior subluxation, cord edema from C2 to mid C6, aspiration pneumonia, and vertebral artery thrombosis versus dissection at C4 – C5. He was intubated at the scene.

8/28/21 at 1814 hrs. a blood alcohol level was 222 mg/dL. A list of diagnoses from the acute care hospitalization included alcohol abuse with intoxication.

8/29/21 Mr.  Sewell underwent C4 – C6 ACDF with plating. While hospitalized he remained in sinus bradycardia with pauses on telemetry. Persistent symptomatic hypotension was treated with midodrine and Florinef. Methicillin sensitive staph aureus pneumonia was treated with antibiotics. 9/2/21 he underwent PEG tube placement. 9/5/21 tracheostomy was placed with ongoing ventilatory support. 9/21/21 he was transferred for inpatient skilled rehab.

11/1/21 Dr. Bowman Brock, physical medicine and rehabilitation, observed ongoing tetraplegia.

*Electronically signed by:*
*Robert P. Millstein, MD*
*Board Certified in Internal Medicine by the American Board of Internal Medicine*

*References:*

1. Ethan Cowan, MD, MS, Mark K Su, MD, MPH Ethanol intoxication in adults Up-to-date accessed online 11/23/21
2. Supachai Boonyoung MD, Paitoon Narongchai MD, Anongphan Junkuy MS The Relationship of Alcohol Concentration in Epidural or Acute Sub-dural Hematoma Compared with Vitreous Humor and Femoral Blood J Med Assoc Thai 2008;91(5): 754
3. Perspectives in Disease Prevention and Health Promotion Aquatic Deaths and Injuries -- United States MMWR weekly August 13, 1982/31 (31); 417-9
4. Pierre-Yves Borius, Ismail Gouader, Philippe Bousquet, Louisa Draper, and Franck-Emmanuel Roux Cervical spine injuries resulting from diving accidents in swimming pools: outcome of 34 patients Eur Spine J. 2010 Apr; 19(4): 552–557.
5. Anne Garrison, BS, Kara Clifford, BA, Stacy F. Gleason, MPH, Carlos G. Tun, MD, Robert Brown, MD, and Eric Garshick, MD. MOH Alcohol Use Associated With Cervical Spinal Cord Injury J Spinal Cord Med. 2004; 27(2): 111–115.

*This report was written with the use of voice recognition software. It may contain inadvertent spelling errors, which were not detected during editing. Please do not hesitate to contact me if there any questions or concerns.*

| From: | LFGNotifications@LFG.com |
|---|---|
| Sent: | Wednesday, January 4, 2023 1:21:38 PM |
| To: | GAYE.SEWELL@ICLOUD.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]McLarens, LLC Claim No. 12885926 Timothy Sewell |
| Attachments: | w8ebaormceympjaowljl_14312770.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Sewell 645**



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 787-2129
Secure Fax No.: (603) 427-1888

January 4, 2023

Gaye Sewell

RE:  Insured: Timothy Sewell
     Policyholder: McLarens, LLC
     Policy #: SA3-890-LF0483-01
     Claim #: 12885926

Dear Gaye Sewell:

As previously disclosed in order to complete the claim reviewfor the dismemberment claim,  we require the following:

- toxicology report

In an effort to expedite the process the information can be sent by fax to: 603-427-1888 or by email to: lifeclaimdocs@lfg.com.

If you have any questions regarding this matter, please contact me.

Sincerely,

Daniel Strum
Life Claims Examiner II, Emp
Phone No.: (888) 787-2129 Ext. 16410
Secure Fax No.: (603) 427-1888

**Lincoln/Sewell 646**

From: LFGNotifications@LFG.com
Sent: Friday, December 2, 2022 9:15:10 AM
To: GAYE.SEWELL@ICLOUD.COM;
CC:
BCC:
Subject: [Send Secure]McLarens, LLC Claim No. 12885926 Timothy Sewell
Attachments: mbecr3sfnanqurle8ftq_14102713.pdf;

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Sewell 647**



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 787-2129
Secure Fax No.: (603) 427-1888

December 2, 2022

Gaye Sewell

RE:    Deceased: Timothy Sewell
        Policyholder: McLarens, LLC
        Policy #: SA3-890-LF0483-01
        Claim #: 12885926

Dear Gaye Sewell:

I have recevied the claim form that you had sent into us.  In order to complete the claim review we require the following:

- toxicolgy report

In an effort to expedite the process the information can be sent by fax to: 603-427-1888 or by email to: lifeclaimdocs@lfg.com.

If you have any questions regarding this matter, please contact me.

Sincerely,

Daniel Strum
Life Claims Examiner II, Emp
Phone No.: (888) 787-2129 Ext. 16410
Secure Fax No.: (603) 427-1888

**Lincoln/Sewell 648**

**From:** Gaye Sewell <gaye.sewell@icloud.com>
**Sent:** Wed, 30 Nov 2022 19:07:24 -0600
**To:** LifeClaimDocs
**Subject:** Life claim #12885926 Tim Sewell Dismemberment Claim Form

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Dan. I am sending the claim form that you needed to be filled out for Tim's claim. Please let me know if there is anything else you need from me. Thank you.

Gaye Sewell



Sent from my iPhone

If loss of vision, please provide the following:

(Snellen Notation)

|  | Uncorrected | Corrected |
|---|---|---|
| a. Give date of first eye examination | O.D. _____ | O.D. _____ |
| b. Give date of last eye examination | O.S. _____ | O.S. _____ |

c. If the injury necessitated removal of either or both eyes, give date of removal _____
☐ Lenses ☐ Treatment ☐ Operation ☐ Not restorable

d. Vision can be restored in whole or in part by:

e. If by operation, do you recommend it? ☐ Yes ☐ No

f. Date corrected vision was uncorrectably reduced to 20/200 or less (Snellen Notation) _____

In your opinion, was the loss caused by an accident independent of all other causes? ☐ Yes ☐ No

In your opinion, was the loss caused in any way by illness? ☐ Yes ☐ No

If yes, list dates you provided treatment for this illness _____

List names of any other physician who treated insured for a contributory condition:

(1) _____

(2) _____

**REMARKS:**

Veteran suffered a C4-5 translation dislocation resulting in tetraplegia. He has no functional use of his extremities and is dependent for mobility and activities of daily living.

---

**PLEASE ATTACH COPIES OF OFFICE NOTES RELATED TO THIS INJURY**

| Name (Attending Physician) - Please print | Degree/Professional Designation |
|---|---|
| Dominique Van Beest, MD | MD |

Physician's Address (Number and Street, City/Town, State, Zip Code)
4500 S. Lancaster Rd, Dallas, TX 75216

Telephone #: (214) 857-1782
Fax #: (214) 857-3808

Signature: _Van Beest MD_     Date: 11-17-2022

**From:** Gaye Sewell <gaye.sewell@icloud.com>
**Sent:** Thu, 17 Nov 2022 10:03:43 -0600
**To:** LifeClaimDocs
**Subject:** Fwd: [Records Center] Open Records Request :: R001639-110222. Claim #12885926

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Dan. Here is the email you asked for on claim#12885926

Sent from my iPhone

Begin forwarded message:

> **From:** Texas Parks & Wildlife Records Department <tpwdtexas@govqa.us>
> **Date:** November 14, 2022 at 11:38:16 AM CST
> **To:** gaye.sewell@icloud.com
> **Subject: [Records Center] Open Records Request :: R001639-110222**

--- Please respond above this line ---

11/14/2022

Timothy Sewell

RE: PUBLIC RECORDS REQUEST of November 02, 2022, Reference # R001639-110222

Dear Timothy Sewell,

The Texas Parks and Wildlife Department has searched its records and does not have any responsive documents. An accident report was not created for this accident.

**Lincoln/Sewell 651**

If you have any questions or would like additional information, please respond to this email.

Have a nice day,

Texas Parks and Wildlife Records Department

To monitor the progress or update this request please log into the Open Records Center

**From:**Gaye Sewell <gaye.sewell@icloud.com>
**Sent:**Thu, 17 Nov 2022 10:07:52 -0600
**To:**LifeClaimDocs
**Subject:**Claim#12885926

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Dan. Attached find the POA you

asked for.



**Lincoln/Sewell 655**

# STATUTORY DURABLE POWER OF ATTORNEY

NOTICE: THE POWERS GRANTED BY THIS DOCUMENT ARE BROAD AND SWEEPING. THEY ARE EXPLAINED IN THE DURABLE POWER OF ATTORNEY ACT, SUBTITLE P, TITLE 2, ESTATES CODE. IF YOU HAVE ANY QUESTIONS ABOUT THESE POWERS, OBTAIN COMPETENT LEGAL ADVICE. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL AND OTHER HEALTHCARE DECISIONS FOR YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO. IF YOU WANT YOUR AGENT TO HAVE THE AUTHORITY TO SIGN HOME EQUITY LOAN DOCUMENTS ON YOUR BEHALF, THIS POWER OF ATTORNEY MUST BE SIGNED BY YOU AT THE OFFICE OF THE LENDER, AN ATTORNEY AT LAW OR A TITLE COMPANY.

You should select someone you trust to serve as your agent. Unless you specify otherwise, generally the agent's authority will continue until:

(1) you die or revoke the power of attorney;
(2) your agent resigns, is removed by court order, or is unable to act for you; or
(3) a guardian is appointed for your estate.

I, _Timothy Alan Sewell_ _#2350143_, _TDCJ Pack Unit, 2400 Wallace Pack RD, Navasota, TX 77868_ (insert your name and address), appoint

(insert the name and address of the person appointed) as my agent to act for me in any lawful way with respect to all of the following powers that I have initialed below. (YOU MAY APPOINT CO-AGENTS. UNLESS YOU PROVIDE OTHERWISE, CO-AGENTS MAY ACT INDEPENDENTLY.)

