**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **TIMOTHY SEWELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 2:23-cv-00317** |
| **THE LINCOLN NATIONAL LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO EXTEND CROSS-MOTION DEADLINE AND BRIEF IN SUPPORT

Defendant The Lincoln National Life Insurance Company ("Lincoln") files its Motion to Extend Cross-Motion Deadline and Brief in Support and shows the Court as follows:

### I.
### NATURE AND STAGE OF PROCEEDINGS

This case arises under the Employee Retirement Income Security Act of 1974, as amended, ("ERISA"), 29 U.S.C. §§ 1001 et. seq. Plaintiff Timothy Sewell submitted a claim for Accidental Death and Dismemberment ("AD&D") benefits from the McLarens, LLC Group Life Insurance Plan (the "Plan"). Lincoln was the claim administrator for the Plan under a Group Life Insurance Policy (the "Policy") that Lincoln had issued to McLarens, LLC to insure benefits from the Plan. Lincoln denied Plaintiff's claim for AD&D benefits on January 27, 2023, on the grounds that the Policy contains a provision that benefits are not payable if the loss was contributed to or caused by "the presence of alcohol in the Covered Person's blood which raises a presumption that the Covered Person was under the influence of alcohol and contributed to the cause of the accident." Plaintiff appealed the decision to deny benefits, and Lincoln upheld its decision on September 27, 2023. As Plaintiff had exhausted administrative remedies, the claim file was then closed.

Subsequent to Lincoln's final appeal decision, on November 17, 2023, Plaintiff's counsel submitted an additional medical report prepared by Dr. Thomas C. Arnold, MD.  However, since the November 17, 2023, report was received after the final appeal decision, Lincoln did not consider the report in its final decision.

The above-styled litigation was filed on November 30, 2023.  On March 6, 2024, the Court entered a Rule 16 Scheduling Order for ERISA Benefits Case to Be Determined on Administrative Record (Doc. 9).  The Court's Order required Lincoln, by May 1, 2024, to file a Response to ERISA Case Order, "attaching copy of the applicable insurance policy and complete Administrative Record."  Additionally, the Order set a deadline of June 10, 2024, for the Parties to file Cross-Motions for Judgment on Administrative Record with Accompanying Memoranda.

On May 1, 2024, Lincoln filed Defendant's Response to ERISA Case Order (Doc. 10) and specifically asserted that the November 17, 2023, report is not part of the administrative record.  However, in subsequent discussions between Lincoln's and Plaintiff's counsel, Plaintiff has asserted that this report is part of the administrative record.

**II.**
**<u>GROUNDS FOR MOTION</u>**

Accordingly, the Parties disagree regarding whether the November 17, 2023, report is part of the administrative record.  To resolve this dispute between Plaintiff and Lincoln and to conserve the Court's efforts in its consideration of the matter, as well as eliminate the need for any potential Court remand for Lincoln to consider the report, Lincoln intends to conduct an additional review of Plaintiff's claim, which will include the November 17, 2023, report.  Plaintiff's counsel has also been advised that Plaintiff may submit whatever additional documentation that he desires Lincoln consider in connection with this review of the claim.

As the additional review of Plaintiff's claim may lead to a reversal of Lincoln's decision on the claim that is the subject of this litigation, Lincoln requests that the Court extend the June 10, 2024, deadline for the Parties' Cross-Motions until Lincoln's additional review is complete. To continue the litigation while the additional review is ongoing will result in the unnecessary usage of judicial resources and needless legal expenses by the Parties if the claim decision is overturned by Lincoln.

Moreover, District Courts have full discretion to grant extensions of time for good cause. *Fed. R. Civ. P.* P. 6(b)(1)(A). "An application for extension of time under Rule 6(b)(1)(A) normally will be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." *4B Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure* § 1165 (4th ed. 2008). Lincoln does not seek this extension for bad faith but to conduct an additional review of Plaintiff's claim. Additionally, Plaintiff will not be prejudiced as a result of this extension, as it will resolve an issue of contention between the Parties that may result in Lincoln's decision being overturned and if not, will eliminate any need by the Court to order the claim remanded to Lincoln for consideration of the Report after considering the Parties' briefs.

It is estimated that this review will be completed within sixty (60) days after Plaintiff submits any additional documentation that he wants Lincoln to consider. Accordingly, Lincoln requests that the Court extend the Cross-Motion deadline to August 13, 2024, which is ninety (90) days from the filing of this Motion. This 90-day extension includes giving Plaintiff thirty (30) days to submit documentation in addition to 60 days for the review. Lincoln further proposes that the Court require the Parties to file a Status Report on or before August 13, 2024, to advise the Court of the status of Lincoln's additional review.

**III.**
**CONCLUSION**

WHEREFORE, Lincoln requests that the Court enter an order extending the June 10, 2024, Cross-Motion deadline to August 13, 2024, which is ninety (90) days from date of the filing of this Motion; requiring the Parties to file a Status Report on or before August 13, 2024, concerning the status of Lincoln's additional review; and granting Lincoln such other and further relief to which it may show itself entitled.

Dated this 15th day of May 2024.

Respectfully submitted,

By: /s/ Iwana Rademaekers

Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA
RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT THE
LINCOLN NATIONAL LIFE INSURANCE
COMPANY

**CERTIFICATE OF CONFERENCE**

I certify that on May 14, 2024, the undersigned conferred with Plaintiff's counsel, J. Price McNamara, regarding the issues raised in this Motion, who has advised the undersigned that Plaintiff opposes an extension of the Court's Cross-Motion deadline, and thus, opposes this Motion.

/s/ Iwana Rademaekers
Iwana Rademaekers

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court.  I further certify that a copy of the foregoing pleading was served via electronic mail on the following counsel of record:

J. PRICE McNAMARA
Email:  price@jpricemcnamara.com

May 15, 2024                          /s/ Iwana Rademaekers
Date                                         Iwana Rademaekers