**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **TIMOTHY SEWELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 2:23-cv-00317** |
| **THE LINCOLN NATIONAL LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING MOTION TO EXTEND CROSS-MOTION DEADLINE**

On this day, came on to be considered Defendant's Motion to Extend Cross-Motion Deadline. Upon reviewing the Motion, and Plaintiff's Response to the Motion, the Court finds that the Motion should be granted and this Order entered. It is therefore,

**ORDERED** that the Defendant's Motion to Extend Cross-Motion Deadline is hereby **GRANTED**. It is, therefore, also

**ORDERED** that the Cross-Motion deadline in the above-styled action is extended to August 13, 2024. It is further,

**ORDERED** that the Parties shall file a Status Report in this action on or before August 13, 2024, concerning the status of the re-review of Plaintiff's claim for accidental death and dismemberment benefits.

**SIGNED** this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE