**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| TIMOTHY SEWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 2:23-cv-00317 |
| THE LINCOLN NATIONAL LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION TO EXTEND CROSS-MOTION DEADLINE**

On this day, came on to be considered Defendant's Motion to Extend Cross-Motion Deadline. Upon reviewing the Motion, and Plaintiff's Response to the Motion, the Court finds that the Motion should be granted and this Order entered. It is therefore,

**ORDERED** that the Defendant's Motion to Extend Cross-Motion Deadline is hereby **GRANTED**. It is, therefore, also

**ORDERED** that the Cross-Motion deadline in the above-styled action is extended to August 13, 2024. It is further,

**ORDERED** that the Parties shall file a Status Report in this action on or before August 13, 2024, concerning the status of the re-review of Plaintiff's claim for accidental death and dismemberment benefits.

SIGNED this _16_ day of _May_, 2024.

Jason B. Libby
**United States Magistrate Judge**