UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TIMOTHY SEWELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00317 |
| | § | |
| THE LINCOLN NATIONAL LIFE | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR RECONSIDERATION AND ORDER VACATING ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION

The undersigned granted Defendant's Motion for Extension (D.E. 11) without considering Plaintiff's response. (D.E. 12). Plaintiff should be heard on this matter. The order (D.E. 12) granting Defendant's Motion for Extension is **VACATED**. Plaintiff's Motion For Reconsideration is **GRANTED in part**. The undersigned will reconsider Defendant's Motion for Extension (D.E. 11) and construes Plaintiff's Motion For Reconsideration as Plaintiff's Response. Any reply by Defendant shall be filed no later than 5:00 p.m. **Friday, May 17, 2024**. Any sur-reply by Plaintiff shall be filed no later than 5:00 p.m. **Monday, May 20, 2024**.

Counsel are **ORDERED** to have meaningful conference on the pending motion and work toward reaching an agreement. A hearing on the motion will be set before the undersigned.

1 / 2

ORDERED on May 16, 2024.

Jason B. Libby
United States Magistrate Judge