**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| TIMOTHY SEWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 2:23-cv-00317 |
| THE LINCOLN NATIONAL LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO EXTEND DEADLINES TO SUPPLEMENT THE**
**ADMINISTRATIVE RECORD AND TO FILE CROSS-MOTIONS FOR JUDGMENT**

Plaintiff Timothy Sewell and Defendant The Lincoln National Life Insurance Company ("Lincoln") file this Joint Motion to Extend Deadlines to Supplement the Administrative Record and to File Cross-Motions for Judgment and show the Court as follows:

1.      On March 6, 2024, the Court entered a Rule 16 Scheduling Order for ERISA Benefits Case to Be Determined on Administrative Record (Doc. 9).  And on May 21, 2024, the Court entered an Order (Doc 17) extending deadlines as follows:

    a.  On or before **June 10, 2024**, Defendant shall re-file into the record a pleading titled "Defendant's Amended Response to ERISA Case Order," attaching a copy of the applicable insurance policy and complete Administrative Record.

    b.  On or before **July 10, 2024**, all parties shall file Cross-Motions for Judgment on Administrative Record with accompanying Memoranda.

    c.  On or before **August 12, 2024**, all parties shall file Cross-Memoranda in Opposition to opposing parties' motions.

d. On or before **August 26, 2024**, all parties shall file any Cross-Reply Memoranda, at which time the case is deemed submitted for judgment.

2. As the Court is aware, Lincoln was conducting an additional review of Plaintiff's claim in order to consider a medical report that was submitted by Plaintiff to Lincoln after Lincoln's final appeal decision. Lincoln has now provided Plaintiff's counsel with a copy of the medical review that was conducted and Plaintiff has requested an extension to July 6, 2024, to respond to Lincoln regarding the medical review. Lincoln has granted Plaintiff's request for an extension to July 6, 2024, which will exceed the current June 10, 2024, deadline for Lincoln to file a complete copy of the complete administrative record with its Amended Response to ERISA Case Order. As such, the Parties request an additional extension of the administrative record supplementation and briefing deadlines in order to accommodate Plaintiff's request for an extension and to allow for Lincoln to consider Plaintiff's response and issue a final determination on Plaintiff's claim.

3. Accordingly, the Parties request that the Court extend the deadlines as follows:

a. On or before **August 8, 2024**, Defendant shall re-file into the record a pleading titled "Defendant's Amended Response to ERISA Case Order," attaching a copy of the applicable insurance policy and complete Administrative Record.

b. On or before **September 9, 2024**, all parties shall file Cross-Motions for Judgment on Administrative Record with accompanying Memoranda.

c. On or before **October 9, 2024**, all parties shall file Cross-Memoranda in Opposition to opposing parties' motions.

d. On or before **October 23, 2024**, all parties shall file any Cross-Reply Memoranda, at which time the case is deemed submitted for judgment.

4. This Joint Motion is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, the Parties request that the Court enter an order extending the June 10, 2024, deadline to supplement the administrative record to August 8, 2024, and extending the Cross-Motion deadline to September 9, 2024.

Dated this 10th day of June 2024.

Respectfully submitted,

By:    /s/ Iwana Rademaekers
      Iwana Rademaekers, Attorney in Charge
      State Bar of Texas No. 16452560
      S.D. of Texas No. 22781
      LAW OFFICES OF IWANA
      RADEMAEKERS, P.C.
      17304 Preston Road, Suite 800
      Dallas, Texas 75252
      Main: (214) 579-9319
      Fax: (469) 444-6456
      Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT THE
LINCOLN NATIONAL LIFE INSURANCE
COMPANY

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. I further certify that a copy of the foregoing pleading was served via electronic mail on the following counsel of record:

J. PRICE McNAMARA
Email: price@jpricemcnamara.com

  June 10, 2024                         /s/ Iwana Rademaekers
Date                                     Iwana Rademaekers