**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

TIMOTHY SEWELL, )
)
Plaintiff, )
)
vs. )
) Case No. 2:23-cv-00317
THE LINCOLN NATIONAL LIFE )
INSURANCE COMPANY, )
)
Defendant. )

### ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES TO SUPPLEMENT THE ADMINISTRATIVE RECORD AND TO FILE CROSS-MOTIONS FOR JUDGMENT

On this day, came on to be considered the Parties' Joint Motion to Extend Deadlines to Supplement the Administrative Record and to File Cross-Motions for Judgment. Upon reviewing the Motion, the Court finds that the Motion should be granted and this Order entered. It is therefore,

**ORDERED** that the Parties Joint Motion to Extend Deadlines to Supplement the Administrative Record and to File Cross-Motions for Judgment is hereby **GRANTED**. It is, therefore, also

**ORDERED** that the deadlines in the above-styled action are extended as follows:

a. On or before **August 8, 2024**, Defendant shall re-file into the record a pleading titled "Defendant's Amended Response to ERISA Case Order," attaching a copy of the applicable insurance policy and complete Administrative Record.

b. On or before **September 9, 2024**, all parties shall file Cross-Motions for Judgment on Administrative Record with accompanying Memoranda.

c. On or before **October 9, 2024**, all parties shall file Cross-Memoranda in Opposition to opposing parties' motions.

d.  On or before **October 23, 2024**, all parties shall file any Cross-Reply Memoranda, at which time the case is deemed submitted for judgment.

**SIGNED** this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE