UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TIMOTHY SEWELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00317 |
| | § | |
| THE LINCOLN NATIONAL LIFE | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pending is the parties' Joint Motion to Extend Deadlines. (D.E. 18). The Motion is **GRANTED**. It is therefore **ORDERED** as follows:

On or before **August 8, 2024**, Defendant shall re-file into the record a pleading titled "Defendant's Amended Response to ERISA Case Order," attaching a copy of the applicable insurance policy and complete Administrative Record.

On or before **September 9, 2024**, all parties shall file Cross-Motions for Judgment on the Administrative Record with accompanying Memoranda.

On or before **October 9, 2024**, all parties shall file Cross-Memoranda in Opposition to opposing parties' Motions.

On or before **October 23, 2024**, all parties shall file Cross-Reply Memoranda, at which time the case is deemed submitted for judgment.

ORDERED on June 12, 2024.

Jason B. Libby
United States Magistrate Judge