**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | |
|---|---|
| **TIMOTHY SEWELL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | **Case No. 2:23-cv-00317** |
| **THE LINCOLN NATIONAL LIFE** ) | |
| **INSURANCE COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

### <u>DEFENDANT'S AMENDED RESPONSE TO ERISA CASE ORDER</u>

Defendant The Lincoln National Life Insurance Company files this Amended Response to ERISA Case Order (Dkt 9), pursuant to the Order (Dkt 20) entered by the Court on June 12, 2024, and states as follows:

(A)     The following exhibits filed herewith constitute a copy of the applicable insurance policy and complete Administrative Record:

1)    Group Disability Income Policy (Lincoln/Sewell 001-043);

2)    Appeal Decision Letter Dated September 27, 2023 (Lincoln/Sewell 093-103);

3)    Administrative Record (Lincoln/Sewell 044-092 and 104-712); and

4)    Administrative Record Supplementation (Lincoln/Sewell 713-839).

(B)     ERISA preempts all state law claims related to the employee benefit plan and policy at issue in the above-styled action.

(C)     The relevant plan documents contain sufficient language to vest the administrator with discretionary authority to determine eligibility for benefits and/or construe and interpret the terms of the plan.

SUBMITTED this 8th day of August 2024.

Respectfully submitted,

By: ___/s/ Iwana Rademaekers_____
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA
RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. I further certify that a copy of the foregoing pleading was served via electronic mail on the following counsel of record:

J. PRICE McNAMARA
Email: price@jpricemcnamara.com

___August 8, 2024_____                    ___/s/ Iwana Rademaekers_____
Date                                        Iwana Rademaekers