TO GRANT ALL OF THE FOLLOWING POWERS, INITIAL THE LINE IN FRONT OF (O) AND IGNORE THE LINES IN FRONT OF THE OTHER POWERS LISTED IN (A) THROUGH (N).

TO GRANT A POWER, YOU MUST INITIAL THE LINE IN FRONT OF THE POWER YOU ARE GRANTING.

TO WITHHOLD A POWER, DO NOT INITIAL THE LINE IN FRONT OF THE POWER. YOU MAY, BUT DO NOT NEED TO, CROSS OUT EACH POWER WITHHELD.

_____ (A) Real property transactions;
_____ (B) Tangible personal property transactions;
_____ (C) Stock and bond transactions;
_____ (D) Commodity and option transactions;
_____ (E) Banking and other financial institution transactions;
_____ (F) Business operating transactions;
_____ (G) Insurance and annuity transactions;
_____ (H) Estate, trust, and other beneficiary transactions;
_____ (I) Claims and litigation;
_____ (J) Personal and family maintenance;
_____ (K) Benefits from social security, Medicare, Medicaid, or other governmental programs or civil or military service;

STATUTORY DURABLE POWER OF ATTORNEY PAGE 1

_____ (L) Retirement plan transactions;
_____ (M) Tax matters;
_____ (N) Digital assets and the content of an electronic communication;
_TAS_ (O) ALL OF THE POWERS LISTED IN (A) THROUGH (N).  YOU DO NOT
HAVE TO INITIAL THE LINE IN FRONT OF ANY OTHER POWER IF
YOU INITIAL LINE (O).

## SPECIAL INSTRUCTIONS:

Special instructions applicable to agent compensation (initial in front of one of the following sentences to have it apply; if no selection is made, each agent will be entitled to compensation that is reasonable under the circumstances):

_TAS_ My agent is entitled to reimbursement of reasonable expenses incurred on my behalf and to compensation that is reasonable under the circumstances.

_TAS_ My agent is entitled to reimbursement of reasonable expenses incurred on my behalf but shall receive no compensation for serving as my agent.

Special instructions applicable to co-agents (if you have appointed co-agents to act, initial in front of one of the following sentences to have it apply; if no selection is made, each agent will be entitled to act independently):

_TAS_ Each of my co-agents may act independently for me.

_TAS_ My co-agents may act for me only if the co-agents act jointly.

_TAS_ My co-agents may act for me only if a majority of the co-agents act jointly.

Special instructions applicable to gifts (initial in front of the following sentence to have it apply):

_TAS_ I grant my agent the power to apply my property to make gifts outright to or for the benefit of a person, including by the exercise of a presently exercisable general power of appointment held by me, except that the amount of a gift to an individual may not exceed the amount of annual exclusions allowed from the federal gift tax for the calendar year of the gift.

ON THE FOLLOWING LINES YOU MAY GIVE SPECIAL INSTRUCTIONS LIMITING OR EXTENDING THE POWERS GRANTED TO YOUR AGENT.

_____
_____
_____
_____
_____
_____
_____

UNLESS YOU DIRECT OTHERWISE BELOW, THIS POWER OF ATTORNEY IS

**Lincoln/Sewell 656**

**From:**LifeClaimDocs
**Sent:**Wed, 2 Nov 2022 16:33:59 +0000
**To:**gaye.sewell@icloud.com
**Subject:**Dismemberment Claim - Claim no. 12885926
**Attachments:**Dismemberment 10-21.pdf


We have received a Proof of Loss form from your employer.  In connection to a dismemberment claim filed on your behalf under the Group Life Insurance Policy referenced above. In order to complete our investigation of the dismemberment benefit, please submit a copy of the following reports:

- Dismemberment Claim Form
- Toxicology
- Accident Report
- Surgical Note
- Power of Attorney Paperwork

Please be advised that the Group Life Policy does have exclusions that pertain to the AD&D Benefits. Please review the below exclusions.  You do have the right to withdraw the claim for AD&D Benefits if you feel any of the exclusions may apply. Those exclusions are as follows:

> *ACCIDENTAL DEATH AND DISMEMBERMENT EXCLUSIONS*
> *No benefits are payable for any loss that is contributed to or caused by:*
> *1. war, declared or undeclared, or any act of war;*
> *2. intentionally self-inflicted injuries, while sane or insane*
> *3. suicide, or suicide attempt, while sane or insane;*
> *4. active Participation in a Riot;*
> *5. committing or attempting to commit a felony or misdemeanor;*
> *6. disease, bodily or mental illness (or medical or surgical treatment thereof);*
> *7. infections, except septic infections of and through a visible wound;*
> *8. controlled substances (as defined in Title II of the Comprehensive Drug Abuse Prevention and Control Act of 1970 and all amendments) that are voluntarily taken, ingested or injected, unless as prescribed or administered by a Physician;*
> *9. serving full-time active duty in the Armed Forces of any country or international authority;*
> *10. boarding, leaving or being in or on any kind of aircraft. However, this exclusion will not apply if the Covered Person is a fare paying passenger on a commercial aircraft or traveling as a passenger in any aircraft that is owned or leased by or on behalf of the Sponsor; or*
> *11. the presence of alcohol in the Covered Person's blood which raises a presumption that the Covered Person was under the influence of alcohol and contributed to the cause of the accident. The blood alcohol level is governed by the jurisdiction of the state in which the accident occurred.*
> *12. hazardous sports, including motor sports (land or water), mountain climbing, skydiving, parachuting, bungee jumping, hang gliding and scuba diving*

If you choose not to pursue AD&D benefits, please advise us in writing to the address listed on this letter.


**Lincoln/Sewell 657**

Sincerely,



Daniel Strum
Life Lead Claimp Scesialipt
Linsoln Finansial Grouc
100 Liberty Way
Dover, NH 03820

P: 888-787-2129 x16410
F: 603-427-1888

LinsolnFinansial.som

Follow up on:





# Timothy Sewell

| | | | |
|---|---|---|---|
| **Employee ID** | | **Subsidiary** | - |
| **Location** | Dallas Professionals | **Location** | Dallas Professionals |
| **Date of Birth** | | **Benefit Class** | 01 |
| **Date of Hire** | 07/20/2015 | | |

## Payment Details for Claim 12021334 Check 108013764          **10/19/2022**

### Check Summary

| | |
|---|---|
| Begin Payment Date | 09/26/2022 |
| End Payment Date | 10/25/2022 |
| Check Status | Cashed |
| Gross Benefits | $6,589.97 |
| Net Benefits | $2,300.01 |
| Check Number | 108013764 |
| Payee | TIMOTHY A SEWELL |

### Check Details

| | |
|---|---|
| Gross Benefit | $6,589.97 |
| Offsets | $0 |
| Adjusted Gross | $6,589.97 |
| COLA | $0 |
| Taxes (Withholding) | $175 |
| Other Deductions | $4,114.96 |
| Net Benefit | $2,300.01 |

### Wages

| | **Taxable** |
|---|---|
| OASDI | $0 |
| Medicare | $0 |
| Federal | $3,427.97 |
| State | $0 |
| | **Non-Taxable** |
| Federal | $3,162 |

### Taxes

| Tax | Withholdings |
|---|---|
| Federal | $175 |
| State | $0 |
| Local | $0 |
| **FICA** | |
| OASDI | $0 |
| Medicare | $0 |
| **Total** | **$175** |

### Other Deductions

| Payment Dates | Amount | Reason |
|---|---|---|
| 09/26/2022 - 10/25/2022 | $38.92 | |
| 09/26/2022 - 10/25/2022 | $42.57 | AD&D PREMIUM |
| 09/26/2022 - 10/25/2022 | $871.47 | |
| 09/26/2022 - 10/25/2022 | $687.51 | PRE-TAX HEALTH FLX SPEND ACCT |
| 09/26/2022 - 10/25/2022 | $2,304.96 | PRE-TAX MEDICAL |
| 09/26/2022 - 10/25/2022 | $61.62 | PRE-TAX VISION |
| 09/26/2022 - 10/25/2022 | $107.91 | PRE-TAX DENTAL |
| **Total** | **$4,114.96** | |

### Offsets

N/A

**Lincoln/Sewell 659**

**From:** Nicole Gardner <nicole.gardner@mclarens.com>
**Sent:** Tue, 1 Nov 2022 20:12:22 +0000
**To:** Strum, Daniel
**Subject:** RE: Dismemberment - Timothy Sewell - Claim no. 12885926
**Attachments:** LFG Claim Payment #108013764.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Daniel,
My apologies for the delay in getting back to you.
To address your questions:

- Date premiums last paid on behalf of the optional AD&D?
  - **The employee is currently on LTD where his premiums for benefits are actively being deducted. I've attached a copy of the latest pay statement.**
- Date last worked? LTD claim states 8/25/21, but the proof of loss form states 7/31/21?
  - **The last day the employee actively worked was 8/25/2021.**
- Salary as of last day worked? As employee was out of work more than 5 days we need to verify the projected annual salary as of the last day worked.
  - **131,799.46/Yr.**

Regards,
Nicole Gardner | McLarens
Benefit Specialist
Nicole.Gardner@McLarens.com

3720 Davinci Court, Suite 200
Peachtree Corners, GA 30092 USA
+1 770.729.5464 | office
+1 678.810.0472 | confidential fax
www.mclarens.com

CONFIDENTIALITY AND PRIVILEGE NOTICE: The information contained in this message and any attachments may be privileged, confidential and/or exempt from disclosure under applicable law. Any views expressed in this message and any attachments are those of the individual sender, except where the message states otherwise, and in no way binds Insurers and/or their representatives. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of any information contained herein or attached is strictly prohibited. If you have received this email in error, please immediately notify the sender and destroy the original transmission and its attachments, without reading them.

**From:** Strum, Daniel <Daniel.Strum@lfg.com>
**Sent:** Wednesday, October 26, 2022 4:52 PM
**To:** Nicole Gardner <nicole.gardner@mclarens.com>
**Subject:** Dismemberment - Timothy Sewell - Claim no. 12885926

**Lincoln/Sewell 660**

Warning: This email originated from an external sender.

Hi,

I'm reviewing the above mentioned claim and need the following information:

- Date premiums last paid on behalf of the optional AD&D?
- Date last worked?  LTD claim states 8/25/21, but the proof of loss form states 7/31/21?
- Salary as of last day worked?  As employee was out of work more than 5 days we need to verify the projected annual salary as of the last day worked.

Thanks,



| Daniel Strum | P: 888-787-2129 x16410 |
| Life Lead Claims Specialist | F: 603-427-1888 |
| Lincoln Financial Group | |
| 100 Liberty Way | |
| Dover, NH 03820 | LincolnFinancial.com |

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

PRIVACY STATEMENT: We are required to capture and process personal information supplied to us in the fulfilment of our services. Our obligations vary depending on the jurisdiction involved. For further details as to how this information is used, kept secure and your rights, please see the relevant Privacy Statement on our website – https://www.mclarens.com/privacy-policy/

**Lincoln/Sewell 661**

**From:** Strum, Daniel
**Sent:** Wed, 26 Oct 2022 20:51:50 +0000
**To:** nicole.gardner@mclarens.com
**Subject:** Dismemberment - Timothy Sewell - Claim no. 12885926

Hi,

I'm reviewing the above mentioned claim and need the following information:

- Date premiums last paid on behalf of the optional AD&D?
- Date last worked?  LTD claim states 8/25/21, but the proof of loss form states 7/31/21?
- Salary as of last day worked?  As employee was out of work more than 5 days we need to verify the projected annual salary as of the last day worked.

Thanks,



Daniel Strum
Life Lead Claims Specialist
Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

P: 888-787-2129 x16410
F: 603-427-1888

LincolnFinancial.com

**Lincoln/Sewell 662**

# Benefits Statement

🔆 What's new      ➕ Share feedback

## Benefits Statement for Timothy A Sewell

### Benefits as of   10/21/2022

| Plan | Effective Date | Coverage Levels | Employee Cost |
|------|----------------|-----------------|---------------|
| **Medical** | | | |
| **POS II 2022, Full-time** <br> Aetna, Inc. <br><br> DEPENDENTS <br>   Gaye H Sewell <br>   Lauren Alan Sewell | 01/01/2022 | Employee + Family | $781.03 Per Month |
| **Dental** | | | |
| **Dental 2022, Full-time** <br> Delta Dental <br><br> DEPENDENTS <br>   Gaye H Sewell <br>   Lauren Alan Sewell | 01/01/2022 | Employee + Family | $36.32 Per Month |
| **Vision** | | | |
| **Vision 2022, Full-time** <br> EyeMed <br><br> DEPENDENTS <br>   Gaye H Sewell <br>   Lauren Alan Sewell | 01/01/2022 | Employee + Family | $20.55 Per Month |

**Lincoln/Sewell 663**

## GTL, LTD and STD

| | | | |
|---|---|---|---|
| **Lincoln Group AD&D Insurance, McLarens**<br>Lincoln Financial Group | 01/01/2021 | $264,000.00 | $0.00 Per Month |
| **Lincoln Group Life Insurance, McLarens**<br>Lincoln Financial Group | 01/01/2021 | $264,000.00 | $0.00 Per Month |
| **Lincoln Long Term Disability, McLarens**<br>Lincoln Financial Group | 01/01/2021 | 60% of earnings up to $10,000.00 per month | $0.00 Per Month |
| **Lincoln Short Term Disability, McLarens**<br>Lincoln Financial Group | 01/01/2021 | 60% of earnings up to $1,000.00 per week | $0.00 Per Month |

## Voluntary Employee Life and AD&D

| | | | |
|---|---|---|---|
| **Lincoln Voluntary Employee AD&D, McLarens**<br>Lincoln Financial Group | 01/01/2021 | $500,000.00 | $9.00 Per Month |

BENEFICIARIES

   Gaye H Sewell (Primary - 100.00%) (Spouse)
   Lauren Alan Sewell (Secondary - 50.00%) (Child)
   Mary Madison Sewell (Secondary - 50.00%) (Child)

| | | | |
|---|---|---|---|
| **Lincoln Voluntary Employee Life, McLarens**<br>Lincoln Financial Group | 01/01/2021 | $100,000.00 | $73.00 Per Month |

BENEFICIARIES

   Gaye H Sewell (Primary - 100.00%) (Spouse)
   Lauren Alan Sewell (Secondary - 50.00%) (Child)
   Mary Madison Sewell (Secondary - 50.00%) (Child)

## Voluntary Spouse Life and AD&D

| | | | |
|---|---|---|---|
| **Lincoln Voluntary Spouse Life, McLarens** | 01/01/2021 | $30,000.00 | $21.90 Per Month |

**Lincoln/Sewell 664**

Lincoln Financial Group

DEPENDENTS

   Gaye H Sewell

---

| **Lincoln Voluntary Spouse AD&D, McLarens** | 01/01/2021 | $250,000.00 | $5.00 Per Month |
|---|---|---|---|

Lincoln Financial Group

DEPENDENTS

   Gaye H Sewell

---

---

Voluntary Child Life and AD&D

---

| **Lincoln Voluntary Child AD&D, McLarens** | 01/01/2021 | $20,000.00 | $0.20 Per Month |
|---|---|---|---|

Lincoln Financial Group

DEPENDENTS

   Lauren Alan Sewell

---

| **Lincoln Voluntary Child Life, McLarens** | 01/01/2021 | $20,000.00 | $1.92 Per Month |
|---|---|---|---|

Lincoln Financial Group

DEPENDENTS

   Lauren Alan Sewell

---

---

Retirement and Savings - 401k plan

---

| **401K _ Pre-tax, 401k Percentage** | 10/19/2019 | 6% of Employee Salary | |
|---|---|---|---|

T.Rowe Price

---

---

ID Protection

---

| **2022 ID Protection, Enrolled** | 01/01/2022 | Family | $12.95 Per Month |
|---|---|---|---|

ID Shield

DEPENDENTS

**Lincoln/Sewell 665**

Gaye H Sewell
Lauren Alan Sewell

## Waived Plan Types

| PLAN TYPE | Effective Date | Reason |
|---|---|---|
| Consumer Health and Savings Accounts - Health Savings Account | 01/01/2021 | Coverage does not meet my needs |
| Consumer Health and Savings Accounts - Parking | 01/01/2021 | Coverage does not meet my needs |
| Consumer Health and Savings Accounts - Transit | 01/01/2021 | Coverage does not meet my needs |
| Consumer Health and Savings Accounts - FSA Dependent Care | 01/01/2021 | Coverage does not meet my needs |

**This benefit statement confirms your recent benefit enrollment elections. Please keep a copy of this statement for your records and use it to verify entries on your pay statement.**

**Lincoln/Sewell 666**



# Confirmation Report for: Timothy Sewell

Thank you! You successfully submitted your claim on: 10/21/2022 13:00 PM EDT.

Your Claim Number: 12885926

---

**NEXT STEPS**

- Your claim is being reviewed.
- A member of our Life Claims team will contact the claimant or beneficiary to obtain any additionally required information and provide information regarding the claims process.
- You may also call your Lincoln Financial Group Account Service Manager with any questions regarding the claims process or next steps.

---

## Proof of Loss (Dismemberment or Loss of Sight)

**SUMMARY**

| Company Information | |
|---|---|
| **Company Name** | McLarens, LLC |
| **Policy Number** | 09-LF0483 |
| **Street Address** | 3720 Davinci Ct. Suite 200 |
| **City** | Peachtree Corners |
| **State** | GA |
| **Postal Code** | 30092 |
| **Country** | USA |

| Employee Information | |
| --- | --- |
| **First Name** | Timothy |
| **Last Name** | Sewell |
| **Middle Initial** | A |
| **SSN** | XXX-XX-XXXX |
| **Phone Number** | |
| **Gender** | M |
| **Date of Birth** | |
| **Street Address** | |
| **City** | |
| **State** | |
| **Postal Code** | |
| **Country** | USA |

| Policy Information | |
|---|---|
| **Scheduled Work Hours** | 40 |
| **Earnings** | $ 131,799.46 |
| **Work Status** | ACTIVE |
| **Occupation** | National General Adjuster |
| **Date Employed** | 06/17/2019 |
| **Last Worked** | 07/31/2021 |
| **Employee Basic Amount** | $ 264,000 |
| **Employee Basic AD&D Amount** | $ 264,000 |
| **Employee Optional Amount** | $ 100,000 |
| **Employee Optional AD&D Amount** | $ 500,000 |
| **Date of Accident** | 2021-08-30 |
| **About Accident** | The employee dove off of a boat in to water and hit his head on a rock breaking his C3 an dC4 and resulting in loss of feeling from his upper arms down. |

| Additional Information | |
|---|---|
| **Documents Submitted** | |
| Sewell Tim Benefits Statement 10212022.pdf | |

**I certify that the facts as indicated above are true to the best of my knowledge and belief.**

**Name:** Nicole Gardner

**Date Signed:** 10/21/2022 13:00 PM EDT

**Phone Number:** 770-729-5464

**Email Address:** nicole.gardner@mclarens.com

**Lincoln/Sewell 669**



# Confirmation Report for: Timothy Sewell

Thank you! You successfully submitted your claim on: 10/05/2022 19:07 PM EDT.

Your Claim Number: 12885926

---

**NEXT STEPS**

- Your claim is being reviewed.
- A member of our Life Claims team will contact the claimant or beneficiary to obtain any additionally required information and provide information regarding the claims process.
- You may also call your Lincoln Financial Group Account Service Manager with any questions regarding the claims process or next steps.

---

# Permanent and Total Disability

**SUMMARY**

| Company Information | |
| --- | --- |
| **Company Name** | McLarens, LLC |
| **Policy Number** | 09-LF0483 |
| **Street Address** | 3720 Davinci Ct. Suite 200 |
| **City** | Peachtree Corners |
| **State** | GA |
| **Postal Code** | 30092 |
| **Country** | USA |

| Employee Information | |
| --- | --- |
| First Name | Timothy |
| Last Name | Sewell |
| Middle Initial | A |
| SSN | XXX-XX-XXXX |
| Phone Number | |
| Gender | M |
| Date of Birth | |
| Street Address | |
| City | |
| State | |
| Postal Code | |
| Country | USA |

| Policy Information | |
|---|---|
| **Scheduled Work Hours** | 40 |
| **Earnings** | $ 131,799.46 |
| **Work Status** | ACTIVE |
| **Occupation** | National General Adjuster |
| **Is the Employee Terminated** | no |
| **Date Employed** | 06/17/2019 |
| **Last Worked** | 08/27/2021 |
| **Date of Disability** | 08/30/2021 |
| **Reason for leaving** | Leave of absence due to disability |
| **Employee Basic Amount** | $ 264,000 |
| **Employee Basic AD&D Amount** | $ 264,000 |
| **Employee Optional Amount** | $ 100,000 |
| **Employee Optional AD&D Amount** | $ 500,000 |

| Additional Information | |
|---|---|
| **Documents Submitted** | |
| Sewell Timothy Benefits Statement.pdf | |

**I certify that the facts as indicated above are true to the best of my knowledge and belief.**

| | |
|---|---|
| **Name:** Nicole Gardner | **Date Signed:** 10/05/2022 19:07 PM EDT |
| **Phone Number:** 770-729-5464 | **Email Address:** nicole.gardner@mclarens.com |

**Lincoln/Sewell 672**

# Benefits Statement

💡 What's new        ➕ Share feedback

## Benefits Statement for Timothy A Sewell

**Benefits as of**   01/01/2021

| Plan | Effective Date | Coverage Levels | Employee Cost |
|---|---|---|---|
| **Medical** | | | |
| **POS II 2021, Full-time**<br>Aetna, Inc.<br><br>DEPENDENTS<br>Lauren Alan Sewell<br>Gaye H Sewell | 01/01/2021 | Employee + Family | $768.32 Per Month |
| **FSA** | | | |
| **2021 Medical FSA Plan, Jan. - Dec.**<br>Discovery Benefits | 01/01/2021 | $2,750.00 Per Year | $2,750.00 Per Year |
| **Dental** | | | |
| **Dental 2021, Full-time**<br>Delta Dental<br><br>DEPENDENTS<br>Gaye H Sewell<br>Lauren Alan Sewell | 01/01/2021 | Employee + Family | $35.97 Per Month |
| **Vision** | | | |

**Lincoln/Sewell 673**

| | | | |
|---|---|---|---|
| **Vision 2021, Full-time** EyeMed | 01/01/2021 | Employee + Family | $20.55 Per Month |

DEPENDENTS

   Gaye H Sewell
   Lauren Alan Sewell

---

GTL, LTD and STD

| | | | |
|---|---|---|---|
| **Lincoln Group AD&D Insurance, McLarens** Lincoln Financial Group | 01/01/2021 | $256,000.00 | $0.00 Per Month |
| **Lincoln Group Life Insurance, McLarens** Lincoln Financial Group | 01/01/2021 | $256,000.00 | $0.00 Per Month |
| **Lincoln Long Term Disability, McLarens** Lincoln Financial Group | 01/01/2021 | 60% of earnings up to $10,000.00 per month | $0.00 Per Month |
| **Lincoln Short Term Disability, McLarens** Lincoln Financial Group | 01/01/2021 | 60% of earnings up to $1,000.00 per week | $0.00 Per Month |

---

Voluntary Employee Life and AD&D

| | | | |
|---|---|---|---|
| **Lincoln Voluntary Employee AD&D, McLarens** Lincoln Financial Group | 01/01/2021 | $500,000.00 | $9.00 Per Month |

BENEFICIARIES

   Gaye H Sewell (Primary - 100.00%) (Spouse)
   Lauren Alan Sewell (Secondary - 50.00%) (Child)
   Mary Madison Sewell (Secondary - 50.00%) (Child)

| | | | |
|---|---|---|---|
| **Lincoln Voluntary Employee Life, McLarens** Lincoln Financial Group | 01/01/2021 | $100,000.00 | $73.00 Per Month |

BENEFICIARIES

   Gaye H Sewell (Primary - 100.00%) (Spouse)

**Lincoln/Sewell 674**

  Lauren Alan Sewell (Secondary - 50.00%) (Child)
  Mary Madison Sewell (Secondary - 50.00%) (Child)

### Voluntary Spouse Life and AD&D

| | | | |
|---|---|---|---|
| **Lincoln Voluntary Spouse Life, McLarens**<br>Lincoln Financial Group<br><br>DEPENDENTS<br>  Gaye H Sewell | 01/01/2021 | $30,000.00 | $21.90 Per Month |
| **Lincoln Voluntary Spouse AD&D, McLarens**<br>Lincoln Financial Group<br><br>DEPENDENTS<br>  Gaye H Sewell | 01/01/2021 | $250,000.00 | $5.00 Per Month |

### Voluntary Child Life and AD&D

| | | | |
|---|---|---|---|
| **Lincoln Voluntary Child AD&D, McLarens**<br>Lincoln Financial Group<br><br>DEPENDENTS<br>  Lauren Alan Sewell | 01/01/2021 | $20,000.00 | $0.20 Per Month |
| **Lincoln Voluntary Child Life, McLarens**<br>Lincoln Financial Group<br><br>DEPENDENTS<br>  Lauren Alan Sewell | 01/01/2021 | $20,000.00 | $1.92 Per Month |

### Retirement and Savings - 401k plan

| | | | |
|---|---|---|---|
| **401K _ Pre-tax, 401k Percentage**<br>T.Rowe Price | 10/19/2019 | 6% of Employee Salary | |

**Lincoln/Sewell 675**

## ID Protection

| **2021 ID Protection, Enrolled** | 01/01/2021 | Family | $12.95 Per Month |
|---|---|---|---|

ID Shield

DEPENDENTS

Gaye H Sewell
Lauren Alan Sewell

## Waived Plan Types

| PLAN TYPE | Effective Date | Reason |
|---|---|---|
| Consumer Health and Savings Accounts - Health Savings Account | 01/01/2021 | Coverage does not meet my needs |
| Consumer Health and Savings Accounts - Parking | 01/01/2021 | Coverage does not meet my needs |
| Consumer Health and Savings Accounts - Transit | 01/01/2021 | Coverage does not meet my needs |
| Consumer Health and Savings Accounts - FSA Dependent Care | 01/01/2021 | Coverage does not meet my needs |

**This benefit statement confirms your recent benefit enrollment elections. Please keep a copy of this statement for your records and use it to verify entries on your pay statement.**

**Lincoln/Sewell 676**

Good afternoon:

APPROVED FOR WAIVER - SystemOne

EE Name: Timothy Sewell.
EE SSN:
Claim #: 12885926
Group Name and/or Group ID #: MCLARENS, LLC.

Coverage(s) and Volumes(s) waived:
**(SystemOne Life Policies include both basic and optional coverages. Dependent coverages are not waived.)**

Basic Life: policy #'s ID 09-LF0483 and $264K BLI.
Optional Life: $100K OLI.

Waiver effective date: 6/30/2022.

**Thank you**

**Paul N McConnell**
**Senior Claims Examiner**
**Group Protection - Claim Solutions**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, Nebraska 68114
Toll Free Phone:  (800) 423-2765 X 7395
Email:  paul.mcconnell@lfg.com
You're In Charge®



| **Paul N McConnell**<br>**Senior Claims Examiner**<br>**Group Protection - Claim Solutions**<br><br>**Lincoln Financial Group**<br>8801 Indian Hills Drive<br>Omaha, Nebraska 68114 | Toll Free Phone:  (800) 423-2765<br>Phone: (402) 361-7395<br><br><br>LincolnFinancial.com | Follow us on:<br> |

**Lincoln/Sewell 677**



**From:** McConnell, Paul
**Sent:** Thu, 30 Jun 2022 22:26:42 +0000
**To:** ClaimsHOAdmin
**Subject:** Timothy Sewell refer claim 12885926

Good afternoon:

Please review PDMU Referral supervisor direction supported (supervisor recom referral now)

Claimant Name: Timothy Sewell –

WOP Number: 12885926 -

LTD Number: 12021334 already in PDMU –

Reduction Code: 31 100% Reduction @ 65 -

Benefits Term at Age: 5. he reaches age 65. 6. the date he begins receiving a benefit from a retirement or pension plan; or 7. the date the Sponsor classifies him as retired.

Benefits Start Reducing at Age:  no reduce  -

Benefits Term @ Retirement/Pension:  yes -

Reduction Code Task Set Up:  no -

Date Last CSS & Medical Forms/Records Received: CSS (12/2/2021) – med recs rec 11/2/2021 – clinical update: na –

Paper File:   Y/N, if so is Contract on File?   NO -

Active or Terminated Customer: active -

WOP Processed Claim Note with Manager Sign Off Note in S1:   YES -

**Thank you**

**Paul N McConnell**
**Senior Claims Examiner**
**Group Protection - Claim Solutions**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, Nebraska 68114
Toll Free Phone:  (800) 423-2765 X 7395
Email:  paul.mcconnell@lfg.com
You're In Charge®



**Paul N McConnell**
**Senior Claims Examiner**
**Group Protection - Claim Solutions**

**Lincoln Financial Group**
8801 Indian Hills Drive
Omaha, Nebraska 68114

Toll Free Phone: (800) 423-2765
Phone: (402) 361-7395

[LincolnFinancial.com](LincolnFinancial.com)

**Follow us on:**



COVID-19 guidance

**Lincoln/Sewell 680**

**From:**McConnell, Paul
**Sent:**Thu, 30 Jun 2022 22:26:42 +0000
**To:**ClaimsHOAdmin
**Subject:**Timothy Sewell refer claim 12885926- LTD KRISTI LUGO, LIFE CLAIM WILL BE ASSIGNED TO KRISTI LUGO

Good afternoon:

Please review PDMU Referral supervisor direction supported (supervisor recom referral now)

Claimant Name: Timothy Sewell –

WOP Number: 12885926 -

LTD Number: 12021334 already in PDMU –

Reduction Code: 31 100% Reduction @ 65 -

Benefits Term at Age: 5. he reaches age 65. 6. the date he begins receiving a benefit from a retirement or pension plan; or 7. the date the Sponsor classifies him as retired.

Benefits Start Reducing at Age:  no reduce  -

Benefits Term @ Retirement/Pension:  yes -

Reduction Code Task Set Up:  no -

Date Last CSS & Medical Forms/Records Received: CSS (12/2/2021) – med recs rec 11/2/2021 – clinical update: na –

Paper File:   Y/N, if so is Contract on File?   NO -

Active or Terminated Customer: active -

WOP Processed Claim Note with Manager Sign Off Note in S1:   YES -

**Thank you**

**Paul N McConnell**
**Senior Claims Examiner**
**Group Protection - Claim Solutions**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, Nebraska 68114
Toll Free Phone:  (800) 423-2765 X 7395
Email:  paul.mcconnell@lfg.com
You're In Charge®

**Lincoln/Sewell 681**



**Paul N McConnell**
**Senior Claims Examiner**
**Group Protection - Claim Solutions**

**Lincoln Financial Group**
8801 Indian Hills Drive
Omaha, Nebraska 68114

Toll Free Phone:  (800) 423-2765
Phone: (402) 361-7395

LincolnFinancial.com

**Follow us on:**





The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MR. TIMOTHY SEWELL



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

June 30, 2022

Mr. Timothy A. Sewell

RE:    Waiver of Premium Benefits-Group Life Insurance
       Policyholder: McLarens, LLC
       Policy #: SA3-890-LF0483-01
       Claim #: 12885926

Dear Mr. Timothy Sewell:

We are writing in regard to your Waiver of Premium Benefit under your Group Life Insurance Policy.

Based on medical information currently in our files, effective the date of this letter, we have approved the above-referenced claim for the Waiver of Premium Benefit under your Group Life Insurance Policy This means while you are disabled, your coverage will remain in effect, and we will not require payment of the premiums normally due from you and/or your employer.

The current value of your policy benefit is $264,000.00 Basic Life Insurance and $100,000.00 Optional Life Insurance. Based on the provisions of the policy at the time you became disabled, while you are on Waiver of Premium status:

*A Covered Employee's continued Life Insurance coverage under this provision will end on the earliest of the date when:*

    *1. he recovers and ceases to be Totally Disabled;*
    *2. he returns to Active Employment;*
    *3. he refuses to have an examination by a Physician chosen by Lincoln or fails to give satisfactory Proof of continuation of Total Disability;*
    *4. 90 Days after the date Lincoln mails the Covered Employee a request for additional Proof of loss, Lincoln does not receive such Proof;*
    *5. he reaches age 65;*
    *6. the date he begins receiving a benefit from a retirement or pension plan; or*
    *7. the date the Sponsor classifies him as retired.*

This Waiver of Premium Benefit shall remain in effect as long as you continue to be totally disabled by your illness/injury and your disability prevents you from performing any occupation. Since the Waiver of Premium Benefit is based on proof of continuous disability, we will periodically request

**Lincoln/Sewell 684**

current medical records or a physical examination.

In the future, we will require updated medical information from your physician. We will coordinate our efforts with your Long-Term Disability claim in obtaining and reviewing your medical information. Failure to provide requested documentation for your Long-Term Disability claim or for your Waiver of Premium Benefit claim may result in the termination of benefits under both policies.

Please be advised it is your responsibility to keep Lincoln Financial Group as well as the policyholder informed of any address changes. Please contact the policyholder for requests to change and/or update your beneficiary designation. Failure to communicate address changes to Lincoln Financial Group may result in the denial of your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Paul McConnell
Senior Claims Examiner Life Waiver
Phone No.: (888) 437-7611 Ext. 7395
Secure Fax No.: (603) 427-1888

CC:     Nicole Gardner

| From: | LFGNotifications@LFG.com |
| --- | --- |
| Sent: | Thursday, June 30, 2022 6:19:33 PM |
| To: | NICOLE.GARDNER@MCLARENS.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]McLarens, LLC Claim No. 12885926 Timothy Sewell |
| Attachments: | cc_ht0jysmsrcid7ctiwx63_13059496_13394561.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Sewell 686**



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

June 30, 2022

Mr. Timothy A. Sewell

RE:     Waiver of Premium Benefits-Group Life Insurance
        Policyholder: McLarens, LLC
        Policy #: SA3-890-LF0483-01
        Claim #: 12885926

Dear Mr. Timothy Sewell:

We are writing in regard to your Waiver of Premium Benefit under your Group Life Insurance Policy.

Based on medical information currently in our files, effective the date of this letter, we have approved the above-referenced claim for the Waiver of Premium Benefit under your Group Life Insurance Policy This means while you are disabled, your coverage will remain in effect, and we will not require payment of the premiums normally due from you and/or your employer.

The current value of your policy benefit is $264,000.00 Basic Life Insurance and $100,000.00 Optional Life Insurance.  Based on the provisions of the policy at the time you became disabled, while you are on Waiver of Premium status:

*A Covered Employee's continued Life Insurance coverage under this provision will end on the earliest of the date when:*

  *1. he recovers and ceases to be Totally Disabled;*
  *2. he returns to Active Employment;*
  *3. he refuses to have an examination by a Physician chosen by Lincoln or fails to give satisfactory Proof of continuation of Total Disability;*
  *4. 90 Days after the date Lincoln mails the Covered Employee a request for additional Proof of loss, Lincoln does not receive such Proof;*
  *5. he reaches age 65;*
  *6. the date he begins receiving a benefit from a retirement or pension plan; or*
  *7. the date the Sponsor classifies him as retired.*

This Waiver of Premium Benefit shall remain in effect as long as you continue to be totally disabled by your illness/injury and your disability prevents you from performing any occupation.  Since the Waiver of Premium Benefit is based on proof of continuous disability, we will periodically request

**Lincoln/Sewell 687**

current medical records or a physical examination.

In the future, we will require updated medical information from your physician. We will coordinate our efforts with your Long-Term Disability claim in obtaining and reviewing your medical information. Failure to provide requested documentation for your Long-Term Disability claim or for your Waiver of Premium Benefit claim may result in the termination of benefits under both policies.

Please be advised it is your responsibility to keep Lincoln Financial Group as well as the policyholder informed of any address changes. Please contact the policyholder for requests to change and/or update your beneficiary designation. Failure to communicate address changes to Lincoln Financial Group may result in the denial of your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Paul McConnell
Senior Claims Examiner Life Waiver
Phone No.: (888) 437-7611 Ext. 7395
Secure Fax No.: (603) 427-1888

CC:     Nicole Gardner

**Lincoln/Sewell 688**

**From:**Nicole Gardner <nicole.gardner@mclarens.com>
**Sent:**Wed, 22 Jun 2022 22:34:34 +0000
**To:**McConnell, Paul
**Cc:**Taylor, Barbara S
**Subject:**RE: Timothy Sewell Waiver of Premium claim 12885926
**Attachments:**ADP Workforce Now - Benefits Statement - Sewell, Timothy 2019.pdf, ADP Workforce Now - Benefits Statement - Sewell, Timothy 2021.pdf, ADP Workforce Now - Benefits Statement - Sewell, Timothy 2020.pdf
**Importance:**High

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Paul,
Apologies for the late response.  To address your inquiry:

1. According to the your employee's LTD claim the Annual Earnings reported in effect on the last day worked were: $131,799.48. If this amount is incorrect please provide Annual Earnings (as defined by your Group Policy): _____
   **This is correct.**

**Applicable to Class 1:**

**"Annual Earnings" means the Covered Person's annual rate of earnings from the Sponsor. However, such earnings will not include overtime pay and extra compensation other than commissions and bonuses. Commissions and bonuses will be averaged over the lesser of (a) the 12-month period prior to the date of loss; or (b) the period of employment.**

**Applicable to Class 2:**

**"Annual Earnings" means the Covered Person's annual rate of earnings from the Sponsor. However, such earnings will not include extra compensation other than commissions, bonuses and overtime pay. Commissions, bonuses and overtime pay will be averaged over the lesser of (a) the 12-month period prior to the date of loss; or (b) the period of employment.**

2. Basic Life Insurance Amount **$264,000**

3. **Optional Life Insurance Amount\* $100,000**

**\*Please provide enrollment information for the 3 years prior to the date last worked. Screen shots are acceptable.**

Please see attached.  Please be advised that Tim Sewell is a rehire as of 6/17/2019.  Records go back only to that point.

4. Is the employee receiving retirement/pension benefits and/or classified as a retiree? **NO**

**Lincoln/Sewell 689**

**If yes, please explain what type (i.e., profit-sharing plan; stock ownership plan (401K), etc.)**

**5. what class does Timothy Sewell fall under with the group**? Class 1
Class 1: All full-time, exempt Employees –
Class 2: All full-time, non-exempt Employees  -

Regards,
Nicole Gardner | McLarens
HR Assistant
Nicole.Gardner@McLarens.com

3720 Davinci Court, Suite 200
Peachtree Corners, GA 30092 USA
+1 770.729.5464 | office
+1 678.810.0472 | confidential fax
www.mclarens.com

CONFIDENTIALITY AND PRIVILEGE NOTICE: The information contained in this message and any attachments may be privileged, confidential and/or exempt from disclosure under applicable law. Any views expressed in this message and any attachments are those of the individual sender, except where the message states otherwise, and in no way binds Insurers and/or their representatives.  If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of any information contained herein or attached is strictly prohibited. If you have received this email in error, please immediately notify the sender and destroy the original transmission and its attachments, without reading them.

**From:** McConnell, Paul <Paul.McConnell@lfg.com>
**Sent:** Tuesday, June 14, 2022 12:13 PM
**To:** Nicole Gardner <nicole.gardner@mclarens.com>
**Cc:** Taylor, Barbara S <Barbara.Taylor@lfg.com>
**Subject:** RE: Timothy Sewell Waiver of Premium claim 12885926
**Importance:** High

Good morning:

I was just following up on the template information we had requested below on imothy Sewell and wanted to know if you had any questions over this request. If so please email me back; otherwise, I will wait for the information to come in.

**Thank you**

**Paul N McConnell**
**Senior Claims Examiner**

**Group Protection - Claim Solutions**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, Nebraska 68114

Toll Free Phone:  (800) 423-2765
Phone: (402) 361-7395
Email:  paul.mcconnell@lfg.com
You're In Charge®



| | **Paul N McConnell**<br>**Senior Claims Examiner**<br>**Group Protection - Claim Solutions**<br><br>**Lincoln Financial Group**<br>8801 Indian Hills Drive<br>Omaha, Nebraska 68114 | Toll Free Phone:  (800) 423-2765<br>Phone: (402) 361-7395<br><br><br>LincolnFinancial.com | Follow us on: |



**From:** McConnell, Paul
**Sent:** Tuesday, June 7, 2022 4:37 PM
**To:** nicole.gardner@mclarens.com
**Subject:** Timothy Sewell Waiver of Premium claim 12885926

Good afternoon

*Please respond with the information below within five (5) business days to ensure timely assessment of waiver of premium eligibility.  Lack of response to our request will delay our decision regarding coverage.*

Please note if the employee is terminated, they may still be eligible for this benefit.  If this employee has returned to work, please advise and provide the return to work date only.

Group Life Claims has been notified, Timothy Sewell, (DOB                    is currently out on disability and may also be eligible for the Waiver of Premium Benefit under your Group Life Insurance Policy.

1. According to the your employee's LTD claim the Annual Earnings reported in effect on the last day worked were: $131,799.48. If this amount is incorrect please provide Annual Earnings (as defined by your Group Policy): _____

**Applicable to Class 1:**

**"Annual Earnings" means the Covered Person's annual rate of earnings from the Sponsor. However, such earnings will not include overtime pay and extra compensation other than commissions and bonuses. Commissions and bonuses will be averaged over the lesser of (a) the 12-month period prior to the date of loss; or (b) the period of employment.**

**Applicable to Class 2:**

**"Annual Earnings" means the Covered Person's annual rate of earnings from the Sponsor. However, such earnings will not include extra compensation other than commissions, bonuses and overtime pay. Commissions, bonuses and overtime pay will be averaged over the lesser of (a) the 12-month period prior to the date of loss; or (b) the period of employment.**

2. Basic Life Insurance Amount _____

3. **Optional Life Insurance Amount\* _____**

**\*Please provide enrollment information for the 3 years prior to the date last worked. Screen shots are acceptable.**

4. Is the employee receiving retirement/pension benefits and/or classified as a retiree? _____

**\*\*If yes, please explain what type (i.e., profit-sharing plan; stock ownership plan (401K), etc.)**

**5. what class does Timothy Sewell fall under with the group**?

_____

Class 1: All full-time, exempt Employees –
Class 2: All full-time, non-exempt Employees  -

Do not hesitate to contact me with any questions/concerns regarding the above information.  We appreciate your time and immediate attention to this request.

**Thank you**

**Paul N McConnell**
**Senior Claims Examiner**
**Group Protection - Claim Solutions**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, Nebraska 68114

Toll Free Phone:  (800) 423-2765 X 7395
Email: paul.mcconnell@lfg.com
You're In Charge®



**Paul N McConnell**
**Senior Claims Examiner**
**Group Protection - Claim Solutions**

**Lincoln Financial Group**
8801 Indian Hills Drive
Omaha, Nebraska 68114

Toll Free Phone:  (800) 423-2765
Phone: (402) 361-7395

LincolnFinancial.com

**Follow us on:**





Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

PRIVACY STATEMENT: We are required to capture and process personal information supplied to us in the fulfilment of our services. Our obligations vary depending on the jurisdiction involved. For further details as to how this information is used, kept secure and your rights, please see the relevant Privacy Statement on our website – https://www.mclarens.com/privacy-policy/

**Lincoln/Sewell 693**

# Benefits Statement for Timothy A Sewell

## Benefits as of   08/01/2019

| PLAN | EFFECTIVE DATE | COVERAGE LEVELS | EMPLOYEE COST |
|---|---|---|---|
| **Medical** | | | |
| **POS II - All Location - New, Full-time 30 hours or more**<br>Aetna, Inc.<br><br>DEPENDENTS<br>Gaye H Sewell<br>Mary Madison Sewell<br>Lauren Alan Sewell | 07/01/2019 | Employee + Family | $692.61 Per Month |
| **Flexible Spending Account _ FSA** | | | |
| **2019 Medical FSA Jan. - Dec., Enrollments 2019**<br>WORKTERRA | 07/01/2019 | $2,700.00 Per Year | $2,700.00 Per Year |
| **Dental** | | | |
| **Dental Insurance, Full-time 30 hrs or more**<br>Aetna, Inc.<br><br>DEPENDENTS<br>Gaye H Sewell<br>Mary Madison Sewell<br>Lauren Alan Sewell | 07/01/2019 | Employee + Family | $29.81 Per Month |
| **Vision** | | | |
| **Vision Insurance, Full-time 30 hrs or more**<br>EyeMed<br><br>DEPENDENTS<br>Gaye H Sewell<br>Mary Madison Sewell | 07/01/2019 | Employee + Family | $17.83 Per Month |

**Lincoln/Sewell 694**

Mary Madison Sewell
Lauren Alan Sewell

---

GTL, LTD and STD

| | | | |
|---|---|---|---|
| **Prudential Group Life Insurance, Enrolled**<br>Prudential | 06/17/2019 | $251,000.00 | $0.00 Per Month |
| **Prudential Group AD&D Insurance, Enrolled**<br>Prudential | 06/17/2019 | $251,000.00 | $0.00 Per Month |
| **Prudential Long-Term Disability, Enrolled**<br>Prudential | 06/17/2019 | 60% of earnings up to $10,000.00 per month | $0.00 Per Month |
| **Prudential Short-term Disability, Enrolled**<br>Prudential | 06/17/2019 | 60% of earnings up to $1,000.00 per week | $0.00 Per Month |

---

Voluntary Employee Life and AD&D

| | | | |
|---|---|---|---|
| **Prudential Voluntary Life Insurance, Enrolled**<br>Prudential | 07/01/2019 | $100,000.00 | $40.00 Per Month |

BENEFICIARIES

Gaye H Sewell (Primary - 100.00%) (Spouse)
Mary Madison Sewell (Secondary - 50.00%) (Child)
Lauren Alan Sewell (Secondary - 50.00%) (Child)

| | | | |
|---|---|---|---|
| **Prudential Voluntary AD&D Insurance, Enrolled**<br>Prudential | 07/01/2019 | $500,000.00 | $9.00 Per Month |

BENEFICIARIES

Gaye H Sewell (Primary - 100.00%) (Spouse)
Mary Madison Sewell (Secondary - 50.00%) (Child)
Lauren Alan Sewell (Secondary - 50.00%) (Child)

---

Voluntary Spouse Life and AD&D

| | | | |
|---|---|---|---|
| **Prudential Voluntary Spouse Life Insurance, Enrolled**<br>Prudential | 07/01/2019 | $30,000.00 | $12.00 Per Month |

**Lincoln/Sewell 695**

DEPENDENTS

    Gaye H Sewell

| | | | |
|---|---|---|---|
| **Prudential Voluntary Spouse AD&D Insurance, Enrolled**<br>Prudential | 07/01/2019 | $250,000.00 | $5.00 Per Month |

DEPENDENTS

    Gaye H Sewell

Voluntary Child Life and AD&D

| | | | |
|---|---|---|---|
| **Prudential Voluntary Child Life, Enrolled**<br>Prudential | 07/01/2019 | $20,000.00 | $1.92 Per Month |

DEPENDENTS

    Mary Madison Sewell
    Lauren Alan Sewell

| | | | |
|---|---|---|---|
| **Prudential Voluntary Child AD&D, Enrolled**<br>Prudential | 07/01/2019 | $20,000.00 | $0.20 Per Month |

DEPENDENTS

    Mary Madison Sewell
    Lauren Alan Sewell

Retirement and Savings - 401k plan

| | | |
|---|---|---|
| **401K _ Pre-tax, 401k Percentage**<br>T.Rowe Price | 08/01/2019 | 3% of Employee Salary |

**This benefit statement confirms your recent benefit enrollment elections. Please keep a copy of this statement for your records and use it to verify entries on your pay statement.**

**Lincoln/Sewell 696**

## Benefits Statement for Timothy A Sewell

### Benefits as of   08/01/2020

| PLAN | EFFECTIVE DATE | COVERAGE LEVELS | EMPLOYEE COST |
|---|---|---|---|
| **Medical** | | | |
| **POS II 2020, Full-time 30 hours or more** Aetna, Inc. | 01/01/2020 | Employee + Family | $706.46 Per Month |
| DEPENDENTS Lauren Alan Sewell Gaye H Sewell Mary Madison Sewell | | | |
| **Flexible Spending Account _ FSA** | | | |
| **2020 Medical FSA Plan, Jan. - Dec. Enrollment** WORKTERRA | 01/01/2020 | $2,700.00 Per Year | $2,700.00 Per Year |
| **Dental** | | | |
| **Dental 2020, Full-time 30 hrs or more** Aetna, Inc. | 01/01/2020 | Employee + Family | $30.41 Per Month |
| DEPENDENTS Gaye H Sewell Mary Madison Sewell Lauren Alan Sewell | | | |
| **Vision** | | | |
| **Vision 2020, Full-time 30 hrs or more** EyeMed | 01/01/2020 | Employee + Family | $17.83 Per Month |
| DEPENDENTS Gaye H Sewell Mary Madison Sewell Lauren Alan Sewell | | | |

**Lincoln/Sewell 697**

### GTL, LTD and STD

| | | | |
|---|---|---|---|
| **Prudential Group Life Insurance, Enrolled**<br>Prudential | 06/17/2019 | $251,000.00 | $0.00 Per Month |
| **Prudential Group AD&D Insurance, Enrolled**<br>Prudential | 06/17/2019 | $251,000.00 | $0.00 Per Month |
| **Prudential Long-Term Disability, Enrolled**<br>Prudential | 06/17/2019 | 60% of earnings up to $10,000.00 per month | $0.00 Per Month |
| **Prudential Short-term Disability, Enrolled**<br>Prudential | 06/17/2019 | 60% of earnings up to $1,000.00 per week | $0.00 Per Month |

### Voluntary Employee Life and AD&D

| | | | |
|---|---|---|---|
| **Prudential Voluntary Life Insurance, Enrolled**<br>Prudential | 07/01/2019 | $100,000.00 | $73.00 Per Month |

BENEFICIARIES

    Gaye H Sewell (Primary - 100.00%) (Spouse)
    Mary Madison Sewell (Secondary - 50.00%) (Child)
    Lauren Alan Sewell (Secondary - 50.00%) (Child)

| | | | |
|---|---|---|---|
| **Prudential Voluntary AD&D Insurance, Enrolled**<br>Prudential | 07/01/2019 | $500,000.00 | $9.00 Per Month |

BENEFICIARIES

    Gaye H Sewell (Primary - 100.00%) (Spouse)
    Mary Madison Sewell (Secondary - 50.00%) (Child)
    Lauren Alan Sewell (Secondary - 50.00%) (Child)

### Voluntary Spouse Life and AD&D

| | | | |
|---|---|---|---|
| **Prudential Voluntary Spouse Life Insurance, Enrolled**<br>Prudential | 01/01/2020 | $30,000.00 | $12.00 Per Month |

DEPENDENTS

    Gaye H Sewell

**Lincoln/Sewell 698**

| | | | |
|---|---|---|---|
| **Prudential Voluntary Spouse AD&D Insurance, Enrolled**<br>Prudential | 07/01/2019 | $250,000.00 | $5.00 Per Month |

DEPENDENTS

Gaye H Sewell

---

Voluntary Child Life and AD&D

| | | | |
|---|---|---|---|
| **Prudential Voluntary Child Life, Enrolled**<br>Prudential | 07/01/2019 | $20,000.00 | $1.92 Per Month |

DEPENDENTS

Mary Madison Sewell
Lauren Alan Sewell

| | | | |
|---|---|---|---|
| **Prudential Voluntary Child AD&D, Enrolled**<br>Prudential | 07/01/2019 | $20,000.00 | $0.20 Per Month |

DEPENDENTS

Mary Madison Sewell
Lauren Alan Sewell

---

Retirement and Savings - 401k plan

| | | |
|---|---|---|
| **401K _ Pre-tax, 401k Percentage**<br>T.Rowe Price | 10/19/2019 | 6% of Employee Salary |

---

ID Protection

| | | | |
|---|---|---|---|
| **ID Protection Plan, Enrolled**<br>ID Shield | 01/01/2020 | Family | $12.95 Per Month |

DEPENDENTS

Gaye H Sewell
Lauren Alan Sewell
Mary Madison Sewell

---

Pet Insurance

**Lincoln/Sewell 699**

| | | | |
|---|---|---|---|
| **Pet Assure Veterinary Discount Plan, Enrolled**<br>Pet Benefit Solutions | 01/01/2020 | Unlimited Pet Plan | $11.00 Per Month |
| **Pet Plus Prescription Discount Plan, Enrolled**<br>Pet Benefit Solutions | 01/01/2020 | Unlimited Pet Plan | $7.50 Per Month |

**This benefit statement confirms your recent benefit enrollment elections. Please keep a copy of this statement for your records and use it to verify entries on your pay statement.**

**Lincoln/Sewell 700**

## Benefits Statement for Timothy A Sewell

### Benefits as of   08/01/2021

| PLAN | EFFECTIVE DATE | COVERAGE LEVELS | EMPLOYEE COST |
|---|---|---|---|
| **Medical** | | | |
| **POS II 2021, Full-time**<br>Aetna, Inc.<br><br>DEPENDENTS<br>  Lauren Alan Sewell<br>  Gaye H Sewell | 01/01/2021 | Employee + Family | $768.32 Per Month |
| **FSA** | | | |
| **2021 Medical FSA Plan, Jan. - Dec.**<br>Discovery Benefits | 01/01/2021 | $2,750.00 Per Year | $2,750.00 Per Year |
| **Dental** | | | |
| **Dental 2021, Full-time**<br>Delta Dental<br><br>DEPENDENTS<br>  Gaye H Sewell<br>  Lauren Alan Sewell | 01/01/2021 | Employee + Family | $35.97 Per Month |
| **Vision** | | | |
| **Vision 2021, Full-time**<br>EyeMed<br><br>DEPENDENTS<br>  Gaye H Sewell<br>  Lauren Alan Sewell | 01/01/2021 | Employee + Family | $20.55 Per Month |
| **GTL, LTD and STD** | | | |

**Lincoln/Sewell 701**

| | | | |
|---|---|---|---|
| **Lincoln Group AD&D Insurance, McLarens**<br>Lincoln Financial Group | 01/01/2021 | $264,000.00 | $0.00 Per Month |
| **Lincoln Group Life Insurance, McLarens**<br>Lincoln Financial Group | 01/01/2021 | $264,000.00 | $0.00 Per Month |
| **Lincoln Long Term Disability, McLarens**<br>Lincoln Financial Group | 01/01/2021 | 60% of earnings up to $10,000.00 per month | $0.00 Per Month |
| **Lincoln Short Term Disability, McLarens**<br>Lincoln Financial Group | 01/01/2021 | 60% of earnings up to $1,000.00 per week | $0.00 Per Month |

Voluntary Employee Life and AD&D

| | | | |
|---|---|---|---|
| **Lincoln Voluntary Employee AD&D, McLarens**<br>Lincoln Financial Group | 01/01/2021 | $500,000.00 | $9.00 Per Month |

BENEFICIARIES

   Gaye H Sewell (Primary - 100.00%) (Spouse)
   Lauren Alan Sewell (Secondary - 50.00%) (Child)
   Mary Madison Sewell (Secondary - 50.00%) (Child)

| | | | |
|---|---|---|---|
| **Lincoln Voluntary Employee Life, McLarens**<br>Lincoln Financial Group | 01/01/2021 | $100,000.00 | $73.00 Per Month |

BENEFICIARIES

   Gaye H Sewell (Primary - 100.00%) (Spouse)
   Lauren Alan Sewell (Secondary - 50.00%) (Child)
   Mary Madison Sewell (Secondary - 50.00%) (Child)

Voluntary Spouse Life and AD&D

| | | | |
|---|---|---|---|
| **Lincoln Voluntary Spouse Life, McLarens**<br>Lincoln Financial Group | 01/01/2021 | $30,000.00 | $21.90 Per Month |

DEPENDENTS

   Gaye H Sewell

| | | | |
|---|---|---|---|
| **Lincoln Voluntary Spouse AD&D, McLarens**<br>Lincoln Financial Group | 01/01/2021 | $250,000.00 | $5.00 Per Month |

**Lincoln/Sewell 702**

DEPENDENTS

  Gaye H Sewell

---

Voluntary Child Life and AD&D

| **Lincoln Voluntary Child AD&D, McLarens** Lincoln Financial Group | 01/01/2021 | $20,000.00 | $0.20 Per Month |

DEPENDENTS

  Lauren Alan Sewell

---

| **Lincoln Voluntary Child Life, McLarens** Lincoln Financial Group | 01/01/2021 | $20,000.00 | $1.92 Per Month |

DEPENDENTS

  Lauren Alan Sewell

---

Retirement and Savings - 401k plan

| **401K _ Pre-tax, 401k Percentage** T.Rowe Price | 10/19/2019 | 6% of Employee Salary | |

---

ID Protection

| **2021 ID Protection, Enrolled** ID Shield | 01/01/2021 | Family | $12.95 Per Month |

DEPENDENTS

  Gaye H Sewell
  Lauren Alan Sewell

---

**This benefit statement confirms your recent benefit enrollment elections. Please keep a copy of this statement for your records and use it to verify entries on your pay statement.**

**Lincoln/Sewell 703**

**From:** McConnell, Paul
**Sent:** Mon, 27 Jun 2022 21:57:37 +0000
**To:** Waiver Claim Reviews
**Subject:** $364K BLI/OLI approval Timothy Sewell claim 12885926
**Attachments:** Timothy Sewell Approval.doc

Good afternoon:

Please review my recommendation for approval. **add info: will refer to PDMU once get OK on approval also.**

**Thank you**

**Paul N McConnell**
**Senior Claims Examiner**
**Group Protection - Claim Solutions**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, Nebraska 68114
Toll Free Phone:  (800) 423-2765
Phone: (402) 361-7395
Email:  paul.mcconnell@lfg.com
You're In Charge®

 **Paul N McConnell**
**Senior Claims Examiner**
**Group Protection - Claim Solutions**

**Lincoln Financial Group**
8801 Indian Hills Drive
Omaha, Nebraska 68114

Toll Free Phone:  (800) 423-2765
Phone: (402) 361-7395

LincolnFinancial.com

Follow us on:





**Lincoln/Sewell 704**

**From:**McConnell, Paul
**Sent:**Tue, 14 Jun 2022 16:13:00 +0000
**To:**nicole.gardner@mclarens.com
**Cc:**Taylor, Barbara S
**Subject:**RE: Timothy Sewell Waiver of Premium claim 12885926
**amhortsnce:**High

Good morning:

I was just following up on the template information we had requested below on imothy Sewell and wanted to know if you had any questions over this request. If so please email me back; otherwise, I will wait for the information to come in.

**TI s np l ou**

**i su1" E cConne11**
**Sengor C1sgmv dPsmgner**
**' rouh i rotectgon f C1sgm So1utgonv**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, Nebraska 68114
Toll Free Phone:  (800) 423-2765
Phone: (402) 361-7395
Email:  paul.mcconnell@lfg.com
You're In Charge®



**i su1" E cConne11**
**Senior Claims Examiner**
**Group Protection - Claim Solutions**

**. gnco1n Fgnsncg 1' rouh**
8801 Indian Hills Drive
Omaha, Nebraska 68114

Toll Free Phone:  (800) 423-2765
Phone: (402) 361-7395

LincolnFinancial.com

**Fo1bH uv on:**





**From:** McConnell, Paul
**Sent:** Tuesday, June 7, 2022 4:37 PM
**To:** nicole.gardner@mclarens.com
**Subject:** Timothy Sewell Waiver of Premium claim 12885926

**Lincoln/Sewell 705**

Good afternoon

**Please respond with the information below within five (5) business days to ensure timely assessment of waiver of premium eligibility. Lack of response to our request will delay our decision regarding coverage.**

Please note if the employee is terminated, they may still be eligible for this benefit. If this employee has returned to work, please advise and provide the return to work date only.

Group Life Claims has been notified, Timothy Sewell, (DOB                is currently out on disability and may also be eligible for the Waiver of Premium Benefit under your Group Life Insurance Policy.

1. According to the your employee's LTD claim the Annual Earnings reported in effect on the last day worked were: $131,799.48. If this amount is incorrect please provide Annual Earnings (as defined by your Group Policy): _____

**Ahh1gcsb1e to C1s vv w:**

, Annus1dsrngnyv, mesnv tl e Coxere( i ervon)v snnus1rste o2esrngnyv 2rom tl e Shonvor- ; oH exerk vucl esrngnyv Hg1not gnc1u( e oxertgme hsl sn( ePtrs comhenvstgpn otl er tl sn commgvvgpnv sn( bonuvev- Commgvvgpnv sn( bonuvev Hg1be sxersye( oxer tl e 1evver o2N Ml e wGfmontl hergp( hrgpr to tl e ( ste o21bvvLor NbMl e hergp( o2emh1ol ment-

**Ahh1gcsb1e to C1s vv G:**

, Annus1dsrngnyv, mesnv tl e Coxere( i ervon)v snnus1rste o2esrngnyv 2rom tl e Shonvor- ; oH exerk vucl esrngnyv Hg1not gnc1u( e ePtrs comhenvstgpn otl er tl sn commgvvgpnvkbonuvev sn( oxertgme hsl - Commgvvgpnvkbonuvev sn( oxertgme hsl Hg1be sxersye( oxer tl e 1evver o2N Ml e wGfmontl hergp( hrgpr to tl e ( ste o21bvvLor NbMl e hergp( o2emh1ol ment-

2. Basic Life Insurance Amount _____

3. **Optional Life Insurance Amount\*** _____

**\*Please provide enrollment information for the 3 years prior to the date last worked. Screen shots are acceptable.**

4. Is the employee receiving retirement/pension benefits and/or classified as a retiree? _____

**\*\*If yes, please explain what type (i.e., profit-sharing plan; stock ownership plan (401K), etc.)**

**5. what class does Timothy Sewell fall under with the group**? _____

Class 1: All full-time, exempt Employees –
Class 2: All full-time, non-exempt Employees  -

Do not hesitate to contact me with any questions/concerns regarding the above information.  We appreciate your time and immediate attention to this request.

**TI s np l ou**

**i su1" E cConne11**
**Sengor C1sgmv dPsmgner**
**' rouh i rotectgon f C1sgm So1utgonv**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, Nebraska 68114

Toll Free Phone:  (800) 423-2765 X 7395
Email:  paul.mcconnell@lfg.com
You're In Charge®



**i su1" E cConne11**
**Senior Claims Examiner**
**Group Protection - Claim Solutions**

. gnco1n Fgnsncg1' rouh
8801 Indian Hills Drive
Omaha, Nebraska 68114

Toll Free Phone:  (800) 423-2765
Phone: (402) 361-7395

LincolnFinancial.com

**Fo1loH uv on:**





**From:**McConnell, Paul
**Sent:**Tue, 7 Jun 2022 21:37:14 +0000
**To:**'nicole.gardner@mclarens.com'
**Subject:**Timothy Sewell Waiver of Premium claim 12885926

Good afternoon

**Please respond with the information below within five (5) business days to ensure timely assessment of waiver of premium eligibility.  Lack of response to our request will delay our decision regarding coverage.**

Please note if the employee is terminated, they may still be eligible for this benefit.  If this employee has returned to work, please advise and provide the return to work date only.

Group Life Claims has been notified, Timothy Sewell, (DOB            is currently out on disability and may also be eligible for the Waiver of Premium Benefit under your Group Life Insurance Policy.

1. According to the your employee's LTD claim the Annual Earnings reported in effect on the last day worked were: $131,799.48. If this amount is incorrect please provide Annual Earnings (as defined by your Group Policy): _____

**Applicable to Class 1:**

**"Annual Earnings" means the Covered Person's annual rate of earnings from the Sponsor. However, such earnings will not include overtime pay and extra compensation other than commissions and bonuses. Commissions and bonuses will be averaged over the lesser of (a) the 12-month period prior to the date of loss; or (b) the period of employment.**

**Applicable to Class 2:**

**"Annual Earnings" means the Covered Person's annual rate of earnings from the Sponsor. However, such earnings will not include extra compensation other than commissions, bonuses and overtime pay. Commissions, bonuses and overtime pay will be averaged over the lesser of (a) the 12-month period prior to the date of loss; or (b) the period of employment.**

2. Basic Life Insurance Amount _____

3. **Optional Life Insurance Amount\* _____**

**\*Please provide enrollment information for the 3 years prior to the date last worked. Screen shots are acceptable.**

4. Is the employee receiving retirement/pension benefits and/or classified as a retiree? _____

**If yes, please explain what type (i.e., profit-sharing plan; stock ownership plan (401K), etc.)**

**5. what class does Timothy Sewell fall under with the group?**

Class 1: All full-time, exempt Employees –
Class 2: All full-time, non-exempt Employees  -

Do not hesitate to contact me with any questions/concerns regarding the above information.  We appreciate your time and immediate attention to this request.

**Thank you**

**Paul N McConnell**
**Senior Claims Examiner**
**Group Protection - Claim Solutions**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, Nebraska 68114
Toll Free Phone:  (800) 423-2765 X 7395
Email:  paul.mcconnell@lfg.com
You're In Charge®



**Paul N McConnell**
**Senior Claims Examiner**
**Group Protection - Claim Solutions**

**Lincoln Financial Group**
8801 Indian Hills Drive
Omaha, Nebraska 68114

Toll Free Phone:  (800) 423-2765
Phone: (402) 361-7395

LincolnFinancial.com

Follow us on:



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688




MR. TIMOTHY SEWELL



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

June 8, 2022

Mr. Timothy A. Sewell

RE:    Waiver of Premium Benefits-Group Life Insurance
       Policyholder: McLarens, LLC
       Policy #: SA3-890-LF0483-01
       Claim #: 12885926

Dear Mr. Timothy Sewell:

We received notification you are out on disability and therefore, your eligibility for the Waiver of Premium Benefit of your **Group Life Insurance** is currently under review.

The Waiver of Premium Benefit allows you to continue your Group Life Insurance coverage while you are out on disability without payment of premiums provided you meet your Group Life Insurance Policy definition of *"total disability"* defined as:

*With respect to this provision,* **"Total Disability"** *or* **"Totally Disabled"** *means the complete inability, as a result of Injury or Sickness, to perform the Material and Substantial Duties of Any Occupation.*

*With respect to this provision,* **"Material and Substantial Duties"** *means responsibilities that are normally required to perform Any Occupation, and cannot be reasonably eliminated or modified.*

*With respect to this provision,* **"Any Occupation"** *means any occupation that the Covered Employee is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

We will notify you of the status of your Waiver of Premium Benefit once a decision has been made.

If you have any questions regarding this matter, please contact me.

Sincerely,

Paul McConnell
Senior Claims Examiner Life Waiver

**Lincoln/Sewell 711**

Phone No.: (888) 437-7611 Ext. 7395
Secure Fax No.: (603) 427-1888

**Lincoln/Sewell 712**