**Life Waiver Detail**

| Find | Clear | Save | New | Delete | Last Modified | Print | Help | Reopen Life Waiver |
|------|-------|------|-----|--------|---------------|-------|------|--------------------|

Add Vendor Pmt   Check   Correspond   Life Account Info   Linked Prov   Note   Tasks   Vendor Pmt

**Employee**

First Name TIMOTHY   MI A

Last Name SEWELL

SSN _____   DOB _____

**Customer**

Name MCLARENS, LLC

Sub Name _____

Loc Name DALLAS PROFESSIONALS

---

Life Claim Number 12885926   Waiver Number 1   Life Claim Sub 0000   Life Claim Loc 01602000   Submissic

**Employee Information**

Class Code 1   Census Validation [ ▾ ]

* Takeover Indicator No ▾   Annual Earnings $ 131799.48

**Waiver Information**

Date Input 06/01/2022   Date Acknowledgement Letter Sent 06/07/2022   Received Date 06/01/

* Type Waiver of Premium ▾   * Status Approved ▾   * Determination Date 06/30/

Close Date _____   Status Reason [ ▾ ]

Reopen Date _____   Reopen Reason [ ▾ ]

Liberty LTD ☑   Disablty Claims Office Dover ▾

Maintenance Indicator ☑   * Benefit Reduction Schedule 31 ▾   * Waiver EP 6 ▾

**Disability Information**

* Date of Disability 08/26/2021   * Date Disability Reported 05/31/2022   Date Last Worked 08/25/2021

**Diagnosis Information**

| | Description |
|---|---|
| * Code (1) S12.9 | Fracture of neck, unspecified |
| Code (2) G82.50 | Quadriplegia, unspecified |

**Coverage & Reserve Amounts**

Basic Coverage Amount $ 264000.00   Optional Coverage Amount $ 100000.00

* Basic Reserve Amount $ 264000.00   * Optional Reserve Amount $ 100000.00

**Case Manager**

* Assign To: BERARD   LUCILLE

**Lincoln/Sewell 044**

EXHIBIT

3, part 1

## Note Report

| Report | Clear | Print | Help |
|---|---|---|---|

AS Accom | AS Event | Add Note | Appeal | Claim | Coord Claim Note | Correspond | Doc List | Employee | Leave | Life Claim | Lve Addtl Info

Lve Correspondence | Lve Program | Lve Work Sched | Medical | Medical History | Note | SPELL Letters | Scheduled Pmt | Task Print | Task Rpt

Tasks

**Claim**

\* **Claim/Event/Leave Number** 12885926     **Accommodation Number** [ ]

**Note type:** [ ]

**Primary Sort Order**
- Note Type
- Note Number
- ● Note Date/Time
- Accm. No.

Sec
●

---

**11/28/2023 8:18 AM - CLAIM Note 8**
Claim/Event/Leave: 12885926
NoteSubject : LTR to EE
Other Subject : ANNUAL
Text: [11/28/2023 - BERARD, LUCILLE]MAILED ANNUAL WOP APPROVAL LETTER.

**11/22/2023 2:47 PM - LIFE Note 62**
Claim/Event/Leave: 12885926
NoteSubject : Appeal
Other Subject : RQST FOR ADDTL RVW
Text: [11/22/2023 - VALLIERE, TAWNYA]RECEIVED ADDTL REQUEST FOR RECONSIDERATION DATED 11/17/23 RELATED TO DENIAL OF AD&D BENEFITS FROM ATTY J. PRICE MCNAMARA***RESPONSE SENT TO ATTY ADVISING ERISA REVIEW HAS BEEN EXHAUSTED. AD&D CLAIM WILL REMAIN CLOSED WITH NO FURTHER ACTION TAKEN BY LFG.

**10/16/2023 11:53 AM - CLAIM Note 7**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : FILE COPY
Text: [10/16/2023 - KEEFER, DAWN]COMPLETE FILE COPY REQUEST HAS BEEN COMPLETED AND SENT VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED SUPPORT@JPRICEMCNAMARA.COM

**09/26/2023 1:45 PM - CLAIM Note 6**
Claim/Event/Leave: 12885926
NoteSubject : Appeal
Other Subject : MANAGER REVIEW
Text: [09/26/2023 - SCHAAPVELD, MATHEW]REVIEWED UPHOLD RECOMMENDATION. AGREE WITH UPHOLD. PEER REVIEW FOUND THE CLAIMANT'S ALCOHOL LEVELS DID CONTRIBUTE TO THE CAUSE OF THE CLAIMANT'S INJURY.

**09/25/2023 3:47 PM - LIFE Note 61**
Claim/Event/Leave: 12885926
NoteSubject : Action Plan
Other Subject : CRS DECISION REVIEW
Text: [09/25/2023 - VALLIERE, TAWNYA]RECOMMEND THE DENIAL OF ACCIDENTAL DISMEMBERMENT BENS BE MAINTAINED. CLMT IS A 59 YOM PREVIOUSLY EMPLOYED AS A NATIONAL GENERAL ADJUSTER FOR MCLARENS LLC. ON 08/28/21, CLMT SUSTAINED A TRAUMATIC SPINAL CORD INJURY RESULTING IN QUADRIPLEGIA WHEN HE REPORTEDLY DOVE INTO SHALLOW WATER FROM A BOAT. BLOOD FROM THE CLMT WAS TESTED ON THE DAY OF ADMISSION TO CORPUS CHRISTI MEDICAL CENTER AND REVEALED SERUM ALCOHOL CONCENTRATION OF 222 MG/DL. CP REVIEW ON APPEAL NOTEDTHAT BLOOD ALCOHOL CONCENTRATIONS GREATER THAN 0.05% CAUSE A STATE OF INCREASED EUPHORIA, EXAGGERATED BEHAVIOR; REDUCED COORDINATION, DIFFICULTY STEERING, REDUCED ABILITY TO TRACK MOVING OBJECTS AND REDUCED RESPONSE TO EMERGENCY DRIVING SITUATIONS. BLOOD ALCOHOL CONCENTRATIONS GREATER THAN 0.08% IMPAIR MUSCLE COORDINATION (BALANCE, SPEECH, VISION, REACTION TIME, AND HEARING), DETECTION OF DANGER, JUDGMENT, SELF-CONTROL, REASONING, MEMORY, CONCENTRATION, PERCEPTION, AND REDUCE INFORMATION PROCESSING CAPABILITY. BLOOD ALCOHOL CONCENTRATIONS ABOVE 0.10% IMPAIR REACTION TIME AND CONTROL. BLOOD ALCOHOL CONCENTRATIONS ABOVE 0.16% CAUSE MAJOR LOSS OF BALANCE, COORDINATION, REACTION TIME, ATTENTION TO TASK AND IMPAIRMENT IN VISUAL AND AUDITORY INFORMATION PROCESSING. CLINICAL REVIEW ON APPEAL CONCLUDED THE PRESENCE OF ALCOHOL IN THE CLMT S BLOOD CAUSED OR CONTRIBUTED TO THE ACCIDENT WHICH RESULTED IN HIS CERVICAL SPINE INJURY BECAUSE IT AFFECTED HIS JUDGMENT REGARDING SAFETY AND THE DANGERS OFDIVING INTO WATER OF UNCERTAIN DEPTH. THE POLICY EXCLUDES BENEFITS FOR ANY LOSS THAT IS CONTRIBUTED TO OR CAUSED BY THE PRESENCE OF ALCOHOL IN THE COVERED PERSON'S BLOOD WHICH RAISES A PRESUMPTION THAT THE COVERED PERSON WAS UNDER THE INFLUENCE OFALCOHOL AND CONTRIBUTED TO THE CAUSE OF THE ACCIDENT. THEREFORE, RECOMMEND OF THE DENIAL OF ACCIDENTAL DISMEMBERMENT BENEFITS BE UPHELD.

**08/30/2023 2:52 PM - LIFE Note 60**
Claim/Event/Leave: 12885926
NoteSubject : Appeal
Other Subject : STATUS
Text: [08/30/2023 - VALLIERE, TAWNYA]REFERRAL MADE FOR CP ADDENDUM REVIEW FOLLOWING RECEIPT OF ADDTL INFO
FROM ATTY

**08/30/2023 2:51 PM - LIFE Note 59**
Claim/Event/Leave: 12885926
NoteSubject : Appeal
Other Subject : RECORDS RECD
Text: [08/30/2023 - VALLIERE, TAWNYA]APPEAL ENCLOSURES 001-269 RECEIVED FROM ATTY J. PRICE MCNAMARA AND
ADDED TO DOC LIST

**08/23/2023 3:51 PM - PHONE Note 2**
Claim/Event/Leave: 12885926
NoteSubject : Called Other
Other Subject : MISSING INFO
Text: [08/23/2023 - VALLIERE, TAWNYA]T/C TO ATTY OFFICE AT 225-201-8311. S/W SARA AND ADVISED WE WERE NOT ABLE
TO ACCESS THE LINK PREVIOUSLY SENT TO THIS OFFICE WHICH INCLUDED ENCLOSURES 001-269 BEFORE THE LINK
EXPIRED. WE HAD PREVIOUSLY REQUESTED THE LINK BE RESENT, BUT HAVE NOT RECEIVED IT YET. SARA AGREED TO
RESEND LINK TO CRS AT TAWNYA.VALLIERE@LFG.COM

**08/23/2023 3:49 PM - CLAIM Note 5**
Claim/Event/Leave: 12885926
NoteSubject : Appeal
Other Subject : ADDTL INFO RECD
Text: [08/23/2023 - VALLIERE, TAWNYA]REC'D STATEMENT OF CHRIS BOSWELL AND PAUL BOSWELL FROM ATTY J. PRICE
MCNAMARA. FAX FROM ATTY DATED 08/21/23 INDICATES THIS CONCLUDES THEIR SUBMISSION FOR THE APPEAL.

**08/04/2023 8:25 AM - LIFE Note 58**
Claim/Event/Leave: 12885926
NoteSubject : Appeal
Other Subject : STATUS
Text: [08/04/2023 - VALLIERE, TAWNYA]RTR EXTENDED THROUGH 08/18/23 PER ATTY REQUEST. ATTY HAS SUBMITTED
AFFIDAVIT FROM T. SEWELL, T. WEAVER, AND J. FENN, HOWEVER, ADVISED ADDTL INFO IS FORTHCOMING. CRS ALSO
REQUESTED ATTY RESUBMIT LINK THAT WAS SENT TO THIS OFFICE ON 07/21/23 AS LINK EXPIRED.

**07/19/2023 11:17 AM - LIFE Note 57**
Claim/Event/Leave: 12885926
NoteSubject : LTR to Other
Other Subject : MISSING INFO
Text: [07/19/2023 - VALLIERE, TAWNYA]PER REVIEW OF CORRESPONDENCE FROM ATTY DATED 07/17/23, WE ARE MISSING
PGS 30-269 OF APPEAL ENCLOSURE. REQUESTED THAT THIS INFORMATION BE RESUBMITTED BY EITHER FAX OR EMAIL
TO 603-334-0401 OR LIFECLAIMDOCS@LFG.COM

**07/14/2023 4:04 PM - LIFE Note 56**
Claim/Event/Leave: 12885926
NoteSubject : Appeal
Other Subject : STATUS
Text: [07/14/2023 - VALLIERE, TAWNYA]COPY OF CLINICAL REVIEW SENT TO ATTY FOR REVIEW/RESPONSE WITHIN 21 DAYS,
BY 08/04/23.

**05/25/2023 1:08 PM - LIFE Note 55**
Claim/Event/Leave: 12885926
NoteSubject : Appeal
Other Subject : STATUS
Text: [05/25/2023 - VALLIERE, TAWNYA]INITIAL REVIEW OF THE FILE IS COMPLETE. DETERMINATION FOR PHYSICIAN LEVEL
REVIEW; REFERRAL IN PROCESS.

**05/22/2023 8:27 AM - LIFE Note 54**
Claim/Event/Leave: 12885926
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [05/22/2023 - AVERILL, REBECCA]ASSIGNED TO TAWNYA VALLIERE

**05/19/2023 11:29 AM - LIFE Note 53**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : APPEAL
Text: [05/19/2023 - STRUM, DANIEL]THIS APPEAL IS FOR THE DISMEMBERMENT PORTION OF THE CLAIM. THE DENIAL
LETTER THAT WAS SENT REFERENCES THE WOP BUT CORRESPONDENCE PICKED THAT UP AS THERE WAS A WOP CLAIM
CREATED FIRST SO DEFAULTED TO THAT. THIS IS FOR THEDISMEMBERMENT

**Lincoln/Sewell 046**

**05/19/2023 10:14 AM - LIFE Note 52**
Claim/Event/Leave: 12885926
NoteSubject : Appeal
Other Subject : APPEAL
Text: [05/19/2023 - STRUM, DANIEL]SENT APPEAL TO APPEALS DEPT

**05/05/2023 9:04 AM - LIFE Note 51**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : POLICY
Text: [05/05/2023 - STRUM, DANIEL]SENT COPY OF THE POLICY TO THE ATTY

**04/19/2023 7:27 AM - LIFE Note 50**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : FILE COPY
Text: [04/19/2023 - NILES, CATHY]REQUEST TO SEND A COPY OF SEND ALL DOCS WITH DOCUMENT DATE OF 4/18/23 ONLY
HAS BEEN COMPLETED. SENT TO EMAIL SUPPORT@JPRICEMCNAMARA.COM THRU ONEDRIVE.

**04/18/2023 8:08 AM - LIFE Note 49**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : REQUEST
Text: [04/18/2023 - PUNSKA, MELISSA]SENT REQUEST TO CLAIMSHOADMIN TO SEND MEDICAL RECORDS TO
REPRESENTING ATTNY

**04/18/2023 7:59 AM - LIFE Note 48**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : MED RECORDS
Text: [04/18/2023 - PUNSKA, MELISSA]ATTNY REQUESTED MEDICAL RECORDS - DISCUSSED WITH DISABILITY MANAGER -
PULLED RECORDS ADDED TO LIFE FILE AND REQUESTED RECORDS BE SENT TO REPRESENTING ATTNY

**04/10/2023 4:01 PM - LIFE Note 47**
Claim/Event/Leave: 12885926
NoteSubject : Reopen
Other Subject : REOPEN
Text: [04/10/2023 - STRUM, DANIEL]REOPENED CLAIM DUE TO QA HITS WHERE HAD TO UPDATED WOP INDICATOR AND LDW

**04/06/2023 9:29 AM - LIFE Note 46**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : LTR FROM ATTY
Text: [04/06/2023 - WATSON, MATTHEW]DUPLICATE 3/27/23 LTR RCVD FROM ATTY MCNAMARA REQUESTING ADDITIONAL
SIXTY DAYS FOR DOCUMENT SUBMISSION. DCM FORWARDED TO ASSIGNED LIFE SPEC FOR DISMEMBERMENT DENIAL.

**03/31/2023 2:59 PM - LIFE Note 45**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [03/31/2023 - BURNS, KIMBERLY]RETURNED LTD FILE REQUEST TO LIFE UNIT FOR PROCESSING.

**03/31/2023 10:45 AM - LIFE Note 44**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : FILE REQUEST
Text: [03/31/2023 - STRUM, DANIEL]SENT FILE REQUEST TO LTD AS MED RECORDS FROM THAT FILE WERE USED TO MAKE
DETERMINATION ON DISMEMBERMENT CLAIM

**03/30/2023 3:13 PM - LIFE Note 43**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : ATTY LETTER
Text: [03/30/2023 - WATSON, MATTHEW]ATTY REQUEST FOR AN ADDITIONAL 60 DAYS FOR MARCH 28, 2023 DEALINE RCVD,
DATED 3/27/2023. DCM FORWARDED TO ASSIGNED LIFE ASSOC REP VIA EDM.

**03/30/2023 3:06 PM - LIFE Note 42**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : LTR FROM ATTY
Text: [03/30/2023 - WATSON, MATTHEW]ATTY LETTER RCVD DATED 3/24/2023 REQUESTING COPY OF COMPLETE
INSURANCE POLICY AND CERTIFICATE. DCM FORWARDED TO ASSIGNED LIFE REP VIA EDM.

**03/06/2023 12:23 PM - CLAIM Note 4**
Claim/Event/Leave: 12885926

Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : FILE COPY
Text: [03/06/2023 - KEEFER, DAWN]FILE COPY RESENT VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED
MAILTO:SUPPORT@JPRICEMCNAMARA.COM

**03/06/2023 11:03 AM - LIFE Note 41**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : CLAIM FILE
Text: [03/06/2023 - STRUM, DANIEL]REQUESTED THE CLAIM FILE BE RESENT AS WOULD NOT OPEN PREVIOUSLY DUE TO
INCORRECT PASSWORD

**02/28/2023 3:41 PM - LIFE Note 40**
Claim/Event/Leave: 12885926
NoteSubject : Phone Call
Other Subject : VM
Text: [02/28/2023 - STRUM, DANIEL]CALLED ERIKA BACK AT THE LAW OFFICE AND PROVIDED HER WITH THE PW FOR THE
FILE:              - LOWER CASE I

**02/27/2023 4:32 PM - CLAIM Note 3**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : FILE COPY
Text: [02/27/2023 - KEEFER, DAWN]COMPLETE FILE COPY REQUEST HAS BEEN COMPLETED AND SENT VIA ONE DRIVE TO
THE EMAIL ADDRESS PROVIDED SUPPORT@JPRICEMCNAMARA.COM

**02/27/2023 8:05 AM - LIFE Note 39**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : FILE REQUEST
Text: [02/27/2023 - STRUM, DANIEL]REQUESTED CLAIM BE SENT TO ATTY OFFICE VIA EMAIL

**02/17/2023 10:34 AM - LIFE Note 38**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : COPY OF FILE
Text: [02/17/2023 - STRUM, DANIEL]REC'D COPY OF THE FILE NEED A LETTER OF AUTH TO RELEASE THE FILE TO THE
ATTORNEY

**01/26/2023 2:07 PM - LIFE Note 37**
Claim/Event/Leave: 12885926
NoteSubject : Phone Call
Other Subject : PCM
Text: [01/26/2023 - STRUM, DANIEL]CALLED GAYE 972-658-8777 ADVISED THAT DUE TO THE EXCLUSIONS WE HAD SENT OUT
A DENIAL LETTER REFERENCING THE ALCOHOL EXCLUSION

**01/26/2023 1:55 PM - LIFE Note 36**
Claim/Event/Leave: 12885926
NoteSubject : Denied
Other Subject : DENIED
Text: [01/26/2023 - STRUM, DANIEL]SENT DENIAL LETTER TO INSURED DUE TO ALCOHOL EXCLUSION - SENT EMAIL TO ER
AS WELL

**01/10/2023 2:21 PM - LIFE Note 35**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : STATUS
Text: [01/10/2023 - STRUM, DANIEL]SENT CLAIM FOR A CP REVIEW FOR DISMEMBERMENT - LTD HAS MEDICAL RECORDS
12021334

**01/04/2023 1:21 PM - LIFE Note 34**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : 60 DY
Text: [01/04/2023 - STRUM, DANIEL]SENT 60 DY FU EM TO GAYE FOR TOX RPT

**12/02/2022 12:04 PM - LIFE Note 33**
Claim/Event/Leave: 12885926
NoteSubject : Phone Call
Other Subject : GAYE
Text: [12/02/2022 - STRUM, DANIEL]SPOKE TO GAYE SHE IS GOING TO TRY TO TRACK DOWN TOX RPT OR LAB RESULTS
FROM WHEN HE WAS ADMITTED TO THE HOSPITAL IN CORPUS CHRISTI BEFORE BEING TRANSPORTED TO ATLANTA
SHEPHERDS CENTER ON VENTILATOR W TRACH

**Lincoln/Sewell 048**

**11/18/2022 12:22 PM - LIFE Note 32**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : POA
Text: [11/18/2022 - PUNSKA, MELISSA]REC POA TIMOTHY SEWELL NAMES GAYE SEWELL FOR ALL POWERS INCLUDING
BANKING/FINANCES AND INSURANCE

**11/18/2022 12:16 PM - LIFE Note 31**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : NO INCIDENT RPT
Text: [11/18/2022 - PUNSKA, MELISSA]REC EMAIL FROM TEXAS PARKS & WILDLIFE RECORDS DEPARTMENT
<TPWDTEXAS@GOVQA.US> EMAIL CONFIRMS NO INCIDENT REPORT

**11/17/2022 10:59 AM - LIFE Note 30**
Claim/Event/Leave: 12885926
NoteSubject : Phone Call
Other Subject : GAYE
Text: [11/17/2022 - STRUM, DANIEL]SPOKE TO GAYE SHE IS GOING TO BE SENDING IN EMAIL FROM TEXAS WILDLIFE -
THERE IS NO ACC RPT - SENDING OTHER DOCS IN WELL

**11/02/2022 12:30 PM - LIFE Note 29**
Claim/Event/Leave: 12885926
NoteSubject : Phone Call
Other Subject : PCM
Text: [11/02/2022 - STRUM, DANIEL]SPOKE TO GAYE 972-658-8777 REV'D THE CLAIM ASKED THAT I SEND HER THE LBSP BY
EM AS SHE IS THE POA: GAYE.SEWELL@ICLOUD.COM

**11/02/2022 12:20 PM - LIFE Note 28**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : PREMS LDW SAL
Text: [11/02/2022 - STRUM, DANIEL]REC'D EM THAT STATES PREMS ARE PAID CURRENT --- LDW WAS 8/25/21 --- AND SAL IS
$131,799.46 WHICH IS WHAT WAS REPORTED AND USED IN THE ADJ ---- OK TO PROCEED

**10/26/2022 4:52 PM - LIFE Note 27**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : STATUS
Text: [10/26/2022 - STRUM, DANIEL]SENT EM TO ER FOR PREMS? SAL? LDW?

**10/26/2022 4:46 PM - LIFE Note 26**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : LOA
Text: [10/26/2022 - STRUM, DANIEL]LEAVE OF ABSENCE DUE TO DISABILITY THE SPONSOR MAY CONTINUE THE COVERED
EMPLOYEE'S COVERAGE(S) BY PAYING THE REQUIRED PREMIUMS, IF THE COVERED EMPLOYEE IS GRANTED AN
APPROVED LEAVE OF ABSENCE DUE TO A DISABILITY. THE COVERED EMPLOYEE'S COVERAGE(S) WILL NOT CONTINUE
BEYOND A PERIOD OF 12 MONTHS. IN CONTINUING SUCH COVERAGE(S) UNDER THIS PROVISION, THE SPONSOR AGREES
TO TREAT ALL COVERED EMPLOYEES EQUALLY - EE ON AN APPROVED LTD CLAIM WITH LFG 12021334 --- NEED TO
CONFIRM PREMS, SALARY, AND LDW

**10/26/2022 4:40 PM - LIFE Note 25**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : AOI
Text: [10/26/2022 - STRUM, DANIEL]QUADRIPLEGIA MEANS THE TOTAL AND PERMANENT PARALYSIS OF BOTH UPPER AND
LOWER LIMBS --- QUADRIPLEGIA FULL AMOUNT

**10/26/2022 4:39 PM - LIFE Note 24**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : ACCIDENT
Text: [10/26/2022 - STRUM, DANIEL]THE EMPLOYEE DOVE OFF OF A BOAT IN TO WATER AND HIT HIS HEAD ON A ROCK
BREAKING HIS C3 AND C4 - RESULTING IN LOSS OF FEELING FROM HIS UPPER ARMS DOWN.

**10/26/2022 4:38 PM - LIFE Note 23**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : ADJ
Text: [10/26/2022 - STRUM, DANIEL]DISMEMBERMENT ***PROD EFF. DATE: 1/1/21 ***EAP YES ***SITUS STATE: GA ***DOH:
6/17/19 ***LDW: 7/31/21 ***DATE OF ACCIDENT: 8/30/21 ***CLASS 1: ALL FULL-TIME, EXEMPT EMPLOYEES ***ELIGIBILITY MET
***NONCONTRIB BASIC AD&D / CONTRIB OPTIONAL AD&D ***AOI: EMPLOYEE BASIC ACCIDENTAL DEATH AND
DISMEMBERMENT INSURANCE: AN AMOUNT EQUAL TO 2 TIMES ANNUAL EARNINGS. IF NOT A MULTIPLE OF $1,000.00, THIS

AMOUNT WILL BE ROUNDED TO THE NEXT HIGHER MULTIPLE OF $1,000.00. THIS AMOUNT MAY NOT EXCEED $400,000.00. THE MINIMUM AMOUNT IS $10,000.00 - $131,799.46 * 2 = $263,598.92 ROUNDED TO $264,000 --- EMPLOYEE OPTIONAL ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE: AN AMOUNT IN INCREMENTS OF $10,000.00. THIS AMOUNT MAY NOT EXCEED THE LESSER OF 7 TIMES ANNUAL EARNINGS OR $500,000.0 - $500,000 ***REDUCTIONS: N/A DUE TO AGE ***EOI: REC'D PROOF OF OPT AD&D COV EFF THE DATE OF EFF DATE FOR ER IN THE AMT OF $500K

**10/24/2022 7:59 AM - LIFE Note 22**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : 7 DAY F/U
Text: [10/24/2022 - CONSTANTINO, ASHLEY]LBSP SENT?

**10/24/2022 7:59 AM - LIFE Note 21**
Claim/Event/Leave: 12885926
NoteSubject : Initial Entry
Other Subject :
Text: [10/24/2022 - CONSTANTINO, ASHLEY]RTMUS CHECKED- NO HITS

**10/20/2022 2:43 PM - LIFE Note 20**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : NOTICE TO LCE
Text: [10/20/2022 - BURNS, KIMBERLY]LCE ADVISED INFO SUBMITTED IS FOR PTD AND A NEW CLAIM FOR AD&D IS NEEDED. LCE IS REACHING OUT TO EMPLOYER FOR THE CORRECT DOCUMENTATION TO BE SUBMITTED. REQUESTED LCE REACH OUT TO EMPLOYEE HOWEVER THEY ADVISED INFO IS NEEDED FROM EMPLOYER BEFORE THEY CAN FOLLOW UP WITH EMPLOYEE.

**10/13/2022 2:40 PM - PHONE Note 1**
Claim/Event/Leave: 12885926
NoteSubject : Other Called
Other Subject : SPOUSE (TPA)
Text: [10/13/2022 - ADAMS, MICHELLE]SPOUSE CALLED IN REGARDS TO CK THE STATUS OF CLAIM # 12885926. THE ER SENT IN A CLAIM FOR AD&D FOR HER HUSBAND WHO IS A QUADRIPLEGIC. I HAVE SET A TASK TO HAVE THE CE GIVE THEM A CALL, TO GO OVER THE CLAIM.

**10/06/2022 9:43 AM - LIFE Note 19**
Claim/Event/Leave: 12885926
NoteSubject : VOID
Other Subject : PTD
Text: [10/06/2022 - LAPIANA, LORI]ER REQUESTED PTD HOWEVER THIS BENEFIT DOES NOT EXIST IN LIFE WAIVER CONTRACT.

**10/06/2022 9:22 AM - LIFE Note 18**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : 7 DAY F/U
Text: [10/06/2022 - CONSTANTINO, ASHLEY]CLAIM REVIEWED?

**10/06/2022 9:22 AM - LIFE Note 17**
Claim/Event/Leave: 12885926
NoteSubject : Initial Entry
Other Subject :
Text: [10/06/2022 - CONSTANTINO, ASHLEY]RTMUS CHECKED- NO HITS

**10/06/2022 9:19 AM - LIFE Note 16**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : CHANGED SUB-LOC
Text: ASHLEY CONSTANTINO CHANGED THE SUBSIDIARY AND LOCATION FOR THIS CLAIM ON 10/06/2022, FROM 0000, 01602000, TO 0000, 01602000.

**09/02/2022 4:06 PM - LIFE Note 15**
Claim/Event/Leave: 12885926
NoteSubject : Phone Call
Other Subject : TPA CALLED AD&D ?
Text: [09/02/2022 - MCCONNELL, PAUL]SPOUSE TPA CALLED AND HAD QUESTIONS OVER AD&D CLAIM - THEY THOUGHT THAT WOP WAS FOR THAT AND NOW NEED TO LOOK INTO CLAIM FOR AD&D - TOLD THEM TO GET W/ ER WHO WILL HAVE FORMS TO FILE ADD&D CLAIM AND ONCE REC A BS FROM LIFE WILL REACH OUT TO THEM - IT IS OVER 12 MONTHS NOW - TOLD THEM TO DO AS SOON AS POSS AND THE BS WILL BE ABLE TO ANSWER AL THEIR QUESTIONS - THANKED ME FO RINFO -

**07/07/2022 9:52 AM - CLAIM Note 2**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : WOP REF PROCESSED

**Lincoln/Sewell 050**

Other Subject : WOP REF PROCESSED
Text: [07/07/2022 - LUGO, KRISTI]SEE LTD CLAIM 12021334.

**07/01/2022 8:03 AM - CLAIM Note 1**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : REASSIGNMENT
Text: [07/01/2022 - HOFFNER, FAYE]WOP CLAIM REASSIGNED TO KRISTI LUGO. PLEASE REFER TO THE LTD CLAIM12021334
FOR ALL FUTURE CORRESPONDENCE

**06/30/2022 6:17 PM - LIFE Note 14**
Claim/Event/Leave: 12885926
NoteSubject : Phone Call
Other Subject : FINAL DECISION
Text: [06/30/2022 - MCCONNELL, PAUL]MADE FINAL DECISION CALL TO CLMT - LEFT VM ON SPOUSE VM LET KNOW
APPROVED - LET KNOW SENDING OUT A LTR AND TO CALL ONCE REC IF ANY QUESTIONS -

**06/30/2022 6:15 PM - LIFE Note 13**
Claim/Event/Leave: 12885926
NoteSubject : Action Plan
Other Subject : PDMU REFER HANDLING
Text: [06/30/2022 - MCCONNELL, PAUL]UPDATED PATH: DO APPROVAL TDAO AND REFER TO PDMU FOR HANDLING LIKE LTD
DID (ACCEPTED) - OVER DOLLAR REV AS $264K BLI + $100K OLI COVERAGES SUPPORTS DIRECTION - ALL POLICY
PROVISIONS REVIEWED, AND KEY INDICATORS MET -LTD APPROVED W/ FU SET FOR 11/28/2022 FOR UPDATE (REFERRED
TO PDMU ALREADY) ************** EE IS A 57 YOM, NATIONAL GENERAL ADJUSTER, SEDENTARY OCC, W/ DX: FRACTURE OF
NECK, UNSPECIFIED AND QUADRIPLEGIA, UNSPECIFIED DX: QUADRIPLEGIA D/T BROKEN NECK ** WAS FISHING ON
8/28/2021 WHEN HE JUMPED OFF OF A BOAT INTO SHALLOW WATER ** WAS ON A VENTILATOR AND TRANSFERRED TO
INPATIENT REHAB CENTER (SHEPERD CENTER) - ERMA FREEMAN IS SOCIAL WORKER AT SHEPERD CENTER ** AP
BOWMAN IS PMR PROVIDER AT SHEPHERD CENTER ** TOLERATED VENT WEAN ON 10/21/2021 AND WAS TRANSITIONED TO
CUFFLESS TRACH ON 10/27/2021 ** HAD TRACHEOSTOMY, PEG TUBE ** IS WHEELCHAIR DEPENDENT AND REQUIRED
INPATIENT CARE THROUGH 12/7/2021 D/C, INCLUDING PT, OT, SLP, AS CONFIRMED BY MEDICAL RECORDS ON FILE ***
BASED ON EE'S AGE, OCC, SEVERITY OF DIAGNOSIS WITH LESS THAN SEDENTARY CAPACITY REASONABLE SUPPORTED
ONGOING D/T NATURE OF CONDITION, RECOMMEND CLAIM BE REFERRED TO PDMU ***************

**06/30/2022 6:15 PM - LIFE Note 12**
Claim/Event/Leave: 12885926
NoteSubject : Approved
Other Subject : TDAO ELIM PERIOD
Text: [06/30/2022 - MCCONNELL, PAUL]UPDATED PATH: DO APPROVAL TDAO AND REFER TO PDMU FOR HANDLING LIKE LTD
DID (ACCEPTED) - OVER DOLLAR REV AS $264K BLI + $100K OLI COVERAGES SUPPORTS DIRECTION - ALL POLICY
PROVISIONS REVIEWED, AND KEY INDICATORS MET -LTD APPROVED W/ FU SET FOR 11/28/2022 FOR UPDATE (REFERRED
TO PDMU ALREADY) ************** EE IS A 57 YOM, NATIONAL GENERAL ADJUSTER, SEDENTARY OCC, W/ DX: FRACTURE OF
NECK, UNSPECIFIED AND QUADRIPLEGIA, UNSPECIFIED DX: QUADRIPLEGIA D/T BROKEN NECK ** WAS FISHING ON
8/28/2021 WHEN HE JUMPED OFF OF A BOAT INTO SHALLOW WATER ** WAS ON A VENTILATOR AND TRANSFERRED TO
INPATIENT REHAB CENTER (SHEPERD CENTER) - ERMA FREEMAN IS SOCIAL WORKER AT SHEPERD CENTER ** AP
BOWMAN IS PMR PROVIDER AT SHEPHERD CENTER ** TOLERATED VENT WEAN ON 10/21/2021 AND WAS TRANSITIONED TO
CUFFLESS TRACH ON 10/27/2021 ** HAD TRACHEOSTOMY, PEG TUBE ** IS WHEELCHAIR DEPENDENT AND REQUIRED
INPATIENT CARE THROUGH 12/7/2021 D/C, INCLUDING PT, OT, SLP, AS CONFIRMED BY MEDICAL RECORDS ON FILE ***
BASED ON EE'S AGE, OCC, SEVERITY OF DIAGNOSIS WITH LESS THAN SEDENTARY CAPACITY REASONABLE SUPPORTED
ONGOING D/T NATURE OF CONDITION, RECOMMEND CLAIM BE REFERRED TO PDMU ***************

**06/30/2022 10:47 AM - LIFE Note 11**
Claim/Event/Leave: 12885926
NoteSubject : Approved
Other Subject : TD ANY OCC WITH PDMU
Text: [06/30/2022 - LAPIANA, LORI]AGREE WITH APPROVAL OF LIFE WAIVER WITH AN IMMEDIATE TRANSFER TO PMDU AS
TOTAL DISABILITY FROM ANY OCC IS SUPPORTED INDEFINITELY. ALL POLICY PROVISIONS REVIEWED AND KEY
INDICATORS MET.

**06/27/2022 5:51 PM - LIFE Note 10**
Claim/Event/Leave: 12885926
NoteSubject : Ref to Management
Other Subject : OVER DOLLAR REV
Text: [06/27/2022 - MCCONNELL, PAUL]UPDATED PATH: DO APPROVAL TDAO AND REFER TO PDMU FOR HANDLING LIKE LTD
DID (ACCEPTED) - SEND FOR OVER DOLLAR REV AS $264K BLI + $100K OLI COVERAGES - ALL POLICY PROVISIONS
REVIEWED, AND KEY INDICATORS MET - LTD APPROVED W/ FU SET FOR 11/28/2022 FOR UPDATE (REFERRED TO PDMU
ALREADY) ************** EE IS A 57 YOM, NATIONAL GENERAL ADJUSTER, SEDENTARY OCC, W/ DX: FRACTURE OF NECK,
UNSPECIFIED AND QUADRIPLEGIA, UNSPECIFIED DX: QUADRIPLEGIA D/T BROKEN NECK ** WASFISHING ON 8/28/2021
WHEN HE JUMPED OFF OF A BOAT INTO SHALLOW WATER ** WAS ON A VENTILATOR AND TRANSFERRED TO INPATIENT
REHAB CENTER (SHEPERD CENTER) - ERMA FREEMAN IS SOCIAL WORKER AT SHEPERD CENTER ** AP BOWMAN IS PMR
PROVIDER AT SHEPHERD CENTER ** TOLERATED VENT WEAN ON 10/21/2021 AND WAS TRANSITIONED TO CUFFLESS
TRACH ON 10/27/2021 ** HAD TRACHEOSTOMY, PEG TUBE ** IS WHEELCHAIR DEPENDENT AND REQUIRED INPATIENT CARE
THROUGH 12/7/2021 D/C, INCLUDING PT, OT, SLP, AS CONFIRMED BY MEDICAL RECORDS ON FILE *** BASED ON EE'S AGE,
OCC, SEVERITY OF DIAGNOSIS WITH LESS THAN SEDENTARY CAPACITY REASONABLE SUPPORTED ONGOING D/T NATURE
OF CONDITION, RECOMMEND CLAIM BE REFERRED TO PDMU ***************

**06/27/2022 5:44 PM - LIFE Note 9**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : WAIVER PROVISION
Text: [06/27/2022 - MCCONNELL, PAUL]**EE WENT OOW PRIOR TO AGE 60 (57) YES - **6-MONTH EP HAS BEEN MET YES - **DOES AD&D AND/OR DEPENDENT COVERAGE CONTINUE? NO - **REDUCTION CODE: 31 TERMS AT AGE 65 OR RETIREMENT - **IS DEFINITION TD ANY OCC: YES**WERE THERE ANY PRIOR PROVISIONS TO REVIEW: YES -

**06/27/2022 5:44 PM - LIFE Note 8**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : ADJUDICATION
Text: [06/27/2022 - MCCONNELL, PAUL]**TYPE OF COVERAGE CONFIRMED ON TEMPLATE: BLI & OLI **IS LW APPLICABLE TO ALL EE COVERAGES: YES - **PRODUCT EFF DATE: JAN 1, 2021 - **ERISA (CONFIRMED IN S1): YES - **SITUS STATE: GA - **LDW: 8/25/2021 - **DOH: 7/20/2015 - **CLASS: CLASS 1: ALL FULL-TIME, EXEMPT EMPLOYEES **ELIGIBILITY MET (MHR & EWP): YES: FT 5 DAYS 8-HOUR DAYS - EWP: YES: NONE - **NON-CONTRIBUTORY BASIC LIFE AOI CALCULATION: AN AMOUNT EQUAL TO 2 TIMES ANNUAL EARNINGS. IF NOTA MULTIPLE OF $1,000.00, THIS AMOUNT WILL BE ROUNDED TO THE NEXT HIGHER MULTIPLE OF $1,000.00. THIS AMOUNT MAY NOT EXCEED $400,000.00. THE MINIMUM AMOUNT IS $10,000.00. SALARY $131799.48 X 2 = $263598.96 ($264K BLI) - **CONTRIBUTORY OPTIONAL LIFE AOI CALCULATION: AN AMOUNT IN INCREMENTS OF $10,000.00. THIS AMOUNT MAY NOT EXCEED THE LESSER OF 7 TIMES ANNUAL EARNINGS OR $500,000.00. FLAT $100K OLI - **REDUCTIONS PRIOR TO WOP TERM AGE? NO - **EOI: (NA) OLI NOT OVER $150K & NO INCREASESABOVE 2 LEVELS IN LAST 2 YEARS - EMPLOYEE OPTIONAL LIFE INSURANCE BENEFITS: $150,000.00 OLI ANY INCREASES OF MORE THAN TWO LEVELS ABOVE THE CURRENT BENEFIT LEVEL WILL BE SUBJECT TO EVIDENCE OF INSURABILITY - **REVIEWED DEFINITION OF ANNUAL EARNINGS: YES -

**06/14/2022 12:14 PM - LIFE Note 7**
Claim/Event/Leave: 12885926
NoteSubject : Acknowledgment Sent
Other Subject : ER FU 2 TEMP INFO
Text: [06/14/2022 - MCCONNELL, PAUL]UPDATED PATH: SEND OUT ER TEMPLATE 2 TO VERIFY CLASS, SALARY & COVERAGES ON DLW - DO APPROVAL ONCE VERIFY INFO AND REFER TO PDMU FOR HANDLING LIKE LTD DID (ACCEPTED) - LTD APPROVED W/ FU SET FOR 11/28/2022 FOR UPDATE (REFERRED TO PDMU ALREADY) **************

**06/09/2022 4:11 PM - LIFE Note 6**
Claim/Event/Leave: 12885926
NoteSubject : Phone Call
Other Subject : REC VM FROM SPOUSE
Text: [06/09/2022 - MCCONNELL, PAUL]REC VM FORM CLMT SPOUSE GAYE 3RD PARTY AUTH - CALLED BACK - VERIFIED DX & ONGOING THERAPY - HE IS IN PT/PT STILL TRYING TO REGAIN ANY USE OF EXTREMITIES NOW - HE IS IN WHEELCHAIR ONGOING - THEY ARE SLOWLY STARTING TO GETSOME MOVEMENT ON LEFT SIDE BICEP (VERY LITTLE) - HE IS ALSO DOING ONGOING WOUND CARE FOR BED SORE HAS FORM BEING CONFINED TO BED FOR MOST PART - HE NEEDS ASSISTANCE WITH ALL OF HIS ADL'S STILL ONGOING - I EXPLAINED OO VS AO - EXPLAINED THAT I AM APPROVING CLAIM AND JUST TRYING TO VERIFY INFO FORM ER AND ONCE DO THIS WILL SEND OUT APPROVAL LTR - TOLD HER WOULD NOT CALL ON APPROVAL DATE UNLESS SOMETHING ELSE NEEDED FROM HER - ALSO TOLD HER TO CALL ME AT ANY TIME IF ANY QUESTIONS & SENT OUT INTROLTR THE OTHER DAY - THANKED HER FOR INFO & CALL ENDED CORDIALLY -

**06/07/2022 5:31 PM - LIFE Note 5**
Claim/Event/Leave: 12885926
NoteSubject : Acknowledgment Sent
Other Subject : ER TEMP CLMT INTRO
Text: [06/07/2022 - MCCONNELL, PAUL]PATH: SEND OUT CLMT INTRO LTR - SEND OUT ER TEMPLATE TO VERIFY CLASS, SALARY & COVERAGES ON DLW - DO APPROVAL ONCE VERIFY INFO AND REFER TO PDMU FOR HANDLING LIKE LTD DID (ACCEPTED) - LTD APPROVED W/ FU SET FOR 11/28/2022 FOR UPDATE (REFERRED TO PDMU ALREADY) **************

**06/07/2022 5:30 PM - LIFE Note 4**
Claim/Event/Leave: 12885926
NoteSubject : Phone Call
Other Subject : INITIAL CLMT CALL
Text: [06/07/2022 - MCCONNELL, PAUL]MADE INITIAL CALL TO CLMT - LEFT VM ON SPOUSE VM LET KNOW DOING REV AND LINK FROM LTD 6 MONTHS - LET KNOW JUST NEED UPDATE ON CONDITION & ONGOING THERAPY & STATUS OF POSS RTW DOWN THE ROAD - LET KNOW SEND OUT INTRO LTR AND IF HAS ANY QUESTIONS TO CALL ME - LEFT # FOR UPDATES OR QUESTIONS -

**06/07/2022 5:21 PM - LIFE Note 3**
Claim/Event/Leave: 12885926
NoteSubject : Other
Other Subject : 3RD PARTY AUTH
Text: [06/07/2022 - MCCONNELL, PAUL]***** 3RD PARTY AUTH DATE 9/8/21 GAYE SEWELL BLUE 9/8/21 -

**06/07/2022 5:20 PM - LIFE Note 2**
Claim/Event/Leave: 12885926
NoteSubject : Action Plan
Other Subject : REV LTD INFO - CLMT
Text: [06/07/2022 - MCCONNELL, PAUL]EE IS A 57 YOM, NATIONAL GENERAL ADJUSTER, SEDENTARY OCC, W/ DX-

**Lincoln/Sewell 052**

Text: [06/07/2022 - MCCONNELL, PAUL]EE IS A 57 YOM, NATIONAL GENERAL ADJUSTER, SEDENTARY OCC, W/ DX: QUADRIPLEGIA D/T BROKEN NECK ** WAS FISHING ON 8/28/2021 WHEN HE JUMPED OFF OF A BOAT INTO SHALLOW WATER ** WAS ON A VENTILATOR AND TRANSFERRED TO INPATIENT REHAB CENTER (SHEPERD CENTER) - ERMA FREEMAN IS SOCIAL WORKER AT SHEPERD CENTER ** AP BOWMAN IS PMR PROVIDER AT SHEPHERD CENTER ** TOLERATED VENT WEAN ON 10/21/2021 AND WAS TRANSITIONED TO CUFFLESS TRACH ON 10/27/2021 ** HAD TRACHEOSTOMY, PEG TUBE** IS WHEELCHAIR DEPENDENT AND REQUIRED INPATIENT CARE THROUGH 12/7/2021 D/C, INCLUDING PT, OT, SLP, AS CONFIRMED BY MEDICAL RECORDS ON FILE *** BASED ON EE'S AGE, OCC, SEVERITY OF DIAGNOSIS WITH LESS THAN SEDENTARY CAPACITY REASONABLE SUPPORTED ONGOING D/T NATURE OF CONDITION, RECOMMEND CLAIM BE REFERRED TO PDMU *************** ***** AUTH DATE 9/10/2021 BLUE 9/10/2021 ***** FORMS IN BLUE 12/2/21 (TEE, CSS, TMP) - ***** 3RD PARTY AUTH DATE 9/8/21 GAYE SEWELL BLUE 9/8/21 -

**06/01/2022 10:57 AM - LIFE Note 1**
Claim/Event/Leave: 12885926
NoteSubject : Initial Entry
Other Subject :
Text: [06/01/2022 - DIRCK, JAIME]RTMUS CHECKED NO HITS.

**Lincoln/Sewell 053**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578




MR. TIMOTHY SEWELL



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

November 29, 2023

Mr. Timothy A. Sewell

RE:     Waiver of Premium Benefits-Group Life Insurance
        Policyholder: McLarens, LLC
        Policy #: SA3-890-LF0483-01
        Claim #: 12885926

Dear Mr. Timothy Sewell:

The Lincoln National Life Insurance Company has performed an annual review for your Waiver of Premium Benefit under the above policy. Information obtained confirms that you continue to qualify for the Waiver of Premium Benefit.

This Waiver of Premium Benefit will continue so long as you remain totally disabled and so long as you continue to meet the obligations set forth by the provisions of the group life insurance policy with your employer.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lucille Berard
Ltd Management Specialist I
Phone No.: (888) 437-7611 Ext. 16332
Secure Fax No.: (603) 334-0401

**Lincoln/Sewell 055**



**LAW OFFICES**
— OF —
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

**HOLDING INSURANCE COMPANIES TO THEIR PROMISES**

November 17, 2023

<u>SENT VIA CERTIFIED MAIL</u>
<u>& FAX (603) 334-0401</u>

Lincoln National Life Insurance Co.
Disability & Life Claims
**Attn: Tawnya Valliere**
P.O. Box 2578
Omaha, NE 68172-9688

> Re: **Claimant: Timothy Sewell**
> **Claim Number: 12885926**
> **Policy Number: SA3-890-LF0483-01**
> **Policy Holder: McLarens, LLC**
> **Waiver of Premium Benefits-Group Life Insurance**

Dear Ms. Valliere,

We respond to your September 26, 2023, appeal denial letter and the new evidence you considered therein with the enclosed response by Dr. Thomas Arnold. Please reconsider your denial in light of Dr. Arnold's report and the following:

There is simply no way to logically conclude from the record evidence, either that Mr. Sewell was intoxicated, or that intoxication caused his terrible loss. The underlying facts are undisputed. The denial is based on general statistics of how different levels of alcohol affect judgment, but the record is undisputed that Mr. Sewell exhibited none of those effects. The record is further undisputed as to precisely how much alcohol Mr. Sewell consumed, and that the hospital serum test result could not be accurate not only in light of the amount of alcohol consumed, but also as a result of lactic acid buildup from well-documented prolonged cardiac arrest.

The Sewell family respectfully prays that you see the truth and recognize that the denial is unsupported without the delay of court process.

**Please confirm receipt of this letter and attachment by email (support@jpricemcnamara.com) or fax (225-201-8313).**

With kind regards, I remain

Sincerely,

*J. Price McNamara*

**J. Price McNamara**
Law Offices of J. Price McNamara

JPM/eej
Enclosure

**Lincoln/Sewell 056**

November 17, 2023

MEDICAL REVIEW – Addended Report

SUBMITTED TO:  J. Price McNamara
10455 Jefferson Hwy, Ste. 2B
Baton Rouge, LA 70809

PERTAINING TO:  Timothy Sewell

PREPARED BY:  Thomas C. Arnold, MD, FAAEM, FACMT
Professor and Chairman
Department of Emergency Medicine
LSU Health Science Center – Shreveport
Medical Director, Louisiana Poison Center

**Lincoln/Sewell 057**

**Additional Material Reviewed:**

- Original Report of April 28, 2023
- Rebuttal comments regarding original opinion by Dr. Peggy Geimer

Dear Mr. McNamara,

I would like to refer you to my original report of April 28, 2023 and restate my continued belief in the validity of my conclusions that the serum alcohol level reported for Mr. Sewell after his accident cannot possibly be accurate. It is impossible to have the level of alcohol reported by the lab considering the amount of alcohol that was available to Mr. Sewell on the boat that day. Multiple witnesses corroborated Mr. Sewell's account of his only consuming six beers throughout the entire day of fishing. Even if Mr. Sewell had consumed all six of these beers within the hour before his accident, his level would have only been half of what the flawed hospital test reported. This hospital serum alcohol result is so elevated that any reasonable person can see that it cannot be correct with the known facts of the situation.

As to the matter of the lactic acidosis, Dr. Geimer states correctly that lactic acid testing was not performed on Mr. Sewell. I would suggest that just because it was not tested for, in no way proves it was not present and had the blood been tested for lactic acid, there is no question it would have shown a significant level. Lactic acid is produced any time there is under perfusion of body tissues. The EMS providers on the scene reported that Mr. Sewell was in cardiac arrest for 6 to 8 minutes before return of spontaneous circulation. There is no question that after 6 to 8 minutes of CPR, there would be large amounts of lactic acid produced and present in his blood. But, this lactic acidosis would not have persisted indefinitely, in fact, his body would have begun clearing the lactic acid buildup as soon as he regained a spontaneous heartbeat and adequate blood pressure. Dr. Geimer wrongly assumes that since hospital testing only showed a mild acidosis that the presence of lactic acid was precluded. In fact, it is not uncommon for large lactic acid

**Lincoln/Sewell 058**

levels to be present without significant acidosis of the blood. There are so many other factors that are involved in acid-base status that a simple direct correlation of lactic acid to blood pH does not exist. Blood pH is very sensitive to ventilation rate and respiratory status and a severe acidosis can easily be corrected with a few minutes of hyperventilation. The mild (pH 7.3) acidosis therefore in no way precludes the presence of a large amount of lactic acid present in Mr. Sewell's blood at the time of the serum alcohol testing.

Dr. Geimer also reports that Mr. Sewell did not *"receive any of the medications typically used in the treatment of lactic acidosis"*. This statement is patently false as Mr. Sewell received aggressive Advanced Cardiac Life Support (ACLS) at the scene with 6-8 minutes of CPR. He received IV fluids and the hospital record repeatedly shows Mr. Sewell being on vaso-active pressor agents to support low blood pressure and increase tissue perfusion. All of these interventions treat lactic acidosis so the claim that Mr. Sewell did not receive treatment for lactic acidosis cannot be supported.

Dr. Geimer stated that *"There (sic) hospital's testing laboratory is required to follow strict guidelines in their testing."* I agree with this sentiment completely and the hospital laboratory is very careful to point out the limitations of its testing results. Review of the hospital lab results will show footnotes at the end of almost every report. The purpose of these footnotes are to guide the clinician in how to best interpret and utilize the results. For example, the footnotes for the laboratory testing of Troponin-I (as seen on page 79 of 204 in the hospital record) state the following:

- *"The use of serial sampling and testing protocol is a recommended practice."*
- *"An elevated troponin level alone is often not sufficient for the diagnosis of myocardial infarction."*
- *"Results of this assay method may be falsely depressed or elevated if patient is taking high doses of Biotin."*

By comparison, the footnote regarding the serum alcohol testing result noted on page 110 of 204 in the hospital record clearly states:

**Lincoln/Sewell 059**

- "RESULTS ARE FOR MEDICAL PURPOSES ONLY AND NOT FOR LEGAL OR EMPLOYMENT EVALUATIVE PURPOSES."

The sole reason for this statement is that the hospital knows full well the limitations of this assay and are not confident in its accuracy. The hospital laboratory reports this disclaimer with every serum alcohol result. It clearly understands the limitations and multiple likely situations that can lead to a false result. If the validity of this test was trustworthy and accurate, there would be no need for such a strong and emphatic disclaimer statement. Notice that this disclaimer does not exist for any of the other test results reported by this laboratory. If the laboratory reporting the result has no confidence in this result, neither should anyone else. Nor should it be relied upon when not supported by the facts of the situation or known human physiology.

## Opinion

It therefore continues to be my conclusion that the serum alcohol test performed on Mr. Sewell cannot be accurate for the many reasons previously stated and in no way can be regarded as reliable.

This opinion is based on my education, training and experience as an emergency physician and medical toxicologist. I reserve the right to modify this opinion if additional information is presented with bearing on this case.

Sincerely,

Thomas C. Arnold, MD

Thomas C. Arnold, MD

Lincoln/Sewell 060

# ⊤FILEVINE

## Fax Confirmation

**To:** (603) 334-0401      **From:** (225) 201-8313

**Doc:** Fax_Sewell - Ltr to Lincoln FWD Dr. Arnold Addendum - 11-17-23_2023-11-17-1122-PST.pdf      **Pages:** 5

**Sent:** November 17, 2023 11:23 AM PST      **Rec'd:** November 17, 2023 11:24 AM PST

**Lincoln/Sewell 061**

| From: | LFGNotifications@LFG.com |
|---|---|
| Sent: | Wednesday, November 22, 2023 2:45:13 PM |
| To: | SUPPORT@JPRICEMCNAMARA.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]McLarens, LLC Claim No. 12885926 Timothy Sewell |
| Attachments: | 6d9nk6quja5pqe7labj3_16627174.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Sewell 062**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

November 22, 2023

J. Price McNamara
Law Offices of J. Price McNamara
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE, LA 70809

RE:     Insured: Timothy Sewell
        Policyholder: McLarens, LLC
        Policy #: SA3-890-LF0483-01
        Claim #: 12885926

Dear J. Price McNamara:

We are writing in response to your correspondence dated November 17, 2023 in regard to the above referenced claim for Accidental Dismemberment benefits.

Mr. Sewell's Accidental Dismemberment claim was denied on January 27, 2023. Mr. Sewell was advised of his right to appeal the decision under ERISA guidelines. We received your request for reconsideration on behalf of Mr. Sewell on May 16, 2023. Our office conducted a full and fair review of the appeal and a decision was rendered on September 26, 2023 to uphold the denial of benefits.

Pursuant to ERISA Regulations, Mr. Sewell was afforded an opportunity to appeal the denial of his claim for Accidental Dismemberment benefits and to submit additional documentation to support the claim. Lincoln Financial Group reviewed this appeal and rendered our final decision on the claim. Mr. Sewell has exhausted his administrative remedies under ERISA. Therefore, his claim remains closed and no further action will be taken by Lincoln Financial Group.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 334-0401

**Lincoln/Sewell 063**

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578




J. PRICE MCNAMARA
LAW OFFICES OF J. PRICE MCNAMARA
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE LA 70809

**Lincoln/Sewell 064**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

November 23, 2023

J. Price McNamara
Law Offices of J. Price McNamara
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE, LA 70809

RE:     Insured: Timothy Sewell
        Policyholder: McLarens, LLC
        Policy #: SA3-890-LF0483-01
        Claim #: 12885926

Dear J. Price McNamara:

We are writing in response to your correspondence dated November 17, 2023 in regard to the above referenced claim for Accidental Dismemberment benefits.

Mr. Sewell's Accidental Dismemberment claim was denied on January 27, 2023. Mr. Sewell was advised of his right to appeal the decision under ERISA guidelines. We received your request for reconsideration on behalf of Mr. Sewell on May 16, 2023. Our office conducted a full and fair review of the appeal and a decision was rendered on September 26, 2023 to uphold the denial of benefits.

Pursuant to ERISA Regulations, Mr. Sewell was afforded an opportunity to appeal the denial of his claim for Accidental Dismemberment benefits and to submit additional documentation to support the claim. Lincoln Financial Group reviewed this appeal and rendered our final decision on the claim. Mr. Sewell has exhausted his administrative remedies under ERISA. Therefore, his claim remains closed and no further action will be taken by Lincoln Financial Group.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 334-0401

**Lincoln/Sewell 065**



**LAW OFFICES**
OF
**J. PRICE MCNAMARA**

**J. PRICE McNAMARA**
**10455 Jefferson Highway, Ste. 130**
**Baton Rouge, LA 70809**
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
**www.jpricemcnamara.com**

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

November 17, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

Lincoln National Life Insurance Co.
Disability & Life Claims
**Attn: Tawnya Valliere**
P.O. Box 2578
Omaha, NE 68172-9688

> Re:  **Claimant: Timothy Sewell**
> **Claim Number: 12885926**
> **Policy Number: SA3-890-LF0483-01**
> **Policy Holder: McLarens, LLC**
> **Waiver of Premium Benefits-Group Life Insurance**

Dear Ms. Valliere,

We respond to your September 26, 2023, appeal denial letter and the new evidence you considered therein with the enclosed response by Dr. Thomas Arnold. Please reconsider your denial in light of Dr. Arnold's report and the following:

There is simply no way to logically conclude from the record evidence, either that Mr. Sewell was intoxicated, or that intoxication caused his terrible loss. The underlying facts are undisputed. The denial is based on general statistics of how different levels of alcohol affect judgment, but the record is undisputed that Mr. Sewell exhibited none of those effects. The record is further undisputed as to precisely how much alcohol Mr. Sewell consumed, and that the hospital serum test result could not be accurate not only in light of the amount of alcohol consumed, but also as a result of lactic acid buildup from well-documented prolonged cardiac arrest.

The Sewell family respectfully prays that you see the truth and recognize that the denial is unsupported without the delay of court process.

Please confirm receipt of this letter and attachment by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

*J. Price McNamara*
**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej
Enclosure

**Lincoln/Sewell 066**

Lincoln/Sewell 067

November 17, 2023

MEDICAL REVIEW – Addended Report

SUBMITTED TO:  J. Price McNamara
10455 Jefferson Hwy, Ste. 2B
Baton Rouge, LA 70809

PERTAINING TO:  Timothy Sewell

PREPARED BY:  Thomas C. Arnold, MD, FAAEM, FACMT
Professor and Chairman
Department of Emergency Medicine
LSU Health Science Center – Shreveport
Medical Director, Louisiana Poison Center

Thomas C. Arnold, MD – Medical Review

**Additional Material Reviewed:**

- Original Report of April 28, 2023
- Rebuttal comments regarding original opinion by Dr. Peggy Geimer

Dear Mr. McNamara,

I would like to refer you to my original report of April 28, 2023 and restate my continued belief in the validity of my conclusions that the serum alcohol level reported for Mr. Sewell after his accident cannot possibly be accurate. It is impossible to have the level of alcohol reported by the lab considering the amount of alcohol that was available to Mr. Sewell on the boat that day. Multiple witnesses corroborated Mr. Sewell's account of his only consuming six beers throughout the entire day of fishing. Even if Mr. Sewell had consumed all six of these beers within the hour before his accident, his level would have only been half of what the flawed hospital test reported. This hospital serum alcohol result is so elevated that any reasonable person can see that it cannot be correct with the known facts of the situation.

As to the matter of the lactic acidosis, Dr. Geimer states correctly that lactic acid testing was not performed on Mr. Sewell. I would suggest that just because it was not tested for, in no way proves it was not present and had the blood been tested for lactic acid, there is no question it would have shown a significant level. Lactic acid is produced any time there is under perfusion of body tissues. The EMS providers on the scene reported that Mr. Sewell was in cardiac arrest for 6 to 8 minutes before return of spontaneous circulation. There is no question that after 6 to 8 minutes of CPR, there would be large amounts of lactic acid produced and present in his blood. But, this lactic acidosis would not have persisted indefinitely, in fact, his body would have begun clearing the lactic acid buildup as soon as he regained a spontaneous heartbeat and adequate blood pressure. Dr. Geimer wrongly assumes that since hospital testing only showed a mild acidosis that the presence of lactic acid was precluded. In fact, it is not uncommon for large lactic acid

Page 2 of 4

Lincoln/Sewell 068

Thomas C. Arnold, MD – Medical Review

levels to be present without significant acidosis of the blood. There are so many other factors that are involved in acid-base status that a simple direct correlation of lactic acid to blood pH does not exist. Blood pH is very sensitive to ventilation rate and respiratory status and a severe acidosis can easily be corrected with a few minutes of hyperventilation. The mild (pH 7.3) acidosis therefore in no way precludes the presence of a large amount of lactic acid present in Mr. Sewell's blood at the time of the serum alcohol testing.

Dr. Geimer also reports that Mr. Sewell did not *"receive any of the medications typically used in the treatment of lactic acidosis"*. This statement is patently false as Mr. Sewell received aggressive Advanced Cardiac Life Support (ACLS) at the scene with 6-8 minutes of CPR. He received IV fluids and the hospital record repeatedly shows Mr. Sewell being on vaso-active pressor agents to support low blood pressure and increase tissue perfusion. All of these interventions treat lactic acidosis so the claim that Mr. Sewell did not receive treatment for lactic acidosis cannot be supported.

Dr. Geimer stated that *"There (sic) hospital's testing laboratory is required to follow strict guidelines in their testing."* I agree with this sentiment completely and the hospital laboratory is very careful to point out the limitations of its testing results. Review of the hospital lab results will show footnotes at the end of almost every report. The purpose of these footnotes are to guide the clinician in how to best interpret and utilize the results. For example, the footnotes for the laboratory testing of Troponin-I (as seen on page 79 of 204 in the hospital record) state the following:

- *"The use of serial sampling and testing protocol is a recommended practice."*
- *"An elevated troponin level alone is often not sufficient for the diagnosis of myocardial infarction."*
- *"Results of this assay method may be falsely depressed or elevated if patient is taking high doses of Biotin."*

By comparison, the footnote regarding the serum alcohol testing result noted on page 110 of 204 in the hospital record clearly states:

**Lincoln/Sewell 069**

Lincoln/Sewell 070

Thomas C. Arnold, MD – Medical Review

- **"RESULTS ARE FOR MEDICAL PURPOSES ONLY AND NOT FOR LEGAL OR EMPLOYMENT EVALUATIVE PURPOSES."**

The sole reason for this statement is that the hospital knows full well the limitations of this assay and are not confident in its accuracy. The hospital laboratory reports this disclaimer with every serum alcohol result. It clearly understands the limitations and multiple likely situations that can lead to a false result. If the validity of this test was trustworthy and accurate, there would be no need for such a strong and emphatic disclaimer statement. Notice that this disclaimer does not exist for any of the other test results reported by this laboratory. If the laboratory reporting the result has no confidence in this result, neither should anyone else. Nor should it be relied upon when not supported by the facts of the situation or known human physiology.

## Opinion

It therefore continues to be my conclusion that the serum alcohol test performed on Mr. Sewell cannot be accurate for the many reasons previously stated and in no way can be regarded as reliable.

This opinion is based on my education, training and experience as an emergency physician and medical toxicologist. I reserve the right to modify this opinion if additional information is presented with bearing on this case.

Sincerely,

Thomas C. Arnold, MD

Lincoln/Sewell 070

# ROBERT PHILIP MILLSTEIN, M.D.

## EDUCATION

| | |
|---|---|
| Chief Medical Resident-Instructor in Medicine<br>University of Rochester Primary Care Program in Internal Medicine | 1986-1987 |
| Internal Medicine Residency<br>University of Rochester Primary Care Program in Internal Medicine | 1983-1986 |
| University of Connecticut School of Medicine<br>M.D. | 1979-1983 |
| Fairfield University, Fairfield, Connecticut<br>B.S. Chemistry | 1975-1979 |

## WORK EXPERIENCES

| | |
|---|---|
| Medical Consultant, Disability Division of<br>Lincoln Financial Group.-Dover, New Hampshire | 2019-present |
| Medical Consultant, individual and group life mortality assessment<br>Division of Liberty Life, Lincoln financial and Protective insurance | 2015-present |
| Medical Consultant, Disability Division of<br>Liberty Mutual Insurance Co.-Dover, New Hampshire | 2003-2019 |
| Internal Medicine Physician Families First Health Center<br>Medical clinic for uninsured patients | 2008-2009 |
| Medical student teaching-clinical instructor at<br>Boston University School of Medicine | 2006-2008 |
| Internal Medicine Physician-Equinox, a hospital sponsored<br>complementary medicine practice | 2003-2004 |
| Private Practice Internal Medicine-Hampton, New Hampshire | 1989-2004 |
| Sturdy Memorial Hospital<br>Emergency Department Physician | 1987-1989 |

## MEDICAL LICENSE

New Hampshire-8012

## CERTIFICATION

National Board of Medical Examiners, 1983
American Board of Internal Medicine, September 10, 1986

## AWARDS AND COMMITTEES

Chairman-Intensive Care Quality Assurance Committee-Portsmouth     1994-1996
Regional Hospital

Chairman and Coordinator, Education Committee-Portsmouth     1989-1996
Regional Hospital

Election to Who's Who among Students in American Colleges
And Universities, 1978

Election to Alpha Epsilon Delta-National Premedical Honor
Society, 1978

## PROFESSIONAL INTERESTS

Medical care of indigent persons

Founding Member Seacoast Healthnet, a Robert Wood Johnson sponsored
initiative to serve the healthcare needs of the uninsured population on the
New Hampshire seacoast

Coordinated a free healthcare clinic in Rochester, New York at a Volunteers
Of America homeless shelter, 1986-1987

Complementary and Alternative Medicine-trained in medical acupuncture through UCLA
School of Medicine, 1997

Medical procedures-I have performed approximately 3,000 flexible sigmoidoscopies

Terminal care in the home setting

## PROFESSIONAL SOCIETY MEMBERSHIPS

New Hampshire Medical Society

## REFERENCES-Available on request

Lincoln/Sewell 073

# Peggy Geimer, M.D., FACOEM

## PROFESSIONAL EXPERIENCE

**OCCUPATIONAL AND ENVIRONMENTAL HEALTH CONSULTANT**     **2011 - PRESENT**
**P GEIMER MD LLC • STAMFORD, CT**

Providing consulting in the following areas:
- US and International workplace medical program development
- Medical surveillance guidance and program development
- Worksite First Aid program development
- Worksite medical program compliance audits
- Travel Health
- Exposure assessments
- Human health treatment protocols for safety data sheets
- US and International workplace medical regulatory compliance (OSHA, ADA, FMLA, DOT)
- Management of complex medical issues for global workforce
- Pandemic preparedness
- Corporate wellness programs
- Workplace health and productivity
- Environmental Health
- Drinking Water Disinfection
- Pool and Spa Disinfection
- Disability Review

**VICE PRESIDENT, MEDICAL AFFAIRS**     **2011 – 2015**
**QUADRANT HEALTH STRATEGIES • BEVERLY, MA**

Direct the clinical services for a nation-wide provider of on-site occupational health clinics.
- Developed Corporate Medical Manual
- US workplace occupational medical program development
- Medical surveillance guidance and program development
- Worksite First Aid to address unique exposures in pharmaceutical development (e.g. animal bites, active pharmaceuticals, lentiviral vectors, etc.)
- Worksite medical program compliance audits
- OSHA workplace medical regulatory compliance
- Pandemic preparedness
- Oversee occupational hazard training programs for staff and clients

**Lincoln/Sewell 074**

**CORPORATE MEDICAL DIRECTOR**
**ARCH CHEMICALS (FORMERLY OLIN CORP) • NORWALK, CT**                    **1995- 2011**

Directed the global occupational medical program for Olin Corporation, and subsequently its spin-off (in 1999)- Arch Chemicals. Arch Chemicals is a specialty chemicals company with plants in Asia, Europe, Africa, South America and the US.
- Developed comprehensive occupational health program
- Optimized First Aid Programs at all Arch sites
- Developed medical surveillance programs for numerous hazardous chemicals including arsenic, chromium, carbamates, ethylene oxide, asbestos and skin sensitizers
- Instituted International Travelers' Health program
- Worked with Benefits Department on disability programs for work and non-work related illnesses and injuries
- Developed emergency treatment protocols for material safety data sheets
- Developed and implemented Pandemic Preparedness Plan
- Provided guidance on compliance with international health and safety standards
- Provided guidance on compliance with OSHA, ADA, DOT and FMLA regulations
- Consulted on optimal management of complex medical issues globally
- Provided medical management guidance as a member of the Corporate Crisis Team
- Managed Employee Medical Clinic at corporate headquarters
- Represented Arch and Olin on numerous business and government committees
- Instrumental in implementation of a Wellness Program

**CYTEC INDUSTRIES AND AMERICAN CYANAMID**                    **1980-1995**

Note: CYTEC spun off from American Cyanamid in 1992 as a new specialty chemicals company.

**CORPORATE MEDICAL DIRECTOR**                    **1992-1995**
**CYTEC INDUSTRIES • WEST PATTERSON, NJ**
- Developed comprehensive occupational health program for new company
- Instrumental in development of CYTEC Managed Health Care Program
- Chaired the team that developed the Environmental Quality Analysis Program for Product Stewardship under the Chemical Manufacturers Association Responsible Care Program
- Participated on the development of the Product Stewardship Training Program
- As a member of the "Customer Team", developed a corporate-wide training program focused on identifying and satisfying customer needs.
- Developed the CYTEC Wellness Program

**DIRECTOR MEDICAL SERVICES**                    **1989-1992**
**AMERICAN CYANAMID CHEMICAL RESEARCH DIVISION • STAMFORD, CT**
- Directed division on medical policies and procedures
- Provided medical services to employees for occupational and non-occupational illnesses and injuries
- Maintained OSHA log and managed Workers Compensation Claims
- Developed first site based Wellness program in American Cyanamid

**Lincoln/Sewell 075**

*ASSOCIATE DIRECTOR, MEDICAL SERVICES*                                     *1983-1989*
*AMERICAN CYANAMID LEDERLE PHARMACEUTICAL DIVISION • PEARL RIVER, NY*
- Managed clinic providing medical services to 3,500 employees at a major pharmaceutical research and production facility

*STAFF OCCUPATIONAL MEDICINE PHYSICIAN*                                    *1980-1983*
*AMERICAN CYANAMID LEDERLE PHARMACEUTICAL DIVISION • PEARL RIVER, NY*
- Provided medical services to 3,500 employees for occupational and non-occupational illnesses and injuries

**STAFF INTERNIST**                                                       **1978-1980**
**WESTCHESTER COMMUNITY HEALTH PLAN • WHITE PLAINS, NY**

The Westchester Community Health Plan was one of the first staff model Health Maintenance Organizations (HMO) in the New York Metropolitan region.
- Provided primary care services for 3000 members
- Instrumental in building membership in this new HMO
- Piloted a "Team" Concept of primary care

---

**EDUCATION, CERTIFICATIONS AND LICENSES**

---

**Education**
*Nassau County Medical Center* – East Meadow, NY
Internship and Residency – Internal Medicine

*State University of New York, Downstate Medical Center* – Brooklyn, NY
Doctor of Medicine

*State University of New York – Stony Brook University* – Stony Brook, NY
Bachelor of Science, Cum Laude – Biology

**Board Certifications**
American Board of Internal Medicine
American Board of Preventive Medicine – Occupational Medicine

**Licenses**
State of Colorado – 50602 - Inactive
State of Connecticut – 29966 – Active
State of New York – 128875 – Inactive
State of New Jersey – 61545 – Inactive
State of North Carolina – 175611 – Inactive
State of California – G89070 – Inactive

**Lincoln/Sewell 076**

**Hospital Appointments**
*The Stamford Hospital* – Stamford, CT
Honorary Staff – 2020 - Present
Affiliated Staff – 2010-2020
Courtesy Staff – 1992-2010

*White Plains Hospital* – White Plains, NY
Attending Staff – 1978-1980

*St. Agnes Hospital* – White Plains, NY
Attending Staff – 1978-1980

**Academic Affiliations**
I have been actively involved in the teaching of nurse practitioners, medical students and post graduate physicians since 1978.

*Quinnipiac University, Frank H. Netter MD School of Medicine*
Department of Internal Medicine
Assistant Professor November 2020- Present

*Columbia University, College of Physicians and Surgeons* – New York, NY
Department of Medicine
Instructor in Clinical Medicine 1998-Present
Preceptor in Occupational and Environmental Medicine 1993-1994

*Yale University School of Medicine* – New Haven, CT
Department of Occupational and Environmental Medicine
Assistant Clinical Professor of Medicine 2003 - 2009
Clinical Instructor in Medicine 1999-2003
Residency Advisory Committee 1997-2013 (Chair 1997-2004)

*New York Medical College* - Valhalla, NY
Department of Internal Medicine
Instructor then Assistant Clinical Professor 1989-1998

*Mount Sinai School of Medicine* – New York, NY
Department of Occupational and Environmental Medicine
Preceptor 1989-1998

*Pace University Graduate School of Nursing* – Pleasantville, NY
Adjunct Professor 1978-1981

**Lincoln/Sewell 077**

**Memberships**

*National Academies – Institute of Medicine* – Washington, DC
Roundtable on Environmental Health Sciences, Research and Medicine – 2007-2011

*Environmental Protection Agency (USEPA)* – Washington, DC
Children's Health Protection Advisory Committee – 2009-2013
Stage 2 Safe Drinking Water Federal Advisory Committee – 1999-2000

*American Chemistry Council* – Washington, DC
Medical Outreach Sub-Team 1997-2004
Strategic Science Team – Long Range Research Initiative 2004-2010
Chlorine Chemistry Division – 1998-2011

*Business Council of Fairfield County* – Stamford, CT
Health Care Leadership Council (Connecticut Health Scorecard Team) – 2005-2010

*American Medical Association – Connecticut State Medical Society – Current*

*American College of Occupational and Environmental Medicine* – Fellow
*New England Occupational and Environmental Medicine Association*

**Awards**

*YWCA* – Bergen County, NJ – TWIN AWARD – Tribute to Women and Industry

*Chlorine Chemistry Council* – Washington, DC – LEADERSHIP AWARD

*Business Council of Fairfield County* – Stamford, CT – LEADERSHIP AWARD

*Columbia University College of Physicians and Surgeons* – New York, NY
Educator of the Year Award – Foundations of Clinical Medicine Tutorials

**Lincoln/Sewell 078**

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578


J. PRICE MCNAMARA
LAW OFFICES OF J. PRICE MCNAMARA
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE LA 70809

**Lincoln/Sewell 079**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

October 16, 2023

J. Price McNamara
Law Offices of J. Price McNamara
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE, LA 70809

RE:     Insured: Timothy Sewell
        Policyholder: McLarens, LLC
        Policy #: SA3-890-LF0483-01
        Claim #: 12885926

Dear J. Price McNamara:

The Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Accidental Dismemberment benefits under the McLarens, LLC Group Life Insurance Policy. We are writing regarding Mr. Timothy Sewell's claim for Accidental Dismemberment benefits under the Policy.

In response to your October 03, 2023 letter, please find a complete copy of Mr. Sewell's Accidental Dismemberment claim file and a copy of the McLaren's, LLC Group Life Policy applicable to his claim. Requests for copies of any Plan documents must be properly directed to the Plan Administrator, McLaren's, LLC.  The CV of all of the doctors that have reviewed Mr. Sewell's file are also included.

We understand you have requested a copy of the audio recording and transcript of the telephone conversations "between the claimant or any representative of the insurer or Claims Administrator of Plan Administrator of the Plan."   Because the content of all phone calls related to a claim are thoroughly documented in our claim system via claim notes, the recordings of phone calls are not made part of the claim file. The phone call notes have been released to you as part of our claim records to you.

This documentation constitutes all information that was received and reviewed in our evaluation of Mr. Sewell's claim. We have provided you with copies of all materials that were reviewed and considered in our review of this claim. No internal rules, guidelines, protocols, standard or other similar criteria were relied upon in rendering the claim determination.

If you have any questions regarding this matter, please contact me.

**Lincoln/Sewell 080**

Sincerely,

Tawnya Valliere
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 334-0401

**Lincoln/Sewell 081**


**LAW OFFICES**
— OF —
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

October 3, 2023

SENT VIA CERTIFIED MAIL
& FAX 603-334-0401

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
**Attn: Tawnya Valliere**
P.O. Box 2578
Omaha, NE 68103-2578

> Re:  **Claimant: Timothy Sewell**
> **Claim #: 12885926**
> **Policy #: SA3-890-LF0483-01**
> **Policy Holder: McLarens, LLC**

### REQUEST FOR COPY OF ADMINISTRATIVE RECORD
### & ALL RELEVANT PLAN DOCUMENTS

Dear Ms. Valliere,

I represent Timothy Sewell in connection with a denial of accidental death and/or life insurance benefits. **Please do not initiate contact with my client except through me, including any contact by telephone, postal mail or electronic means, including contact through insurer claim portals. This will further serve as a revocation of any and all previous consent for contact.**

We request a copy of the entire administrative claims file to date, including, but not limited to the following, including all data or information that exists in electronic or digital form.

1. All governing plan documents, including, but not limited to, the summary plan description, the plan itself, <u>and any and all policies of insurance covering the plan</u>.

2. All documents that are "relevant" to the claim in question within the meaning of 29 C.F.R. §2560.503-1(m)(8). **This includes, by statute, not only documents "relied upon" in making a benefit determination, but also all documents "submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record or other information was relied upon in making the benefit determination."**

3. The entire claim file including, but not limited to, any applications, correspondence, handwritten notes, any and all surveillance, e-mails, activity logs, medical or physician reports and records, vocational reports, evaluation notes and any and all commentary by any employee or person contracted by you or claimant or claimant's employer or any other person or entity regarding the claim, job descriptions from the employer, any other investigatory materials, correspondence by and between anyone else involved with this claim such as reviewers, consultants, employer and claimant, documentation setting forth the qualifications of any individual involved in rendering a decision or participating in the rendering of a

**Lincoln/Sewell 082**

decision in this matter, copies of criteria, protocols, rules or directives as to the evaluation of claims for insurance benefits (for example, claim manual and/or training materials).

4. Curriculum vitae for any physician or other consultant who played any part in the evaluation of this claim.

5. A copy of the audio recording and a transcript of each telephone conversation between the claimant or any representative of the insurer or Claims Administrator of Plan Administrator of the Plan. (See attached June 14, 2021 information letter from the United States Department of Labor declaring "relevant" information that must be produced under ERISA claims regulations.)

**Please email claim file to support@jpricemcnamara.com or mail to 10455 Jefferson Hwy., Suite 130, Baton Rouge, LA 70809.**

If we do not receive timely (30 days) production of the above documents and audio recordings, we will seek statutory penalties.

### NOTICE OF LIEN AND INSTRUCTIONS FOR ALL BENEFIT PAYMENTS

Pursuant to our representation agreement with our client, all payments made to our client are to be made payable to the client and J. Price McNamara. Please mail all payments to J. Price McNamara, 10455 Jefferson Highway, Ste. 130, Baton Rouge, LA 70809. Our Tax ID Number is 72-1384876.

Strict compliance with this request is required by law until further written notice from this office. Failure to comply with this request will be considered intentional interference with contractual rights, resulting in appropriate legal response.

**Please confirm your receipt of this by fax or email.

With kind regards, I remain

Sincerely,

*J. Price McNamara*

J. Price McNamara
Law Offices of J. Price McNamara

JPM/eej
Enclosure

**Lincoln/Sewell 083**



June 14, 2021

Cassie Springer Ayeni
President and Managing Attorney
Springer Ayeni, A Professional Law Corporation
4319 Piedmont Ave., 2nd Fl.
Oakland, CA 94611

Dear Ms. Springer Ayeni:

This responds to your inquiry regarding the claims procedure requirements under section 503 of Title I of the Employee Retirement Income Security Act of 1974, as amended (ERISA). In particular, you ask whether ERISA section 503 and the Department of Labor's implementing claims procedure regulation at 29 CFR 2560.503-1 require the responsible plan fiduciary to provide, upon a claimant's request, a copy of an audio recording and transcript of a telephone conversation between the claimant and a representative of the plan's insurer relating to an adverse benefit determination.

You are seeking guidance because you represent a claimant whose request for such a recording was denied. You indicate that the stated reasons for denial of the request for the audio recording are that the actual recording is distinct from the notes made available to you, which contemporaneously documented the content of the recorded conversation, and which became part of the "claim activity history through which [the insurer] develops, tracks and administers the claim." By contrast, the denial stated that the "recordings are for 'quality assurance purposes,'" and "are not created, maintained, or relied upon for claim administration purposes, and therefore are not part of the administrative record."

The Department may, when deemed appropriate and in the best interest of sound administration of ERISA, issue information letters calling attention to established principles under ERISA, even though an advisory opinion was requested. ERISA Procedure 76-1, section 5 (41 Fed. Reg. 36281 (Aug. 27, 1976)). We determined that it is appropriate to respond in the form of an information letter, the effect of which is described in section 11 of ERISA Procedure 76-1.

ERISA section 503 requires every employee benefit plan to "afford a reasonable opportunity to any participant whose claim for benefits has been denied for a full and fair review by the appropriate named fiduciary of the decision denying the claim." The Department's implementing regulations require employee benefit plans to "establish and maintain reasonable procedures governing the filing of benefit claims, notification of benefit determinations, and appeal of adverse benefit determinations." 29 CFR 2560.503-1(b). The regulations further require that the claims procedures of a plan will not provide a reasonable opportunity for a full and fair review of a denied claim, unless, among other things, "the claims procedures provide that a claimant shall be provided, upon request . . . copies of, all documents, records, and other information relevant to the claimant's claim for benefits." 29 CFR 2560.503-1(h)(2)(iii).

**Lincoln/Sewell 084**

The regulation at 29 CFR 2560.503-1(m)(8) provides that, for this purpose, a document, record, or other information is "'relevant' to a claimant's claim" if the document, record, or other information:

> (i) was relied upon in making the benefit determination; (ii) was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination; (iii) demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5); or (iv) constitutes a statement of policy or guidance with respect to the plan concerning the denied treatment option or benefit for the claimant's diagnosis, without regard to whether such advice or statement was relied upon in making the benefit determination.

As subparagraph (ii) states, information is relevant to a claimant's claim if it "was ... generated in the course of making the benefit determination," even if it was not "relied upon in making the benefit determination." Consequently, for purposes of subparagraph (ii) it is immaterial whether information was "not created, maintained, or relied upon **for** claim administration purposes." (emphasis added).

Furthermore, with respect to a claim that a recording is not required to be disclosed because it was generated for quality assurance purposes, as noted above, subparagraph (iii) in 29 CFR 2560.503-1(m)(8) states, information is relevant for purposes of the disclosure requirement if it "demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5)."[1] Thus, the fact that a recording was made for quality assurance purposes would support it being subject to a disclosure request for relevant "documents, records, and other information" under 29 CFR 2560.503-1(h)(2)(iii).

Further, nothing in the regulation requires that "relevant documents, records, or other information" consist only of paper or written materials. Rather, in the preamble to recent amendments to 29 CFR. 2560.503-1, the Department recognized that an audio recording can be part of a claimant's administrative record. In responding to commenters' concerns that proposed amendment language would prohibit claimants from submitting audio evidence in support of their claim, the Department clarified that no limit was intended on the types of evidence claimants can submit. In its response, the Department listed "video, audio, or other electronic media" as types of evidence plans cannot refuse to accept. 81 Fed. Reg. at 92325 (Dec. 19, 2016).

In summary, a recording or transcript of a conversation with a claimant would not be excluded from the requirements under 29 CFR 2560.503-1 to disclose relevant "documents, records, and other information" merely because the plan or claims administrator does not include the recording or transcript in its administrative record; does not treat the recording or transcript as part of the claim activity history through which the insurer develops, tracks and administers the claim; or because the recording or transcript was generated for quality assurance purposes.

---

[1] The claims procedure regulation at 29 CFR 2560.503-1(b)(5) requires that, to be deemed reasonable, claims procedures must, among other things, "contain administrative processes and safeguards designed to ensure and to verify that benefit claim determinations are made in accordance with governing plan documents and that, where appropriate, the plan provisions have been applied consistently with respect to similarly situated claimants." In this connection, the Department has stated that "a plan must provide a claimant upon request after receiving an adverse benefit determination . . . any information that the plan has generated or obtained in the process of ensuring and verifying that, in making the particular determination, the plan

**Lincoln/Sewell 085**

We hope this information is of assistance to you.

Sincerely,


Eric Berger
Acting Chief, Division of Coverage, Reporting and Disclosure
Office of Regulations and Interpretations

**Lincoln/Sewell 086**

# $\mathsf{\overline{F}}$ FILEVINE

## Fax Confirmation

**To:** (603) 334-0401      **From:** (225) 201-8313

**Doc:** Fax_Sewell - Ltr to Lincoln Req AD&D CF - 10-03-23_2023-10-03-0828-PDT.pdf      **Pages:** 5

**Sent:** October 3, 2023 8:29 AM PDT      **Rec'd:** October 3, 2023 8:31 AM PDT

**Lincoln/Sewell 087**



**LAW OFFICES**
—— OF ——
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

**HOLDING INSURANCE COMPANIES TO THEIR PROMISES**

October 3, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX 603-334-0401**

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
**Attn: Tawnya Valliere**
P.O. Box 2578
Omaha, NE 68103-2578

Re:     Claimant: Timothy Sewell
        Claim #: 12885926
        Policy #: SA3-890-LF0483-01
        Policy Holder: McLarens, LLC

**REQUEST FOR COPY OF ADMINISTRATIVE RECORD**
**& ALL RELEVANT PLAN DOCUMENTS**

Dear Ms. Valliere,

I represent Timothy Sewell in connection with a denial of accidental death and/or life insurance benefits. Please do not initiate contact with my client except through me, including any contact by telephone, postal mail or electronic means, including contact through insurer claim portals. This will further serve as a revocation of any and all previous consent for contact.

We request a copy of the entire administrative claims file to date, including, but not limited to the following, including all data or information that exists in electronic or digital form.

1.  All governing plan documents, including, but not limited to, the summary plan description, the plan itself, <u>and any and all policies of insurance covering the plan</u>.

2.  All documents that are "relevant" to the claim in question within the meaning of 29 C.F.R. §2560.503-1(m)(8). **This includes, by statute, not only documents "relied upon" in making a benefit determination, but also all documents "submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record or other information was relied upon in making the benefit determination."**

3.  The entire claim file including, but not limited to, any applications, correspondence, handwritten notes, any and all surveillance, e-mails, activity logs, medical or physician reports and records, vocational reports, evaluation notes and any and all commentary by any employee or person contracted by you or the employer, any other investigatory material, correspondence by and between anyone involved with this claim such as reviewers, consultants, employer and claimant, documentation setting forth the qualifications of any individual involved in rendering a decision or participating in the rendering of a

Batch: 008265672, Audit Trail: 008265672 6, Printed by: velol1, 10/3/2023 12:36 PM

**Lincoln/Sewell 088**

Claimant: <u>Timothy Sewell</u>
Claim #: 12885926
October 3, 2023 | 2

decision in this matter, copies of criteria, protocols, rules or directives as to the evaluation of claims for insurance benefits (for example, claim manual and/or training materials).

4.  Curriculum vitae for any physician or other consultant who played any part in the evaluation of this claim.

5.  A copy of the audio recording and a transcript of each telephone conversation between the claimant or any representative of the insurer or Claims Administrator of Plan Administrator of the Plan. (See attached June 14, 2021 information letter from the United States Department of Labor declaring "relevant" information that must be produced under ERISA claims regulations.)

Please email claim file to support@jpricemcnamara.com or mail to 10455 Jefferson Hwy., Suite 130, Baton Rouge, LA 70809.

If we do not receive timely (30 days) production of the above documents and audio recordings, we will seek statutory penalties.

### NOTICE OF LIEN AND INSTRUCTIONS FOR ALL BENEFIT PAYMENTS

<u>Pursuant to our representation agreement with our client, all payments made to our client are to be made payable to the client and J. Price McNamara. Please mail all payments to J. Price McNamara, 10455 Jefferson Highway, Ste. 130, Baton Rouge, LA 70809. Our Tax ID Number is 72-1384876.</u>

<u>Strict compliance with this request is required by law until further written notice from this office. Failure to comply with this request will be considered intentional interference with contractual rights, resulting in appropriate legal response.</u>

\*\*Please confirm your receipt of this by fax or email.

With kind regards, I remain

Sincerely,

J. Price McNamara
Law Offices of J. Price McNamara

JPM/eej
Enclosure

Batch: 008265672, Audit Trail: 008265672 7, Printed by: velo11, 10/3/2023 12:36 PM

**Lincoln/Sewell 089**

**U.S. Department of Labor**          Employee Benefits Security Administration
                                      Washington, D.C.  20210



June 14, 2021

Cassie Springer Ayeni
President and Managing Attorney
Springer Ayeni, A Professional Law Corporation

This responds to your inquiry regarding the claims procedure requirements under section 503 of Title I of the Employee Retirement Income Security Act of 1974, as amended (ERISA). In particular, you ask whether ERISA section 503 and the Department of Labor's implementing claims procedure regulation at 29 CFR 2560.503-1 require the responsible plan fiduciary to provide, upon a claimant's request, a copy of an audio recording and transcript of a telephone conversation between the claimant and a representative of the plan's insurer relating to an adverse benefit determination.

You are seeking guidance because you represent a claimant whose request for such a recording was denied. You indicate that the stated reasons for denial of the request for the audio recording are that the actual recording is distinct from the notes made available to you, which contemporaneously documented the content of the recorded conversation, and which became part of the "claim activity history through which [the insurer] develops, tracks and administers the claim." By contrast, the denial stated that the "recordings are for 'quality assurance purposes,'" and "are not created, maintained, or relied upon for claim administration purposes, and therefore are not part of the administrative record."

The Department may, when deemed appropriate and in the best interest of sound administration of ERISA, issue information letters calling attention to established principles under ERISA, even though an advisory opinion was requested. ERISA Procedure 76-1, section 5 (41 Fed. Reg. 36281 (Aug. 27, 1976)). We determined that it is appropriate to respond in the form of an information letter, the effect of which is described in section 11 of ERISA Procedure 76-1.

ERISA section 503 requires every employee benefit plan to "afford a reasonable opportunity to any participant whose claim for benefits has been denied for a full and fair review by the appropriate named fiduciary of the decision denying the claim." The Department's implementing regulations require employee benefit plans to "establish and maintain reasonable procedures governing the filing of benefit claims, notification of benefit determinations, and appeal of adverse benefit determinations." 29 CFR 2560.503-1(b). The regulations further require that the claims procedures of a plan will not provide a reasonable opportunity for a full and fair review of a denied claim, unless, among other things, "the claims procedures provide that a claimant shall be provided, upon request . . . copies of, all documents, records, and other information relevant to the claimant's claim for benefits." 29 CFR 2560.503-1(h)(2)(iii).

Batch: 008265672, Audit Trail: 008265672 8, Printed by: velol1, 10/3/2023 12:36 PM

**Lincoln/Sewell 090**

The regulation at 29 CFR 2560.503-1(m)(8) provides that, for this purpose, a document, record, or other information is "'relevant' to a claimant's claim" if the document, record, or other information:

> (i) was relied upon in making the benefit determination; (ii) was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination; (iii) demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5); or (iv) constitutes a statement of policy or guidance with respect to the plan concerning the denied treatment option or benefit for the claimant's diagnosis, without regard to

As subparagraph (ii) states, information is relevant to a claimant's claim if it "was … generated in the course of making the benefit determination," even if it was not "relied upon in making the benefit determination." Consequently, for purposes of subparagraph (ii) it is immaterial whether information was "not created, maintained, or relied upon **for** claim administration purposes." (emphasis added).

Furthermore, with respect to a claim that a recording is not required to be disclosed because it was generated for quality assurance purposes, as noted above, subparagraph (iii) in 29 CFR 2560.503-1(m)(8) states, information is relevant for purposes of the disclosure requirement if it "demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5)."[1] Thus, the fact that a recording was made for quality assurance purposes would support it being subject to a disclosure request for relevant "documents, records, and other information" under 29 CFR 2560.503-1(h)(2)(iii).

Further, nothing in the regulation requires that "relevant documents, records, or other information" consist only of paper or written materials. Rather, in the preamble to recent amendments to 29 CFR, 2560.503-1, the Department recognized that an audio recording can be part of a claimant's administrative record. In responding to commenters' concerns that proposed amendment language would prohibit claimants from submitting audio evidence in support of their claim, the Department clarified that no limit was intended on the types of evidence claimants can submit. In its response, the Department listed "video, audio, or other electronic media" as types of evidence plans cannot refuse to accept. 81 Fed. Reg. at 92325 (Dec. 19, 2016).

In summary, a recording or transcript of a conversation with a claimant would not be excluded from the requirements under 29 CFR 2560.503-1 to disclose relevant "documents, records, and other information" merely because the plan or claims administrator does not include the recording or transcript in its administrative record; does not treat the recording or transcript as part of the claim activity history through which the insurer develops, tracks and administers the claim; or because the recording or transcript was generated for quality assurance purposes.

---

[1] The claims procedure regulation at 29 CFR 2560.503-1(b)(5) requires that, to be deemed reasonable, claims procedures must, among other things, "contain administrative processes and safeguards designed to ensure and to verify that benefit claim determinations are made in accordance with governing plan documents and that, where appropriate, the plan provisions have been applied consistently with respect to similarly situated claimants." In this connection, the Department has stated that "a plan must provide a claimant upon request after receiving an adverse benefit determination . . . any information that the plan has generated or obtained in the process of ensuring and verifying that, in making the particular determination, the plan complied with its own administrative processes and safeguards that ensure and verify appropriately consistent decision making in accordance with the plan's terms." 65 Fed. Reg. at 70252 (Nov. 21, 2000).

2

Batch: 008265672, Audit Trail: 008265672 9, Printed by: veloll, 10/3/2023 12:36 PM

**Lincoln/Sewell 091**

We hope this information is of assistance to you.

Sincerely,


Eric Berger
Acting Chief, Division of Coverage, Reporting and Disclosure
Office of Regulations and Interpretations

3

Batch: 008265672, Audit Trail: 008265672 10, Printed by: velol1, 10/3/2023 12:36 PM

**Lincoln/Sewell 092**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, September 26, 2023 1:52:48 PM |
| To: | SUPPORT@JPRICEMCNAMARA.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]McLarens, LLC Claim No. 12885926 Timothy Sewell |
| Attachments: | pgmj5kc8wdcv8werib8b_16198074.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

September 26, 2023

J. Price McNamara
Law Offices of J. Price McNamara
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE, LA 70809

RE:     Insured: Timothy Sewell
        Policyholder: McLarens, LLC
        Policy #: SA3-890-LF0483-01
        Claim #: 12885926

Dear J. Price McNamara:

We have completed the appeal review of the above-referenced claim for Accidental Dismemberment benefits under Group Life Insurance Policy No. SA3-890-LF0483-01 (hereinafter "Policy") issued by The Lincoln National Life Insurance Company (hereinafter "Lincoln") to McLarens, LLC. We have determined that the denial of benefits will be maintained.

## Initial Claim Decision

In investigating this claim, we obtained a Dismemberment Claim Form and also reviewed the medical records contained within Mr. Sewell's Long Term Disability claim file.

During the initial claim evaluation, Mr. Sewell's file was referred for review by Dr. Robert Millstein, an independent physician Board Certified in Internal Medicine. Dr. Millstein provided the following summary of Mr. Sewell's medical treatment:

*8/28/21 Mr. Sewell sustained a spinal cord injury in a diving accident into 3 feet of water from the back of the boat with loss of consciousness. Diagnostic imaging + locked facet dislocation, C4 – C5 anterior subluxation, cord edema from C2 to mid C6, aspiration pneumonia, and vertebral artery thrombosis versus dissection at C4 – C5. He was intubated at the scene.*

*8/28/21 at 1814 hrs. a blood alcohol level was 222 mg/dL. A list of diagnoses from the acute care hospitalization included alcohol abuse with intoxication.*

*8/29/21 Mr. Sewell underwent C4 – C6 ACDF with plating. While hospitalized he remained in sinus bradycardia with pauses on telemetry. Persistent symptomatic hypotension was treated with midodrine and Florinef. Methicillin sensitive staph aureus pneumonia was treated with*

*antibiotics. 9/2/21 he underwent PEG tube placement. 9/5/21 tracheostomy was placed with ongoing ventilatory support. 9/21/21 he was transferred for inpatient skilled rehab.*

*11/1/21 Dr. Bowman Brock, physical medicine and rehabilitation, observed ongoing tetraplegia.*

Following a review of the available medical evidence, Dr. Millstein noted that on August 28, 2021, Mr. Sewell sustained a spinal cord injury resulting in quadriplegia in a diving accident into 3 feet of water from the back of the boat. His blood alcohol level at the time of the diving accident was 222 mg/dL. Dr. Millstein concluded with a blood alcohol level of 222 mg/dL Mr. Sewell would have experienced signs of severe intoxication with impairment in motor function-- unsteadiness, incoordination; impaired vision, cognitive function, and judgment contributing to the spinal cord injury which caused quadriplegia. Further the clinical review by Dr. Millstein indicated,

> *Manifestations of alcohol intoxication in persons who do not drink alcohol on a regular basis are related to the blood alcohol level. Persons who abuse alcohol chronically may have some degree of tolerance to some of the effects of alcohol. The submitted information does not indicate whether, around the time of her hospitalization, Mr. Sewell was consuming alcohol on a regular basis.*

> *Among patients who do not abuse ethanol chronically, clinical signs often associated with particular ranges of the BAC (blood alcohol concentration) [1] are as follows:*

> - *With a BAC between 0.01 and 0.10 percent (<100 mg/dL), euphoria and mild deficits in coordination, attention, and cognition may be observed.*
> - *With a BAC between 0.10 and 0.20 percent (100—200 mg/dL), an individual experiences*
> - *greater deficits in coordination and psychomotor skills, decreased attention, ataxia, impaired judgment, slurred speech, and mood variability.*
> - *With a BAC between 0.20 to 0.30 percent (200—300 mg/dL), severe intoxication results in a lack of coordination, incoherent thoughts, confusion, nausea and vomiting.*
> - *When the BAC exceeds 0.30 percent, stupor and loss of consciousness can occur. Some patients experience coma and respiratory depression, and death is possible.*

> *The predominant effect of alcohol is in the brain. High alcohol concentrations cause central nervous system depression, judgment disorder, decision inability, and impairment of perception and reaction to events. This impairment develops prior to the onset of more overt symptoms of alcohol intoxication, such as difficulty walking or maintaining balance.[2] With a blood alcohol level of 222 mg/dL Mr. Sewell would likely experience signs of severe intoxication with impairment in motor function-- unsteadiness, incoordination; impaired vision, cognitive function, and judgment contributing to the spinal cord injury which caused quadriplegia.*

> *Diving and head-first sliding into the water account for the most serious aquatic injuries because of damage to spinal cords, often as a result of striking the bottom or side of a shallow body of water. The majority of spinal cord injuries resulting from aquatic accidents are sufficiently serious to cause permanent paralysis.[3]*

> *Serious accidents due to diving into shallow water are rare but potentially devastating as*

**Lincoln/Sewell 106**

*in this case. The incidence of spinal cord injuries following these accidents has been reported to range from 1.2 and 21%. Misjudgments of the water depth and recklessness behavior have been cited as common factors in these accidents. Alcohol consumption is also important risk factor, thought to be contributory and 38 to 49% of cervical injuries in previously published series.4*

*Types of accidents associated with traumatic cervical spinal cord injury include motor vehicle crashes in sport related accidents – in particular, diving accidents. Numerous studies have shown that 50% of spinal cord injuries occur while victims are under the influence of alcohol. A 2004 study of persons who sustained spinal cord injury supported the association between alcohol use and cervical spinal cord injury specifically – the spinal cord injury type with the most severe consequences. The study that demonstrated that participants with cervical injury were more likely to use alcohol when injured compared with participants without cervical injury.5*

The McLarens, LLC Group Life Policy includes the following exclusion:

### *ACCIDENTAL DEATH AND DISMEMBERMENT EXCLUSIONS*

*No benefits are payable for any loss that is contributed to or caused by:*

*… the presence of alcohol in the Covered Person's blood which raises a presumption that the Covered Person was under the influence of alcohol and contributed to the cause of the accident. The blood alcohol level is governed by the jurisdiction of the state in which the accident occurred; or*
*…*

Accidental Dismemberment benefits were denied on the basis that the presence of alcohol in Mr. Sewell's blood contributed to the cause of the accident.

The basis for the decision was outlined in a letter dated January 27, 2023. Mr. Sewell was provided an opportunity to request an appeal review of the denial by submitting a written request stating the reasons why the claim should not have been denied and submitting additional information to support the claim.

### **Appeal**

We received your request for reconsideration on behalf of Mr. Sewell on May 16, 2023. In your letter, you indicated Mr. Sewell was on a "relaxed business trip among professional friends and gentlemen…" which was "no drunken outing, and the hospital lab results were simply wrong…." You noted it is undisputed that Mr. Sewell did not drink more than 6 beers spread over the course of a long day before his accident, felt no signs of intoxication, exhibited no signs of intoxication, and dove from the boat in a controlled manner into the water which by all appearances was much deeper than the unseen sandbar where he dove. You stated that Mr. Sewell had never been in this area before, was unfamiliar with it and nothing gave him any visual clue that the water where he dove was only about half the depth of what he believed. You asserted that alcohol played no part in his decision to dive from the boat, or the controlled manner in which he dove from the boat. You noted other people from other boats were doing so without incident. You indicated that according to

**Lincoln/Sewell 107**

Toxicologist, Dr. Thomas Arnold, "it is a certainty" that after several minutes of cardiac arrest and CPR being performed on Mr. Sewell that he would have accumulated a large amount of lactic acid in his blood "that explain the inaccurate reading on the hospital serum alcohol assay by simple interference with the measured enzyme." You stated that according to Dr. Thomas Arnold, the hospital serum toxicology results "could not possibly" be accurate and "alcohol played no causal role in Mr. Sewell's tragic accident. You indicated that Mr. Sewell and his fishing mates are late-50's age in professional gentleman, who were on a relaxed all-day fishing trip, "not young drunken fraternity boys." You provided quotes from what you described as an analogous ERISA case.

Included with the May 16, 2023 notice of appeal was a copy of a medical review dated April 28, 2023 prepared by Dr. Thomas Arnold, the affidavit of Timothy Sewell, affidavit of Gaye Sewell, affidavit of James Fenn, affidavit of Tiffany Weaver, affidavit of Paul Boswell, affidavit of Chris Boswell, CV for Thomas Clayton Arnold, MD, and Journal of Analytical Toxicology Article.

This appeal review and analysis considered all the medical and claim documentation contained in Mr. Sewell's Group Life and Long Term Disability administrative record, whether or not specifically referenced in this document.


**<u>Appeal Evaluation</u>**

To ensure a full and fair review on appeal, we have reviewed the information in the file in its entirety and have considered all information, facts and circumstances pertaining to this claim.

During the appeal evaluation, Mr. Sewell's file was reviewed by Dr. Peggy Geimer, an independent physician Board Certified in Internal Medicine and Preventive Medicine (Occupational Medicine). Based on a review of the evidence submitted in support of Mr. Sewell's claim, Dr. Geimer concluded the presence of alcohol in Mr. Sewell's blood caused or contributed to the accident which resulted in his cervical spine injury because it affected his judgment regarding safety and the dangers of diving into water of uncertain depth. Dr. Geimer noted that blood from Mr. Sewell was tested on the day of admission to Corpus Christi Medical Center and revealed alcohol at a concentration of 222 mg/dL. This is equivalent to a blood alcohol concentration of 0.222%. Mr. Sewell's hospital diagnoses included alcohol abuse with intoxication. The clinical review by Dr. Geimer noted that blood alcohol concentrations greater than 0.05% cause a state of increased euphoria, exaggerated behavior; reduced coordination, difficulty steering, reduced ability to track moving objects and reduced response to emergency driving situations. Blood alcohol concentrations greater than 0.08% impair muscle coordination (balance, speech, vision, reaction time, and hearing), detection of danger, judgment, self-control, reasoning, memory, concentration, perception, and reduce information processing capability. Blood alcohol concentrations above 0.10% impair reaction time and control. Blood alcohol concentrations above 0.16% cause major loss of balance, coordination, reaction time, attention to task and impairment in visual and auditory information processing.

Further the clinical review by Dr. Geimer indicated,

> *Timothy Sewell is a 58-year-old male who, on 8/28/21, sustained a traumatic spinal cord injury involving his cervical spine when he reportedly dove into shallow water from a boat. Among other findings, diagnostic imaging on admission revealed C4-C5 locked facet*

**Lincoln/Sewell 108**

*dislocation, C4- C5 anterior subluxation, cord edema from C2 to mid C6. Blood testing revealed and ethanol concentration of 222 mg/dL. This is equivalent to a blood alcohol concentration (BAC) of 0.222%. He underwent C4-C6 ACDF with plating. His encounter diagnoses as listed in the Continuity of Care Document were: unspecified injury at unspecified level of cervical spinal cord, initial, 3; contact with and (suspected) exposure to COVID 19; sepsis, unspecified organism; severe sepsis with septic shock quadriplegia, unspecified; pneumonia due to methicillin susceptible staph; acute respiratory failure with hypoxia; other shock; acute kidney failure, unspecified; unspecified effects of drowning and nonfatal submersion; hyperlipidemia, unspecified; spondylolisthesis, cervical region; alcohol abuse with intoxication, unspecified; essential (primary) hypertension; hypokalemia; anxiety disorder, unspecified; other specified heart block; unspecified atrial fibrillation; long-term (current) use of systemic steroids; presence of cardiac pacemaker; arthrodesis status; unspecified cause of accidental drowning and submersion, initial; other places as the place of occurrence of the external*

*cause; dislocation of C4-C5 cervical vertebrae, initial encounter. The claimant was transferred to Shepherd Center on 9/21/21 where he remained until 11/1/21. As of 12/14/22, his physician, Dr. Van Beest, noted that the claimant's diagnoses are quadriplegia and cervical translation injury with weakness/paralysis of all four extremities, numbness/altered sensation of body, neurogenic bladder and bowel, and restrictive lung disease. He has no functional use of hand/legs and cannot complete any activities of daily living. His condition is permanent.*

*Diving accidents comprise 1.2 – 22% of all spinal injuries and 2.5% of all cervical spinal trauma is linked to diving accidents. Shallow-water (maximum depth of 1.5 m) injuries due to dive or fall into shallow water have catastrophic neurological sequelae. The severity of the injury is closely related to the weight of the individual, the height of the jumping place as well as the depth of the water. Cervical spinal injuries are associated with significant morbidity and mortality and many individuals with cervical spinal injuries have permanent disabilities such as quadriplegia as seen in the claimant. Misinterpretation of the depth of water, careless behavior and alcohol consumption are risk factors for these accidents. In fact, alcohol use is involved in up to 70% of deaths associated with water recreation, like boating or swimming; nearly 25% of ED visits for drowning and 20% of boating deaths. The owner of the boat stated that he was aware that the depth of the water in the area of the accident was 4.5 to 5 feet deep, but no discussion of sandbars or water depth took place before Mr. Sewell dove into the water. Mr. Sewell acknowledged drinking beer on the boat during the day of his accident, this was confirmed by others. He had lunch at a dockside restaurant at 2:30 but there is no comment regarding what beverages he consumed at lunch. Mr. Sewell's blood alcohol*

*concentration was 0.222% on hospital admission. i, ii*

*Substances Found:*
*Alcohol: Blood from the claimant was tested on the day of admission to Corpus Christi Medical Center and revealed alcohol at a concentration of 222 mg/dL (High). This is equivalent to a blood alcohol concentration of 0.222%. Mr. Sewell's hospital diagnoses included alcohol abuse with intoxication. Blood alcohol concentrations greater than 0.05% cause a state of increased euphoria, exaggerated behavior; reduced coordination, difficulty steering, reduced ability to track moving objects and reduced response to emergency driving situations. Blood alcohol concentrations greater than 0.08% impair muscle coordination (balance, speech, vision, reaction time, and hearing), detection of danger,*

**Lincoln/Sewell 109**

*judgment, self-control, reasoning, memory, concentration, perception, and reduce information processing capability. Blood alcohol concentrations above 0.10% impair reaction time and control. Blood alcohol concentrations above 0.16% cause major loss of balance, coordination, reaction time, attention to task and impairment in visual and auditory information processing. iii, iv, v, vi*

*Comments on Affidavits submitted by Attorney McNamara: This were reviewed in their entirety. All agreed that Mr. Sewell was drinking on the boat of the day of his accident. Of interest is the fact that while all of the participants on the boat acknowledged stopping at a "dockside restaurant" around 2:30 PM, the name of the restaurant was not mentioned nor was their any mention of the quantity or type of beverages consumed by Mr. Sewell or others at this restaurant.*

*Comments on Medical Report from Dr. Thomas Arnold: Records including the Port Aransas EMS Run Report and Medical Records from Corpus Christi Medical Center were made available to Dr. Arnold for his review. These documents are not contained within the claim file, therefore the information regarding the clinical status prior to and at the time of admission cannot be confirmed. He comments regarding the validity of the hospital's alcohol testing results are in question as well as they appear to be based primarily on statements from individuals on the boat that Mr. Sewell did exhibit "signs of severe intoxication". As mentioned above, Mr. Sewell's doctors made and documented in the record the diagnosis of alcohol abuse with intoxication casting doubt on the opinion of lay bystanders.*

On July 14, 2023, we sent you a letter which included a copy of the clinical review that was performed in connection with Mr. Sewell's request for appeal. You were given an opportunity to review and respond with any additional information that you would like considered before a final determination was made on the appeal. A deadline for response was given of August 04, 2023.

In support of Mr. Sewell's claim, the following additional information was received:

- Affidavit of Timothy Sewell (dated July 20, 2023)

- Affidavit of Tiffany Weaver (dated July 20, 2023)

- Affidavit of James Fenn (dated July 24, 2023)

- Affidavit of Chris Boswell (dated July 29, 2023)

- Affidavit of Paul Boswell (dated August 16, 2023)

- Copy of appeal exhibits 001-029 (previously on file)

- Appeal exhibits 030-269 not previously on file which include the following documents:

    - Signed Affidavit of Tim Sewell
    - Signed Affidavit of Gaye Sewell
    - Signed Affidavit of James Fenn
    - Signed Affidavit of Tiffany Weaver
    - Signed Affidavit of Paul Boswell
    - Signed Affidavit of Chris Boswell

- Photograph of Tim and Gaye Sewell
- Port Aransas EMS Report
- Corpus Christi Medical Center Medical Records
- Affidavit of John Price McNamara, Esq.

Following receipt of the additional information received in connection with Mr. Sewell's appeal including medical records from Corpus Christi Medical Center – Bay Area, Port Aransas EMS Patient Care Record and additional affidavits, his file was referred for an addendum review by independent Internal Medicine and Preventive Medicine (Occupational Medicine) physician, Dr. Peggy Geimer who concluded review of the newly available records did not alter her prior assessment. The addendum review stated in part,

> *Blood from the claimant was tested on the day of admission to Corpus Christi Medical Center and revealed serum alcohol concentration of 222 mg/dL. This is equivalent to a blood alcohol concentration of 0.222%. While blood alcohol concentrations (BAC) most often refer to serum ethanol (alcohol) concentrations; whole blood alcohol concentrations may be used and are somewhat lower because serum and plasma contain more water than whole blood. The ratio of ethanol in serum or plasma to whole blood has been reported to be in the range of 1.09 to 1.18. As noted in the Medical Review by Thomas Arnold, MD submitted by the claimant's attorney, he used the middle of this range (16.5%) to calculate the claimant's whole blood alcohol concentration as 0.185 grams % at the time of his hospitalization. Dr. Arnold also proposed that the claimant's BAC was closer to 0.219 grams% at the time of his injury by using generally accepted population average of alcohol metabolism. I have no disagreement with his calculations. However, I disagree with Dr. Arnold's statement that "serum alcohol level reported at the hospital cannot possibly be accurate." The results were never question by the treating providers and multiple physicians included the "Alcohol intoxication" and "ETOH intoxication" in their impression of the claimant's acute medical problems. There hospital's testing laboratory is required to follow strict guidelines in their testing. There is no evidence that the hospital's testing was flawed. Dr Arnold stated that the claimant would have accumulated large amounts of lactic acid in his blood that impacted the hospital serum alcohol assay. The initial hospital testing showed only mild acidosis on arterial blood gas testing (ABG) and lactic acid testing was not performed. Lactic acidosis is not mentioned anywhere in the submitted medical records nor did the claimant receive any of the medications typically used in the treatment of lactic acidosis.*

> *Blood alcohol concentrations greater than 0.05% cause a state of increased euphoria, exaggerated behavior; reduced coordination, difficulty steering, reduced ability to track moving objects and reduced response to emergency driving situations. Blood alcohol concentrations greater than 0.08% impair muscle coordination (balance, speech, vision, reaction time, and hearing), detection of danger, judgment, self-control, reasoning, memory, concentration, perception, and reduce information processing capability. Blood alcohol concentrations above 0.10% impair reaction time and control. Blood alcohol concentrations above 0.16% cause major loss of balance, coordination, reaction time, attention to task and impairment in visual and auditory information processing. The presence of alcohol in Mr. Sewell's blood caused or contributed to the accident which resulted in his cervical spine injury because it affected his judgment regarding safety and the dangers of diving into water of uncertain depth.*

**Lincoln/Sewell 111**

*It should be noted that the claimant swore that he made a shallow dive into the water (less than a 45-degree angle). In affidavits from May 2023, three witnesses swore that the claimant dove "straight out from the boat, not in a downward direction." However, in Port Aransas EMS Patient Care Report dated 8/28/21, it was noted that witness on the boat with the claimant advised them that they watched the claimant perform a headfirst dive into shallow water.*

The additional information received with Mr. Sewell's appeal has been considered, however, the information received on appeal is not sufficient to alter the prior conclusion that the presence of alcohol in Mr. Sewell's blood caused or contributed to the accident which resulted in his cervical spine injury.

## **Conclusion**

We conducted a thorough and independent review of the entire claim. Based on the facts of the case and the terms of the Policy, we maintain that Mr. Sewell's accident was caused by or, at a minimum, contributed to by the influence of alcohol in his blood. Therefore, the Policy exclusion applies and no accidental dismemberment benefits are payable.

This claim decision reflects an evaluation of the claim facts and Policy provisions.

## **The Policy**

The McLarens, LLC Group Life Policy states, in part:

*Benefits*

*Accidental Death and Dismemberment benefits are payable when a Covered Person suffers a loss solely as the result of accidental Injury that occurs while covered. The loss must occur within 365 days after the date of the accident. The benefit payable is called the Full Amount. It is shown in the Schedule of Benefits...*

*"**Injury**" means bodily impairment resulting directly from an accident and independently of all other causes.*

*ACCIDENTAL DEATH AND DISMEMBERMENT EXCLUSIONS*

*No benefits are payable for any loss that is contributed to or caused by:*
*...*
*11. the presence of alcohol in the Covered Person's blood which raises a presumption that the Covered Person was under the influence of alcohol and contributed to the cause of the accident. The blood alcohol level is governed by the jurisdiction of the state in which the accident occurred; or...*

*"**Proof**" means the evidence in support of a claim for benefits and includes, but is not limited to, the following:*

**Lincoln/Sewell 112**

*1. a claim form completed and signed (or otherwise formally submitted) by the Covered Employee or his beneficiary claiming benefits;*
*2. an attending Physician's statement completed and signed (or otherwise formally submitted) by the Covered Person's attending Physician; and*
*3. the provision by the attending Physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits;*
*4. a certified copy of a death certificate.*

*Proof must be submitted in a form or format satisfactory to Lincoln.*

Under the Employee Retirement Income Security Act (ERISA) appeal guidelines, Mr. Sewell was entitled to appeal the decision made by Lincoln, and to submit any additional information he wished to be considered as part of the appeal. Lincoln has conducted a full and fair review of this appeal and we have determined that the denial of benefits will be maintained.

At this time, your administrative right to review has been exhausted and no further review will be conducted by Lincoln. You may request to receive, free of charge, copies of all documents relevant to the claim. You have the right to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on review.

The McLarens, LLC Group Life Policy contains the below provision:

***Legal Proceedings***

*A claimant or the claimant's authorized representative cannot start any legal action:*

*1. until 60 days after Proof of claim has been given; or*
*2. more than one year after the time Proof of claim is required.*

*Legal actions are contingent upon first having followed the Claims and Appeals procedure outlined in this policy.*

The McLarens, LLC Group Life Policy has a contractual limitations period of one year, which means that a lawsuit must be brought within one year after the date written proof of claim was required. The date on which the contractual limitations period expires for this claim is September 26, 2024.

Nothing in this letter should be construed as a waiver of any Lincoln National Life Insurance Company rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

Decisions made by Lincoln are based on the provisions outlined in McLarens, LLC Group Life Policy. No internal rules, guidelines, protocols, standard or other similar criteria were relied upon in rendering the claim determination.

If you require language translation assistance, please contact Lincoln to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

**Lincoln/Sewell 113**

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį̨' dóó ná'ookąąh nííní'ą̨ago naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį̨ł nínízingo doo bą́ą́h ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.


If you have any questions regarding this matter, please contact me.


Sincerely,

Tawnya Valliere
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 334-0401



**LAW OFFICES**
— OF —
**J. PRICE MCNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

**HOLDING INSURANCE COMPANIES TO THEIR PROMISES**

September 19, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

Lincoln National Life Insurance Co.
Disability & Life Claims
**Attn: Tawnya Valliere**
P.O. Box 2578
Omaha, NE 68172-9688

> Re:  **Claimant: Timothy Sewell**
> **Claim Number: 12885926**
> **Policy Number: SA3-890-LF0483-01**
> **Policy Holder: McLarens, LLC**
> **Waiver of Premium Benefits-Group Life Insurance**

Dear Ms. Valliere,

This is notice that suit will be filed Monday, October 2, 2023, at noon if we have not received a favorable claim decision by then. There is no evidence of record, and no conceivable evidence to carry Lincoln's burden of proof on its exclusion denial. We are presently well beyond all claim-decision deadlines.

**Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).**

With kind regards, I remain

Sincerely,

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej

# FILEVINE

## Fax Confirmation

**To:** (603) 334-0401      **From:** (225) 201-8313

**Doc:** Fax_Sewell - Ltr to Lincoln Re AD&D Claim Decision - 09-19-23_2023-09-19-0633-PDT.pdf      **Pages:** 1

**Sent:** September 19, 2023 6:33 AM PDT      **Rec'd:** September 19, 2023 6:34 AM PDT



**LAW OFFICES**
—— OF ——
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
**www.jpricemcnamara.com**

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

September 19, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

Lincoln National Life Insurance Co.
Disability & Life Claims
**Attn: Tawnya Valliere**
P.O. Box 2578
Omaha, NE 68172-9688

> **Re:    Claimant: Timothy Sewell**
> **Claim Number: 12885926**
> **Policy Number: SA3-890-LF0483-01**
> **Policy Holder: McLarens, LLC**
> **Waiver of Premium Benefits-Group Life Insurance**

Dear Ms. Valliere,

  This is notice that suit will be filed Monday, October 2, 2023, at noon if we have not received a favorable claim decision by then. There is no evidence of record, and no conceivable evidence to carry Lincoln's burden of proof on its exclusion denial. We are presently well beyond all claim-decision deadlines.

  **Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).**

  With kind regards, I remain

Sincerely,

*J. Price McNamara*
**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej

**Lincoln/Sewell 117**



**LAW OFFICES**
OF
**J. PRICE McNAMARA**

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

**HOLDING INSURANCE COMPANIES TO THEIR PROMISES**

September 11, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

Lincoln National Life Insurance Co.
Disability & Life Claims
**Attn: Tawnya Valliere**
P.O. Box 2578
Omaha, NE 68172-9688

Re:    **Claimant: Timothy Sewell**
        **Claim Number: 12885926**
        **Policy Number: SA3-890-LF0483-01**
        **Policy Holder: McLarens, LLC**
        **Waiver of Premium Benefits-Group Life Insurance**

Dear Ms. Valliere,

    Enclosed are the affidavits of Chris Boswell and Paul Boswell which were sent to Lincoln by fax and certified mail. Also enclosed are confirmation of successful fax delivery and a certified mail delivery confirmation receipts.

    **Please confirm receipt of the affidavits of Chris Boswell and Paul Boswell by email (support@jpricemcnamara.com) or fax (225-201-8313).**

    With kind regards, I remain

Sincerely,

J. Price McNamara
Law Offices of J. Price McNamara

JPM/ecj
Enclosure

**Lincoln/Sewell 118**



**LAW OFFICES**
— OF —
**J. PRICE MCNAMARA**

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

August 8, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

Lincoln National Life Insurance Co.
Disability & Life Claims
**Attn: Tawnya Valliere**
P.O. Box 2578
Omaha, NE 68172-9688

> Re:   **Claimant: Timothy Sewell**
> **Claim Number: 12885926**
> **Policy Number: SA3-890-LF0483-01**
> **Policy Holder: McLarens, LLC**
> **Waiver of Premium Benefits-Group Life Insurance**

Dear Ms. Valliere,

In response to Lincoln's letter of August 4, 2023, Mr. Sewell provides the affidavit of Chris Boswell which concludes our submission on appeal at this time. Please resume the appeal review.

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

*Price McNamara*

**J. Price McNamara**
Law Offices of J. Price McNamara

JPM/eej
Enclosure

**Lincoln/Sewell 119**

PARISH/COUNTY OF _____

STATE OF _____

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

### CHRIS BOSWELL

who after being duly sworn, did depose and state the following:

1. I had lunch with Tim Sewell on the afternoon of his diving accident at Woody's Sports Center in Port Aransas.

2. I do not recall Tim Sewell consuming any alcohol-containing beverages with his lunch or while at Woody's Sports Center.

3. The above is true and based upon personal knowledge.

_____
**CHRIS BOSWELL**

Sworn to and subscribed
before me this 29th day
of JULY , 2023.

_____
NOTARY PUBLIC
Notary/Bar No.: 125430844
My Commission Expires 11/25/2024

MEHAR KHAN
Notary ID #125430844
My Commission Expires
November 25, 2024

# ☰ FILEVINE

## Fax Confirmation

**To:** (603) 334-0401

**From:** (225) 201-8313

**Doc:** Fax_Sewell - Ltr to Lincoln FWD Boswell Affidavit & Req Resume Review - 08-08-23_2023-08-08-1320-PDT.pdf

**Pages:** 2

**Sent:** August 8, 2023 1:21 PM PDT

**Rec'd:** August 8, 2023 1:22 PM PDT

**Lincoln/Sewell 121**



**LAW OFFICES**
— of —
**J. PRICE MCNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

August 21, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

Lincoln National Life Insurance Co.
Disability & Life Claims
**Attn: Tawnya Valliere**
P.O. Box 2578
Omaha, NE 68172-9688

> Re: **Claimant: Timothy Sewell**
> **Claim Number: 12885926**
> **Policy Number: SA3-890-LF0483-01**
> **Policy Holder: McLarens, LLC**
> **Waiver of Premium Benefits-Group Life Insurance**

Dear Ms. Valliere,

Enclosed is the affidavit of Paul Boswell which concludes our submission on appeal at this time.

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

*J. Price McNamara*

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej
Enclosure

**Lincoln/Sewell 122**



**UNITED STATES**
**POSTAL SERVICE**

September 8, 2023

Dear McNamara Law:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9956 2005 3567 85**.

| Item Details | |
|---|---|
| **Status:** | Delivered, PO Box |
| **Status Date / Time:** | August 14, 2023, 5:01 am |
| **Location:** | OMAHA, NE 68108 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | LINCOLN NATIONAL LIFE INSURANCE CO  Disability |

| Shipment Details | |
|---|---|
| **Weight:** | 1.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | X |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**Lincoln/Sewell 123**

**PARISH/COUNTY OF** Dallas

**STATE OF** Texas

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

### PAUL BOSWELL

who after being duly sworn, did depose and state the following:

1.  I had lunch with Tim Sewell on the afternoon of his diving accident at Woody's Sports Center in Port Aransas.

2.  ~~I do not recall Tim Sewell consuming any alcohol-containing beverages with his lunch~~ or while at Woody's Sports Center.

3.  The above is true and based upon personal knowledge.

_Paul Bull_
**PAUL BOSWELL**

Sworn to and subscribed
before me this _16th_ day
of _August_ , 20_23_ .

_Lashandra Long Ashwood_
NOTARY PUBLIC
Notary/Bar No.: _132238997_
My Commission Expires _11-5-2083_

LASHANDRA LONG ASHWOOD
Notary ID #132238997
My Commission Expires
November 5, 2023

**Lincoln/Sewell 124**

# ᐯ FILEVINE

## Fax Confirmation

**To:** (603) 334-0401

**From:** (225) 201-8313

**Doc:** Fax_Sewell - Ltr to Lincoln FWD Boswell Affidavit - 08-21-23_2023-08-21-1259-PDT.pdf

**Pages:** 2

**Sent:** August 21, 2023 12:59 PM PDT

**Rec'd:** August 21, 2023 1:00 PM PDT

**Lincoln/Sewell 125**

 **UNITED STATES POSTAL SERVICE**

September 8, 2023

Dear McNamara Law:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9956 2069 8849 96**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, PO Box |
| **Status Date / Time:** | August 28, 2023, 5:02 am |
| **Location:** | OMAHA, NE 68108 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | LINCOLN NATIONAL LIFE INSURANCE CO  Disability |

## Shipment Details

| | |
|---|---|
| **Weight:** | 1.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**Lincoln/Sewell 126**



# Fax Confirmation

**To:** (603) 334-0401        **From:** (225) 201-8313

**Doc:** Fax_Sewell - Ltr to Lincoln Req Conf of Boswell Affidavits - 09-11-23_2023-09-11-0705-PDT.pdf        **Pages:** 9

**Sent:** September 11, 2023 7:12 AM PDT        **Rec'd:** September 11, 2023 7:14 AM PDT

**Lincoln/Sewell 127**



## LAW OFFICES
OF
## J. PRICE McNAMARA

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

### HOLDING INSURANCE COMPANIES TO THEIR PROMISES

September 11, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

Lincoln National Life Insurance Co.
Disability & Life Claims
**Attn: Tawnya Valliere**
P.O. Box 2578
Omaha, NE 68172-9688

Re:    **Claimant: Timothy Sewell**
       **Claim Number: 12885926**
       **Policy Number: SA3-890-LF0483-01**
       **Policy Holder: McLarens, LLC**
       **Waiver of Premium Benefits-Group Life Insurance**

Dear Ms. Valliere,

    Enclosed are the affidavits of Chris Boswell and Paul Boswell which were sent to Lincoln by fax and certified mail. Also enclosed are confirmation of successful fax delivery and a certified mail delivery confirmation receipts.

    **Please confirm receipt of the affidavits of Chris Boswell and Paul Boswell by email (support@jpricemcnamara.com) or fax (225-201-8313).**

    With kind regards, I remain

Sincerely,

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej
Enclosure

Batch: 008256386, Audit Trail: 008256386 2, Printed by: velo11, 9/11/2023 12:26 PM

**Lincoln/Sewell 128**



**LAW OFFICES**
OF
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
**www.jpricemcnamara.com**

**HOLDING INSURANCE COMPANIES TO THEIR PROMISES**

August 8, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

Lincoln National Life Insurance Co.
Disability & Life Claims
**Attn: Tawnya Valliere**
P.O. Box 2578
Omaha, NE 68172-9688

>        Re:   **Claimant: Timothy Sewell**
>              **Claim Number: 12885926**
>              **Policy Number: SA3-890-LF0483-01**
>              **Policy Holder: McLarens, LLC**
>              **Waiver of Premium Benefits-Group Life Insurance**

Dear Ms. Valliere,

    In response to Lincoln's letter of August 4, 2023, Mr. Sewell provides the affidavit of Chris Boswell which concludes our submission on appeal at this time. Please resume the appeal review.

    Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

    With kind regards, I remain

                              Sincerely,

                              *[signature]*

                              **J. Price McNamara**
                              **Law Offices of J. Price McNamara**

JPM/eej
Enclosure

Batch: 008256386, Audit Trail: 008256386 3, Printed by: velol1, 9/11/2023 12:26 PM

**Lincoln/Sewell 129**

PARISH/COUNTY OF _____

STATE OF _____

**AFFIDAVIT**

**BEFORE ME**, the undersigned authority, came and appeared:

**CHRIS BOSWELL**

who after being duly sworn, did depose and state the following:

1.  I had lunch with Tim Sewell on the afternoon of his diving accident at Woody's Sports Center in Port Aransas.

2.  I do not recall Tim Sewell consuming any alcohol-containing beverages with his lunch or while at Woody's Sports Center.

3.  The above is true and based upon personal knowledge.

_____
**CHRIS BOSWELL**

Sworn to and subscribed
before me this 29th day
of July , 2023 .

_____
NOTARY PUBLIC
Notary/Bar No.: 125430844
My Commission Expires 11/25/2024

MEHAR KHAN
Notary ID #125430844
My Commission Expires
November 25, 2024

PAGE 3/9 * RCVD AT 9/11/2023 10:12:02 AM [Eastern Daylight Time] * SVR:VA1PWFAX401/0 * DNIS:6033340401 * CSID:+12252018313 * ANI:12252018313 * DURATION (mm-ss):02-20
Batch: 008256386, Audit Trail: 008256386  , Printed by: velol1, 9/11/2023 12:26 PM

**Lincoln/Sewell 130**



# FILEVINE

## Fax Confirmation

**To:** (603) 334-0401  **From:** (225) 201-8313

**Doc:** Fax_Sewell - Ltr to Lincoln FWD Boswell Affidavit & Req Resume Review - 08-08-23_2023-08-08-1320-PDT.pdf  **Pages:** 2

**Sent:** August 8, 2023 1:21 PM PDT  **Rec'd:** August 8, 2023 1:22 PM PDT

Batch: 008256386, Audit Trail: 008256386 5, Printed by: velol1, 9/11/2023 12:26 PM

**Lincoln/Sewell 131**

 **UNITED STATES POSTAL SERVICE**

September 8, 2023

Dear McNamara Law:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8118 9956 2005 3567 85.**

### Item Details

| | |
|---|---|
| **Status:** | Delivered, PO Box |
| **Status Date / Time:** | August 14, 2023, 5:01 am |
| **Location:** | OMAHA, NE 68108 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | LINCOLN NATIONAL LIFE INSURANCE CO  Disability |

### Shipment Details

| | |
|---|---|
| **Weight:** | 1.0oz |

### Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**Lincoln/Sewell 132**



**LAW OFFICES**
OF
**J. PRICE McNAMARA**

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

**HOLDING INSURANCE COMPANIES TO THEIR PROMISES**

August 21, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

Lincoln National Life Insurance Co.
Disability & Life Claims
**Attn: Tawnya Valliere**
P.O. Box 2578
Omaha, NE 68172-9688

<div style="margin-left:30%">

Re:     **Claimant: Timothy Sewell**
          **Claim Number: 12885926**
          **Policy Number: SA3-890-LF0483-01**
          **Policy Holder: McLarens, LLC**
          **Waiver of Premium Benefits-Group Life Insurance**

</div>

Dear Ms. Valliere,

Enclosed is the affidavit of Paul Boswell which concludes our submission on appeal at this time.

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

J. Price McNamara
Law Offices of J. Price McNamara

JPM/eej
Enclosure

Batch: 008256386, Audit Trail: 008256386 7, Printed by: velo11, 9/11/2023 12:26 PM

**Lincoln/Sewell 133**

**PARISH/COUNTY OF** Dallas

**STATE OF** Texas

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

### PAUL BOSWELL

who after being duly sworn, did depose and state the following:

1. I had lunch with Tim Sewell on the afternoon of his diving accident at Woody's Sports Center in Port Aransas.

2. ~~I do not recall Tim Sewell consuming any alcohol-containing beverages with his lunch~~ or while at Woody's Sports Center.

3. The above is true and based upon personal knowledge.

_____
PAUL BOSWELL

Sworn to and subscribed
before me this 16th day
of August, 2023.

_La Shandra Long Ashwood_
NOTARY PUBLIC
Notary/Bar No.: 132238997
My Commission Expires 11-5-2023

LASHANDRA LONG ASHWOOD
Notary ID #132238997
My Commission Expires
November 5, 2023

Batch: 008256386, Audit Trail: 008256386 8, Printed by: velo1l, 9/11/2023 12:26 PM

**Lincoln/Sewell 134**



# ▼ FILEVINE™

## Fax Confirmation

To:   (603) 334-0401                          From:   (225) 201-8313

Doc:   Fax_Sewell - Ltr to Lincoln FWD
Boswell Affidavit -
08-21-23_2023-08-21-1259-PDT.pdf            Pages:   2

Sent:   August 21, 2023 12:59 PM PDT          Rec'd:   August 21, 2023 1:00 PM PDT

PAGE 8/9 * RCVD AT 9/11/2023 10:12:02 AM [Eastern Daylight Time] * SVR:VA1PWFAX401/0 * DNIS:6033340401 * CSID:+12252018313 * ANI:12252018313 * DURATION (mm-ss):02-20
Batch: 008256386, Audit Trail: 008256386 9, Printed by: velol1, 9/11/2023 12:26 PM

**Lincoln/Sewell 135**


**UNITED STATES**
**POSTAL SERVICE**

September 8, 2023

Dear McNamara Law:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8118 9956 2069 8849 96**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, PO Box |
| **Status Date / Time:** | August 28, 2023, 5:02 am |
| **Location:** | OMAHA, NE 68108 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | LINCOLN NATIONAL LIFE INSURANCE CO  Disability |

## Shipment Details

| | |
|---|---|
| **Weight:** | 1.0oz |

## Recipient Signature



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**Lincoln/Sewell 136**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| McLarens, LLC | Timothy Sewell | 12885926 |

| Report Date: | 09/07/2023 | | |
|---|---|---|---|
| Referred By: | Tawnya Valliere | Claimant DOB: | |
| Referral Date: | 08/30/2023 | Job Title: | National General Adjuster |
| Due Date: | 09/08/2023 | Medical/ Surgical Condition: | quadriplegia |
| Referral Type: | Direct Referral - Previously Reviewed by this ICP | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LIFE |
| Other Considerations | TCMS Special Circumstance | LDW: | 08/25/2021 |
| | | DOD: | 08/28/2021 |
| Physical Demands: | | BBD: | |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

Note: The following report and conclusions have been updated based on the receipt of additional medical records from Corpus Christi Medical Center – Bay Area, Port Aransas EMS Patient Care Record and additional affidavits.

Questions

Please review and comment on the additional information submitted since your prior review on 06/07/2023 and please advise whether the additional information alters your prior assessment. Please explain why or why not.

Response: Review of the newly available records does not alter my prior assessment.

Blood from the claimant was tested on the day of admission to Corpus Christi Medical Center and revealed serum alcohol concentration of 222 mg/dL. This is equivalent to a blood alcohol concentration of 0.222%. While blood alcohol concentrations (BAC) most often refer to serum ethanol (alcohol) concentrations; whole blood alcohol concentrations may be used and are somewhat lower because serum and plasma contain more water than whole blood. The ratio of ethanol in serum or plasma to whole blood has been reported to be in the range of 1.09 to 1.18. As noted in the Medical Review by Thomas Arnold, MD submitted by the claimant's attorney, he used the middle of this range (16.5%) to calculate the claimant's whole blood alcohol concentration as 0.185 grams % at the time of his hospitalization. Dr. Arnold also proposed that the claimant's BAC was closer to 0.219 grams% at the time of his injury by using generally accepted population average of alcohol metabolism. I have no disagreement with his calculations. However, I disagree with Dr. Arnold's statement that "serum alcohol level reported at the hospital cannot possibly be accurate." The results were never question by the treating providers and multiple physicians included the "Alcohol intoxication" and "ETOH intoxication" in their impression of the claimant's acute medical problems. There hospital's testing laboratory is required to follow strict guidelines in their testing. There is no evidence that the hospital's testing was flawed. Dr Arnold stated that the claimant would have accumulated large amounts of lactic acid in his blood that impacted the hospital serum alcohol

assay. The initial hospital testing showed only mild acidosis on arterial blood gas testing (ABG) and lactic acid testing was not performed. Lactic acidosis is not mentioned anywhere in the submitted medical records nor did the claimant receive any of the medications typically used in the treatment of lactic acidosis.

Blood alcohol concentrations greater than 0.05% cause a state of increased euphoria, exaggerated behavior; reduced coordination, difficulty steering, reduced ability to track moving objects and reduced response to emergency driving situations. Blood alcohol concentrations greater than 0.08% impair muscle coordination (balance, speech, vision, reaction time, and hearing), detection of danger, judgment, self-control, reasoning, memory, concentration, perception, and reduce information processing capability. Blood alcohol concentrations above 0.10% impair reaction time and control. Blood alcohol concentrations above 0.16% cause major loss of balance, coordination, reaction time, attention to task and impairment in visual and auditory information processing. The presence of alcohol in Mr. Sewell's blood caused or contributed to the accident which resulted in his cervical spine injury because it affected his judgment regarding safety and the dangers of diving into water of uncertain depth.

It should be noted that the claimant swore that he made a shallow dive into the water (less than a 45-degree angle). In affidavits from May 2023, three witnesses swore that the claimant dove "straight out from the boat, not in a downward direction." However, in Port Aransas EMS Patient Care Report dated 8/28/21, it was noted that witness on the boat with the claimant advised them that they watched the claimant perform a headfirst dive into shallow water.

*Records reviewed:*
- Corpus Christy Medical Center: Continuity of Care Document created 12/5/22 – Contains partial medical records for 08/28/2021.
- Shepherd Center; Restrictions Form; signed 11/1/21.
- Shepherd Center; Partial medical records date 9/21/21, 10/29/21, 11/1/21 and lab/imaging results – various dates beginning 9/21/21.
- Dismemberment Claim Form; signed by Gaye Sewell POA – 11/30/22 and Dominique Van Beest, MD on 11/17/22.
- Dominique Van Beest, MD; LTD Attending Physician Form; dated 12/14/22.
- Multiple letters from Attorney J. Price McNamara including last letter in claim file dated 6/2/23.
- Multiple letters from Attorney J. Price McNamara including last letter in claim file dated 8/30/23.
- Multiple Affidavits included with Attorney McNamara's letter dated 5/16/23.
- Multiple Affidavits included with Attorney McNamara's letters dated 7/25/23, 8/8/23 and 8/21/23.
- Medical Review dated 4/28/23 by Dr. Thomas Arnold, MD, FAAEM, FACMT, Emergency Medicine and included with Attorney McNamara's letter dated 5/16/23.
- Texas Parks and Wildlife Records Department; email dated 11/14/22.
- Port Aransas EMS – Patient Care Record; dated 8/28/21

*Updated Assessment:* Timothy Sewell is a 58-year-old male who, on 8/28/21, sustained a traumatic spinal cord injury involving his cervical spine when he reportedly dove into shallow water from a boat. Among other findings, diagnostic imaging on admission revealed C4-C5 locked facet dislocation, C4-C5 anterior subluxation, cord edema from C2 to mid C6. Blood testing revealed an ethanol concentration of 222 mg/dL. This is equivalent to a blood alcohol concentration (BAC) of 0.222%. He underwent C4-C6 ACDF with plating. His encounter diagnoses as listed in the Continuity of Care Document were: unspecified injury at unspecified level of cervical spinal cord, initial, 3; contact with and (suspected) exposure to COVID 19; sepsis, unspecified organism; severe sepsis with septic shock quadriplegia, unspecified; pneumonia due to methicillin susceptible staph; acute

respiratory failure with hypoxia; other shock; acute kidney failure, unspecified; unspecified effects of drowning and nonfatal submersion; hyperlipidemia, unspecified; spondylolisthesis, cervical region; alcohol abuse with intoxication, unspecified; essential (primary) hypertension; hypokalemia; anxiety disorder, unspecified; other specified heart block; unspecified atrial fibrillation; long-term (current) use of systemic steroids; presence of cardiac pacemaker; arthrodesis status; unspecified cause of accidental drowning and submersion, initial; other places as the place of occurrence of the external cause; dislocation of C4-C5 cervical vertebrae, initial encounter. The claimant was transferred to Shepherd Center on 9/21/21 where he remained until 11/1/21. As of 12/14/22, his physician, Dr. Van Beest, noted that the claimant's diagnoses are quadriplegia and cervical translation injury with weakness/paralysis of all four extremities, numbness/altered sensation of body, neurogenic bladder and bowel, and restrictive lung disease. He has no functional use of hand/legs and cannot complete any activities of daily living. His condition is permanent.

Diving accidents comprise 1.2 – 22% of all spinal injuries and 2.5% of all cervical spinal trauma is linked to diving accidents. Shallow-water (maximum depth of 1.5 m) injuries due to dive or fall into shallow water have catastrophic neurological sequelae. The severity of the injury is closely related to the weight of the individual, the height of the jumping place as well as the depth of the water. Cervical spinal injuries are associated with significant morbidity and mortality and many individuals with cervical spinal injuries have permanent disabilities such as quadriplegia as seen in the claimant. Misinterpretation of the depth of water, careless behavior and alcohol consumption are risk factors for these accidents. In fact, alcohol use is involved in up to 70% of deaths associated with water recreation, like boating or swimming; nearly 25% of ED visits for drowning and 20% of boating deaths. The owner of the boat stated that he was aware that the depth of the water in the area of the accident was 4.5 to 5 feet deep, but no discussion of sandbars or water depth took place before Mr. Sewell dove into the water. Mr. Sewell acknowledged drinking beer on the boat during the day of his accident, this was confirmed by others. The claimant swore that he drank no alcohol during his lunch at the Woody's Sports Center. However, Mr. Sewell's serum alcohol concentration was 0.222% on hospital admission. [i, ii]

*Substances Found (Updated):*
*Alcohol:* Serum from the claimant was tested on the day of admission to Corpus Christi Medical Center and revealed alcohol at a concentration of 222 mg/dL (High). This is equivalent to a blood alcohol concentration of 0.222%. While blood alcohol concentrations (BAC) most often refer to serum ethanol (alcohol) concentrations; whole blood alcohol concentrations may be used and are somewhat lower because serum and plasma contain more water than whole blood. The ratio of ethanol in serum or plasma to whole blood has been reported to be in the range of 1.09 to 1.18. As noted in the Medical Review by Thomas Arnold, MD submitted by the claimant's attorney, he used the middle of this range (16.5%) to calculate the claimant's whole blood alcohol concentration as 0.185 grams % at the time of his hospitalization. Dr. Arnold also proposed that the claimant's BAC was closer to 0.219 grams% at the time of his injury by using generally accepted population average of alcohol metabolism. I have no disagreement with his calculations. However, I disagree with Dr. Arnold's statement that "serum alcohol level reported at the hospital cannot possibly be accurate." The results were never question by the treating providers and multiple physicians included the "Alcohol intoxication" and "ETOH intoxication" in their impression of the claimant's acute medical problems. There hospital's testing laboratory is required to follow strict guidelines in their testing. There is no evidence that the hospital's testing was flawed. Dr Arnold stated that the claimant would have accumulated large amounts of lactic acid in his blood that impacted the hospital serum alcohol assay. The initial hospital testing showed only mild acidosis on arterial blood gas testing (ABG) and lactic acid testing was not performed. Lactic acidosis is not mentioned anywhere in the submitted medical records nor did the claimant receive any of the medications typically used in the treatment of lactic acidosis.

Blood alcohol concentrations greater than 0.05% cause a state of increased euphoria, exaggerated behavior; reduced coordination, difficulty steering, reduced ability to track moving objects and reduced response to emergency driving situations. Blood alcohol concentrations greater than 0.08% impair muscle coordination (balance, speech, vision, reaction time, and hearing), detection of danger, judgment, self-control, reasoning, memory, concentration, perception, and reduce information processing capability. Blood alcohol concentrations above 0.10% impair reaction time and control. Blood alcohol concentrations above 0.16% cause major loss of balance, coordination, reaction time, attention to task and impairment in visual and auditory information processing. [iii, iv, v, vi, vii]

Updated Comments on Affidavits submitted by Attorney McNamara: This were reviewed in their entirety. All agreed that Mr. Sewell was drinking on the boat of the day of his accident. All of the participants on the boat acknowledged stopping at a "dockside restaurant" around 2:30 PM, the name of the restaurant was not mentioned nor was there any mention of the quantity or type of beverages consumed by Mr. Sewell or others at this restaurant. In subsequent affidavits, these witnesses swore that they could not recall the claimant consuming any alcohol containing beverages at Woody's Sport's Center. The claimant swore in a later affidavit that he did not consume any alcohol-containing beverages at Woody's Sports Center.

The claimant's initial affidavit dated 4/21/23 stated that the "dive" he made was a shallow dive off the side of the rear deck of the boat. "It was more flat or horizontal in orientation with the water, and in more an outward direction of from the boat, less than at a 45 degree angle to the water." I also did not forcefully spring with my legs for the dive. It was a light push with my legs, very well controlled and deliberate, and with barely any real push of the legs at all." "From the manner in which I dove, there is no way I could have hit the bottom if the water had been chest or neck deep, or four to five feet deep where I entered as I had assumed." Others (James Fenn – 5/2/23, Tiffany Weaver – 5/2/23, and Paul Boswell – 5/3/23) swore in their initial affidavits that they saw the claimant as he dove "straight out from the boat, not in a downward direction." However, witnesses told EMS responders that they observed the claimant diving headfirst into shallow water.

Updated Comments on Medical Report from Dr. Thomas Arnold: Records including the Port Aransas EMS Run Report and Medical Records from Corpus Christi Medical Center were made available to Dr. Arnold for his review. He comments regarding the validity of the hospital's alcohol testing results are in question as well as they appear to be based primarily on statements from individuals on the boat that Mr. Sewell did exhibit not "signs of severe intoxication". As mentioned above, Mr. Sewell's doctors made and documented in the record the diagnosis of alcohol abuse with intoxication casting doubt on the opinion of lay bystanders.

*Updated Historical:*
*Medical Records*
Corpus Christy Medical Center: 8/28/21: Continuity of Care Document
Problems: Respiratory arrest, drowning and shock. Administered medications listed. CTA Head: Redemonstration of a high grade 3 column injury at C4-C5, with bilateral perched facets, likely disruptions of the anterior longitudinal ligament, posterior longitudinal ligament and ligamentum flavum and probable underlying cord compromise. Complete occlusion of right vertebral artery, consistent with high-grade vascular injury. Additional vessel occlusion of the left PCA P3 segment within the brain. Underlying acute ischemia is likely. No apparent vascular injury of the common carotid arteries or left vertebral artery. CT head: No acute intracranial findings. Acute maxillary and chronic ethmoid sinusitis suspected. CT spine: 1.5 mm anterior translation of C4 on C5 with a locked right C4 facet and a perched left C4 facet. Spondylosis/osteoarthritis. CT chest: Possibly aspiration

**Lincoln/Sewell 140**

pneumonia is of the left upper and lower lobes. Otherwise, no traumatic findings of the chest with ET tube and NG tube in place. X-ray pelvis: normal AP view of pelvis. X-ray chest: endotracheal and NG tubes in good positions. No acute findings in the chest. Labs – Reviewed. Toxicology – See below. Alcohol – at 18:14 hours: 222 mg/dL (High). Vital signs: Normal. No history of present illness or physical examination in this record. Encounters: inpatient encounter for encounter reason Trauma C4-C5 Dislocation 8/28/21 at 20:21 to 9/21/21 at 10:48. Encounter Diagnosis: unspecified injury at unspecified level of cervical spinal cord, initial, 3; contact with and (suspected) exposure to COVID 19; sepsis, unspecified organism; severe sepsis with septic shock quadriplegia, unspecified; pneumonia due to methicillin susceptible staph; acute respiratory failure with hypoxia; other shock; acute kidney failure, unspecified; unspecified effects of drowning and nonfatal submersion; hyperlipidemia, unspecified; spondylolisthesis, cervical region; alcohol abuse with intoxication, unspecified; essential (primary) hypertension; hypokalemia; anxiety disorder, unspecified; other specified heart block; unspecified atrial fibrillation; long-term (current) use of systemic steroids; presence of cardiac pacemaker; arthrodesis status; unspecified cause of accidental drowning and submersion, initial; other places as the place of occurrence of the external cause; dislocation of C4-C5 cervical vertebrae, initial encounter.

Medical Records from Corpus Christy Medical Center – Bay Area: The hospital records that were made available to Dr. Arnold for his Medical Review dated 4/28/23 were submitted by the claimant's attorney and placed in the claim file on 8/30/23. 204 pages of medical records from Corpus Christ Medical center were received and reviewed in their entirety. The following represents additional pertinent information from the claimant's initial clinical course. The claimant was evaluated by the ED physician at 1755 hours. HPI: 60 yo [sic] male dove or fell off boat into 3 feet of water then unresponsive, intubated by EMS. He was noted to have agonal breathing. He was comatose with a Glasgow Coma score of 3. The claimant's ABG pH was 7.30 (N = 7.35-7.45). Urine toxicology was negative for all drugs tested. Serum alcohol collected at 1746 hours was 222 mg/dL. There are no lactic acid levels reported. Clinical Impression: Primary Impression: Drowning. Secondary Impressions: Alcohol intoxication, cervical spinal cord compression, cervical spinal cord injury, respiratory arrest, shock. Trauma Surgery H&P by Ms. Moreno, NP at 1802 on 8/28/21 notes the primary diagnosis of reported dive into 3 ft of water. Acute medical problems: altered mental status, elevated creatinine, elevated glucose, glucosuria, enlarged scrotum and ETOH intoxication. HPI: "Patient with unknown PMH presents to ED via EMS after he was witnessed "diving" off a boat and into 3-ft water. Reportedly came up from water and was "unresponsive". He was picked up and placed back into boat and taken to the marina where EMS was called. He was intubated on scene using ketamine and succinylcholine. He was transported to BAMC with no further sedating medications given. His ETT was repositioned and verified via CXR." Labs and imaging were reviewed. Dr. White signed off on and agreed with the NP's list of acute medical problems: altered mental status, elevated creatinine, elevated glucose, glucosuria, enlarged scrotum and ETOH intoxication. The claimant was admitted to the ICU. Neurosurgery consultation on 8/28/21 noted that the claimant was able to open his eyes to voice, followed commands with cranial nerves and proximal upper extremities briskly. Pupils were 3 mm and reactive to light. Facial sensation was intact to light touch in all distributions of the trigeminal nerve. Hearing – intact. Tongue – midline. Shoulder shrug symmetric. 3/5 power in left deltoid and 0 power right deltoid. 2/5 power in left biceps and no power in right biceps. No power in triceps, wrist movements, grip or lower extremities bilaterally. Impression: C4-C5 traumatic dislocation with a seemingly complete spinal cord injury at about the C4-C5 level. On 8/29/21, the claimant underwent open reduction of C4-C5 spondylolisthesis; C4-C5 anterior diskectomy and fusion with allograft bone, C5-C6 anterior diskectomy and fusion with allograft bone. And anterior cervical segmental instrumentation with titanium plate and screws at C4-5-6 for the diagnoses of C4-C5 dislocation with spinal cord injury and C5-C6 herniated nucleus pulposus with spinal cord injury. The indications: "This 57-year-old man dove off the boat into the ocean striking his head on the ocean floor and sustaining immediate quadriplegia. He was pulled up

to the boat immediately and was unresponsive. EMS intubated him at the scene, and he was transported to Bay area Medical Center. CT of the cervical spine showed a right unilateral jumped facet at C4-C5. MRI showed edema in the spinal cord from C4-C6 with the disc herniation at C5-C6 compressing the spinal cord." The claimant had a prolonged hospital course which is detailed in the available medical records. He was discharged to an extended care facility on 10/31/21.

Shepherd Center: Partial Records from 9/21/21 – 11/1/21:
9/21/22 – 10/29/21 – Labs and Data/Imaging results and medication lists noted in record from 11/1/21.

9/21/21: Admission History and Physical. Primary admission diagnosis: Acute respiratory failure. Active problems: tetraplegia, loss of consciousness, neurogenic bowel, respiratory failure, pain, neuropathic pain, impaired skin integrity, dysphagia, symptomatic hypotension, sleep disturbance, fever, generalized edema, scrotal edema and acute respiratory failure. Mr. Sewall is a 57-year-old male who sustained a spinal cord injury on 8/28/21 after diving into 3 feet of water from the back of the boat. Loss of consciousness was reported of unknown length of time with Glasgow Coma Score of three. Diagnostic imaging revealed C4-C5 locked facet dislocation, C4-C5 anterior subluxation, cord edema from C2 to mid C6, aspiration pneumonia, and vertebral artery thrombosis versus dissection at C4-C5. He was intubated at the scene. On 8/29/21, he underwent C4-C6 ACDF with plating. He remains in cervical collar bracing at all times. He remained in sinus bradycardia with and was on telemetry. He had persistent symptomatic hypotension and was started on midodrine and Florinef. He was treated for methicillin sensitive staph aureus (MSSA) pneumonia with Zyvox. A PEG tube was placed on 9/2/21. There is an ongoing need for airway management with placement of tracheostomy on 9/5/21. He was transferred to Shepherd Center for comprehensive inpatient spinal cord injury rehabilitation and medical management. Past medical history: hypertension and lipidemia and left rotator cuff injury and right collarbone fracture. Pertinent physical exam findings were blood pressure 92/52, tracheostomy on ventilator, PEG tube, scrotal edema, open sacral buttock wound. Sensation in light touch was intact from C2-C4 bilaterally and absent below this level. Motor was absent fromC-5 to S1. Assessment/plan: spinal cord injury with resultant tetraplegia, spasticity, orthostatic hypotension, bradycardia, tracheostomy, neurogenic bladder, and bowel. Admitted for further medical management and to assess physiological impairments in order to initiate all aspects of inpatient rehabilitation training, including PT, OT, SLP, psychology/neuropsychology, case management, medicine consult, therapeutic recreation, rehab nursing and nutrition.

10/29/21: Physical Therapy session notes. Pulmonary/Critical Care Progress Note: the claimant became acutely hypoxic and required oxygen by nasal cannula when getting dressed for his daughter's wedding. Chest x-ray showed left > right atelectasis but no significant changes from previous study – will continue aggressive pulmonary toilet. Dx: Acute pulmonary insufficiency – wean from ventilator on 10/21/21, changed to cuffless trach on 10/27/21 with plug in place. Suspect OSA - significant hypoxia overnight on 10/28/21. Abnormal sputum, normocytic/normochromic anemia, concern for tracheal stenosis, dysphagia – s/p PEG, right subclavian and axillary vein deep vein thrombosis on 9/21/21 – on Eliquis, history of bradycardia with asystole – on terbutaline, neurogenic hypotension – on midodrine and Florinef, C1C SCI STATUS post diving accident – rehab per Dr. Bowman.

11/1/21: Restrictions Form completed by Brock Bowman, MD, PM&R – Claimant is quadriplegic and wheelchair dependent. No estimation on RTW. Speech Language Pathology evaluation and note. Occupational Therapy Evaluation and Note. Physical Medicine and Rehabilitation Progress Note:

claimant reported worsening of secretions, harder to breathe with trach plugged at times, poor appetite. His neuropathic pain is stable. Insomnia and hypotension are being monitored. Neurogenic bowel and neurogenic bladder – considering colostomy. Anxiety is stable. His neurological level of injury was noted to be C1; Asia Impairment Scale (AIS): C.

<u>Dominique Van Beest, MD</u>
12/14/22: LTD APS from Dr. Van Beest – Claimant's diagnoses are quadriplegia and cervical translation injury with weakness/paralysis of all four extremities, numbness/altered sensation of body, neurogenic bladder and bowel, and restrictive lung disease. He has no functional use of hand/legs and cannot complete any activities of daily living. His condition is permanent.

*Updated Incident Report*
The Port Aransas EMS Patient Care Record is dated 8/28/21. The Narrative states that they were dispatched to a "CPR in progress with patient involved in dive injury. Arrived to Marina dock to await boat arrival. Boat arrived to dock, 56-year-old male found lying left lateral recumbent position on rear bench seat of boat. Bystander found to be manually holding finger in patient's mouth in an attempt to keep airway open. States patient having difficulty breathing. Patient appeared cyanotic to head and pale skin. Patient had faint pulses to carotid. Patient having agonal respirations. Witnesses on boat described patient performed headfirst dive into shallow water. Describe patient immediately went unresponsive in water and pulled into boat by friends." The narrative goes on to describe initial application of CPR compressions as claimant was moved to their unit. EKG showed a sinus rate of 60. Pulses were strong and CPR was discontinued. The claimant remained unresponsive. He was ultimately intubated and transported to Bay Area ER. Estimated time of cardiac arrest 6-8 minutes. Estimated time from collapsed CPR – three minutes. Return of spontaneous circulation occurred in the field.

Texas Parks and Wildlife Department submitted a letter stating that they do not have any responsive documents.

*Toxicology*
Toxicology testing was performed by the laboratory at Corpus Christi Medical Center on 8/28/21.

- Urine Drug Scree for Drugs of Abuse was negative for the presence of amphetamine, barbiturate, benzodiazepine, cannabinoids, cocaine, MDMA, opiates and phencyclidine.

- Serum Alcohol: 222 mg/dL (High) (Collected at 1746 hours on 8/28/21.

*Other Documents:*
*Thomas C. Arnold, MD, FAAEM, FACMT - Professor and Chairman, Department of Emergency Medicine, LSU Health Science Center – Medical Review* – Reviewed.

*Multiple Affidavits* – Reviewed. While the initial affidavits from the members of the boating party all mentioned stopping at a dockside restaurant around 2:30 PM for lunch, there is no mention in any of the affidavits regarding either the name of the restaurant or whether alcohol was or was not consumed during lunch.

Additional Affidavits were received with Attorney's McNamara's letters dated 7/25/23, 8/8/23 and 8/21/23. In an affidavit dated 7/20/23 and signed by the claimant's wife, the claimant stated that he had lunch on the afternoon of his diving accident at Woody's Sports Center in Port Aransas. He swore that he did not consume any beer or other alcohol with his lunch or while at Woody's Sports Center, or anywhere other than on the boat while fishing as described in his prior affidavit. On

7/20/23, Tiffany Weaver swore that she had lunch with the claimant on the afternoon of his diving accident at Woody's Sports Center in Port Aransas. She does not recall Tim Sewell consuming any alcohol-containing beverages with his lunch or while at Woody's Sports Center. On 7/24/23, James Fenn swore that he had lunch with the claimant on the afternoon of his diving accident at Woody's Sports Center in Port Aransas. He does not recall Tim Sewell consuming any alcohol-containing beverages with his lunch or while at Woody's Sports Center. On 7/29/23, Chris Boswell swore that he had lunch with the claimant on the afternoon of his diving accident at Woody's Sports Center in Port Aransas. He does not recall Tim Sewell consuming any alcohol-containing beverages with his lunch or while at Woody's Sports Center. On 8/16/23, Paul Boswell swore that he had lunch with the claimant on the afternoon of his diving accident at Woody's Sports Center in Port Aransas. He does not recall Tim Sewell consuming any alcohol-containing beverages with his lunch or while at Woody's Sports Center

*Dismemberment Claim Forms:*

A Dismemberment Claim Form was signed by the Gaye Sewell, POA on 11/30/22 and by Dominque Van Beest, MD on 11/17/22. The date of the accident was 8/28/21. The claimant was hospitalized at Corpus Christi Medical Center from 8/28/21 to 9/21/21 and at Shepherd Center from 9/21/21 until 12/7/21 when he was released.

In the Attending Physician statement for Dismemberment Dr. Van Beest stated she was first consulted on 11/14/22. The diagnosis is tetraplegia. Symptoms appeared or accident happened on 8/18/21. The claimant never had the same or similar symptoms prior to the accident. The claimant will never be able to resume work. Under Remarks Dr. Van Beest wrote: Veteran suffered a C4-5 translation dislocation resulting in tetraplegia. He has no functional use of his extremities and is dependent for mobility and activities of daily living.

Electronically Signed
Peggy Geimer, MD, FACOEM
Board Certified Internal Medicine and Preventive Medicine (Occupational Medicine)
Consulting Physician, Lincoln Financial Group

*References:*

[i] M. Ylmaz et al; An Overview of Spinal Injuries due to Dive or Fall into Shallow Water; Our Long-Term, Double-Center Experience from the Aegean Coast; Emergency Medicine International; 2021; https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8192199/
[ii] CDC Drowning Prevention; https://www.cdc.gov/drowning/facts/index.html
[iii] Centers for Disease Control and Prevention; Alcohol and Public Health; https://www.cdc.gov/alcohol/index.htm
[iv] Centers for Disease Control and Prevention; Impaired Driving: Get the Facts; http://www.cdc.gov/motorvehiclesafety/impaired_driving/impaired-drv_factsheet.html
[v] National Institutes of Health, Medline Plus; As Blood Alcohol Content (BAC) Increases, So Does Impairment; https://www.nlm.nih.gov/medlineplus/magazine/issues/spring14/articles/spring14pg23.html
[vi] US Department of Transportation, National Highway Traffic Safety Administration; Drunk Driving; https://www.nhtsa.gov/risky-driving/drunk-driving
[vii] D. Penetar, et al; Comparison among Plasma, Serum, and Whole Blood Ethanol Concentrations: Impact of Storage Conditions and Collection Tubes; Journal of Analytical Toxicology, September 2008

Clinical Review Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| McLarens, LLC | Timothy Sewell | 12885926 |

| Report Date: | | | |
|---|---|---|---|
| Referred By: | Tawnya Valliere | Claimant DOB: | |
| Referral Date: | 08/30/2023 | Job Title: | National General Adjuster |
| Due Date: | 09/08/2023 | Medical/ Surgical Condition: | quadriplegia |
| Referral Type: | Direct Referral - Previously Reviewed by this ICP | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LIFE |
| Other Considerations | TCMS Special Circumstance | LDW: | 08/25/2021 |
| | | DOD: | 08/28/2021 |
| Physical Demands: | | BBD: | |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

Referral Questions
There are no core questions.

Additional Questions

Other •        Please review and comment on the additional information submitted since your prior review on 06/07/2023 and please advise whether the additional information alters your prior assessment.  Please explain why or why not.

Other Comments
Other Comments - None

Analysis of Medical Documentation and Support for Responses to Referral Questions:

All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:

**Lincoln/Sewell 145**

Electronically Signed:

**From:**Valliere, Tawnya
**Sent:**Wed, 30 Aug 2023 18:22:36 +0000
**To:**McNamara Law Office Support
**Subject:**RE: Sewell - Claim 12885926


Received, thank you!



**Tawnya Valliere**
Claim Resolution Specialist
Group Protection


**T:** 888-437-7611 Ext 15894 Office
F: 603-334-0401
LincolnFinancial.com




**From:** McNamara Law Office Support <support@jpricemcnamara.com>
**Sent:** Wednesday, August 30, 2023 1:31 PM
**To:** Valliere, Tawnya <Tawnya.Valliere@lfg.com>
**Subject:** Re: Sewell - Claim 12885926

Good afternoon, Ms. Valliere,

Linked below is an 18.3 MB version of our May 16, 2023 enclosures.

Click Here to Download Enclosure Pages 001 to 269

Please confirm receipt of this email and that you were able to access the linked file.

Kind Regards,


Erika

## Support Team
### *Law Offices of J. Price McNamara*
Holding Insurance Companies to Their Promises
**Offices in Louisiana and Texas**
10455 Jefferson Highway | Suite 130 | Baton Rouge, LA 70809
Phone:  225-201-8311   Fax:  225-612-6973   Alt. Fax: 225-201-8313
support@jpricemcnamara.com | www.jpricemcnamara.com


**Lincoln/Sewell 147**

On Tue, Aug 29, 2023 at 10:31 AM Valliere, Tawnya <Tawnya.Valliere@lfg.com> wrote:

Good morning Erika,

Could you please reduce Part 2 and Part 3 further? We are unable to add PDF files that exceed 100 MB to our system.

Thank you,



**Tawnya Valliere**
Claim Resolution Specialist
Group Protection

T: 888-437-7611 Ext 15894 Office
F: 603-334-0401
LincolnFinancial.com



---

**From:** McNamara Law Office Support <support@jpricemcnamara.com>
**Sent:** Friday, August 25, 2023 3:09 PM
**To:** Valliere, Tawnya <Tawnya.Valliere@lfg.com>
**Subject:** Re: Sewell - Claim 12885926

Good afternoon, Ms. Valliere,

We have separated our May 16, 2023 letter into the three smaller files linked below.

Click Here to View/Download Part 1

Click Here to View/Download Part 2 (Enclosure Pages 001 to 130)

Click Here to View/Download Part 3 (Enclosure Pages 131 to 269)

Please confirm receipt of this email and that you were able to access all three links.

Kind Regards,

Erika
**Support Team**
*Law Offices of J. Price McNamara*
Holding Insurance Companies to Their Promises

**Lincoln/Sewell 148**

**Offices in Louisiana and Texas**
10455 Jefferson Highway | Suite 130 | Baton Rouge, LA 70809
Phone: 225-201-8311   Fax: 225-612-6973   Alt. Fax: 225-201-8313
support@jpricemcnamara.com | www.jpricemcnamara.com

On Fri, Aug 25, 2023 at 9:58 AM Valliere, Tawnya <Tawnya.Valliere@lfg.com> wrote:

Good morning,

I am able to access the enclosure via the link, however, we are having difficulty adding the document to our system due to the file size. Would you please resend the document in a reduced size or split up into multiple smaller files?

Thank you,



**Tawnya Valliere**
Claim Resolution Specialist
Group Protection

T: 888-437-7611 Ext 15894 Office
F: 603-334-0401
LincolnFinancial.com



**From:** McNamara Law Office Support <support@jpricemcnamara.com>
**Sent:** Wednesday, August 23, 2023 4:09 PM
**To:** Valliere, Tawnya <Tawnya.Valliere@lfg.com>; LifeClaimDocs <LifeClaimDocs@lfg.com>
**Subject:** Fwd: Sewell - Claim 12885926

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Per your request, we provide the following refreshed link for the enclosure of our July 21st email below.
https://filev.io/r/s/3517675erbYV9ybSERAkhnESeJpivd1eGYuVlrKvRW0M1jdk7gYmRjxX
Please let us know if you have any trouble accessing the file.
Kind regards,
~Sara

**Support Team**
*Law Offices of J. Price McNamara*
Holding Insurance Companies to Their Promises

**Lincoln/Sewell 149**

**Offices in Louisiana and Texas**
10455 Jefferson Highway | Suite 130 | Baton Rouge, LA 70809
Phone:  225-201-8311   Fax:  225-612-6973   Alt. Fax: 225-201-8313
support@jpricemcnamara.com | www.jpricemcnamara.com

---------- Forwarded message ---------
From: **McNamara Law Office Support** <support@jpricemcnamara.com>
Date: Fri, Jul 21, 2023 at 4:20 PM
Subject: Sewell - Claim 12885926
To: LifeClaimDocs <LifeClaimDocs@lfg.com>

Good afternoon, Ms. Valliere,

We are in receipt of your July 19, 2023, letter. Linked below is a copy of our May 16, 2023, letter. Also enclosed are confirmation of successful fax delivery and a certified mail delivery confirmation receipt. Please confirm receipt of all enclosure pages numbered **001 to 269**.

Click Here to View our May 16, 2023, Letter

**This link will expire in seven days. Please download a copy for your records.

Additionally, we are writing to request an extension through and including August 18, 2023. We ask that no final decision be made until we notify you in writing that our submission is complete even if my client has previously submitted an appeal prior to this letter.

Please confirm receipt of this email and Lincoln's consent to the extension requested herein by return email (support@jpricemcnamara.com) or fax (225-201-8313).

Kind Regards,

Erika
**Support Team**
*Law Offices of J. Price McNamara*
Holding Insurance Companies to Their Promises
**Offices in Louisiana and Texas**
10455 Jefferson Highway | Suite 130 | Baton Rouge, LA 70809
Phone:  225-201-8311   Fax:  225-612-6973   Alt. Fax: 225-201-8313
support@jpricemcnamara.com | www.jpricemcnamara.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its

**Lincoln/Sewell 150**

attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our [privacy policy.](privacy policy) Thank You.**

April 28, 2023

MEDICAL REVIEW

SUBMITTED TO: J. Price McNamara
10455 Jefferson Hwy, Ste. 2B
Baton Rouge, LA 70809

PERTAINING TO: Timothy Sewell

PREPARED BY: Thomas C. Arnold, MD, FAAEM, FACMT
Professor and Chairman
Department of Emergency Medicine
LSU Health Science Center – Shreveport
Medical Director, Louisiana Poison Center

Sewell - Appeal 05/16/23 - 001

Lincoln/Sewell 152

**Material Reviewed:**

- Port Aransas EMS Run Report
- Medical Records from Corpus Christi Medical Center – Bay Area
- Clinical Review by Robert P. Millstein, MD
- Affidavit of Timothy Sewell
- Affidavit of Gaye Sewell
- Affidavit of Chris Boswell
- Affidavit of Paul Boswell
- Affidavit of James Fenn
- Affidavit of Tiffany Weaver

Dear Mr. McNamara,

By way of introduction, I have served as the Chairman of the Department of Emergency Medicine at LSU Health Sciences Center in Shreveport, Louisiana since 2001. I am currently board certified in Emergency Medicine with sub-specialty board certification in Medical Toxicology. As Department Chairman, I currently administer and actively participate in an Emergency Medicine Residency Training Program with a current complement of 34 Emergency Medicine Residents enrolled. As a practicing Emergency Physician and a teacher of future Emergency Physicians I consider myself qualified to render an opinion regarding matters of emergency medicine, trauma and medical toxicology. Since 1994 I have served as the Medical Director of the Louisiana Poison Center. I presently maintain a consulting service for medical toxicology at LSU Health-Shreveport and am consulted routinely by physicians throughout the state of Louisiana regarding management of patients with drug, alcohol and toxin related problems. As a Medical Toxicologist, questions of drug, toxin, chemical exposures, substance abuse and addiction are commonly encountered. Per your request, I have been asked to render an opinion regarding the validity of the serum alcohol test performed on Mr. Timothy Sewell on August 28, 2021.

## Case History

On August 28, 2021, Timothy Sewell joined Chris Boswell and Paul Boswell on a boat owned and captained by James Fenn for a fishing trip in Port Aransas, Texas. After the day of fishing and a stop for lunch at a dockside restaurant the group anchored in a large nearby bay to take a break, swim and cool off. There were several other boating parties all participating in this similar activity in proximity to them. Shortly after 4:00 PM, Timothy Sewell decided to dive into the water to cool off. From the boat, and observing other swimmers, it appeared that the water depth was 4 to 5 feet at their location. Unbeknownst to him, because of a hidden sandbar, the depth was only 2.5 feet. This caused him to impact the bottom causing a spinal injury and subsequent quadriplegia. Bystander CPR was in progress on arrival of the EMS crew. It is estimated that he was in cardiac arrest for 6 to 8 minutes before return of spontaneous circulation. Approximately two hours after the injury, an alcohol level at the hospital returned a value of 222 mg/dL.

## Alcohol Consumption

Chris Boswell, Paul Boswell, James Fenn and Tiffany Weaver (who was in an accompanying boat that day), all corroborate the testimony of Timothy Sewell in sworn affidavits regarding the type and amount of alcohol Timothy Sewell consumed that day. He stated that he brought onto the boat that morning one 12-pack of Yuengling Light beer in 12 oz. cans (4.0% alcohol). Other boaters that day brought Coors Light Beer but report that Timothy Sewell only consumed the Yuengling Light and no one else drank any of the Yuengling.

Timothy Sewell reports that he began consuming the Yuengling Light beers around 9:00 AM and drank six beers relatively equally spaced out in time over the course of the day until the accident. He denied consumption of any other form of alcohol prior to or during the fishing trip. None of the other boaters witnessed consumption of any other form of alcohol and state that the beers were the only alcohol available during the trip.

## Background

Most hospitals, as in this case, measure serum alcohol concentrations by enzymatic methodology, reporting results in mg/dL. This method does not measure alcohol directly but uses an indirect measurement of an enzyme involved in the metabolism of alcohol to estimate alcohol in a serum or plasma sample. It has long been known that certain conditions such as high levels of lactic acid in the blood can interfere with this enzymatic testing and cause a falsely elevated alcohol level. Conditions such as low tissue perfusion during cardiac arrest and CPR allow for the build-up of large amounts of lactic acid.

In the legal system, alcohol is measured in whole blood samples and is reported in g/dL or grams%. This testing is usually by gas chromatography and is considered the "Gold Standard" for blood alcohol testing. This process is more time-consuming and expensive than the enzymatic hospital method, hence the reason most hospitals do not have the capability to measure whole blood alcohol with this gold standard testing. Hospitals use enzymatic testing to help guide clinical treatment in situations where absolute accuracy is not required and do not have the degree of quality controls and chain of custody requirements that are demanded in the forensic, analytical and legal systems. The two types of testing systems also report alcohol levels in different units of measure. For example, the legal limit for operating a motor vehicle in most states is 0.08 grams%. This value would equate to 80 mg/dL in the hospital setting.

## Alcohol Calculations

When converting from a serum measurement of alcohol to a whole blood alcohol concentration (BAC), it is generally accepted that the whole blood value will be 15-18% lower than the serum level drawn at the same time. For the purposes of this case, I will use the middle of this range (16.5%) to approximate both estimates. Therefore the serum (Hospital) value of 222mg/dL would equate to a BAC of **0.185 grams%.**

Page 4 of 6

It is also generally accepted that the population average of alcohol metabolism is at a rate of 0.017 Grams% per hour (17 mg/dL/hr.). Accounting for the approximately two hours of alcohol metabolism from the time of the accident until the hospital sample was taken, Timothy Sewell would have had a **BAC of 0.219 grams% at the time of his injury.**

Utilizing universally accepted alcohol calculations and Timothy Sewell's stated body weight at the time of 190 pounds (86 Kg), each Yuengling Light beer consumed would give him a BAC of 0.019 grams%. Timothy Sewell would need to have consumed 11.5 of the Yuengling Light beers just to get to the level of 0.219 grams% recorded at the hospital. Taking into account the metabolism rate of 0.017 grams%/hr and assuming he began drinking at 9:00 AM until 4:00 PM, he would have had to consume over 6 additional beers to maintain that level. The total number of Yuengling Light beers required would have been almost 18 individual beers during that day.

**Opinion**

Assuming the testimony in the affidavits listed above are truthful, it is my professional opinion that the serum alcohol level reported at the hospital **cannot possibly be accurate**. For this alcohol level to be accurate, several other events must have occurred. First, Timothy Sewell must have had access to approximately 18 of the Yuengling Light beers or had access to other sources of alcohol. Affidavit statements are consistent that Timothy Sewell was only drinking from the one 12-pack of Yuengling Light that was brought onto the boat that day. No other forms of non-beer alcohol were noted on the boat. Additionally, James Fenn stated that upon cleaning out his boat days later. There were six cans of Yuengling beer that remained unopened. This supports the testimony of Timothy Sewell that he only consumed six beers that day.

Secondly, if the hospital alcohol test is to be believed then Timothy Sewell must have had a BAC in the range of 0.219 grams % at the time of the accident. By the report of the insurance companies own expert, Dr. Millstein, Timothy Sewell should have been exhibiting signs of "severe intoxication" which include lack of coordination, incoherent thoughts, confusion, nausea and vomiting. For this result to be credible, Timothy Sewell

would have appeared significantly intoxicated to everyone around him. Yet no one with him in the boat reported even the slightest suggestion of intoxication. They describe the actions and behavior of someone completely in control of their balance, coordination, judgement and speech.

It is a certainty that after several minutes of cardiac arrest and CPR being performed, Timothy Sewell would have accumulated a large amount of lactic acid in his blood that could explain this inaccurate reading on the hospital serum alcohol assay by simple interference with the measured enzyme.

For these reasons I believe the **hospital alcohol test cannot possibly be accurate and is therefore invalid**. No claims of impairment can reasonably be made on such an egregiously flawed test.

Additionally, the evidence reviewed cannot reasonably support an opinion that alcohol consumption played a causal role in the accident or injury. To the contrary, all visual indications supported the belief that the water was 4 to 5 feet in depth, and that a controlled dive as described in the affidavits could be performed safely. No evidence reviewed contradicts the consistent statements made by multiple witnesses that there was nothing to indicate that the water was only 2.5 feet in depth where he dived. Lastly, the data cited in the Clinical Report by Dr. Robert P. Millstein reflect that shallow dive injuries are just as likely to occur without alcohol involvement.

This opinion is based on my education, training and experience as an emergency physician and medical toxicologist. I reserve the right to modify this opinion if additional information is presented with bearing on this case.

Sincerely,

Thomas C. Arnold, MD

Page 6 of 6

**COUNTY OF** _____

**STATE OF TEXAS**

<div align="center">

**AFFIDAVIT**

</div>

**BEFORE ME**, the undersigned authority, came and appeared:

<div align="center">

**TIMOTHY SEWELL**

</div>

who after being duly sworn, did depose and state the following:

1. My name is Timothy Sewell, and my date of birth is

2. I served in the United States Navy from 1983-1985 before being honorably discharged.

3. My occupation before and up until becoming disabled from my accident was General Commercial Property Claims Adjuster for McLarens.

4. On August 28, 2021, I went on a fishing trip as a guest on a boat owned and captained by a friend, James Fenn, in Port Aransas, Texas. Also on board were Paul Boswell and Chris Boswell.

5. On the night before the fishing trip, August 27, 2021, I consumed 2 beers between 6:30 p.m. and 8:30 p.m. and went to sleep by 10:00 p.m.

6. We boarded the boat right at dawn on the morning of August 28, 2021, at about 6:30 a.m., with a bag of breakfast tacos and sausage biscuits purchased from Whataburger that we ate on the boat. We also had and consumed various snack foods throughout our fishing day. I brought a 12 pack of 12 ounce cans of Yuengling Light beer on board that day. That was the only Yuengling beer on board, and the only brand of beer I drank on that day. The other brand of beer on board was 12 ounce cans of Coors Light beer, but I did not drink any of the Coors Light beer. Others on the boat drank Coors Light, but none of the others drank the Yuengling Light beer I brought. We also had Gatorade and water with us in an ice chest which I drank as well throughout the day.

7. James Fenn later informed me that when he took everything out of the boat days later, there were still six unopened Yuengling Light beers left on board.

8. We fished at different spots that day until stopping for lunch at about 2:30 p.m. at a dockside restaurant where I ate a hamburger and French fries. After lunch, we boated a short distance at around 4:00 p.m., and anchored in a large bay to take a break, swim, and cool off.

9. We were among several other boats anchored 30 to 50 feet apart, whose occupants were wading and swimming near their boats.

10. James Fenn, Paul Boswell, and Chris Boswell are avid saltwater fishermen who had fished the area we fished that day regularly, and James Fenn lived in the coastal town where we launched. I had never been fishing or boating in that area in my life and was unfamiliar with it. I have done more freshwater bass fishing, but had seldom been saltwater fishing, less than a dozen times over the course of my life.

11. Before I dove into the water that day, I saw several other boat occupants, including full-grown men appearing to be up to six feet in height, jumping and diving from their boats into the water near our boat without incident, then wading in water between chest deep and neck deep where they had entered the water, indicating to me a four to five foot water depth. From seeing that, I assumed the water where our boat was anchored, which was a similar distance from the shore, and just 30 to 40 feet from their boat, was the same depth.

12. There were no shallow water markers or signs warning boaters or swimmers of shallow water or sandbars in the area, no visible evidence of sandbars, and no discussion of sandbars or water depth before I entered the water that day. The bottom was not visible from the boat, as the water was murky.

13. The "dive" that I made was a shallow dive off the side of the rear deck of the boat which was about 18 inches above the water surface. It was more flat or horizontal in orientation with the water, and in more an outward direction from the boat, less than at a 45 degree angle to the water. I also did not forcefully spring with my legs for the dive. It was a light push with my legs, very well controlled and deliberate, and with barely any real push of the legs at all. I did not slip, stumble, lose my balance or fall from the boat. I am familiar with making such shallow water dives, having dived into and swum in ponds, lakes, rivers, and other natural bodies of water throughout my life. From the manner in which I dove, there is no way I could have hit the bottom if the water had been chest or neck deep, or four to five feet deep where I entered as I had assumed.

14. Upon diving, I recall my neck being snapped backward from my head impacting bottom, and the water being far shallower than I had anticipated. It did not feel like a severe blow to the head, and I was consciously aware of the inability to feel or move either of my arms or legs, and being unable to stand, lift my head from the water, or roll from a face-down position. I recall being about to run out of breath and feeling like I was losing consciousness, and then my recollection fades in and out before being in the hospital. Some of the memories included in the fading in and out period was someone saying "don't move his head" as they were putting me in the boat, and brief communication with game wardens at the dock.

15. The other two occupants of the boat I was on later told my wife and me that right where I entered the water there was a sandbar and the depth was only about 2.5 feet deep. It was described as having an abrupt drop-off, or transition of water depth from about 2.5 feet to four or five feet deep where I had seen others diving, swimming and wading minutes before chest and neck deep.

16. No "alcohol-caused" misjudgment had any causal role at all with my accident. Alcohol had nothing to do with my accident or my decision to dive into the water when I did and in the

manner that I did. With all that I saw before I entered the water, such as other people jumping and diving and wading in chest and neck deep water, and all that I didn't see, such as sandbars or shallow water signs or markers, I would have assumed that I was diving into four to five foot deep water whether or not I had consumed any beer at all that day, and would have entered the water the same way and suffered the same accident, which would not have happened if the water had been at the depth that I had assumed. Under that assumption, and unfamiliar with the sandbars of this waterway, or how abruptly water depth can change there because of them, I would not have felt the need to check, nor would I have checked the depth before entering the water with or without having consumed any beer that day.

17. I was shocked to learn that test results at the hospital reported a blood alcohol level of over .2. Beginning some time around 9 a.m. on the morning of my accident, up until the time of my accident, I drank around 6 beers equally spread in timing between 9 a.m. and the time of the accident. I also drank several bottles of water and Gatorade throughout the day. I am accustomed to drinking that number of beers over that period of time on all day beach or water recreation type outings, and I have a high tolerance to the effects of alcohol at that level of consumption. I did not at all feel "drunk" or unsteady at any time that day, nor at the time of the accident. I recall everything about the day up to my dive into the water very clearly until some fading in and out after feeling like I was losing consciousness.

18. At the time of the accident, I was 5' 8" tall and weighed 190 pounds.

19. This Affidavit is based exclusively on my own knowledge and words.

<div style="text-align: center">

———————————————————
**TIMOTHY SEWELL**

</div>

Sworn to and subscribed
before me this _____ day
of_____, 20_____.

———————————————————
NOTARY PUBLIC
Notary/Bar No.: _____
My Commission Expires _____

Sewell - Appeal 05/16/23 - 009

**COUNTY OF** _____

**STATE OF TEXAS**

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

## GAYE SEWELL

who after being duly sworn, did depose and state the following:

1.  My name is Gaye Sewell, and my date of birth is

2.  I have been married to Timothy (Tim) Sewell since April 27, 1991.

3.  My occupation before Tim's paralyzing accident was Teacher's Aid for Special Education before becoming Tim's primary care aid.

4.  I have reviewed the Affidavit of my husband attached to this Affidavit as Exhibit 1. All statements Tim makes in his Affidavit describe the same information that I was told about the accident and circumstances of the accident and Tim's condition at the time of the accident by Tim and others who were with him that day.

5.  I have been with Tim on all day beach outings over our years of marriage and have witnessed him drink the number of beers as he describes in his affidavit regarding the day of his accident on some of those occasions, always without any noticeable intoxication or alteration of behavior or demeanor.

6.  The above is true and based upon personal knowledge.

_____
**GAYE SEWELL**

Sworn to and subscribed
before me this _____ day
of _____, 20_____.

_____
NOTARY PUBLIC
Notary/Bar No.: _____
My Commission Expires _____

Sewell - Appeal 05/16/23 - 010

**PARISH/COUNTY OF** _____

**STATE OF** _____

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

### JAMES FENN

who after being duly sworn, did depose and state the following:

1. My name is James Fenn, and my date of birth is ⁄

2. My occupation is Vice President, Claims for Griston Claim Services.

3. On August 28, 2021, I took a fishing trip on my boat on the Gulf of Mexico coast at Port Aransas, Texas, near Corpus Christi with friends Paul Boswell, Chris Boswell, and Tim Sewell. Paul Boswell and Chris Boswell had fished with me before in that area. Tim Sewell had never been fishing or boating in that area before.

4. We got into the boat on August 28, 2021, around 6:30 a.m., just at dawn, with breakfast foods and snacks that we ate on the boat throughout the day, and an ice chest with Gatorade, water, a case of 12 ounce cans of Coors Light beer, and a 12 pack of 12 ounce Yuengling Light beers that Tim Sewell had brought for himself. Tim Sewell was the only one on board who drank the Yuengling Light beer that day.

5. We fished throughout the day before stopping at around 2:30 p.m. at a dockside restaurant for a late lunch. After lunch we re-boarded and boated a short distance to relax and get into the water to cool off in Aransas Bay.

6. Stopping for an afternoon cool-off swim there is popular with boaters in the area on hot summer days, and other boats were anchored nearby, a similar distance from the shore as us, with people, including grown men, jumping and diving from their boats to wade and cool off in the water, which was from chest to neck deep, or 4.5 to 5 feet deep. This was a very common scene for Paul Boswell and me, but not for Tim.

7. There were no shallow water markers or signs warning boaters or swimmers of shallow water or sandbars in the area, no visible evidence of sandbars, and no discussion of sandbars or water depth took place that day on our boat before Tim Sewell dove into the water to cool off.

8. I saw Tim Sewell enter the water. He removed his wallet and cell phone from his pockets and removed his shirt before entering the water. He then stood on the rear deck of the boat, and dove straight out from the boat, not in a downward direction. He did not fall or lose

Sewell - Appeal 05/16/23 - 011

his balance, and had control of his movements. He would not have hit the bottom if the water had been chest or neck deep, or 4.5 to 5 feet deep where he dove.

9. We thought Tim was joking with us for the first few seconds when he remained face down in the water after getting in. Once we realized he was seriously injured, we carefully carried him back onto the boat and sped to the dock where EMS and game wardens were waiting after receiving 911 calls.

10. We spoke extensively with several game wardens about exactly what had happened. They boarded the boat, and counted our beer cans and fish. None of them even raised a question about alcohol consumption, as we were all obviously showing zero effects of alcohol. They expressed their well wishes for our friend and we departed after the ambulance did.

11. Unfortunately, where Tim entered the water there was a sandbar with water depth only about 2.5 feet deep. This depth tapered steeply down a shelf to 4.5 or 5 feet deep where we saw others entering and wading in the water neck and chest deep.

12. Beginning at around 8 or 9 a.m. until Tim's accident, Tim had consumed 6 beers I would estimate, spread throughout the day, along with water and Gatorade.

13. At no time during the day did Tim appear intoxicated or "drunk", unsteady, or impaired in his actions or speech. Neither intoxication nor alcohol contributed in any way to this accident. This accident happened because of the simple tragic mistake of believing the water where he dove would be the same depth as the water where we were watching the other boaters swim. In hindsight, this mistake is easily made especially by someone like Tim, who was completely unfamiliar with the area and the presence of sandbars in Aransas Bay a long distance from shore. There was absolutely nothing to indicate that it would be only about half that depth, and everything we saw indicated a depth of 4.5 to 5 feet. Hearing word of a reported blood-alcohol result at the hospital of over .2, my reaction was, and still is, that there is no possible way that result is accurate.

14. When I cleared out the boat and put everything away days later, there were still six cans of Yuengling beer left unopened.

15. The above is true and based upon personal knowledge.

_____
**JAMES FENN**

Sworn to and subscribed
before me this _____ day
of _____, 20_____.

_____
NOTARY PUBLIC
Notary/Bar No.: _____
My Commission Expires _____

Sewell - Appeal 05/16/23 - 012

**Lincoln/Sewell 163**

**PARISH/COUNTY OF** _____

**STATE OF** _____

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

## TIFFANY WEAVER

who after being duly sworn, did depose and state the following:

1. My date of birth is

2. My occupation is Account Services Manager for Griston Claim Services.

3. I spent the day of August 28, 2021, on a fishing boat with friends that fished in tandem with the boat owned by James Fenn and occupied by Tim Sewell, Paul Boswell, and Chris Boswell.

4. The two boats followed each other around from fishing spot to fishing spot from early that morning until about 2:30 in the afternoon, when both boats went to dock at port Aransas water-side grill for lunch.

5. I sat for lunch with Tim Sewell and his boat mates, where we had nice conversation about the day, and decided to go anchor and swim in a popular bay area nearby to cool off.

6. We anchored next to James Fenn's boat, and our boat occupants were wading in the water chest to neck deep, in water four to five feet deep, next to our boat when Tim Sewell dove into the water.

7. Before Tim Sewell dove, several other people from other boats had dived and jumped into the water, including me, and were in the water chest to neck deep.

8. I saw Tim Sewell dive into the water. He stood on the rear deck of the boat, diving out from the boat, not down. He did not fall or lose his balance or anything like that, but was surefooted and had control of his movements. He would not have hit the bottom if the water had been chest or neck deep, or 4.5 to 5 feet deep where he dove.

9. Where Tim entered the water there was a sandbar with water depth of only about 2.5 feet deep. This depth tapered steeply down a shelf to 4.5 or 5 feet deep where we saw others, including me, entering and wading in the water neck and chest deep. The water was murky, and the bottom could not be seen.

10. I have perfect recollection of that day. Throughout the day the boat I was on would anchor to fish close enough to the boat Tim Sewell was on to have conversation between occupants

Sewell - Appeal 05/16/23 - 013

of both boats, and I ate lunch at the same table with Tim Sewell. Then the boat I was on was parked next to his where we anchored to swim. I interacted with Tim Sewell in conversation and observed him throughout the entire day.

11. At no time on that day did Tim Sewell or anyone on either boat act, appear or show any signs of being intoxicated. Nobody, including Tim Sewell, appeared unsteady or lacking in judgment. Nobody, including Tim Sewell, spoke in a manner appearing intoxicated or affected at all by alcohol consumption at any time of that day. All were in complete control of their judgment and behavior.

12. Neither Tim Sewell, nor anyone else on James Fenn's boat drank more than 6 beers each during the course of the day.

13. The idea that Tim Sewell's blood alcohol concentration was over .2 at the hospital strikes me as impossible, inaccurate, and contrary to everything I observed that day.

14. I am well acquainted with James Fenn, Tim Sewell, Chris Boswell, and Paul Boswell. They are not youngsters who go boating to drink excessively. They are all professionals and perfect gentlemen in their mid to late 50's in age. I have never witnessed any of them drink excessively or appear intoxicated. This was just a typical, very relaxed and pleasant day of fishing shared among mature, responsible, professional friends.

15. The above is true and based upon personal knowledge.

_____
**TIFFANY WEAVER**

Sworn to and subscribed
before me this _____ day
of _____, 20_____.

_____
NOTARY PUBLIC
Notary/Bar No.: _____
My Commission Expires _____

Sewell - Appeal 05/16/23 - 014

**PARISH/COUNTY OF** _____

**STATE OF** _____

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

## PAUL BOSWELL

who after being duly sworn, did depose and state the following:

1. My name is Paul Boswell, and my date of birth is

2. My occupation is Senior Vice President for Catalytic Claims.

3. On August 28, 2021, I took a fishing trip on James Fenn's boat in Port Aransas, Texas with my brother Chris Boswell, James Fenn and Tim Sewell. I had fished there before a number of times. Tim Sewell had never been fishing or boating in that area before this trip.

4. We left in the boat around 6:30 a.m. with breakfast foods and snacks that we ate on the boat throughout the day, and an ice chest with Gatorade, water, a case of 24 12 ounce cans of Coors Light beer, and a 12 pack of 12 ounce cans of Yuengling Light beers that Tim Sewell had brought for himself. Tim Sewell was the only one on board who drank the Yuengling Light beer that day.

5. We fished throughout the day before stopping at around 2:30 p.m. at a dockside restaurant for a late lunch. After lunch we re-boarded and boated a short distance to relax and get into the water to cool off.

6. Other boats were anchored near our boat with people, including grown men, jumping and diving from their boats and wading in the water from chest to neck deep, or 4.5 to 5 feet deep.

7. There were no shallow water markers or signs warning boaters or swimmers of shallow water or sandbars in the area, no visible evidence of sandbars, and no discussion of sandbars or water depth took place that day on our boat before Tim Sewell dove into the water to cool off.

8. I saw Tim Sewell enter the water. He removed his wallet and cell phone from his pockets before entering the water. He then stood on the rear deck of the boat, and dove straight out from the boat, not in a downward direction. He did not fall or lose his balance, and had control of his movements. He would not have hit the bottom if the water had been chest or neck deep, or 4.5 to 5 feet deep where he dove.

Sewell - Appeal 05/16/23 - 015

**Lincoln/Sewell 166**

9. Unfortunately, where Tim entered the water there was a sandbar with a water depth only about 2.5 feet deep. This depth tapered steeply down a shelf to 4.5 or 5 feet deep where we saw others entering and wading in the water neck and chest deep. The water was murky, and the bottom was not visible at either the front, or the shallow back of the boat where Tim dove.

10. Beginning at around 8 or 9 a.m. until Tim's accident, Tim had consumed 5 or 6 beers I would estimate, spread throughout the day, along with water and Gatorade.

11. Tim did not appear intoxicated or "drunk", unsteady, or impaired in his actions or speech at any time during the day. Neither intoxication nor alcohol contributed in any way to this accident. This accident happened because of the simple tragic mistake of believing the water where he dove would be the same depth as the water where we were watching the other boaters swim. In hindsight, this mistake is easily made especially by someone like Tim, who was completely unfamiliar with the area and the presence of sandbars in Aransas Bay a long distance from shore. There was absolutely nothing to indicate that it would be only about half that depth, and everything we saw indicated a depth of 4.5 to 5 feet.

12. The above is true and based upon personal knowledge.

_____
**PAUL BOSWELL**

Sworn to and subscribed
before me this _____ day
of _____, 20_____.

_____
NOTARY PUBLIC
Notary/Bar No.: _____
My Commission Expires _____

Sewell - Appeal 05/16/23 - 016

**PARISH/COUNTY OF** _____

**STATE OF** _____

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

### CHRIS BOSWELL

who after being duly sworn, did depose and state the following:

1. My name is Chris Boswell, and my date of birth is

2. My occupation is Chief Commercial Officer for a Morgan Stanley portfolio company.

3. On August 28, 2021, I took a fishing trip Port Aransas, Texas, near Corpus Christi with my brother Paul Boswell, and two friends, James Fenn and Tim Sewell on James's boat. Paul Boswell had fished with me before. Tim Sewell had never been fishing or boating in that area before.

4. We got into the boat on August 28, 2021, around 6:30 a.m., with breakfast foods and snacks that we ate on the boat throughout the day, and an ice chest with Gatorade, water, a case of 24 12 ounce cans of Coors Light beer, and a 12 pack of 12 ounce Yuengling Light beers that Tim Sewell had brought for himself. Tim Sewell was the only one on board who drank the Yuengling Light beer that day.

5. We fished throughout the day before stopping at around 2:30 p.m. at a dockside restaurant for a late lunch. After lunch we re-boarded and boated a short distance to relax and get into the water to cool off in Aransas Bay.

6. Stopping for an afternoon cool-off swim there is popular with boaters in the area on hot summer days, and other boats were anchored nearby, a similar distance from the shore as us, with people, including grown men, jumping and diving from their boats to wade and cool off in the water, which was from chest to neck deep, or 4.5 to 5 feet deep. This was a very common scene for Paul Boswell and me, but not for Tim.

7. There were no shallow water markers or signs warning boaters or swimmers of shallow water or sandbars in the area, no visible evidence of sandbars, and no discussion of sandbars or water depth took place that day on our boat before Tim Sewell entered the water to cool off.

8. I saw Tim take off his shirt as if about to enter the water, but I had turned around to look at something else when I heard him enter the water. When I turned to look back at him, he was remaining face down in the water, and I thought he was joking around. We were able

Sewell - Appeal 05/16/23 - 017

to get him back gently in the boat, and then went dock where EMS and game wardens were waiting after receiving 911 calls.

9. Tim entered the water at the rear of the boat, and there was a sandbar there and only about 2.5 feet deep water. This depth tapered steeply down a shelf to 4.5 or 5 feet deep where we saw others entering and wading in the water neck and chest deep from their boats.

10. Beginning at around 8 or 9 a.m. until Tim's accident, Tim had consumed no more than 5 or 6 beers I would estimate, spread throughout the day, along with water and Gatorade. There was no alcohol on board or consumed by anyone that day other than the Coors Light beer.

11. At no time during the day did Tim appear intoxicated or "drunk", unsteady, or impaired in his actions or speech. Neither intoxication nor alcohol contributed in any way to this accident. This accident happened because the water where he dove would appear to anyone to be the same depth as the water where we were watching the other boaters swim. Tim was also completely unfamiliar with the area and the presence of sandbars in Aransas Bay a long distance from shore. The water was murky, the bottom could not be seen, and there was absolutely nothing to indicate that it would be only about half the depth of the water where we were watching others jump and dive from boats and swim and wade. Tim was simply following suit.

12. The above is true and based upon personal knowledge.

<div align="right">

_____
**CHRIS BOSWELL**

</div>

Sworn to and subscribed
before me this _____ day
of _____, 20____.


_____
NOTARY PUBLIC
Notary/Bar No.: _____
My Commission Expires _____

Sewell - Appeal 05/16/23 - 018



# CURRICULUM VITAE

**Thomas Clayton Arnold, MD**
Revised January, 2020

**Personal Data:**

Home Address:

480 Railsback Road
Shreveport, LA 71106
Home: (318) 798-1992
Cell: (318) 655-6697

Office Address:

Department of Emergency Medicine
LSU Health – Shreveport
1501 King's Highway
P.O. Box 33932
Shreveport, LA 71130-3932
Ph. (318) 626-2325
e-mail: TARNOL@LSUHSC.EDU

Birthdate: May 25, 1961

Birth Place: Baton Rouge, LA

Citizenship: U.S.

Marital Status: Married, Cheryl Wood Arnold

Children: Bradley (1989), Sarah (1992)

**Education:**

1987 M.D. Louisiana State University Medical
Center – Shreveport

1983 B.S. Louisiana College, Pineville, LA
(Biology, Summa Cum Laude)

**Postgraduate Training:**

1987 - 1988 Internship, Department of Emergency
Medicine, University of Louisville
School of Medicine, Louisville, KY

1988 - 1990 Residency, Department of Emergency
Medicine, University of Louisville
School of Medicine, Louisville, KY

Sewell - Appeal 05/16/23 - 019

**Lincoln/Sewell 170**

**Specialty Certifications:**

| | |
|---|---|
| 1991 | Diplomat, American Board of Emergency Medicine, #900407 (re-certified 2001 & 2011) |
| 1993 | Fellow, American College of Emergency Physicians |
| 1994 | Fellow, American Academy of Emergency Medicine |
| 1999 | Diplomat, American Board of Medical Specialties – Medical Toxicology (Subspecialty Board Certification) #22119, February 5, 1999 (re-certified 2009 and 2019) |
| 2003 | Fellow, American College of Medical Toxicology |

**Academic Appointments:**

| | |
|---|---|
| 1990 – 1991 | Assistant Professor, Department of Surgery Division of Emergency Services, Louisiana State University Medical Center, Shreveport, LA |
| 1991 - 1994 | Assistant Professor, Department of Emergency Medicine, Louisiana State University Medical Center, Shreveport, LA |
| 1996 – 2000 | Assistant Professor, Department of Emergency Medicine, Section of Clinical Toxicology Louisiana State University Medical Center, Shreveport, LA |
| 2000 – 2009 | Associate Professor of Emergency Medicine Department of Emergency Medicine, Section of Clinical Toxicology<br><br>Louisiana State University Health Sciences Center |
| 2000 – 2005 | Adjunct Professor, College of Pharmacy University of Louisiana at Monroe |
| 2009 – present | Professor of Emergency Medicine Department of Emergency Medicine, Section of Clinical Toxicology Louisiana State University Health Sciences Center |

**Professional Appointments:**

2

Lincoln/Sewell 171

| | |
|---|---|
| 1994 - present | Medical Director - Louisiana Poison Center |
| 1994 - 1995 | Medical Director - Natchitoches Parish Hospital, Department of Emergency Medicine |
| 1994 - 1996 | Staff Emergency Physician - Schumpert Medical Center |
| 1996 - present | Medical Director – Section of Clinical Toxicology Department of Emergency Medicine, Louisiana State University Medical Center, Shreveport, LA |
| 2001 - present | Chairman, Department of Emergency Medicine Louisiana State University Health Sciences Center, Shreveport, LA |
| 2004 - 2006 | Program Director, Emergency Medicine Residency Training Program at LSUHSC-S |
| 2005 | Managing Director – Louisiana Poison Center |
| 2007- 2008 | Medical Director – Caddo Bossier Office of Homeland Security and Emergency Preparedness |
| 2007-2010 | Medical Director – Caddo Bossier Metropolitan Medical Response System (MMRS) |
| 2008 - present | Medical Director – Caddo Fire District 5 EMS System |

**Certification:**

| | |
|---|---|
| 1989 - 2004 | Advanced Cardiac Life Support Instructor |
| 1992 - 2009 | Advanced Trauma Life Support Instructor |
| 1990 - 2004 | Pediatric Advanced Life Support Certification |
| 1995 - 2000 | Medical Review Officer |
| 1999 - present | Advanced Hazmat Life Support Instructor |
| 2004 - 2008 | Basic Disaster Life Support - Provider |

**Society Memberships:**

Society of Academic Emergency Physicians
American Academy of Emergency Medicine
Louisiana Chapter of American Academy of Emergency Medicine
Shreveport Medical Society
American Academy of Clinical Toxicology
American Association of Poison Control Centers
American College of Medical Toxicology
Association of Academic Chairs of Emergency Medicine

3

Sewell - Appeal 05/16/23 - 021

**Lincoln/Sewell 172**

**Medical Licensure:**

1987 - present                    Louisiana #19405

**Honors:**

Medical School:
Bernstein Scholarship Recipient - 1984, 1985 & 1986

Alpha Omega Alpha - Medical Honor Society - elected in Junior year - 1985

Residency:
Chief Resident - Emergency Medicine Residency Program University of Louisville, Department of Emergency Medicine, July 1989 - June 1990

Commissioned in Honorable Order of Kentucky Colonels for work with Kosairs Children's Hospital, 1990

**Professional Activities:**

| | |
|---|---|
| 1989 - 1990 | Internal Review Committee for Residency Review Process - University of Louisville, Department of Emergency Medicine |
| 1989 – 1990 | University of Louisville Organ Donor committee in conjunction with Kentucky Organ Donor Association |
| 1990 – 1991 | Emergency Services Committee-LSU Medical Center, Shreveport, LA |
| 1991 – 1994 | Continuous Quality Improvement Committee – LSU Medical Center, Shreveport, LA |
| 1991 – 1994 | Trauma Quality Assurance Committee – LSU Medical Center, Shreveport, LA |
| 1991 – 1992 | Credentials Committee - LSU Medical Center, Shreveport, LA |
| 1991 - 1992 | Surgical Case Review Committee - LSU Medical Center, Shreveport, LA |
| 1991 - 1994 | Trauma Task Force Group - City of Shreveport, LSU Medical Center Representative |
| 1991 - 2020 | Admissions Committee - LSUHSC - School of Medicine, Shreveport, LA Chairman 2000-2020 |
| 1992 – 1993 | Continuing Medical Education Committee – LSUMC School of Medicine, Shreveport, LA |
| 1992 – 1994 | Compiled Residency Application materials for Emergency Medicine Residency Program at LSUMC-Shreveport, Submitted to the American |

4

**Lincoln/Sewell 173**

| | |
|---|---|
| | Council for Graduate Medical Education – Emergency Medicine Section May, 1994 |
| 1994 | Chairman - Continuous Quality Improvement Committee - LSU Medical Center, Shreveport, LA |
| 1994 – 1998 | Board of Directors - American College of Emergency Physicians - Louisiana Chapter |
| 1996 – present | Reviewer – Annals of Emergency Medicine |
| 1997 | American College of Emergency Physicians – Washington D.C. "Fly-In" Legislative effort to sponsor Prudent Layperson Bill |
| 1997 | American Association of Poison Control Centers – Medical Directors Subcommittee on Standardized Poison Center Triage Guidelines |
| 1997 - 2010 | Emergency Medical Service Committee- Shreveport Medical Society – Chairman from 1997-2002 |
| 1998 | Governor's Task-Force on Environmental Contamination of the Grand Bois Community – Appointed by Chancellor Merv Trail |
| 1998 | Participated in the production, "To Your Health–Poisonous Plants", a Public educational video produced by LSUHSC Medical Communications Department, aired on local cable television channel September 27, 2000 |
| 1998 – 2002 | American College of Emergency Physicians Spokesperson Network - Spokesperson on "Violence Against Healthcare Workers" |
| 1999 – 2007 | CroFAb National Advisory Board – Savage Laboratories |
| 1999 | Granted Admitting privileges in Clinical Toxicology at LSU Medical Center, Shreveport, LA |
| 1999-present | Reviewer – Journal of Toxicology – Clinical Toxicology |
| 2000-2008 | Editorial Board Member – Micromedex, Poisindex section |
| 2000-2020 | Chairman – Admissions Committee, LSU Health Sciences Center, School of Medicine, Shreveport, LA |
| 2001- 2013 | LSUHSC-S Clinical Board – voting member |
| 2002 - 2006 | Appointed to Bossier Parish Community College EMT Paramedic Program Advisory Committee |
| 2002 | Represented LSUHSC-Shreveport at Health Station during 2002 Southern Legislative Conference in New Orleans, LA August |
| 2002 - present | Appointed to HRSA Hospital Emergency Preparedness Advisory Committee for State of Louisiana charged with development of statewide BT preparedness plan and distribution of Federal Homeland Defense Funds within Louisiana |
| 2002 | Invited Reviewer - Regulatory Toxicology and Pharmacology– Columbia, Maryland |
| 2002-2003 | American Association of Poison Control Centers (AAPCC) ad-hoc Search Committee for two executive administrative positions |

5

Sewell - Appeal 05/16/23 - 023

**Lincoln/Sewell 174**

| | |
|---|---|
| 2003 | Interim Board Member of Louisiana Strategic Medical Assistance & Response Team (SMART) established December 1, 2003 |
| 2003 | Led Department of Emergency Medicine through successful ACGME application process for approval of a Residency Training Program in Emergency Medicine which began July 1, 2004. |
| 2004-present | LSUHSC-S Trauma committee |
| 2004-2007 | LSUHSC-S Special Care Committee |
| 2004-2005 | Appointed to LSUHSC-Shreveport School of Medicine's LCME Self-Study Committee |
| 2004-2005 | Member of Search Committee for Chair of Psychiatry Department LSUHSC- Shreveport |
| 2005 | Intracranial Hemorrhage Advisory Board, Novo Nordisk, Inc. |
| 2005-2006 | SAEM National Affairs Committee |
| 2006-2011 | Member of the Board of the Louisiana Emergency Response Network (LERN) Representative appointed by the Governor |
| 2006- present | Reviewer - Wilderness & Environmental Medicine Journal/Wilderness Medicine Magazine |
| 2006 - present | Reviewer – Journal of Medical Toxicology |
| 2007-2009 | LSUHSC-Shreveport School of Medicine Planning Committee |
| 2008-present | Deputy Coroner of Caddo Parish |
| 2010-2011 | Board of Directors, American Association of Poison Control Centers |
| 2011-2014 | Re-elected to Board of Directors American Association of Poison Control Centers |
| 2014-2017 | Re-elected to Board of Directors American Association of Poison Control Centers for second full term |
| 2018-2021 | Re-elected to Board of Directors American Association of Poison Control Centers for third full term |
| 2012-2017 | American Poison Center Foundation – Board Member |
| 2012-Present | Reviewer – Journal of Emergency Medicine |
| 2012 | Member of Search Committee for Chair of Neurology Department LSUHSC- Shreveport |
| 2012 | Member of Search Committee for Director of Trauma LSUHSC- Shreveport |

6

Sewell - Appeal 05/16/23 - 024

**Lincoln/Sewell 175**

| | |
|---|---|
| 2012-Present | Member of Trauma Committee LSUHSC-Shreveport |
| 2013-Present | Member of Medical Executive Committee for University Health – Shreveport |
| 2017-2018 | Elected Vice Chief-of-Staff, University Hospital –Shreveport |
| 2017-2018 | Chairman University Hospital – Shreveport, Credentials Committee |
| 2019-2020 | Elected Chief-of-Staff, Ochsner-LSU Shreveport Hospital |

## Community Activities:

| | |
|---|---|
| 1990 – 2005 | Presidents Club, Louisiana College, Pineville Louisiana |
| 1995 – 1997 | Board of Directors, Ellerbe Road Baptist Church,  Shreveport, LA |
| 1995 – 1998 | Teacher, Adult I Sunday School Class, Ellerbe Road Baptist Church, Shreveport, LA |
| 1996 – 1997 | Chairman, Building Committee, Ellerbe Road Baptist Church, Shreveport, LA.  Responsible for design and construction of $1 million educational facility |
| 1996 – 1997 | Vice President, Louisiana College Alumni Organization, Pineville, LA |
| 2000 | Selected as a "Distinguished Alumni" of Louisiana College |
| 2001- 2007 | Board of Trustees for Louisiana College |
| 2004-Present | Youth Leader and Adult Sunday School Teacher, Ellerbe Road Baptist Church, Shreveport, LA |
| 2011-2013 | Board of Directors, Ellerbe Road Baptist Church, Shreveport, LA |
| 2012 | Chairman – Board of Directors, Ellerbe Road Baptist Church |

## Courses Coordinated:

| | |
|---|---|
| 1993-Present | EM 400 - Clinical Toxicology- Director for 15 Hour Course for all Fourth-Year Medical Students |
| 1997 | Pharmacology and Toxicology Section – Internal Medicine Resident's Conference Series |
| 2010 | LSUHSC Annual Trauma Symposium – Co-Director |

## Courses Instructed:

| | |
|---|---|
| 2000-2001 | City of Shreveport Paramedic Training Course – Toxicology   and Environmental Emergencies sections |
| 2000 | Certified Emergency Nurse Review Course - Toxicology and Environmental Emergencies sections, September |

7

Sewell - Appeal 05/16/23 - 025

**Lincoln/Sewell 176**

| | |
|---|---|
| 2000- 2004 | Pharmacy 524 – "Clinical Toxicology" – University of Louisiana at Monroe, College of Pharmacy, Fall semester |
| 1997-2010 | ATLS – LSUHSC- Shreveport |
| 2002 -present | Bossier Parish Community College Paramedic Course - Toxicology and Environmental Emergencies sections |
| 2003-*2006* | *Member of the Louisiana Homeland Defense Education Team that presented* **"Raising Medical Awareness: Identification and Treatment of Nuclear, Biological & Chemical Agents",** *a daylong CME presentation for health-care providers of Louisiana. This program was presented 15 times in 9 regions of Louisiana.* |

- *Region 4, Lafayette, LA - June 27, 2003*
- *Region 5, Lake Charles, LA – July 8, 2003*
- *Region 1, New Orleans, LA – August 14, 2003*
- *Region 6, Alexandria, LA – August 22, 2003*
- *Region 1, New Orleans, LA – September 16, 2003*
- *Region 3, Houma, LA – October 9, 2003*
- *Region 8, Monroe, LA – October 22, 2003*
- *Region 7, Shreveport, LA – November 6, 2003*
- *Region 9, Mandeville, LA – November 20, 2003*
- *Region 2, Baton Rouge, LA – December12, 2003*
- *Tri-Regional Conference, Metarie, LA August 17, 2004*
- *Tri-Regional Conference, Lafayette, LA September 22, 2004*
- *Tri-Regional Conference, Monroe, LA October 12, 2004*
- *Tri-Regional Conference, Shreveport, LA October 27, 2005*
- *Tri-Regional Conference, Lafayette, LA July 11, 2006*

| | |
|---|---|
| 2006 | Emergency Response to Domestic Biological Incidents: Seminar 2006, Marshfield, Wisconsin, November 7-8, 2006 as part of NCBRT Instructor Team |
| 2006-2010 | LSUHSC- Shreveport Department of Internal Medicine "Annual Intensive Review of Internal Medicine" Board Review Course - Toxicology Section |
| 2007-2008 | Member of the Louisiana Homeland Defense Education Team that presented **"Pandemic Flu, Strategic National Stockpile, NIMS and Chempack",** a daylong CME presentation for health-care providers of Louisiana. |

- Tri-Regional Conference, Baton Rouge, LA August 13, 2007
- Tri-Regional Conference, Lake Charles, LA August 23, 2007
- Tri-Regional Conference, Shreveport, LA August 29, 2007
- Tri-Regional Conference, Monroe, LA October 21, 2008
- Tri-Regional Conference, Lafayette, LA October 23, 2008

| | |
|---|---|
| 2009 | Member of the Louisiana Homeland Defense Education Team that presented "**Community Preparedness Training 2009: H1N1 and Pandemic Flu** |

8

**Lincoln/Sewell 177**

**Planning for Healthcare Organizations"**, a daylong CME presentation for health-care providers of Louisiana.
- Tri-Regional Conference, Baton Rouge, LA  August 11, 2009
- Tri-Regional Conference, Lake Charles, LA  August 18, 2009

2010   Member of the Louisiana Homeland Defense Education Team that presented **"Community Preparedness and Response Conference 2010 - H1N1 and Pandemic Flu Planning for Healthcare Organizations and Crisis Standards of Care"**, a daylong CME presentation for health-care providers of Louisiana.
- Tri-Regional Conference, Lafayette, LA  June 17, 2010
- Tri-Regional Conference, New Orleans, LA  June 29, 2010

2011   Member of the Louisiana Homeland Defense Education Team that presented **"Community Preparedness Conference: Mass Casualty Planning"**, a daylong CME presentation for health-care providers of Louisiana.

- Tri-Regional Conference, Baton Rouge, LA June 16, 2011

2012   Member of the Louisiana Homeland Defense Education Team that presented **"Community Preparedness Conference: 3P's Pathogens, Pharmaceuticals and Preparedness"**, a daylong CME presentation for health-care providers of Louisiana.
- Tri-Regional Conference, Baton Rouge, LA  June 12, 2012
- Tri-Regional Conference, LaPlace, LA  June 13, 2012

2013   Member of the Louisiana Homeland Defense Education Team that presented **"Community Preparedness Conference: 3P's Pathogens, Pharmaceuticals and Preparedness"**, a daylong CME presentation for health-care providers of Louisiana.
- Tri-Regional Conference, Lafayette, LA  May 20, 2013
- Tri-Regional Conference, Alexandria, LA  May 22, 2013
- Tri-Regional Conference, Shreveport, LA  June 3, 2013

2014   Member of the Louisiana Homeland Defense Education Team that presented **"Community Preparedness Conference: 3P's Pathogens, Pharmaceuticals and Preparedness"**, a daylong CME presentation for health-care providers of Louisiana.
- Regional Conference, Covington, LA  June 19, 2014
- Regional Conference, New Orleans, LA  June 20, 2014

2015   Member of the Louisiana Homeland Defense Education Team that presented **"Raising Medical Awareness: Identification and Treatment of Nuclear, Biological & Chemical Agents"**, a daylong CME presentation for health-care providers of Louisiana.
- Regional Conference, Baton Rouge, LA June 5, 2015
- Regional Conference, Alexandria, LA June 10, 2015

9

Sewell - Appeal 05/16/23 - 027

**Lincoln/Sewell 178**

**Research Involvement:**

- Physician Coordinator for LSUMC-S, "National Cooperative CK-MB Project" Evaluating the use of Stat CK-MB Assay in the Emergency Department, 1992 – 1993

- Co-Principal Investigator for Phase III trial sponsored by Sterling Winthrop Pharmaceuticals. "Multicenter Study to Evaluate the Safety and Effectiveness of Polyethylene Glycol- Superoxide Dismutase (PEG-SOD) in Severe Closed Head Injury". Conducted at LSUMC-Shreveport, 1993-1994

- Activated Charcoal Induced Lung Injury – Study of lung microvascular permeability disruption elicited by activated charcoal in rats. Performed in collaboration with Dr. Donna Carden, LSUMC-Shreveport

- Principal Investigator – Copperhead Envenomations treated with CroFab: A Multi-Center Survey Study, July – November, 2001

- Co- Investigator in multi-centered study coordinated with the Rocky Mountain Poison Control Center. "Retrospective evaluation of local and coagulopathy recurrences associated with antivenom therapy for Crotaline snakebite."

- Principal Investigator in multi-centered study coordinated with the Rocky Mountain Poison Control Center. "The Efficacy and Safety of Aracmyn® [Antivenin Latrodectus (Black Widow) Equine Immune F(ab)₂ in Patients with Systemic Latrodectism: A Multicenter, Randomized, Double-Blind Trial."

- Principal Investigator in multi-centered study coordinated with the Rocky Mountain Poison Control Center. "A comparison of safety and efficacy between the oral and intravenous forms of N-acetylcysteine (NAC).

- Principal Investigator in multi-centered study "A comparison of Anavip and CroFab in the treatment of patients with Crotalinae envenomation: a randomized, prospective, blinded, controlled, comparative, multicenter study.

- Principal Investigator in multi-centered study "A Phase III Multicenter Clinical Trial of Analatro® [Antivenin Latrodectus (Black Widow) Equine Immune F(ab)₂] in Patients with Systemic Latrodectism.

- Co- Investigator in mulit-centered study "Protocolized Care for Early Septic Shock" (Process).

- Principal Investigator in a  multi-center, double-blind, randomized, controlled study to determine the efficacy and safety of a new formulation of acetylcysteine injection

- Principal Investigator in a multi-center study entitled "Observational Study of Recovery from Copperhead Snake Envenomation" Sponsored by BTG International- 2012.

- Prospective evaluation of pit-viper envenomation patient outcomes of patients followed by the Louisiana Poison Center - BTG Sponsor - 2019

Sewell - Appeal 05/16/23 - 028

**Lincoln/Sewell 179**

Comparative Study　　> J Anal Toxicol. 1995 May-Jun;19(3):192-6. doi: 10.1093/jat/19.3.192.

# Serum-ethanol determination: comparison of lactate and lactate dehydrogenase interference in three enzymatic assays

J S Nine [1], M Moraca, M A Virji, K N Rao

Affiliations + expand
PMID: 7564299　DOI: 10.1093/jat/19.3.192

## Abstract

Gas chromatography is considered to be the reference method for ethyl alcohol determination. However, enzymatic ethanol assays have been developed for use in the clinical laboratory by several commercial vendors. Essentially, these assays utilize the oxidation of ethyl alcohol to acetaldehyde with concurrent reduction of nicotinamide adenine dinucleotide (NAD) to NADH while monitoring the increase in absorbance at 340 nm. The increase in absorbance is theoretically proportional to the ethanol concentration in the sample. Previously, several authors reported that increased concentrations of lactate and lactate dehydrogenase (LDH) can cause false-positive results with certain enzymatic ethyl alcohol assays. In the present investigation, we further studied the interference of lactate and LDH in three enzymatic assays. Apparent ethyl alcohol concentrations in serum spiked with lactate and LDH, as well as patient and autopsy samples, were determined by the Syva, Abbott, and Roche enzymatic assays and by gas chromatography. The effect of coenzyme depletion on the rate of reaction and the interference of hemolysis were also investigated. Based on our results we suggest that coenzyme depletion plays a major role in the severity of the false-positive ethyl alcohol result, and the interference from hemolysis has a negligible effect on these results. We also confirm the previous studies in showing that elevated serum-lactate and LDH concentrations can result in varying degrees of false-positive ethyl alcohol concentrations in the three enzymatic assays. This should be taken into consideration in the management of patients in a tertiary care medical center.

Sewell - Appeal 05/16/23 - 029

COUNTY OF _Wise_

STATE OF TEXAS


### AFFIDAVIT

BEFORE ME, the undersigned authority, came and appeared:

### TIMOTHY SEWELL

who after being duly sworn, did depose and state the following:

1. My name is Timothy Sewell, and my date of birth is

2. I served in the United States Navy from 1983-1985 before being honorably discharged.

3. My occupation before and up until becoming disabled from my accident was General Commercial Property Claims Adjuster for McLarens.

4. On August 28, 2021, I went on a fishing trip as a guest on a boat owned and captained by a friend, James Fenn, in Port Aransas, Texas. Also on board were Paul Boswell and Chris Boswell.

5. On the night before the fishing trip, August 27, 2021, I consumed 2 beers between 6:30 p.m. and 8:30 p.m. and went to sleep by 10:00 p.m.

6. We boarded the boat right at dawn on the morning of August 28, 2021, at about 6:30 a.m., with a bag of breakfast tacos and sausage biscuits purchased from Whataburger that we ate on the boat. We also had and consumed various snack foods throughout our fishing day. I brought a 12 pack of 12 ounce cans of Yuengling Light beer on board that day. That was the only Yuengling beer on board, and the only brand of beer I drank on that day. The other brand of beer on board was 12 ounce cans of Coors Light beer, but I did not drink any of the Coors Light beer. Others on the boat drank Coors Light, but none of the others drank the Yuengling Light beer I brought. We also had Gatorade and water with us in an ice chest which I drank as well throughout the day.

7. James Fenn later informed me that when he took everything out of the boat days later, there were still six unopened Yuengling Light beers left on board.

8. We fished at different spots that day until stopping for lunch at about 2:30 p.m. at a dockside restaurant where I ate a hamburger and French fries. After lunch, we boated a short distance at around 4:00 p.m., and anchored in a large bay to take a break, swim, and cool off.

9. We were among several other boats anchored 30 to 50 feet apart, whose occupants were wading and swimming near their boats.

blob:https://app.filevine.com/0b9b0542-1e1e-4b67-9833-06f6f05d5861

Sewell - Appeal 05/16/23 - 030

**Lincoln/Sewell 181**

10. James Fenn, Paul Boswell, and Chris Boswell are avid saltwater fishermen who had fished the area we fished that day regularly, and James Fenn lived in the coastal town where we launched. I had never been fishing or boating in that area in my life and was unfamiliar with it. I have done more freshwater bass fishing, but had seldom been saltwater fishing, less than a dozen times over the course of my life.

11. Before I dove into the water that day, I saw several other boat occupants, including full-grown men appearing to be up to six feet in height, jumping and diving from their boats into the water near our boat without incident, then wading in water between chest deep and neck deep where they had entered the water, indicating to me a four to five foot water depth. From seeing that, I assumed the water where our boat was anchored, which was a similar distance from the shore, and just 30 to 40 feet from their boat, was the same depth.

12. There were no shallow water markers or signs warning boaters or swimmers of shallow water or sandbars in the area, no visible evidence of sandbars, and no discussion of sandbars or water depth before I entered the water that day. The bottom was not visible from the boat, as the water was murky.

13. The "dive" that I made was a shallow dive off the side of the rear deck of the boat which was about 18 inches above the water surface. It was more flat or horizontal in orientation with the water, and in more an outward direction from the boat, less than at a 45 degree angle to the water. I also did not forcefully spring with my legs for the dive. It was a light push with my legs, very well controlled and deliberate, and with barely any real push of the legs at all. I did not slip, stumble, lose my balance or fall from the boat. I am familiar with making such shallow water dives, having dived into and swum in ponds, lakes, rivers, and other natural bodies of water throughout my life. From the manner in which I dove, there is no way I could have hit the bottom if the water had been chest or neck deep, or four to five feet deep where I entered as I had assumed.

14. Upon diving, I recall my neck being snapped backward from my head impacting bottom, and the water being far shallower than I had anticipated. It did not feel like a severe blow to the head, and I was consciously aware of the inability to feel or move either of my arms or legs, and being unable to stand, lift my head from the water, or roll from a face-down position. I recall being about to run out of breath and feeling like I was losing consciousness, and then my recollection fades in and out before being in the hospital. Some of the memories included in the fading in and out period was someone saying "don't move his head" as they were putting me in the boat, and brief communication with game wardens at the dock.

15. The other two occupants of the boat I was on later told my wife and me that right where I entered the water there was a sandbar and the depth was only about 2.5 feet deep. It was described as having an abrupt drop-off, or transition of water depth from about 2.5 feet to four or five feet deep where I had seen others diving, swimming and wading minutes before chest and neck deep.

16. No "alcohol-caused" misjudgment had any causal role at all with my accident. Alcohol had nothing to do with my accident or my decision to dive into the water when I did and in the manner that I did. With all that I saw before I entered the water, such as other people jumping and diving and wading in chest and neck deep water, and all that I didn't see, such as sandbars or shallow water signs or markers, I would have assumed that I was diving into four to five foot deep water whether or not I had consumed any beer at all that day, and would have entered the water the same way and suffered the same accident, which would not have happened if the water had been at the depth that I had assumed. Under that assumption, and unfamiliar with the sandbars of this waterway, or how abruptly water depth can change there because of them, I would not have felt the need to check, nor

Sewell - Appeal 05/16/23 - 031

Lincoln/Sewell 182

would I have checked the depth before entering the water with or without having consumed any beer that day.

17. I was shocked to learn that test results at the hospital reported a blood alcohol level of over .2. Beginning some time around 9 a.m. on the morning of my accident, up until the time of my accident, I drank around 6 beers equally spread in timing between 9 a.m. and the time of the accident. I also drank several bottles of water and Gatorade throughout the day. I am accustomed to drinking that number of beers over that period of time on all day beach or water recreation type outings, and I have a high tolerance to the effects of alcohol at that level of consumption. I did not at all feel "drunk" or unsteady at any time that day, nor at the time of the accident. I recall everything about the day up to my dive into the water very clearly until some fading in and out after feeling like I was losing consciousness.

18. At the time of the accident, I was 5' 8" tall and weighed 190 pounds.

19. This Affidavit is based exclusively on my own knowledge and words.

_____
TIMOTHY SEWELL

Sworn to and subscribed
before me this 21st day
of April , 20 23 .
_____
NOTARY PUBLIC
Notary/Bar No.: 12173869
My Commission Expires 5/16/23

SHELLY C. STARNES
Notary Public, State of Texas
Comm Expires 05-16-2023
Notary ID 12193869

Sewell - Appeal 05/16/23 - 032

**Lincoln/Sewell 183**

COUNTY OF __Wise__

STATE OF TEXAS


### AFFIDAVIT

BEFORE ME, the undersigned authority, came and appeared:

GAYE SEWELL

who after being duly sworn, did depose and state the following:

1. My name is Gaye Sewell, and my date of birth is June 30, 1965.

2. I have been married to Timothy (Tim) Sewell since April 27, 1991.

3. My occupation before Tim's paralyzing accident was Teacher's Aid for Special Education before becoming Tim's primary care aid.

4. I have reviewed the Affidavit of my husband attached to this Affidavit as Exhibit 1. All statements Tim makes in his Affidavit describe the same information that I was told about the accident and circumstances of the accident and Tim's condition at the time of the accident by Tim and others who were with him that day.

5. I have been with Tim on all day beach outings over our years of marriage and have witnessed him drink the number of beers as he describes in his affidavit regarding the day of his accident on some of those occasions, always without any noticeable intoxication or alteration of behavior or demeanor.

6. The above is true and based upon personal knowledge.



_____
GAYE SEWELL

Sworn to and subscribed
before me this 21st day
of April , 20 23 .

_____
NOTARY PUBLIC
Notary/Bar No.: 12193869
My Commission Expires 5/16/23

SHELLY D. STARNES
Notary Public, State of Texas
Comm. Expires 05-16-2023
Notary ID 12193869

**Lincoln/Sewell 184**

PARISH/COUNTY OF _Nueces_

STATE OF _Texas_

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

**JAMES FENN**

who after being duly sworn, did depose and state the following:

1. My name is James Fenn, and my date of birth is ⎯

2. My occupation is Vice President, Claims for Griston Claim Services.

3. On August 28, 2021, I took a fishing trip on my boat on the Gulf of Mexico coast at Port Aransas, Texas, near Corpus Christi with friends Paul Boswell, Chris Boswell, and Tim Sewell. Paul Boswell and Chris Boswell had fished with me before in that area. Tim Sewell had never been fishing or boating in that area before.

4. We got into the boat on August 28, 2021, around 6:30 a.m., just at dawn, with breakfast foods and snacks that we ate on the boat throughout the day, and an ice chest with Gatorade, water, a case of 12 ounce cans of Coors Light beer, and a 12 pack of 12 ounce Yuengling Light beers that Tim Sewell had brought for himself. Tim Sewell was the only one on board who drank the Yuengling Light beer that day.

5. We fished throughout the day before stopping at around 2:30 p.m. at a dockside restaurant for a late lunch. After lunch we re-boarded and boated a short distance to relax and get into the water to cool off in Aransas Bay.

6. Stopping for an afternoon cool-off swim there is popular with boaters in the area on hot summer days, and other boats were anchored nearby, a similar distance from the shore as us, with people, including grown men, jumping and diving from their boats to wade and cool off in the water, which was from chest to neck deep, or 4.5 to 5 feet deep. This was a very common scene for Paul Boswell and me, but not for Tim.

7. There were no shallow water markers or signs warning boaters or swimmers of shallow water or sandbars in the area, no visible evidence of sandbars, and no discussion of sandbars or water depth took place that day on our boat before Tim Sewell dove into the water to cool off.

8. I saw Tim Sewell enter the water. He removed his wallet and cell phone from his pockets and removed his shirt before entering the water. He then stood on the rear deck of the boat, and dove straight out from the boat, not in a downward direction. He did not fall or lose

Sewell - Appeal 05/16/23 - 034

**Lincoln/Sewell 185**

his balance, and had control of his movements. He would not have hit the bottom if the water had been chest or neck deep, or 4.5 to 5 feet deep where he dove.

9. We thought Tim was joking with us for the first few seconds when he remained face down in the water after getting in. Once we realized he was seriously injured, we carefully carried him back onto the boat and sped to the dock where EMS and game wardens were waiting after receiving 911 calls.

10. We spoke extensively with several game wardens about exactly what had happened. They boarded the boat, and counted our beer cans and fish. None of them even raised a question about alcohol consumption, as we were all obviously showing zero effects of alcohol. They expressed their well wishes for our friend and we departed after the ambulance did.

11. Unfortunately, where Tim entered the water there was a sandbar with water depth only about 2.5 feet deep. This depth tapered steeply down a shelf to 4.5 or 5 feet deep where we saw others entering and wading in the water neck and chest deep.

12. Beginning at around 8 or 9 a.m. until Tim's accident, Tim had consumed 6 beers I would estimate, spread throughout the day, along with water and Gatorade.

13. At no time during the day did Tim appear intoxicated or "drunk", unsteady, or impaired in his actions or speech. Neither intoxication nor alcohol contributed in any way to this accident. This accident happened because of the simple tragic mistake of believing the water where he dove would be the same depth as the water where we were watching the other boaters swim. In hindsight, this mistake is easily made especially by someone like Tim, who was completely unfamiliar with the area and the presence of sandbars in Aransas Bay a long distance from shore. There was absolutely nothing to indicate that it would be only about half that depth, and everything we saw indicated a depth of 4.5 to 5 feet. Hearing word of a reported blood-alcohol result at the hospital of over .2, my reaction was, and still is, that there is no possible way that result is accurate.

14. When I cleared out the boat and put everything away days later, there were still six cans of Yuengling beer left unopened.

15. The above is true and based upon personal knowledge.

<div align="right">JAMES FENN</div>

Sworn to and subscribed
before me this 2nd day
of May , 2022.

NOTARY PUBLIC
Notary/Bar No.: 132632150
My Commission Expires 08-19-2024

LAUREN PYEATT
Notary Public, State of Texas
Comm. Expires 08-19-2024
Notary ID 132632150

PARISH/COUNTY OF  Nueces

STATE OF Texas

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

## TIFFANY WEAVER

who after being duly sworn, did depose and state the following:

1. My date of birth is

2. My occupation is Account Services Manager for Griston Claim Services.

3. I spent the day of August 28, 2021, on a fishing boat with friends that fished in tandem with the boat owned by James Fenn and occupied by Tim Sewell, Paul Boswell, and Chris Boswell.

4. The two boats followed each other around from fishing spot to fishing spot from early that morning until about 2:30 in the afternoon, when both boats went to dock at port Aransas water-side grill for lunch.

5. I sat for lunch with Tim Sewell and his boat mates, where we had nice conversation about the day, and decided to go anchor and swim in a popular bay area nearby to cool off.

6. We anchored next to James Fenn's boat, and our boat occupants were wading in the water chest to neck deep, in water four to five feet deep, next to our boat when Tim Sewell dove into the water.

7. Before Tim Sewell dove, several other people from other boats had dived and jumped into the water, including me, and were in the water chest to neck deep.

8. I saw Tim Sewell dive into the water. He stood on the rear deck of the boat, diving out from the boat, not down. He did not fall or lose his balance or anything like that, but was surefooted and had control of his movements. He would not have hit the bottom if the water had been chest or neck deep, or 4.5 to 5 feet deep where he dove.

9. Where Tim entered the water there was a sandbar with water depth of only about 2.5 feet deep. This depth tapered steeply down a shelf to 4.5 or 5 feet deep where we saw others, including me, entering and wading in the water neck and chest deep. The water was murky, and the bottom could not be seen.

10. I have perfect recollection of that day. Throughout the day the boat I was on would anchor to fish close enough to the boat Tim Sewell was on to have conversation between occupants

Sewell - Appeal 05/16/23 - 036

**Lincoln/Sewell 187**

of both boats, and I ate lunch at the same table with Tim Sewell. Then the boat I was on was parked next to his where we anchored to swim. I interacted with Tim Sewell in conversation and observed him throughout the entire day.

11. At no time on that day did Tim Sewell or anyone on either boat act, appear or show any signs of being intoxicated. Nobody, including Tim Sewell, appeared unsteady or lacking in judgment. Nobody, including Tim Sewell, spoke in a manner appearing intoxicated or affected at all by alcohol consumption at any time of that day. All were in complete control of their judgment and behavior.

12. Neither Tim Sewell, nor anyone else on James Fenn's boat drank more than 6 beers each during the course of the day.

13. The idea that Tim Sewell's blood alcohol concentration was over .2 at the hospital strikes me as impossible, inaccurate, and contrary to everything I observed that day.

14. I am well acquainted with James Fenn, Tim Sewell, Chris Boswell, and Paul Boswell. They are not youngsters who go boating to drink excessively. They are all professionals and perfect gentlemen in their mid to late 50's in age. I have never witnessed any of them drink excessively or appear intoxicated. This was just a typical, very relaxed and pleasant day of fishing shared among mature, responsible, professional friends.

15. The above is true and based upon personal knowledge.

TIFFANY WEAVER

Sworn to and subscribed
before me this 2nd day
of May , 2023 .

NOTARY PUBLIC
Notary/Bar No.: 132632150
My Commission Expires 08-19-2024

LAUREN PYEATT
Notary Public, State of Texas
Comm. Expires 08-19-2024
Notary ID 132632150

Sewell - Appeal 05/16/23 - 037

**Lincoln/Sewell 188**

PARISH/COUNTY OF __Dallas__

STATE OF __Texas__

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

### PAUL BOSWELL

who after being duly sworn, did depose and state the following:

1. My name is Paul Boswell, and my date of birth is

2. My occupation is Senior Vice President for Catalytic Claims.

3. On August 28, 2021, I took a fishing trip on James Fenn's boat in Port Aransas, Texas with my brother Chris Boswell, James Fenn and Tim Sewell. I had fished there before a number of times. Tim Sewell had never been fishing or boating in that area before this trip.

4. We left in the boat around 6:30 a.m. with breakfast foods and snacks that we ate on the boat throughout the day, and an ice chest with Gatorade, water, a case of 24 12 ounce cans of Coors Light beer, and a 12 pack of 12 ounce cans of Yuengling Light beers that Tim Sewell had brought for himself. Tim Sewell was the only one on board who drank the Yuengling Light beer that day.

5. We fished throughout the day before stopping at around 2:30 p.m. at a dockside restaurant for a late lunch. After lunch we re-boarded and boated a short distance to relax and get into the water to cool off.

6. Other boats were anchored near our boat with people, including grown men, jumping and diving from their boats and wading in the water from chest to neck deep, or 4.5 to 5 feet deep.

7. There were no shallow water markers or signs warning boaters or swimmers of shallow water or sandbars in the area, no visible evidence of sandbars, and no discussion of sandbars or water depth took place that day on our boat before Tim Sewell dove into the water to cool off.

8. I saw Tim Sewell enter the water. He removed his wallet and cell phone from his pockets before entering the water. He then stood on the rear deck of the boat, and dove straight out from the boat, not in a downward direction. He did not fall or lose his balance, and had control of his movements. He would not have hit the bottom if the water had been chest or neck deep, or 4.5 to 5 feet deep where he dove.

Sewell - Appeal 05/16/23 - 038

**Lincoln/Sewell 189**

9. Unfortunately, where Tim entered the water there was a sandbar with a water depth only about 2.5 feet deep. This depth tapered steeply down a shelf to 4.5 or 5 feet deep where we saw others entering and wading in the water neck and chest deep. The water was murky, and the bottom was not visible at either the front, or the shallow back of the boat where Tim dove.

10. Beginning at around 8 or 9 a.m. until Tim's accident, Tim had consumed 5 or 6 beers I would estimate, spread throughout the day, along with water and Gatorade.

11. Tim did not appear intoxicated or "drunk", unsteady, or impaired in his actions or speech at any time during the day. Neither intoxication nor alcohol contributed in any way to this accident. This accident happened because of the simple tragic mistake of believing the water where he dove would be the same depth as the water where we were watching the other boaters swim. In hindsight, this mistake is easily made especially by someone like Tim, who was completely unfamiliar with the area and the presence of sandbars in Aransas Bay a long distance from shore. There was absolutely nothing to indicate that it would be only about half that depth, and everything we saw indicated a depth of 4.5 to 5 feet.

12. The above is true and based upon personal knowledge.

_____
**PAUL BOSWELL**

Sworn to and subscribed before me this _3_ day of ___May___, 20_23_.

_____
NOTARY PUBLIC
Notary/Bar No.: ___ _132 2 38997_
My Commission Expires _11-5-23_

LASHANDRA LONG ASHWOOD
Notary ID #132238997
My Commission Expires
November 5, 2023

PARISH/COUNTY OF _Travis_

STATE OF _Texas_

## AFFIDAVIT

BEFORE ME, the undersigned authority, came and appeared:

### CHRIS BOSWELL,

who after being duly sworn, did depose and state the following:

1. My name is Chris Boswell, and my date of birth is .

2. My occupation is Chief Commercial Officer for a Morgan Stanley portfolio company.

3. On August 28, 2021, I took a fishing trip Port Aransas, Texas, near Corpus Christi with my brother Paul Boswell, and two friends, James Fenn and Tim Sewell on James's boat. Paul Boswell had fished with me before. Tim Sewell had never been fishing or boating in that area before.

4. We got into the boat on August 28, 2021, around 6:30 a.m., with breakfast foods and snacks that we ate on the boat throughout the day, and an ice chest with Gatorade, water, a case of 24 12 ounce cans of Coors Light beer, and a 12 pack of 12 ounce Yuengling Light beers that Tim Sewell had brought for himself. Tim Sewell was the only one on board who drank the Yuengling Light beer that day.

5. We fished throughout the day before stopping at around 2:30 p.m. at a dockside restaurant for a late lunch. After lunch we re-boarded and boated a short distance to relax and get into the water to cool off in Aransas Bay.

6. Stopping for an afternoon cool-off swim there is popular with boaters in the area on hot summer days, and other boats were anchored nearby, a similar distance from the shore as us, with people, including grown men, jumping and diving from their boats to wade and cool off in the water, which was from chest to neck deep, or 4.5 to 5 feet deep. This was a very common scene for Paul Boswell and me, but not for Tim.

7. There were no shallow water markers or signs warning boaters or swimmers of shallow water or sandbars in the area, no visible evidence of sandbars, and no discussion of sandbars or water depth took place that day on our boat before Tim Sewell entered the water to cool off.

8. I saw Tim take off his shirt as if about to enter the water, but I had turned around to look at something else when I heard him enter the water. When I turned to look back at him, he was remaining face down in the water, and I thought he was joking around. We were able

**Lincoln/Sewell 191**

to get him back gently in the boat, and then went dock where EMS and game wardens were waiting after receiving 911 calls.

9. Tim entered the water at the rear of the boat, and there was a sandbar there and only about 2.5 feet deep water. This depth tapered steeply down a shelf to 4.5 or 5 feet deep where we saw others entering and wading in the water neck and chest deep from their boats.

10. Beginning at around 8 or 9 a.m. until Tim's accident, Tim had consumed no more than 5 or 6 beers I would estimate, spread throughout the day, along with water and Gatorade. There was no alcohol on board or consumed by anyone that day other than the Coors Light beer.

11. At no time during the day did Tim appear intoxicated or "drunk", unsteady, or impaired in his actions or speech. Neither intoxication nor alcohol contributed in any way to this accident. This accident happened because the water where he dove would appear to anyone to be the same depth as the water where we were watching the other boaters swim. Tim was also completely unfamiliar with the area and the presence of sandbars in Aransas Bay a long distance from shore. The water was murky, the bottom could not be seen, and there was absolutely nothing to indicate that it would be only about half the depth of the water where we were watching others jump and dive from boats and swim and wade. Tim was simply following suit.

12. The above is true and based upon personal knowledge.

_____
CHRIS BOSWELL

Sworn to and subscribed
before me this 5ᵗ day
of ___m a u___, 2023.

_____
NOTARY PUBLIC
Notary/Bar No.: 13300 6414
My Commission Expires 03/30/2025

JOSE ALFREDO DE LOS REYES-SOTO
Notary Public, State of Texas
Comm. Expires 03-30-2025
Notary ID 133005414



Sewell - Appeal 05/16/23 - 042

**Lincoln/Sewell 193**



# PORT ARANSAS EMS
Patient Care Record

**Name:** SEWELL, TIMOTHY  **Incident #:** 202100000846-PAEMS  **Date:** 08/28/2021  Patient 1 of 1

## Patient Information

| | | | |
|---|---|---|---|
| Last | SEWELL | Address | |
| First | TIMOTHY | Address 2 | |
| Middle | ALAN | City | |
| Gender | Male | State | |
| DOB | | Zip | |
| Age | 56 Yrs, 11 Months, 7 Days | Country | US |
| Weight | | Tel | |
| Pedi Color | | Physician | |
| SSN | | Ethnicity | Not Hispanic or Latino |
| Race | White | | |
| Advance Directives | | | |
| Resident Status | | | |
| Patient Resides in Service Area | | | |
| Temporary Residence Type | | | |

## Clinical Impression

| | |
|---|---|
| Primary Impression | Brain Injury |
| Secondary Impression | Injury of Head |
| Protocol Used | |
| Anatomic Position | Head |
| Onset Time | |
| Last Known Well | |
| Chief Complaint | HE HIS NOT RESPONDING |
| Duration | Units |
| Secondary Complaint | HES NOT BREATHING |
| Duration | Units |
| Patient's Level of Distress | |
| Signs & Symptoms | Injuries - Injury to neck<br>Injuries - Injury to head<br>Respiratory - Abnormal breathing<br>Shock - Traumatic shock |
| Injury | Struck by Object - Contact with blunt object - 3 ft - Lake, river, ocean - 08/28/2021 |
| Additional Injury | Other fall from one level to another |
| Mechanism of Injury | Blunt |
| Medical/Trauma | Trauma |
| Barriers of Care | Unconscious |
| Alcohol/Drugs | Unknown |
| Pregnancy | |
| Initial Patient Acuity | |
| Final Patient Acuity | |
| Patient Activity | |

## Medication/Allergies/History

| | |
|---|---|
| Medications | |
| Allergies | No known allergies |
| History | None Reported |
| Last Oral Intake | |

## Vital Signs

| Time | AVPU | Side | POS | BP | Pulse | RR | SPO2 | ETCO2 | CO | BG | Temp | Pain | GCS(E+V+M)/Qualifier | RTS | PTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16:55 | Unresponsive | R | Lay | 135/62 A | 87 | 10 | 88 Rm | | | 254 | | | 3=1+1+1/NQ | 8 | |
| 16:56 | | | | / | 98 | | 71 | | | | | | | | |
| 16:58 | Unresponsive | R | Lay | 180/89 A | 100 | 20 | 86 | | | | | | | | |
| 17:28 | Unresponsive | R | Lay | 122/83 A | 79 | 22 V | 93 | 30 | | | | | | | |
| 17:36 | Unresponsive | R | Lay | 69/37 A | 79 | 21 V | 88 | 32 | | | | | | | |
| 17:40 | Unresponsive | R | Lay | / | 78 | 19 V | | 39 | | | | | | | |

## ECG

| Time | Type | Rhythm | Notes |
|---|---|---|---|
| 16:55 | 4-Lead | Sinus Rhythm | |
| 16:58 | 4-Lead | Sinus Rhythm | |
| 17:36 | 4-Lead | Sinus Rhythm | |
| 17:40 | 4-Lead | Sinus Rhythm | |

## Flow Chart

| Time | Treatment | Description | Provider |
|---|---|---|---|

08/29/2021 03:07:43
PCRID: 1c22f149-872d-4a7f-834d-ad92012542bc
Electronically Signed by: HOWIE, ALBERT
Template Version: PCR-EXTRACT-1.3.1
Data Version: AAAAAAxozck=

Sewell - Appeal 05/16/23 - 043

**Lincoln/Sewell 194**

| Time | Procedure | Details | Provider |
|---|---|---|---|
| 16:50 | Spinal Motion Restriction | Cervical Collar; Successful; | HOWIE, ALBERT |
| 16:50 | Spinal Motion Restriction | Spine Board - Long; Successful; | HOWIE, ALBERT |
| 16:51 | CPR | Comments: faint pulses felt, compressions started while moving pt to unit; Successful; | HOWIE, ALBERT |
| 16:55 | 3-Lead ECG | Successful; | HOWIE, ALBERT |
| 16:55 | Oxygen | Bag Valve Mask (BVM); Flow Rate: 15 lpm; Successful; | HOWIE, ALBERT |
| 16:56 | CPR Discontinued | Comments: had strong pulses; | HOWIE, ALBERT |
| 16:58 | IV Therapy | 18 ga; Antecubital-Left; Saline Lock; Total Fluid: 0; Successful; | TABOR, JOHN |
| 16:59 | Orotracheal Intubation | 7.5; Airway Complications: Clenched Teeth, Failed Intubation Effort, Other (Not Listed) Patient Response: Unchanged; Unsuccessful; Complication: Other; | HOWIE, ALBERT |
| 17:04 | Video Laryngoscopy | 7.5; Airway Complications: Clenched Teeth, Other (Not Listed) Patient Response: Unchanged; Unsuccessful; | HOWIE, ALBERT |
| 17:05 | IV Therapy | 18 ga; Antecubital-Right; Saline Lock; Total Fluid: 0; Successful; | TABOR, JOHN |
| 17:07 | Suction | Comments: 10 ml saliva; Contents: Other; Amount: 10; Successful; | HOWIE, ALBERT |
| 17:08 | Ketamine | 100 Milligrams (mg); Intravenous (IV); | TABOR, JOHN |
| 17:08 | Succinylcholine | 200 Milligrams (mg); Intravenous (IV); | TABOR, JOHN |
| 17:09 | Sedation Assist Intubation(SAI) | 7.5; Placed At 23cm; Placement Verfication: Auscultation, Chest Rise, Visualization of Vocal Cords, Waveform ETCO2, Condensation in Tube Stop Time: 17:10; Successful; | TABOR, JOHN |
| 17:10 | Video Laryngoscopy | 7.5; Placed At 23cm; Placement Verfication: Auscultation, Chest Rise, Visualization of Vocal Cords, Waveform ETCO2, Condensation in Tube Patient Response: Improved; Successful; | TABOR, JOHN |
| 17:20 | Trauma Alert | Comments: notified bay area; | HOWIE, ALBERT |

## Assessments

**Assessment Time: 08/28/2021 22:00:00**

| Category | Comments | Subcategory | | |
|---|---|---|---|---|
| Mental Status | | Mental Status | ✓ | Unresponsive |
| Skin | | Skin | ✓ | Cyanotic • Pale |
| HEENT | | Face | | Face: No Abnormalities |
| | | Head | | Head: No Abnormalities |
| | | Eyes | ✓ | Left: 4-mm • Non-Reactive  Right: 4-mm • Non-Reactive |
| | | Neck | | No Abnormalities |
| Chest | | Chest | | General: No Abnormalities |
| | | Heart Sounds | | No Abnormalities |
| | | Lung Sounds | | LL: No Abnormalities  LU: No Abnormalities  RL: No Abnormalities  RU: No Abnormalities |
| Abdomen | | General | | No Abnormalities |
| Back | | Back | | No Abnormalities |
| Pelvis/GU/GI | | Pelvis/GU/GI | | Pelvis/GU/GI: No Abnormalities |
| Extremities | | Left Arm | | Whole Arm and Hand: No Abnormalities |
| | | Right Arm | | Whole Arm and Hand: No Abnormalities |
| | | Left Leg | | Left Leg and Foot: No Abnormalities |
| | | Right Leg | | Right Leg and Foot: No Abnormalities |
| Neurological | PT UNRESPONSIVE, DIVE INJURY | Neurological | ✓ | Cerebellar Function - Abnormal • Other |

## Assessments

**Assessment Time: 08/28/2021 22:30:00**

| Category | Comments | Subcategory | | |
|---|---|---|---|---|
| Mental Status | | Mental Status | ✓ | Unresponsive |
| Skin | SKIN COLOR IMPROVED AFTER INTUBATION | Skin | ✓ | Warm |
| HEENT | | Face | | Face: No Abnormalities |
| | | Head | | Head: No Abnormalities |
| | | Eyes | ✓ | Left: 4-mm • Non-Reactive  Right: 4-mm • Non-Reactive |
| | | Neck | | No Abnormalities |

Run Number: 21-0846  
Hospital Chart Number: DO0092173896

Page 2 of 9

08/29/2021 03:07:43  
PCRID: 1c22f149-872d-4a7f-834d-ad92012542bc  
Electronically Signed by: HOWIE, ALBERT  
Template Version: PCR-EXTRACT-1.3.1  
Data Version: AAAAAAxozck=

Sewell - Appeal 05/16/23 - 044

**Lincoln/Sewell 195**



## PORT ARANSAS EMS
Patient Care Record

**Name:** SEWELL, TIMOTHY | **Incident #:** 202100000846-PAEMS | **Date:** 08/28/2021 | Patient 1 of 1

### Assessments

**Assessment Time:** 08/28/2021 22:30:00

| Category | Comments | Subcategory | |
|---|---|---|---|
| Chest | | Chest | **General:** No Abnormalities |
| | | Heart Sounds | No Abnormalities |
| | | Lung Sounds | **LL:** No Abnormalities **LU:** No Abnormalities **RL:** No Abnormalities **RU:** No Abnormalities |
| Abdomen | | General | No Abnormalities |
| Back | | Back | No Abnormalities |
| Pelvis/GU/GI | | Pelvis/GU/GI | **Pelvis/GU/GI:** No Abnormalities |
| Extremities | | Left Arm | **Whole Arm and Hand:** No Abnormalities |
| | | Right Arm | **Whole Arm and Hand:** No Abnormalities |
| | | Left Leg | **Left Leg and Foot:** No Abnormalities |
| | | Right Leg | **Right Leg and Foot:** No Abnormalities |
| Neurological | PT UNRESPONSIVE, DIVE INJURY | Neurological | ✓ Cerebellar Function - Abnormal • Other |

### Narrative

DISPATCHED TO CPR IN PROGRESS WITH PT INVOLVED IN DIVE INJURY. ARRIVED TO MARINA DOCK TO AWAIT BOAT ARRIVAL. BOAT ARRIVED TO DOCK, 56 YO MALE FOUND LYING LT LATERAL RECUMBANT POSITION ON REAR BENCHSEAT OF BOAT. BYSTANDER FOUND TO TO BE MANUALLY HOLDING FINGER IN PT MOUTH IN ATTEMPT TO KEEP AIRWAY OPEN. STATES PT HAVING DIFFICULTY BREATHING. PT APPEARED CYNATOIC TO HEAD AND PALE SKIN. PT HAD FAINT PULSES TO CAROTID. PT HAVING AGONAL RESPIRATIONS. WITNESSESS ON BOAT DESCRIBED PT PERFORMED HEAD FIRST DIVE INTO SHALLOW WATER. DESCRIBED PT IMMEDIATELY WENT UNRESPONSIVE IN WATER AND PULLED INTO BOAT BY FRIENDS. PT POSTIONED ON BACKBOARD AND CARRIED OUT OF BOAT WITH 6 PERSON CARRY. PT CARRIED TO STRETCHER, SECURED. CPR COMPRESSIONS INITIATED BY EMS AS PT MOVED TO UNIT. PT SECURED IN UNIT. BVM APPLIED. EKG-SINUS RATE OF SIXTY. APPLIED C-COLLAR. AND SECURED HEAD TO BOARD. PULSES NOW STRONG, PT STILL UNRESPONSIVE. COMPRESSIONS STOPPED. BILAT 18G IV LOCKS EST TO LT AND RT AC'S. PT HAD INCREASED SALIVA/MOISTURE TO AIRWAY, SUCTION APPLIED. ATTEMPTED ORAL INTUBATION WITH 7.5 ETT BUT UNSUCCESSFUL, PT HAD DIFFICULTY ANATOMY IN AIRWAY. PT ALSO HAD RIGID JAW CLENCHING. ATTEMPTED 2ND ATTEMPT WITH KINGVISION DEVICE, BUT UNSUCCESSFUL. CLENCHING GETTING WORSE. PT SEDATED WITH 200 MG SUCCINYLCHOLINE AND 100 MG KETAMINE IVP. PT TEETH RELAXED, AIRWAY MORE VISIBLE. PT INTUBATED WITH KINGVISON DEVICE 3RD ATTEMPT AFTER VISUALIZATON OF VOCAL CORDS. HAD CONDENSATION IN TUBE. 23 CM AT TEETH. (-) EPIGASTRIC SOUNDS. HAD (+) CHEST RISE. BBS CLEAR AND EQUAL ALL FIELDS. TUBE SECURED WITH TUBE TAMER. HAD POSITIVE WAVEFORMS WITH END TIDAL CO2 DEVICE. MEASURING 35-45 TORR. PT SKIN COLOR IMPROVING. VITALS MONITORED. TRANSPORTED CODE 3 EMERGENCY TO BAY AREA ER. PT VENITLATED WITH BVM THROUGHOUT TRANSPORT. NO CHANGES EN ROUTE. ARRIVED TO BAY AREA ER, PT HAD PATENT IV'S AND ETT. BBS RECONFIRMED AND STILL PATENT. PT DELIVERED TO BAY AREA ER RM 4. PT CARRIED TO ER BED WITH 4 PERSON CARRY. ER STAFF CONTINUED CARE. NO OTHER EMS CHANGES. EOR, RETURNED TO SERVICE. AH

### Specialty Patient - Advanced Airway

| Airway | Indications | Monitoring Devices | Rescue Devices | Reasons Failed Intubation |
|---|---|---|---|---|
| Class4 Grade2 | Other (Not Listed) Potential for Future Airway Complications Airway Reflexes Compromised Ventilatory Effort Compromised Apnea/Agonal Respirations | EtCO2 SpO2 C - Collar IV ECG | BVM | Difficult Patient Airway Anatomy Jaw Clenched (Trismus) |

### Specialty Patient - CPR

| | | | | | In Field Pronouncement | |
|---|---|---|---|---|---|---|
| Cardiac Arrest | Yes, Prior to EMS Arrival | Prearrival CPR Instructions | No | | | |
| Cardiac Arrest Etiology | Trauma | First Defibrillated By | | | Expired | |
| Estimated Time of Arrest | 6-8 Minutes | Time of First Defib | | | Time | |
| Est Time Collapse to 911 | 3 Minutes | Initial ECG Rhythm | PEA | | Date | |
| Est Time Collapse to CPR | 3 Minutes | Rhythm at Destination | Sinus Rhythm | | Physician | |
| Arrest Witnessed By | Witnessed by Lay Person | Hypothermia | No | | | |
| CPR Initiated By | EMS | End of Event | ROSC in the Field | | | |
| Tme 1st CPR | 16:50 08/28/2021 | ROSC | Yes, Sustained for 20 Consecutive Minutes | | | |
| CPR Feedback | No | ROSC Time | 16:55 08/28/2021 | | | |
| ITD Used | No | ROSC Occured | After ALS | | | |
| Applied AED | No | Resuscitation Discontinued | 17:55 08/28/2021 | | | |
| Applied By | | Discontinued Reason | Return of Spontaneous Circulation (pulse or BP noted) | | | |
| Defibrillated | | Resuscitation | Resuscitation Attempted - Yes; Attempted Ventilation, Initiated Chest Compressions | | | |
| CPR Type | Compressions - Continuous, Ventilation - Bag Valve Mask | | | | | |

### Specialty Patient - CDC 2011 Trauma Criteria

| Vital Signs | Respiratory Rate <10 or >29 breaths per minute (<20 in infants aged <1 year) or need for ventilatory support, Glasgow Coma Score <= 13 | Trauma Activation | Yes |
|---|---|---|---|

08/29/2021 03:07:43
PCRID: 1c22f149-S72d-4a7f-831d-ad92012542bc
Electronically Signed by: HOWIE, ALBERT
Template Version: PCR-EXTRACT-1.3.1
Data Version: AAAAAAxozck=

Sewell - Appeal 05/16/23 - 045

**Lincoln/Sewell 196**

 
### Specialty Patient - CDC 2011 Trauma Criteria

| | | | |
|---|---|---|---|
| Anatomy of Injury | Paralysis | Time | 17:20:00 |
| Mechanism of Injury | None | Date | 08/28/2021 |
| Special Considerations | EMS Provider Judgment | Trauma level | Undesignated |
| | | Reason Not Activated | |

### Specialty Patient - Outbreak Screening

| | |
|---|---|
| Outbreak Screened | COVID-19 |
| Onset of Signs/Symptoms | |
| Symptoms Reported | None |

Has the patient traveled outside the community in the past 30 days?

No

| Travel Start Date | | Travel End Date | |
|---|---|---|---|

Travel Locations

Has the patient traveled outside the United States in the past 30 days?

No

| Travel Start Date | | Travel End Date | |
|---|---|---|---|

Travel Locations

| | |
|---|---|
| Has the patient had household or close contact w/ someone with above symptoms and travel history? | No |
| Has the patient had household or close contact w/ someone with confirmed diagnosis of illness being screened? | No |
| Comments | |

### Incident Details / Destination Details / Incident Times

| Incident Details | | Destination Details | | Incident Times | |
|---|---|---|---|---|---|
| Location Type | Lake, River, Ocean | Disposition | Transported Lights/Siren | PSAP Call | 16:41:00 |
| Location | | Transport Due To | Protocol, Closest Facility | Dispatch Notified | |
| Address | 1 SHIP CHANNEL | Transported To | Bay Area | Call Received | 16:41:00 |
| Address 2 | | Requested By | Family | Dispatched | 16:42:00 |
| Mile Marker | | Destination | Hospital | En Route | 16:43:00 |
| City | Port Aransas | Department | Emergency Room | Staged | |
| County | Nueces | Address | 7101 SPID | Resp on Scene | |
| State | TX | Address 2 | | On Scene | 16:44:00 |
| Zip | 78373 | City | Corpus Christi | At Patient | 16:49:00 |
| Country | US | County | Nueces | Care Transferred | |
| Medic Unit | 419 | State | Texas | Depart Scene | 17:12:00 |
| Medic Vehicle | 419 | Zip | 78412 | At Destination | 17:37:00 |
| Run Type | 911 Response | Country | US | Pt. Transferred | 17:45:00 |
| Response Mode | Emergent | Zone | | Call Closed | 18:40:00 |
| Shift | A Shift | Condition at Destination | Unchanged | In District | |
| Zone | All Others | Destination Record # | | At Landing Area | |
| Level of Service | Advanced Life Support | Trauma Registry ID | n/a | | |
| EMD Complaint | Drowning/Diving/SCUBA Accident | EMD Card Number | | | |
| Dispatch Priority | | Alternative Disposition Offered | | | |

### Crew Members

| Personnel | Role | Certification Level |
|---|---|---|
| HOWIE, ALBERT | Lead | EMT-Paramedic (Texas) - 925 |
| BOYER, BRETT | Driver | |
| TABOR, JOHN | Other | EMT-Paramedic (Texas) - 735283 |
| VELANDIA, BRIAN | Other | EMT-Intermediate (Texas) - 140266 |
| VERACRUZ, JOSHUA | Other | EMT-Basic (Texas) - 155483 |

### Insurance Details

| | | | | | |
|---|---|---|---|---|---|
| Insured's Name | TIMOTHY ALAN SEWELL | Primary Payer | | Dispatch Nature | |
| Relationship | Self | Medicare | | Response Urgency | |
| Insured SSN | | Medicaid | | Job Related Injury | |
| Insured DOB | | Primary Insurance | | Employer | |
| Address1 | | Policy # | | Contact | |

Run Number: 21-0846
Hospital Chart Number: DO0092173896

08/29/2021 03:07:43
PCRID: 1c22f149-872d-4a7f-834d-ad92012542bc
Electronically Signed by: HOWIE, ALBERT
Template Version: PCR-EXTRACT-1.3.1
Data Version: AAAAAAxozck=

Sewell - Appeal 05/16/23 - 046

**Lincoln/Sewell 197**

## Insurance Details

| Address2 | | Primary Insurance Group Name | | Phone | |
|---|---|---|---|---|---|
| Address3 | | Group # | | Mileage to Closest Hospital | |
| City | I c | Secondary Ins | | | |
| State | TX | Policy # | | | |
| Zip | | Secondary Insurance Group Name | | | |
| Country | US | Group # | | | |

| Mileage | | | Delays | | | Additional Agencies |
|---|---|---|---|---|---|---|
| Scene | 1.0 | | Category | | Delays | Port A Police, Port Aransas Second Unit Assistance |
| Destination | 29.6 | | | | | |
| Loaded Miles | 28.6 | geo-verified | | | | |
| Start | | | | | | |
| End | | | | | | |
| Total Miles | | | | | | |

## Next of Kin

| Next of Kin Name | | Address1 | | City | |
|---|---|---|---|---|---|
| Relationship to Patient | | Address2 | | State | |
| Phone | | Address3 | | Zip | |
| | | | | Country | US |

## Patient Transport Details

| How was Patient Moved to Ambulance | | How was Patient Moved From Ambulance | |
|---|---|---|---|
| Patient Position During Transport | Supine | Condition of Patient at Destination | Unchanged |

## Billing Authorization

| Authorization | Billing Authorization/ HIPPA |
|---|---|

### Section I - Patient / Parent of Minor Authorization Signature

Billing Authorization Statement: I request that payment of authorized Medicare, Medicaid, or any other insurance benefits be made on my behalf to Port Aransas EMS (PAEMS) for any services provided to me by PAEMS now, in the past, or in the future. I understand that I am financially responsible for the services and supplies provided to me by PAEMS, regardless of my insurance coverage, and in some cases, may be responsible for an amount in addition to that which was paid by my insurance. I agree to immediately remit to PAEMS any payments that I receive directly from insurance or any source whatsoever for the services provided to me and I assign all rights to such payments to PAEMS. I authorize PAEMS to appeal payment denials or other adverse decisions on my behalf without further authorization. I authorize and direct any holder of medical information or other relevant documentation about me to release such information to PAEMS and its billing agents, the Centers for Medicare and Medicaid Services, and/or any other payers or insurers, and their respective agents or contractors, as may be necessary to determine these or other benefits payable for any services provided to me by PAEMS, now, in the past, or in the future. Privacy Practices (HIPAA) Statement: PAEMS will create a record of the care and services you receive to provide quality care and to comply with legal requirements. PAEMS is required by law to keep medical information about you private, to provide you with this notice of our legal duties and privacy practices with respect to medical information about you and to follow the terms of the privacy practices notice that is currently in effect. PAEMS may use and disclose medical information about you for treatment; to obtain payment for treatment; and to support PAEMS's health care operations. Subject to certain requirements, PAEMS may give out medical information about you without prior authorization for public health purposes, abuse or neglect reporting, health oversight audits or inspections, research studies, funeral arrangements and organ donation, workers' compensation purposes, and emergencies. PAEMS may also disclose medical information when required by law, such as in response to a request from law enforcement in specific circumstances, or in response to valid judicial or administrative orders. PAEMS may disclose medical information about you to a friend or family member who is involved in your medical care, or to disaster relief authorities so that your family can be notified of your location and condition. You are entitled to request a complete copy of our Privacy Practices Policy and any medical information we maintain about you. In order to do so, simply call the administrative offices of PAEMS at 361-815-3306. By signing below, I acknowledge that I have read PAEMS's Billing Authorization Notice and Notice of Privacy Practices.

### Signature

| Signed On | |
|---|---|
| Billing Authorization | |
| HIPAA Acknowledgement | |

Run Number: 21-0846
Hospital Chart Number: DO0092173896

Page 5 of 9

08/29/2021 03:07:43
PCRID: 1c22f149-S72d-4a7f-834d-ad92012542bc
Electronically Signed by: HOWIE, ALBERT
Template Version: PCR-EXTRACT-1.3.1
Data Version: AAAAAAxozck=

Sewell - Appeal 05/16/23 - 047

**Lincoln/Sewell 198**

## Section II - Authorized Representative Signature

Complete this section only if the patient is physically or mentally unable to sign.
Authorized representatives include only the following:(Check one)

| |
| --- |
| Patient's Legal Guardian |
| Patient's Medical Power of Attorney |
| Relative or other person who receives benefits on behalf of the patient |
| Relative or other person who arranges treatment or handles the patient's affairs |
| Representative of an agency or institution that provided care, services or assistance to patient |

I am signing on behalf of the patient to authorize the submission of a claim for payment to Medicare, Medicaid, or any other payer for any services provided to the patient by the transporting ambulance service now or in the past or in the future. By signing below, I acknowledge that I am one of the authorized signers listed below. **My signature is not an acceptance of financial responsibility for the services rendered.**

### Signature

| Signed On | |
| --- | --- |
| Printed Name | |
| Reason unable to sign | |

## Section III - EMS Personnel and Facility Signatures

Complete this section if the patient was mentally or physically incapable of signing, and no Authorized Representative (section II) was available or willing to sign on behalf of the patient at the time of service.

### EMS Personnel Signature

My signature below indicates that, at the time of service, the patient was physically or mentally incapable of signing, and that none of the authorized representatives listed in Section II of this form were available or willing to sign on the patient's behalf. **My signature is not an acceptance of financial responsibility for the services rendered.**



| Signed On | 08/28/2021 23:37:40 |
| --- | --- |
| Printed Name | A HOWIE |
| Reason unable to sign | PT INTUBATED UNRESPONSIVE |

### Facility Representative Signature

The patient named on this form was received by this facility on the date and at the time indicated and this facility furnished care, services or assistance to the patient. **My signature is not an acceptance of financial responsibility for the services rendered..**



| Signed On | 08/28/2021 23:37:57 |
| --- | --- |
| Notice of Privacy Practices Provided | Yes |
| Printed Name | APRIL |
| Title of Representative | RN |

*Run Number: 21-0846*
*Hospital Chart Number: DO0092173896*

Page 6 of 9

*03/29/2021 03:07:43*
*PCRID: 1c22f149-872d-4a7f-834d-ad92012542bc*
*Electronically Signed by: HOWIE, ALBERT*
*Template Version: PCR-EXTRACT-1.3.1*
*Data Version: AAAAAAxozck=*

Sewell - Appeal 05/16/23 - 048

**Lincoln/Sewell 199**



## PORT ARANSAS EMS
Patient Care Record

**Name:** SEWELL, TIMOTHY      **Incident #:** 202100000846-PAEMS      **Date:** 08/28/2021      Patient 1 of 1

### Facility Signatures

| Signed On | 08/28/2021 23:38:12 |
|---|---|
| Receiving | APRIL |

| Signed On | |
|---|---|
| Paperwork Received | |

| Signed On | |
|---|---|
| Airway Confirmation | |

### Provider Signatures

| Lead Provider | HOWIE, ALBERT | Certification Level | EMT-Paramedic (Texas) - 925 |
|---|---|---|---|

| Provider | VERACRUZ, JOSHUA | Certification Level | EMT-Basic (Texas) - 155483 |
|---|---|---|---|

| Provider | | Certification Level | |
|---|---|---|---|

| Provider | | Certification Level | |
|---|---|---|---|

*08/29/2021 03:07:43*
*PCRID: 1c22f149-872d-4a7f-834d-ad92012542bc*
*Electronically Signed by: HOWIE, ALBERT*
*Template Version: PCR-EXTRACT-1.3.1*
*Data Version: AAAAAAxozck=*

Sewell - Appeal 05/16/23 - 049

**Lincoln/Sewell 200**

**Incident #:** 202100000846-PAEMS   **Date:** 08/28/2021   Patient 1 of 1

| | | | |
|---|---|---|---|
| Name: | | Power On: | 8/28/2021 4:51:59 PM | Physio-Control. Inc. |
| ID: | 062821165159 | Elapsed Time | 0:55:30 |
| Patient ID: | | | |
| Incident ID: | | | |
| Location: | | | |
| Age: | Sex: | 000 3306808-007 LP1538374131 |

▼ 4:47:29 PM                                                                 5:47.29 PM ▼



Run Number: 21-0846
Hospital Chart Number: DO0092173896

03/29/2021 03:07:43
PCRID: 1c22f149-872d-4a7f-834d-ad92012542bc
Electronically Signed by: HOWIE, ALBERT
Template Version: PCR-EXTRACT-1.3.1
Data Version: AAAAAAxozck=

Sewell - Appeal 05/16/23 - 050

**Lincoln/Sewell 201**

| Name: | | Alarm Apnea | 5:40:29 PM | HR | 78 |
|---|---|---|---|---|---|
| ID: | 082821165159 | | | SpO2•PR | ---•--- |
| Patient ID: | | | | SpCO | --- |
| Incident ID: | | | | SpMet | --- |
| Location: | | | | EtCO2(mmHg)•RR | 39•19 |
| Age: | Sex: | | | | |
| 8/28/2021 | | | | | |

Alarm Apnea ▼



Paddles x1.0

SPO2 x2.0

SPO2 Check Senso

__20

CO2 (mmHg)

—

0

Physio-Control, Inc.

25mm/sec                 LP154131 000 3306808-007 LP1538374131
ECG 1-30Hz   Paddles 2.5-30Hz

*Run Number: 21-0846*          *Page 9 of 9*          *08/29/2021 03:07:43*
*Hospital Chart Number: DO0092173896*          *PCRID: 1c22f149-872d-4a7f-834d-ad92012542bc*
*Electronically Signed by: HOWIE, ALBERT*
*Template Version: PCR-EXTRACT-1.3.1*
*Data Version: AAAAAAxozck=*

Sewell - Appeal 05/16/23 - 051

**Lincoln/Sewell 202**

SEWELL, TIMOTHY
TIMOTHY SEWELL

000013

4402

218 pgs



# ATTENTION
## Confidential Information enclosed.
## To be viewed by authorized persons only.

## If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

This information has been disclosed to you from records that may be protected by federal confidentiality rules (42 CFR part 2). The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publicly available information, or through verification of such identification by another person unless further disclosure is expressly permitted by written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see 42 CFR § 2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at 42 CFR §§ 2.12(c)(5) and 2.65.

If the enclosed record pertains to HIV/AIDS, it has been disclosed to you from records whose confidentiality is protected by federal and, perhaps, state law, which prohibits you from making any further disclosure of such information without the specific consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

This is confidential and privileged information. If it contains mental health information. It is for professional use only.



317276919

Sewell - Appeal 05/16/23 - 052

**Lincoln/Sewell 203**

**Ciox Health**
P.O. Box 409900
Atlanta, GA 30384-9900
Fed Tax ID 58 - 2659941
1-800-367-1500

| Date |
| --- |
| 03/ 30/ 2023 |
| Request ID # |
| 0409321340 |

**Ship To:**

TIMOTHY SEWELL
SEWELL TIMOTHY

Requested By: SEWELL, TIMOTHY
Patient Name: SEWELL TIMOTHY

DOB :

**Records From:**

CORPUS CHRISTI MEDICAL
7101 SOUTH PADRE ISLAND DR
CORPUS CHRISTI,TX 78412

| From: | Gaye Sewell <gaye.sewell@icloud.com> |
|---|---|
| Sent: | Tuesday, March 14, 2023 2:26 PM |
| To: | HCA Record Request |
| Subject: | (EXTERNAL) Medical Records for Timothy A Sewell from Corpus Christie Medical Center by the Bay from 8/28/21 thru 9/21/21 |

CAUTION! This email originated from outside of our organization. DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

HI. I am requesting the medical records for Timothy Alan Sewell from the Corpus Christie Medical Center by the Bay. He was in the ICU from 8/28/21 thru 9/21/21. I have attached the medical release form and the Power of Attorney form. If you need anything else that I haven't included please let me know. Thank you.

Gaye Sewell

Sewell - Appeal 05/16/23 - 054

Sent from my IPad

6

Lincoln/Sewell 206

**Section A: Information must be completed for all Authorization**

| | |
|---|---|
| Patient Name: Timothy A Ewell | Recipient's Name: Timothy A Sewell |
| Patient's Phone: | Recipient Address: |
| Date of Birth: | City: |
| Last 4 digit SSN (optional): | Recipient's Phone: / Recipient's Fax Number: (FAX only to Physician Office / Medical Facility) |
| Request Dates of Service: 5-21-21 through 9-21-21 | Email (for releases to email): |
| Facility Name(s) and Addresses: | Purpose of disclosure: ☑ At the request of the individual; or ☐ Other 3rd party recipient (please specify purpose): |

Request Delivery (if left blank, a paper copy will be provided): ☑ Paper Copy ☐ Electronic Media, if available ☐ Encrypted Email ☐ Unencrypted Email. There is some level of risk that a third party could see your information without your consent when receiving unencrypted electronic media or email. We are not responsible for unauthorized access to the PHI contained in this format or any risks (e.g., virus) potentially introduced to your computer/device when receiving PHI in electronic format or email. Note: In the event the facility is unable to accommodate an electronic delivery as requested, an alternative delivery method will be provided (e.g. paper copy).

This authorization will expire after 180 days or on the following (please choose only one)
Expiration Date: 2/180 Expiration Event:

Is this request for psychotherapy notes? ☑ No, then you may check as many items below as you need
☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below.

Description of information to be used or disclosed:

| ☑ All Pertinent Records Includes those listed below | | |
|---|---|---|
| ☐ Consultation | ☐ Medication List | ☐ Discharge Instructions |
| ☐ Discharge Summary | ☐ Operative Report | ☐ Labor and Delivery Record |
| ☐ ER Report | ☐ Pathology Report | ☐ Specialty Test / Therapy |
| ☐ EKG Report | ☐ Problem List | ☐ Physician Orders |
| ☐ History and Physical | ☐ Radiology Report | ☐ Progress Notes |
| ☐ Clinical / Laboratory Report | | ☐ Other |

For USCDI Release Requests: to include all elements as defined in the United States Core Data for Interoperability.
Requires Direct Address or National Provider Identifier.

All types of information found in the records selected above will be provided (if applicable), including information that may be viewed as sensitive, such as alcohol, drug abuse, genetic information, psychiatric, HIV testing, HIV results or AIDS information. Specify any information you want to exclude:

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. My treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the recipient is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I may see and obtain a copy the information described on this form, for a reasonable copy fee, if I ask for it.
6. I get a copy of this form after I sign it.

Section B is the request of PHI for the purpose of marketing and/or does it involve the sale of PHI? ☐ Yes ☑ No

If yes, the health plan or health care provider must complete Section B, otherwise skip to Section C.
Will the Provider receive financial remuneration in exchange for using or disclosing this information?
If yes, describe:
May the recipient of the PHI further exchange the information for financial remuneration? ☐ Yes ☐ No

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Patient's Representative: Gaye Sewell POA | Date: 3-14-23 |
|---|---|
| Print Name of Patient's Representative: Gaye Sewell | Relationship to Patient: Wife |

ID verified by: _____ (initials)

**AUTHORIZATION FOR RELEASE OF PHI**
**(PROTECTED HEALTH INFORMATION)**

Patient Label

*ROI* HCA-840-00434    Rev. 09/21    Page 1 of 1

# STATUTORY DURABLE POWER OF ATTORNEY

NOTICE: THE POWERS GRANTED BY THIS DOCUMENT ARE BROAD AND SWEEPING. THEY ARE EXPLAINED IN THE DURABLE POWER OF ATTORNEY ACT, SUBTITLE P, TITLE 2, ESTATES CODE. IF YOU HAVE ANY QUESTIONS ABOUT THESE POWERS, OBTAIN COMPETENT LEGAL ADVICE. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL AND OTHER HEALTH-CARE DECISIONS FOR YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO. IF YOU WANT YOUR AGENT TO HAVE THE AUTHORITY TO SIGN HOME EQUITY LOAN DOCUMENTS ON YOUR BEHALF, THIS POWER OF ATTORNEY MUST BE SIGNED BY YOU AT THE OFFICE OF THE LENDER, AN ATTORNEY AT LAW, OR A TITLE COMPANY.

You should select someone you trust to serve as your agent. Unless you specify otherwise, generally the agent's authority will continue until:

(1) you die or revoke the power of attorney;
(2) your agent resigns, is removed by court order, or is unable to act for you; or
(3) a guardian is appointed for your estate.

Timothy Alan Sewell TX 76073 (insert your name and address), appoint _____ (insert the name and address of the person appointed) as my agent to act for me in any lawful way with respect to all of the following powers that I have initialed below. (YOU MAY APPOINT CO-AGENTS. UNLESS YOU PROVIDE OTHERWISE, CO-AGENTS MAY ACT INDEPENDENTLY.)

TO GRANT ALL OF THE FOLLOWING POWERS, INITIAL THE LINE IN FRONT OF (O) AND IGNORE THE LINES IN FRONT OF THE OTHER POWERS LISTED IN (A) THROUGH (N).

TO GRANT A POWER, YOU MUST INITIAL THE LINE IN FRONT OF THE POWER YOU ARE GRANTING.

TO WITHHOLD A POWER, DO NOT INITIAL THE LINE IN FRONT OF THE POWER. YOU MAY, BUT DO NOT NEED TO, CROSS OUT EACH POWER WITHHELD.

_____ (A) Real property transactions;
_____ (B) Tangible personal property transactions;
_____ (C) Stock and bond transactions;
_____ (D) Commodity and option transactions;
_____ (E) Banking and other financial institution transactions;
_____ (F) Business operating transactions;
_____ (G) Insurance and annuity transactions;
_____ (H) Estate, trust, and other beneficiary transactions;
_____ (I) Claims and litigation;
_____ (J) Personal and family maintenance;
_____ (K) Benefits from social security, Medicare, Medicaid, or other governmental programs or civil or military service;

Sewell - Appeal 05/16/23 - 057

**Lincoln/Sewell 208**

**EFFECTIVE IMMEDIATELY AND WILL CONTINUE UNTIL IT TERMINATES.**

CHOOSE ONE OF THE FOLLOWING ALTERNATIVES BY CROSSING OUT THE ALTERNATIVE NOT CHOSEN:

(A) This power of attorney is not affected by my subsequent disability or incapacity.

(B) This power of attorney becomes effective upon my disability or incapacity.

YOU SHOULD CHOOSE ALTERNATIVE (A) IF THIS POWER OF ATTORNEY IS TO BECOME EFFECTIVE ON THE DATE IT IS EXECUTED.

IF NEITHER (A) NOR (B) IS CROSSED OUT, IT WILL BE ASSUMED THAT YOU CHOSE ALTERNATIVE (A).

If Alternative (B) is chosen and a definition of my disability or incapacity is not contained in this power of attorney, I shall be considered disabled or incapacitated for purposes of this power of attorney if a physician certifies in writing at a date later than the date this power of attorney is executed that, based on the physician's medical examination of me, I am mentally incapable of managing my financial affairs. I authorize the physician who examines me for this purpose to disclose my physical or mental condition to another person for purposes of this power of attorney. A third party who accepts this power of attorney is fully protected from any action taken under this power of attorney that is based on the determination made by a physician of my disability or incapacity.

I agree that any third party who receives a copy of this document may act under it. Termination of this durable power of attorney is not effective as to a third party until the third party has actual knowledge of the termination. I agree to indemnify the third party for any claims that arise against the third party because of reliance on this power of attorney. The meaning and effect of this durable power of attorney is determined by Texas law.

If any agent named by me dies, becomes incapacitated, resigns, or refuses to act, or is removed by court order, or if my marriage to an agent named by me is dissolved by a court decree of divorce or annulment or is declared void by a court (unless I provided in this document that the dissolution or declaration does not terminate the agent's authority to act under this power of attorney), I name the following (each to act alone and successively, in the order named) as successor(s) to that agent:

_____

Signed this ____ day of _____ 2021

_____
(your signature)

**Lincoln/Sewell 209**

_____ (L) Retirement plan transactions;
_____ (M) Tax matters;
_____ (N) Digital assets and the content of an electronic communication;
TAS (O) ALL OF THE POWERS LISTED IN (A) THROUGH (N). YOU DO NOT
HAVE TO INITIAL THE LINE IN FRONT OF ANY OTHER POWER IF
YOU INITIAL LINE (O).

## SPECIAL INSTRUCTIONS:

Special instructions applicable to agent compensation (initial in front of one of the following sentences to have it apply; if no selection is made, each agent will be entitled to compensation that is reasonable under the circumstances):

TAS My agent is entitled to reimbursement of reasonable expenses incurred on my behalf and to compensation that is reasonable under the circumstances.

TAS My agent is entitled to reimbursement of reasonable expenses incurred on my behalf but shall receive no compensation for serving as my agent.

Special instructions applicable to co-agents (if you have appointed co-agents to act, initial in front of one of the following sentences to have it apply; if no selection is made, each agent will be entitled to act independently):

TAS Each of my co-agents may act independently for me.

TAS My co-agents may act for me only if the co-agents act jointly.

TAS My co-agents may act for me only if a majority of the co-agents act jointly.

Special instructions applicable to gifts (initial in front of the following sentence to have it apply):
TAS I grant my agent the power to apply my property to make gifts outright to or for the benefit of a person, including by the exercise of a presently exercisable general power of appointment held by me, except that the amount of a gift to an individual may not exceed the amount of annual exclusions allowed from the federal gift tax for the calendar year of the gift.

ON THE FOLLOWING LINES YOU MAY GIVE SPECIAL INSTRUCTIONS LIMITING OR EXTENDING THE POWERS GRANTED TO YOUR AGENT.

_____
_____
_____
_____
_____
_____

UNLESS YOU DIRECT OTHERWISE BELOW, THIS POWER OF ATTORNEY IS

STATUTORY DURABLE POWER OF ATTORNEY 01-1-2017                                        PAGE 2

Sewell - Appeal 05/16/23 - 059

**Lincoln/Sewell 210**

# Orth Dana

**From:** Gaye Sewell <gaye.sewell@icloud.com>
**Sent:** Friday, March 24, 2023 8:35 AM
**To:** Orth Dana
**Subject:** (EXTERNAL) Re: Med Req

**CAUTION!** This email originated from outside of our organization. **DO NOT CLICK** links or open attachments unless you recognize the sender and know the content is safe.

Dana. I have attached the form you needed and my ID. If you need anything else let me know. Thank you.

*MEDICAL POWER OF ATTORNEY*

*A. DESIGNATION OF HEALTH CARE AGENT. I, Timothy Alan Sewell, appoint:*

*Agent Name:* Gaye Sewell

*Address:*

*Phone:* Home: 972-689-8771 Work:

*Relationship:* Wife

Sewell - Appeal 05/16/23 - 061

FIRST ALTERNATE AGENT

Agent Name: Mary Madison Sewell

Address: 2641 Westover Ave
Fort Worth, Texas _____
Phone: Home 214-733-6775 Work: _____

SECOND ALTERNATE AGENT

Agent Name: Lauren Sewell

Address: 1002 Brush Ridge Ct
Plano, Texas 75075
Phone: Home 214-543-1141 Work: _____

D. DURATION. I understand that this power of attorney exists indefinitely from the date I execute this document unless I establish a shorter time or make the power of attorney. If I am unable to make health care decisions for myself when this power of attorney expires, the authority I have granted my Agent continues to exist until the time I become able to make health care decisions for myself.

E. PRIOR DESIGNATIONS REVOKED. I revoke any prior Medical Power of Attorney.

F. SEVERABILITY. If any provision in this document is held to be invalid, such invalidity shall not affect the other provisions which can be given effect without the invalid provision, and to this end the provisions in this document are severable.

G. ACKNOWLEDGEMENT OF DISCLOSURE STATEMENT. I have been provided with a Disclosure Statement explaining the effect of this document. I have read and understand that information contained in the Disclosure Statement.

**(YOU MUST DATE AND SIGN THIS DOCUMENT)**

I sign my name to this Document on ____ day of __March__ , 2023 in
_____ , Texas.

Signed: _____

Name: Timothy Alan Sewell          (Sellers)

THE STATE OF TEXAS

Lincoln/Sewell 212



Sewell - Appeal 05/16/23 - 062

**Lincoln/Sewell 213**



Sent from my iPhone

On Mar 23, 2023, at 12:21 PM, Orth Dana <Dana.Orth@parallon.com> wrote:

Per our conversation, we will need Medical Power of Attorney and a copy of your DL.

Thank you.

Dana Orth · **Ciox Health**
*Health Information Specialist II · National Account | HCA West -Houston, TX*
855.519.9682 Ext:. 5204 · Dana.Orth@cioxhealth.com
**Empowering Greater Health**
www.cioxhealth.com

4



**CORPUS CHRISTI**
**MEDICAL CENTER**
*An HCA Affiliated Hospital*

You have requested records from Corpus Christi Medical Center.

When records are requested, our medical record functions as one regardless of facility and/or location.

Please be advised when requesting records, your request will be processed as one entity regardless of the location named on the request. It is recommended to request records with date of service whenever possible to avoid additional unwanted copies (i.e. any and all would include all locations). The only exception to including all facilities is Bayview Behavioral Hospital, which is subject to the more stringent HIPAA requirements for mental health records and must be specifically requested with the appropriate authorizations. Thank you

The legal name is Bay Area Healthcare Group, LTD doing business as the following locations:

Corpus Christi Medical Center Doctors Regional
3315 South Alameda Street
Corpus Christi TX 78411

Corpus Christi Medical Center Heart Hospital
7002 Williams Dr
Corpus Christi, TX 78412

Corpus Christi Medical Center Bay Area
7101 South Padre Island Drive
Corpus Christi TX 78412

Bayview Behavioral Hospital a/k/a
Bayview Hospital
6629 Wooldridge Road
Corpus Christi TX 78414

Northwest Hospital a/k/a
Northwest ER a/k/a
ER 24/7 Northwest, a department of Corpus Christi Medical Center
13725 Northwest Blvd
Corpus Christi TX 78410

Northshore ER a/k/a
Portland ER a/k/a
ER 24/7 Portland, a department of Corpus Christi Medical Center
1712 US-181
Corpus Christi TX 78402

Rockport ER a/k/a
ER 24/7 Rockport, a department of Corpus Christi Medical Center (opened 1/5/21)
400 Enterprise Blvd
Rockport TX 78382

| PO Box 8991 | Bay Area | Doctors Regional | The Heart Hospital | Northwest Regional |
| Corpus Christi, | 7101 S Padre Island Drive | 3315 S.Alameda Street | 7002 Williams Drive | 13725 Northwest Blvd. |
| TX 78460-8991 | Corpus Christi,TX 78412 | Corpus Christi,TX 78411 | Corpus Christi,TX 78412 | Corpus Christi,TX 78410 |
| 361-761-1000 | 361-761-1200 | 361-761-1400 | 361-761-6800 | 361-761-4300 |

Sewell - Appeal 05/16/23 - 064

**Lincoln/Sewell 215**

PATIENT: SEWELL,TIMOTHY ALAN          UNIT #: DO00920868
ACCOUNT#: DO0092173896                ROOM/BED: D.Y309-2
                AGE: 57      SEX: M   ATTEND: Bevinal,Manzoor A
MD
ADM DT: 08/28/21                      AUTHOR: Garza,Eric  MD R2

* ALL edits or amendments must be made on the electronic/computer
document *


**Garza,Eric 10/31/21 1724:**
**PCP**

## PCP
**PCP:**
PCP: No Primary or Family Physician

**Discharge to:** extended care facility


## General Information
**Date of admission:**
Observation Start Date:
Date of admission: 08/28/21

**Discharge date:** 11/21/21
**Admission diagnosis:**
C4-C5 translation dislocation s/p ACDF
**Discharge diagnosis:**

C4-C5 translation dislocation s/p ACDF
Fevers
-Likely secondary to pneumonia, other causes include autonomic dysfunction
MSSA pneumonia
Acute hypoxic respiratory failure secondary to trauma
Mucus plugging
Quadriplegia
Sinus arrest
-resolved
-sinus bradycardia with intermittent pauses
-evidence of significant asystole seen on 09/11/21
**Hospital course:**
56 yo male presented to the ED after diving from a boat into 3ft of water. Reportedly patient
came up from water and was "unresponsive". He was picked up and placed back into boat
and taken to the marina where EMS was called. He was intubated on scene using ketamine

Sewell - Appeal 05/16/23 - 065

**Lincoln/Sewell 216**

and succinylcholine. He was transported to BAMC with no further sedating medications given. His ETT was repositioned and verified via CXR.

On admission he was found to have a C4-C5 translocation dislocation. He was evaluated by neurosurgery and the patient was sent to the ICU for continued care by the critical care team. Patient had a tracheostomy placed, was continued on midodrine and Florinef, was given theophylline, was given tube feeds with free water flushes, was given Bactrim, had blood cultures ordered, was given duo nebs, was evaluated for transfer to neuro rehab in Atlanta. He was stabilized in the ICU and then transferred onto the medical floors. From there he was monitored, had continued care, and was eventually airlifted to Atlanta for neuro rehab.


## Med Rec

## PCP
PCP:
PCP: No Primary or Family Physician


## Med Rec
Discharge meds:
Start taking the following new medications:
levoFLOXacin (LEVAQUIN) 500 MG TAB
    750 MILLIGRAM PER FEEDING TUBE EVERY 24 HOURS.
    Days — 7 Qty — 11
    No Refills

MIDODRINE (PROAMATINE) 5 MG TAB
    15 MILLIGRAM ORAL FOUR TIMES A DAY.
    Days — 30 Qty — 360
    No Refills

FERROUS SULFATE (FEOSOL) 325 MG TAB
    325 MILLIGRAM PER FEEDING TUBE AFTER MEALS.
    Days — 30 Qty — 90
    No Refills

GABAPENTIN (NEURONTIN) 100 MG CAP
    100 MILLIGRAM PER FEEDING TUBE THREE TIMES A DAY.
    Days — 30 Qty — 90
    No Refills

Sewell - Appeal 05/16/23 - 066

QUEtiapine (SEROquel) 25 MG TAB
   25 MILLIGRAM PER FEEDING TUBE BEDTIME.
   Days = 30 Qty = 30
   No Refills

POLYETHYLENE GLYCOL 3350 (MIRALAX) 17 GM POWDER
   17 GRAM ORAL DAILY.
   Days = 30
   No Refills

FLUDROCORTISONE ACETATE (FLORINEF) 0.1 MG TAB
   0.2 MILLIGRAM ORAL DAILY.
   Days = 30 Qty = 60
   No Refills

Theophylline Anhydrous (Theophylline) 80 MG/15 ML SOLUTION
   75 MILLIGRAM PER FEEDING TUBE TWICE DAILY.
   Days = 14 Qty = 394
   No Refills

## Objective
VS/I&O
Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 95 | 09/21 0937 |
| FiO2 | 40 | 09/21 0937 |
| O2 Delivery | Tracheostomy collar | 09/21 0919 |
| O2 Flow Rate | 12 | 09/21 0919 |
| B/P | 97/60 | 09/21 0916 |
| B/P Mean | 72.4 | 09/21 0916 |
| Temp | 98.8 | 09/21 0916 |
| Pulse | 63 | 09/21 0916 |
| Resp | 12 | 09/21 0916 |

**PATIENT WEIGHT:**

**Weight (lb):** 180
**Weight (oz):** 6.04
**Weight (kg):** 81.818

Page 3 of 6

Sewell - Appeal 05/16/23 - 067

**Lincoln/Sewell 218**

## Results
**Radiology data:**
**Radiology data:**
Recent Impressions:
**MAGNETIC RESONANCE IMAGING - MRI C-SPINE W/O CONT 09/15 1340**
*** Report Impression - Status: SIGNED  Entered: 09/15/2021 1341

IMPRESSION:
Postsurgical changes of prior anterior fusion of C4-C6 with
improvement in the alignment of the cervical bodies as well as
improvement in the spinal canal stenosis at this level. There is
residual cord contusion an evolving myelomalacia in the cervical cord
at the level of C4-C5.
Moderate neuroforaminal stenosis at C4-C5 bilaterally and C5-C6 on the
right.
Redemonstration of the right vertebral artery injury.

Location: A1
Impression By: LSDR.MD16 - Melanie Dahse, MD
**RADIOLOGY - XR L-SPINE 2/3 VIEWS 09/17 0930**
*** Report Impression - Status: SIGNED  Entered: 09/17/2021 1109

IMPRESSION:
Fluoroscopic guidance was provided for spinal procedure.
I was not physically present for this procedure. Please see dedicated
surgical report for further details.

LOCATION: B2
Impression By: LSDR.MD16 - Melanie Dahse, MD
**Results:** labs reviewed, x-ray personally reviewed

## Discharge Instructions

## PCP
**PCP:**
PCP: No Primary or Family Physician

)( **Discharge to:** Long Term Care Hosp(LTCH)

## Discharge Instructions

**Additional Discharge Routines:** PCP Follow-Up, Consultant Follow-Up
)( **Diet:** Tube Feeding
)( **Activity:** As Tolerated, Bedrest, Ok to use a foley during flight to Atlanta. DC foley in
rehab on arrival
)( **Notify PCP of these S/S:**
worsening neurological signs

## Follow-up Appointments
**PCP follow up:**
  **PCP:**
      No Primary or Family Physician
  **PCP follow up timeframe:** In 2-3 weeks
  **Special instructions:**
Follow up for age appropriate screening, labs, and
preventitive care.
**Consulting provider 1:**
  **Provider 1:**
      White,Ashlie N MD
  **Specialty:** General Surgery
  **Phone:** 214-712-2439
  **Special instructions:**
Follow up as needed for post surgical care

## Quality: Gen Med & Crit Care

## VTE Prophylaxis
**VTE prophylaxis initiated:** yes

## Current Medications
**Current medication review:**
I attest that the foregoing medication list in the medical record is true, accurate, and complete to
the best of my knowledge.

## Advanced Care Plan 65 or Older
**Discussed with:** surrogate decis. maker
**Discussion included:** code status

## Bevinal,Manzoor A 11/16/21 1018:
## Attestations

Sewell - Appeal 05/16/23 - 069

**Lincoln/Sewell 220**

## Physician Attestation
**Agree w/findings & plan:**
Agree with the findings and plan as documented by Dr. Garza, except

Patient's antibiotic changed to levofloxacin based on culture sensitivity. Patient cleared to discharge to spine rehab that has been arranged for the past several days. Patient being taken by air ambulance. Patient and family aware of prognosis, risk with transfer among other things.

Time spent on discharge and coordination of care more than 45 minutes

Electronically Signed by Garza,Eric  MD R2 on 11/15/21 at 1615
Electronically Signed by Bevinal,Manzoor A  MD on 11/16/21 at 1018

RPT #:1031-0653
***END OF REPORT***

Page 6 of 6

CORPUS CHRISTI MEDICAL CENTER (COCDO)
OR A CAMPUS OF CORPUS CHRISTI MEDICAL CENTER
EMERGENCY PROVIDER REPORT
REPORT#:0828-0815   REPORT STATUS: Signed
DATE:08/28/21 TIME: 1755

PATIENT: SEWELL,TIMOTHY ALAN          UNIT #: DO00920868
ACCOUNT#: DO0092173896                ROOM/BED: D.HCV-4
AGE: 56       SEX: M                  PCP PHYS: No Primary or
Family Physician
SERVICE DT: 08/28/21                  AUTHOR: Milling,Truman J
MD

* ALL edits or amendments must be made on the electronic/computer
document *


## Milling,Truman J. 08/28/21 1755:
## HPI-Cardiac Arrest

### General
Initial Greet Date/Time 08/28/21 1738

### Presentation
Chief Complaint Agonal breathing
Down Time Prior to EMS Unknown
Hx Obtained From Patient
Progression since Onset Constant
Severity: Onset Severe
Severity: Current Severe

### Free Text HPI Notes
Free Text HPI Notes
60 yo male dove or fell off boat into 3 feet of water then unresponsive, intubated by ems

### Review of Systems

### ROS Statements
Unable to Obtain ROS Medical condition, Patient condition

### Past Medical History - Adult
Stated Complaint TRAUMA
Unobtainable due to: Medical condition, Patient condition

### Physical Exam

### Vital Signs
Vital Signs

Sewell - Appeal 05/16/23 - 071

**Lincoln/Sewell 222**

Patient: SEWELL,TIMOTHY ALAN
Unit#:DO00920868
Date:08/28/21                                    Acct#:
DO0092173896

First Documented:

|           | Result    | Date Time    |
|-----------|-----------|--------------|
| Pulse Ox  | 97        | 08/28 1726   |
| B/P       | 116/98    | 08/28 1726   |
| B/P Mean  | 104       | 08/28 1726   |
| FiO2      | 100       | 08/28 1726   |
| O2 Delivery | Ventilator | 08/28 1726 |
| Temp      | 36.6      | 08/28 1726   |
| Pulse     | 77        | 08/28 1726   |
| Resp      | 16        | 08/28 1726   |

Last Documented:

|           | Result    | Date Time    |
|-----------|-----------|--------------|
| Pulse Ox  | 100       | 08/28 1910   |
| FiO2      | 100       | 08/28 1910   |
| Pulse     | 84        | 08/28 1910   |
| B/P       | 116/98    | 08/28 1726   |
| B/P Mean  | 104       | 08/28 1726   |
| O2 Delivery | Ventilator | 08/28 1726 |
| Temp      | 36.6      | 08/28 1726   |
| Resp      | 16        | 08/28 1726   |

**Review of Vital Signs** Reviewed, Vital signs abnormal

## Basic Physical Exam
Basic PE HEAD: Atraumatic/NC, EYES: PERRL, conj clear, ENT: Membranes moist, NECK: Supple, EXT: No gross abnormality, SKIN: No rashes, warm/dry

## Focused PE
**Neurologic**
  **Mental Status**
   Unresponsive (comatose gcs 3).

## Interpretation & Diagnostics

## Lab Results Interpretation
**Results**
Laboratory Tests

Page 2 of 11

Sewell - Appeal 05/16/23 - 072

**Lincoln/Sewell 223**

**08/28/21 1747:**



**08/28/21 1746:**





**Laboratory Tests:**

| | 08/28 1912 | 08/28 1757 |
|---|---|---|
| Blood Gas | | |
| Puncture Site | LR | |
| ABG pH (7.35 - 7.45) | 7.30 L | |
| ABG pCO2 (35.0 - 45.0 mmHg) | 41.6 | |
| ABG pO2 (80.0 - 100.0 mmHg) | 102.1 H | |
| ABG PO2/FiO2 Ratio (mm/Hg) | 102.10 | |
| ABG HCO3 (20.0 - 26.0 mmol/L) | 19.9 L | |
| ABG Base Excess (-3.0 - 3.0 mmol/L) | -6.2 L | |
| Allen Test | Yes | |
| Oxyhemoglobin (92.0 - 98.0 %) | 96.8 | |
| Carboxyhemoglobin (0.5 - 1.5 %) | 0.0 L | |
| Methemoglobin (0.4 - 1.5 %) | 0.3 L | |
| Total Hemoglobin (13.0 - 18.0 G/DL) | 11.7 L | |
| Patient On Oxygen | Arterial | |
| Vent Mode | VC AC | |
| Vent Rate (/MIN) | 18.0 | |
| FiO2 (%) | 100.0 | |
| Tidal Volume (ml) | 450.0 | |
| PEEP (cmH2O) | 5.0 | |
| Instrument | Called | |
| Toxicology | | |
| Urine Opiates Screen (NEGATIVE) | | NEGATIVE |
| Ur Barbiturates Screen (NEGATIVE) | | NEGATIVE |
| Ur Phencyclidine Scrn (NEGATIVE) | | NEGATIVE |
| Ur Amphetamine Screen (NEGATIVE) | | NEGATIVE |
| MDMA (NEGATIVE) | | NEGATIVE |
| U Benzodiazepines Scrn (NEGATIVE) | | NEGATIVE |

**Lincoln/Sewell 224**

| Urine Cocaine Screen (NEGATIVE) | | NEGATIVE |
|---|---|---|
| U Cannabinoids Screen (NEGATIVE) | | NEGATIVE |
| Urines | | |
| Ur Spec Description | | Indwelling Cath |
| Urine Color (YELLOW) | | Colorless |
| Urine Appearance (CLEAR) | | CLEAR |
| Urine pH (5.5 - 7.0) | | 6.0 |
| Ur Specific Gravity (1.001 - 1.035) | | 1.004 |
| Urine Protein (NEGATIVE mg/dL) | | 20 |
| Urine Glucose (UA) (NEGATIVE mg/dL) | | 150 H |
| Urine Ketones (NEGATIVE mg/dL) | | NEGATIVE |
| Urine Blood | | TRACE |
| Urine Nitrite (NEGATIVE) | | NEGATIVE |
| Urine Bilirubin (NEGATIVE) | | NEGATIVE |
| Urine Urobilinogen (NORMAL mg/dL) | | NORMAL |
| Ur Leukocyte Esterase (NEGATIVE) | | NEGATIVE |
| Urine RBC (NONE SEEN #/HPF) | | 0-2 |
| Urine WBC (0 - 10 #/HPF) | | < 10 |
| Ur Squamous Epith Cells (< 100 #/LPF) | | 0 - 20 |
| Urine Bacteria (NONE SEEN HPF) | | Trace |
| Urine Culture Screen | | Criteria not met |
| Urine Comment | | VOLUME 10-12 ML |

| | 08/28 1747 | 08/28 1746 |
|---|---|---|
| Chemistry | | |
| Sodium (133 - 145 MMOL/L) | | 137 |
| Potassium (3.6 - 5.2 MMOL/L) | | 3.7 |
| Chloride (100 - 108 MMOL/L) | | 100 |
| Carbon Dioxide (22 - 32 MMOL/L) | | 22 |
| BUN (6 - 20 MG/DL) | | 10 |
| Creatinine (0.60 - 1.00 MG/DL) | | 1.28 H |
| Estimated GFR (MDRD) (49 - 113) | | 57 |
| Glucose (65 - 99 MG/DL) | | 143 H |
| Calcium (8.7 - 10.5 MG/DL) | | 8.5 L |
| Total Bilirubin (0.0 - 1.0 MG/DL) | | 0.4 |
| AST (15 - 37 Units/L) | | 61 H |
| ALT (30 - 65 Units/L) | | 66 H |
| Alkaline Phosphatase (50 - 136 Units/L) | | 78 |
| Total Protein (6.4 - 8.2 G/DL) | | 6.6 |
| Albumin (3.4 - 5.0 G/DL) | | 3.4 |
| Globulin (1.5 - 3.8 G/DL) | | 3.2 |
| Albumin/Globulin Ratio (1.1 - 2.2) | | 1.1 |

Sewell - Appeal 05/16/23 - 074

**Lincoln/Sewell 225**

Coagulation
    PT (9.6 - 12.3 SECONDS)                              12.6 H
    INR                                                  1.11
    APTT (22.5 - 35.3 SECONDS)                           27.0
Hematology
    WBC (4.80 - 10.80 x10^3/uL)                          7.76
    RBC (4.7 - 6.1 x10^6/uL)                             3.80 L
    Hgb (14.0 - 17.0 G/DL)                               12.3 L
    Hct (42 - 52 %)                                      37.2 L
    MCV (80 - 94 FL)                                     97.9 H
    MCH (27 - 31 PG)                                     32.4 H
    MCHC (33 - 37 G/DL)                                  33.1
    RDW Coeff of Var (11.5 - 14.5 %)                     12.3
    Plt Count (150 - 450 x10^3/uL)                       178
    MPV (7.4 - 10.4 FL)                                  10.6 H
    Neut % (Auto) (42 - 86 %)                            51.4
    Lymph % (Auto) (24 - 44 %)                           31.3
    Mono % (Auto) (0.0 - 4.0 %)                          10.4 H
    Eos % (Auto) (0.0 - 2.7 %)                           3.5 H
    Baso % (Auto) (0.0 - 0.5 %)                          1.2 H
    Eos # (Auto) (0.0 - 0.5 x10^3/uL)                    0.27
    Baso # (Auto) (0.0 - 0.2 x10^3/uL)                   0.09
    Abs Immat Gran (auto) (0.00 - 0.03 x10^3/uL)  0.17 H
    Absolute Neuts (auto) (1.8 - 7.7 x10^3/uL)           3.99
    Absolute Lymphs (auto) (1.0 - 4.8 x10^3/uL)          2.43
    Absolute Monos (auto) (0.0 - 0.8 x10^3/uL)   0.81 H
    Absolute Nucleated RBC (0.0 - 0.2 X10^3/uL)          0.0
    Immature Gran % (0.0 - 2.0 %)                        2.2 H
    Nucleated RBC % (0.0 - 0.0 %)                        0.0
Toxicology
    Serum Alcohol (0 - 10 MG/DL)                         222 H

Recent Impressions:
**RADIOLOGY - XR PELVIS 1/2 VIEWS 08/28 1750**
*** Report Impression - Status: SIGNED  Entered: 08/28/2021 1811

IMPRESSION:
Normal AP view of the pelvis.
Impression By: t.SDR.PXC - Phebe Chen, MD
**RADIOLOGY - XR CHEST 1 V 08/28 1750**
*** Report Impression - Status: SIGNED  Entered: 08/28/2021 1809

IMPRESSION:

Sewell - Appeal 05/16/23 - 075

**Lincoln/Sewell 226**

1. Endotracheal and NG tubes in good positions.
2. No acute findings in the chest.
Impression By: t.SDR.PXC - Phebe Chen, MD
**CAT SCAN - CTA HEAD 08/28 1805**
*** Report Impression - Status: SIGNED  Entered: 08/28/2021 1919

IMPRESSION:

1. There is redemonstration of a high-grade, 3 column injury at
C4-C5, with bilateral perched facets, likely disruptions of the
anterior longitudinal ligament, posterior longitudinal ligament and
ligamentum flavum and probable underlying cord compromise.
Correlation with an MRI examination of the cervical spine is highly
recommended.

2. Complete occlusion of the right vertebral artery, consistent with
high-grade vascular injury. Additional vessel occlusion of the left
PCA P3 segment within the brain. Underlying acute ischemia is likely.

3. No apparent vascular injury of the common carotid arteries or left
vertebral artery

Multiple attempts were made to contact the emergency department both
through the direct number and operator, without success, at
approximately 1850 hours on 8/20/2021. A message was left with
Nicole, the house supervisor at 1908 hours on 8/28/2021.

Findings discussed with the patient's physician, Dr. Nelson, at 1911
hours on 8/28/2021.

**********************FOR INTERNAL CODING PURPOSES ONLY**********************
RESULT CODE: CVRMD

(All qualitative and quantitative assessments of carotid bifurcation
and proximal internal carotid artery stenosis are made referencing the
distal internal carotid artery {NASCET criteria}.)

Impression By: t.SDR.GS29 - Garrett Simmons, MD
**CAT SCAN - CT L-SPINE W/CONTRAST 08/28 1805**
*** Report Impression - Status: SIGNED  Entered: 08/28/2021 1904

IMPRESSION:
1. Possibly aspiration pneumonias of the left upper and lower lobes.

Sewell - Appeal 05/16/23 - 076

**Lincoln/Sewell 227**

2. Otherwise no traumatic findings of the chest with ET tube and NG tube in place.
3. No traumatic findings of the abdomen and pelvis.
4. No evidence for fracture.
Impression By: t.SDR.PXC - Phebe Chen, MD
**CAT SCAN - CT T-SPINE W/CONTRAST 08/28 1805**
\*\*\* Report Impression - Status: SIGNED  Entered: 08/28/2021 1904

IMPRESSION:
1. Possibly aspiration pneumonias of the left upper and lower lobes.
2. Otherwise no traumatic findings of the chest with ET tube and NG tube in place.
3. No traumatic findings of the abdomen and pelvis.
4. No evidence for fracture.
Impression By: t.SDR.PXC - Phebe Chen, MD
**CAT SCAN - CT ABD&PELVIS W/CONT 08/28 1805**
\*\*\* Report Impression - Status: SIGNED  Entered: 08/28/2021 1904

IMPRESSION:
1. Possibly aspiration pneumonias of the left upper and lower lobes.
2. Otherwise no traumatic findings of the chest with ET tube and NG tube in place.
3. No traumatic findings of the abdomen and pelvis.
4. No evidence for fracture.
Impression By: t.SDR.PXC - Phebe Chen, MD
**CAT SCAN - CT CHEST W/CONTRAST 08/28 1805**
\*\*\* Report Impression - Status: SIGNED  Entered: 08/28/2021 1904

IMPRESSION:
1. Possibly aspiration pneumonias of the left upper and lower lobes.
2. Otherwise no traumatic findings of the chest with ET tube and NG tube in place.
3. No traumatic findings of the abdomen and pelvis.
4. No evidence for fracture.
Impression By: t.SDR.PXC - Phebe Chen, MD
**CAT SCAN - CT C-SPINE W/O CONT 08/28 1805**
\*\*\* Addendum Impression - Status: SIGNED  Entered: 08/28/2021 1918

IMPRESSION:
1. 5 mm anterior translation of C4-C5 with locked right and perched left C4 facets.
2. Spondylosis/osteoarthritis.
Impression By: t.SDR.FC - Francesco Cavallo, MD

**Lincoln/Sewell 228**

*** Report Impression - Status: SIGNED Entered: 08/28/2021 1904

IMPRESSION:
Spondylosis/osteoarthritis.

Impression By: t.SDR.FC - Francesco Cavallo, MD
**CAT SCAN - CT HEAD/BRAIN W/O CONT 08/28 1805**
*** Report Impression - Status: SIGNED Entered: 08/28/2021 2305

IMPRESSION:
1. No acute intracranial findings.
2. Acute maxillary and chronic ethmoid sinusitis suspected.

Impression By: t.SDR.PXC - Phebe Chen, MD

## Re-Evaluation & MDM

**Free Text MDM Notes**
**Free Text MDM Notes**
unsure cause of coma, checked out to night shift

## ED Course
**Medication(s) Ordered**
Medication(s) Ordered:
**Autonomic Drugs**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Phenylephrine HCl | 40 MG | TITRATE IV | 08/28 1950 10/27 1951 | CKD | 08/29 0859 |
| Sodium Chloride | 246 ML | | | | |
| Norepinephrine Bitartrate | 250 ML | X1ED STA IV | 08/28 1940 09/08 0539 | AC | |

**Cardiovascular Drugs**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Hydralazine HCl | 10 MG | Q6H PRN PRN IV | 08/28 2020 10/27 2021 | AC | |

## Electrolytic, Caloric, And Wat

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Sodium Chloride | 1,000 ML | .Q9H6M IV | 08/28 2020 10/27 2021 | AC | 08/29 1251 |
| Sodium Chloride | 1,000 ML | XTED STA IV | 08/28 1938 08/29 0337 | DC | |

## Eye, Ear, Nose And Throat (Een

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| White Petrol/Mineral Oil/Lanolin | 1 APPLIC | Q12H PRN PRN EACH EYE | 08/28 2020 10/27 2021 | AC | |

## Gastrointestinal Drugs

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Lactobacillus Acidoph/Bulgaricus | 1 TAB | DAILY PO | 08/29 0900 10/28 0901 | AC | 08/29 0746 |
| Polyethylene Glycol | 17 GM | DAILY PO | 08/29 0900 10/28 0901 | AC | 08/29 0746 |
| Famotidine | 20 MG | Q12HR | 08/28 2100 | AC | 08/29 |
| Sodium Chloride | 10 ML | IV | 10/27 2101 | | 2046 |
| Ondansetron HCl | 4 MG | Q4H PRN PRN IV | 08/28 2020 10/27 2021 | AC | |

## Patient Discharge & Departure

### Vital Signs/Condition
**Vital Signs**
First Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 97 | 08/28 1726 |
| B/P | 116/98 | 08/28 1726 |
| B/P Mean | 104 | 08/28 1726 |
| FiO2 | 100 | 08/28 1726 |
| O2 Delivery | Ventilator | 08/28 1726 |
| Temp | 36.6 | 08/28 1726 |
| Pulse | 77 | 08/28 1726 |
| Resp | 16 | 08/28 1726 |

Sewell - Appeal 05/16/23 - 079

**Lincoln/Sewell 230**

Last Documented:

|  | Result | Date | Time |
|---|---|---|---|
| Pulse Ox | 100 | 08/28 | 1910 |
| FiO2 | 100 | 08/28 | 1910 |
| Pulse | 84 | 08/28 | 1910 |
| B/P | 116/98 | 08/28 | 1726 |
| B/P Mean | 104 | 08/28 | 1726 |
| O2 Delivery | Ventilator | 08/28 | 1726 |
| Temp | 36.6 | 08/28 | 1726 |
| Resp | 16 | 08/28 | 1726 |

All vital signs available at the time of this entry have been reviewed.

## Nelson,Randolph A 08/28/21 1942:
Past Medical History - Adult
Allergies
Coded Allergies:
No Allergy Information Available (08/28/21)

## Procedures

**Central Line Placement #1**
Start Time 1930
Time Spent (minutes) 15
Procedure Performed by ED physician
Consent/Setup/Site Prep Verified correct patient, Oxygen administered, Pulse oximeter applied, Cardiac monitor applied, Hand hygiene observed, Standard surgical scrub, Max barrier precaution, Sterile drapes applied, Position supine
Skin Preparation Agent Hibiclens - Chlorhexidine
Side/Location/Ultrasound Femoral R
Catheter/Lumen/Technique Triple lumen, Seldinger technique, Guide wire removed, Good blood return. Secured with suture
Number of Attempts 1
Post-Procedure/Complications Tolerated procedure well, Patient stable

Sewell - Appeal 05/16/23 - 080

**Lincoln/Sewell 231**

Patient: SEWELL,TIMOTHY ALAN
Unit#:D000920868
Date:08/28/21                                      Acct#:
DO0092173896


## Re-Evaluation & MDM

### Consultation
Consultation
  Referral/Consult Name
       Gleason,Patrick Langham MD
  Consultant Called Neurosurgery
  Requested Call Time 1915
  Requested Call Date 08/28/21
  Call Returned Call returned
  Call Returned Time 1915
  Call Returned Date 08/28/21
  Consultant Will see patient, Agrees with eval, Agrees with plan


## Patient Discharge & Departure

### Vital Signs/Condition
Condition Stable

### Clinical Impression
Clinical Impression
Primary Impression: Drowning
Secondary Impressions: Alcohol intoxication, Cervical spinal cord compression, Cervical spinal cord injury, Respiratory arrest, Shock
Time of Impression 2000

### Critical Care
Time Spent (minutes): 90
Services Performed Patient management by me, Time spent at bedside, Reviewing test results, Reviewing imaging, Discussing patient care, Documentation in record

Electronically Signed by Milling,Truman J MD on 08/29/21 at 0656
Electronically Signed by Nelson,Randolph A MD on 08/29/21 at 2052


RPT #:0828-0815
***END OF REPORT***

Sewell - Appeal 05/16/23 - 081

**Lincoln/Sewell 232**

CORPUS CHRISTI MEDICAL CENTER (COCDO)
Trauma - History & Physical
REPORT#:0828-0827   REPORT STATUS: Signed
DATE:08/28/21 TIME: 1802

PATIENT: TANGO BA,MALE TRAUMA          UNIT #: DO00920868
ACCOUNT#: DO0092173896                 ROOM/BED: D.HERICU-3
              AGE: 60      SEX: M       ATTEND: White,Ashlie N  MD
ADM DT: 08/28/21                        AUTHOR: Moreno,Tricia   NP

* ALL edits or amendments must be made on the electronic/computer
document *


## Moreno,Tricia G, NP 08/28/21 1802:
## History of Present Illness

### Free Text HPI Notes
Free Text HPI Notes:
TRAUMA SURGERY H&P
ASSESSMENT:
PRIMARY DIAGNOSIS | MECHANISM:
-Reported dive into 3-ft water

INJURIES:
Imaging studies pending

ACUTE MEDICAL PROBLEMS:
Altered mental status
Elevated creatinine
Elevated glucose
Glucosuria
Enlarged scrotum
ETOH intoxication

RESOLVED MEDICAL PROBLEMS:
- N/A

CHRONIC MEDICAL PROBLEMS: Unknown

- Tobacco use disorder, unknown
- EtOH use disorder, unknown
- Substance abuse disorder, unknown
- Functionally Dependent Health status: unknown
- Chronic steroid use, unknown
- Use of Anticoagulation Therapy, outpatient, unknown

PLAN:
Admit to ICU level of care
Will await results of labs/images

Patient: SEWELL, TIMOTHY ALAN MRN: DO00920868 Encounter: DO0092173896          Page 18 of 204

Sewell - Appeal 05/16/23 - 082

**Lincoln/Sewell 233**

Neurosurgery, Dr. Gleason, to be consulted
C-collar to remain
Continuous telemetry
Continue ventilatory support. Will check ABG now


Consultants: Dr. Gleason (NSG)
Lines | Foley | ETT (placement dates): PIV 8/28, ETT 8/28, OGT 8/28, foley 8/28
VTE ppx: SCDs
GI ppx: H2B
Discharge management: CM consulted for discharge planning
Code status: presumed full
-Advanced care planning was NOT discussed with the patient, the family. No family present
and patient intubated at time of arrival
Surrogate Decision Maker: unknown


The patient was seen at 1731 in ED 4 as a Trauma Code. Dr. White present during entirety
of evaluation
- Time of Injury: ~ 1640
- Time of Patient Arrival to BAMC: see nurse's note
- Time of Trauma/ACS notification: 1722

CHIEF COMPLAINT: unable to assess

HPI:
Patient with unknown PMH presents to ED via EMS after he was witnessed "diving" off a
boat and into 3-ft water. Reportedly patient came up from water and was "unresponsive". He
was picked up and placed back into boat and taken to the marina where EMS was called. He
was intubated on scene using ketamine and succinylcholine. He was transported to BAMC
with no further sedating medications given. His ETT was repositioned and verified via CXR.

PRIMARY SURVEY:
A:          ETT in place, C-collar in place
B:          Ventilatory suport, breath sounds equal and symmetric
C:          Regular rate and rhythm, pulses equal symmetric
D:          GCS 3t
E:          Room warmed, warm blanket applied

CXR neg, Pelvis XR neg, FAST neg performed by Dr. Milling

ALLERGIES:
-Unknown

Sewell - Appeal 05/16/23 - 083

**Lincoln/Sewell 234**

MEDICATIONS:
-Unknown

PMH:
-as above

PSH:
-Unknown

LAST MEAL:
-Unknown

FH:
-Unknown

SH:
- Tobacco: unknown
- EtOH: unknown
- Recreational drug use: unknown
- Lives in Paradise, TX per state ID
- Occupation: unknown

ROS: 12-point Review of Systems unable to be completed

Physical exam:
General: well developed, well nourished. 4 point vital signs reviewed

Head/Eyes: atraumatic, normocephalic. no periorbital ecchymosis. cornea and conjunctiva clear. , pupils 3 mm in size and non-reactive

ENT: midface stable. nose atraumatic. no epistaxis, no septal hematoma. ears atraumatic

Neck: [no anterior hematomas, no tracheal deviation, no JVD

CV: regular rate and rhythm. no murmur, rubs or gallops. rad pulses 2+, DP pulses 2+

Pulmonary/chest: normal inspection. no crepitus. CTA

ABD: soft. no distention. no abdominal bruit or masses. decreased bowel sounds. no ecchymosis noted to external abdomen. no flank ecchymosis

GU: atraumatic. no blood at meatus. no rectal tone. enlarged scrotum

MSK:
-Digits: no cyanosis. capillary refill < 2 secs
-Pelvis: stable to anterior stress. atraumatic
-Extremities: no observed deformities. normal joint stability
-Cervical Spine: atraumatic with normal alignment. . no gross step off
-Thoracic/Lumbar Spine: atraumatic with normal alignment. no gross step off

Neuro/CNS: GCS 3t

Skin: warm, dry and intact. no abrasions, lacerations, contusions

Psych: unable to assess

LABS and RADIOLOGY:
Final labs/imaging studies pending as of 1915
**Laboratory Tests:**

|  | 08/28 1757 | 08/28 1747 | 08/28 1746 |
|---|---|---|---|
| **Chemistry** | | | |
| Sodium (133 - 145 MMOL/L) | | | 137 |
| Potassium (3.6 - 5.2 MMOL/L) | | | 3.7 |
| Chloride (100 - 108 MMOL/L) | | | 100 |
| Carbon Dioxide (22 - 32 MMOL/L) | | | 22 |
| BUN (6 - 20 MG/DL) | | | 10 |
| Creatinine (0.60 - 1.00 MG/DL) | | | 1.28 H |
| Estimated GFR (MDRD) (49 - 113) | | | 57 |
| Glucose (65 - 99 MG/DL) | | | 143 H |
| Calcium (8.7 - 10.5 MG/DL) | | | 8.5 L |
| Total Bilirubin (0.0 - 1.0 MG/DL) | | | 0.4 |
| AST (15 - 37 Units/L) | | | 61 H |
| ALT (30 - 65 Units/L) | | | 66 H |
| Alkaline Phosphatase (50 - 136 Units/L) | | | 78 |
| Total Protein (6.4 - 8.2 G/DL) | | | 6.6 |
| Albumin (3.4 - 5.0 G/DL) | | | 3.4 |
| Globulin (1.5 - 3.8 G/DL) | | | 3.2 |
| Albumin/Globulin Ratio (1.1 - 2.2) | | | 1.1 |
| **Coagulation** | | | |
| PT (9.6 - 12.3 SECONDS) | | | 12.6 H |
| INR | | | 1.11 |
| APTT (22.5 - 35.3 SECONDS) | | | 27.0 |
| **Hematology** | | | |
| WBC (4.80 - 10.80 x10^3/uL) | | 7.76 | |

Sewell - Appeal 05/16/23 - 085

**Lincoln/Sewell 236**

| | |
|---|---|
| RBC (4.7 - 6.1 x10^6/uL) | 3.80 L |
| Hgb (14.0 - 17.0 G/DL) | 12.3 L |
| Hct (42 - 52 %) | 37.2 L |
| MCV (80 - 94 FL) | 97.9 H |
| MCH (27 - 31 PG) | 32.4 H |
| MCHC (33 - 37 G/DL) | 33.1 |
| RDW Coeff of Var (11.5 - 14.5 %) | 17.3 |
| Plt Count (150 - 450 x10^3/uL) | 178 |
| MPV (7.4 - 10.4 FL) | 10.6 H |
| Neut % (Auto) (42 - 86 %) | 51.4 |
| Lymph % (Auto) (24 - 44 %) | 31.3 |
| Mono % (Auto) (0.0 - 4.0 %) | 10.4 H |
| Eos % (Auto) (0.0 - 2.7 %) | 3.5 H |
| Baso % (Auto) (0.0 - 0.5 %) | 1.2 H |
| Eos # (Auto) (0.0 - 0.5 x10^3/uL) | 0.27 |
| Baso # (Auto) (0.0 - 0.2 x10^3/uL) | 0.09 |
| Abs Immat Gran (auto) (0.00 - 0.03 x10^3/uL) | 0.17 H |
| Absolute Neuts (auto) (1.8 - 7.7 x10^3/uL) | 3.99 |
| Absolute Lymphs (auto) (1.0 - 4.8 x10^3/uL) | 2.43 |
| Absolute Monos (auto) (0.0 - 0.8 x10^3/uL) | 0.81 H |
| Absolute Nucleated RBC (0.0 - 0.2 X10^3/uL) | 0.0 |
| Immature Gran % (0.0 - 2.0 %) | 2.2 H |
| Nucleated RBC % (0.0 - 0.0 %) | 0.0 |

Toxicology

| | |
|---|---|
| Urine Opiates Screen (NEGATIVE) | NEGATIVE |
| Ur Barbiturates Screen (NEGATIVE) | NEGATIVE |
| Ur Phencyclidine Scrn (NEGATIVE) | NEGATIVE |
| Ur Amphetamine Screen (NEGATIVE) | NEGATIVE |
| MDMA (NEGATIVE) | NEGATIVE |
| U Benzodiazepines Scrn (NEGATIVE) | NEGATIVE |
| Urine Cocaine Screen (NEGATIVE) | NEGATIVE |
| U Cannabinoids Screen (NEGATIVE) | NEGATIVE |
| Serum Alcohol (0 - 10 MG/DL) | 222 H |

Urines

| | |
|---|---|
| Ur Spec Description | Indwelling Cath |
| Urine Color (YELLOW) | Colorless |
| Urine Appearance (CLEAR) | CLEAR |
| Urine pH (5.5 - 7.0) | 6.0 |
| Ur Specific Gravity (1.001 - 1.035) | 1.004 |
| Urine Protein (NEGATIVE mg/dL) | 20 |
| Urine Glucose (UA) (NEGATIVE mg/dL) | 150 H |
| Urine Ketones (NEGATIVE mg/dL) | NEGATIVE |
| Urine Blood | TRACE |

Sewell - Appeal 05/16/23 - 086

**Lincoln/Sewell 237**

Patient: TANGO BA,MALE TRAUMA
Unit#:DO00920868
Date:08/28/21                                         Acct#:
DO0092173896

| | | |
|---|---|---|
| Urine Nitrite (NEGATIVE) | NEGATIVE | |
| Urine Bilirubin (NEGATIVE) | NEGATIVE | |
| Urine Urobilinogen (NORMAL mg/dL) | NORMAL | |
| Ur Leukocyte Esterase (NEGATIVE) | NEGATIVE | |
| Urine RBC (NONE SEEN #/HPF) | | 0-2 |
| Urine WBC (0 - 10 #/HPF) | < 10 | |
| Ur Squamous Epith Cells ( <100 #/LPF) | | 0 - 20 |
| Urine Bacteria (NONE SEEN HPF) | Trace | |
| Urine Culture Screen | Criteria not met | |
| Urine Comment | VOLUME 10-12 ML | |

Recent Impressions:
**RADIOLOGY - XR PELVIS 1/2 VIEWS 08/28 1750**
\*\*\* Report Impression - Status: SIGNED  Entered: 08/28/2021 1811

IMPRESSION:
Normal AP view of the pelvis.
Impression By: t.SDR.PXC - Phebe Chen, MD
**RADIOLOGY - XR CHEST 1 V 08/28 1750**
\*\*\* Report Impression - Status: SIGNED  Entered: 08/28/2021 1809

IMPRESSION:
1. Endotracheal and NG tubes in good positions.
2. No acute findings in the chest.
Impression By: t.SDR.PXC - Phebe Chen, MD
**CAT SCAN - CT L-SPINE W/CONTRAST 08/28 1805**
\*\*\* Report Impression - Status: SIGNED  Entered: 08/28/2021 1904

IMPRESSION:
1. Possibly aspiration pneumonias of the left upper and lower lobes.
2. Otherwise no traumatic findings of the chest with ET tube and NG tube in place.
3. No traumatic findings of the abdomen and pelvis.
4. No evidence for fracture.
Impression By: t.SDR.PXC - Phebe Chen, MD
**CAT SCAN - CT T-SPINE W/CONTRAST 08/28 1805**
\*\*\* Report Impression - Status: SIGNED  Entered: 08/28/2021 1904

IMPRESSION:
1. Possibly aspiration pneumonias of the left upper and lower lobes.
2. Otherwise no traumatic findings of the chest with ET tube and NG tube in place.
3. No traumatic findings of the abdomen and pelvis.

Sewell - Appeal 05/16/23 - 087

**Lincoln/Sewell 238**

4. No evidence for fracture.
Impression By: t.SDR.PXC - Phebe Chen, MD
**CAT SCAN - CT ABD&PELVIS W/CONT 08/28 1805**
*** Report Impression - Status: SIGNED  Entered: 08/28/2021 1904

IMPRESSION:
1. Possibly aspiration pneumonias of the left upper and lower lobes.
2. Otherwise no traumatic findings of the chest with ET tube and NG
tube in place.
3. No traumatic findings of the abdomen and pelvis.
4. No evidence for fracture.
Impression By: t.SDR.PXC - Phebe Chen, MD
**CAT SCAN - CT CHEST W/CONTRAST 08/28 1805**
*** Report Impression - Status: SIGNED  Entered: 08/28/2021 1904

IMPRESSION:
1. Possibly aspiration pneumonias of the left upper and lower lobes.
2. Otherwise no traumatic findings of the chest with ET tube and NG
tube in place.
3. No traumatic findings of the abdomen and pelvis.
4. No evidence for fracture.
Impression By: t.SDR.PXC - Phebe Chen, MD
**CAT SCAN - CT C-SPINE W/O CONT 08/28 1805**
*** Report Impression - Status: SIGNED  Entered: 08/28/2021 1904

IMPRESSION:
Spondylosis/osteoarthritis.

Impression By: t.SDR.FC - Francesco Cavallo, MD

## History

**Medication/Allergy-Vaccine Hx**
**Allergies:**

Sewell - Appeal 05/16/23 - 088

**Lincoln/Sewell 239**

**Coded Allergies:**
No Allergy Information Available (08/28/21)


## White,Ashlie N 08/28/21 2318:
## Attestations

### Physician Attestation
**Agree w/findings & plan:**
Agree with the findings and plan as documented by NP T. Moreno

The PA/NP's history, physical exam, assessment and plan was reviewed. The patient was evaluated and examined by me. My personal evaluation is as follows

HPI: 60 M with dive in shallow 3 Ft of water who presented as trauma code with the folowing injuries and acute injuries:

INJURIES:
C4-5 Translation dislocation

ACUTE MEDICAL PROBLEMS:
Altered mental status
Elevated creatinine
Elevated glucose
Glucosuria
Enlarged scrotum
ETOH intoxication

RESOLVED MEDICAL PROBLEMS:
- N/A

CHRONIC MEDICAL PROBLEMS: Unknown

S: Intubated, non responsive, GCS 3T

My personal exam reveals
Intubated, unresponsive

CTAB, slightly dec BS on Left
Abd soft, distended, +BS
Rad pulses 2+, BL PT with doppler signal
GCS 3T, Pupils 3mm, non reactive

Vitals, labs, and imaging reviewed.

I agree with the assessment and care plan, and confirm the diagnosis(es) above.

ASSESSMENT | PLAN: 60 M with dive in shallow 3 Ft of water who presented as
trauma code with C4-5 dislocation. Neurosurgery consulted and evaluating. Admit to
ICU, q2hr Neurochecks, Foley, OGT, Vent, NS at 110/hr, Levophed and phenylephrine
as needed for hypotension (neurogenic shock), SCDs, H2 blocker. F/u on Covid test,
Neurosurgery recs.


Electronically Signed by Moreno,Tricia  NP on 08/28/21 at 1915
Electronically Signed by White,Ashlie N  MD on 08/28/21 at 2327


RPT #:0828-0827
***END OF REPORT***

0829-0007                    CORPUS CHRISTI MEDICAL CENTER
                              Corpus Christi, Texas

PATIENT NAME: TANGO BA,MALE TRAUMA          ADMIT DATE:   08/28/21
ACCOUNT NO: DO0092173896                      ROOM NO:    D.HCV
MEDICAL RECORD NO: DO00920868                     AGE:    60
REPORT TYPE: CONSULTATION                         SEX:    M

ADMITTING PHYSICIAN:White,Ashlie N   MD
ATTENDING PHYSICIAN:White,Ashlie N   MD


CONSULTATION DATE:8/28/21

CONSULTING PHYSICIAN: Patrick Langham Gleason, MD

NEUROSURGERY CONSULTATION

HISTORY OF PRESENT ILLNESS:  Mr. Tim Sewell is a middle-aged man seen in
consultation at the request of Dr. Randy Nelson for a near drowning and
cervical spine injury.  Reportedly, he dove off of a boat into shallow water
and was pulled from the water unresponsive.  The history is taken from the
medical records as the patient is intubated and there is no family member
available at this time.  EMS was called and he was intubated at the scene.  He
was transported to Bay Area Medical Center.  His CT of the brain looks
relatively normal.  CT of the cervical spine shows a grade I anterolisthesis
at C4-C5 with a unilateral jumped facet on the right at C4-C5. There is no
sign of a fracture.  His mental status has improved over time according to the
nurse.

ALLERGIES:   UNKNOWN.

PAST SURGICAL HISTORY:   Unknown.

SOCIAL HISTORY:  His wife, Gaye Sewell, is reportedly available at 972-658-
8777.  His state ID does show that he has from Paradise, Texas. Further
details unknown.

PHYSICAL EXAMINATION:
GENERAL:   Medium build middle-aged man, lying on an ER stretcher, intubated and
on a ventilator.
VITAL SIGNS:  Temperature 97.9, pulse 85, blood pressure 116/98, respiratory
rate 16 on the ventilator, oxygen saturation 97%, weight approximately 86
kilograms estmated.
HEENT:  No obvious facial or anterior cranial trauma.
MENTAL STATUS:  Opens eyes to voice.  Follows commands with the cranial nerves
and proximal upper extremities briskly.  Pupils 3 mm and reactive to light.
Extraocular movements conjugate and full without nystagmus.  Facial sensation
intact to light touch in all distributions of the trigeminal nerve.  Hearing
intact grossly.  Tongue extension midline.  Shoulder shrug symmetric.  Motor:
He has 3/5 power in his left deltoid and 0 power in the right deltoid.  There is
2/5 power in the left biceps and no power in the right biceps.  There is no
power in the triceps, wrist movements, grip or lower extremities bilaterally.
Sensory exam:  He appreciates light touch down to approximately C4 on the chest,

but not distal to C4.  Reflexes are absent in the lower extremities.  Toes are

PATIENT NAME: TANGO BA,MALE TRAUMA           ACCOUNT #: DO0092173896

**Lincoln/Sewell 242**

mute to plantar stimulation.

LABORATORY DATA: Sodium 137. INR 1.11, PTT 27.0. Hemoglobin 12.3, platelets 178,000.

IMPRESSION: Mr. Sewell is a middle-aged man with a C4-C5 traumatic dislocation with a seemingly complete spinal cord injury at about the C4-C5 level. The latest spine trauma literature suggests that there is a chance of improved neurological function with early decompression and fusion.

PLAN: MRI of the cervical spine to look for a large free fragment disk herniation that needs to be removed prior to relocation. If that is not the case, we will apply tong traction under anesthesia, attempt to relocate his spine followed by an anterior cervical discectomy and fusion with plating. If the MRI does show a large free fragment herniation, we would likely perform the diskectomy and then applied traction to relocate his neck and fuse anteriorly. He may require a posterior fusion as well if the ligaments are significantly injured. I will contact his wife for consent as well as discuss the plan once the MRI is complete.

Dictated By: Patrick Langham Gleason. MD

WT:     CON:D.HIM/GLEPA/NTS
DD:     08/28/2021 23:55:09
DT:     08/29/2021 01:59:19
Conf#: 779277/DID#: 6584618

Authenticated and Edited by Patrick L Gleason, MD on 8/29/21 12:55:43 PM


Electronically Signed by Patrick Langham Gleason, MD on 08/29/21 at 1257

PATIENT NAME: TANGO BA,MALE TRAUMA                    ACCOUNT #: DO0092173896

Sewell - Appeal 05/16/23 - 092

**Lincoln/Sewell 243**

PATIENT: SEWELL,TIMOTHY ALAN          UNIT #: DO00920868
ACCOUNT#: DO0092173896                ROOM/BED: D.HCV-4
               AGE: 56      SEX: M    ATTEND: Franco,Rene   Jr MD
ADM DT: 08/28/21                      AUTHOR: Khan,Kashmala   MD
R3

* ALL edits or amendments must be made on the electronic/computer
document *

## Khan,Kashmala 09/13/21 0813:
## History_of_Present_Illness

### HPI
**Requesting Clinician:** Dr. Upadhyay
**Reason for consult:**
Sinus bradycardia
**HPI:**
The patient is a 56-year-old male with a past medical history of hypertension, hyperlipidemia
who initially presented to Bay area ED with complaints of unresponsiveness. History was
taken from the patient's family who was present at bedside, nursing and chart review. The
patient was witnessed to dive off a boat into 3 feet of water. He was found unresponsive
from the water and was brought to the ED. The patient was found to have an acute C4-C5
dislocation, neurosurgery was consulted and the patient was taken for emergent surgery on
08-29-21. Long traction, Open C4-5 reduction and C4-5-6 ACDF with plating was
performed. The patient was transferred to the ICU after that for close monitoring.
Postoperatively the patient was found to be hypotensive, Levophed was started, patient was
found to be bradycardic and that was momentarily discontinued. Theophylline was initiated
on 8/31/2021 due to bradycardia that was likely due to spinal cord injury. This was
discontinued on 09/05 due to tachycardia. after seeing the tele strips, the paient wsa briefly
in Afib RVR on 09/06. Critical care (Dr. Franco) was consulted. Bronchoscopy was
performed that was positive for mucous plugging of left lung, patient was started on
antibiotics for MSSA infection. Interventional radiology was consulted for placement of
G-tube on 9/1/2021 NG tube was placed on 9/2/2021. The patient has a tracheostomy tube
in place. The primary team has been unable to extubate the patient off the ventilator. Per
nursing and chart review, every time that SBI is performed, or the patient is moved in any
way, the patient becomes bradycardic. Over the past couple of days. There have been
witnessed "pauses" along with sinus bradycardia. There was an episode of asystole lasting for
more than 10 seconds on 09/11. Cardiology was ocnsulted for furhter evaluation.

### History - Adult longitudinal
**Past medical history:**
Denies: Dyslipidemia.
**Smoking status:**
  **Smoking status for patients 13 years old or older:** Unknown,if ever smoked

Sewell - Appeal 05/16/23 - 093

**Lincoln/Sewell 244**

Patient: SEWELL,TIMOTHY ALAN
Unit#:DO00920868
Date:09/13/21                                    Acct#:
DO0092173896

**Allergies:**
**Coded Allergies:**
No Allergy Information Available (08/28/21)

## Review of Systems

### Free Text ROS Notes
**Free Text ROS Notes:**
The patient is able to communicate but this is limited due to his trachoestomy. He said he
felt his neck was sore. He deneid chest pain or perssure, palpitaions.

## Objective

### General
VS/I&O:
Vital Signs:

| Date Time | Temp | Pulse | Resp | B/P | B/P Mean | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|---|
| 09/13 0703 | | 83 | | | | 98 | | | 45 |
| 09/13 0645 | | 82 | 24 | 88/54 | 66 | 99 | | | |
| 09/13 0630 | | 83 | 24 | 88/53 | 66 | 99 | | | |
| 09/13 0615 | | 80 | 22 | 86/52 | 64 | 98 | | | |
| 09/13 0600 | 99.0 | | | | | | | | |
| 09/13 0600 | | 80 | 24 | 80/48 | 60 | 96 | | | |
| 09/13 0545 | | 80 | 18 | 96/53 | 69 | 100 | | | |
| 09/13 0530 | | 84 | 19 | 96/51 | 68 | 100 | | | |
| 09/13 0530 | | 60 | | | | 99 | | | 45 |
| 09/13 0515 | | 84 | 20 | 94/50 | 67 | 100 | | | |
| 09/13 0500 | | 84 | 19 | 92/51 | 65 | 100 | | | |
| 09/13 0445 | | 84 | 19 | 81/46 | 60 | 100 | | | |
| 09/13 0430 | | 75 | 22 | 85/51 | 64 | 97 | | | |
| 09/13 0415 | | 70 | 18 | 88/55 | 68 | 98 | | | |
| 09/13 0400 | 102.0 | | | | | | | | |
| 09/13 0400 | | | | | | | Ventilator | | 50 |
| 09/13 0400 | | 71 | 17 | 89/52 | 65 | 98 | | | |
| 09/13 0345 | | 69 | 18 | 89/52 | 65 | 98 | | | |
| 09/13 0339 | | 61 | | | | 99 | | | 45 |
| 09/13 0330 | | 70 | 18 | 94/54 | 70 | 99 | | | |
| 09/13 0315 | | 70 | 18 | 89/52 | 66 | 100 | | | |
| 09/13 0300 | | 69 | 16 | 90/54 | 67 | 100 | | | |

Sewell - Appeal 05/16/23 - 094

**Lincoln/Sewell 245**

| Date/Time | | | | | | | Vent | |
|---|---|---|---|---|---|---|---|---|
| 09/13 0245 | | 68 | 16 | 94/54 | 69 | 100 | | |
| 09/13 0230 | | 68 | 20 | 91/53 | 67 | 100 | | |
| 09/13 0215 | | 67 | 18 | 91/53 | 67 | 99 | | |
| 09/13 0200 | | 64 | 16 | 96/57 | 72 | 99 | | |
| 09/13 0145 | | 62 | 18 | 89/52 | 66 | 98 | | |
| 09/13 0130 | | 61 | 21 | 88/52 | 65 | 98 | | |
| 09/13 0115 | | 62 | 20 | 80/52 | 62 | 100 | | |
| 09/13 0100 | | 65 | 19 | 88/49 | 63 | 99 | | |
| 09/13 0045 | | 70 | 23 | 103/57 | 75 | 99 | | |
| 09/13 0030 | | 65 | 21 | 82/53 | 63 | 100 | | |
| 09/13 0015 | | 65 | 19 | 82/53 | 63 | 100 | | |
| 09/13 0000 | 99.6 | | | | | | | |
| 09/13 0000 | | | | | | | Ventilator | 50 |
| 09/13 0000 | | 63 | 21 | 89/53 | 66 | 98 | | |
| 09/12 2345 | | 63 | 19 | 89/54 | 67 | 99 | | |
| 09/12 2330 | | 64 | 22 | 88/54 | 66 | 99 | | |
| 09/12 2315 | | 64 | 21 | 92/53 | 67 | 98 | | |
| 09/12 2300 | | 66 | 21 | 88/51 | 65 | 100 | | |
| 09/12 2245 | | 66 | 20 | 95/56 | 71 | 99 | | |
| 09/12 2230 | | 64 | 20 | 95/55 | 71 | 100 | | |
| 09/12 2215 | | 66 | 18 | 90/51 | 66 | 99 | | |
| 09/12 2200 | | 74 | 21 | 88/51 | 65 | 98 | | |
| 09/12 2145 | | 69 | 23 | 84/52 | 64 | 96 | | |
| 09/12 2143 | | 59 | | | | 98 | | 45 |
| 09/12 2137 | | 70 | 21 | 87/51 | 64 | 68 | | |
| 09/12 2130 | | 67 | 21 | 82/53 | 63 | 94 | | |
| 09/12 2115 | | 65 | 23 | 101/56 | 75 | 98 | | |
| 09/12 2100 | | 63 | 19 | 102/61 | 77 | 98 | | |
| 09/12 2045 | | 64 | 20 | 106/66 | 82 | 97 | | |
| 09/12 2030 | | 64 | 17 | 106/64 | 81 | 97 | | |
| 09/12 2015 | | 65 | 20 | 103/61 | 78 | 97 | | |
| 09/12 2000 | 98.6 | | | | | | | |
| 09/12 2000 | | | | | | | Ventilator | 50 |
| 09/12 2000 | | 64 | 17 | 102/59 | 76 | 98 | | |
| 09/12 1945 | | 59 | 15 | 111/62 | 82 | 97 | | |
| 09/12 1930 | | 58 | 15 | 113/63 | 83 | 98 | | |
| 09/12 1915 | | 58 | 16 | 101/56 | 74 | 98 | | |
| 09/12 1900 | | 60 | 19 | 84/51 | 63 | 98 | | |
| 09/12 1730 | | 60 | 16 | 93/56 | 70 | 98 | | |
| 09/12 1700 | | 59 | 15 | 102/62 | 77 | 100 | | |
| 09/12 1630 | | 69 | 18 | 102/59 | 74 | 98 | | |
| 09/12 1605 | 98.8 | | | | | | | |
| 09/12 1605 | | | | | | | Ventilator | |

Sewell - Appeal 05/16/23 - 095

**Lincoln/Sewell 246**

Patient: SEWELL,TIMOTHY ALAN
Unit#:DO00920868
Date:09/13/21                                          Acct#:
DO0092173896

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/12 1600 | | 63 | 16 | 92/52 | 67 | 98 | | | |
| 09/12 1530 | | 64 | 23 | 112/66 | 85 | 97 | | | |
| 09/12 1500 | | 60 | 15 | 101/58 | 75 | 97 | | | |
| 09/12 1430 | | 59 | 17 | 99/60 | 75 | 98 | | | |

24 hour I&O ending at 0700:

| | 09/13 0700 | 09/12 1900 |
|---|---|---|
| Intake Total | 1561.00 | 532.00 |
| Output Total | 800 | 850 |
| Balance | 761.00 | -318.00 |
| | | |
| Intake, Free Water | 200 | |
| Intake, IV | 321.00 | 532.00 |
| Intake, Tube Feeding | 1040 | |
| Output, Stool | 100 | |
| Output, Urine | 700 | 850 |

**PATIENT WEIGHT:**

Weight (lb):
Weight (oz):
Weight (kg): 81.818

**Medications:**
Active Meds + DC'd Last 24 Hrs
Theophylline  75 MG  BID  PO
Midodrine  15 MG  QID  PO  (CKD)
Fludrocortisone Acetate  0.2 MG  DAILY  PO
Ferrous Sulfate  325 MG  PC  FEED-TUBE
Nafcillin Sodium  2 GM  Q4H  IV
   Dextrose/Water  100 ML
Al/Camphor/Menth/Phenol/Salicyl Ac  APPLY
   DAILY PRN PRN  TOPICAL
Acetylcysteine  300 MG  RTQ12H  NEB
Albuterol/Ipratropium  3 ML  RTQ6H  NEB
Enoxaparin Sodium  30 MG  Q12H  SUBQ
Propofol  100 ML  TITRATE  IV  (CKD)
Quetiapine Fumarate  25 MG  BEDTIME  FEED-TUBE
Gabapentin  100 MG  TID  FEED-TUBE
Acetaminophen  650 MG  Q6HR  FEED-TUBE
Acetaminophen  650 MG  Q4H PRN PRN  FEED-TUBE

Sewell - Appeal 05/16/23 - 096

**Lincoln/Sewell 247**

Pantoprazole Sodium   40 MG   Q12H   IV
     Sodium Chloride   10 ML
Atropine Sulfate   0.4 MG   ONCALL   IV   (CKD)
Bisacodyl   10 MG   DAILY   RECTAL
Norepinephrine Bitartrate   250 ML   TITRATE   IV
Lactobacillus Acidoph/Bulgaricus   1 TAB   DAILY   PO
Polyethylene Glycol   17 GM   DAILY   PO
Ondansetron HCl   4 MG   Q4H PRN PRN   IV
White Petrol/Mineral Oil/Lanolin   1 APPLIC   Q12H PRN PRN   EACH EYE

## Physical Exam
**General appearance:** respiratory support, no acute distress
**Head/Eyes:** atraumatic, EOMI
**Neck:** C collar i nplace, tracheostomy in place
**Cardiovascular:**
    **CV assessment:** regular rate and rhythm, no murmur
**Respiratory:** rales, rhonchi, wheezing, no distress
**Abdomen:** soft, non-tender
**Genitourinary:** foley
**Upper extremity:**
    **UE assessment:** edema (bilateral)
**Lower extremity:**
    **LE assessment:** bilateral lower ext edema, bilateral foot orthosis in place
**Neuro/CNS:** alert, patient unable to move upper and lower extremities
**Skin:** dry, intact

## Results
**Findings/Data:**
Laboratory Tests

|  | 09/13 0509 |
|---|---|
| Blood Gas | |
| Puncture Site | LR |
| ABG pH (7.35 - 7.45) | 7.52 H |
| ABG pCO2 (35.0 - 45.0 mmHg) | 38.2 |
| ABG pO2 (80.0 - 100.0 mmHg) | 80.9 |
| ABG PO2/FiO2 Ratio (mmHg) | 179.70 |
| ABG HCO3 (20.0 - 26.0 mmol/L) | 30.1 H |
| ABG Base Excess (-3.0 - 3.0 mmol/L) | 6.7 H |
| Allen Test | NA |

**Lincoln/Sewell 248**

| | |
|---|---|
| Oxyhemoglobin (92.0 - 98.0 %) | 95.7 |
| Carboxyhemoglobin (0.5 - 1.5 %) | 1.3 |
| Methemoglobin (0.4 - 1.5 %) | 0.2 |
| Total Hemoglobin (13.0 - 18.0 G/DL) | 8.5 L |
| Patient On Oxygen | Arterial |
| Vent Mode | ac-vol |
| Vent Rate (/MIN) | 15.0 |
| FiO2 (%) | 45.0 |
| Tidal Volume (ml) | 450.0 |
| PEEP (cmH2O) | 5.0 |
| Instrument | Called |

Laboratory Tests

| | 09/13 0337 |
|---|---|
| **Chemistry** | |
| Sodium (133 - 145 MMOL/L) | 146 H |
| Potassium (3.6 - 5.2 MMOL/L) | 3.6 |
| Chloride (100 - 108 MMOL/L) | 108 |
| Carbon Dioxide (22 - 32 MMOL/L) | 32 |
| BUN (6 - 20 MG/DL) | 30 H |
| Creatinine (0.60 - 1.00 MG/DL) | 0.78 |
| Estimated GFR (MDRD) (56 - 130) | 103 |
| Glucose (65 - 99 MG/DL) | 98 |
| Calcium (8.7 - 10.5 MG/DL) | 8.2 L |
| Magnesium (1.8 - 2.4 MG/DL) | 2.3 |
| Total Bilirubin (0.0 - 1.0 MG/DL) | 0.4 |
| AST (15 - 37 Units/L) | 32 |
| ALT (30 - 65 Units/L) | 25 L |
| Alkaline Phosphatase (50 - 136 Units/L) | 74 |
| Total Protein (6.4 - 8.2 G/DL) | 6.2 L |
| Albumin (3.4 - 5.0 G/DL) | 1.4 L |
| Globulin (1.5 - 3.8 G/DL) | 4.8 H |
| Albumin/Globulin Ratio (1.1 - 2.2) | 0.3 L |

Laboratory Tests

| | 09/13 0337 |
|---|---|
| **Hematology** | |
| WBC (4.80 - 10.80 x10^3/uL) | 8.94 |
| RBC (4.7 - 6.1 x10^6/uL) | 2.77 L |
| Hgb (14.0 - 17.0 G/DL) | 8.7 L |
| Hct (42 - 52 %) | 27.9 L |

Sewell - Appeal 05/16/23 - 098

**Lincoln/Sewell 249**

| | |
|---|---|
| MCV (80 - 94 FL) | 100.7 H |
| MCH (27 - 31 PG) | 31.4 H |
| MCHC (33 - 37 G/DL) | 31.2 L |
| RDW Coeff of Var (11.5 - 14.5 %) | 14.0 |
| Plt Count (150 - 450 x10^3/uL) | 373 |
| MPV (7.4 - 10.4 FL) | 10.4 |
| Neut % (Auto) (42 - 86 %) | 82.0 |
| Lymph % (Auto) (24 - 44 %) | 8.7 L |
| Mono % (Auto) (0.0 - 4.0 %) | 5.8 H |
| Eos % (Auto) (0.0 - 2.7 %) | 1.7 |
| Baso % (Auto) (0.0 - 0.5 %) | 0.3 |
| Eos # (Auto) (0.0 - 0.5 x10^3/uL) | 0.15 |
| Baso # (Auto) (0.0 - 0.2 x10^3/uL) | 0.03 |
| Abs Immat Gran (auto) (0.00 - 0.03 x10^3/uL) | 0.13 H |
| Absolute Neuts (auto) (1.8 - 7.7 x10^3/uL) | 7.33 |
| Absolute Lymphs (auto) (1.0 - 4.8 x10^3/uL) | 0.78 L |
| Absolute Monos (auto) (0.0 - 0.8 x10^3/uL) | 0.52 |
| Absolute Nucleated RBC (0.0 - 0.2 X10^3/uL) | 0.0 |
| Immature Gran % (0.0 - 2.0 %) | 1.5 |
| Nucleated RBC % (0.0 - 0.0 %) | 0.0 |

Laboratory Tests

|  | 09/13 |
|---|---|
|  | 0337 |
| Chemistry | |
| Magnesium (1.8 - 2.4 MG/DL) | 2.3 |

**Radiology Data:**
Recent Impressions:
**RADIOLOGY - XR CHEST 1 V 09/13 0500**
*** Report Impression - Status: SIGNED  Entered: 09/13/2021 0753

IMPRESSION: No change from the prior exam.
Impression By: LSDR.FAM - Frank Morello, MD

## Diagnosis, Assessment & Plan

## Free Text DxA&P Notes

**Free Text DxA&P Notes:**

**Assesment:**

Sinus arrest
-sinus bradycardia with intermittent pauses
-evidence of significant asystole seen on 09/11/21
-secondary to his C spine injury
Atrial fibrillation
-episode seen on 09/06/21
-likely due to theophylline, previously documented as tachycardia
C4-C5 translation dislocation s/p ACDF
Acute hypoxic respiratory failure secondary to trauma
Mucus plugging
Quadriplegia

**Plan:**

- continue to monitor telemetry
- His sinus bradycardia is secondary to his C Spine injury. We will manage medically with theophylline for the next few weeks (a total of 4-6 weeks).
- will continue to monitor for tachycardia or any further events of atrial fibrillation in which case a theohylline level will need to be checked.
- We'll start theophyline at 75 mg Q12H.
- will hold off on pacemaker placement for now.
- rest per primary team
- Thank you for the consult

### Alexander,Thomas 09/13/21 1941:
### Objective

### General
**VS/I&O:**
Vital Signs:

| Date Time | Temp | Pulse | Resp | B/P | B/P Mean | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|-----------|------|-------|------|-------|----------|----------|-------------|--------------|------|
| 09/13 1739 |  | 75 | 22 |  |  | 97 |  |  |  |
| 09/13 1730 |  | 78 | 25 | 93/50 | 66 | 97 |  |  |  |
| 09/13 1715 |  | 77 | 23 | 96/53 | 70 | 98 |  |  |  |
| 09/13 1700 |  | 78 | 24 | 91/50 | 65 | 97 |  |  |  |
| 09/13 1645 |  | 76 | 24 | 94/53 | 67 | 96 |  |  |  |

Sewell - Appeal 05/16/23 - 100

**Lincoln/Sewell 251**

| Date/Time | Temp | | | | | | Ventilator | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/13 1630 | | 78 | 25 | 97/56 | 70 | 97 | | | |
| 09/13 1615 | | 75 | 23 | 96/52 | 68 | 96 | | | |
| 09/13 1606 | | 76 | | | | | | | |
| 09/13 1600 | 38.6 | | | | | | | | |
| 09/13 1600 | | | | | | | Ventilator | | 50 |
| 09/13 1600 | | 77 | 22 | 92/50 | 66 | 97 | | | |
| 09/13 1545 | | 77 | 27 | 90/51 | 64 | 96 | | | |
| 09/13 1530 | | 75 | 20 | 95/54 | 69 | 97 | | | |
| 09/13 1515 | | 76 | 17 | 96/53 | 69 | 98 | | | |
| 09/13 1500 | | 72 | 18 | 91/52 | 65 | 98 | | | |
| 09/13 1445 | | 73 | 18 | 93/51 | 65 | 98 | | | |
| 09/13 1430 | | 72 | 18 | 93/51 | 66 | 98 | | | |
| 09/13 1415 | | 70 | 17 | 88/51 | 65 | 98 | | | |
| 09/13 1400 | | 70 | 15 | 99/55 | 72 | 99 | | | |
| 09/13 1345 | | 71 | 16 | 84/51 | 63 | 97 | | | |
| 09/13 1330 | | 71 | 17 | 97/55 | 70 | 97 | | | |
| 09/13 1315 | | 69 | 15 | 98/56 | 71 | 98 | | | |
| 09/13 1304 | | 71 | | | | 97 | | | 45 |
| 09/13 1300 | | 71 | 15 | 97/55 | 73 | 98 | | | |
| 09/13 1245 | | 71 | 15 | 96/55 | 71 | 98 | | | |
| 09/13 1230 | | 69 | 15 | 91/52 | 66 | 98 | | | |
| 09/13 1215 | | 67 | 15 | 92/52 | 66 | 97 | | | |
| 09/13 1200 | 38.0 | | | | | | | | |
| 09/13 1200 | | | | | | | Ventilator | | 50 |
| 09/13 1200 | | 67 | 14 | 94/53 | 68 | 98 | | | |
| 09/13 1145 | | 67 | 15 | 97/56 | 74 | 98 | | | |
| 09/13 1130 | | 67 | 14 | 94/53 | 67 | 98 | | | |
| 09/13 1115 | | 67 | 14 | 95/52 | 68 | 97 | | | |
| 09/13 1100 | | 67 | 15 | 101/58 | 77 | 98 | | | |
| 09/13 1045 | | 74 | 16 | 121/71 | 92 | 98 | | | |
| 09/13 1030 | | 72 | 18 | 114/66 | 85 | 97 | | | |
| 09/13 1015 | | 69 | 14 | 112/61 | 80 | 98 | | | |
| 09/13 1000 | | 71 | 14 | 116/65 | 85 | 98 | | | |
| 09/13 0945 | | 71 | 14 | 116/66 | 84 | 98 | | | |
| 09/13 0930 | | 75 | 15 | 122/67 | 89 | 98 | | | |
| 09/13 0915 | | 74 | 13 | 111/59 | 80 | 98 | | | |
| 09/13 0900 | | 79 | 15 | 93/54 | 69 | 99 | | | |
| 09/13 0845 | | 80 | 15 | 96/57 | 71 | 99 | | | |
| 09/13 0830 | | 81 | 16 | 93/55 | 68 | 99 | | | |
| 09/13 0815 | | 82 | 18 | 94/53 | 68 | 99 | | | |
| 09/13 0800 | 38.0 | | | | | | | | |
| 09/13 0800 | | | | | | | Ventilator | | 50 |
| 09/13 0800 | | 83 | 18 | 98/54 | 70 | 99 | | | |

Page 9 of 12

Lincoln/Sewell 252

| Date/Time | Temp | HR | RR | BP | | SpO2 | | | Vent |
|---|---|---|---|---|---|---|---|---|---|
| 09/13 0703 | | 83 | | | | 98 | | | 45 |
| 09/13 0645 | | 82 | 24 | 88/54 | 66 | 99 | | | |
| 09/13 0630 | | 83 | 24 | 88/53 | 66 | 99 | | | |
| 09/13 0615 | | 80 | 22 | 86/52 | 64 | 98 | | | |
| 09/13 0600 | 37.2 | | | | | | | | |
| 09/13 0600 | | 80 | 24 | 80/48 | 60 | 96 | | | |
| 09/13 0545 | | 80 | 18 | 96/53 | 69 | 100 | | | |
| 09/13 0530 | | 84 | 19 | 96/51 | 68 | 100 | | | |
| 09/13 0530 | | 60 | | | | 99 | | | 45 |
| 09/13 0515 | | 84 | 20 | 94/50 | 67 | 100 | | | |
| 09/13 0500 | | 84 | 19 | 92/51 | 65 | 100 | | | |
| 09/13 0445 | | 84 | 19 | 81/46 | 60 | 100 | | | |
| 09/13 0430 | | 75 | 22 | 85/51 | 64 | 97 | | | |
| 09/13 0415 | | 70 | 18 | 88/55 | 68 | 98 | | | |
| 09/13 0400 | 38.9 | | | | | | | | |
| 09/13 0400 | | | | | | | Ventilator | | 50 |
| 09/13 0400 | | 71 | 17 | 89/52 | 65 | 98 | | | |
| 09/13 0345 | | 69 | 18 | 89/52 | 65 | 98 | | | |
| 09/13 0339 | | 61 | | | | 99 | | | 45 |
| 09/13 0330 | | 70 | 18 | 94/54 | 70 | 99 | | | |
| 09/13 0315 | | 70 | 18 | 89/52 | 66 | 100 | | | |
| 09/13 0300 | | 69 | 16 | 90/54 | 67 | 100 | | | |
| 09/13 0245 | | 68 | 16 | 94/54 | 69 | 100 | | | |
| 09/13 0230 | | 68 | 20 | 91/53 | 67 | 100 | | | |
| 09/13 0215 | | 67 | 18 | 91/53 | 67 | 99 | | | |
| 09/13 0200 | | 64 | 16 | 96/57 | 72 | 99 | | | |
| 09/13 0145 | | 62 | 18 | 89/52 | 66 | 98 | | | |
| 09/13 0130 | | 61 | 21 | 88/52 | 65 | 98 | | | |
| 09/13 0115 | | 62 | 20 | 80/52 | 62 | 100 | | | |
| 09/13 0100 | | 65 | 19 | 88/49 | 64 | 99 | | | |
| 09/13 0045 | | 70 | 23 | 103/57 | 75 | 99 | | | |
| 09/13 0030 | | 65 | 21 | 82/53 | 63 | 100 | | | |
| 09/13 0015 | | 65 | 19 | 82/53 | 63 | 100 | | | |
| 09/13 0000 | 37.6 | | | | | | | | |
| 09/13 0000 | | | | | | | Ventilator | | 50 |
| 09/13 0000 | | 63 | 21 | 89/53 | 66 | 98 | | | |
| 09/12 2345 | | 63 | 19 | 89/54 | 67 | 99 | | | |
| 09/12 2330 | | 64 | 22 | 88/54 | 66 | 99 | | | |
| 09/12 2315 | | 64 | 21 | 92/53 | 67 | 98 | | | |
| 09/12 2300 | | 66 | 21 | 88/51 | 65 | 100 | | | |
| 09/12 2245 | | 66 | 20 | 95/56 | 71 | 99 | | | |
| 09/12 2230 | | 64 | 20 | 95/55 | 71 | 100 | | | |
| 09/12 2215 | | 66 | 18 | 90/51 | 66 | 99 | | | |

Sewell - Appeal 05/16/23 - 102

**Lincoln/Sewell 253**

| Date/Time | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/12 2200 | | 74 | 21 | 88/51 | 65 | 98 | | | |
| 09/12 2145 | | 69 | 23 | 84/52 | 64 | 98 | | | |
| 09/12 2143 | | 59 | | | | 98 | | | 45 |
| 09/12 2137 | | 70 | 21 | 87/51 | 64 | 66 | | | |
| 09/12 2130 | | 67 | 21 | 82/53 | 63 | 94 | | | |
| 09/12 2115 | | 65 | 23 | 101/56 | 75 | 96 | | | |
| 09/12 2100 | | 63 | 19 | 102/61 | 77 | 98 | | | |
| 09/12 2045 | | 64 | 20 | 106/66 | 82 | 97 | | | |
| 09/12 2030 | | 64 | 17 | 106/64 | 81 | 97 | | | |
| 09/12 2015 | | 65 | 20 | 103/61 | 78 | 97 | | | |
| 09/12 2000 | 37.0 | | | | | | | | |
| 09/12 2000 | | | | | | | Ventilator | | 50 |
| 09/12 2000 | | 64 | 17 | 102/59 | 76 | 98 | | | |

24 hour I&O ending at 0700:

| | 09/13 0700 | 09/12 1900 |
|---|---|---|
| Intake Total | 1561.00 | 532.00 |
| Output Total | 800 | 850 |
| Balance | 761.00 | -318.00 |
| | | |
| Intake, Free Water | 200 | |
| Intake, IV | 321.00 | 532.00 |
| Intake, Tube Feeding | 1040 | |
| Output, Stool | 100 | |
| Output, Urine | 700 | 850 |

## PATIENT WEIGHT:

Weight (lb):
Weight (oz):
Weight (kg): 81.818

Medications:
Active Meds + DC'd Last 24 Hrs
Fentanyl Citrate   25 MCG   ONCE ONE   IV   (DC)
Theophylline   75 MG   BID   PO
Midodrine   15 MG   QID   PO   (CKD)
Fludrocortisone Acetate   0.2 MG   DAILY   PO
Ferrous Sulfate   325 MG   PC   FEED-TUBE
Nafcillin Sodium   2 GM   Q4H   IV
    Dextrose/Water   100 ML

Patient: SEWELL,TIMOTHY ALAN
Unit#:DO00920868
Date:09/13/21                                                    Acct#:
DO0092173896


Al/Camphor/Menth/Phenol/Salicyl Ac   APPLY
     DAILY PRN PRN   TOPICAL
Acetylcysteine   300 MG   RTQ12H   NEB
Albuterol/Ipratropium   3 ML   RTQ6H   NEB
Enoxaparin Sodium   30 MG   Q12H   SUBQ
Propofol   100 ML   TITRATE   IV   (CKD)
Quetiapine Fumarate   25 MG   BEDTIME   FEED-TUBE
Gabapentin   100 MG   TID   FEED-TUBE
Acetaminophen   650 MG   Q6HR   FEED-TUBE
Acetaminophen   650 MG   Q4H PRN PRN   FEED-TUBE
Pantoprazole Sodium   40 MG   Q12H   IV
     Sodium Chloride   10 ML
Atropine Sulfate   0.4 MG   ONCALL   IV   (CKD)
Bisacodyl   10 MG   DAILY   RECTAL
Norepinephrine Bitartrate   250 ML   TITRATE   IV
Lactobacillus Acidoph/Bulgaricus   1 TAB   DAILY   PO
Polyethylene Glycol   17 GM   DAILY   PO
Ondansetron HCl   4 MG   Q4H PRN PRN   IV
White Petrol/Mineral Oil/Lanolin   1 APPLIC   Q12H PRN PRN   EACH EYE




## Diagnosis, Assessment & Plan

### Free Text DxA&P Notes
**Free Text DxA&P Notes:**
Pt seen and examined with the internal medicine resident Kashmala Khan on 09/13/21.  All
labs and results noted.  I agree with the physical exam and plan as noted as above.  A 14
point ROS revealed paraplegia the rest was negative. Pt has bradycardia and asystole related
to his spinal cord injury. He was previously on theophylline but this was stopped because of
atrial fibrillation with RVR. We will start theophylline at a lower dose. We will need to
monitor for tachyarrhythmia

Electronically Signed by Khan,Kashmala MD R3 on 09/13/21 at 1614
Electronically Signed by Alexander,Thomas MD on 09/13/21 at 1955




RPT #:0913-0241
***END OF REPORT***


Page 12 of 12

Sewell - Appeal 05/16/23 - 104

**Lincoln/Sewell 255**

PATIENT: SEWELL,TIMOTHY ALAN            UNIT #: DO00920868
ACCOUNT#: DO00092173896                 ROOM/BED: D.HCV-4
DOB: 09/21/64   AGE: 56      SEX: M     ATTEND: White,Ashlie N   MD
ADM DT: 08/28/21                        AUTHOR: Franco,Rene   Jr MD

* ALL edits or amendments must be made on the electronic/computer
document *

## History of Present Illness

### HPI
Chief complaint:
Unable to assess
HPI:
56 yo male with acute C4-C5 translation dislocation s/p ACDF after diving from a boat into
3ft of water. Patient is being managed by the trauma service as well as neurosurgery.
Todays CXR noted complete whiteout on the right side with loss of right heart border on
CXR. No increase in oxygenation. No secretions. Ive been consulted to assist with
bronchoscopy.

### History - Adult longitudinal
Smoking status:
    Smoking status for patients 13 years old or older: Unknown,if ever smoked
Allergies:
Coded Allergies:
No Allergy Information Available (08/28/21)

## Review of Systems

### ROS
Unable to obtain due to:
UTA

## Objective

### Physical Exam
General appearance: alert
Head/Eyes: EOMI
ENT: intubated
Neck: C-collar in place
Cardiovascular: normal S1/S2

Sewell - Appeal 05/16/23 - 105

Lincoln/Sewell 256

**Respiratory:** decreased breath sounds (on right), symmetric expansion
**Abdomen:** soft, normal bowel sounds
**Extremities:** no clubbing, no cyanosis, no edema
**Musculoskeletal:** normal inspection
**Neuro/CNS:** alert
**Skin:** dry, intact, normal color

## Diagnosis, Assessment & Plan
**Free text DxA&P:**
C4-C5 translation dislocation s/p ACDF
Acute hypoxic respiratory failure
Mucus plugging
Quadriplegia

Continue vent support as indicated
Scheduled nebs
Added mucomyst BID x 4 doses
Will setup for bronchoscopy now
Poor cough will cause this to happen again
Will send for cultures
F/U on results accordingly
Will follow

## Quality: Gen Med & Crit Care

**VTE Prophylaxis**
**VTE prophylaxis initiated:** yes

Electronically Signed by Franco,Rene Jr MD on 09/01/21 at 1136

RPT #:0901-0608
***END OF REPORT***

CORPUS CHRISTI MEDICAL CENTER
Corpus Christi, Texas

PATIENT NAME: SEWELL,TIMOTHY ALAN          ADMIT DATE:  08/28/21
ACCOUNT NO: DO0092173896                       ROOM NO:  D.Y309
MEDICAL RECORD NO: DO00920868                      AGE:  57
REPORT TYPE: OPERATIVE REPORT                      SEX:  M

ADMITTING PHYSICIAN:Bevinal,Manzoor A  MD
ATTENDING PHYSICIAN:Bevinal,Manzoor A  MD


OPERATION DATE:  09/17/2021

PREOPERATIVE DIAGNOSIS:  Spinal cord injury with a right C4 motor level and a
left C5 motor level.

POSTOPERATIVE DIAGNOSIS:  Spinal cord injury with a right C4 motor level and a
left C5 motor level.

PROCEDURES:  Injection of autologous stem cells intrathecally.

SURGEON:  P. Langham Gleason, MD

ASSISTANT:  Elina Defranceshi, PA  (Mrs. Defranceshi's assistance was helpful
during the case for harvest of the iliac crest bone marrow from the right side
while I harvested from the left side).

ANESTHESIA PROVIDER:  Majerley Anderson. CRNA

ANESTHESIA TYPE:  General via tracheostomy.

SPECIMENS:  None.

ESTIMATED BLOOD LOSS:  115 mL of bone marrow harvested.

COUNTS:  Correct.

COMPLICATIONS:  None.

FINDINGS:  Low CSF pressure at the L2-L3 level in the lumbar cistern.

DISPOSITION:  ICU.

INDICATIONS:  This 56-year-old man sustained an ocean diving accident with a
spinal cord injury, complete on the left at C5 and on the right at C4.  He
underwent early relocation, decompression and fusion from C4-C6.  At C5-C6,  he
had an acute disk herniation compressing the spinal cord.  He did not show any
evidence of improvement in his neurologic function over the following 19 days.
I discussed with his family the option of an autologous stem cell
transplantation into the thecal sac in the hopes of improving his neurological
outcome.  I explained that the procedure was not FDA approved. but had been used
successfully including by Dr. Spann in Austin, Texas with improvement in
neurological outcome in patients who had had complete spinal cord injury, even
months out from the injury.  I discussed with Dr. Spann, this particular patient
and he recommended early treatment with autologous stem cells.  The patient and

PATIENT NAME: SEWELL,TIMOTHY ALAN          ACCOUNT #: DO0092173896

Sewell - Appeal 05/16/23 - 107

Lincoln/Sewell 258

his family appeared to understand the risks and alternatives and consented to the procedure.

PROCEDURE IN DETAIL: The patient was given intravenous antibiotics. He was brought to the OR where general anesthesia was induced via his tracheostomy. The anterior hips were prepped bilaterally. All 3-mm incision was made over the anterior superior iliac crest bilaterally. Jamshidi needle was advanced into the bone marrow space. The needles were aspirated, yielding a total of 115 mL of bone marrow. This was

DICTATION ENDS HERE

Dictated By: Patrick Langham Gleason, MD

WT:      OP:D.HIM/GLEPA/NTS
DD:      10/17/2021 11:52:45
DT:      10/17/2021 16:23:02
Conf#: S40576/DID#: 6646079

Authenticated and Edited by Patrick L Gleason, MD On 10/22/21 12:11:33 PM

Electronically Signed by Patrick Langham Gleason, MD on 10/22/21 at 1213

PATIENT NAME: SEWELL,TIMOTHY ALAN          ACCOUNT #: DO0092173896

Sewell - Appeal 05/16/23 - 108

Lincoln/Sewell 259

1017-0093  CORPUS CHRISTI MEDICAL CENTER
Corpus Christi, Texas

PATIENT NAME: SEWELL,TIMOTHY ALAN          ADMIT DATE:  08/28/21
ACCOUNT NO: DO0092173896                     ROOM NO:  D.Y309
MEDICAL RECORD NO: DO00920868                    AGE:  57
REPORT TYPE: OPERATIVE REPORT                    SEX:  M

ADMITTING PHYSICIAN:Bevinal,Manzoor A  MD
ATTENDING PHYSICIAN:Bevinal,Manzoor A  MD


OPERATION DATE:  05/29/2021

PREOPERATIVE DIAGNOSES:
1.  C4-C5 dislocation with spinal cord injury.
2.  C5-C6 herniated nucleus pulposus with spinal cord injury.

POSTOPERATIVE DIAGNOSES:
1.  C4-C5 dislocation with spinal cord injury.
2.  C5-C6 herniated nucleus pulposus with spinal cord injury.

PROCEDURES:
1.  Application and removal of cranial tong traction.
2.  Open reduction of C4-C5 spondylolisthesis.
3.  C4-C5 anterior diskectomy and fusion with allograft bone.
4.  C5-C6 anterior diskectomy and fusion with allograft bone.
5.  Anterior cervical segmental instrumentation with titanium plate and screws
at C4-5-6.

SURGEON:  P. Langham Gleason, MD

ASSISTANT:  Veronica Arevalo, CSA

ANESTHESIA PROVIDER:
1.  John Franklin, MD
2.  Celeste Moos, CRNA

ANESTHESIA TYPE:  General via endotracheal tube.

SPECIMENS:  None.

ESTIMATED BLOOD LOSS:  50 mL.

COUNTS:  Correct.

COMPLICATIONS:  None.

FINDINGS:  Dislocated C4-C5 vertebra with a dural tear behind the posterior
longitudinal ligament at C4-C5.

DISPOSITION:  ICU.

INDICATIONS:  This 57-year-old man doved off of the boat into the ocean striking
his head on the ocean floor and sustaining immediate quadriplegia.  He was
pulled up to the boat immediately and was unresponsive.  EMS intubated him at

PATIENT NAME: SEWELL,TIMOTHY ALAN          ACCOUNT #: DO0092173896

Sewell - Appeal 05/16/23 - 109

**Lincoln/Sewell 260**

the scene and he was transported to Bay Area Medical Center. CT of the cervical spine showed a right unilateral jumped facet at C4-C5. MRI showed edema in the spinal cord from C4-C6 with a disk herniation at C5-C6 compressing the spinal cord. I discussed with his wife, the technique, risks, benefits, and alternatives to early relocation of the spine and fusion from C4-C6. He appeared to understand the risks and alternatives and consented to the procedure.

PROCEDURE IN DETAIL: The patient was brought to the operating room and placed under general anesthesia. Gardner-Wells tongs were applied to the parietal region below the equator of the skull. Traction was incrementally applied to the tongs but the C4-C5 vertebra would not relocate with up to 25 pounds of traction. The anterior neck was prepped and draped in sterile fashion. An incision was marked out over the lower C5 vertebra from the midline to the anterior border of the sternocleidomastoid. The incision was infiltrated with lidocaine with epinephrine. The skin was opened with a scalpel. Bovie cautery was used to control bleeding and dissect down through the platysma muscle layer. The plane between the carotid sheath laterally and the trachea and esophagus medially was developed with blunt dissection, bipolar cautery and Metzenbaum scissors. The dislocation at C4-C5 was obvious in the wound. Vertebral body distractor pins were placed into C4 and C5. The pins were manually distracted and flexed towards one and another, thereby relocating the jumped facet joint. The C5 Distractor pin was moved to C6. Self-retaining retractors were placed on the longus colli muscles. The operating microscope was brought into the field. The C4-C5 disk was cleaned out with a high-speed drill as well as Kerrison punches. Upon opening the posterior longitudinal ligament, a traumatic tear in the dura was identified. Fibrin glue was applied to that site. Epidural space was explored and found to be widely patent. Gelfoam was laid over the epidural fibrin glue. A wedge-shaped allograft bone was tapped into place. The disk at C5-C6 was incised with a scalpel and pituitary forceps were used to remove the anterior two-thirds of the disk. High-speed drill was used to drill out the disk down to the posterior longitudinal ligament. The PLL was opened with a sharp hook. A 1-mm and 2-mm Kerrison punches were used to circumferentially decompress the spinal canal and neural foramina at C5-C6. Epidural space was explored with a micro hook and found to be widely patent. A wedge-shaped allograft was tapped into place at C5-C6. A rigid titanium plate was laid on the spine from C4-C6. A 6 Titanium screws were anchored into the 3 vertebra. Wound was irrigated with antibiotic solution. Vancomycin powder was sprinkled in the wound. The platysma muscle layer was closed with interrupted inverted Vicryl sutures. Skin was closed with a subcuticular Monocryl suture. Skin was sealed with Dermabond and a sterile dressing applied. At the end of the case, the patient was left intubated and taken to the ICU in hemodynamically stable condition.

Dictated By: Patrick Langham Gleason, MD

WT:     OP:D.HIM/GLEPA/NTS
DD:     10/17/2021 11:47:57
DT:     10/17/2021 16:00:32
Conf#: 840565/DID#: 6646068

Authenticated by Patrick L Gleason, MD on 10/22/2021 12:11:09 PM

PATIENT NAME: SEWELL, TIMOTHY ALAN          ACCOUNT #: DO0092173896

**Lincoln/Sewell 261**

Electronically Signed by Patrick Langham Gleason, MD on 10/22/21 at 1211

PATIENT NAME: SEWELL,TIMOTHY ALAN          ACCOUNT #: DO0092173896

**Lincoln/Sewell 262**

------------------------------------------------------------------------------------------
PATIENT: SEWELL,TIMOTHY ALAN        ACCT #: D00092173896 LOC:   D.HCV      U #: D000920868
                                    AGE/SX: 56/M         ROOM:  D.HCV      REG: 08/28/21
REG DR:  White,Ashlie N  MD         STATUS: ADM IN       BED:   4         DIS:
------------------------------------------------------------------------------------------

Specimen: DO:RG127-21        Received:  09/02/21-0850 Status:  SOUT    Req#: 07061492
                             Spec Type: CYTO NG        Subm Dr: Franco,Rene  Jr MD
SURGERY INFORMATION:
Surgery date  09/01/21       Surgeon(s):  DR. FRANCO


CLINICAL HISTORY  .

RESPIRATORY VIRAL CULTURE


FINAL DIAGNOSIS

LEFT LUNG, BRONCHOALVEOLAR LAVAGE (CELL BLOCK):
  -  NO MALIGNANT CELLS IDENTIFIED.


GROSS DESCRIPTION

The specimen is received labeled with the patient's name and source and is 18 mL of
cloudy tan-brown fluid, spun into a cell block.

JOB#:  10026526

    Dictated by: Simon,Daniela


MICROSCOPIC DESCRIPTION

The specimen adequacy is satisfactory.  The cell block sections consists predominantly
of mucus in proteinaceous fluid with increased entrapped acute inflammation.  Few
bronchial cells, alveolar macrophages and mature squamous epithelial cells are present.
No malignant cells are identified.  A PAS stain is negative for fungal organisms.

    Dictated by: Harvey,Aaron M

COPIES TO:
Franco,Rene  Jr MD
White,Ashlie N  MD

SPECIMEN PROCESSING:
*          PROCESSING PERFORMED AT HISTOPATH,INC.


Signed SIGNATURE ON FILE                    Harvey,Aaron M 09/03/21 1347

------------------------------------------------------------------------------------------

Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 56/M     Acct#D00092173896 Unit#D000920868
------------------------------------------------------------------------------------------

Sewell - Appeal 05/16/23 - 112

Lincoln/Sewell 263

```
--------------------------------------------------------------------------------
PATIENT: SEWELL,TIMOTHY ALAN        ACCT #: DO0092173896 LOC:  D.HCV      U #: DO00920868
                                    AGE/SX: 56/M         ROOM: D.HCV      REG: 08/28/21
REG DR:  Franco,Rene  Jr MD         STATUS: ADM IN       BED:  4          DIS:
--------------------------------------------------------------------------------
```

Specimen: DO:BC131-21        Received:  09/07/21-0903 Status:   SOUT     Req#: 07073328
                             Spec Type: CYTO NG        Subm Dr: Franco,Rene   Jr MD
SURGERY INFORMATION:
Surgery date  09/03/21        Surgeon(s):  DR. FRANCO


CLINICAL HISTORY

PNEUMONIA


FINAL DIAGNOSIS

BRONCHOALVEOLAR LAVAGE, BILATERAL LOWER LOBES:   NEGATIVE FOR MALIGNANCY.

JOB - 10027675


GROSS DESCRIPTION

Received are 16 mL of cloudy pale white fluid which are submitted for processing.  One
cell block.

JOB#:  10027632

    Dictated by: Simon,Daniela


MICROSCOPIC DESCRIPTION

Sections of the cell block reveals numerous neutrophils with admixed superficial
squamous cells.  No malignant cells are seen.

JOB - 10027675

    Dictated by: Bailey,Michael X

COPIES TO:
Franco,Rene  Jr MD
White,Ashlie N  MD



```
--------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN         Age/Sex: 56/M      Acct#DO0092173896 Unit#DO00920868
--------------------------------------------------------------------------------
```

**Lincoln/Sewell 264**

RUN DATE: 09/10/21      Corpus Christi Medical Center               PAGE 2
RUN TIME: 0300         PO BOX 8991         Corpus Chr TX   78468
RUN USER: LABBKGJOB
               HPF Pathology Specimen Report

---

Patient: SEWELL,TIMOTHY ALAN       #DO0092173896    (Continued)

---

SPECIMEN PROCESSING:
*       PROCESSING PERFORMED AT HISTOPATH,INC.

Signed SIGNATURE ON FILE           Bailey,Michael X 09/09/21 1422

---

Patient: SEWELL,TIMOTHY ALAN     Age/Sex: 56/M    Acct#DO0092173896 Unit#DO00920868

---

Sewell - Appeal 05/16/23 - 114

**Lincoln/Sewell 265**

RUN DATE: 09/10/21          Corpus Christi Medical Center                    PAGE 1
RUN TIME: 0300              PO BOX 8991              Corpus Chr TX   78468
RUN USER: LABBKGJOB

                           HPF Pathology Specimen Report

---

PATIENT: SEWELL,TIMOTHY ALAN          ACCT #: DO0092173896 LOC:  D.HCV      U #: DO00920868
                                      AGE/SEX: 56/M          ROOM: D.HCV      REG: 08/28/21
REG DR:  Franco,Reno  Jr MD           STATUS: ADM IN         BED:  4          DIS:

---

Specimen: DO:BC135-21       Received:  09/08/21-0853 Status:   SOUT    Req#: 07075854
                            Spec Type: CYTO NG        Subm Dr: Franco,Reno  Jr MD
SURGERY INFORMATION:
Surgery date  09/07/21         Surgeon(s):  DR. FRANCO


CLINICAL HISTORY

ACUTE HYPOXIC RESP FAILURE


FINAL DIAGNOSIS

RIGHT LOWER LOBE AND LEFT LOWER LOBE BRONCHIAL WASHINGS, CELL BLOCK:
   -  NO MALIGNANT CELLS IDENTIFIED.


GROSS DESCRIPTION

Received are 20 mL of cloudy pink-brown fluid which are submitted for processing.   One
cell block.

JOB#:  10027666

   Dictated by: Simon,Daniela


MICROSCOPIC DESCRIPTION

The specimen adequacy is satisfactory.  The cell block sections consist predominantly
of mucus and proteinaceous fluid with inflammation.  No malignant cells are identified.
A PAS stain is negative for fungal organisms.

   Dictated by: Harvey,Aaron M

SPECIMEN PROCESSING:
*          PROCESSING PERFORMED AT HISTOPATH,INC.




Signed SIGNATURE ON FILE                    Harvey,Aaron M 09/09/21 1346

---

Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 56/M      Acct#DO0092173896 Unit#DO00920868

---

Sewell - Appeal 05/16/23 - 115

Lincoln/Sewell 266

```
PATIENT: SEWELL,TIMOTHY ALAN        ACCT #: DO0092173896 LOC:  D.Y3W     U #: DO00920868
                                    AGE/SX: 57/M         ROOM  D.Y309   REG: 08/29/21
REG DR:  Bovinal,Mansoor A  MD      STATUS: DIS IN       BED:  2        DIS: 09/21/21
```

ISSUED and TRANSFUSED PRODUCTS

```
TX Date  Product    Unit #          Status      Volume Bld Type Comp? TX End By   TX End Dt
09/20/21 PRC LR      W230021274657   TRANSFUSED  350 ML O POS    Y    30G00559    09/21/21
*********************************** BLOOD BANK ***********************************
```

```
                       COLLECTED: Sep 20, 2021 8.13pm

BLOOD TYPE         | O POS            (a)
ABSC               | NEGATIVE         (a)
CROSSMATCH         | (a)
  PACKED CELLS     | W230021274657 PRC LR O POS Comp? Y
ARM BAND NUMBER    | GCRS 3907        (a)

                       COLLECTED: Aug 29, 2021 7:10pm

BLOOD TYPE         | O POS            (a)
ABSC               | NEGATIVE         (a)
ARM BAND NUMBER    | FSPY2236         (a)

                       COLLECTED: Aug 28, 2021 5:47pm

PT RETYPE          | O POS            (a)

                       COLLECTED: Aug 28, 2021 5:46pm

BLOOD TYPE         | O POS            (a)
ABSC               | NEGATIVE         (a)
CROSSMATCH         | (a)
  WHOLE BLOOD      | W230821274379 WHOLE BLOOD O POS Comp? Y <N/A> (CANC)
  WHOLE BLOOD      | W230821162120 WHOLE BLOOD O POS Comp? Y <N/A> (CANC)
ARM BAND NUMBER    | FSPY 2392        (a)
```

```
NOTES:  (a)  Corpus Christi Medical Center Bay Area
             7101 SPID, Corpus Christi TX 78412 CLIA# 45D0874754
```

```
Patient: SEWELL,TIMOTHY ALAN        Age/Sex: 57/M      Acct#DO0092173896 Unit#DO00920868
```

Lincoln/Sewell 267

Patient: SEWELL,TIMOTHY ALAN            #DO0092173896      (Continued)

| Day | | 25 | | 24 | |
|-----|------|-----|------|-----|------|
| Date | | 09/21/21 | | ----------09/20/21---------- | |
| Time | Reference  Units | 0408 | 1601 | 0440 | |
| > WBC | (4.00-10.0 x10^3/uL | 7.96(b) | | 6.01(b) | |
| | Verified Date | 09/21/21 | | 09/20/21 | |
| | Time | 0436 | | 0621 | |
| > RBC | (4.7-6.1) x10^6/uL | 2.02(b) | L | 2.56(b) | L |
| | Verified Date | 09/21/21 | | 09/20/21 | |
| | Time | 0436 | | 0621 | |
| > HGB | (14.0-17.0 G/DL | 6.6(b) | L 7.4(b) | L 7.9(b) | L |
| | Verified Date | 09/21/21 | 09/20/21 | 09/20/21 | |
| | Time | 0436 | 1706 | 0621 | |
| > HCT | (42-52)   % | 20.1(b) | L 24.6(b) | L 25.9(b) | L |
| | Verified Date | 09/21/21 | 09/20/21 | 09/20/21 | |
| | Time | 0436 | 1706 | 0621 | |
| > MCV | (80-94)   FL | 99.6(b) | H | 101.2(b) | H |
| | Verified Date | 09/21/21 | | 09/20/21 | |
| | Time | 0436 | | 0621 | |
| > MCH | (27-31)   PG | 30.5(b) | | 30.9(b) | |
| | Verified Date | 09/21/21 | | 09/20/21 | |
| | Time | 0436 | | 0621 | |
| > MCHC | (33-37)   G/DL | 30.6(b) | L 30.1(b) | L 30.5(b) | L |
| | Verified Date | 09/21/21 | 09/20/21 | 09/20/21 | |
| | Time | 0436 | 1706 | 0621 | |
| > RDW | (11.5-14.5 % | 16.6(b) | H | 15.2(b) | H |
| | Verified Date | 09/21/21 | | 09/20/21 | |
| | Time | 0436 | | 0621 | |
| > PLT | (150-450) x10^3/uL | 332(b) | | 373(b) | |
| | Verified Date | 09/21/21 | | 09/20/21 | |
| | Time | 0436 | | 0621 | |
| > MPV | (7.4-10.4) FL | 10.0(b) | | 10.3(b) | |
| | Verified Date | 09/21/21 | | 09/20/21 | |
| | Time | 0436 | | 0621 | |
| > NEUT % | (42-66)   % | 76.4(b) | | 75.6(b) | |
| | Verified Date | 09/21/21 | | 09/20/21 | |
| | Time | 0436 | | 0621 | |
| > IMM GRAN % | (0.0-2.0) % | 1.2(b) | | 1.0(b) | |
| | Verified Date | 09/21/21 | | 09/20/21 | |
| | Time | 0436 | | 0621 | |
| > LYMPH % | (24-44)   % | 9.2(b) | L | 12.7(b) | L |
| | Verified Date | 09/21/21 | | 09/20/21 | |
| | Time | 0436 | | 0621 | |
| > MONO % | (3.0-4.0) % | 8.5(b) | H | 8.7(b) | H |
| | Verified Date | 09/21/21 | | 09/20/21 | |
| | Time | 0436 | | 0621 | |

NOTES:  (b)  BAMC LAB 42227530/BIC 42048910
              Corpus Christi Medical Center Bay Area
              7101 SPID, Corpus Christi TX 78412 CLIA# 45D0974784
              Steve J Galatzan MD

Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M       Acct#DO0092173896 Unit#DO00920868

RUN DATE: 11/04/21      Corpus Christi Medical Center           PAGE 3
RUN TIME: 0231               PO BOX 8991
RUN USER: LABRKGJON          Corpus Chr TX   78468
           HTF LAB Discharge Summary Report w/o Pathology

Patient: SEWELL,TIMOTHY ALAN        #DO0092173896   (Continued)

| Day | | 25 | | 24 | |
|---|---|---|---|---|---|
| Date | | 09/21/21 | | ----09/20/21---- | |
| Time | Reference Units | 0403 | | 1403 | 0440 |
| > EOS % | (0.0-2.7) % | (2.1(c) | | | |2.5(c) | |
| | Verified Date| | 09/21/21 | | | 09/20/21 | |
| | Time| | 0436 | | | 0621 | |
| > BASO % | (0.0-0.5) % | |0.6(c) | H | | |0.5(c) | |
| | Verified Date| | 09/21/21 | | | 09/20/21 | |
| | Time| | 0436 | | | 0621 | |
| > IRBC% | (0.0-0.0) % | |0.0(c) | | | |0.0(c) | |
| | Verified Date| | 09/21/21 | | | 09/20/21 | |
| | Time| | 0436 | | | 0621 | |
| > NEUT # | (1.8-7.7) x10^3/uL | |6.25(c) | | | |6.05(c) | |
| | Verified Date| | 09/21/21 | | | 09/20/21 | |
| | Time| | 0436 | | | 0621 | |
| > IMI GRAN # | (0.00-0.03 x10^3/uL | |0.08(c) | H | | |0.08(o) | H |
| | Verified Date| | 09/21/21 | | | 09/20/21 | |
| | Time| | 0436 | | | 0621 | |
| > LYMPH # | (1.0-4.8) x10^3/uL | |0.73(c) | L | | |1.02(c) | |
| | Verified Date| | 09/21/21 | | | 09/20/21 | |
| | Time| | 0436 | | | 0621 | |
| > MONO # | (0.0-0.8) x10^3/uL | |0.68(c) | | | |0.70(c) | |
| | Verified Date| | 09/21/21 | | | 09/20/21 | |
| | Time| | 0435 | | | 0621 | |
| > EOS # | (0.0-0.5) x10^3/uL | |0.17(c) | | | |0.12(c) | |
| | Verified Date| | 09/21/21 | | | 09/20/21 | |
| | Time| | 0436 | | | 0621 | |
| > BASO # | (0.0-0.2) x10^3/uL | |0.05(c) | | | |0.04(c) | |
| | Verified Date| | 09/21/21 | | | 09/20/21 | |
| | Time| | 0436 | | | 0621 | |
| > IRBC# | (0.0-0.2) x10^3/uL | |0.0(c) | | | |0.0(c) | |
| | Verified Date| | 09/21/21 | | | 09/20/21 | |
| | Time| | 0436 | | | 0621 | |

| Day | | 23 | 22 | 20 | |
|---|---|---|---|---|---|
| Date | | 09/19/21 | 09/18/21 | 09/16/21 | |
| Time | Reference Units | 0400 | 0400 | 0925 | |
| > WBC | (4.80-10.8 x10^3/uL | |8.06(c) | |8.10(c) | |9.74(c) | |
| | Verified Date| | 09/19/21 | | 09/18/21 | | 09/16/21 | |
| | Time| | 0603 | | 0436 | | 1103 | |
| > RBC | (4.7-6.1) x10^6/uL | |2.49(c) | L | |2.48(c) | L | |3.04(c) | L |
| | Verified Date| | 09/19/21 | | 09/18/21 | | 09/16/21 | |
| | Time| | 0603 | | 0438 | | 1103 | |

NOTES:  (c)  BAMC LAB 42227536/MIC 42048910
           Corpus Christi Medical Center Bay Area
           7101 SPID, Corpus Christi TX 78412 CLIA# 45D0974784
           Steve J Galatzan MD

Patient: SEWELL,TIMOTHY ALAN      Age/Sex: 57/M    Acct#DO0092173896 Unit#DO00920868

---

Patient: SEWELL,TIMOTHY ALAN              #DO0092173896    (Continued)

---

| Day | | | 23 | | 22 | | 20 | |
|-----|---|---|-----|---|-----|---|-----|---|
| Date | | | 09/19/21 | | 09/18/21 | | 09/16/21 | |
| Time | Reference  Units | | 0400 | | 0400 | | 0025 | |
| > HGB | (14.0-17.0 G/DL | |7.7(d) | L |7.8(d) | L |9.2(d) | L |
| | Verified Date| 09/19/21 | | 09/18/21 | | 09/16/21 | |
| | Time| 0603 | | 0438 | | 1103 | |
| > HCT | (42-52)    % | |25.4(d) | L |25.5(d) | L |30.7(d) | L |
| | Verified Date| 09/19/21 | | 09/18/21 | | 09/16/21 | |
| | Time| 0605 | | 0438 | | 1103 | |
| > MCV | (80-94)    FL | |102.0(d) | H |102.8(d) | H |102.0(d) | H |
| | Verified Date| 09/19/21 | | 09/18/21 | | 09/16/21 | |
| | Time| 0603 | | 0438 | | 1103 | |
| > MCH | (27-31)    PG | |30.9(d) | |31.5(d) | H |30.3(d) | |
| | Verified Date| 09/19/21 | | 09/18/21 | | 09/16/21 | |
| | Time| 0603 | | 0438 | | 1103 | |
| > MCHC | (33-37)    G/DL | |30.3(d) | L |30.6(d) | L |30.0(d) | L |
| | Verified Date| 09/19/21 | | 09/18/21 | | 09/16/21 | |
| | Time| 0603 | | 0438 | | 1103 | |
| > RDW | (11.5-14.5 % | |15.2(d) | H |14.6(d) | H |14.4(d) | |
| | Verified Date| 09/19/21 | | 09/18/21 | | 09/16/21 | |
| | Time| 0603 | | 0438 | | 1103 | |
| > PLT | (150-450)  x10^3/uL | |380(d) | |360(d) | |413(d) | |
| | Verified Date| 09/19/21 | | 09/18/21 | | 09/16/21 | |
| | Time| 0603 | | 0438 | | 1103 | |
| > MPV | (7.4-10.4) FL | |10.6(d) | H |10.3(d) | H |10.7(d) | H |
| | Verified Date| 09/19/21 | | 09/18/21 | | 09/16/21 | |
| | Time| 0603 | | 0438 | | 1103 | |
| > NEUT % | (42-86)    % | |75.9(d) | |80.1(d) | |81.6(d) | |
| | Verified Date| 09/19/21 | | 09/18/21 | | 09/16/21 | |
| | Time| 0603 | | 0438 | | 1103 | |
| > IMM GRAN % | (0.0-2.0)  % | |0.8(d) | |1.2(d) | |1.2(d) | |
| | Verified Date| 09/19/21 | | 09/18/21 | | 09/16/21 | |
| | Time| 0603 | | 0438 | | 1103 | |
| > LYMPH % | (24-44)    % | |10.4(d) | L |10.7(d) | L |9.5(d) | L |
| | Verified Date| 09/19/21 | | 09/18/21 | | 09/16/21 | |
| | Time| 0603 | | 0438 | | 1103 | |
| > MONO % | (0.0-4.0)  % | |7.4(d) | H |6.4(d) | H |4.9(d) | H |
| | Verified Date| 09/19/21 | | 09/18/21 | | 09/16/21 | |
| | Time| 0603 | | 0438 | | 1103 | |
| > EOS % | (0.0-2.7)  % | |1.0(d) | |1.2(d) | |2.0(d) | |
| | Verified Date| 09/19/21 | | 09/18/21 | | 09/16/21 | |
| | Time| 0603 | | 0438 | | 1103 | |
| > BASO % | (0.0-0.5)  % | |0.5(d) | |0.4(d) | |0.4(d) | |
| | Verified Date| 09/19/21 | | 09/18/21 | | 09/16/21 | |
| | Time| 0603 | | 0438 | | 1103 | |

NOTES:   (d)   BAMC LAB 42227530/MIC 42040910
              Corpus Christi Medical Center Bay Area
              7101 STID, Corpus Christi TX 78412 CLIA# 45D0874784
              Steve J Galatzan MD

---

Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M      Acct#DO0092173896 Unit#DO0092173896

---

Sewell - Appeal 05/16/23 - 119

Lincoln/Sewell 270

RUN DATE: 11/04/21        Corpus Christi Medical Center                   PAGE 5
RUN TIME: 0231                 PO BOX 8991
RUN USER: LABBKGJOB        Corpus Chr TX   78468
             HPF LAB Discharge Summary Report w/o Pathology

Patient: SEWELL, TIMOTHY ALAN        #DO0092173896   (Continued)

| Day<br>Date<br>Time | Reference Units | 23<br>09/19/21<br>0400 | | 22<br>09/18/21<br>0435 | | 20<br>09/16/21<br>0825 | |
|---|---|---|---|---|---|---|---|
| > NRBC% | (0.0-0.01 %) | 0.0(e)<br>Verified Date 09/19/21<br>Time 0603 | | 0.0(e)<br>09/18/21<br>0438 | | 0.0(e)<br>09/16/21<br>1103 | |
| > NEUT # | (1.8-7.7) x10^3/uL | 7.08(e)<br>Verified Date 09/19/21<br>Time 0603 | | 6.48(e)<br>09/18/21<br>0438 | | 7.95(e)<br>09/16/21<br>1103 | H |
| > IMM GRAN # | (0.00-0.03 x10^3/uL | 0.07(e)<br>Verified Date 09/19/21<br>Time 0603 | H | 0.10(e)<br>09/18/21<br>0430 | H | 0.12(e)<br>09/16/21<br>1103 | H |
| > LYMPH # | (1.0-4.8) x10^3/uL | 0.92(e)<br>Verified Date 09/19/21<br>Time 0603 | L | 0.87(e)<br>09/18/21<br>0438 | L | 0.96(e)<br>09/16/21<br>1103 | L |
| > MONO # | (0.0-0.8) x10^3/uL | 0.66(e)<br>Verified Date 09/19/21<br>Time 0603 | | 0.52(e)<br>09/18/21<br>0438 | | 0.48(e)<br>09/16/21<br>1103 | |
| > EOS # | (0.0-0.5) x10^3/uL | 0.06(e)<br>Verified Date 09/19/21<br>Time 0603 | | 0.16(e)<br>09/18/21<br>0438 | | 0.13(e)<br>09/16/21<br>1103 | |
| > BASO # | (0.0-0.2) x10^3/uL | 0.04(e)<br>Verified Date 09/19/21<br>Time 0603 | | 0.03(e)<br>09/18/21<br>0438 | | 0.04(e)<br>09/16/21<br>1103 | |
| > NRBC# | (0.0-0.2) x10^3/uL | 0.0(e)<br>Verified Date 09/19/21<br>Time 0603 | | 0.0(e)<br>09/18/21<br>0438 | | 0.0(e)<br>09/16/21<br>1103 | |

| Day<br>Date<br>Time | Reference Units | 17<br>09/13/21<br>0337 | | 15<br>09/11/21<br>0539 | | 13<br>09/09/21<br>0920 | |
|---|---|---|---|---|---|---|---|
| > WBC | (4.60-10.6 x10^3/uL | 8.94(e)<br>Verified Date 09/13/21<br>Time 0606 | | 10.87(e)<br>09/11/21<br>0746 | H | 13.26(e)<br>09/09/21<br>0945 | H |
| > RBC | (4.7-6.11 x10^6/uL | 2.7(e)<br>Verified Date 09/13/21<br>Time 0606 | L | 2.46(e)<br>09/11/21<br>0746 | L | 2.65(e)<br>09/09/21<br>0945 | L |
| > HGB | (14.0-17.0 g/dL | 8.7(e)<br>Verified Date 09/13/21<br>Time 0606 | L | 7.8(e)<br>09/11/21<br>0746 | L | 8.5(e)<br>09/09/21<br>0945 | L |
| > HCT | (42-52) % | 27.9(e)<br>Verified Date 09/13/21<br>Time 0606 | L | 25.2(e)<br>09/11/21<br>0748 | L | 27.9(e)<br>09/09/21<br>0945 | L |

NOTES: (e) BAMC LAB 42227530/HIC 42048910
        Corpus Christi Medical Center Bay Area
        7101 SPID, Corpus Christi TX 78412 CLIA# 45D0874704
        Steve J Galatzan MD

Patient: SEWELL, TIMOTHY ALAN      Age/Sex: 57/M    Acct#DO0092173896 Unit#DO0092086B

-----------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN              #DO0092173996    (Continued)
-----------------------------------------------------------------------------------

| Day<br>Date<br>Time | Reference  Units | 17<br>09/13/21<br>0337 | | 15<br>09/11/21<br>0539 | | 13<br>09/09/21<br>0920 | |
|---|---|---|---|---|---|---|---|
| > MCV | (80-94)    FL | \|100.7(f) | H | \|102.4(f) | H | \|103.7(f) | H |
|  | Verified Date\| | 09/13/21 | | 09/11/21 | | 09/09/21 | |
|  | Time\| | 0606 | | 0746 | | 0945 | |
| > MCH | (27-31)    PG | \|31.4(f) | H | \|31.7(f) | H | \|31.6(f) | H |
|  | Verified Date\| | 09/13/21 | | 09/11/21 | | 09/09/21 | |
|  | Time\| | 0606 | | 0746 | | 0945 | |
| > MCHC | (33-37)    G/DL | \|31.2(f) | L | \|31.0(f) | L | \|30.5(f) | L |
|  | Verified Date\| | 09/13/21 | | 09/11/21 | | 09/09/21 | |
|  | Time\| | 0606 | | 0746 | | 0945 | |
| > RDW | (11.5-14.5 %) | \|14.0(f) | | \|14.8(f) | | \|14.9(f) | H |
|  | Verified Date\| | 09/13/21 | | 09/11/21 | | 09/09/21 | |
|  | Time\| | 0606 | | 0746 | | 0945 | |
| > PLT | (130-450)  x10^3/uL | \|374(f) | | \|302(f) | | \|236(f) | |
|  | Verified Date\| | 09/13/21 | | 09/11/21 | | 09/09/21 | |
|  | Time\| | 0606 | | 0746 | | 0945 | |
| > MPV | (7.4-10.4) FL | \|10.4(f) | | \|10.6(f) | H | \|10.4(f) | |
|  | Verified Date\| | 09/13/21 | | 09/11/21 | | 09/09/21 | |
|  | Time\| | 0606 | | 0746 | | 0945 | |
| > NEUT % | (42-86)    % | \|82.0(f) | | \|77.4(f) | | \|73.6(f) | |
|  | Verified Date\| | 09/13/21 | | 09/11/21 | | 09/09/21 | |
|  | Time\| | 0606 | | 0746 | | 1107 | |
| > IMM GRAN % | (0.0-2.0)  % | \|1.5(f) | | \|4.5(f) | H | \|5.2(f) | H |
|  | Verified Date\| | 09/13/21 | | 09/11/21 | | 09/09/21 | |
|  | Time\| | 0606 | | 0746 | | 1107 | |
| > LYMPH % | (24-44)    % | \|9.7(f) | L | \|11.0(f) | L | \|9.4(f) | L |
|  | Verified Date\| | 09/13/21 | | 09/11/21 | | 09/09/21 | |
|  | Time\| | 0606 | | 0746 | | 1107 | |
| > MONO % | (0.0-4.0)  % | \|5.8(f) | H | \|6.3(f) | H | \|10.5(f) | H |
|  | Verified Date\| | 09/13/21 | | 09/11/21 | | 09/09/21 | |
|  | Time\| | 0606 | | 0746 | | 1107 | |
| > EOS % | (0.0-2.7)  % | \|1.7(f) | | \|0.4(f) | | \|1.0(f) | |
|  | Verified Date\| | 09/13/21 | | 09/11/21 | | 09/09/21 | |
|  | Time\| | 0606 | | 0746 | | 1107 | |
| > BASO % | (0.0-0.5)  % | \|0.3(f) | | \|0.4(f) | | \|0.5(f) | |
|  | Verified Date\| | 09/13/21 | | 09/11/21 | | 09/09/21 | |
|  | Time\| | 0606 | | 0746 | | 1107 | |
| > NRBC% | (0.0-0.0)  % | \|0.0(f) | | \|0.6(f) | H | \|0.5(f) | H |
|  | Verified Date\| | 09/13/21 | | 09/11/21 | | 09/09/21 | |
|  | Time\| | 0606 | | 0746 | | 1107 | |
| > NEUT # | (1.8-7.7)  x10^3/uL | \|7.23(f) | | \|8.42(f) | H | \|9.77(f) | H |
|  | Verified Date\| | 09/13/21 | | 09/11/21 | | 09/09/21 | |
|  | Time\| | 0606 | | 0746 | | 1107 | |

NOTES:  (f)  BAMC LAB 42227530/MIC 42048910
             Corpus Christi Medical Center Bay Area
             7101 SPID, Corpus Christi TX 78412 CLIA# 45D0074794
             Steve J Galatzan MD

-----------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M     Acct#DO0092173996 Unit#DO00920868
-----------------------------------------------------------------------------------

Lincoln/Sewell 272

RUN DATE: 11/04/21       Corpus Christi Medical Center        PAGE 7
RUN TIME: 0231              PO BOX 8991
RUN USER: LABKGJOB         Corpus Chr TX   78468
             EFF LAB Discharge Summary Report w/o Pathology

--------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN      #DO0092173896   (Continued)
--------------------------------------------------------------------

| Day | | 17 | 15 | 13 | |
|---|---|---|---|---|---|
| Date | | 09/13/21 | 09/11/21 | 09/09/21 | |
| Time | Reference Units | 0337 | 0539 | 0920 | |
| > IMM GRAN # | (0.00-0.03 x10^3/uL | 0.13(g) | H 0.49(g) | H 0.69(g) | H |
| | Verified Date | 09/13/21 | 09/11/21 | 09/09/21 | |
| | Time | 0606 | 0746 | 1107 | |
| > LYMPH # | (1.0-4.8) x10^3/uL | 0.78(g) | L 1.20(g) | 1.24(g) | |
| | Verified Date | 09/13/21 | 09/11/21 | 09/09/21 | |
| | Time | 0606 | 0746 | 1107 | |
| > MONO # | (0.0-0.8) x10^3/uL | 0.52(g) | 0.68(g) | 1.36(g) | H |
| | Verified Date | 09/13/21 | 09/11/21 | 09/09/21 | |
| | Time | 0606 | 0746 | 1107 | |
| > EOS # | (0.0-0.5) x10^3/uL | 0.15(g) | 0.04(g) | 0.13(g) | |
| | Verified Date | 09/13/21 | 09/11/21 | 09/09/21 | |
| | Time | 0606 | 0746 | 1107 | |
| > BASO # | (0.0-0.2) x10^3/uL | 0.03(g) | 0.04(g) | 0.07(g) | |
| | Verified Date | 09/13/21 | 09/11/21 | 09/09/21 | |
| | Time | 0606 | 0746 | 1107 | |
| > NRBC# | (0.0-0.2) x10^3/uL | 0.0(g) | 0.1(g) | 0.1(g) | |
| | Verified Date | 09/13/21 | 09/11/21 | 09/09/21 | |
| | Time | 0606 | 0746 | 1107 | |
| > MAN DIFF NEED(TECH REV) | | | | (h) | |
| | Verified Date | | | 09/09/21 | |
| | Time | | | 1107 | |

-----------------------------------------------------------------

| Day | | 11 | 10 | 8 | |
|---|---|---|---|---|---|
| Date | | 09/07/21 | 09/06/21 | 09/05/21 | |
| Time | Reference Units | 0359 | 0508 | 0413 | |
| > WBC | (4.80-10.8 x10^3/uL | 14.13(g) | H 14.49(g) | H 10.33(g) | |
| | Verified Date | 09/07/21 | 09/06/21 | 09/05/21 | |
| | Time | 0428 | 0556 | 0420 | |
| > RBC | (4.7-6.1) x10^6/uL | 2.77(g) | L 2.75(g) | L 2.76(g) | L |
| | Verified Date | 09/07/21 | 09/06/21 | 09/05/21 | |
| | Time | 0428 | 0556 | 0420 | |
| > HGB | (14.0-17.0 G/DL | 8.6(g) | L 8.6(g) | L 8.7(g) | L |
| | Verified Date | 09/07/21 | 09/06/21 | 09/05/21 | |
| | Time | 0428 | 0556 | 0420 | |
| > HCT | (42-52) % | 27.8(g) | L 26.9(g) | L 26.9(g) | L |
| | Verified Date | 09/07/21 | 09/06/21 | 09/05/21 | |
| | Time | 0428 | 0556 | 0420 | |

NOTES:  (g)  PAMC LAB 42227530/NMC 42048910
           Corpus Christi Medical Center Bay Area
           7101 SPID, Corpus Christi TX 78412 CLIA# 45D0974784
           Steve J Galatzan MD
      (h)  AUTODIFF VERIFIED
           ** Auto Differential verified by tech review of smear.
           See also (g)

--------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN    Age/Sex: 57/M    Acct#DO0092173896 Unit#DO00920868
--------------------------------------------------------------------

--------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN          #DO0092173896    (Continued)
--------------------------------------------------------------------------------

| Day | | 11 | 10 | 9 | |
| Date | | 09/07/21 | 09/06/21 | 09/05/21 | |
| Time | Reference Units | 0259 | 0508 | 0413 | |
|---|---|---|---|---|---|
| > MCV | (80-94) FL | 100.4(1) | H 97.9(1) | H 97.5(1) | H |
| | Verified Date | 09/07/21 | 09/06/21 | 09/05/21 | |
| | Time | 0428 | 0556 | 0428 | |
| > MCH | (27-31) PG | 31.0(1) | 31.3(1) | H 31.5(1) | H |
| | Verified Date | 09/07/21 | 09/06/21 | 09/05/21 | |
| | Time | 0428 | 0556 | 0428 | |
| > MCHC | (33-37) G/DL | 30.9(1) | L 32.0(1) | L 32.3(1) | L |
| | Verified Date | 09/07/21 | 09/06/21 | 09/05/21 | |
| | Time | 0428 | 0556 | 0428 | |
| > RDW | (11.5-14.5 % | 14.1(1) | 13.6(1) | 13.0(1) | |
| | Verified Date | 09/07/21 | 09/06/21 | 09/05/21 | |
| | Time | 0428 | 0556 | 0428 | |
| > PLT | (150-450) x10^3/uL | 158(1) | 160(1) | 127(1) | L |
| | Verified Date | 09/07/21 | 09/06/21 | 09/05/21 | |
| | Time | 0428 | 0556 | 0428 | |
| > MPV | (7.4-10.4) FL | 10.4(1) | 10.0(1) | 10.6(1) | H |
| | Verified Date | 09/07/21 | 09/06/21 | 09/05/21 | |
| | Time | 0428 | 0556 | 0428 | |
| > NEUT % | (42-86) % | 73.3(1) | 70.6(1) | 73.5(1) | |
| | Verified Date | 09/07/21 | 09/06/21 | 09/05/21 | |
| | Time | 0514 | 0628 | 0511 | |
| > IMM GRAN % | (0.0-2.0) % | 0.5(1) | H 10.4(1) | H 7.6(1) | H |
| | Verified Date | 09/07/21 | 09/06/21 | 09/05/21 | |
| | Time | 0514 | 0628 | 0511 | |
| > LYMPH % | (24-44) % | 7.9(1) | L 8.6(1) | L 9.2(1) | L |
| | Verified Date | 09/07/21 | 09/06/21 | 09/05/21 | |
| | Time | 0514 | 0628 | 0511 | |
| > MONO % | (0.0-4.0) % | 9.9(1) | H 9.9(1) | H 8.6(1) | H |
| | Verified Date | 09/07/21 | 09/06/21 | 09/05/21 | |
| | Time | 0514 | 0628 | 0511 | |
| > EOS % | (0.0-2.7) % | 0.3(1) | 0.5(1) | 1.0(1) | |
| | Verified Date | 09/07/21 | 09/06/21 | 09/05/21 | |
| | Time | 0514 | 0628 | 0511 | |
| > BASO % | (0.0-0.5) % | 0.2(1) | 0.0(1) | 0.1(1) | |
| | Verified Date | 09/07/21 | 09/06/21 | 09/05/21 | |
| | Time | 0514 | 0628 | 0511 | |
| > NRBC% | (0.0-0.0) % | 0.2(1) | H 0.8(1) | H 0.3(1) | H |
| | Verified Date | 09/07/21 | 09/06/21 | 09/05/21 | |
| | Time | 0514 | 0628 | 0511 | |
| > NEUT # | (1.8-7.7) x10^3/uL | 10.36(1) | H 10.23(1) | H 7.60(1) | |
| | Verified Date | 09/07/21 | 09/06/21 | 09/05/21 | |
| | Time | 0514 | 0628 | 0511 | |

NOTES: (1)  BAMC LAB 45227530/MIC 4204B#10
            Corpus Christi Medical Center Bay Area
            7101 SPID, Corpus Christi TX 78412 CLIA# 45D0074764
            Steve J Galatzan MD

--------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M     Acct#DO0092173896 Unit#DO0092173896
--------------------------------------------------------------------------------

--------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN                  #DO0092173896    (Continued)
--------------------------------------------------------------------------------

```
  Day                              11             10              5
  Date                          09/07/21       09/06/21        09/05/21
  Time        Reference Units     0459           0508            0413
--------------------------------------------------------------------------------
> D24 GRAN #   (0.00-0.03 x10^3/uL (1.29(3)    H (1.51(3))    H (0.78(3)    H |
               Verified Date|     09/07/21     |   09/06/21    |   09/05/21   |
                     Time|         0514        |     0628      |     0511     |
> LYMPH #      (1.0-4.8)  x10^3/uL (1.11(3)    |1.24(3)        |0.95(3)       L |
               Verified Date|     09/07/21     |   09/06/21    |   09/05/21   |
                     Time|         0514        |     0628      |     0511     |
> MONO #       (0.0-0.8)  x10^3/uL (1.39(3)    H (1.43(3)     H (0.89(3)     H |
               Verified Date|     09/07/21     |   09/06/21    |   09/05/21   |
                     Time|         0514        |     0628      |     0511     |
> EOS #        (0.0-0.5)  x10^3/uL (0.04(3)    |0.07(3)        |0.10(3)       |
               Verified Date|     09/07/21     |   09/06/21    |   09/05/21   |
                     Time|         0514        |     0628      |     0511     |
> BASO #       (0.0-0.2)  x10^3/uL (0.03(3)    |0.00(3)        |0.01(3)       |
               Verified Date|     09/07/21     |   09/06/21    |   09/05/21   |
                     Time|         0514        |     0628      |     0511     |
> NRBC#        (0.0-0.2)  X10^3/uL (0.0(3)     |0.1(3)         |0.0(3)        |
               Verified Date|     09/07/21     |   09/06/21    |   09/05/21   |
                     Time|         0514        |     0628      |     0511     |
> MAN DIFF NEED(TECH REVI        |(k)           |(1)            |(m)           |
               Verified Date|     09/07/21     |   09/06/21    |   09/05/21   |
                     Time|         0514        |     0628      |     0511     |
```

--------------------------------------------------------------------------------
```
  Day                              8               7
  Date                          09/04/21    -----------09/03/21--------------
  Time        Reference Units     0615           1947           0404
--------------------------------------------------------------------------------
> WBC          (4.80-10.8 x10^3/uL (8.13(3)    |5.06(3)        |6.26(3)        |
               Verified Date|     09/04/21     |   09/03/21    |   09/03/21   |
                     Time|         0710        |     1954      |     0557     |
> RBC          (4.7-6.1)  x10^6/uL (3.18(3)    L (2.92(3)     L (3.20(3)     L |
               Verified Date|     09/04/21     |   09/03/21    |   09/03/21   |
                     Time|         0710        |     1954      |     0557     |
```

NOTES:   (3)  EAMC LAB 42227530/HIC 42048910
              Corpus Christi Medical Center Bay Area
              7101 SPID, Corpus Christi TX 78412 CLIA# 45D0874784
              Steve J Galatzan MD
         (k)  AUTODIFF VERIFIED
              ** Auto Differential verified by tech review of smear.
              See also (3)
         (1)  AUTODIFF VERIFIED
              ** Auto Differential verified by tech review of smear.
              See also (3)
         (m)  AUTODIFF VERIFIED
              ** Auto Differential verified by tech review of smear.
              See also (3)

--------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN        Age/Sex: 57/M    Acct#DO0092173896 Unit#DO00920868
--------------------------------------------------------------------------------

---

Patient: SEWELL,TIMOTHY ALAN              #DO0092173896    (Continued)

---

| Day | | | 0 | 7 | | |
|-----|---|---|---|---|---|---|
| Date | | | 09/04/21 | -----------09/03/21------------- | | |
| Time | Reference Units | | 0615 | 1947 | 0404 | |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| > HGB | (14.0-17.0 G/DL | \|10.3(n) | L \|9.3(n) | L \|10.3(n) | L \| |
| | Verified Date\| | 09/04/21 | \|  09/03/21 | \|  09/03/21 | \| |
| | Time\| | 0710 | \|  1954 | \|  0557 | \| |
| > HCT | (42-52)    % | \|31.0(n) | L \|29.2(n) | L \|31.6(n) | L \| |
| | Verified Date\| | 09/04/21 | \|  09/03/21 | \|  09/03/21 | \| |
| | Time\| | 0710 | \|  1954 | \|  0557 | \| |
| > MCV | (80-94)    FL | \|97.5(n) | H \|100.0(n) | H \|98.8(n) | H \| |
| | Verified Date\| | 09/04/21 | \|  09/03/21 | \|  09/03/21 | \| |
| | Time\| | 0710 | \|  1954 | \|  0557 | \| |
| > MCH | (27-31)    PG | \|32.4(n) | H \|31.8(n) | H \|32.2(n) | H \| |
| | Verified Date\| | 09/04/21 | \|  09/03/21 | \|  09/03/21 | \| |
| | Time\| | 0710 | \|  1954 | \|  0557 | \| |
| > MCHC | (33-37)   G/DL | \|33.2(n) | \|31.9(n) | L \|32.6(n) | L \| |
| | Verified Date\| | 09/04/21 | \|  09/03/21 | \|  09/03/21 | \| |
| | Time\| | 0710 | \|  1954 | \|  0557 | \| |
| > RDW | (11.5-14.5 % | \|12.6(n) | \|13.2(n) | \|13.2(n) | \| |
| | Verified Date\| | 09/04/21 | \|  09/03/21 | \|  09/03/21 | \| |
| | Time\| | 0710 | \|  1954 | \|  0557 | \| |
| > PLT | (150-450)  x10^3/uL | \|221(n) | L \|87(n) | * L\|114(n) | L \| |
| | Verified Date\| | 09/04/21 | \|  09/03/21 | \|  09/03/21 | \| |
| | Time\| | 0710 | \|  1954 | \|  0557 | \| |
| > MPV | (7.4-10.4) FL | \|11.1(n) | H \|10.7(n) | H \|11.5(n) | H \| |
| | Verified Date\| | 09/04/21 | \|  09/03/21 | \|  09/03/21 | \| |
| | Time\| | 0710 | \|  1954 | \|  0557 | \| |
| > NEUT % | (42-86)    % | \|77.7(n) | \|65.9(n) | \|76.5(n) | \| |
| | Verified Date\| | 09/04/21 | \|  09/03/21 | \|  09/03/21 | \| |
| | Time\| | 0840 | \|  1954 | \|  0631 | \| |
| > IMM GRAN % | (0.0-2.0) % | \|4.4(n) | H \|5.9(n) | H \|2.9(n) | H \| |
| | Verified Date\| | 09/04/21 | \|  09/03/21 | \|  09/03/21 | \| |
| | Time\| | 0840 | \|  1954 | \|  0631 | \| |
| > LYMPH % | (24-44)    % | \|8.0(n) | L \|14.4(n) | L \|8.1(n) | L \| |
| | Verified Date\| | 09/04/21 | \|  09/03/21 | \|  09/03/21 | \| |
| | Time\| | 0840 | \|  1954 | \|  0631 | \| |
| > MONO % | (0.0-4.0) % | \|8.9(n) | H \|12.6(n) | H \|11.7(n) | H \| |
| | Verified Date\| | 09/04/21 | \|  09/03/21 | \|  09/03/21 | \| |
| | Time\| | 0840 | \|  1954 | \|  0631 | \| |
| > EOS % | (0.0-2.7) % | \|0.9(n) | \|0.2(n) | \|0.0(n) | \| |
| | Verified Date\| | 09/04/21 | \|  09/03/21 | \|  09/03/21 | \| |
| | Time\| | 0840 | \|  1954 | \|  0631 | \| |
| > BASO % | (0.0-0.5) % | \|0.1(n) | \|1.0(n) | H \|0.0(n) | H \| |
| | Verified Date\| | 09/04/21 | \|  09/03/21 | \|  09/03/21 | \| |
| | Time\| | 0840 | \|  1954 | \|  0631 | \| |

NOTES:  (n)  PAMC LAB 42227530/MIC 42648910
             Corpus Christi Medical Center Bay Area
             7101 SPID, Corpus Christi TX 78412 CLIA# 45D0074784
             Steve J Galatzan MD

---

Patient: SEWELL,TIMOTHY ALAN              Age/Sex: 57/M      Acct#DO0092173896 Unit#DO00920868

---

Lincoln/Sewell 276

----------------------------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN                    #DO0092173896      (Continued)
----------------------------------------------------------------------------------------------------

| Day<br>Date<br>Time | Reference  Units | 8<br>09/04/21<br>0615 | 7<br>------------09/03/21------------<br>1947 | | 0404 | |
|---|---|---|---|---|---|---|
| > NRBC% | (0.0-0.0)  % | \|0.9(o) | H \|1.4(o) | H \|1.0(o) | H \| |
|  | Verified Date\| | 09/04/21 | \| 09/03/21 | \| 09/03/21 | \| |
|  | Time\| | 0840 | \| 1954 | \| 0631 | \| |
| > NEUT # | (1.8-7.7)  x10^3/uL | \|6.32(o) | \|3.33(o) | \|4.79(o) | \| |
|  | Verified Date\| | 09/04/21 | \| 09/03/21 | \| 09/03/21 | \| |
|  | Time\| | 0840 | \| 1954 | \| 0631 | \| |
| > IM1 GRAN # | (0.00-0.03) x10^3/uL | \|0.36(o) | H \|0.30(o) | H \|0.18(o) | H \| |
|  | Verified Date\| | 09/04/21 | \| 1954 | \| 0631 | \| |
|  | Time\| | 0840 | \| | \| | \| |
| > LYMPH # | (1.0-4.8)  x10^3/uL | \|0.65(o) | L \|0.73(o) | L \|0.51(o) | L \| |
|  | Verified Date\| | 09/04/21 | \| 09/03/21 | \| 09/03/21 | \| |
|  | Time\| | 0840 | \| 1954 | \| 0631 | \| |
| > MONO # | (0.0-0.8)  x10^3/uL | \|0.72(o) | \|0.64(o) | \|0.73(o) | \| |
|  | Verified Date\| | 09/04/21 | \| 09/03/21 | \| 09/03/21 | \| |
|  | Time\| | 0840 | \| 1954 | \| 0631 | \| |
| > EOS # | (0.0-0.5)  x10^3/uL | \|0.07(o) | \|0.01(o) | \|0.00(o) | \| |
|  | Verified Date\| | 09/04/21 | \| 09/03/21 | \| 09/03/21 | \| |
|  | Time\| | 0840 | \| 1954 | \| 0631 | \| |
| > BASO # | (0.0-0.2)  x10^3/uL | \|0.01(o) | \|0.05(o) | \|0.05(o) | \| |
|  | Verified Date\| | 09/04/21 | \| 09/03/21 | \| 09/03/21 | \| |
|  | Time\| | 0840 | \| 1954 | \| 0631 | \| |
| > NRBC# | (0.0-0.2)  X10^3/uL | \|0.1(o) | \|0.1(o) | \|0.1(o) | \| |
|  | Verified Date\| | 09/03/21 | \| 09/03/21 | \| 09/03/21 | \| |
|  | Time\| | 0840 | \| 1954 | \| 0631 | \| |
| > MAN DIFF NEED(TECH REV) | | \|(p) | \| | \|(q) | \| |
|  | Verified Date\| | 09/04/21 | \| | \| 09/03/21 | \| |
|  | Time\| | 0840 | \| | \| 0631 | \| |

----------------------------------------------------------------------------------------------------

| Day<br>Date<br>Time | Reference  Units | 6<br>09/02/21<br>0430 | 5<br>09/01/21<br>0448 | 4<br>08/31/21<br>0415 | |
|---|---|---|---|---|---|
| > WBC | (4.80-10.8 x10^3/uL | \|9.49(o) | \|14.81(o) | H \|7.45(o) | \| |
|  | Verified Date\| | 09/02/21 | \| 09/01/21 | \| 08/31/21 | \| |
|  | Time\| | 0518 | \| 0619 | \| 0519 | \| |

NOTED:  (o)   NAME LAB 42227530/HIC 42048910
              Corpus Christi Medical Center Bay Area
              7101 SPID, Corpus Christi TX 78413 CLIA# 4550074781
              Steve J Galatzan MD
        (p)   AUTODIFF VERIFIED
              ** Auto Differential verified by tech review of smear.
              See also (o)
        (q)   AUTODIFF VERIFIED
              ** Auto Differential verified by tech review of smear.
              See also (o)

----------------------------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M      Acct#DO0092173896 Unit#DO000920860
----------------------------------------------------------------------------------------------------

Patient: SEWELL,TIMOTHY ALAN            #D00092173096   (Continued)

| Day | | 6 | 5 | 4 |
|---|---|---|---|---|
| Date | | 09/02/21 | 09/01/21 | 08/31/21 |
| Time | Reference Units | 0430 | 0440 | 0415 |

| | | | | |
|---|---|---|---|---|
| > RBC | (4.7-6.1) x10^6/uL | 3.25(r) L | 3.54(r) L | 3.38(r) L |
| | Verified Date | 09/02/21 | 09/01/21 | 08/31/21 |
| | Time | 0518 | 0619 | 0519 |
| > HGB | (14.0-17.0 G/DL | 10.3(r) L | 11.4(r) L | 10.9(r) L |
| | Verified Date | 09/02/21 | 09/01/21 | 08/31/21 |
| | Time | 0518 | 0619 | 0519 |
| > HCT | (49-52) % | 31.7(r) L | 34.4(r) L | 32.3(r) L |
| | Verified Date | 09/02/21 | 09/01/21 | 08/31/21 |
| | Time | 0518 | 0619 | 0519 |
| > MCV | (80-94) FL | 97.5(r) H | 94.4(r) H | 95.6(r) H |
| | Verified Date | 09/02/21 | 09/01/21 | 08/31/21 |
| | Time | 0518 | 0619 | 0519 |
| > MCH | (27-31) PG | 31.7(r) H | 32.2(r) H | 32.2(r) H |
| | Verified Date | 09/02/21 | 09/01/21 | 08/31/21 |
| | Time | 0518 | 0619 | 0519 |
| > MCHC | (33-37) G/DL | 32.5(r) L | 34.1(r) | 33.1(r) |
| | Verified Date | 09/02/21 | 09/01/21 | 08/31/21 |
| | Time | 0518 | 0619 | 0519 |
| > RDW | (11.5-14.5 % | 12.2(r) | 12.6(r) | 12.6(r) |
| | Verified Date | 09/02/21 | 09/01/21 | 08/31/21 |
| | Time | 0518 | 0619 | 0519 |
| > PLT | (150-450) x10^3/UL | 133(r) L | 181(r) L | 122(r) L |
| | Verified Date | 09/02/21 | 09/01/21 | 08/31/21 |
| | Time | 0518 | 0619 | 0519 |
| > MPV | (7.4-10.4) FL | 10.8(r) H | 10.8(r) H | 11.0(r) H |
| | Verified Date | 09/02/21 | 09/01/21 | 08/31/21 |
| | Time | 0518 | 0619 | 0519 |
| > NEUT % | (42-86) % | 70.6(r) | 75.5(r) | 83.1(r) |
| | Verified Date | 09/02/21 | 09/01/21 | 08/31/21 |
| | Time | 0519 | 0653 | 0519 |
| > IMM GRAN % | (0.0-2.0) % | 2.4(r) H | 3.9(r) H | 0.7(r) |
| | Verified Date | 09/02/21 | 09/01/21 | 08/31/21 |
| | Time | 0518 | 0653 | 0519 |
| > LYMPH % | (24-44) % | 8.0(r) L | 4.1(r) L | 8.9(r) L |
| | Verified Date | 09/02/21 | 09/01/21 | 08/31/21 |
| | Time | 0518 | 0653 | 0519 |
| > MONO % | (0.0-4.0) % | 12.0(r) H | 9.9(r) H | 17.2(r) H |
| | Verified Date | 09/02/21 | 09/01/21 | 08/31/21 |
| | Time | 0518 | 0653 | 0519 |
| > EOS % | (0.0-2.7) % | 6.5(r) H | 4.1(r) H | 0.0(r) H |
| | Verified Date | 09/02/21 | 09/01/21 | 08/31/21 |
| | Time | 0518 | 0653 | 0519 |

NOTES: (r) BAMC LAB 42227530/MIC 42048910
       Corpus Christi Medical Center Bay Area
       7101 SPID, Corpus Christi TX 78412 CLIA# 45D0974784
       Steve J Galatzan MD

Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M     Acct#D00092173896 Unit#D000920868

Lincoln/Sewell 278

---

Patient: SEWELL,TIMOTHY ALAN                    #DO0092173896    (Continued)

---

| Day | | 3 | 2 | 1 |
| Date | | 08/30/21 | 08/29/21 | 08/28/21 |
| Time | Reference Units | 0433 | 1110 | 1747 |
| > RBC | (4.7-6.1) x10^6/uL | 3.60(u) L | 2.91(u) L | 3.80(u) L |
| | Verified Date | 08/30/21 | 08/29/21 | 08/28/21 |
| | Time | 0611 | 1144 | 1809 |
| > HGB | (14.0-17.0 G/DL | 11.5(u) | 12.6(u) L | 12.3(u) L |
| | Verified Date | 08/30/21 | 08/29/21 | 08/28/21 |
| | Time | 0611 | 1144 | 1809 |
| > HCT | (42-52) % | 34.9(u) | 37.4(u) L | 37.2(u) L |
| | Verified Date | 08/30/21 | 08/29/21 | 08/28/21 |
| | Time | 0611 | 1144 | 1809 |
| > MCV | (80-94) FL | 95.9(u) H | 95.7(u) H | 97.9(u) H |
| | Verified Date | 08/30/21 | 08/29/21 | 08/28/21 |
| | Time | 0611 | 1144 | 1809 |
| > MCH | (27-31) PG | 31.9(u) H | 32.2(u) H | 32.4(u) H |
| | Verified Date | 08/30/21 | 08/29/21 | 08/28/21 |
| | Time | 0611 | 1144 | 1809 |
| > MCHC | (33-37) G/DL | 33.0(u) | 33.7(u) | 33.1(u) |
| | Verified Date | 08/30/21 | 08/29/21 | 08/28/21 |
| | Time | 0611 | 1144 | 1809 |
| > RDW | (11.5-14.5 % | 12.7(u) | 12.0(u) | 12.5(u) |
| | Verified Date | 08/30/21 | 08/29/21 | 08/28/21 |
| | Time | 0611 | 1144 | 1809 |
| > PLT | (150-450) x10^3/uL | 142(u) L | 141(u) L | 178(u) L |
| | Verified Date | 08/30/21 | 08/29/21 | 08/28/21 |
| | Time | 0611 | 1144 | 1809 |
| > MPV | (7.4-10.4) FL | 10.9(u) H | 10.7(u) H | 19.6(u) H |
| | Verified Date | 08/30/21 | 08/29/21 | 08/28/21 |
| | Time | 0611 | 1144 | 1809 |
| > NEUT % | (42-86) % | 86.5(u) H | 89.5(u) H | 51.4(u) |
| | Verified Date | 08/30/21 | 08/29/21 | 08/28/21 |
| | Time | 0611 | 1144 | 1809 |
| > IMM GRAN % | (0.0-2.0) % | 0.6(u) | 0.5(u) | 2.2(u) H |
| | Verified Date | 08/30/21 | 08/29/21 | 08/28/21 |
| | Time | 0611 | 1144 | 1809 |
| > LYMPH % | (24-44) % | 5.7(u) L | 5.2(u) L | 31.3(u) L |
| | Verified Date | 08/30/21 | 08/29/21 | 08/28/21 |
| | Time | 0611 | 1144 | 1809 |
| > MONO % | (0.0-4.0) % | 5.3(u) H | 4.7(u) H | 10.4(u) H |
| | Verified Date | 08/30/21 | 08/29/21 | 08/28/21 |
| | Time | 0611 | 1144 | 1809 |
| > EOS % | (0.0-2.7) % | 0.0(u) | 0.0(u) | 3.5(u) H |
| | Verified Date | 08/30/21 | 08/29/21 | 08/28/21 |
| | Time | 0611 | 1144 | 1809 |

NOTES:  (u)  HJHC LAB 42227530/HLC 42048910
             Corpus Christi Medical Center Bay Area
             7101 SPID, Corpus Christi TX 78412 CLIA# 45D0874784
             Steve J Galatzan MD)

---

Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M      Acct#DO0092173896 Unit#DO00920868

---

Sewell - Appeal 05/16/23 - 128

Lincoln/Sewell 279

```
------------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN              #000092173896      (Continued)
------------------------------------------------------------------------------------

   Day                              3              2              1
   Date                          08/30/21       08/29/21       08/28/21
   Time       Reference  Units     0433           1110           1747
------------------------------------------------------------------------------------
> BASO %      (0.0-0.5)  %      |0.1(v)        |0.3(v)        |1.2(v)       H |
              Verified Date|    08/30/21   |    08/29/21   |    08/28/21   |
              Time|          0611   |      1144   |      1829   |
> NRBC%       (0.0-0.0)  %      |0.0(v)        |0.0(v)        |0.0(v)        |
              Verified Date|    08/30/21   |    08/29/21   |    08/28/21   |
              Time|          0611   |      1144   |      1829   |
> NEUT #      (1.8-7.7)  x10^3/uL |8.45(v)      H |11.30(v)     H |3.99(v)      |
              Verified Date|    08/30/21   |    08/29/21   |    08/28/21   |
              Time|          0611   |      1144   |      1829   |
> IMM GRAN #  (0.00-0.03 x10^3/uL |0.06(v)     H |0.04(v)      H |0.17(v)      H |
              Verified Date|    08/30/21   |    08/29/21   |    08/28/21   |
              Time|          0611   |      1144   |      1829   |
> LYMPH #     (1.0-4.8) x10^3/uL |0.54(v)     L |0.66(v)      L |2.43(v)      |
              Verified Date|    08/30/21   |    08/29/21   |    08/28/21   |
              Time|          0611   |      1144   |      1829   |
> MONO #      (0.0-0.8) x10^3/uL |0.49(v)       |0.60(v)       |0.01(v)      H |
              Verified Date|    08/30/21   |    08/29/21   |    08/28/21   |
              Time|          0611   |      1144   |      1829   |
> EOS #       (0.0-0.5) x10^3/uL |0.00(v)       |0.00(v)       |0.27(v)      |
              Verified Date|    08/30/21   |    08/29/21   |    08/28/21   |
              Time|          0611   |      1144   |      1829   |
> BASO #      (0.0-0.2) x10^3/uL |0.01(v)       |0.04(v)       |0.09(v)      |
              Verified Date|    08/30/21   |    08/29/21   |    08/28/21   |
              Time|          0611   |      1144   |      1829   |
> NRBC#       (0.0-0.2) x10^3/uL |0.0(v)        |0.0(v)        |0.0(v)        |
              Verified Date|    08/30/21   |    08/29/21   |    08/28/21   |
              Time|          0611   |      1144   |      1809   |

NOTES:  (v)  BAHC LAB 42227530/HIC 42048910
             Corpus Christi Medical Center Bay Area
             7101 SPID, Corpus Christi TX 78412 CLIA# 45D0874784
             Steve J Galatzan MD
```

```
---------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M      Acct#000092173896 Unit#000092086B
---------------------------------------------------------------------------------
```

Sewell - Appeal 05/16/23 - 129

**Lincoln/Sewell 280**

```
--------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN              #DO0092173896      (Continued)
--------------------------------------------------------------------------------

   Day                                    3                 4
   Date                                08/30/21           08/28/21
   Time        Reference  Units          1751             1746
--------------------------------------------------------------------------------
> PT PATIENT   (9.6-12.3) SECONDS  |              |12.6(w)        H |              |
               Verified Date|                     |   08/28/21      |              |
                       Time|                       |    1810         |              |
> INR                          |                  |1.11(x)        |              |
               Verified Date|                     |   08/28/21      |              |
                       Time|                       |    1810         |              |
> PTT          (22.5-35.3 SECONDS  |21.7(z)       |27.0(ab)       |              |
               Verified Date|     08/30/21         |   08/28/21      |              |
                       Time|       1830             |    1810         |              |

NOTES:   (w)  BASE LAB 42227530/HIC 42048910
              Corpus Christi Medical Center Bay Area
              7101 SPID, Corpus Christi TX 78412 CLIA# 45D0974764
              Steve J Galatzan MD
         (x)  See (y), (w)
         (y)  Recommended INR range (warfarin therapy):       2.0 - 3.0
              INR (International Normalized Ratio) should be
              used when interpreting oral anticoagulant therapy.

              For atrial fibrillation and treatment or
              prevention of deep vein thrombosis.
              Patients with Palmaz-Schatz stent *:           2.0 - 3.0
              Patients with mechanical heart valve *:        2.5 - 3.5
              Patients with flex-stent *:                    3.0 - 4.0
              (*) = manufacturer's suggested range
         (z)  See (aa), (w)
         (aa)
              *Therapeutic level for heparin: 1.5 - 2.5 times the average
              patient value of 30.0 seconds. The aPTT tet should not be
              used to evaluate low molecular weight heparin anticoagulant
              therapy.
         (ab) See (aa), (w)
```

```
--------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M     Acct#DO0092173896 Unit#DO00920868
--------------------------------------------------------------------------------
```

Sewell - Appeal 05/16/23 - 130

Lincoln/Sewell 281

RUN DATE: 11/04/21     Corpus Christi Medical Center     PAGE 17
RUN TIME: 0231     P.O BOX 8993
RUN USER: LAREKGJOB     Corpus Chr TX  78468
     HPF LAB Discharge Summary Report w/o Pathology

---

Patient: SEWELL,TIMOTHY ALAN     #DO0092173896   (Continued)

---

| Day | | 25 | 24 | 23 | |
|---|---|---|---|---|---|
| Date | | 09/21/21 | 09/20/21 | 09/19/21 | |
| Time | Reference Units | 0408 | 0443 | 0400 | |
| > SODIUM | (133-145) MMOL/L | 143(ac) | 142(ac) | 143(ac) | |
| | Verified Date | 09/21/21 | 09/20/21 | 09/19/21 | |
| | Time | 0529 | 0657 | 0637 | |
| > POTASSIUM | (3.6-5.2) MMOL/L | 3.9(ac) | 3.9(ac) | 3.6(ac) | |
| | Verified Date | 09/21/21 | 09/20/21 | 09/19/21 | |
| | Time | 0528 | 0657 | 0637 | |
| > CHLORIDE | (100-108) MMOL/L | 106(ac) | 106(ac) | 106(ac) | |
| | Verified Date | 09/21/21 | 09/20/21 | 09/19/21 | |
| | Time | 0528 | 0657 | 0637 | |
| > CARBON DIOXIDE | (22-32) MMOL/L | 30(ac) | 29(ac) | 29(ac) | |
| | Verified Date | 09/21/21 | 09/20/21 | 09/19/21 | |
| | Time | 0528 | 0657 | 0637 | |
| > GLUCOSE | (65-99) MG/DL | 124(ad) | H 114(af) | H 119(ag) | H |
| | Verified Date | 09/21/21 | 09/20/21 | 09/19/21 | |
| | Time | 0528 | 0657 | 0637 | |
| > BUN | (6-20) MG/DL | 33(ac) | H 32(ac) | H 23(ac) | H |
| | Verified Date | 09/21/21 | 09/20/21 | 09/19/21 | |
| | Time | 0528 | 0657 | 0637 | |
| > CREATININE | (0.60-1.60 MG/DL | 0.66(ac) | 0.75(ac) | 0.79(ac) | |
| | Verified Date | 09/21/21 | 09/20/21 | 09/19/21 | |
| | Time | 0528 | 0657 | 0637 | |
| > eGFR | (56-130) | 124(ah) | 108(aj) | 102(ak) | |
| | Verified Date | 09/21/21 | 09/20/21 | 09/19/21 | |
| | Time | 0528 | 0657 | 0637 | |
| > T PROTEIN | (6.4-8.2) G/DL | 6.6(ac) | 6.7(ac) | 6.6(ac) | |
| | Verified Date | 09/21/21 | 09/20/21 | 09/19/21 | |
| | Time | 0528 | 0657 | 0637 | |
| > ALBUMIN | (3.4-5.0) G/DL | 1.8(ac) | L 1.9(ac) | L 1.8(ac) | L |
| | Verified Date | 09/21/21 | 09/20/21 | 09/19/21 | |
| | Time | 0528 | 0657 | 0637 | |
| > GLOBULIN | (1.5-3.8) G/DL | 4.8(ac) | H 4.8(ac) | H 4.8(ac) | H |
| | Verified Date | 09/21/21 | 09/20/21 | 09/19/21 | |
| | Time | 0528 | 0657 | 0637 | |

```
NOTES:  (ac) PAMG LAB 42227530/MIC 42048910
             Corpus Christi Medical Center Bay Area
             7101 SPID, Corpus Christi TX 78412 CLIA# 45D0H747H4:
             Steve J Galatzan MD
        (ad) See (ag), (ac)
        (ae) Results of this assay method may be falsely depressed or
             elevated if patient is taking sulfasalazine.
        (af) See (ac), (ac)
        (ag) See (ac), (ac)
        (ah) See (ai), (ac)
        (ai) Reporting units:  mL/min/1.73m^2  (Modified MDRD Formula)
        (aj) See (ai), (ac)
        (ak) See (ai), (ac)
```

---

Patient: SEWELL,TIMOTHY ALAN     Age/Sex: 57/M     Acct#DO0092173896 Unit#DO00920868

---

RUN DATE: 11/04/21     Corpus Christi Medical Center     PAGE 19
RUN TIME: 0231     PO BOX 8991
RUN USER: LABDKGJOB     Corpus Chr TX  78468
     HPF LAB Discharge Summary Report w/o Pathology

Patient: SEWELL,TIMOTHY ALAN     #DO0092173896    (Continued)

| Day<br>Date<br>Time | Reference  Units | 25<br>09/21/21<br>0400 | 24<br>09/20/21<br>0440 | 23<br>09/19/21<br>0400 | |
|---|---|---|---|---|---|
| > ALB/GLOB RATI | (1.1-2.2) | \|0.4(al)<br>Verified Date\| 09/21/21<br>Time\| 0520 | L \|0.4(al)<br>\| 09/20/21<br>\| 0657 | L \|0.4(al)<br>\| 09/19/21<br>\| 0637 | L \| |
| > CALCIUM | (8.7-10.5) MG/DL | \|8.7(al)<br>Verified Date\| 09/21/21<br>Time\| 0520 | \|8.9(al)<br>\| 09/20/21<br>\| 0657 | \|8.7(al)<br>\| 09/19/21<br>\| 0637 | \| |
| > BILI TOT | (0.0-1.0) MG/DL | \|0.8(al)<br>Verified Date\| 09/21/21<br>Time\| 0520 | \|0.4(al)<br>\| 09/20/21<br>\| 0657 | \|0.5(al)<br>\| 09/19/21<br>\| 0637 | \| |
| > SGOT/AST | (15-37) Units/L | \|41(am)<br>Verified Date\| 09/21/21<br>Time\| 0528 | H \|55(ao)<br>\| 09/20/21<br>\| 0657 | \|30(ap)<br>\| 09/19/21<br>\| 0637 | \| |
| > SGPT/ALT | (30-65) Units/L | \|50(aq)<br>Verified Date\| 09/21/21<br>Time\| 0528 | \|54(ar)<br>\| 09/20/21<br>\| 0657 | \|57(as)<br>\| 09/19/21<br>\| 0637 | \| |
| > ALK PHOS TOTA | (50-136) Units/L | \|81(al)<br>Verified Date\| 09/21/21<br>Time\| 0528 | \|83(al)<br>\| 09/20/21<br>\| 0657 | \|91(al)<br>\| 09/19/21<br>\| 0637 | \| |
| > MAGNESIUM | (1.8-2.4) MG/DL | \|2.2(al)<br>Verified Date\| 09/21/21<br>Time\| 0520 | \|2.5(al)<br>\| 09/20/21<br>\| 0657 | H \|2.5(al)<br>\| 09/19/21<br>\| 0637 | H \| |

| Day<br>Date<br>Time | Reference  Units | 22<br>09/18/21<br>0400 | 21<br>09/17/21<br>0350 | 20<br>09/16/21<br>0358 | |
|---|---|---|---|---|---|
| > SODIUM | (133-145) MMOL/L | \|141(al)<br>Verified Date\| 09/18/21<br>Time\| 0525 | \| | \|140(al)<br>\| 09/16/21<br>\| 1135 | • \| |
| > POTASSIUM | (3.6-5.2) MMOL/L | \|3.5(al)  L<br>Verified Date\| 09/18/21<br>Time\| 0525 | \| | \|4.1(al)<br>\| 09/16/21<br>\| 1135 | \| |

NOTES:  (al) BANC LAB 42227540/MIC 42048910
     Corpus Christi Medical Center Bay Area
     7101 SPID, Corpus Christi TX 78412 CLIA# 45D0874784
     Steve J Galatzan MD
    (am) See (an), (al)
    (an) Results of this assay method may be falsely depressed or
     elevated if patient is taking sulfasalazine
    (ao) See (an), (al)
    (ap) See (an), (al)
    (aq) See (an), (al)
    (ar) See (an), (al)
    (as) See (an), (al)

Patient: SEWELL,TIMOTHY ALAN    Age/Sex: 57/M    Acct#DO0092173896 Unit#DO0920868

Sewell - Appeal 05/16/23 - 132

Lincoln/Sewell 283

RUN DATE: 11/04/21      Corpus Christi Medical Center      PAGE 19
RUN TIME: 0231            PO BOX 8991
RUN USER: LABBKGJOB       Corpus Chr TX  78468
       HSF LAB Discharge Summary Report w/o Pathology

Patient: SEWELL,TIMOTHY ALAN      #DO0092173896    (Continued)

| Day | | | 22 | | 21 | 20 | |
|---|---|---|---|---|---|---|---|
| Date | | | 09/18/21 | | 09/17/21 | 09/16/21 | |
| Time | Reference Units | | 0400 | | 0350 | 0458 | |
| > CHLORIDE | (100-108) | MMOL/L | 104(at) | | | 104(at) | |
| | Verified Date | | 09/18/21 | | | 09/16/21 | |
| | Time | | 0525 | | | 1135 | |
| > CARBON DIOXID(22-32) | | MMOL/L | 31(at) | | | 31(at) | |
| | Verified Date | | 09/18/21 | | | 09/16/21 | |
| | Time | | 0525 | | | 1129 | |
| > GLUCOSE | (65-99) | MG/DL | 119(au) | H | | 142(av) | H |
| | Verified Date | | 09/18/21 | | | 09/16/21 | |
| | Time | | 0525 | | | 1179 | |
| > BUN | (6-20) | MG/DL | 31(at) | H | | 26(at) | H |
| | Verified Date | | 09/18/21 | | | 09/16/21 | |
| | Time | | 0525 | | | 1129 | |
| > CREATININE | (0.60-1.00 | MG/DL | 0.59(at) | L | | 0.53(at) | L |
| | Verified Date | | 09/18/21 | | | 09/16/21 | |
| | Time | | 0525 | | | 1129 | |
| > eGFR | (56-130) | | 142(ax) | H | | 154(az) | H |
| | Verified Date | | 09/18/21 | | | 09/16/21 | |
| | Time | | 0525 | | | 1129 | |
| > T PROTEIN | (6.4-8.2) | G/DL | 6.3(at) | L | | 6.7(at) | |
| | Verified Date | | 09/18/21 | | | 09/16/21 | |
| | Time | | 0525 | | | 1129 | |
| > ALBUMIN | (3.4-5.0) | G/DL | 1.7(at) | L | | 1.7(at) | L |
| | Verified Date | | 09/18/21 | | | 09/16/21 | |
| | Time | | 0525 | | | 1129 | |
| > GLOBULIN | (1.5-3.8) | G/DL | 4.6(at) | H | | 5.0(at) | H |
| | Verified Date | | 09/18/21 | | | 09/16/21 | |
| | Time | | 0525 | | | 1129 | |
| > ALB/GLOB RATI(1.1-2.5) | | | 0.4(at) | L | | 0.3(at) | L |
| | Verified Date | | 09/18/21 | | | 09/16/21 | |
| | Time | | 0525 | | | 1129 | |
| > CALCIUM | (8.7-10.5) | MG/DL | 8.4(at) | L | | 8.5(at) | L |
| | Verified Date | | 09/18/21 | | | 09/16/21 | |
| | Time | | 0525 | | | 1129 | |

NOTES:  (at) BA/HC LAB #2227530/HIC 42040910
       Corpus Christi Medical Center Bay Area
       7101 SPID. Corpus Christi TX 78412 CLIA# 45D0874784
       Steve J Galatzan MD
    (au) See (av), (at)
    (av) Results of this assay method may be falsely depressed or
       elevated if patient is taking sulfasalazine.
    (aw) See (av), (at)
    (ax) See (ay), (at)
    (ay) Reporting units:  mL/min/1.73m^2  (Modified MDRD Formula)
    (az) See (ay), (at)

Patient: SEWELL,TIMOTHY ALAN     Age/Sex: 57/M    Acct#DO0092173896 Unit#DO00920868

Patient: SEWELL,TIMOTHY ALAN              #DO0092173896     (Continued)

| Day | | 22 | 21 | 20 | |
| Date | | 09/18/21 | 09/17/21 | 09/16/21 | |
| Time | Reference  Units | 0400 | 0350 | 0958 | |
|---|---|---|---|---|---|
| > PHOSPHOROUS | (2.5-4.9)  MG/DL | | | 3.3(ba) | |
| | Verified Date | | | 09/16/21 | |
| | Time | | | 1129 | |
| > BILI TOT | (0.0-1.0)  MG/DL | 0.2(ba) | | 0.2(ba) | |
| | Verified Date | 09/18/21 | | 09/16/21 | |
| | Time | 0525 | | 1129 | |
| > SGOT/AST | (15-37)  Units/L | 29(bb) | | 50(bd) | H |
| | Verified Date | 09/18/21 | | 09/16/21 | |
| | Time | 0525 | | 1129 | |
| > SGPT/ALT | (30-65)  Units/L | 50(be) | | 75(bf) | H |
| | Verified Date | 09/18/21 | | 09/16/21 | |
| | Time | 0525 | | 1129 | |
| > ALK PHOS TOTA(50-136)  Units/L | 68(ba) | | 83(ba) | |
| | Verified Date | 09/18/21 | | 09/16/21 | |
| | Time | 0525 | | 1129 | |
| > MAGNESIUM | (1.8-2.4)  MG/DL | 2.4(ba) | | 2.3(ba) | |
| | Verified Date | 09/18/21 | | 09/16/21 | |
| | Time | 0525 | | 1129 | |
| > THEOPHYLLINE (10.6-20.0 MCG/DL | | < 2.0(ba) | L | |
| | Verified Date | | 09/17/21 | | |
| | Time | | 0519 | | |

| Day | | 19 | 17 | 15 | |
| Date | | 09/15/21 | 09/13/21 | 09/11/21 | |
| Time | Reference  Units | 0740 | 0337 | 0559 | |
|---|---|---|---|---|---|
| > SODIUM | (133-145)  MMOL/L | | 144(ba) | H 145(ba) | |
| | Verified Date | | 09/13/21 | 09/11/21 | |
| | Time | | 0527 | 0707 | |
| > POTASSIUM | (3.6-5.2)  MMOL/L | | 3.6(ba) | 3.5(ba) | L |
| | Verified Date | | 09/13/21 | 09/11/21 | |
| | Time | | 0527 | 0707 | |
| > CHLORIDE | (100-108)  MMOL/L | | 108(ba) | 106(ba) | |
| | Verified Date | | 09/13/21 | 09/11/21 | |
| | Time | | 0527 | 0707 | |

NOTES:   (ba) NAME LAB 42227530/MIC 42040910
              Corpus Christi Medical Center Bay Area
              7101 SPID, Corpus Christi TX 78412 CLIA# 45D0874794
              Steve J Gaiatzan MD
         (bb) See (bc), (ba)
         (bc) Results of this assay method may be falsely depressed or
              elevated if patient is taking sulfasalazine
         (bd) See (bc), (ba)
         (be) See (bc), (ba)
         (bf) See (bc), (ba)

Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M      Acct#DO0092173896 Unit#DO00920868

Patient: SEWELL,TIMOTHY ALAN              #DO0092173896    (Continued)

| Day | | 19 | 17 | 15 |
|-----|--|----|----|----|
| Date | | 09/15/21 | 09/13/21 | 09/11/21 |
| Time | Reference  Units | 0740 | 0337 | 0539 |
| > CARBON DIOXID(22-32)    MMOL/L | | | 32 (bg) | 32 (bg) | |
| Verified Date | | | 09/13/21 | 09/11/21 | |
| Time | | | 0527 | 0707 | |
| > GLUCOSE    (65-99)    MG/DL | | | 90 (bh) | 148 (bj) | H |
| Verified Date | | | 09/13/21 | 09/11/21 | |
| Time | | | 0527 | 0707 | |
| > BUN    (6-20)    MG/DL | | | 30 (bg) | H | 30 (bg) | H |
| Verified Date | | | 09/13/21 | 09/11/21 | |
| Time | | | 0527 | 0707 | |
| > CREATININE    (0.60-1.00 MG/DL | | | 0.73 (bg) | 0.91 (bg) | |
| Verified Date | | | 09/13/21 | 09/11/21 | |
| Time | | | 0527 | 0707 | |
| > eGFR    (56-130) | | | 103 (bk) | 96 (bm) | |
| Verified Date | | | 09/13/21 | 09/11/21 | |
| Time | | | 0527 | 0707 | |
| > T PROTEIN    (6.4-8.2)  G/DL | | | 6.2 (bg) | L | 6.1 (bg) | L |
| Verified Date | | | 09/13/21 | 09/11/21 | |
| Time | | | 0527 | 0707 | |
| > ALBUMIN    (3.4-5.0)  G/DL | | | 1.4 (bg) | L | 1.4 (bg) | L |
| Verified Date | | | 09/13/21 | 09/11/21 | |
| Time | | | 0527 | 0707 | |
| > GLOBULIN    (1.5-3.8)  G/DL | | | 4.8 (bg) | H | 4.7 (bg) | H |
| Verified Date | | | 09/13/21 | 09/11/21 | |
| Time | | | 0527 | 0707 | |
| > ALB/GLOB RATI(1.1-2.2) | | | 0.3 (bg) | L | 0.3 (bg) | L |
| Verified Date | | | 09/13/21 | 09/11/21 | |
| Time | | | 0527 | 0707 | |
| > CALCIUM    (8.7-10.5) MG/DL | | | 9.2 (bg) | L | 9.3 (bg) | L |
| Verified Date | | | 09/13/21 | 09/11/21 | |
| Time | | | 0527 | 0707 | |
| > BILI TOT    (0.0-1.0)  MG/DL | | | 0.4 (bg) | 0.5 (bg) | |
| Verified Date | | | 09/13/21 | 09/11/21 | |
| Time | | | 0527 | 0707 | |

NOTES:  (bg) BAMC LAB 42227530/HIC 42048910
             Corpus Christi Medical Center Bay Area
             7101 SPID, Corpus Christi TX 78412 CLIA# 45D0874795
             Steve J Calatzan MD
        (bh) See (bl), (bg)
        (bi) Results of this assay method may be falsely depressed or
             elevated if patient is taking sulfasalazine.
        (bj) See (bi), (bg)
        (bk) See (bl), (bg)
        (bl) Reporting units:  mL/min/1.73m^2  (Modified MDRD Formula)
        (bm) See (bl), (bg)

Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M    Acct#DO0092173896 Unit#DO00920860

----------------------------------------------------------------------------------

Patient: SEWELL,TIMOTHY ALAN              #DO0092173096    (Continued)

----------------------------------------------------------------------------------

```
  Day                            19            17            15
  Date                         09/15/21      09/13/21      09/11/21
  Time      Reference  Units     0740          0527          0559
-----------------------------------------------------------------------
> SGOT/AST    (15-37)   Units/L  |           |32(bn)       |26(bq)         |
                     Verified Date|           |  09/13/21   |  09/11/21     |
                              Time|           |    0527     |    0707       |
> SGPT/ALT    (30-65)   Units/L  |           |25(br)    L  |26(bs)      L  |
                     Verified Date|           |  09/13/21   |  09/11/21     |
                              Time|           |    0527     |    0707       |
> ALK PHOS TOTA(50-136)  Units/L |           |74(bp)       |63(bp)         |
                     Verified Date|           |  09/13/21   |  09/11/21     |
                              Time|           |    0527     |    0707       |
> MAGNESIUM   (1.8-2.4)   MG/DL  |           |2.3(bp)      |2.6(bp)     H  |
                     Verified Date|           |  09/13/21   |  09/11/21     |
                              Time|           |    0527     |    0707       |
> THEOPHILLINE (10.0-20.0)MCG/ML |< 2.0(bp) L|             |               |
                     Verified Date|  09/18/21 |             |               |
                              Time|   0948    |             |               |


  Day                            13            11            10
  Date                         09/09/21      09/07/21      09/06/21
  Time      Reference  Units     0920          0359          0500
-----------------------------------------------------------------------
> SODIUM      (133-145)  MMOL/L  |145(bp)      |143(bp)      |139(bp)        |
                     Verified Date|  09/09/21   |  09/07/21   |  09/06/21     |
                              Time|    1121     |    0453     |    0620       |
> POTASSIUM   (3.6-5.2)  MMOL/L  |4.3(bp)      |3.5(bp)      |3.8(bp)        |
                     Verified Date|  09/09/21   |  09/07/21   |  09/06/21     |
                              Time|    1121     |    0453     |    0620       |
> CHLORIDE    (100-108)  MMOL/L  |110(bp)   H  |106(bp)      |102(bp)        |
                     Verified Date|  09/09/21   |  09/07/21   |  09/06/21     |
                              Time|    1121     |    0453     |    0620       |
> CARBON DIOXID(22-32)   MMOL/L  |32(bp)       |33(bp)     H |32(bp)         |
                     Verified Date|  09/09/21   |  09/07/21   |  09/06/21     |
                              Time|    1121     |    0453     |    0620       |
```

NOTES·   (bn) See (bo), (bp)
         (bo) Results of this assay method may be falsely depressed or
              elevated if patient is taking sulfasalazine.
         (bp) BMHC LAB 42227530/HIC 42018510
              Corpus Christi Medical Center Bay Area
              7101 SPID, Corpus Christi TX 78412 CLIA# 45D0074784
              Steve J Galatzan MD
         (bq) See (bo), (bp)
         (br) See (bo), (bp)
         (bs) See (bo), (bp)


------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M      Acct#DO0092173896 Unit#DO00920868
------------------------------------------------------------------------

---

Patient: SEWELL,TIMOTHY ALAN          #DO0092173096    (Continued)

---

| Day | | 13 | 11 | 10 | |
|-----|---|----|----|----|---|
| Date | | 09/09/21 | 09/07/21 | 09/06/21 | |
| Time | Reference Units | 0920 | 0359 | 0508 | |
| > GLUCOSE | (65-99)  MG/DL | 178 (bt) | H 212 (bv) | # H 116 (bx) | H |
| | Verified Date | 09/09/21 | 09/07/21 | 09/06/21 | |
| | Time | 1121 | 0153 | 0620 | |
| > BUN | (6-20)  MG/DL | 31 (bv) | H 32 (bv) | H 25 (bv) | H |
| | Verified Date | 09/09/21 | 09/07/21 | 09/06/21 | |
| | Time | 1121 | 0153 | 0620 | |
| > CREATININE | (0.60-1.00 MG/DL | 1.03 (bv) | H 1.04 (bv) | H 0.94 (bv) | |
| | Verified Date | 09/09/21 | 09/07/21 | 09/06/21 | |
| | Time | 1121 | 0153 | 0620 | |
| > eGFR | (56-130) | 75 (by) | 74 (ca) | 83 (cb) | |
| | Verified Date | 09/09/21 | 09/07/21 | 09/06/21 | |
| | Time | 1121 | 0153 | 0620 | |
| > T PROTEIN | (6.4-8.2)  G/DL | 6.2 (bv) | L 5.9 (bv) | L 5.6 (bv) | L |
| | Verified Date | 09/09/21 | 09/07/21 | 09/06/21 | |
| | Time | 1121 | 0153 | 0620 | |
| > ALBUMIN | (3.4-5.0)  G/DL | 3.5 (bv) | L 3.3 (bv) | L 3.3 (bv) | L |
| | Verified Date | 09/09/21 | 09/07/21 | 09/06/21 | |
| | Time | 1121 | 0153 | 0620 | |
| > GLOBULIN | (1.9-3.8)  G/DL | 4.7 (bv) | H 4.6 (bv) | H 4.3 (bv) | H |
| | Verified Date | 09/09/21 | 09/07/21 | 09/06/21 | |
| | Time | 1121 | 0153 | 0620 | |
| > ALB/GLOB RATI | (1.1-2.2) | 0.3 (bv) | L 0.3 (bv) | L 0.3 (bv) | L |
| | Verified Date | 09/09/21 | 09/07/21 | 09/06/21 | |
| | Time | 1121 | 0153 | 0620 | |
| > CALCIUM | (8.7-10.5) MG/DL | 8.1 (bv) | L 7.7 (bv) | L 8.2 (bv) | L |
| | Verified Date | 09/09/21 | 09/07/21 | 09/06/21 | |
| | Time | 1121 | 0153 | 0620 | |
| > PHOSPHOROUS | (2.5-4.9)  MG/DL | 6.0 (bv) | H 3.0 (bv) | 3.1 (bv) | |
| | Verified Date | 09/09/21 | 09/07/21 | 09/06/21 | |
| | Time | 1121 | 0153 | 0620 | |

NOTES:  (bt) See (bu), (bv)
        (bu) Results of this assay method may be falsely depressed or
             elevated if patient is taking sulfasalazine.
        (bv) BAMC LAB 42227530/HIC 42048910
             Corpus Christi Medical Center Bay Area
             7101 SPID, Corpus Christi TX 78412 CLIA# 45D0874354
             Steve J Galatzan MD
        (bw) VERIFIED BY REPEAT ANALYSIS ON SAME SPECIMEN.
             See also (bu), (bv)
        (bx) See (bu), (bv)
        (by) See (bz), (bv)
        (bz) Reporting units:  mL/min/1.73m^2  (Modified MDRD Formula)
        (ca) See (bz), (bv)
        (cb) See (bz), (bv)

---

Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M     Acct#DO0092173896 Unit#DO000920868

---

Sewell - Appeal 05/16/23 - 137

**Lincoln/Sewell 288**

RUN DATE: 11/04/21       Corpus Christi Medical Center         PAGE 24
RUN TIME: 0231              PO BOX 9991
RUN USER: LABDSGJCB        Corpus Chr TX   78468
             HPF LAB Discharge Summary Report w/o Pathology

Patient: SEWELL,TIMOTHY ALAN        #000092173096    (Continued)

| Day | | 13 | 12 | 10 | |
| Date | | 09/09/21 | 09/07/21 | 09/06/21 | |
| Time | Reference Units | 0920 | 0359 | 0508 | |
| > BILI TOT | (0.0-1.0) MG/DL | 0.3(cc) | 0.3(cc) | 0.5(cc) | |
| | Verified Date | 09/09/21 | 09/07/21 | 09/06/21 | |
| | Time | 1121 | 0453 | 0620 | |
| > SGOT/AST | (15-37) Units/L | 28(cd) | 39(cf) | 31(cg) | |
| | Verified Date | 09/09/21 | 09/07/21 | 09/06/21 | |
| | Time | 1121 | 0453 | 0620 | |
| > SGPT/ALT | (30-65) Units/L | 32(ch) | (ci) | 22(cj) | L |
| | Verified Date | 09/09/21 | 09/07/21 | 09/06/21 | |
| | Time | 1121 | 0453 | 0620 | |
| > ALK PHOS TOTA(50-136) Units/L | | 77(cc) | 89(cc) | 67(cc) | |
| | Verified Date | 09/09/21 | 09/07/21 | 09/06/21 | |
| | Time | 1121 | 0453 | 0620 | |
| > MAGNESIUM | (1.8-2.4) MG/DL | 3.0(cc) | H 2.8(cc) | H 2.6(cc) | H |
| | Verified Date | 09/09/21 | 09/07/21 | 09/06/21 | |
| | Time | 1121 | 0453 | 0620 | |
| > PREALBUMIN | (20.9-45.5 mg/dL) | | | 10.3(cc) | L |
| | Verified Date | | | 09/06/21 | |
| | Time | | | 0620 | |

| Day | | 9 | 8 | 7 | |
| Date | | 09/05/21 | 09/04/21 | 09/03/21 | |
| Time | Reference Units | 0413 | 0615 | 1947 | |
| > SODIUM | (133-145) MMOL/L | 144(cc) | 141(cc) | | |
| | Verified Date | 09/05/21 | 09/04/21 | | |
| | Time | 0529 | 0709 | | |
| > POTASSIUM | (3.6-5.2) MMOL/L | 3.3(cc) | L 3.8(cc) | | |
| | Verified Date | 09/05/21 | 09/04/21 | | |
| | Time | 0529 | 0709 | | |
| > CHLORIDE | (100-108) MMOL/L | 106(cc) | 106(cc) | | |
| | Verified Date | 09/05/21 | 09/04/21 | | |
| | Time | 0529 | 0709 | | |

```
NOTES:  (cc) NAMC LAB 42227530/MIC 42048910
              Corpus Christi Medical Center Bay Area
              7101 SPID, Corpus Christi TX 78412 CLIA# 4500874784
              Steve J Galatzan MD
        (cd) See (cc), (cc)
        (ce) Results of this assay method may be falsely depressed or
             elevated if patient is taking sulfasalazine.
        (cf) See (co), (cc)
        (cg) See (cc), (cc)
        (ch) See (cc), (cc)
        (ci) Test not performed
             See also (cc)
        (cj) See (cc), (cc)
```

Patient: SEWELL,TIMOTHY ALAN     Age/Sex: 57/M     Acct#DO0092173096 Unit#DO00920868

Lincoln/Sewell 289

RUN DATE: 11/04/21     Corpus Christi Medical Center     PAGE 25
RUN TIME: 0231               PO BOX 8991
RUN USER: LABPROJOB       Corpus Chr TX   78468
         HPF LAB Discharge Summary Report w/o Pathology

---

Patient: SEWELL,TIMOTHY ALAN     #DO0092173896    (Continued)

---

| Day | | 9 | 6 | 7 |
|---|---|---|---|---|
| Date | | 09/05/21 | 09/04/21 | 09/03/21 |
| Time | Reference Units | 0413 | 0615 | 1947 |

| | | | | | | |
|---|---|---|---|---|---|---|
| > CARBON DIOXID(22-32) | MMOL/L | 34(ck) | H | 32(ck) | | |
| | Verified Date| | 09/05/21 | | 09/04/21 | |
| | Time| | 0529 | | 0705 | |
| > GLUCOSE | (65-99) MG/DL | 171(cl) | H | 165(cn) | H | |
| | Verified Date| | 09/05/21 | | 09/04/21 | |
| | Time| | 0529 | | 0709 | |
| > BUN | (6-20) MG/DL | 19(ck) | | 19(ck) | | |
| | Verified Date| | 09/05/21 | | 09/04/21 | |
| | Time| | 0529 | | 0709 | |
| > CREATININE | (0.60-1.00 MG/DL | 0.83(ck) | | 0.83(ck) | | |
| | Verified Date| | 09/05/21 | | 09/04/21 | |
| | Time| | 0529 | | 0709 | |
| > eGFR | (>6-130) | 96(co) | | 100(cq) | | |
| | Verified Date| | 09/05/21 | | 09/04/21 | |
| | Time| | 0529 | | 0709 | |
| > T PROTEIN | (6.4-8.2) G/DL | 5.5(ck) | L | 5.6(ck) | L | |
| | Verified Date| | 09/05/21 | | 09/04/21 | |
| | Time| | 0529 | | 0709 | |
| > ALBUMIN | (3.4-5.0) G/DL | 1.3(ck) | L | 1.6(ck) | L | |
| | Verified Date| | 09/05/21 | | 09/04/21 | |
| | Time| | 0529 | | 0709 | |
| > GLOBULIN | (1.5-3.8) G/DL | 3.2(ck) | H | 4.0(ck) | H | |
| | Verified Date| | 09/05/21 | | 09/04/21 | |
| | Time| | 0529 | | 0709 | |
| > ALB/GLOB RATI(1.1-2.2) | | 0.3(ck) | L | 0.4(ck) | L | |
| | Verified Date| | 09/05/21 | | 09/04/21 | |
| | Time| | 0529 | | 0709 | |
| > CALCIUM | (8.7-10.5) MG/DL | 8.1(ck) | L | 8.2(ck) | L | |
| | Verified Date| | 09/05/21 | | 09/04/21 | |
| | Time| | 0529 | | 0709 | |
| > PHOSPHOROUS | (2.5-4.9) MG/DL | 2.4(ck) | L | 1.6(ck) | L | |
| | Verified Date| | 09/05/21 | | 09/04/21 | |
| | Time| | 0529 | | 0709 | |

NOTES:  (ck) BAHC LAB 42227530/HIC 42048910
        Corpus Christi Medical Center Bay Area
        7101 SPID, Corpus Christi TX 78412 CLIA# 45D0874784
        Stevo J Galatzan MD
     (cl) See (cm), (ck)
     (cm) Results of this assay method may be falsely depressed or
        elevated if patient is taking sulfasalazine.
     (cn) See (cm), (ck)
     (co) See (cp), (ck)
     (cp) Reporting units: mL/min/1.73m^2 (Modified MDRD Formula)
     (cq) See (cp), (ck)

---

Patient: SEWELL,TIMOTHY ALAN     Age/Sex: 57/M     Acct#DO0092173896 Unit#DO00920868

---

**Lincoln/Sewell 290**

RUN DATE: 11/04/21           Corpus Christi Medical Center           PAGE 26
RUN TIME: 0231                 PO BOX 8991
RUN USER: LABREGJOB            Corpus Chr TX  78468
              HPP LAB Discharge Summary Report w/o Pathology

Patient: SEWELL, TIMOTHY ALAN          #DO0092172896    (Continued)

| Day | | | 9 | 8 | 7 |
| Date | | | 09/05/21 | 09/04/21 | 09/03/21 |
| Time | Reference | Units | 0413 | 0615 | 1947 |
| > TRIGLYCERIDES(30-200) | | MG/DL | | 139(cr) | |
| | Verified Date | | | 09/04/21 | |
| | Time | | | 0709 | |
| > BILI TOT | (0.0-1.0) | MG/DL | 0.5(cr) | 0.8(cr) | |
| | Verified Date | | 09/05/21 | 09/04/21 | |
| | Time | | 0529 | 0709 | |
| > SGOT/AST | (15-37) | Units/L | 22(cs) | 22(cu) | |
| | Verified Date | | 09/05/21 | 09/04/21 | |
| | Time | | 0529 | 0709 | |
| > SGPT/ALT | (30-65) | Units/L | 25(cv) L | 25(cv) L | |
| | Verified Date | | 09/05/21 | 09/04/21 | |
| | Time | | 0529 | 0709 | |
| > ALK PHOS TOTA(50-136) | | Units/L | 50(cr) | 45(cr) L | |
| | Verified Date | | 09/05/21 | 09/04/21 | |
| | Time | | 0529 | 0709 | |
| > MAGNESIUM | (1.8-2.4) | MG/DL | 2.4(cr) | 2.4(cr) | |
| | Verified Date | | 09/05/21 | 09/04/21 | |
| | Time | | 0529 | 0709 | |
| > LACTIC ACID | (0.5-2.2) | MMOL/L | | | 0.9(cr) |
| | Verified Date | | | | 09/03/21 |
| | Time | | | | 2036 |

| Day | | | | 7 | |
| Date | | | | 09/03/21 | |
| Time | Reference | Units | 1947 | 1947 | 1947 |
| > SODIUM | (133-145) | MMOL/L | | | 144(cr) |
| | Verified Date | | | | 09/03/21 |
| | Time | | | | 2052 |
| > POTASSIUM | (3.6-5.2) | MMOL/L | | | 4.5(cr) |
| | Verified Date | | | | 09/03/21 |
| | Time | | | | 2052 |
| > CHLORIDE | (100-108) | MMOL/L | | | 110(cr) H |
| | Verified Date | | | | 09/03/21 |
| | Time | | | | 2037 |

NOTES:  (cr) BAHC LAB 42227530/HIC 42048910
          Corpus Christi Medical Center Bay Area
          7101 SPID, Corpus Christi TX 78412 CLIA# 45D0874761
          Steve J dilatsan MD
      (ca) See (ct), (cr)
      (ct) Results of this assay method may be falsely depressed or
          elevated if patient is taking sulfasalazine
      (cu) See (ct), (cr)
      (cv) See (ct), (cr)
      (cw) See (ct), (cr)

Patient: SEWELL, TIMOTHY ALAN      Age/Sex: 57/M      Acct#DO0092173896 Unit#DO000920868

Patient: SEWELL,TIMOTHY ALAN              #DO0092173896    (Continued)

```
   Day                                              7
   Date                          ----------------09/03/21----------------
   Time         Reference  Units        1947          1947            1947
-------------------------------------------------------------------------
> CARBON DIOXID(22-32)    MMOL/L  |           |           |32(cx)       |
                 Verified Date|           |           |    09/03/21     |
                         Time|           |           |    2037         |
> GLUCOSE       (65-99)   MG/DL  |           |           |185(cy)      H |
                 Verified Date|           |           |    09/03/21     |
                         Time|           |           |    2037         |
> BUN           (6-20)    MG/DL  |           |           |24(cx)       H |
                 Verified Date|           |           |    09/03/21     |
                         Time|           |           |    2037         |
> CREATININE    (0.60-1.00 MG/DL |           |           |0.85(cx)       |
                 Verified Date|           |           |    09/03/21     |
                         Time|           |           |    2037         |
> eGFR          (56-130)         |           |           |92(da)         |
                 Verified Date|           |           |    09/03/21     |
                         Time|           |           |    2037         |
> T PROTEIN     (6.4-8.2) G/DL   |           |           |4.5(cx)      L |
                 Verified Date|           |           |    09/03/21     |
                         Time|           |           |    2037         |
> ALBUMIN       (3.4-5.0) G/DL   |           |           |1.6(cx)      L |
                 Verified Date|           |           |    09/03/21     |
                         Time|           |           |    2037         |
> GLOBULIN      (1.5-3.8) G/DL   |           |           |2.9(cx)        |
                 Verified Date|           |           |    09/03/21     |
                         Time|           |           |    2037         |
> ALB/GLOB RATI(1.1-2.2)         |           |           |0.6(cx)      L |
                 Verified Date|           |           |    09/03/21     |
                         Time|           |           |    2037         |
> CALCIUM       (8.7-10.5) MG/DL |           |           |7.2(cx)      L |
                 Verified Date|           |           |    09/03/21     |
                         Time|           |           |    2037         |
> PHOSPHOROUS   (2.5-4.9) MG/DL  |           |           |3.4(cx)        |
                 Verified Date|           |           |    09/03/21     |
                         Time|           |           |    2037         |
> BILI TOT      (0.0-1.0) MG/DL  |           |           |0.6(cx)        |
                 Verified Date|           |           |    09/03/21     |
                         Time|           |           |    2037         |
```

NOTES:   (cx) BAMC LAB 42227530/MIC 42048910
              Corpus Christi Medical Center Bay Area
              7101 SPID, Corpus Christi TX 78412 CLIA# 4500874784
              Steve J Galatzan MD
         (cy) See (cz), (cx)
         (cz) Results of this assay method may be falsely depressed or
              elevated if patient is taking sulfasalazine.
         (da) See (db), (cx)
         (db) Reporting units: mL/min/1.73m^2  (Modified MDRD Formula)


Patient: SEWELL,TIMOTHY ALAN            Age/Sex: 57/M      Acct#DO0092173896 Unit#DO00920868

Sewell - Appeal 05/16/23 - 141

Lincoln/Sewell 292

RUN DATE: 11/04/21   Corpus Christi Medical Center   PAGE 28
RUN TIME: 0232      PO BOX 8991
RUN USER: LARIKXJOR    Corpus Chr TX  78468
     HPF LAB Discharge Summary Report w/o Pathology

Patient: SEWELL,TIMOTHY ALAN    #D00092173896  (Continued)

| Day | | | 7 | | |
|---|---|---|---|---|---|
| Date | | | -------09/03/21------- | | |
| Time | Reference Units | 1947 | 1947 | 1947 | |
| > SGOT/AST | (15-37) Units/L | | | 114(dc) | L |
| | Verified Date | | | 09/03/21 | |
| | Time | | | 2037 | |
| > SGPT/ALT | (20-65) Units/L | | | 122(dc) | L |
| | Verified Date | | | 09/03/21 | |
| | Time | | | 2037 | |
| > ALK PHOS TOTA(50-136) Units/L | | | | 140(dc) | L |
| | Verified Date | | | 09/03/21 | |
| | Time | | | 2037 | |
| > MAGNESIUM | (1.8-2.4) MG/LL | | | 2.5(dc) | H |
| | Verified Date | | | 09/03/21 | |
| | Time | | | 2047 | |
| > TROPONIN-I | (0.000-0.0 NG/ML | | | < 0.017(dq) | |
| | Verified Date | | | 09/03/21 | |
| | Time | | | 2037 | |
| > THEOPHYLLINE (10.0-20.0 MCG/ML | | < 2.0(dc) | L | | |
| | Verified Date | | 09/03/21 | | |
| | Time | | 2027 | | |
| > CA IONIZED | (1.12-1.32 MMOL/L | 1.15(dc) | | | |
| | Verified Date | 09/03/21 | | | |
| | Time | 2005 | | | |

NOTES: (dc) See (dd), (de)
   (dd) Results of this assay method may be falsely depressed or
     elevated if patient is taking sulfasalazine.
   (de) DAMC LAB #2227530/MIC 42048910
     Corpus Christi Medical Center Bay Area
     7101 SPID, Corpus Christi TX 78412 CLIA# 4500874764
     Steve J Galatzan MD
   (df) See (dd), (de)
   (dg) The lower limit for Trop-I has been changed from <0.04.
     See also (dh), (di), (de)
   (dh)
     - The use of serial sampling and testing protocol is a
       recommended practice.
     - An elevated troponin level alone is often not sufficient
       for diagnosis of myocardial infarction.
   (di) Results of this assay method may be falsely depressed or
     elevated if patient is taking high doses of Biotin.

Patient: SEWELL,TIMOTHY ALAN    Age/Sex: 37/M  Acct#D00092173896 Unit#D00092086B

Sewell - Appeal 05/16/23 - 142

Lincoln/Sewell 293

RUN DATE: 11/04/21       Corpus Christi Medical Center        PAGE 29
RUN TIME: 0231             PO BOX 9391
RUN USER: LABPKOJOB        Corpus Chr TX  78469
         HPF LAB Discharge Summary Report w/o Pathology

Patient: SEWELL,TIMOTHY ALAN       #DO0092173896    (Continued)

| | | Day | 7 | | 6 | |
|---|---|---|---|---|---|---|
| | | Date | ----------09/03/21------------ | | 09/02/21 | |
| | | Time | 1101 | 0424 | 0430 | |
| Reference | Units | | | | | |
| > SODIUM | (133-145) MMOL/L | | | 140(d) | 139(dx) # | |
| | Verified Date | | | 09/03/21 | 09/03/21 | |
| | Time | | | 0644 | 0629 | |
| > POTASSIUM | (3.6-5.2) MMOL/L | | | 3.8(d) | 4.0(d) | |
| | Verified Date | | | 09/03/21 | 09/02/21 | |
| | Time | | | 0644 | 0629 | |
| > CHLORIDE | (100-108) MMOL/L | | | 105(d) | 104(d) | |
| | Verified Date | | | 09/03/21 | 09/02/21 | |
| | Time | | | 0644 | 0629 | |
| > CARBON DIOXIDE | (22-32) MMOL/L | | | 28(d) | 26(d) | |
| | Verified Date | | | 09/03/21 | 09/02/21 | |
| | Time | | | 0644 | 0629 | |
| > GLUCOSE | (65-99) MG/DL | | | 196(d1) H | 180(dn) H | |
| | Verified Date | | | 09/03/21 | 09/02/21 | |
| | Time | | | 0644 | 0629 | |
| > BUN | (6-20) MG/DL | | | 25(d) H | 21(d) H | |
| | Verified Date | | | 09/03/21 | 09/02/21 | |
| | Time | | | 0644 | 0629 | |
| > CREATININE | (0.60-1.00 MG/DL | | | 0.83(d) | 0.86(d) | |
| | Verified Date | | | 09/03/21 | 09/02/21 | |
| | Time | | | 0644 | 0629 | |
| > eGFR | (56-130) | | | 96(do) | 92(dq) | |
| | Verified Date | | | 09/03/21 | 09/02/21 | |
| | Time | | | 0644 | 0629 | |
| > T PROTEIN | (6.4-8.2) G/DL | | | 6.0(d) L | 6.3(d) L | |
| | Verified Date | | | 09/03/21 | 09/02/21 | |
| | Time | | | 0644 | 0629 | |
| > ALBUMIN | (3.4-5.0) G/DL | | | 2.0(d) L | 2.3(d) L | |
| | Verified Date | | | 09/03/21 | 09/02/21 | |
| | Time | | | 0644 | 0629 | |
| > GLOBULIN | (1.5-3.5) G/DL | | | 4.0(d) H | 4.0(d) H | |
| | Verified Date | | | 09/03/21 | 09/02/21 | |
| | Time | | | 0644 | 0629 | |

NOTES: (d) BAMC LAB 42227530/HIC 42046910
      Corpus Christi Medical Center Bay Area
      7101 SPID, Corpus Christi TX 78412 CLIA# 45D0674795
      Steve J Galatzan MD
  (dx) VERIFIED BY REPEAT ANALYSIS ON SAME SPECIMEN.
      See also (d)
  (d1) See (dm), (d)
  (dm) Results of this assay method may be falsely depressed or
      elevated if patient is taking sulfasalazine.
  (dn) See (dm), (d)
  (do) See (dp), (d)
  (dp) Reporting units:  mL/min/1.73m^2  (Modified MDRD Formula)
  (dq) See (dp), (d)

Patient: SEWELL,TIMOTHY ALAN     Age/Sex: 57/M    Acct#DO0092173896 Unit#DO00920868

Sewell - Appeal 05/16/23 - 143

Lincoln/Sewell 294

Patient: SEWELL,TIMOTHY ALAN                #000092173896    (Continued)

| Day | | | 7 | | | 6 | |
|---|---|---|---|---|---|---|---|
| Date | | | --------09/03/21------------ | | | 09/03/21 | |
| Time | Reference  Units | 1103 | 0404 | | | 0400 | |
| > ALB/GLOB RATI(1.1-2.2) | | | 0.5(dr) | L | 0.6(dr) | | L |
|   Verified Date | | | 09/03/21 | | 09/02/21 | | |
|   Time | | | 0644 | | 0629 | | |
| > CALCIUM | (8.7-10.5) MG/DL | | 8.3(dr) | L | 8.2(dr) | | L |
|   Verified Date | | | 09/02/21 | | 09/02/21 | | |
|   Time | | | 0644 | | 0629 | | |
| > PHOSPHOROUS | (2.5-4.9) MG/DL | | 3.1(dr) | | 3.1(dr) | | |
|   Verified Date | | | 09/03/21 | | 09/02/21 | | |
|   Time | | | 0644 | | 0629 | | |
| > BILI TOT | (0.0-1.0) MG/DL | | 0.5(dr) | | 0.6(dr) | | |
|   Verified Date | | | 09/03/21 | | 09/02/21 | | |
|   Time | | | 0644 | | 0629 | | |
| > SGOT/AST | (15-37) Units/L | | 14(ds) | | 17(du) | L | |
|   Verified Date | | | 09/03/21 | | 09/02/21 | | |
|   Time | | | 0644 | | 0629 | | |
| > SGPT/ALT | (30-65) Units/L | | 24(dv) | L | 28(dx) | | L |
|   Verified Date | | | 09/03/21 | | 09/02/21 | | |
|   Time | | | 0644 | | 0629 | | |
| > ALK PHOS TOTA(50-136) | Units/L | | 43(dr) | | 46(dr) | L | |
|   Verified Date | | | 09/03/21 | | 09/02/21 | | |
|   Time | | | 0644 | | 0629 | | |
| > MAGNESIUM | (1.8-2.4) MG/DL | | 2.4(dr) | | 2.7(dr) | H | |
|   Verified Date | | | 09/03/21 | | 09/02/21 | | |
|   Time | | | 0644 | | 0629 | | |
| > NT-ProBNP | (0-125) PG/ML | 1519(dx) | H | | | | |
|   Verified Date | | 09/03/21 | | | | | |
|   Time | | 1210 | | | | | |

NOTES:  (dr) RAMC LAB 42227530/HIC 42048910
             Corpus Christi Medical Center Bay Area
             7101 SPID, Corpus Christi TX 78412 CLIA# 45D0874784
             Steve J Galatzan MD
        (ds) See (dt), (dr)
        (dt) Results of this assay method may be falsely depressed or
             elevated if patient is taking sulfasalazine.
        (du) See (dt), (dr)
        (dv) See (dt), (dr)
        (dx) See (dt), (dr)
        (dx) See (dy), (dr)
        (dy) Results of this assay method may be falsely depressed or
             elevated if patient is taking high doses of Biotin.

Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M       Acct#D00092173896 Unit#DCC0920068

Lincoln/Sewell 295

RUN DATE: 11/04/21       Corpus Christi Medical Center        PAGE 31
RUN TIME: 0231             PO BOX 8991
RUN USER: LARHKJJON       Corpus Chr TX    78469
          HPF LAB Discharge Summary Report w/o Pathology

Patient: SEWELL,TIMOTHY ALAN       #DO0092173896   (Continued)

| Day | | 5 | | 4 | |
|---|---|---|---|---|---|
| Date | | 09/01/21 | | --------08/31/21-------- | |
| Time | Reference Units | 0448 | | 0415 | 0415 |
| > SODIUM | (133-145) MMOL/L | \|145(dz) | | \|141(dz) | |
| | Verified Date\| | 09/01/21 | | \| 08/31/21 | |
| | Time\| | 0805 | | \| 0458 | |
| > POTASSIUM | (3.6-5.2) MMOL/L | \|3.2(dz) | L \| | \|3.5(dz) | |
| | Verified Date\| | 09/01/21 | | \| 08/31/21 | |
| | Time\| | 0805 | | \| 0458 | |
| > CHLORIDE | (100-108) MMOL/L | \|109(dz) | H \| | \|110(dz) | H \| |
| | Verified Date\| | 09/01/21 | | \| 08/31/21 | |
| | Time\| | 0805 | | \| 0458 | |
| > CARBON DIOXID(22-32) | MMOL/L | \|24(dz) | | \|24(dz) | |
| | Verified Date\| | 09/01/21 | | \| 08/31/21 | |
| | Time\| | 0805 | | \| 0458 | |
| > GLUCOSE | (65-99) MG/DL | \|170(ea) | H \| | \|157(ec) | H \| |
| | Verified Date\| | 09/01/21 | | \| 08/31/21 | |
| | Time\| | 0805 | | \| 0458 | |
| > BUN | (6-20) MG/DL | \|17(dz) | | \|19(dz) | |
| | Verified Date\| | 09/01/21 | | \| 08/31/21 | |
| | Time\| | 0805 | | \| 0458 | |
| > CREATININE | (0.60-1.00 MG/DL | \|0.95(dz) | | \|0.86(dz) | |
| | Verified Date\| | 09/01/21 | | \| 08/31/21 | |
| | Time\| | 0805 | | \| 0458 | |
| > eGFR | (56-130) | \|82(ed) | | \|100(ef) | |
| | Verified Date\| | 09/01/21 | | \| 08/31/21 | |
| | Time\| | 0805 | | \| 0458 | |
| > T PROTEIN | (6.4-8.2) G/DL | \|5.9(dz) | L \| | \|6.0(dz) | L \| |
| | Verified Date\| | 09/01/21 | | \| 08/31/21 | |
| | Time\| | 0805 | | \| 0458 | |
| > ALBUMIN | (3.4-5.0) G/DL | \|2.4(dz) | L \| | \|2.4(dz) | L \| |
| | Verified Date\| | 09/01/21 | | \| 08/31/21 | |
| | Time\| | 0805 | | \| 0458 | |
| > GLOBULIN | (1.5-3.8) G/DL | \|3.5(dz) | | \|3.6(dz) | |
| | Verified Date\| | 09/01/21 | | \| 08/31/21 | |
| | Time\| | 0805 | | \| 0458 | |

NOTES:  (dz) HAMC LAB 42227530/HMC 42048910
       Corpus Christi Medical Center Bay Area
       7101 SPID, Corpus Christi TX 78412 CLIA# 45D0874784
       Steve J Galatzan MD
   (ea) See (eb), (dz)
   (eb) Results of this assay method may be falsely depressed or
       elevated if patient is taking sulfasalazine.
   (ec) See (eb), (dz)
   (ed) See (ec), (dz)
   (ee) Reporting units: ml/min/1.73m^2 (Modified MDRD Formula)
   (ef) See (ee), (dz)

Patient: SEWELL,TIMOTHY ALAN     Age/Sex: 57/M    Acct#DO0092173896 Unit#DO00920868

**Lincoln/Sewell 296**

Patient: SEWELL,TIMOTHY ALAN                    #DO0092173896    (Continued)

| Day | | 5 | | 4 | | |
|-----|----------------------|----------|---|------------------------------|----------|---|
| Date | | 09/01/21 | | ------------08/31/21------------ | | |
| Time | Reference  Units | 0448 | | 0415 | 0415 | |
| > ALB/GLOB RATI(1.1-2.2) | | \|0.3(eg) | L | | \|0.7(og) | L |
| | Verified Date\| | 09/01/21 | | | \| 08/31/21 | |
| | Time\| | 0805 | | | \| 0458 | |
| > CALCIUM | (8.7-10.5) MG/DL | \|7.7(eg) | L | | \|8.1(eg) | L |
| | Verified Date\| | 09/01/21 | | | \| 08/31/21 | |
| | Time\| | 0805 | | | \| 0458 | |
| > PHOSPHOROUS | (2.5-4.9) MG/DL | \|1.9(eg) | L | | \|2.9(eg) | |
| | Verified Date\| | 09/01/21 | | | \| 08/31/21 | |
| | Time\| | 0805 | | | \| 0458 | |
| > BILI TOT | (0.0-1.0) MG/DL | \|0.6(eg) | | | \|0.3(eg) | |
| | Verified Date\| | 09/01/21 | | | \| 08/31/21 | |
| | Time\| | 0805 | | | \| 0458 | |
| > SGOT/AST | (15-37) Units/L | \|25(eh) | | | \|31(eg) | |
| | Verified Date\| | 09/01/21 | | | \| 08/31/21 | |
| | Time\| | 0805 | | | \| 0458 | |
| > SGPT/ALT | (30-65) Units/L | \|33(ek) | | | \|39(el) | |
| | Verified Date\| | 09/01/21 | | | \| 08/31/21 | |
| | Time\| | 0805 | | | \| 0458 | |
| > ALK PHOS TOTA(30-136) Units/L | | \|52(eg) | | | \|54(eg) | |
| | Verified Date\| | 09/01/21 | | | \| 08/31/21 | |
| | Time\| | 0805 | | | \| 0458 | |
| > MAGNESIUM | (1.8-2.4) MG/DL | \|2.3(eg) | | | \|2.8(eg) | H |
| | Verified Date\| | 09/01/21 | | | \| 08/31/21 | |
| | Time\| | 0805 | | | \| 0458 | |
| > CA IONIZED | (1.12-1.32 MMOL/L | | | \|1.04(eg) | L | |
| | Verified Date\| | | | \| 08/31/21 | | |
| | Time\| | | | \| 0438 | | |

| Day | | 3 | | 2 | |
|-----|----------------------|----------|----------|----------|---|
| Date | | ------------08/30/21------------ | | 08/29/21 | |
| Time | Reference  Units | 0433 | 0433 | 1110 | |
| > SODIUM | (133-145) MMOL/L | | \|142(eg) | \|137(eg) | |
| | Verified Date\| | | \| 08/30/21 | \| 08/29/21 | |
| | Time\| | | \| 0533 | \| 1202 | |

NOTES:   (eg) DAMC LAB 42227530/MIC 42048910
         Corpus Christi Medical Center Bay Area
         7101 SPID, Corpus Christi TX 78413 CLIA# 45D0974781
         Steve J Galatzan MD
         (eh) See (ei), (eg)
         (ei) Results of this assay method may be falsely depressed or
         elevated if patient is taking sulfasalazine.
         (ej) See (ei), (eg)
         (ek) See (ei), (eg)
         (el) See (ei), (eg)

Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M     Acct#DO0092173896 Unit#DO00920868

----------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN                #DO00092173896    (Continued)
----------------------------------------------------------------------------

| Day Date Time | Reference Units | 3 08/30/21 0433 | 08/30/21 0433 | 2 08/29/21 1110 | |
|---|---|---|---|---|---|
| > POTASSIUM | (3.6-5.2) MMOL/L Verified Date Time | | 4.1(cm) 08/30/21 0533 | 4.4(cm) 08/29/21 1202 | |
| > CHLORIDE | (100-108) MMOL/L Verified Date Time | | 108(cm) 08/30/21 0533 | 104(cm) 08/29/21 1202 | |
| > CARBON DIOXID(22-32) MMOL/L Verified Date Time | | | 22(cm) 08/30/21 0533 | 24(cm) 08/29/21 1202 | |
| > GLUCOSE | (65-99) MG/DL Verified Date Time | | 176(cn) 08/30/21 0533 | H 156(cr) 08/29/21 1202 | H |
| > BUN | (6-20) MG/DL Verified Date Time | | 16(cm) 08/30/21 0533 | 11(cm) 08/29/21 1202 | |
| > CREATININE | (0.60-1.00 MG/DL Verified Date Time | | 0.94(cm) 08/30/21 0533 | 1.13(cm) 08/29/21 1202 | H |
| > eGFR | (49-113) Verified Date Time | | | 66(cq) 08/29/21 1202 | |
| > eGFR | (56-130) Verified Date Time | | 83(os) 08/30/21 0533 | | |
| > T PROTEIN | (6.4-8.2) G/DL Verified Date Time | | 6.2(cm) 08/30/21 0533 | L 6.4(cm) 08/29/21 1202 | |
| > ALBUMIN | (3.4-5.0) G/DL Verified Date Time | | 2.6(cm) 08/30/21 0533 | L 3.0(cm) 08/29/21 1202 | L |
| > GLOBULIN | (1.5-3.8) G/DL Verified Date Time | | 3.6(os) 08/30/21 0533 | 3.4(cm) 08/29/21 1202 | |

NOTES:  (cm) BAYT LAB 42227590/MIC 42048910
            Corpus Christi Medical Center Bay Area
            7101 SPID, Corpus Christi TX 78412 CLIA# 45D0871784
            Steve J Galatzan MD
        (cn) See (oo), (cm)
        (oo) Results of this assay method may be falsely depressed or
            elevated if patient is taking sulfasalazine.
        (cp) See (oo), (cm)
        (cq) See (cr), (cm)
        (cr) Reporting units: mL/min/1.73m^2  (Modified MDRD Formula)
        (cs) See (cr), (cm)


----------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M      Acct#DO00092173896 Unit#DO00920868
----------------------------------------------------------------------------

Sewell - Appeal 05/16/23 - 147

Lincoln/Sewell 298

Patient: SEWELL,TIMOTHY ALAN          #DO0092173896     (Continued)

| Day | | 3 | | 2 |
| Date | | ------------08/30/21------------- | | 08/29/21 |
| Time | Reference  Units | 0433 | 0433 | 1110 |
| > ALB/GLOB RATI(1.1-2.2) | | | 0.7(et)       L | 0.9(et)      L |
| Verified Date | | | 08/30/21 | 09/29/21 |
| Time | | | 0533 | 1202 |
| > CALCIUM | (8.7-10.5) MG/DL | | 8.1(et)       L | 7.8(et)      L |
| Verified Date | | | 08/30/21 | 08/29/21 |
| Time | | | 0533 | 1202 |
| > PHOSPHOROUS | (2.5-4.9) MG/DL | | 1.8(et)       L | 4.2(et) |
| Verified Date | | | 08/30/21 | 08/29/21 |
| Time | | | 0533 | 1202 |
| > BILI TOT | (0.0-1.0) MG/DL | | 0.3(et) | 0.5(et) |
| Verified Date | | | 08/30/21 | 08/29/21 |
| Time | | | 0533 | 1202 |
| > SGOT/AST | (15-37)  Units/L | | 80(eu)        H | 69(ev)       H |
| Verified Date | | | 08/30/21 | 08/29/21 |
| Time | | | 0533 | 1202 |
| > SGPT/ALT | (30-65)  Units/L | | 49(ex) | 61(ey) |
| Verified Date | | | 08/30/21 | 08/29/21 |
| Time | | | 0533 | 1202 |
| > ALK PHOS TOTA(50-136)  Units/L | | | 57(et) | 65(et) |
| Verified Date | | | 08/30/21 | 08/29/21 |
| Time | | | 0533 | 1202 |
| > MAGNESIUM | (1.8-2.4) MG/DL | | 2.6(et)       H | 2.3(et) |
| Verified Date | | | 08/30/21 | 08/29/21 |
| Time | | | 0533 | 1202 |
| > CA IONIZED | (1.12-1.32 MMOL/L | 1.11(et)     L | | |
| Verified Date | 08/30/21 | | | |
| Time | 0501 | | | |

NOTES:  (et) BAMC LAB 42227530/MIC 42048910
          Corpus Christi Medical Center Bay Area
          7101 SPID, Corpus Christi TX 78412 CLIA# 4500074704
          Steve J Galatzan MD
        (eu) See (ev), (et)
        (ev) Results of this assay method may be falsely depressed or
          elevated if patient is taking sulfasalazine
        (ew) See (ev), (et)
        (ex) See (ev), (et)
        (ey) See (ev), (et)

Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 97/M      Acct#DO0092173896 Unit#DO00920868

Sewell - Appeal 05/16/23 - 148

Lincoln/Sewell 299

RUN DATE: 11/04/21     Corpus Christi Medical Center     PAGE 35
RUN TIME: 0231     PO BOX 8991
RUN USER: LANEKOJOB     Corpus Chr TX  78468
     HPF LAB Discharge Summary Report w/o Pathology

------------------------------------------------------------------------------

Patient: SEWELL,TIMOTHY ALAN     #DO0092173896    (Continued)

------------------------------------------------------------------------------

| Day | | 2 | 1 | |
|---|---|---|---|---|
| Date | | 08/29/21 | --------------08/28/21-------------- | |
| Time | Reference Units | 0815 | 2114 | 1757 |

| | | | | |
|---|---|---|---|---|
| > TROPONIN-I | (0.000-0.0 NG/ML | | (< 0.013(ec) | |
| | Verified Date | | 08/29/21 | |
| | Time | | 2202 | |
| > UR COCAINE | (NEGATIVE) | | | NEGATIVE(fc) |
| | Verified Date | | | 08/28/21 |
| | Time | | | 1816 |
| > UR MDMA ECSTA | (NEGATIVE) | | | NEGATIVE(fc) |
| | Verified Date | | | 08/28/21 |
| | Time | | | 1816 |
| > UR CANNABINOI | (NEGATIVE) | | | NEGATIVE(fc) |
| | Verified Date | | | 08/28/21 |
| | Time | | | 1816 |
| > UR AMPHETAMIN | (NEGATIVE) | | | NEGATIVE(fc) |
| | Verified Date | | | 08/28/21 |
| | Time | | | 1816 |
| > UR BARBITURAT | (NEGATIVE) | | | NEGATIVE(fc) |
| | Verified Date | | | 08/28/21 |
| | Time | | | 1816 |
| > BENZODIAZEPIN | (NEGATIVE) | | | NEGATIVE(fc) |
| | Verified Date | | | 08/28/21 |
| | Time | | | 1816 |
| > UR OPIATES CL | (NEGATIVE) | | | NEGATIVE(fc) |
| | Verified Date | | | 08/28/21 |
| | Time | | | 1816 |

NOTES:  (ec) The lower limit for Trop-I has been changed from <0.04.
      See also (fa), (fb), (fc)
    (fa)
      - The use of serial sampling and testing protocol is a
        recommended practice.
      - An elevated troponin level alone is often not sufficient
        for diagnosis of myocardial infarction.
    (fb) Results of this assay method may be falsely depressed or
      elevated if patient is taking high doses of Biotin.
    (fc) BAHC LAB 42227530/HIC 42048010
      Corpus Christi Medical Center Bay Area
      7101 SPID, Corpus Christi TX 78412 CLIA# 45D0874784
      Steve J Galatzan MD

------------------------------------------------------------------------------

Patient: SEWELL,TIMOTHY ALAN    Age/Sex: 57/M    Acct#DO0092173896 Unit#DO00920868

------------------------------------------------------------------------------

**Lincoln/Sewell 300**

RUN DATE: 11/04/21       Corpus Christi Medical Center        PAGE 36
RUN TIME: 0231              PO BOX 6991
RUN USER: LADPKSJOB       Corpus Chr TX    78468
          HFP LAB Discharge Summary Report w/o Pathology

Patient: SEWELL,TIMOTHY ALAN       #000092173896   (Continued)

| Day | | 2 | 1 | |
|---|---|---|---|---|
| Date | | 08/29/21 | --------08/28/21-------- | |
| Time | Reference Units | 0815 | 2114 | 1757 |
| > UR PCP | (NEGATIVE) | | | NEGATIVE(fd) |
| | Verified Date | | | 08/28/21 |
| | Time | | | 1816 |
| > CA IONIZED | (1.12-1.32 MMOL/L | 0.92(ff) | L | |
| | Verified Date | 08/29/21 | | |
| | Time | 0956 | | |

| Day | | 1 | | |
|---|---|---|---|---|
| Date | | 08/28/21 | | |
| Time | Reference Units | 1745 | | |
| > SODIUM | (133-145) MMOL/L | 137(ff) | | |
| | Verified Date | 08/28/21 | | |
| | Time | 1814 | | |
| > POTASSIUM | (3.6-5.2) MMOL/L | 3.7(ff) | | |
| | Verified Date | 08/28/21 | | |
| | Time | 1814 | | |
| > CHLORIDE | (100-108) MMOL/L | 100(ff) | | |
| | Verified Date | 08/28/21 | | |
| | Time | 1814 | | |
| > CARBON DIOXID(22-32) | MMOL/L | 22(ff) | | |
| | Verified Date | 08/28/21 | | |
| | Time | 1814 | | |

NOTES:  (fd) See (fe), (ff)
      (fe) Urine Drug Abuse Screen provides preliminary results that
          may be confirmed by alternate methods (i.e., GC/MS) at a
          reference laboratory. Results of screen may not be used
          in criminal justice, job performance or professional
          credential review, or infant custody issues.

| Negative Cut Off Level | ng/ml |
|---|---|
| Cocaine | 300 |
| Methamphetamine (Ecstacy) | 500 |
| Cannabinoids (THC) | 50 |
| Amphetamine | 1000 |
| Barbiturates | 200 |
| Benzodiazepines | 200 |
| Opiates | 300 |
| Phencyclidine (PCP) | 25 |

      (ff) BAMC LAB 42227536/HIC 42048910
          Corpus Christi Medical Center Bay Area
          7101 SPID, Corpus Christi TX 78412 CLIA# 4500874784
          Steve J Galatzan MD

Patient: SEWELL,TIMOTHY ALAN     Age/Sex: 57/M    Acct#000092173896 Unit#DO0920868

**Lincoln/Sewell 301**

--------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN               #DG0092173096    (Continued)
--------------------------------------------------------------------------------

| Day | | | | | |
|---|---|---|---|---|---|
| Date | | 08/28/21 | | | |
| Time | Reference  Units | 1749 | | | |

--------------------------------------------------------------------------------

| | | | | | | |
|---|---|---|---|---|---|---|
| > GLUCOSE | (65-99)   MG/DL | 143(fg) | H | | | |
| | Verified Date | 08/28/21 | | | | |
| | Time | 1814 | | | | |
| > BUN | (6-20)   MG/DL | 10(fi) | | | | |
| | Verified Date | 08/28/21 | | | | |
| | Time | 1814 | | | | |
| > CREATININE | (0.60-1.00 MG/DL | 1.28(fi) | H | | | |
| | Verified Date | 08/28/21 | | | | |
| | Time | 1814 | | | | |
| > eGFR | (49-113) | 57(fj) | | | | |
| | Verified Date | 08/28/21 | | | | |
| | Time | 1814 | | | | |
| > T PROTEIN | (6.4-8.2)  G/DL | 6.6(fi) | | | | |
| | Verified Date | 08/28/21 | | | | |
| | Time | 1814 | | | | |
| > ALBUMIN | (3.4-5.0)  G/DL | 3.4(fi) | | | | |
| | Verified Date | 08/28/21 | | | | |
| | Time | 1814 | | | | |
| > GLOBULIN | (1.5-3.0)  G/DL | 3.2(fi) | | | | |
| | Verified Date | 08/28/21 | | | | |
| | Time | 1814 | | | | |
| > ALB/GLOB RATI | (1.1-2.2) | 1.1(fi) | | | | |
| | Verified Date | 08/28/21 | | | | |
| | Time | 1814 | | | | |
| > CALCIUM | (8.7-10.5) MG/DL | 8.5(fi) | L | | | |
| | Verified Date | 08/28/21 | | | | |
| | Time | 1814 | | | | |
| > BILI TOT | (0.0-1.0)  MG/DL | 0.4(fi) | | | | |
| | Verified Date | 08/28/21 | | | | |
| | Time | 1814 | | | | |
| > SGOT/AST | (15-37)   Units/L | 61(fi) | H | | | |
| | Verified Date | 08/28/21 | | | | |
| | Time | 1814 | | | | |

NOTES:  (fg) See (fh), (fi)
        (fh) Results of this assay method may be falsely depressed or
             elevated if patient is taking sulfasalazine.
        (fi) DAMC LAB 42227530/MIC 42040910
             Corpus Christi Medical Center Bay Area
             7101 SPID, Corpus Christi TX 78412 CLIA# 45D0874784
             Steve J Galatzan MD
        (fj) See (fk), (fi)
        (fk) Reporting units:  mL/min/1.73m^2  (Modified MDRD Formula)
        (fi) See (fh), (fi)

--------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M     Acct#000092173896 Unit#P000920868
--------------------------------------------------------------------------------

**Lincoln/Sewell 302**

RUN DATE: 11/04/21           Corpus Christi Medical Center                  PAGE 38
RUN TIME: 0731                      PO BOX 8991
RUN USER: LABPRGJOB           Corpus Chr TX   78468
               HPF LAB Discharge Summary Report w/o Pathology

```
------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN           #D00092173896     (Continued)
------------------------------------------------------------------------

  Day                                  1
  Date                              08/28/21
  Time          Reference  Units       1746
------------------------------------------------------------------------
> SGPT/ALT     (30-65)     Units/L  165(Fn)        H |        |        |
                     Verified Date|   08/28/21      |        |        |
                             Time|      1814        |        |        |
> ALK PHOS TOTA(50-136)   Units/L  178(Fo)          |        |        |
                     Verified Date|   08/28/21      |        |        |
                             Time|      1814        |        |        |

NOTES:   (fm) See (fn), (fo)
         (fn) Results of this assay method may be falsely depressed or
              elevated if patient is taking sulfasalazine.
         (fo) BAMC LAB 42227530/HIC 42048910
              Corpus Christi Medical Center Bay Area
              7101 SPID, Corpus Christi TX 78412 CLIA# 45D0074284
              Steve J Silatzan MD
```

**Lincoln/Sewell 303**

```
-----------------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN              #DO0092173896     (Continued)
-----------------------------------------------------------------------------------------

   Day                              7                        6
   Date                          09/03/21   ------------09/02/21------------
   Time          Reference  Units    1136             1857          1926
-----------------------------------------------------------------------------------------
> GLU BEDSIDE  (65-99)    MG/DL   |166(fp)    H |150(fr)    H |142(fs)       H |
                   Verified Date|  09/03/21    |   09/02/21    |   09/02/21     |
                            Time|    1145      |     1857      |     1333       |


-----------------------------------------------------------------------------------------
   Day                              5                        2
   Date                          08/30/21       08/29/21
   Time          Reference  Units    1314         0535
-----------------------------------------------------------------------------------------
> GLU BEDSIDE  (65-99)    MG/DL   |115(ft)    H |144(fu)    H |                  |
                   Verified Date|  08/30/21    |   08/29/21    |                  |
                            Time|    1315      |     0535      |                  |


NOTES:   (fp)  Performed by certified operator at Bay Area MC
               See also (fq)
         (fq)  FALS
               Point of Care Testing
         (fr)  Performed by certified operator at Bay Area MC
               See also (fq)
         (fs)  Performed by certified operator at Heart Hospital
               See also (fq)
         (ft)  Performed by certified operator at Bay Area MC
               See also (fq)
         (fu)  Performed by certified operator at Heart Hospital
               See also (fq)
```

```
-----------------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M      Acc#DO0092173896 Unit#DO000920868
-----------------------------------------------------------------------------------------
```

Sewell - Appeal 05/16/23 - 153

**Lincoln/Sewell 304**

RUN DATE: 11/04/21          Corpus Christi Medical Center                    PAGE 40
RUN TIME: 0233                    PO BOX 8931
FOR USER: LABSURGJJCD          Corpus Chr TX   78468
                       BPF LAB Discharge Summary Report w/o Pathology

-------------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN                    #DO0092173896      (Continued)
-------------------------------------------------------------------------------------

> 09/20/21-1445 COVID 19 IH AG  NEGATIVE(fv)    (Negative)           09/20/21 1545

NOTES:  (fv) See (fv), (fx)
        (fw) * The Sofia SARS Antigen FIA does not differentiate between
             SARS-COV and SARS-CoV-2

             * The Sofia SARS Antigen FIA employs immunofluorescence
             technology in a sandwich design that is used with Sofia to
             detect nucleocapsid protein from SARS-CoV and SARS-CoV-2.
             This test allows for the detection of SARS-CoV and
             SARS-CoV-2. The test detects, but does not differentiate,
             between the two viruses.

             * Results are for the identification of SARS-CoV-2
             nucleocapsid protein antigen. Antigen is generally
             detectable in upper respiratory specimens during the acute
             phase of infection. Positive results indicate the presence
             of viral antigens, but clinical correlation with patient
             history and other diagnostic information is necessary to
             determine infection status. Positive results do not rule out
             bacterial infection or co-infection with other viruses. The
             agent detected may not be the definite cause of disease.

             * Negative results should be treated as presumptive

             * This test has not been FDA cleared or approved; the test
             has been authorized by FDA under an Emergency Use
             Authorization (EUA) for use by laboratories certified under
             the CLIA that meet the requirements to perform moderate,
             high or waived complexity tests. This test is authorized for
             use at the Point of Care (POC), i.e., in patient care
             settings operating under a CLIA Certificate of Waiver,
             Certificate of Compliance, or Certificate of Accreditation
        (fx) BAMC LAB #2227A30/HIC 42346910
             Corpus Christi Medical Center Bay Area
             7101 SPID, Corpus Christi TX 78412 CLIA# 45D0874784
             Steve J Galatzan MD

-------------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M     Acct#DO0092173896 Unit#DO0092173896
-------------------------------------------------------------------------------------

Lincoln/Sewell 305

---

Patient: SEWELL,TIMOTHY ALAN               #DO0092173896    (Continued)

---

> 09/17/21-0547 COVID 19 IN AG   NEGATIVE(fy)    (Negative)        09/17/21 0907

> 09/06/21-0508 CRP QT           32.2(gb)      H (< 0.9)MT/DL       09/06/21 0719

NOTES:   (fy) See (fz), (ga)
         (fz) * The Sofia SARS Antigen FIA does not differentiate between
              SARS-CoV and SARS-CoV-2

              * The Sofia SARS Antigen FIA employs immunofluorescence
              technology in a sandwich design that is used with Sofia to
              detect nucleocapsid protein from SARS-CoV and SARS-CoV-2.
              This test allows for the detection of SARS-CoV and
              SARS-CoV-2. The test detects, but does not differentiate,
              between the two viruses.

              * Results are for the identification of SARS-CoV-2
              nucleocapsid protein antigen. Antigen is generally
              detectable in upper respiratory specimens during the acute
              phase of infection. Positive results indicate the presence
              of viral antigens, but clinical correlation with patient
              history and other diagnostic information is necessary to
              determine infection status. Positive results do not rule out
              bacterial infection or co-infection with other viruses. The
              agent detected may not be the definite cause of disease.

              ' Negative results should be treated as presumptive

              * This test has not been FDA cleared or approved; the test
              has been authorized by FDA under an Emergency Use
              Authorization (EUA) for use by laboratories certified under
              the CLIA that meet the requirements to perform moderate,
              high or waived complexity tests. This test is authorized for
              use at the Point of Care (POC), i.e., in patient care
              settings operating under a CLIA Certificate of Waiver,
              Certificate of Compliance, or Certificate of Accreditation
         (ga) PAMC LAB 42227530/MIC 42048910
              Corpus Christi Medical Center Bay Area
              7101 SPID, Corpus Christi TX 78412 CLIA# 4500874784
              Steve J Galatzan MD
         (gb) PAMC LAB 42227530/MIC 42048910
              Corpus Christi Medical Center Bay Area
              7101 SPID, Corpus Christi TX 78412 CLIA# 4500874784
              Steve J Galatzan MD

---

Patient: SEWELL,TIMOTHY ALAN        Age/Sex: 57/M    Acct#DO0092173896 Unit#DO00920868

---

**Lincoln/Sewell 306**

------------------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN                    #DO0092173896        (Continued)
------------------------------------------------------------------------------------------

> 09/29/21-0209 COVID 19 IM AG  NEGATIVE(gc)     (Negative)          08/22/21 0248

------------------------------------------------------------------------------------------
| Test | Date | Time | Result | Reference | Units | Ver Date/Time |
|------|------|------|--------|-----------|-------|---------------|
| > COLOR | 09/19/21 | -1453 | Yellow(gf) | (YELLOW) | | 09/19/21 1545 |
| > COLOR | 08/28/21 | -1757 | (gg) | (YELLOW) | | 08/28/21 1811 |
| > APPEARANCE | 09/19/21 | -1453 | Turbid(gf) | (CLEAR) | | 09/19/21 1545 |
| > APPEARANCE | 08/28/21 | -1757 | CLEAR(gf) | (CLEAR) | | 08/28/21 1811 |

NOTES:  (gc) See (gd), (ge)
        (gd) ' The Sofia SARS Antigen FIA does not differentiate between
             SARS-CoV and SARS-CoV-2

             ' The Sofia SARS Antigen FIA employs immunofluorescence
             technology in a sandwich design that is used with Sofia to
             detect nucleocapsid protein from SARS-CoV and SARS-CoV-2.
             This test allows for the detection of SARS-CoV and
             SARS-CoV-2. The test detects, but does not differentiate,
             between the two viruses.

             ' Results are for the identification of SARS-CoV-2
             nucleocapsid protein antigen. Antigen is generally
             detectable in upper respiratory specimens during the acute
             phase of infection. Positive results indicate the presence
             of viral antigens, but clinical correlation with patient
             history and other diagnostic information is necessary to
             determine infection status. Positive results do not rule out
             bacterial infection or co-infection with other viruses. The
             agent detected may not be the definite cause of disease.

             ' Negative results should be treated as presumptive

             ' This test has not been FDA cleared or approved; the test
             has been authorized by FDA under an Emergency Use
             Authorization (EUA) for use by laboratories certified under
             the CLIA that meet the requirements to perform moderate,
             high or waived complexity tests. This test is authorized for
             use at the Point of Care (POC), i.e., in patient care
             settings operating under a CLIA Certificate of Waiver,
             Certificate of Compliance, or Certificate of Accreditition
        (ge) NAMC LAB 42227530/HIC 42040910
             Corpus Christi Medical Center Bay Area
             7101 SPID, Corpus Christi TX 78412 CLIA# 4500874764
             Steve J Galatzan MD
        (gf) NAMC LAB 42227530/HIC 42040910
             Corpus Christi Medical Center Bay Area
             7101 SPID, Corpus Christi TX 78412 CLIA# 4500874784
             Steve J Galatzan MD
        (gg) Colorless
             See also (gf)

------------------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M     Acct#DO0092173896 Unit#DO00920868
------------------------------------------------------------------------------------------

Sewell - Appeal 05/16/23 - 156

Lincoln/Sewell 307

---------------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN              #DO0092173896      (Continued)
---------------------------------------------------------------------------------------

| Test | Date | Time | Result | Reference | Units | Ver Date/Time |
|------|------|------|--------|-----------|-------|---------------|
| > GLUCOSE | 09/19/21 | -1453 | NORMAL(gh) | (NEGATIVE) | mg/dL | 09/19/21 1545 |
| > GLUCOSE | 08/29/21 | -1757 | 150(gh)    H | (NEGATIVE) | mg/dL | 08/28/21 1811 |
| > BILIRUBIN | 09/19/21 | -1453 | NEGATIVE(gh) | (NEGATIVE) | | 09/19/21 1545 |
| > BILIRUBIN | 08/28/21 | -1757 | NEGATIVE(gh) | (NEGATIVE) | | 08/28/21 1811 |
| > KETONES | 09/19/21 | -1453 | NEGATIVE(gh) | (NEGATIVE) | mg/dL | 09/19/21 1545 |
| > KETONES | 08/28/21 | -1757 | NEGATIVE(gh) | (NEGATIVE) | mg/dL | 08/28/21 1811 |
| > SPEC GRAVITY | 09/19/21 | -1453 | 1.020(gh) | (1.001-1.03 | | 09/19/21 1545 |
| > SPEC GRAVITY | 08/29/21 | -1757 | 1.004(gh) | (1.001-1.03 | | 08/28/21 1811 |
| > BLOOD | 09/19/21 | -1453 | NEGATIVE(gh) | | | 09/19/21 1545 |
| > BLOOD | 08/28/21 | -1757 | TRACE(gh) | | | 08/28/21 1811 |
| > PH | 09/19/21 | -1453 | 7.0(gh) | (5.5-7.0) | | 09/19/21 1545 |
| > PH | 08/28/21 | -1757 | 6.0(gh) | (5.5-7.0) | | 08/28/21 1811 |
| > PROTEIN | 09/19/21 | -1453 | 20(gh) | (NEGATIVE) | mg/dL | 09/19/21 1545 |
| > PROTEIN | 08/28/21 | -1757 | 20(gh) | (NEGATIVE) | mg/dL | 08/28/21 1811 |
| > UROBILINOGEN | 09/19/21 | -1453 | 2.0(gh) | (NORMAL) | mg/dL | 09/19/21 1545 |
| > UROBILINOGEN | 08/29/21 | -1757 | NORMAL(gh) | (NORMAL) | mg/dL | 08/28/21 1811 |
| > NITRITE | 09/19/21 | -1453 | NEGATIVE(gh) | (NEGATIVE) | | 09/19/21 1545 |
| > NITRITE | 08/28/21 | -1757 | NEGATIVE(gh) | (NEGATIVE) | | 08/28/21 1811 |
| > LEUK ESTERASE | 09/19/21 | -1453 | NEGATIVE(gh) | (NEGATIVE) | | 09/19/21 1545 |
| > LEUK ESTERASE | 08/26/21 | -1757 | NEGATIVE(gh) | (NEGATIVE) | | 08/28/21 1811 |
| > COMMENT | 09/19/21 | -1453 | (gi) | | | 09/19/21 1545 |
| > COMMENT | 08/28/21 | -1757 | (gj) | | | 08/28/21 1811 |
| > UA SPEC DESC | 09/19/21 | -1453 | (gk) | | | 09/19/21 1545 |
| > UA SPEC DESC | 08/28/21 | -1757 | (gi) | | | 08/28/21 1811 |
| > WBC | 09/19/21 | -1453 | < 10(gh) | (0-10) | #/HPF | 09/19/21 1553 |
| > WBC | 08/28/21 | -1757 | < 10(gh) | (0-10) | #/HPF | 08/28/21 1813 |
| > RBC | 09/19/21 | -1453 | 6-10(gh) | (NONE SEEN)#/HPF | | 09/19/21 1553 |
| > RBC | 08/28/21 | -1757 | 0-2(gh) | (NONE SEEN)#/HPF | | 08/28/21 1813 |
| > BACTERIA | 08/26/21 | -1757 | Trace(gh) | (NONE SEEN)HPF | | 08/26/21 1813 |
| > SQUAM CELLS | 09/19/21 | -1453 | 0 - 20(gh) | (<100) | #/LPF | 09/19/21 1553 |
| > SQUAM CELLS | 08/28/21 | -1757 | 0 - 20(gh) | (<100) | #/LPF | 08/28/21 1813 |
| > MUCUS | 09/19/21 | -1453 | RARE(gh) | (NONE SEEN)#/lpf | | 09/19/21 1553 |
| > UA CULT NEEDED? | 09/19/21 | -1453 | (gm) | | | 09/19/21 1553 |

NOTES:  (gh) DMMC LAB 42227530/HMC 42048910
             Corpus Christi Medical Center Bay Area
             7101 SPID, Corpus Christi TX 78412 CLIA# 45D0873784
             Steve J Galatzan MD
        (gi) VOLUME 10-12 ML
             See also (gh)
        (gj) VOLUME 10-12 ML
             See also (gh)
        (gk) Catheterized
             See also (gh)
        (gl) Indwelling Cath
             See also (gh)
        (gm) Criteria not met
             See also (gh)

---------------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M      Acct#DO0092173896 Unit#DO00920868
---------------------------------------------------------------------------------------

Lincoln/Sewell 308

---

Patient: SEWELL,TIMOTHY ALAN              #DO0092173896      (Continued)

---

| Test | Date | Time | Result | Reference | Units | Ver Date/Time |
|------|------|------|--------|-----------|-------|---------------|
| > UA CULT NEEDED? | 08/28/21 | ~1757 | (gn) | | | 08/28/21 1813 |

NOTES:   (gn) Criteria not met
               See also (go)
         (go) FABC LAB 42227530/HIC 42048910
              Corpus Christi Medical Center Bay Area
              7101 SPID, Corpus Christi TX 70412 CLIA# 4500874784
              Steve J Galatzan MD

---

Patient: SEWELL,TIMOTHY ALAN              Age/Sex: 57/M        Acct#DO0092173896 Unit#DO00920868

---

Lincoln/Sewell 309

---

Patient: SEWELL,TIMOTHY ALAN              #DO00092173896    (Continued)

---

| Day<br>Date<br>Time | Reference  Units | 6<br>09/02/21<br>0430 | 5<br>09/01/21<br>0448 | 4<br>08/31/21<br>0415 | |
|---|---|---|---|---|---|
| > BASO % | (0.0-0.5) % | 0.4(a) | 0.5(a) | 0.1(a) | |
| | Verified Date | 09/02/21 | 09/01/21 | 08/31/21 | |
| | Time | 0518 | 0653 | 0519 | |
| > NRBC% | (0.0-0.0) % | 0.0(a) H | 0.0(a) H | 0.0(a) | |
| | Verified Date | 09/02/21 | 09/01/21 | 08/31/21 | |
| | Time | 0518 | 0653 | 0519 | |
| > NEUT # | (1.8-7.7) x10^3/uL | 6.69(a) | 11.18(a) | 6.19(a) H | |
| | Verified Date | 09/02/21 | 09/01/21 | 08/31/21 | |
| | Time | 0518 | 0653 | 0519 | |
| > IMM GRAN # | (0.00-0.03 x10^3/uL | 0.23(a) H | 0.58(a) H | 0.05(a) | H |
| | Verified Date | 09/02/21 | 09/01/21 | 08/31/21 | |
| | Time | 0518 | 0653 | 0519 | |
| > LYMPH # | (1.0-4.8) x10^3/uL | 0.76(a) L | 0.61(a) L | 0.66(a) | L |
| | Verified Date | 09/02/21 | 09/01/21 | 08/31/21 | |
| | Time | 0518 | 0653 | 0519 | |
| > MONO # | (0.0-0.8) x10^3/uL | 1.14(a) | 1.47(a) H | 0.54(a) | |
| | Verified Date | 09/02/21 | 09/01/21 | 08/31/21 | |
| | Time | 0518 | 0653 | 0519 | |
| > EOS # | (0.0-0.5) x10^3/uL | 0.63(a) H | 0.90(a) H | 0.00(a) | |
| | Verified Date | 09/02/21 | 09/01/21 | 08/31/21 | |
| | Time | 0518 | 0653 | 0519 | |
| > BASO # | (0.0-0.2) x10^3/uL | 0.04(a) | 0.07(a) | 0.01(a) | |
| | Verified Date | 09/02/21 | 09/01/21 | 08/31/21 | |
| | Time | 0518 | 0653 | 0519 | |
| > NRBC# | (0.0-0.2) X10^3/uL | 0.1(a) | 0.1(a) | 0.0(a) | |
| | Verified Date | 09/02/21 | 09/01/21 | 08/31/21 | |
| | Time | 0518 | 0653 | 0519 | |
| > MAN DIFF NEED(TECH REVI | | | (t) | | |
| | Verified Date | | 09/01/21 | | |
| | Time | | 0653 | | |

---

| Day<br>Date<br>Time | Reference  Units | 3<br>08/30/21<br>0433 | 2<br>08/29/21<br>1110 | 1<br>08/28/21<br>1747 | |
|---|---|---|---|---|---|
| > WBC | (4.80-10.8 x10^3/uL | 9.55(a) | 12.64(a) H | 7.76(a) | |
| | Verified Date | 08/30/21 | 08/29/21 | 08/28/21 | |
| | Time | 0611 | 1144 | 1809 | |

NOTES:  (a)  BAMC LAB 42227530/HIC 42048910
             Corpus Christi Medical Center Bay Area
             7101 SPID, Corpus Christi TX 78412 CLIA# 45D0874784
             Steve J Galatzan MD
        (t)  AUTODIFF VERIFIED
             ** Auto Differential verified by tech review of smear.
             See also (a)

---

Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M     Acct#DO00092173896 Unit#DO00920868

---

Sewell - Appeal 05/16/23 - 159

**Lincoln/Sewell 310**

--------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN                #DO0009217389f    (Continued)
--------------------------------------------------------------------------------

| Day | | 20 | 19 | 18 |
| Date | | 09/16/21 | 09/15/21 | 09/14/21 |
| Time | Reference  Units | 0326 | 0331 | 0359 |
|---|---|---|---|---|
| > ABG pH | (7.35-7.45 | 7.40(gp) | 7.40(gp) | 7.62(gp)    *H |
|  | Verified Date | 09/16/21 | 09/15/21 | 09/14/21 |
|  | Time | 0328 | 0333 | 0402 |
| > ABG PCO2 | (35.0-45.0 mmHg | 46.0(gp)    H | 46.4(gp)    H | 27.9(gp)    L |
|  | Verified Date | 09/16/21 | 09/15/21 | 09/14/21 |
|  | Time | 0328 | 0333 | 0402 |
| > ABG PO2 | (80.0-100. mmHg | 139.4(gp)    H | 59.8(gp)    L | 162.6(gp)    H |
|  | Verified Date | 09/16/21 | 09/15/21 | 09/14/21 |
|  | Time | 0328 | 0333 | 0402 |
| > HCO3 | (20.0-26.0 mmol/L | 27.8(gp)    H | 28.2(gp)    H | 28.2(gp)    H |
|  | Verified Date | 09/16/21 | 09/15/21 | 09/14/21 |
|  | Time | 0328 | 0333 | 0402 |
| > BASE EXCESS | (-3.0-3.0) mmol/L | 2.5(gp) | 3.0(gp) | 6.1(gp)    H |
|  | Verified Date | 09/16/21 | 09/15/21 | 09/14/21 |
|  | Time | 0326 | 0333 | 0402 |
| > ABG TYPE | | Arterial(gp) | Arterial(gp) | Arterial(gp) |
|  | Verified Date | 09/16/21 | 09/15/21 | 09/14/21 |
|  | Time | 0328 | 0333 | 0402 |
| > TOTAL HGB | (13.0-18.0 G/DL | 10.6(gp)    L | 8.6(gp)    L | 4.7(gp)    L |
|  | Verified Date | 09/16/21 | 09/15/21 | 09/14/21 |
|  | Time | 0328 | 0333 | 0402 |
| > OXYHEMOGLOBIN | (92.0-98.0 % | 98.3(gp)    H | 89.1(gp)    L | 98.6(gp)    H |
|  | Verified Date | 09/16/21 | 09/15/21 | 09/14/21 |
|  | Time | 0328 | 0333 | 0402 |
| > CARBOXYHGB | (0.5-1.5) % | 0.6(gp) | 1.5(gp) | 0.8(gp) |
|  | Verified Date | 09/16/21 | 09/15/21 | 09/14/21 |
|  | Time | 0328 | 0333 | 0402 |
| > METHEMOGLOBIN | (0.4-1.5) % | 0.2(gp)    L | 0.3(gp)    L | 0.5(gp) |
|  | Verified Date | 09/16/21 | 09/15/21 | 09/14/21 |
|  | Time | 0328 | 0333 | 0402 |
| > FIO2 | % | 40.0(gp) | 40.0(gp) | 50.0(gp) |
|  | Verified Date | 09/16/21 | 09/15/21 | 09/14/21 |
|  | Time | 0328 | 0333 | 0402 |
| > PaO2/FIO2 | mm/Hg | 348.50(gp) | 149.50(gp) | 325.20(gp) |
|  | Verified Date | 09/16/21 | 09/15/21 | 09/14/21 |
|  | Time | 0329 | 0333 | 0402 |
| > MODE | | AC-VOL(gp) | ac-vol(gp) | ac-vol(gp) |
|  | Verified Date | 09/16/21 | 09/15/21 | 09/14/21 |
|  | Time | 0328 | 0333 | 0402 |
| > RESP RATE | /MIN | 15.0(gp) | 15.0(gp) | 15.0(gp) |
|  | Verified Date | 09/16/21 | 09/15/21 | 09/14/21 |
|  | Time | 0328 | 0333 | 0402 |

NOTES:   (gp) Blood Gas-Bay Area/Heart Hosp
             7101 S Padre Island Dr, Corpus Christi TX 78412  CLIA# 45D0674784


--------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN          Age/Sox: 57/M      Acct#DO00092173896 Unit#DO00920868
--------------------------------------------------------------------------------

Lincoln/Sewell 311

-------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN               #DO0092173896    (Continued)
-------------------------------------------------------------------------------

| Day | | | 20 | 19 | 18 |
| Date | | | 09/16/21 | 09/15/21 | 09/14/21 |
| Time | Reference | Units | 0326 | 0331 | 0359 |
|---|---|---|---|---|---|
| > ABG TIDAL VOL | | ml | 430.0(gq) | 430.0(gq) | 430.0(gq) |
| | Verified Date | | 09/16/21 | 09/15/21 | 09/14/21 |
| | Time | | 0328 | 0333 | 0402 |
| > PEEP | | cmH2O | 5.0(gq) | 5.0(gq) | 5.0(gq) |
| | Verified Date | | 09/16/21 | 09/15/21 | 09/14/21 |
| | Time | | 0328 | 0333 | 0402 |
| > ALLEN TEST | | | NA(gq) | NA(gq) | NA(gq) |
| | Verified Date | | 09/16/21 | 09/15/21 | 09/14/21 |
| | Time | | 0328 | 0333 | 0402 |
| > ABG SITE | | | LR(gq) | LR(gq) | LR(gq) |
| | Verified Date | | 09/16/21 | 09/15/21 | 09/14/21 |
| | Time | | 0328 | 0333 | 0402 |
| > CV CALL BG | | | | | Called(gr) |
| | Verified Date | | | | 09/14/21 |
| | Time | | | | 0402 |

| Day | | | 17 | 16 | 15 |
| Date | | | 09/13/21 | 09/12/21 | 09/11/21 |
| Time | Reference | Units | 0509 | 0414 | 0408 |
|---|---|---|---|---|---|
| > ABG pH | (7.35-7.45) | | 7.52(gq)   H | 7.42(gq) | 7.51(gq)   H |
| | Verified Date | | 09/13/21 | 09/12/21 | 09/11/21 |
| | Time | | 0513 | 0417 | 0413 |
| > ABG PCO2 | (35.0-45.0 mmHg | | 38.2(gq) | 48.5(gq)   H | 38.7(gq) |
| | Verified Date | | 09/13/21 | 09/12/21 | 09/11/21 |
| | Time | | 0513 | 0417 | 0413 |
| > ABG PO2 | (80.0-100. mmHg | | 80.9(gq) | 76.0(gq)   L | 64.0(gq)   L |
| | Verified Date | | 09/13/21 | 09/12/21 | 09/11/21 |
| | Time | | 0513 | 0417 | 0413 |
| > HCO3 | (20.0-26.0 mmol/L | | 30.1(gq)   H | 30.6(gq)   H | 30.6(gq)   H |
| | Verified Date | | 09/13/21 | 09/12/21 | 09/11/21 |
| | Time | | 0513 | 0417 | 0413 |
| > BASE EXCESS | (-3.0-3.0) mmol/L | | 6.7(gq)   H | 5.5(gq)   H | 7.0(gq)   H |
| | Verified Date | | 09/13/21 | 09/12/21 | 09/11/21 |
| | Time | | 0513 | 0417 | 0413 |
| > ABG TYPE | | | Arterial(gq) | Arterial(gq) | Arterial(gq) |
| | Verified Date | | 09/13/21 | 09/12/21 | 09/11/21 |
| | Time | | 0513 | 0417 | 0413 |

NOTES:  (gq) Blood Gas-Day Area/Heart Hosp
        7101 S Padre Island Dr, Corpus Christi TX 78412  CLIA# 45D0874784
        (gr) Results called to and read back by nurse
        at 04:01 - 09/14/2021; by michael channette
        See also (gq)

-------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M      Acct#DO0092173896 Unit#DO00920868
-------------------------------------------------------------------------------

**Lincoln/Sewell 312**

RUN DATE: 11/04/21      Corpus Christi Medical Center      PAGE 47
RUN TIME: 0231             PO BOX 8991
RUN USER: LABDKGJOD        Corpus Chr TX   78468
            HPF LAB Discharge Summary Report w/o Pathology

Patient: SEWELL,TIMOTHY ALAN       #D00092173896    (Continued)

| | | | Day | 17 | 16 | 15 |
|---|---|---|---|---|---|---|
| | | | Date | 09/13/21 | 09/12/21 | 09/11/21 |
| | Time | Reference Units | | 0509 | 0414 | 0408 |
| > TOTAL HGB | (13.0-18.0 G/DL | | | 8.5(gs) L | 7.6(gs) L | 10.0(gs) L |
| | Verified Date | | | 09/13/21 | 09/12/21 | 09/11/21 |
| | Time | | | 0513 | 0417 | 0413 |
| > OXYHEMOGLOBIN | (92.0-98.0 % | | | 95.7(gs) | 94.2(gs) | 92.8(gs) |
| | Verified Date | | | 09/13/21 | 09/12/21 | 09/11/21 |
| | Time | | | 0513 | 0417 | 0413 |
| > CARBOXYHGB | (0.5-1.5) % | | | 1.3(gs) | 1.6(gs) | 0.6(gs) H |
| | Verified Date | | | 09/13/21 | 09/12/21 | 09/11/21 |
| | Time | | | 0513 | 0417 | 0413 |
| > METHEMOGLOBIN | (0.4-1.5) % | | | 0.2(gs) L | 0.4(gs) | 0.0(gs) L |
| | Verified Date | | | 09/13/21 | 09/12/21 | 09/11/21 |
| | Time | | | 0513 | 0417 | 0413 |
| > FIO2 | % | | | 45.0(gs) | 50.0(gs) | 60.0(gs) |
| | Verified Date | | | 09/13/21 | 09/12/21 | 09/11/21 |
| | Time | | | 0513 | 0417 | 0413 |
| > PaO2/FIO2 | mm/Hg | | | 179.70(gs) | 156.00(gs) | 106.60(gs) |
| | Verified Date | | | 09/13/21 | 09/12/21 | 09/11/21 |
| | Time | | | 0513 | 0418 | 0414 |
| > MODE | | | | ac-vol(gs) | acvc(gs) | AC(gs) |
| | Verified Date | | | 09/13/21 | 09/12/21 | 09/11/21 |
| | Time | | | 0513 | 0417 | 0413 |
| > RESP RATE | /MIN | | | 15.0(gs) | 15.0(gs) | 35.0(gs) |
| | Verified Date | | | 09/13/21 | 09/12/21 | 09/11/21 |
| | Time | | | 0513 | 0417 | 0413 |
| > ABG TIDAL VOL | ml | | | 450.0(gs) | 450.0(gs) | |
| | Verified Date | | | 09/13/21 | 09/12/21 | |
| | Time | | | 0513 | 0417 | |
| > PEEP | cmH2O | | | 5.0(gs) | 5.0(gs) | 5.0(gs) |
| | Verified Date | | | 09/13/21 | 09/12/21 | 09/11/21 |
| | Time | | | 0513 | 0417 | 0413 |
| > ALLEN TEST | | | | NA(gs) | Yes(gs) | Yes(gs) |
| | Verified Date | | | 09/13/21 | 09/12/21 | 09/11/21 |
| | Time | | | 0513 | 0417 | 0413 |
| > ABG SITE | | | | LR(gs) | RR(gs) | LR(gs) |
| | Verified Date | | | 09/13/21 | 09/12/21 | 09/11/21 |
| | Time | | | 0513 | 0417 | 0413 |

NOTES:  (gs) Blood Gas-Bay Area/Heart Hosp
       7101 S Padre Island Dr. Corpus Christi TX 78412  CLIA# 45D0874784

Patient: SEWELL,TIMOTHY ALAN     Age/Sex: 57/M    Acct#D00092173896 Unit#D000920868

Sewell - Appeal 05/16/23 - 162

Lincoln/Sewell 313

```
-------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN          #DO0092173896    (Continued)
-------------------------------------------------------------------------------

Day                                    17            16            15
Date                                 09/13/21      09/12/21      09/11/21
Time           Reference  Units       0509          0414          0408
-------------------------------------------------------------------------------
> CV CALL BG                      |Called(gt)   |Called(gv)   |Called(gw)    |
               Verified Date|      09/13/21  |   09/12/21  |   09/11/21   |
                       Time|        0513     |     0417    |     0413     |


-------------------------------------------------------------------------------
Day                                    14            13            12
Date                                 09/10/21      09/09/21      09/08/21
Time           Reference  Units       0525          0350          0335
-------------------------------------------------------------------------------
> ABG pH        (7.35-7.45        |7.49(gu)   H |7.46(gu)   H |7.46(gu)    H |
               Verified Date|      09/10/21  |   09/09/21  |   09/08/21   |
                       Time|        0539     |     0407    |     0346     |
> ABG PCO2      (35.0-45.0 mmHg    |46.2(gu)   H |43.4(gu)   |45.0(gu)       |
               Verified Date|      09/10/21  |   09/09/21  |   09/08/21   |
                       Time|        0539     |     0407    |     0346     |
> ABG PO2       (80.0-100. mmHg    |70.6(gu)   L |69.0(gu)   L |92.2(gu)    |
               Verified Date|      09/10/21  |   09/09/21  |   09/08/21   |
                       Time|        0539     |     0407    |     0346     |
> HCO3          (20.0-26.0 mmol/L  |34.4(gu)   H |30.0(gu)   H |31.0(gu)    H |
               Verified Date|      09/10/21  |   09/09/21  |   09/08/21   |
                       Time|        0539     |     0407    |     0346     |
> BASE EXCESS   (-3.0-3.0) mmol/L  |10.0(gu)   H |5.5(gu)    H |6.4(gu)     H |
               Verified Date|      09/10/21  |   09/09/21  |   09/08/21   |
                       Time|        0539     |     0407    |     0346     |
> ABG TYPE                         |Arterial(gu) |Arterial(gu) |Arterial(gu)  |
               Verified Date|      09/10/21  |   09/09/21  |   09/08/21   |
                       Time|        0539     |     0407    |     0346     |
> TOTAL HGB     (13.0-18.0 G/DL    |9.4(gu)    L |8.8(gu)    L |9.3(gu)     L |
               Verified Date|      09/10/21  |   09/09/21  |   09/08/21   |
                       Time|        0539     |     0407    |     0346     |
> OXYHEMOGLOBIN(92.0-98.0 %        |94.3(gu)     |92.5(gu)    |96.2(gu)     |
               Verified Date|      09/10/21  |   09/09/21  |   09/08/21   |
                       Time|        0539     |     0407    |     0346     |
```

NOTES:  (gt) Results called to and read back by nurse
             at 05:12 - 09/13/2021: by michael channette
             See also (gu)
        (gu) Blood Gas-Bay Area/Heart Hosp
             7101 S Padre Island Dr, Corpus Christi TX 78412   CLIA# 45D0874784
        (gv) Results called to and read back by NURSE
             at 04:17 - 09/12/2021: by Nathanael Colon RRT
             See also (gu)
        (gw) Results called to and read back by RN
             at 04:13 - 09/11/2021: by B.RIMMEL, RT
             See also (gu)

```
-------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN        Age/Sex: 57/M     Acct#DO0092173896 Unit#DO000920868
-------------------------------------------------------------------------------
```

**Lincoln/Sewell 314**

--------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN              #DO0092173896     (Continued)
--------------------------------------------------------------------------------

| Day | | | 14 | 13 | 12 |
|---|---|---|---|---|---|
| Date | | | 09/10/21 | 09/09/21 | 09/08/21 |
| Time | Reference | Units | 0525 | 0350 | 0335 |

| | | | | | |
|---|---|---|---|---|---|
| > CARBOXYHGB | (0.5-1.5) | % | 0.3(gx) | L 0.8(gx) | 0.9(gx) |
| | Verified Date | | 09/10/21 | 09/09/21 | 09/08/21 |
| | Time | | 0539 | 0407 | 0346 |
| > METHEMOGLOBIN(0.4-1.5) | | % | 0.3(gx) | L 0.3(gx) | L 0.3(gx) L |
| | Verified Date | | 09/10/21 | 09/09/21 | 09/08/21 |
| | Time | | 0539 | 0407 | 0346 |
| > FIO2 | | % | 60.0(gx) | 40.0(gx) | 50.0(gx) |
| | Verified Date | | 09/10/21 | 09/09/21 | 09/08/21 |
| | Time | | 0539 | 0407 | 0346 |
| > PAO2/FIO2 | | mm/Hg | 117.60(gx) | 172.50(gx) | 184.40(gx) |
| | Verified Date | | 09/10/21 | 09/09/21 | 09/08/21 |
| | Time | | 0539 | 0407 | 0346 |
| > MODE | | | AC(gx) | AC(gx) | AC(gx) |
| | Verified Date | | 09/10/21 | 09/09/21 | 09/08/21 |
| | Time | | 0539 | 0407 | 0346 |
| > RESP RATE | | /MIN | 15.0(gx) | 15.0(gx) | 15.0(gx) |
| | Verified Date | | 09/10/21 | 09/09/21 | 09/08/21 |
| | Time | | 0539 | 0407 | 0346 |
| > ADG TIDAL VOL | | ml | 450.0(gx) | 450.0(gx) | 450.0(gx) |
| | Verified Date | | 09/10/21 | 09/09/21 | 09/08/21 |
| | Time | | 0539 | 0407 | 0346 |
| > PEEP | | cmH2O | 5.0(gx) | 5.0(gx) | 5.0(gx) |
| | Verified Date | | 09/10/21 | 09/09/21 | 09/08/21 |
| | Time | | 0539 | 0407 | 0346 |
| > ALLEN TEST | | | Yes(gx) | Yes(gx) | NA(gx) |
| | Verified Date | | 09/10/21 | 09/09/21 | 09/08/21 |
| | Time | | 0539 | 0407 | 0346 |
| > ADG SITE | | | RF(gx) | RR(gx) | AL(gx) |
| | Verified Date | | 09/10/21 | 09/09/21 | 09/08/21 |
| | Time | | 0539 | 0407 | 0346 |
| > CV CALL BG | | | Called(gy) | Called(gz) | Called(ha) |
| | Verified Date | | 09/10/21 | 09/09/21 | 09/08/21 |
| | Time | | 0539 | 0407 | 0346 |

```
NOTES:  (gx) Blood Gas-Day Area/Heart Hosp
             7101 S Padre Island Dr, Corpus Christi TX 78412  CLIA# 45D0874784
        (gy) Results called to and read back by HOSPITALIST
             at 05:37 - 09/10/2021; by H.ISIAKA RRT
             See also (gx)
        (gz) Results called to and read back by HOSPITALIST
             at 04:06 - 09/09/2021; by H.ISIAKA RRT
             See also (gx)
        (ha) Results called to and read back by HOSPITALIST
             at 03:44 - 09/08/2021; by H.ISIAKA RRT
             See also (gx)
```

--------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M      Acct#DO0092173896 Unit#DO000920868
--------------------------------------------------------------------------------

Lincoln/Sewell 315

```
--------------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN            #DO0092173896    (Continued)
--------------------------------------------------------------------------------------

  Day                                11               10                 9
  Date                            09/07/21          09/06/21           09/05/21
  Time         Reference  Units     0345              0440               0420
--------------------------------------------------------------------------------------
> ABG pH       (7.35-7.45)    |7.42(hb)       |7.54(hb)       H |7.47(hb)       H |
                Verified Date|   09/07/21     |    09/06/21     |    09/05/21      |
                        Time|     0400       |     0454        |     0432         |
> ABG PCO2     (35.0-45.0 mmHg   |47.1(hb)   H |35.0(hb)       |44.3(hb)          |
                Verified Date|   09/07/21     |    09/06/21     |    09/05/21      |
                        Time|     0400       |     0454        |     0432         |
> ABG PO2      (80.0-100. mmHg   |64.4(hb)   L |147.9(hb)   H |139.2(hb)       H |
                Verified Date|   09/07/21     |    09/06/21     |    09/05/21      |
                        Time|     0400       |     0454        |     0432         |
> HCO3         (20.0-26.0 mmol/L |29.5(hb)   H |29.3(hb)     H |31.2(hb)        H |
                Verified Date|   09/07/21     |    09/06/21     |    09/05/21      |
                        Time|     0400       |     0454        |     0432         |
> BASE EXCESS  (-3.0-3.0) mmol/L |4.4(hb)     H |6.5(hb)      H |6.8(hb)         H |
                Verified Date|   09/07/21     |    09/06/21     |    09/05/21      |
                        Time|     0400       |     0454        |     0432         |
> ABG TYPE                       |Arterial(hb)   |Arterial(hb)   |Arterial(hb)      |
                Verified Date|   09/07/21     |    09/06/21     |    09/05/21      |
                        Time|     0400       |     0454        |     0432         |
> TOTAL HGB    (13.0-18.0 G/DL   |9.2(hb)     L |9.2(hb)      L |9.9(hb)         L |
                Verified Date|   09/07/21     |    09/06/21     |    09/05/21      |
                        Time|     0400       |     0454        |     0432         |
> OXYHEMOGLOBIN(92.0-98.0 %      |91.0(hb)    L |99.1(hb)     H |98.9(hb)        H |
                Verified Date|   09/07/21     |    09/06/21     |    09/05/21      |
                        Time|     0400       |     0454        |     0432         |
> CARBOXYHGB   (0.5-1.5) %       |0.6(hb)        |0.1(hb)      L |0.2(hb)         L |
                Verified Date|   09/07/21     |    09/06/21     |    09/05/21      |
                        Time|     0400       |     0454        |     0432         |
> METHEMOGLOBIN(0.4-1.5) %       |0.0(hb)     L |0.3(hb)      L |0.1(hb)         L |
                Verified Date|   09/07/21     |    09/06/21     |    09/05/21      |
                        Time|     0400       |     0454        |     0432         |
> FIO2                  %        |40.0(hb)       |60.0(hb)       |60.0(hb)          |
                Verified Date|   09/07/21     |    09/06/21     |    09/05/21      |
                        Time|     0400       |     0454        |     0432         |
> PaO2/FIO2            mm/Hg     |161.00(hb)     |246.50(hb)     |232.00(hb)        |
                Verified Date|   09/07/21     |    09/06/21     |    09/05/21      |
                        Time|     0400       |     0454        |     0432         |
> MODE                           |AC(hb)         |               |                  |
                Verified Date|   09/07/21     |                |                   |
                        Time|     0400       |                |                   |
> RESP RATE           /MIN       |15.0(hb)       |20.0(hb)       |20.0(hb)          |
                Verified Date|   09/07/21     |    09/06/21     |    09/05/21      |
                        Time|     0400       |     0454        |     0432         |

NOTES:  (hb) Blood Gas-Bay Area/Heart Hosp
        7101 S Padre Island Dr, Corpus Christi TX 78412  CLIA# 45D0074784


--------------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN         Age/Sex: 57/M      Acct#DO0092173896 Unit#DO00920868
--------------------------------------------------------------------------------------
```

Sewell - Appeal 05/16/23 - 165

Lincoln/Sewell 316

Patient: SEWELL,TIMOTHY ALAN              #DO0092173896     (Continued)

| Day<br>Date<br>Time | Reference   Units | 11<br>09/07/21<br>0345 | 10<br>09/06/21<br>0440 | 9<br>09/05/21<br>0420 | |
|---|---|---|---|---|---|
| > ABG TIDAL VOL | ml | 450.0(hc) | 450.0(hc) | 450.0(hc) | |
| | Verified Date | 09/07/21 | 09/06/21 | 09/05/21 | |
| | Time | 0400 | 0454 | 0432 | |
| > PEEP | cmH2O | 6.0(hc) | 8.0(hc) | 8.0(hc) | |
| | Verified Date | 09/07/21 | 09/06/21 | 09/05/21 | |
| | Time | 0400 | 0454 | 0432 | |
| > ALLEN TEST | | NA(hc) | NA(hc) | NA(hc) | |
| | Verified Date | 09/07/21 | 09/06/21 | 09/05/21 | |
| | Time | 0400 | 0454 | 0432 | |
| > ABG SITE | | AL(hc) | AL(hc) | AL(hc) | |
| | Verified Date | 09/07/21 | 09/06/21 | 09/05/21 | |
| | Time | 0400 | 0454 | 0432 | |
| > CV CALL BG | | Called(hd) | Called(he) | Called(hf) | |
| | Verified Date | 09/07/21 | 09/06/21 | 09/05/21 | |
| | Time | 0400 | 0454 | 0432 | |

| Day<br>Date<br>Time | Reference   Units | 8<br>---------09/04/21----------<br>0440 | <br><br>0141 | 7<br>09/03/21<br>1920 | |
|---|---|---|---|---|---|
| > ABG pH | (7.35-7.45 | 7.42(hc) | 7.39(hc) | 7.25(hc) | *L |
| | Verified Date | 09/04/21 | 09/04/21 | 09/04/21 | |
| | Time | 0525 | 0211 | 0210 | |
| > ABG PCO2 | (35.0-45.0 mmHg | 37.1(hc) | 50.4(hc)    H | 65.8(hc) | *H |
| | Verified Date | 09/04/21 | 09/04/21 | 09/04/21 | |
| | Time | 0525 | 0211 | 0210 | |
| > ABG PO2 | (80.0-100. mmHg | 121.1(hc)    H | 108.7(hc)    H | 168.8(hc) | H |
| | Verified Date | 09/04/21 | 09/04/21 | 09/04/21 | |
| | Time | 0525 | 0211 | 0210 | |
| > HCO3 | (20.0-26.0 mmol/L | 23.3(hc) | 29.8(hc)    H | 28.3(hc) | H |
| | Verified Date | 09/04/21 | 09/04/21 | 09/04/21 | |
| | Time | 0525 | 0211 | 0210 | |

NOTES:  (hc) Blood Gas-Day Area/Heart Hosp
             7101 S Padre Island Dr, Corpus Christi TX 78412  CLIA# 45D0874784
        (hd) Results called to and read back by HOSPITALIST
             at 03:55 - 09/07/2021; by H.ISIAKA RRT
             See also (hc)
        (he) Results called to and read back by HOSPITALIST
             at 04:53 - 09/06/2021; by  H.ISIAKA RRT
             See also (hc)
        (hf) Results called to and read back by HOSPITALIST
             at 04:31 - 09/05/2021; by H.ISIAKA RRT
             See also (hc)

Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M     Acct#DO0092173896 Unit#DO000920868

Sewell - Appeal 05/16/23 - 166

Lincoln/Sewell 317

RUN DATE: 11/04/21   Corpus Christi Medical Center     PAGE 52
RUN TIME: 0231      PO BOX 8991
RUN USER: LABBKGJOB    Corpus Chr TX 78468
     HPF LAB Discharge Summary Report w/o Pathology

Patient: SEWELL,TIMOTHY ALAN    #DO0092173896  (Continued)

| Day<br>Date<br>Time | Reference Units | 8<br>09/04/21<br>0440 | 09/04/21<br>0141 | 7<br>09/03/21<br>1920 |
|---|---|---|---|---|
| > BASE EXCESS | (-3.0-3.0) mmol/L | -1.0(hg) | 4.0(hg) H | 0.3(hg) |
| Verified Date | | 09/04/21 | 09/04/21 | 09/04/21 |
| Time | | 0525 | 0211 | 0210 |
| > ABG TYPE | | Arterial(hg) | Arterial(hg) | Arterial(hg) |
| Verified Date | | 09/04/21 | 09/04/21 | 09/04/21 |
| Time | | 0525 | 0211 | 0210 |
| > TOTAL HGB | (13.0-18.0 G/DL | 11.2(hg) L | 11.1(hg) L | 9.9(hg) L |
| Verified Date | | 09/04/21 | 09/04/21 | 09/04/21 |
| Time | | 0525 | 0211 | 0210 |
| > OXYHEMOGLOBIN(92.0-98.0 % | | 98.1(hg) H | 97.5(hg) | 98.9(hg) H |
| Verified Date | | 09/04/21 | 09/04/21 | 09/04/21 |
| Time | | 0525 | 0211 | 0210 |
| > CARBOXYHGB | (0.5-1.5) % | 0.7(hg) | 0.3(hg) L | 0.3(hg) L |
| Verified Date | | 09/04/21 | 09/04/21 | 09/04/21 |
| Time | | 0525 | 0211 | 0210 |
| > METHEMOGLOBIN(0.4-1.5) % | | 0.3(hg) L | 0.3(hg) L | 0.0(hg) L |
| Verified Date | | 09/04/21 | 09/04/21 | 09/04/21 |
| Time | | 0525 | 0211 | 0210 |
| > FIO2 | % | 100.0(hg) | 100.0(hg) | 100.0(hg) |
| Verified Date | | 09/04/21 | 09/04/21 | 09/04/21 |
| Time | | 0525 | 0211 | 0210 |
| > PaO2/FIO2 | mm/Hg | 121.10(hg) | 108.70(hg) | 168.80(hg) |
| Verified Date | | 09/04/21 | 09/04/21 | 09/04/21 |
| Time | | 0526 | 0211 | 0210 |
| > RESP RATE | /MIN | 20.0(hg) | 20.0(hg) | 16.0(hg) |
| Verified Date | | 09/04/21 | 09/04/21 | 09/04/21 |
| Time | | 0525 | 0211 | 0210 |
| > ABG TIDAL VOL | ml | 450.0(hg) | 450.0(hg) | 450.0(hg) |
| Verified Date | | 09/04/21 | 09/04/21 | 09/04/21 |
| Time | | 0525 | 0211 | 0210 |
| > PEEP | cmH2O | 10.0(hg) | 10.0(hg) | 10.0(hg) |
| Verified Date | | 09/04/21 | 09/04/21 | 09/04/21 |
| Time | | 0525 | 0211 | 0210 |
| > ALLEN TEST | | NA(hg) | NA(hg) | Yes(hg) |
| Verified Date | | 09/04/21 | 09/04/21 | 09/04/21 |
| Time | | 0525 | 0211 | 0210 |
| > ABG SITE | | AL(hg) | AL(hg) | RR(hg) |
| Verified Date | | 09/04/21 | 09/04/21 | 09/04/21 |
| Time | | 0525 | 0211 | 0210 |

NOTES: (hg) Blood Gas-Bay Area/Heart Hosp
   7101 S Padre Island Dr, Corpus Christi TX 78412 CLIA# 45D0874784

Patient: SEWELL,TIMOTHY ALAN   Age/Sex: 57/M  Acct#DO0092173896 Unit#DO000920868

**Lincoln/Sewell 318**

```
RUN DATE: 11/04/21          Corpus Christi Medical Center              PAGE 53
RUN TIME: 0231                     PO BOX 8991
RUN USER: LABBKGJOB            Corpus Chr TX    78468
              HFF LAD Discharge Summary Report w/o Pathology
```

```
------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN              #DO0092173896     (Continued)
------------------------------------------------------------------------------
```

| Day | | | 8 | | 7 |
|-----|---|---|---|---|---|
| Date | | | -----------09/04/21------------ | | 09/03/21 |
| Time | Reference Units | | 0440 | 0141 | 1920 |

| > CV CALL BG | | |Called(hh) | |Called(hj) | |Called(hk) | |
|---|---|---|---|---|---|
| | Verified Date| 09/04/21 | 09/04/21 | 09/04/21 | |
| | Time| 0525 | 0211 | 0210 | |

| Day | | 7 | 6 | 5 |
|-----|---|---|---|---|
| Date | | 09/03/21 | 09/02/21 | 09/01/21 |
| Time | Reference Units | 0538 | 0505 | 1600 |

| > ABG pH | (7.35-7.45 | |7.49(hi) | H |7.45(hi) | |7.49(hi) | H | |
|---|---|---|---|---|---|
| | Verified Date| 09/03/21 | 09/02/21 | 09/01/21 | |
| | Time| 0551 | 0529 | 1606 | |
| > ABG PCO2 | (35.0-45.0 mmHg | |32.8(hi) | L |35.1(hi) | |37.0(hi) | |
| | Verified Date| 09/03/21 | 09/02/21 | 09/01/21 | |
| | Time| 0551 | 0529 | 1606 | |
| > ABG PO2 | (80.0-100. mmHg | |97.7(hi) | |148.1(hi) | H |75.9(hi) | L | |
| | Verified Date| 09/03/21 | 09/02/21 | 09/01/21 | |
| | Time| 0551 | 0529 | 1606 | |
| > HCO3 | (20.0-26.0 mmol/L | |24.5(hi) | |24.0(hi) | |27.2(hi) | H | |
| | Verified Date| 09/03/21 | 09/02/21 | 09/01/21 | |
| | Time| 0551 | 0529 | 1606 | |
| > BASE EXCESS | (-3.0-3.0) mmol/L | |1.6(hi) | |0.3(hi) | |3.9(hi) | H | |
| | Verified Date| 09/03/21 | 09/02/21 | 09/01/21 | |
| | Time| 0551 | 0529 | 1606 | |
| > ABG TYPE | | |Arterial(hi) | |Arterial(hi) | |Arterial(hi) | |
| | Verified Date| 09/03/21 | 09/02/21 | 09/01/21 | |
| | Time| 0551 | 0529 | 1606 | |
| > TOTAL HGB | (13.0-18.0 G/DL | |10.9(hi) | L |10.6(hi) | L |16.0(hi) | |
| | Verified Date| 09/03/21 | 09/02/21 | 09/01/21 | |
| | Time| 0551 | 0529 | 1606 | |
| > OXYHEMOGLOBIN(92.0-98.0 % | |97.1(hi) | |98.4(hi) | H |94.9(hi) | |
| | Verified Date| 09/03/21 | 09/02/21 | 09/01/21 | |
| | Time| 0551 | 0529 | 1606 | |

```
NOTES:  (hh) Results called to and read back by HOSPITALIST
             at 05:25 - 09/04/2021; by H.ISIAKA RRT
             See also (hi)
        (hi) Blood Gas-Day Area/Heart Hosp
             7101 S Padre Island Dr, Corpus Christi TX 78412  CLIA# 45D0874786
        (hj) Results called to and read back by HOSPITALIST
             at 02:10 - 09/04/2021; by H.ISIAKA RRT
             See also (hi)
        (hk) Results called to and read back by HOSPITALIST
             at 19:30 - 09/03/2021; by R.ISIAKA RRT
             See also (hi)
```

```
------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M     Acct#DO0092173896 Unit#DO00920868
------------------------------------------------------------------------------
```

**Lincoln/Sewell 319**

------------------------------------------------------------------------

Patient: SEWELL,TIMOTHY ALAN　　　　　#DO00092173896　　(Continued)

------------------------------------------------------------------------

| Day | | | 7 | | 6 | | 5 | |
| Date | | | 09/03/21 | | 09/02/21 | | 09/01/21 | |
| Time | Reference | Units | 0538 | | 0503 | | 1600 | |
|---|---|---|---|---|---|---|---|---|
| > CARBOXYHGB | (0.5-1.5) | % | 0.3(hl) | L | 0.3(hl) | L | 0.5(hl) | |
| | Verified Date | | 09/03/21 | | 09/02/21 | | 09/01/21 | |
| | | Time | 0551 | | 0529 | | 1606 | |
| > METHEMOGLODIN | (0.4-1.5) | % | 0.3(hl) | L | 0.3(hl) | L | 0.0(hl) | L |
| | Verified Date | | 09/03/21 | | 09/02/21 | | 09/01/21 | |
| | | Time | 0551 | | 0529 | | 1606 | |
| > FIO2 | | % | 70.0(hl) | | 40.0(hl) | | 40.0(hl) | |
| | Verified Date | | 09/03/21 | | 09/02/21 | | 09/01/21 | |
| | | Time | 0551 | | 0529 | | 1606 | |
| > PaO2/FIO2 | | mm/Hg | 139.50(hl) | | 370.20(hl) | | 189.70(hl) | |
| | Verified Date | | 09/03/21 | | 09/02/21 | | 09/01/21 | |
| | | Time | 0551 | | 0530 | | 1606 | |
| > MODE | | | | | | | AC(hl) | |
| | Verified Date | | | | | | 09/01/21 | |
| | | Time | | | | | 1606 | |
| > PT RESP RATE | | /MIN | | | | | 24.0(hl) | |
| | Verified Date | | | | | | 09/01/21 | |
| | | Time | | | | | 1606 | |
| > RESP RATE | | /MIN | 16.0(hl) | | 16.0(hl) | | 16.0(hl) | |
| | Verified Date | | 09/03/21 | | 09/02/21 | | 09/01/21 | |
| | | Time | 0551 | | 0529 | | 1606 | |
| > ABG TIDAL VOL | | ml | 450.0(hl) | | 450.0(hl) | | 450.0(hl) | |
| | Verified Date | | 09/03/21 | | 09/02/21 | | 09/01/21 | |
| | | Time | 0551 | | 0529 | | 1606 | |
| > VT PAT | | ml | | | | | 450(hl) | |
| | Verified Date | | | | | | 09/01/21 | |
| | | Time | | | | | 1606 | |
| > PEEP | | cmH2O | 5.0(hl) | | 5.0(hl) | | 5.0(hl) | |
| | Verified Date | | 09/03/21 | | 09/02/21 | | 09/01/21 | |
| | | Time | 0551 | | 0529 | | 1606 | |
| > ALLEN TEST | | | Yes(hl) | | Yes(hl) | | Yes(hl) | |
| | Verified Date | | 09/03/21 | | 09/02/21 | | 09/01/21 | |
| | | Time | 0551 | | 0529 | | 1606 | |
| > ABG SITE | | | RR(hl) | | RR(hl) | | RR(hl) | |
| | Verified Date | | 09/03/21 | | 09/02/21 | | 09/01/21 | |
| | | Time | 0551 | | 0529 | | 1606 | |

NOTES:　(hl) Blood Gas-Day Area/Heart Hosp
　　　　7101 S Padre Island Dr, Corpus Christi TX 78412　CLIA# 45D0874784

------------------------------------------------------------------------

Patient: SEWELL,TIMOTHY ALAN　　　　Age/Sex: 57/M　　　Acct#DO00092173896 Unit#DO00920868

------------------------------------------------------------------------

RUN DATE: 11/04/21        Corpus Christi Medical Center          PAGE 55
RUN TIME: 0231              PO BOX 8991
RUN USER: LABBKGJOB        Corpus Chr TX   78468
            HPF LAB Discharge Summary Report w/o Pathology

Patient: SEWELL,TIMOTHY ALAN        #D00092173896    (Continued)

| Day | | 7 | 6 | 5 | |
|---|---|---|---|---|---|
| Date | | 09/03/21 | 09/02/21 | 09/01/21 | |
| Time | Reference Units | 0538 | 0503 | 1600 | |
| > CV CALL DG | | \|Called(hm) | \|Called(ho) | \| | \| |
| | Verified Date\| | 09/03/21 | 09/02/21 | \| | \| |
| | Time\| | 0551 | 0529 | \| | |

| Day | | 5 | | 4 | |
|---|---|---|---|---|---|
| Date | | -----------09/01/21------------ | | 08/31/21 | |
| Time | Reference Units | 1432 | 0412 | 0442 | |
| > ABG pH | (7.35-7.45 | \|7.45(hn) | \|7.51(hn)   H | \|7.47(hn)   H \| |
| | Verified Date\| | 09/01/21 | 09/01/21 | 08/31/21 \| |
| | Time\| | 1437 | 0420 | 0446 \| |
| > ABG PCO2 | (35.0-45.0 mmHg | \|34.7(hn)   L | \|20.9(hn)   *L | \|25.4(hn)   L \| |
| | Verified Date\| | 09/01/21 | 09/01/21 | 08/31/21 \| |
| | Time\| | 1437 | 0420 | 0446 \| |
| > ABG PO2 | (80.0-100. mmHg | \|201.2(hn)   H | \|70.0(hn)   L | \|77.5(hn)   L \| |
| | Verified Date\| | 09/01/21 | 09/01/21 | 08/31/21 \| |
| | Time\| | 1437 | 0420 | 0446 \| |
| > HCO3 | (20.0-26.0 mmol/L | \|23.7(hn) | \|16.3(hn)   L | \|15.1(hn)   L \| |
| | Verified Date\| | 09/01/21 | 09/01/21 | 08/31/21 \| |
| | Time\| | 1437 | 0420 | 0446 \| |
| > BASE EXCESS | (-3.0-3.0) mmol/L | \|0.1(hn) | \|-4.6(hn)   L | \|-4.0(hn)   L \| |
| | Verified Date\| | 09/01/21 | 09/01/21 | 08/31/21 \| |
| | Time\| | 1437 | 0420 | 0446 \| |
| > ABG TYPE | | \|Arterial(hn) | \|Arterial(hn) | \|Arterial(hn) \| |
| | Verified Date\| | 09/01/21 | 09/01/21 | 08/31/21 \| |
| | Time\| | 1437 | 0420 | 0446 \| |
| > TOTAL HGB | (13.0-18.0 G/DL | \|11.7(hn)   L | \|12.6(hn)   L | \|12.7(hn)   L \| |
| | Verified Date\| | 09/01/21 | 09/01/21 | 08/31/21 \| |
| | Time\| | 1437 | 0420 | 0446 \| |
| > OXYHEMOGLOBIN(92.0-98.0 % | | \|98.7(hn) | \|94.8(hn)   B | \|95.3(hn) \| |
| | Verified Date\| | 09/01/21 | 09/01/21 | 08/31/21 \| |
| | Time\| | 1437 | 0420 | 0446 \| |
| > CARBOXYHGB | (0.5-1.5) % | \|0.3(hn)   L | \|0.9(hn) | \|0.3(hn)   L \| |
| | Verified Date\| | 09/01/21 | 09/01/21 | 08/31/21 \| |
| | Time\| | 1437 | 0420 | 0446 \| |

NOTES:  (hm) Results called to and read back by HOSPITALIST
           at 05:50 - 09/03/2021; by H.ISIAKA RRT
           See also (hn)
      (hn) Blood Gas-Bay Area/Heart Hosp
           7101 S Padre Island Dr, Corpus Christi TX 78412  CLIA# 45D0874784
      (ho) Results called to and read back by HOSPITALIST
           at 05:20 - 09/02/2021; by H.ISIAKA RRT
           See also (hn)

Patient: SEWELL,TIMOTHY ALAN      Age/Sex: 57/M     Acct#D00092173896 Unit#D000920868

----------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN              #DO0092173896    (Continued)
----------------------------------------------------------------------------------

| Day | | | 5 | | 4 | |
|-----|-----|-----|-----|-----|-----|-----|
| Date | | | ------------09/01/21------------ | | 08/31/21 | |
| Time | Reference | Units | 1432 | 0412 | 0442 | |

| > METHEMOGLCDIN(0.4-1.5) | % | | 0.3(hp) | L 0.1(hp) | L 0.3(hp) | L |
| | Verified Date | | 09/01/21 | 09/01/21 | 08/31/21 | |
| | Time | | 1437 | 0420 | 0446 | |
| > FIO2 | % | | 100.0(hp) | 40.0(hp) | 40.0(hp) | |
| | Verified Date | | 09/01/21 | 09/01/21 | 08/31/21 | |
| | Time | | 1437 | 0420 | 0446 | |
| > PaO2/FIO2 | mm/Hg | | 201.20(hp) | 175.00(hp) | 193.70(hp) | |
| | Verified Date | | 09/01/21 | 09/01/21 | 08/31/21 | |
| | Time | | 1437 | 0420 | 0447 | |
| > MODE | | | AC(hp) | vent ac(hp) | VENT(hp) | |
| | Verified Date | | 09/01/21 | 09/01/21 | 08/31/21 | |
| | Time | | 1437 | 0420 | 0446 | |
| > PT RESP RATE | /MIN | | 22.0(hp) | | | |
| | Verified Date | | 09/01/21 | | | |
| | Time | | 1437 | | | |
| > RESP RATE | /MIN | | 16.0(hp) | 20.0(hp) | 20.0(hp) | |
| | Verified Date | | 09/01/21 | 09/01/21 | 08/31/21 | |
| | Time | | 1437 | 0420 | 0446 | |
| > ABG TIDAL VOL | ml | | 450.0(hp) | 450.0(hp) | 450.0(hp) | |
| | Verified Date | | 09/01/21 | 09/01/21 | 08/31/21 | |
| | Time | | 1437 | 0420 | 0446 | |
| > VT PAT | ml | | 450(hp) | | | |
| | Verified Date | | 09/01/21 | | | |
| | Time | | 1437 | | | |
| > PEEP | cmH2O | | 5.0(hp) | 5.0(hp) | 5.0(hp) | |
| | Verified Date | | 09/01/21 | 09/01/21 | 08/31/21 | |
| | Time | | 1437 | 0420 | 0446 | |
| > ALLEN TEST | | | Yes(hp) | Yes(hp) | Yes(hp) | |
| | Verified Date | | 09/01/21 | 09/01/21 | 08/31/21 | |
| | Time | | 1437 | 0420 | 0446 | |
| > ABG SITE | | | RR(hp) | RR(hp) | RR(hp) | |
| | Verified Date | | 09/01/21 | 09/01/21 | 08/31/21 | |
| | Time | | 1437 | 0420 | 0446 | |
| > CV CALL BG | | | | Called(hq) | | |
| | Verified Date | | | 09/01/21 | | |
| | Time | | | 0420 | | |

NOTES:   (hp) Blood Gas-Bay Area/Heart Hosp
              7101 S Padre Island Dr, Corpus Christi TX 78412   CLIA# 45D0874784
         (hq) Results called to and read back by greg,rn
              at 04:18 - 09/01/2021; by chernandez,rrt
              See also (hp)

----------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M      Acct#DO0092173896 Unit#DO00920868
----------------------------------------------------------------------------------

**Lincoln/Sewell 322**

```
---------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN            #DO0092173896    (Continued)
---------------------------------------------------------------------------------

   Day                            3              2             1
   Date                        08/30/21       08/29/21      08/28/21
   Time       Reference  Units    0353          0048          1912
---------------------------------------------------------------------------------
> ABG pH      (7.35-7.45)    |7.43(hr)      |7.26(hr)        |7.30(hr)      L |
              Verified Date|   08/30/21    |    08/29/21    |    08/28/21    |
              Time|         0400   |       0053    |       1918    |
> ABG PCO2    (35.0-45.0 mmHg |27.6(hr)   L |34.7(hr)     L |41.6(hr)       |
              Verified Date|   08/30/21    |    08/29/21    |    08/28/21    |
              Time|         0400   |       0053    |       1918    |
> ABG PO2     (80.0-100. mmHg |83.6(hr)      |468.7(hr)    H |102.1(hr)     H |
              Verified Date|   08/30/21    |    08/29/21    |    08/28/21    |
              Time|         0400   |       0053    |       1918    |
> HCO3        (20.0-26.0 mmol/L |17.7(hr)   L |18.0(hr)     L |19.9(hr)      L |
              Verified Date|   08/30/21    |    08/29/21    |    08/28/21    |
              Time|         0400   |       0053    |       1918    |
> BASE EXCESS (-3.0-3.0) mmol/L |-5.3(hr)   L |-5.7(hr)     L |-6.2(hr)      L |
              Verified Date|   08/30/21    |    08/29/21    |    08/28/21    |
              Time|         0400   |       0053    |       1918    |
> ABG TYPE                  |Arterial(hr)  |Arterial(hr)    |Arterial(hr)   |
              Verified Date|   08/30/21    |    08/29/21    |    08/28/21    |
              Time|         0400   |       0053    |       1918    |
> TOTAL HGB   (13.0-18.0 g/DL |11.9(hr)    L |13.7(hr)     L |11.7(hr)      L |
              Verified Date|   08/30/21    |    08/29/21    |    08/28/21    |
              Time|         0400   |       0053    |       1918    |
> OXYHEMOGLOBIN(92.0-98.0 % |96.2(hr)      |99.3(hr)     H |96.6(hr)       |
              Verified Date|   08/30/21    |    08/29/21    |    08/28/21    |
              Time|         0400   |       0053    |       1918    |
> CARBOXYHGB  (0.5-1.5) %   |0.6(hr)       |0.5(hr)         |0.0(hr)       L |
              Verified Date|   08/30/21    |    08/29/21    |    08/28/21    |
              Time|         0400   |       0053    |       1918    |
> METHEMOGLOBIN(0.4-1.5) % |0.5(hr)       L |0.3(hr)      L |0.3(hr)       L |
              Verified Date|   08/30/21    |    08/29/21    |    08/28/21    |
              Time|         0400   |       0053    |       1918    |
> FIO2        %            |30.0(hr)       |100.0(hr)       |100.0(hr)      |
              Verified Date|   08/30/21    |    08/29/21    |    08/28/21    |
              Time|         0400   |       0053    |       1918    |
> PaO2/FIO2   mm/Hg  |278.60(hr)     |468.70(hr)      |102.10(hr)     |
              Verified Date|   08/30/21    |    08/29/21    |    08/28/21    |
              Time|         0401   |       0053    |       1918    |
> MODE                      |vent ac(hr)   |A/C(hr)         |vc ac(hr)      |
              Verified Date|   08/30/21    |    08/29/21    |    08/28/21    |
              Time|         0400   |       0053    |       1918    |
> PT RESP RATE /MIN  |              |22.0(hr)        |               |
              Verified Date|              |    08/29/21    |               |
              Time|              |       0053    |               |

NOTES:  (hr) Blood Gas-Bay Area/Heart Hosp
        7101 S Padre Island Dr, Corpus Christi TX 78412  CLIA# 45D0974784


---------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN        Age/Sex: 57/M      Acct#DO0092173896 Unit#DO00920868
---------------------------------------------------------------------------------
```

```
------------------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN              #DO0092173896      (Continued)
------------------------------------------------------------------------------------------

   Day                                    3              2              1
   Date                               08/30/21       08/29/21       08/28/21
   Time          Reference  Units       0353           0848           1912
------------------------------------------------------------------------------------------
> RESP RATE              /MIN      |20.0(hs)       |20.0(hs)       |18.0(hs)       |
                   Verified Date|    08/30/21   |    08/29/21   |    08/28/21   |
                         Time|       0400    |      0853     |      1918     |
> ABG TIDAL VOL          ml        |450.0(hs)      |450.0(hs)      |450.0(hs)      |
                   Verified Date|    08/30/21   |    08/29/21   |    08/28/21   |
                         Time|       0400    |      0853     |      1918     |
> VT PAT                 ml        |               |460(hs)        |               |
                   Verified Date|               |    08/29/21   |               |
                         Time|               |      0853     |               |
> PEEP                   cmH2O     |5.0(hs)        |5.0(hs)        |5.0(hs)        |
                   Verified Date|    08/30/21   |    08/29/21   |    08/28/21   |
                         Time|       0400    |      0853     |      1918     |
> ALLEN TEST                       |Yes(hs)        |NA(hs)         |Yes(hs)        |
                   Verified Date|    08/30/21   |    08/29/21   |    08/28/21   |
                         Time|       0400    |      0853     |      1918     |
> ABG SITE                         |RR(hs)         |RR(hs)         |LR(hs)         |
                   Verified Date|    08/30/21   |    08/29/21   |    08/28/21   |
                         Time|       0400    |      0853     |      1918     |
> CV CALL BG                       |Called(ht)     |               |Called(hu)     |
                   Verified Date|    08/30/21   |               |    08/28/21   |
                         Time|       0400    |               |      1918     |


NOTES:   (hs) Blood Gas-Bay Area/Heart Hosp
              7101 S Padre Island Dr, Corpus Christi TX 78412   CLIA# 45D0874784
         (ht) Results called to and read back by greg,rn
              at 03:59 - 08/30/2021; by ehernandoz,rrt
              See also (hs)
         (hu) Results called to and read back by Randolph Nelson MD
              at 19:15 - 08/28/2021; by Nathanael Colon RRT
              See also (hs)
```

```
------------------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN            Age/Sex: 57/M      Acct#DO0092173896 Unit#DO00920868
------------------------------------------------------------------------------------------
```

```
--------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN                 #D00092173896    (Continued)
--------------------------------------------------------------------------------


--------------------------------------------------------------------------------
   Test             Date    Time   Result         Reference  Units    Ver Date/Time
--------------------------------------------------------------------------------
> ALCOHOL         08/28/21 -1746  222(hv)        H  (0-10)   MG/DL   08/28/21 1814
```

                            Microbiology Specimen Summary

```
   Col Date Time Specimen #       Source     Sp Desc    P/F Organisms ...
-------------------------------------------------------------------------------
> 09/19/21 1345 21:DO:D0024355R   SPUTUM     INDUCED SP  F  C KOSERII
> 09/07/21 1000 21:DO:F0001633R   BRON WASH  OTHER: DES  F  YEAST SPP.
> 09/03/21 1710 21:RO:B0023151R   BRON WASH  BILATERAL   F  NORMAL ORO, S AUREUS
> 09/03/21 1710 21:DO:F0001618R   BRON WASH  BILATERAL   F  YEAST SPP.
> 09/01/21 1200 21:DO:B0022930R   BRON WASH  OTHER: DES  F  S AUREUS
> 09/01/21 1200 21:DO:F0001599R   BRON WASH  OTHER: DES  F  YEAST SPP.
```

*********** MICROBIOLOGY DEPARTMENT - Phone: 761-1997 - LOCATED ON THE DRMC CAMPUS ***********
************************************** BLOOD CULTURES **********************************

```
Specimen: 21:DO:BC0023644R COMP    Collected: 09/04/21-1039    Received:   09/04/21-1053
                                   Source:    BLOOD            Sp Descrip: VENOUS
                                   Subm Dr:   White,Ashlie N   MD

> BLOOD CULTURE  Final 09/09/21
                                     NO GROWTH AT 120 HOURS. (5 DAYS)
                                     FINAL REPORT

              NO GROWTH AT 120 HOURS. (5 DAYS)
              FINAL REPORT

              DRMC LAB 42238545/MIC 42046700
              Corpus Christi Medical Center Doctors Regional
              3315 S Alameda, Corpus Christi TX 78411 CLIA# 45D0502991
              Steve J Galatzan MD

--------------------------------------------------------------------------------
Specimen: 21:DO:BC0023645R COMP    Collected: 09/04/21-1030    Received:   09/04/21-1053
                                   Source:    BLOOD            Sp Descrip: VENOUS
                                   Subm Dr:   White,Ashlie N   MD

> BLOOD CULTURE  Final 09/09/21
```

NOTES: (hv) See (hw), (hx)
       (hw)   0 -  10:  Should be interpreted as NEGATIVE.
             11 -  50:  None to mild euphoria.
             51 - 100:  Mild influence on vision and dark adaptation.
              >  80:    Legal intoxication: Depression of CNS:
                        Increasing degree of poisoning.
              > 400:    Fatalities reported.

           Results are for medical purposes only and not for
           legal or employment evaluative purposes.
```
--------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN            Age/Sex: 57/M     Acct#D00092173896 Unit#D000920868
--------------------------------------------------------------------------------
```

**Lincoln/Sewell 325**

----------------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN                 #D000092173896     (Continued)
----------------------------------------------------------------------------------------
****************** MICROBIOLOGY DEPARTMENT - Phone: 761-1997 - continued ****************
******************************** BLOOD CULTURES - continued *****************************
          (hx) DAMC LAB 42227530/MIC 42048910
                Corpus Christi Medical Center Bay Area
                7101 SPID, Corpus Christi TX 78412 CLIA# 45D0874784
                Steve J Galatzan MD

----------------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN           Age/Sex: 57/M     Acct#D000092173896 Unit#D000920868
----------------------------------------------------------------------------------------

**Lincoln/Sewell 326**

--------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN                    #DO0092173896    (Continued)
--------------------------------------------------------------------------------
******************* MICROBIOLOGY DEPARTMENT - Phone: 761-1937 - continued *****************
************************** BLOOD CULTURES - continued *****************************
--------------------------------------------------------------------------------
Specimen: 21:DO:BC0025843R  COMP   Collected: 09/04/21-1030    Received.    09/04/21-1053
                                   Source:    BLOOD            Sp Descrip: VENOUS
                                   Subm Dr:   White,Ashlie F  MD

    BLOOD CULTURE (continued)
                                    NO GROWTH AT 120 HOURS. (5 DAYS)
                                    FINAL REPORT

                NO GROWTH AT 120 HOURS. (5 DAYS)
                FINAL REPORT

                DRMC LAB 42238545/MIC 42048700
                Corpus Christi Medical Center Doctors Regional
                3315 S Alameda, Corpus Christi TX 78411 CLIA# 45LC502991
                Steve J Galatzan MD

--------------------------------------------------------------------------------
Specimen: 21:DO:BC0025237R  COMP   Collected: 09/20/21-1601    Received.    09/20/21-1658
                                   Source.    BLOOD            Sp Descrip: VENOUS
                                   Subm Dr:   Khan,Kashmala  MD R3

> BLOOD CULTURE  Final 09/25/21
                                    NO GROWTH AT 120 HOURS. (5 DAYS)
                                    FINAL REPORT

                NO GROWTH AT 120 HOURS. (5 DAYS)
                FINAL REPORT

                DRMC LAB 42238545/MIC 42048700
                Corpus Christi Medical Center Doctors Regional
                3315 S Alameda, Corpus Christi TX 78411 CLIA# 45D0503991
                Steve J Galatzan MD

--------------------------------------------------------------------------------
Specimen: 21:DO:BC0025238R  COMP   Collected: 09/20/21-2013    Received.    09/20/21-2045
                                   Source.    BLOOD            Sp Descrip: VENOUS
                                   Subm Dr:   Khan,Kashmala  MD R3

> BLOOD CULTURE  Final 09/25/21
                                    NO GROWTH AT 120 HOURS. (5 DAYS)
                                    FINAL REPORT

                NO GROWTH AT 120 HOURS. (5 DAYS)
                FINAL REPORT

                DRMC LAB 42238545/MIC 42048700
                Corpus Christi Medical Center Doctors Regional
                3315 S Alameda, Corpus Christi TX 78411 CLIA# 45D0502991
                Steve J Galatzan MD

--------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN            Age/Sex: 57/M     Acct#DO0092173896 Unit#DO00920868
--------------------------------------------------------------------------------

Sewell - Appeal 05/16/23 - 176

Lincoln/Sewell 327

--------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN               #DO0092173896    (Continued)
--------------------------------------------------------------------------------
************** MICROBIOLOGY DEPARTMENT - Phone: 761-1897 - continued ***************
******************************* MYCOBACTERIOLOGY *********************************
--------------------------------------------------------------------------------
Specimen: 21:DO:M0001185R   COMP   Collected: 09/01/21-1200   Received:  09/01/21-1827
                                   Source:    BRON WASH      Sp Descrip: OTHER: DES
                                   Subm Dr:   White,Ashlie N  MD

> AFB CULTURE   Final 10/23/21
          AFB Specimen Processing: Concentration
          Acid Fast Smear: Negative
          Acid Fast Culture: Negative
          No acid fast bacilli isolated after 6 weeks.
          Performed At: DA LabCorp Dallas
          7777 Forest Ln Bldg C350 Dallas, TX 752302544
          Etufugh CN MD Ph:9725986000

          LabCorp
          7207 North Gessner Rd, Houston TX 77040; CAP 21069-01; Kyle Eskue, MD
          Dr Kyle L. Eskue

--------------------------------------------------------------------------------
Specimen: 21:DO:M0001199R   COMP   Collected: 09/03/21-1710   Received:  09/03/21-2356
                                   Source:    BRON WASH      Sp Descrip: BILATERAL
                                   Subm Dr:   White,Ashlie N  MD

> AFB CULTURE   Final 10/28/21
          AFB Specimen Processing: Concentration
          Acid Fast Smear: Negative
          Acid Fast Culture: Negative
          No acid fast bacilli isolated after 6 weeks.
          Performed At: DA LabCorp Dallas
          7777 Forest Ln Bldg C350 Dallas, TX 752302544
          Etufugh CN MD Ph:9725986000

          LabCorp
          7207 North Gessner Rd, Houston TX 77040; CAP 21069-01; Kyle Eskue, MD
          Dr Kyle L. Eskue

--------------------------------------------------------------------------------
Specimen: 21:DO:M0001208R   COMP   Collected: 09/07/21-1000   Received:  09/07/21-1502
                                   Source:    BRON WASH      Sp Descrip: OTHER: DES
                                   Subm Dr:   White,Ashlie N  MD

> AFB CULTURE   Final 11/03/21
          AFB Specimen Processing: Concentration
          Acid Fast Smear: Negative
          Acid Fast Culture: Negative
          No acid fast bacilli isolated after 6 weeks.
          Performed At: DA LabCorp Dallas
          7777 Forest Ln Bldg C350 Dallas, TX 752302544
          Etufugh CN MD Ph:9725986000

--------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M    Acct#DO0092173896 Unit#DO000920868
--------------------------------------------------------------------------------

Lincoln/Sewell 328

```
----------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN              #DO0092173896     (Continued)
----------------------------------------------------------------------------
*************** MICROBIOLOGY DEPARTMENT - Phone: 761-1997 - continued ****************
******************************* MYCOBACTERIOLOGY - continued ****************************
----------------------------------------------------------------------------
Specimen: 21:DO:HO001200R   COMP   Collected: 09/07/21-1000   Received:  09/07/21-1502
                                   Source:    BRON WASH    Sp Descrip: OTHER: DES
                                   Subm Dr:   White,Ashlie M  MD

  AFB CULTURE (continued)
          LabCorp
          7207 North Gessner Rd, Houston TX 77040; CAP 21069-01; Kyle Eskue, MD
          Dr Kyle L. Eskue
```

```
----------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M     Acct#DO0092173896 Unit#DO00920068
----------------------------------------------------------------------------
```

Sewell - Appeal 05/16/23 - 178

Lincoln/Sewell 329

--------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN                    #DO0092173896    (Continued)
--------------------------------------------------------------------------------
**************** MICROBIOLOGY DEPARTMENT - Phone: 761-1997 - continued ****************
********************************* MYCOLOGY (FUNGUS) SPECIMENS *********************************
--------------------------------------------------------------------------------
Specimen: 21:DO:F0001599R   COMP   Collected: 09/01/21-1200   Received:   09/01/21-1527
                                   Source:    BRON WASH    Sp Descrip: OTHER: DES
                                   Subm Dr:   White,Ashlie N  MD

> FUNGUS CULTURE   Final 10/11/21
          FUNGUS CULTURE RESULTS:          WEEK 1: YEAST SPECIES: RAPID GROWER: NO FURTHER
                                           WORKUP.
                                           WEEK 2: SAME AS THE PREVIOUS RESULT.
                                           WEEK 3: SAME AS THE PREVIOUS RESULT.
                                           WEEK 4: SAME AS THE PREVIOUS RESULT.
                                           WEEK 5: SAME AS THE PREVIOUS RESULT.
                                           WEEK 6: SAME AS THE PREVIOUS RESULT. FINAL REPORT.

          Organism 1                       YEAST SPP.; RAPID GROWER
                    *Pneumoniae due to infection with Candida spp. (rapidly
                     growing Yeast spp.) is extremly rare, but because of
                     contamination with oral flora these organisms are
                     commonly cultured from Respiratory secretion specimens.
                    *Candida spp. in Respiratory cultures in
                     NON-IMMUNOCOMPROMISED PATIENTS nearly always represents
                     colonization and does NOT warrant anti-fungal therapy.
                    **The diagnosis of pneumoniae due to Candida spp.. is made
                     NOT by culturing respiratory secretions, but by
                     demonstrating tissue invasion of a biopsy specimen by
                     histopathological studies.

                    *Please notify the Microbiology Lab if species level
                     identification is deemed necessary for this isolate.

          DRHC LAB 42238545/MIC 42040700
          Corpus Christi Medical Center Doctors Regional
          3315 S Alameda, Corpus Christi TX 78411 CLIA# 45D0502991
          Steve J Galatzan MD

> SMEAR FUNGUS   Final 09/02/21
          FUNGUS SMEAR RESULT:          NO FUNGAL ELEMENTS SEEN.

          DRHC LAB 42238545/MIC 42040700
          Corpus Christi Medical Center Doctors Regional
          3315 S Alameda, Corpus Christi TX 78411 CLIA# 45D0502991
          Steve J Galatzan MD

--------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M     Acct#DO0092173895 Unit#DO00920868
--------------------------------------------------------------------------------

**Lincoln/Sewell 330**

--------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN              #DO00092173896.    (Continued)
--------------------------------------------------------------------------------
************** MICROBIOLOGY DEPARTMENT - Phone: 761-1997 - continued **************
************************* MYCOLOGY (FUNGUS) SPECIMENS - continued ****************
--------------------------------------------------------------------------------
Specimen: 21:DO:F0001618R  COMP   Collected: 09/03/21-1710   Received:  09/03/21-2356
                                  Source:    BRON WASH       Sp Descrip: BILATERAL
                                  Subm Dr:   White,Ashlie N  MD

> FUNGUS CULTURE  Final 10/18/21
            FUNGUS CULTURE RESULTS:        WEEK 1: YEAST SPECIES: RAPID GROWER: NO FURTHER
                                           WORKUP.
                                           WEEK 2: SAME AS THE PREVIOUS RESULT.
                                           WEEK 3: SAME AS THE PREVIOUS RESULT.
                                           WEEK 4: SAME AS THE PREVIOUS RESULT.
                                           WEEK 5: SAME AS THE PREVIOUS RESULT.
                                           WEEK 6: SAME AS THE PREVIOUS RESULT, FINAL REPORT.

            Organism 1                     YEAST SPP.; RAPID GROWER
                                *Pneumoniae due to infection with Candida spp. (rapidly
                                 growing Yeast spp.) is extremly rare, but because of
                                 contamination with oral flora these organisms are
                                 commonly cultured from Respiratory secretion specimens.
                                *Candida spp. in Respiratory cultures in
                                 NON-IMMUNOCOMPROMISED PATIENTS nearly always represents
                                 colonization and does NOT warrant anti-fungal therapy.
                                **The diagnosis of pneumoniae due to Candida spp., is made
                                 NOT by culturing respiratory secretions, but by
                                 demonstrating tissue invasion of a biopsy specimen by
                                 histopathological studies.

                                *Please notify the Microbiology Lab if species level
                                 identification is deemed necessary for this isolate.

            DRHC LAB 42238545/HIC 42048700
            Corpus Christi Medical Center Doctors Regional
            3315 S Alameda, Corpus Christi TX 78411 CLIA# 45D0502991
            Steve J Galatzan MD

> SMEAR FUNGUS  Final 09/04/21
            FUNGUS SMEAR RESULT:        NO FUNGAL ELEMENTS SEEN.

            DRHC LAB 42238545/HIC 42048700
            Corpus Christi Medical Center Doctors Regional
            3315 S Alameda, Corpus Christi TX 78411 CLIA# 45D0502991
            Steve J Galatzan MD

--------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M     Acct#DO00092173896 Unit#DO00920868
--------------------------------------------------------------------------------

Sewell - Appeal 05/16/23 - 180

**Lincoln/Sewell 331**

------------------------------------------------------------------------

Patient: SEWELL,TIMOTHY ALAN                #DO00092173896      (Continued)
------------------------------------------------------------------------
************** MICROBIOLOGY DEPARTMENT - Phone: 761-1997 - continued ***************
********************** MYCOLOGY (FUNGUS) SPECIMENS - continued ****************
------------------------------------------------------------------------
Specimen: 21:DO:F0001633R   COMP   Collected: 09/07/21-1000   Received:   09/07/21-1502
                                   Source:    BRON WASH      Sp Descrip: OTHER: DES
                                   Subm Dr:   White,Ashlie N  MD

> FUNGUS CULTURE   Final 10/18/21
          FUNGUS CULTURE RESULTS:        WEEK 1: YEAST SPECIES; RAPID GROWER; NO FURTHER
                                         WORKUP.
                                         WEEK 2: SAME AS THE PREVIOUS RESULT.
                                         WEEK 3: SAME AS THE PREVIOUS RESULT.
                                         WEEK 4: SAME AS THE PREVIOUS RESULT.
                                         WEEK 5: SAME AS THE PREVIOUS RESULT.
                                         WEEK 6: SAME AS THE PREVIOUS RESULT. FINAL REPORT.

          Organism 1                     YEAST SPP.; RAPID GROWER
                        *Pneumoniae due to infection with Candida spp. (rapidly
                         growing Yeast spp.) is extremly rare, but because of
                         contamination with oral flora these organisms are
                         commonly cultured from Respiratory secretion specimens.
                        *Candida spp. in Respiratory cultures in
                         NON-IMMUNOCOMPROMISED PATIENTS nearly always represents
                         colonization and does NOT warrant anti-fungal therapy.
                        **The diagnosis of pneumoniae due to Candida spp.. is made
                         NOT by culturing respiratory secretions, but by
                         demonstrating tissue invasion of a biopsy specimen by
                         histopathological studies.

                        *Please notify the Microbiology Lab if species level
                         identification is deemed necessary for this isolate.

          DRMC LAB 42238545/HIC 42048700
          Corpus Christi Medical Center Doctors Regional
          3315 S Alameda, Corpus Christi TX 78411 CLIA# 45D0502991
          Steve J Galatzan MD

> SMEAR FUNGUS   Final 09/08/21
          FUNGUS SMEAR RESULT:          NO FUNGAL ELEMENTS SEEN.

          DRMC LAB 42238545/HIC 42048700
          Corpus Christi Medical Center Doctors Regional
          3315 S Alameda, Corpus Christi TX 78411 CLIA# 45D0502991
          Steve J Galatzan MD

------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M    Acct#DO00092173896 Unit#DO00092086E
------------------------------------------------------------------------

**Lincoln/Sewell 332**

----------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN                #DO0092173896     (Continued)
----------------------------------------------------------------------------------
****************** MICROBIOLOGY DEPARTMENT - Phone: 761-1997 - continued ******************
*************************** VIROLOGY SPECIMENS ******************************
----------------------------------------------------------------------------------
Specimen: 21:DO:V0000741R   CCMP   Collected: 09/01/21-1200   Received:   09/01/21-1527
                                   Source:    BRON WASH        Sp Descrip: OTHER: DES
                                   Subm Dr:   White,Ashlie N  MD

> VIRUS CULTURE  Final 09/13/21

          Viral Culture, General: No virus isolated.
          Performed At: DN LabCorp Burlington
          1447 York Court Burlington, NC 272153361
          Nagendra Sanjai MD Ph:8007624344

          LabCorp
          7207 North Gessner Rd, Houston TX 77040: CAP 21069-01; Kyle Eskue, MD
          Dr Kyle L. Eskue

----------------------------------------------------------------------------------
Specimen: 21:DO:V0000744R   COMP   Collected: 09/03/21-1710   Received:   09/03/21-2356
                                   Source:    BRON WASH        Sp Descrip: BILATERAL
                                   Subm Dr:   White,Ashlie N  MD

> VIRUS CULTURE  Final 09/22/21

          Viral Culture, General: No virus isolated.
          Performed At: DN LabCorp Burlington
          1447 York Court Burlington, NC 272153361
          Nagendra Sanjai MD Ph:8007624344

          LabCorp
          7207 North Gessner Rd, Houston TX 77040; CAP 21069-01; Kyle Eskue, MD
          Dr Kyle L. Eskue

******************************* MICROBIOLOGY *********************************
----------------------------------------------------------------------------------
Specimen: 21:DO:B0022930R   COMP   Collected: 09/01/21-1200   Received:   09/01/21-1527
                                   Source:    BRON WASH        Sp Descrip: OTHER: DES
                                   Subm Dr:   White,Ashlie N  MD

> GRAM STAIN  Final 09/01/21
          RESULTS:                      24 WBC'S
                                        NO ORGANISMS SEEN.
                                        NO EPITHELIAL CELLS

          DRHC LAB 42238545/HIC 42048700
          Corpus Christi Medical Center Doctors Regional
          3315 S Alameda, Corpus Christi TX 78411 CLIA# 45D0502991
          Steve J Galatzan MD


----------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M     Acct#DO0092173896 Unit#DO00920868
----------------------------------------------------------------------------------

Lincoln/Sewell 333

-----------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN              #DO0092173896     (Continued)
-----------------------------------------------------------------------------------
****************** MICROBIOLOGY DEPARTMENT - Phone: 761-1997 - continued ****************
******************************** MICROBIOLOGY - continued ******************************
-----------------------------------------------------------------------------------
Specimen: 21:DO:B0022930R   COMP   Collected: 09/01/21-1200   Received:   09/01/21-1527
                                   Source:    BRON WASH      Sp Descrip: OTHER: DES
                                   Subm Dr:   White,Ashlie N  MD

> BRONCHIAL WASHING CULTURE   Final 09/03/21
        Organism 1                        STAPHYLOCOCCUS AUREUS
        AMOUNT:                           1+

    1. STAPHYLOCOCCUS AUREUS
    RX may vary depending on target, route, and dose
                                  TARGET MIC-mcg/ml    RX    ROUTE DOSAGE
                                  ------ ----------   ------ ----- -----------------------
        AMPICILLIN                SYSTMC       8        R    PO    250-500 MG Q 6 HR
                                                        R    IV    1.0-2.0 GM Q 4 H
        PENICILLIN                SYSTMC      >8        R    PO    250-500 MG Q 6H
                                                        R    IM    900,000-1.2 MILLION UNITS
                                                        R    IV    1-3 MILLION UNITS Q 4H
        AMPICILLIN/SULBACTAM      SYSTMC     <8/4       S    IV    1/.5-2/1 GM Q 6H
        AMOXICILLIN/CLAVULANATE ACID SYSTMC <4/2       S    PO    1-2 TABS Q 8H
        OXACILLIN                 SYSTMC     0.5        S    IV    0.5-2 GM Q 4H
        CEFTRIAXONE               SYSTMC      <8        S    IM/IV 1 GM Q 24 H
        GENTAMICIN                SYSTMC      <4        S    IM/IV 1.0-1.7 MG/KG Q 8H
        ERYTHROMYCIN              SYSTMC     <0.5       S    PO    250-500 MG Q 6H
        CLINDAMYCIN               SYSTMC     <0.5       S    PO    150-300 MG Q 6H
                                                        S    IV    600-900 MG Q 8H
        TETRACYCLINE              SYSTMC      <4        S    PO    250-500 MG Q 6H
        VANCOMYCIN                SYSTMC       1        S    IV    1 GM Q 12H
        TRIMETHOPRIM/SULFAMETHOXAZLE SYSTMC <0.5/9.5   S    PO    1-2 TABS Q 12 H
                                                        S    IV    3.3-6.6 MG/KG THP Q 8H
        LINEZOLID (ZYVOX)         SYSTMC      <1        S    PO    600 MG

-----------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M     Acct#DO0092173896 Unit#DO000920868
-----------------------------------------------------------------------------------

Sewell - Appeal 05/16/23 - 183

Lincoln/Sewell 334

--------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN                #DO0092173896     (Continued)
--------------------------------------------------------------------------------
***************** MICROBIOLOGY DEPARTMENT - Phone: 761-1997 - continued ****************
************************************ MICROBIOLOGY - continued *************************
--------------------------------------------------------------------------------
Specimen: 21:DO:B0022930R   COMP   Collected: 09/01/21-1200   Received:   09/01/21-1527
                                   Source:     BRON WASH      Sp Descrip: OTHER: DES
                                   Subm Dr:    White,Ashlie N  MD

   BRONCHIAL WASHING CULTURE (continued)
        S-I-R Interpretations are based on
     THE CLINICAL LABORATORY STANDARDS INSTITUTE DOCUMENT M100;
      "PERFORMANCE STANDARDS FOR SUSCEPTIBILITY TESTING"

        ----------------------------------------------------------
        S = Susceptible implies that isolates are inhibited by the
            USUALLY achievable concentrations of antimicrobial
            agent when the recommended dosage is used for the
            site of infection.

        I = Intermediate. Includes isolates with antimicrobial
            agent MICs that approach usually attainable blood and
            tissue levels and for which response rates may be
            lower than for susceptible isolates.  Intermediate
            implies clinical efficacy in body sites where drugs
            are physiologically concentrated (eg, quinolones and
            beta lactams in urine) or when a higher than normal
            dosage of a drug can be used (eg, beta-lactams).

        R = Resistant
            Implies that isolates are not inhibited by the usually
            achievable concentrations of the agent with normal
            dosage schedules, and/or that demonstrate MICs or zone
            diameters that fall in the range where specific
            microbial resistance mechanisms (eg, B-lactamases)
            are likely, and clinical efficacy of the agent
            against the isolate has not been reliably shown in
            treatment studies.
        Blank = Data not available, or drug not advised or tested

     *Nitrofurantioin should not be used in patients with
     impaired renal function (creatinine clearance <60 mL/min) or
     in patients with suspected or confirmed pylenephritis.

      **Staphylococci are reported as RESISTANT to Ampicillin,
      Ampicillin/K Clavulanate, Ampicillin/Sulbactam, Imipenem,
      Meropenem, Ertapenem, Penicillin, Pip/Taz, & Cephalosporin
      antimicrobics, REGARDLESS of the MIC, when Cefoxitin screen
      is >4 ug/ml, or Oxacillin MIC's are > 2 ug/ml for Staph
      aureus & Staph lugdunensis & Oxacillin is >= 0.5 ug/ml for
      other coagulase negative staphylococci.


--------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M      Acct#DO0092173896 Unit#DO00920868
--------------------------------------------------------------------------------

Lincoln/Sewell 335

--------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN          #DO0092173896      (Continued)
--------------------------------------------------------------------------------
***************** MICROBIOLOGY DEPARTMENT - Phone: 761-1997 - continued *************
********************** MICROBIOLOGY - continued *********************************
--------------------------------------------------------------------------------
Specimen: 71:DO:B0022930R   COMP   Collected: 09/01/21-1200   Received:   09/01/21-1527
                                   Source:   BRON WASH      Sp Descrip: OTHER: DES
                                   Subm Dr:  White,Ashlie N  MD

    BROUCHIAL WASHING CULTURE (continued)
         DRMC LAB 42238545/HIC 42048700
         Corpus Christi Medical Center Doctors Regional
         3315 S Alameda, Corpus Christi TX 78411 CLIA# 45D0502991
         Steve J Galatzan MD

--------------------------------------------------------------------------------
Specimen: 2I:DO:D0023151R   COMP   Collected: 09/03/21-1710   Received:   09/03/21-2356
                                   Source:   BRON WASH      Sp Descrip: BILATERAL
                                   Subm Dr:  White,Ashlie N  MD

> GRAM STAIN  Final 09/04/21
         RESULTS:                   3+ WBC'S
                                    3+ GRAM NEGATIVE RODS
                                    RARE SQUAMOUS EPITHELIAL CELLS
                                    3+ GRAM POSITIVE COCCI IN CLUSTERS IN CHAINS

         DRMC LAB 42238545/HIC 42048700
         Corpus Christi Medical Center Doctors Regional
         3315 S Alameda, Corpus Christi TX 78411 CLIA# 45D0502991
         Steve J Galatzan MD

> BRONCHIAL WASHING CULTURE  Final 09/07/21
         Organism 1                 STAPHYLOCOCCUS AUREUS
             AMOUNT:                 2+
         Organism 2                 NORMAL OROPHARYNGEAL FLORA
             AMOUNT:                 2+

    1. STAPHYLOCOCCUS AUREUS
    RX may vary depending on target, route, and dose
                             TARGET MIC-mcg/ml    RX    ROUTE  DOSAGE
                             ------ -----------   ----- -----  ------------------------
    AMPICILLIN               SYSTMC       8        R    PO     250-500 MG Q 6 HR
                                                   R    IV     1.0-2.0 GM Q 4 H
    PENICILLIN               SYSTMC      >8        R    PO     250-500 MG Q 6H
                                                   R    IM     900,000-1.2 MILLION UNITS
                                                   R    IV     1-3 MILLION UNITS Q 4H
    AMPICILLIN/SULBACTAM     SYSTMC      <8/4      S    IV     1/.5-2/1 GM Q 6H
    AMOXICILLIN/CLAVULANATE ACID SYSTMC <4/2      S    PO     1-2 TABS Q 8H
    OXACILLIN                SYSTMC      0.5       S    IV     0.5-2 GM Q 4H
    CEFTRIAXONE              SYSTMC      <8        S    IM/IV  1 GM Q 24 H
    GENTAMICIN               SYSTMC      <4        S    IM/IV  1.0-1.7 MG/KG Q 8H
    ERYTHROMYCIN             SYSTMC      <0.5      S    PO     250-500 MG Q 6H
    CLINDAMYCIN              SYSTMC      <0.5      S    PO     150-300 MG Q 6H
                                                   S    IV     600-900 MG Q 8H

--------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M    Acct#DO0092173896 Unit#DO00920868
--------------------------------------------------------------------------------

Lincoln/Sewell 336

--------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN                  #DO0092173896     (Continued)
--------------------------------------------------------------------------------
***************** MICROBIOLOGY DEPARTMENT - Phone: 761-1997 - continued *****************
************************************** MICROBIOLOGY - continued **************************
--------------------------------------------------------------------------------
Specimen: 21:DO:B0023151R    COMP   Collected: 09/03/21-1710    Received:    09/03/21-2356
                                    Source:    BRON WASH       Sp Descrip: BILATERAL
                                    Subm Dr:   White,Ashlie N  MD

   BRONCHIAL WASHING CULTURE (continued)
      1. STAPHYLOCOCCUS AUREUS   (continued)
      RX may vary depending on target, route, and dose
                                   TARGET MIC-mcg/ml    RX    ROUTE DOSAGE
                                   ------ -----------  -----  ----- ----------------------
         TETRACYCLINE              SYSTMC    <4          S     PO    250-500 MG Q 6H
         VANCOMYCIN                SYSTMC     1          S     IV    1 GM Q 12H
         TRIMETHOPRIM/SULFAMETHOXAZLE SYSTMC <0.5/9.5   S     PO    1-2 TABS Q 12 H
                                                        S     IV    3.3-6.6 MG/KG TMP Q 8H
         LINEZOLID (ZYVOX)         SYSTMC     2          S     PO    600 MG

--------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M    Acct#DO0092173896 Unit#DO00920868
--------------------------------------------------------------------------------

Lincoln/Sewell 337

Patient: SEWELL,TIMOTHY ALAN                #D00092173896      (Continued)

************************ MICROBIOLOGY DEPARTMENT - Phone: 761-1997 - continued ****************
*************************************** MICROBIOLOGY - continued ****************************

Specimen: 21:DO:B0023151R    COMP    Collected: 09/03/21-1710    Received:    09/03/21-2356
                                     Source:       BRON WASH        Sp Descrip: BILATERAL
                                     Subm Dr:    White,Ashlie N  MD

    BRONCHIAL WASHING CULTURE (continued)
        S-I-R Interpretations are based on
      THE CLINICAL LABORATORY STANDARDS INSTITUTE DOCUMENT M100:
      "PERFORMANCE STANDARDS FOR SUSCEPTIBILITY TESTING"

        S = Susceptible implies that isolates are inhibited by the
            USUALLY achievable concentrations of antimicrobial
            agent when the recommended dosage is used for the
            site of infection.

        I = Intermediate, Includes isolates with antimicrobial
            agent MICs that approach usually attainable blood and
            tissue levels and for which response rates may be
            lower than for susceptible isolates.  Intermediate
            implies clinical efficacy in body sites where drugs
            are physiologically concentrated (eg, quinolones and
            beta lactams in urine) or when a higher than normal
            dosage of a drug can be used (eg, beta-lactams).

        R = Resistant
            Implies that isolates are not inhibited by the usually
            achievable concentrations of the agent with normal
            dosage schedules, and/or that demonstrate MICs or zone
            diameters that fall in the range where specific
            microbial resistance mechanisms (eg, B-lactamases)
            are likely, and clinical efficacy of the agent
            against the isolate has not been reliably shown in
            treatment studies.
        Blank  = Data not available, or drug not advised or tested

        *Nitrofurantion should not be used in patients with
        impaired renal function (creatinine clearance <60 mL/min) or
        in patients with suspected or confirmed pylenephritis.

        **Staphylococci are reported as RESISTANT to Ampicillin,
        Ampicillin/K Clavulanate, Ampicillin/Sulbactam, Imipenem,
        Meropenem, Ertapenem, Penicillin, Pip/Taz, & Cephalosporin
        antimicrobics, REGARDLESS of the MIC, when Cefoxitin screen
        is >4 ug/ml, or Oxacillin MIC's are > 2 ug/ml for Staph
        aureus & Staph lugdunensis & Oxacillin is >= 0.5 ug/ml for
        other coagulase negative staphylococci.


Patient: SEWELL,TIMOTHY ALAN             Age/Sex: 57/M      Acct#D00092173896 Unit#D000920868

**Lincoln/Sewell 338**

------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN                    #D00092173896    (Continued)
------------------------------------------------------------------------------
**************** MICROBIOLOGY DEPARTMENT - Phone: 761-1997 - continued ****************
**************************** MICROBIOLOGY - continued ****************************
------------------------------------------------------------------------------
Specimen: 21:DO:B0023151R   COMP   Collected: 09/03/21-1710   Received:   09/03/21-2356
                                   Source:    BRON WASH       Sp Descrip: BILATERAL
                                   Subm Dr:   White,Ashlie N  MD

    BRONCHIAL WASHING CULTURE (continued)
            DRMC LAB 42238545/MIC 42048700
            Corpus Christi Medical Center Doctors Regional
            3315 S Alameda, Corpus Christi TX 78411 CLIA# 45D0502991
            Steve J Galatzan MD

------------------------------------------------------------------------------
Specimen: 21:DO:B0023392R   COMP   Collected: 09/07/21-1000   Received:   09/07/21-1502
                                   Source:    BRON WASH       Sp Descrip: OTHER: DES
                                   Subm Dr:   White,Ashlie N  MD

> GRAM STAIN  Final 09/07/21
            RESULTS:                    1+ WBC'S
                                        3+ RBC'S
                                        NO ORGANISMS SEEN.
                                        RARE EPITHELIAL CELLS

            DRMC LAB 42238545/MIC 42048700
            Corpus Christi Medical Center Doctors Regional
            3315 S Alameda, Corpus Christi TX 78411 CLIA# 45D0502991
            Steve J Galatzan MD
> BRONCHIAL WASHING CULTURE  Final 09/09/21
                         DAY 2: NORMAL OROPHARYNGEAL FLORA.
                         Commensal respiratory flora only: No S. aureus/MRSA
                         [Methicillin-resistant Staphylococcus aureus] or P.
                         [Pseudomonas] aeruginosa

            DRMC LAB 42238545/MIC 42048700
            Corpus Christi Medical Center Doctors Regional
            3315 S Alameda, Corpus Christi TX 78411 CLIA# 45D0502991
            Steve J Galatzan MD

------------------------------------------------------------------------------
Specimen: 21:DO:B0024353R   COMP   Collected: 09/19/21-1345   Received:   09/19/21-1423
                                   Source:    SPUTUM          Sp Descrip: INDUCED SP
                                   Subm Dr:   Compton,Brent   MD RJ

> GRAM STAIN SPUTUM  Final 09/20/21
            RESULTS:                    3+ WBC'S
                                        RARE GRAM NEGATIVE RODS
                                        NO EPITHELIAL CELLS

------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M    Acct#D00092173896 Unit#D000920868
------------------------------------------------------------------------------

**Lincoln/Sewell 339**

--------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN              #DO0092173896     (Continued)
--------------------------------------------------------------------------------
****************** MICROBIOLOGY DEPARTMENT - Phone: 761-1997 - continued ****************
************************************ MICROBIOLOGY - continued ***********************************
--------------------------------------------------------------------------------
Specimen: 2I:DO:B0024353R   COMP    Collected: 09/19/21-1345    Received:   09/19/21-1423
                                    Source:    SPUTUM          Sp Descrip: INDUCED SP
                                    Subm Dr:   Compton,Brent   MD R3

    GRAM STAIN SPUTUM (continued)
            DRMC LAB 42238545/HIC 42048700
            Corpus Christi Medical Center Doctors Regional
            3315 S Alameda, Corpus Christi TX 78411 CLIA# 4500502991
            Steve J Galatzan MD

> SPUTUM CULTURE  Final 09/21/21
        Organism 1                  CITROBACTER KOSERII
            Citrobacter koseri has intrinsic (inherent, not acquired)
            RESISTANCE to: Ampicillin, Ampicillin/Clavulanate,
            Ampicillin/Sulbactam, Piperacillin and Ticarcillin.
        AMOUNT:                  2+

    1. CITROBACTER KOSERII
    RX may vary depending on target, route, and dose
                                TARGET MIC-mcg/ml    RX    ROUTE DOSAGE
                                ---------------    ------  ----- -----------------------
        PIPERACILLIN/TAZOBACTAM    SYSTMC    <16      S     IV    3/0.375 GM Q 6H
        MEROPENEM                  SYSTMC    <1       S     IV    *DOSE DEPENDENT:1 G Q 8H
        AZTREONAM                  SYSTMC    <4       S     IV    1.0 GM Q 8H
        CEFUROXIME                 SYSTMC    >16.     R     IM/IV 1.5 GM Q 8H
                                                     R     PO    250-500 MG Q 12 H
        CEFOXITIN                  SYSTMC    >16      R     IM    0.5-1 GM Q 6 H
                                                     R     IV    1-2 GM Q 4-6 H
        CEFTRIAXONE                SYSTMC    <1       S     IM/IV 1 GM Q 24 H
        CEFTAZIDIME                SYSTMC    <1       S     IM    1.0 GM Q 8 H
                                                     S     IV    1.0 GM Q 8 H
        CEFEPIME                   SYSTMC    <2       S     IV    1 GM Q 8 H /2.0 GM Q 12 H
        GENTAMICIN                 SYSTMC    <4       S     IM/IV 1.0-1.7 MG/KG Q 8H
        TOBRAMYCIN                 SYSTMC    <4       S     IM/IV 1-1.7 MG/KG Q 8H
        TRIMETHOPRIM/SULFAMETHOXAZLE SYSTMC  <2/38   S     PO    1-2 TABS Q 12 H
                                                     S     IV    3.3-6.6 MG/KG TMP Q 8H

--------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M     Acct#DO0092173896 Unit#DO000920868
--------------------------------------------------------------------------------

**Lincoln/Sewell 340**

---

Patient: SEWELL,TIMOTHY ALAN                #DO0092173896      (Continued)

---

*************** MICROBIOLOGY DEPARTMENT - Phone: 761-1997 - continued ******************
********************************** MICROBIOLOGY - continued ***************************

---

Specimen: 21:DO:B0024353R   COMP   Collected: 09/19/21-1345   Received:  09/19/21-1423
                                   Source:    SPUTUM          Sp Descrip: INDUCED SP
                                   Subm Dr:   Compton,Brent   MD R3

SPUTUM CULTURE (continued)
        S-I-R Interpretations are based on
    THE CLINICAL LABORATORY STANDARDS INSTITUTE DOCUMENT M100:
    "PERFORMANCE STANDARDS FOR SUSCEPTIBILITY TESTING"

---

    S = Susceptible implies that isolates are inhibited by the
        USUALLY achievable concentrations of antimicrobial
        agent when the recommended dosage is used for the
        site of infection.

    I = Intermediate, Includes isolates with antimicrobial
        agent MICs that approach usually attainable blood and
        tissue levels and for which response rates may be
        lower than for susceptible isolates.  Intermediate
        implies clinical efficacy in body sites where drugs
        are physiologically concentrated (eg, quinolones and
        beta lactams in urine) or when a higher than normal
        dosage of a drug can be used (eg, beta-lactams).

    R = Resistant
        Implies that isolates are not inhibited by the usually
        achievable concentrations of the agent with normal
        dosage schedules, and/or that demonstrate MICs or zone
        diameters that fall in the range where specific
        microbial resistance mechanisms (eg, B-lactamases)
        are likely, and clinical efficacy of the agent
        against the isolate has not been reliably shown in
        treatment studies.
    Blank = Data not available, or drug not advised or tested

*Nitrofurantioin should not be used in patients with
impaired renal function (creatinine clearance <60 mL/min) or
in patients with suspected or confirmed pylenephritis.

**Staphylococci are reported as RESISTANT to Ampicillin,
Ampicillin/K Clavulanate, Ampicillin/Sulbactam, Imipenem,
Meropenem, Ertapenem, Penicillin, Pip/Taz, & Cephalosporin
antimicrobics, REGARDLESS of the MIC, when Cefoxitin screen
is >4 ug/ml, or Oxacillin MIC's are > 2 ug/ml for Staph
aureus & Staph lugdunensis & Oxacillin is >= 0.5 ug/ml for
other coagulase negative staphylococci.

---

Patient: SEWELL,TIMOTHY ALAN          Age/Sex: 57/M     Acct#DO0092173896 Unit#DO000920868

---

Sewell - Appeal 05/16/23 - 190

Lincoln/Sewell 341

----------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN                    #DO0092173896    (Continued)
----------------------------------------------------------------------------------
***************** MICROBIOLOGY DEPARTMENT - Phone: 761-1997 - continued ***************
********************************** MICROBIOLOGY - continued ***************************
----------------------------------------------------------------------------------
Specimen: 21:DO:DC0243593R   COMP   Collected: 09/19/21-1345    Received:   09/19/21-1423
                                    Source:    SPUTUM          Sp Descrip: INDUCED SP
                                    Subm Dr:   Compton,Brent  MD RS

   SPUTUM CULTURE (continued)
            DRMC LAB 42238545/MIC 42040700
            Corpus Christi Medical Center Doctors Regional
            3315 S Alameda, Corpus Christi TX 78411 CLIA# 45D0502991
            Steve J Galatzan MD


                            Cancelled Specimens

0829:DO:H00239R    CAN, Coll: 08/29/21-0815 Recd: 08/29/21-0818 (R#07050956) White,Ashlie N
      Ordered: CBC
      Comment: Rejected; Reason: CLOTTED .
               Called to: JEFF SANFORD,RN .
               by D.LAB.ASA, 08/29/21-0853.
0829:DO:C00306R    CAN, Coll: 08/29/21-0815 Recd: 08/29/21-0818 (R#07050956) White,Ashlie N
      Ordered: COMP METABOLIC, PHOS, MAG
      Comment: Rejected. Reason: HEMOLYZED .
               Called to: JEFF SANFORD,RN .
               by D.LAB.ASA, 08/29/21-0853.
0831:DO:C00756R    CAN, Coll: 08/31/21-2200 Recd: - (R#07056396) White,Ashlie N
      Ordered: THEO
      Comment: Cancelled via OE; Doctor's Order
0903:DO:C00947R    CAN, Coll: 09/03/21-1127 Recd: - (R#07064340) White,Ashlie N
      Ordered: NT-ProBNP
      Comment: CANCELLED/DUPLICATE: SEE SPEC # 0903:C920, PT WAS JUST DRAWN
               WHEN THE NEW ORDER WAS PUT IN. I CHANGED THE OLD ORDER TO
               STAT.
0917:DO:SC0006R    CAN, Coll: 09/17/21-0749 Recd: - (R#07096627) Gleason,Patrick
      Ordered: Coronavirus2019
      Comment: CANCELLED/DUPLICATE: SEE SPEC # 0917:DO:S000015.
               CHANGED TO RAPID NEEDED FOR SURGERY
               PER JENNIFER ENCINIA RN
0920:DO:BAC0104R   CAN, Coll: 09/20/21-1747 Recd: - (R#07103920) Devinal,Manzoor
      Ordered: TS
      Comment: DUPLICATE ORDER
0921:DO:H00200R    CAN, Coll: 09/21/21-0100 Recd: - (R#07104648) Devinal,Manzoor
      Ordered: CBC
      Comment: CANCELLED/DUPLICATE: SEE SPEC # 0921:H18.




----------------------------------------------------------------------------------
Patient: SEWELL,TIMOTHY ALAN           Age/Sex: 57/M    Acct#DO0092173896 Unit#DO0920868
----------------------------------------------------------------------------------

Lincoln/Sewell 342

Patient Name: TANGO BA,MALE TRAUMA          Unit No: DO00920868

** Report Has Been Amended **

EXAMS:                                        CPT CODE:
075245419 MRI BRAIN W/O CONTRAST              70551
 Reason: drowning victim High Grade C3-c4 Injury

                    Addendum - 08/29/2021 SIGNED 08/29/2021

   ADDENDUM:   075245419 MRI/MRIBRAINWO
Addendum created by Marc Jacobson MD on 8/29/2021 3:22:35
AM CDT:
CRITICAL RESULT: Notification was received at 8/29/2021
3:22 AM CDT, that Dr. Gleason confirmed receipt of the
dictated report, expressed understanding of the report
findings, and indicated that direct verbal consultation was
unnecessary.
Initial report created on 8/29/2021 2:13:35 AM CDT:
PROCEDURE INFORMATION:
Exam: MR Head Without Contrast
Exam date and time: 8/29/2021 12:13 AM
Age: 60 years old
Clinical indication: Injury or trauma; Other: Near drown;
Unconscious; Injury date: 08/28/21; Additional info:
Drowning victim high grade c3-c4 injury
TECHNIQUE:
Imaging protocol: MR of the head without contrast.
COMPARISON:
CT HEAD/BRAIN W/O CONT 8/28/2021 5:55 PM
FINDINGS:
Brain: There is no intracranial mass or mass effect,
midline shift, intracranial hemorrhage or abnormal brain
parenchyma identified. No evidence of restricted diffusion
to suggest acute ischemia. Flow void in the right vertebral
artery is diminished, other flow voids maintained.
Cerebral ventricles: No ventriculomegaly.
Bones/joints: No fracture, significant marrow replacing or
destructive lesion evident.
Paranasal sinuses: Air-fluid levels in the maxillary
sinuses, moderate opacification of the ethmoid sinus,
air-fluid levels in the left frontal sinus.
Mastoid air cells: Normal as visualized. No mastoid
effusion.
Orbital cavity: Unremarkable.
Soft tissues: Normal.
IMPRESSION:
1. Flow void in the intracranial right vertebral artery is
diminished in the proximal V4 segment , suggesting a right
vertebral artery stenosis, dissection or occlusion relating
to the right C4-C5 locked facet dislocation and C4-C5
anterior subluxation evident on the recent CT cervical
spine.  CT angiography recommended if clinically warranted
and feasible.

2. No other intracranial abnormality detected, specifically
no evidence of acute ischemic insult or hemorrhage.
3. Multi sinus air-fluid levels which could relate to
intubation although acute sinusitis also should be
considered.


CCMC Bay Area                    NAME: TANGO BA,MALE TRAUMA
7101 SPID                        PHYS: NELRA - Nelson,Randolph A  MD
Corpus Christi,Tx 78412               AGE: 60      SEX: M
                                 ACCT NO: DO0092173896 LOC: D.HERICU 3
PHONE #: 361-761-1200            EXAM DATE: 08/29/2021 STATUS: ADM IN
  FAX #:                         RAD NO:         DC Dt:

PAGE  1                    Signed Report               (CONTINUED)

**Lincoln/Sewell 343**

** Report Has Been Amended **

EXAMS:                                         CPT CODE:
075245419 MRI BRAIN W/O CONTRAST               70551
    <Continued>
 Reason: drowning victim High Grade C3-c4 Injury

    *****************INTERNAL CODING PURPOSES ONLY**************
    RESULT CODE: CVR


    ** Electronically Signed by VRAD MARC JACOBSON MD **
    **              on 08/29/2021 at 0322              **
             Reported and signed by: MARC JACOBSON, MD VRAD


                        Report

   PROCEDURE INFORMATION:
   Exam: MR Head Without Contrast
   Exam date and time: 8/29/2021 12:13 AM
   Age: 60 years old
   Clinical indication: Injury or trauma; Other: Near drown;
   Unconscious; Injury date: 08/28/21; Additional info:
   Drowning victim high grade c3-c4 injury
   TECHNIQUE:
   Imaging protocol: MR of the head without contrast.
   COMPARISON:
   CT HEAD/BRAIN W/O CONT 8/28/2021 5:55 PM
   FINDINGS:
   Brain: There is no intracranial mass or mass effect,
   midline shift, intracranial hemorrhage or abnormal brain
   parenchyma identified. No evidence of restricted diffusion
   to suggest acute ischemia. Flow void in the right vertebral
   artery is diminished, other flow voids maintained.
   Cerebral ventricles: No ventriculomegaly.

   Bones/joints: No fracture, significant marrow replacing or
   destructive lesion evident.
   Paranasal sinuses: Air-fluid levels in the maxillary
   sinuses, moderate opacification of the ethmoid sinus,
   air-fluid levels in the left frontal sinus.
   Mastoid air cells: Normal as visualized. No mastoid
   effusion.
   Orbital cavity: Unremarkable.
   Soft tissues: Normal.
     IMPRESSION:
     1. Flow void in the intracranial right vertebral artery is
     diminished in the proximal V4 segment , suggesting a right
     vertebral artery stenosis, dissection or occlusion relating
     to the right C4-C5 locked facet dislocation and C4-C5
     anterior subluxation evident on the recent CT cervical
     spine.  CT angiography recommended if clinically warranted
     and feasible.
     2. No other intracranial abnormality detected, specifically
     no evidence of acute ischemic insult or hemorrhage.
     3. Multi sinus air-fluid levels which could relate to
     intubation although acute sinusitis also should be

CCMC Bay Area                    NAME: TANGO BA,MALE TRAUMA
7101 SPID                        PHYS: NELRA - Nelson,Randolph A  MD
Corpus Christi,Tx 78412                         AGE: 60      SEX: M
                                 ACCT NO: DO0092173896 LOC: D.HERICU 3
PHONE #: 361-761-1200            EXAM DATE: 08/29/2021 STATUS: ADM IN
   FAX #:                        RAD NO:          DC Dt:

PAGE  2                     Signed Report              (CONTINUED)

**Lincoln/Sewell 344**

** Report Has Been Amended **

EXAMS:                                          CPT CODE:
075245419 MRI BRAIN W/O CONTRAST                70551
    <Continued>
Reason: drowning victim High Grade C3-c4 Injury

       considered.
       ********************INTERNAL CODING PURPOSES ONLY***************
       RESULT CODE: CVR


       ** Electronically Signed by VRAD MARC JACOBSON MD **
       **              on 08/29/2021 at 0213              **
                   Reported and signed by: MARC JACOBSON, MD VRAD


CC: Randolph A Nelson MD

Technologist: Rosa Valdez MR RT
Trscrpt Dt/T: 08/29/2021 (0213)VRAD.VR
Orig Print D/T: S: 08/29/2021 (0213)


   CCMC Bay Area                    NAME: TANGO BA,MALE TRAUMA
   7101 SPID                        PHYS: NELRA - Nelson,Randolph A  MD
   Corpus Christi,Tx 78412                       AGE: 60      SEX: M
                                    ACCT NO: DO00092173896 LOC: D.HERICU 3
   PHONE #: 361-761-1200            EXAM DATE: 08/29/2021 STATUS: ADM IN
     FAX #:                         RAD NO:           DC Dt:

   PAGE  3                    Signed Report

Lincoln/Sewell 345

Patient Name: TANGO BA,MALE TRAUMA          Unit No: DO00920868

EXAMS:                                        CPT CODE:
075245419 MRI BRAIN W/O CONTRAST              70551
 Reason: drowning victim High Grade C3-c4 Injury

    PROCEDURE INFORMATION:
Exam: MR Head Without Contrast
Exam date and time: 8/29/2021 12:13 AM
Age: 60 years old
Clinical indication: Injury or trauma; Other: Near drown;
Unconscious; Injury date: 08/28/21; Additional info:
Drowning victim high grade c3-c4 injury
TECHNIQUE:
Imaging protocol: MR of the head without contrast.
COMPARISON:
CT HEAD/BRAIN W/O CONT 8/28/2021 5:55 PM
FINDINGS:
Brain: There is no intracranial mass or mass effect,
midline shift, intracranial hemorrhage or abnormal brain
parenchyma identified. No evidence of restricted diffusion
to suggest acute ischemia. Flow void in the right vertebral
artery is diminished, other flow voids maintained.
Cerebral ventricles: No ventriculomegaly.
Bones/joints: No fracture, significant marrow replacing or
destructive lesion evident.
Paranasal sinuses: Air-fluid levels in the maxillary
sinuses, moderate opacification of the ethmoid sinus,
air-fluid levels in the left frontal sinus.
Mastoid air cells: Normal as visualized. No mastoid
effusion.
Orbital cavity: Unremarkable.
Soft tissues: Normal.
   IMPRESSION:
   1. Flow void in the intracranial right vertebral artery is
   diminished in the proximal V4 segment , suggesting a right
   vertebral artery stenosis, dissection or occlusion relating
   to the right C4-C5 locked facet dislocation and C4-C5
   anterior subluxation evident on the recent CT cervical
   spine.  CT angiography recommended if clinically warranted
   and feasible.
   2. No other intracranial abnormality detected, specifically
   no evidence of acute ischemic insult or hemorrhage.
   3. Multi sinus air-fluid levels which could relate to
   intubation although acute sinusitis also should be
   considered.
   *****************INTERNAL CODING PURPOSES ONLY**************
   RESULT CODE: CVR


    ** Electronically Signed by VRAD MARC JACOBSON MD **
    **          on 08/29/2021 at 0213            **
          Reported and signed by: MARC JACOBSON, MD VRAD

CCMC Bay Area                  NAME: TANGO BA,MALE TRAUMA
7101 SPID                      PHYS: NELRA - Nelson,Randolph A  MD
Corpus Christi,Tx 78412                      AGE: 60       SEX: M
                               ACCT NO: DO00092173896 LOC: D.HERICU 3
PHONE #: 361-761-1200          EXAM DATE: 08/29/2021 STATUS: ADM IN
   FAX #:                      RAD NO:           DC Dt:

PAGE  1                  Signed Report              (CONTINUED)

**Lincoln/Sewell 346**

Patient Name: TANGO BA,MALE TRAUMA          Unit No: DO00920868

EXAMS:                                      CPT CODE:
075245419 MRI BRAIN W/O CONTRAST            70551
    <Continued>
 Reason: drowning victim High Grade C3-c4 Injury

CC: Randolph A Nelson MD

Technologist: Rosa Valdez MR RT
Trscrpt Dt/T: 08/29/2021 (0213)VRAD.VR
Orig Print D/T: S: 08/29/2021 (0213)


    CCMC Bay Area                 NAME: TANGO BA,MALE TRAUMA
    7101 SPID                     PHYS: NELRA - Nelson,Randolph A  MD
    Corpus Christi,Tx 78412                   AGE: 60       SEX: M
                                  ACCT NO: DO0092173896 LOC: D.HERICU 3
    PHONE #: 361-761-1200         EXAM DATE: 08/29/2021 STATUS: ADM IN
      FAX #:                      RAD NO:           DC Dt:

    PAGE  2                  Signed Report

Lincoln/Sewell 347

Patient Name: SEWELL,TIMOTHY ALAN          Unit No: DO00920868

EXAMS:                                      CPT CODE:
075252117 MRI C-SPINE W/O CONT              72141
Reason: s/p C4-6 ACDF

EXAM: MRI CERVICAL SPINE WITHOUT CONTRAST

INDICATION: s/p C4-6 ACDF

COMPARISON: MRI dated August 29, 2021

TECHNIQUE: Multiplanar, multisequence noncontrast MR imaging of the cervical spine.
IV contrast: None.

FINDINGS:
The atlantoaxial and atlantooccipital articulations are normal. There are postsurgical changes of prior anterior fusion of C4-C6 which appears in improved alignment compared to the previous examination. There is straightening of the normal cervical lordosis. There is bone marrow edema noted involving the C4 and C5 vertebral bodies. The remaining cervical vertebral bodies are normal in height and signal intensity. The facet joints and spinous processes are normal in alignment. There is diffuse facet joint arthropathy. There is diffuse disc desiccation noted throughout the cervical spine.

The posterior fossa is normal in appearance. No cerebellar tonsillar ectopia. There is hyperintense T2 signal within the cervical cord at the C4-C5 level.

There is minimal prevertebral soft tissue edema likely secondary to recent surgery. There is hyperintense T2 signal within the interspinous ligaments at the level of C4-C5 likely representing evolving edema secondary to ligamentous injury.

The right vertebral artery flow void is absent likely representing a vascular injury.

INDIVIDUAL LEVELS:
C2-C3: No spinal canal or neuroforaminal stenosis.

C3-C4: No spinal canal or neuroforaminal stenosis.

C4-C5: Postsurgical changes. No spinal canal or neuroforaminal stenosis. Hyperintense T2 signal within the cervical cord is consistent with cord contusion resulting myelomalacia. There is moderate neuroforaminal stenosis bilaterally.

C5-C6: Postsurgical changes. Mild spinal canal stenosis. Uncovertebral hypertrophy with moderate right neuroforaminal stenosis.

C6-C7: No spinal canal or neuroforaminal stenosis.

C7-T1: No spinal canal or neuroforaminal stenosis.

IMPRESSION:
Postsurgical changes of prior anterior fusion of C4-C6 with improvement in the alignment of the cervical bodies as well as

CCMC Bay Area                      NAME: SEWELL,TIMOTHY ALAN
7101 SPID                          PHYS: ------  DeFranceschi,Elina R
Corpus Christi,Tx 78412            DOB:            AGE: 56      SEX: M
                                   ACCT NO: DO0092173896 LOC: D.HCV 4
PHONE #: 361-761-1200              EXAM DATE: 09/15/2021 STATUS: ADM IN
  FAX #:                           RAD NO:           DC Dt:

PAGE  1                     Signed Report                (CONTINUED)

**Lincoln/Sewell 348**

Patient Name: SEWELL,TIMOTHY ALAN            Unit No: DO00920868

EXAMS:                                       CPT CODE:
075252117 MRI C-SPINE W/O CONT               72141
    <Continued>
Reason: s/p C4-6 ACDF

       improvement in the spinal canal stenosis at this level.  There is
    residual cord contusion an evolving myelomalacia in the cervical cord
    at the level of C4-C5.
    Moderate neuroforaminal stenosis at C4-C5 bilaterally and C5-C6 on the
    right.
    Redemonstration of the right vertebral artery injury.

    Location: A1


** Electronically Signed by Melanie Dahse MD on 09/15/2021 at 1301 **
              Reported and signed by: Melanie Dahse, MD


CC: Elina R DeFranceschi PA; Rene Franco Jr MD

Technologist: Rosa Valdez MR RT
Trscrpt Dt/T: 09/15/2021 (1301)t.SDR.MD16
Orig Print D/T: S: 09/15/2021 (1341)


CCMC Bay Area                    NAME: SEWELL,TIMOTHY ALAN
7101 SPID                        PHYS: -----   DeFranceschi,Elina R
Corpus Christi,Tx 78412          DOB:          AGE: 56      SEX: M
                                 ACCT NO: DO0092173896 LOC: D.HCV 4
PHONE #: 361-761-1200            EXAM DATE: 09/15/2021 STATUS: ADM IN
   FAX #:                        RAD NO:          DC Dt:

PAGE  2                  Signed Report

Lincoln/Sewell 349

Patient Name: TANGO BA,MALE TRAUMA          Unit No: DO00920868

** Report Has Been Amended **

EXAMS:                                                    CPT CODE:
075245418 MRI C-SPINE W/O CONT                           72141
 Reason: drowning victim High Grade C3-c4 Injury

Addendum - 08/29/2021 SIGNED 08/29/2021

ADDENDUM:  075245418 MRI/MRICSPINWO
Addendum created by Marc Jacobson MD on 8/29/2021 3:22:57
AM CDT:
CRITICAL RESULT: Notification was received at 8/29/2021
3:22 AM CDT, that Dr. Gleason confirmed receipt of the
dictated report, expressed understanding of the report
findings, and indicated that direct verbal consultation was
unnecessary.
Initial report created on 8/29/2021 2:15:14 AM CDT:
PROCEDURE INFORMATION:
Exam: MR Cervical Spine Without Contrast
Exam date and time: 8/29/2021 12:31 AM
Age: 60 years old
Clinical indication: Injury or trauma; Other: Near drown;
Fracture, traumatic injury; Not specified; Fourth (c-4) and
fifth (c-5); Additional info: Drowning victim high grade
c3-c4 injury
TECHNIQUE:
Imaging protocol: Multiplanar magnetic resonance images of
the cervical spine without contrast.
COMPARISON:
CT C-SPINE W/O CONTRAST 8/28/2021 5:55 PM
FINDINGS:
Limitations: Motion artifact degrades the quality of the
study and could obscure or simulate pathology, most
pronounced on the axial T2*GRE sequence although also
severe on axial T2.
Vertebrae:  C4-C5 dislocation with locked right C4-C5 facet
described further below.  Although there is no acute
fracture demonstrated on this study, there is a small bony
small fragment anterior to the C5 vertebral body on the CT
suggesting an avulsion fracture of the anterior inferior
corner of the C4 vertebral body.
Spinal cord: There is edema in the cervical spinal cord
from C2-C3 disc level through mid C6.  Cord compression is
present at least at the C4-C5 level, possibly also at C5-C6
where there is central spinal canal stenosis.
C2-C3:  Disc degeneration without disc protrusion.
Moderate facet hypertrophy.  Probably mild bilateral
foraminal narrowing.
C3-C4:  Disc degeneration without disc protrusion.  Severe
bilateral hypertrophic facet arthropathy.  Mild foraminal
stenosis.  No definite central spinal canal stenosis.
C4-C5: There is acute anterior C4-C5 subluxation with

locked right C4-C5 facets and subluxed left C4-C5 facet
joint.  There is edema in the interspinous ligament region.
C5-C6:  There is moderate disc space narrowing, anterior
and posterior as well as uncovertebral osteophytes and
moderate generalized bulging of the degenerated disc.

CCMC Bay Area                      NAME: TANGO BA,MALE TRAUMA
7101 SPID                          PHYS: NELRA - Nelson,Randolph A  MD
Corpus Christi,Tx 78412                         AGE: 60      SEX: M
                                   ACCT NO: DO0092173896 LOC: D.HERICU 3
PHONE #: 361-761-1200              EXAM DATE: 08/29/2021 STATUS: ADM IN
  FAX #:                           RAD NO:           DC Dt:

PAGE  1                   Signed Report                 (CONTINUED)

**Lincoln/Sewell 350**

Patient Name: TANGO BA,MALE TRAUMA          Unit No: DO00920868

** Report Has Been Amended **

EXAMS:                                               CPT CODE:
075245418 MRI C-SPINE W/O CONT                       72141
  <Continued>
Reason: drowning victim High Grade C3-c4 Injury

     There is at least mild central spinal canal stenosis.
Right foraminal stenosis.
C6-C7:  Moderate disc space narrowing and disc
degeneration, mild generalized bulging of the disc and
uncovertebral osteophytes.  No central spinal canal
stenosis although there is moderate bilateral C6-C7
foraminal narrowing.
C7-T1: No significant disc disease, although there is
moderate left facet hypertrophy No central spinal canal
stenosis or foraminal stenosis evident.
Soft tissues: There is extensive edema and probably some
hemorrhage in the prevertebral soft tissues.
Vertebral arteries: There is abnormal signal intensity
throughout the visualized right vertebral artery in the
neck although its origin is not resolved. CT angiography is
recommended.
IMPRESSION:
1. Acute C4-C5 dislocation with locked right facets and
subluxed left facets, disruption of the anterior
longitudinal ligament, and prevertebral edema and
hemorrhage. There is cord compression at C4-C5, with edema
in the cord from C2-C3 through mid C6.
2. Absence of flow void and increased signal intensity
within the cervical segments of the right vertebral artery
consistent with thrombosis versus dissection, likely
secondary to the C4-C5 injury affecting the vertebral
artery in the foramen transversarium. CT angiography is
recommended.
*******************INTERNAL CODING PURPOSES ONLY***************

RESULT CODE: CVR


     ** Electronically Signed by VRAD MARC JACOBSON MD **
     **           on 08/29/2021 at 0322              **
              Reported and signed by: MARC JACOBSON, MD VRAD


                              Report

   PROCEDURE INFORMATION:
Exam: MR Cervical Spine Without Contrast
Exam date and time: 8/29/2021 12:31 AM
Age: 60 years old
Clinical indication: Injury or trauma; Other: Near drown;
Fracture, traumatic injury; Not specified; Fourth (c-4) and
fifth (c-5); Additional info: Drowning victim high grade
c3-c4 injury
TECHNIQUE:
Imaging protocol: Multiplanar magnetic resonance images of
the cervical spine without contrast.

CCMC Bay Area                     NAME: TANGO BA,MALE TRAUMA
7101 SPID                         PHYS: HELPA - Nelson,Randolph A  MD
Corpus Christi,Tx 78412                         AGE: 60      SEX: M
                                  ACCT NO: DO0092173896 LOC: D.HERICU 3
PHONE #: 361-761-1200             EXAM DATE: 08/29/2021 STATUS: ADM IN
  FAX #:                          RAD NO:          DC Dt:

PAGE  2                    Signed Report                (CONTINUED)

Sewell - Appeal 05/16/23 - 200


                                                      Lincoln/Sewell 351

Patient Name: TANGO BA,MALE TRAUMA          Unit No: DO00920868

** Report Has Been Amended **

EXAMS:                                      CPT CODE:
075245418 MRI C-SPINE W/O CONT              72141
    <Continued>
 Reason: drowning victim High Grade C3-c4 Injury

    COMPARISON:
    CT C-SPINE W/O CONTRAST 8/28/2021 5:55 PM
    FINDINGS:
    Limitations: Motion artifact degrades the quality of the
    study and could obscure or simulate pathology, most
    pronounced on the axial T2*GRE sequence although also
    severe on axial T2.
    Vertebrae:  C4-C5 dislocation with locked right C4-C5 facet
    described further below.  Although there is no acute
    fracture demonstrated on this study, there is a small bony
    small fragment anterior to the C5 vertebral body on the CT
    suggesting an avulsion fracture of the anterior inferior
    corner of the C4 vertebral body.

    Spinal cord: There is edema in the cervical spinal cord
    from C2-C3 disc level through mid C6.  Cord compression is
    present at least at the C4-C5 level, possibly also at C5-C6
    where there is central spinal canal stenosis.
    C2-C3:  Disc degeneration without disc protrusion.
    Moderate facet hypertrophy.  Probably mild bilateral
    foraminal narrowing.
    C3-C4:  Disc degeneration without disc protrusion.  Severe
    bilateral hypertrophic facet arthropathy.  Mild foraminal
    stenosis.  No definite central spinal canal stenosis.
    C4-C5: There is acute anterior C4-C5 subluxation with
    locked right C4-C5 facets and subluxed left C4-C5 facet
    joint.  There is edema in the interspinous ligament region.
    C5-C6:  There is moderate disc space narrowing, anterior
    and posterior as well as uncovertebral osteophytes and
    moderate generalized bulging of the degenerated disc.
    There is at least mild central spinal canal stenosis.
    Right foraminal stenosis.
    C6-C7:  Moderate disc space narrowing and disc
    degeneration, mild generalized bulging of the disc and
    uncovertebral osteophytes.  No central spinal canal
    stenosis although there is moderate bilateral C6-C7
    foraminal narrowing.
    C7-T1: No significant disc disease, although there is
    moderate left facet hypertrophy No central spinal canal
    stenosis or foraminal stenosis evident.
    Soft tissues: There is extensive edema and probably some
    hemorrhage in the prevertebral soft tissues.
    Vertebral arteries: There is abnormal signal intensity
    throughout the visualized right vertebral artery in the
    neck although its origin is not resolved. CT angiography is
    recommended.
       IMPRESSION:
       1. Acute C4-C5 dislocation with locked right facets and
       subluxed left facets, disruption of the anterior
       longitudinal ligament, and prevertebral edema and
       hemorrhage. There is cord compression at C4-C5, with edema

CCMC Bay Area                    NAME: TANGO BA,MALE TRAUMA
7101 SPID                        PHYS: NELRA - Nelson,Randolph A  MD
Corpus Christi,Tx 78412                        AGE: 60      SEX: M
                                 ACCT NO: DO00092173896 LOC: D.HERICU 3
PHONE #: 361-761-1200            EXAM DATE: 08/29/2021 STATUS: ADM IN
  FAX #:                         RAD NO:           DC Dt:

PAGE  3                Signed Report              (CONTINUED)

**Lincoln/Sewell 352**

Patient Name: TANGO BA,MALE TRAUMA                Unit No: DO00920868

                        ** Report Has Been Amended **

    EXAMS:                                        CPT CODE:
075245418 MRI C-SPINE W/O CONT                    72141

        <Continued>
Reason: drowning victim High Grade C3-c4 Injury

        in the cord from C2-C3 through mid C6.
        2. Absence of flow void and increased signal intensity
        within the cervical segments of the right vertebral artery
        consistent with thrombosis versus dissection, likely
        secondary to the C4-C5 injury affecting the vertebral
        artery in the foramen transversarium. CT angiography is
        recommended.
        *******************INTERNAL CODING PURPOSES ONLY***************
        RESULT CODE: CVR


        ** Electronically Signed by VRAD MARC JACOBSON MD **
        **            on 08/29/2021 at 0215             **
                Reported and signed by: MARC JACOBSON, MD VRAD


CC: Randolph A Nelson MD

Technologist: Rosa Valdez MR RT
Trscrpt Dt/T: 08/29/2021 (0215)VRAD.VR
Orig Print D/T: S: 08/29/2021 (0215)


    CCMC Bay Area                    NAME: TANGO BA,MALE TRAUMA
    7101 SPID                        PHYS: NELRA - Nelson,Randolph A  MD
    Corpus Christi,Tx 78412                    AGE: 60        SEX: M
                                     ACCT NO: DO0092173896 LOC: D.HERICU 3
    PHONE #: 361-761-1200            EXAM DATE: 08/29/2021 STATUS: ADM IN
        FAX #:                       RAD NO:         DC Dt:

PAGE  4                       Signed Report

Sewell - Appeal 05/16/23 - 202

**Lincoln/Sewell 353**

Patient Name: TANGO BA,MALE TRAUMA                Unit No: DO00920868

  EXAMS:                                          CPT CODE:
075245418 MRI C-SPINE W/O CONT                    72141
 Reason: drowning victim High Grade C3-c4 Injury

        PROCEDURE INFORMATION:
     Exam: MR Cervical Spine Without Contrast
     Exam date and time: 8/29/2021 12:31 AM
     Age: 60 years old
     Clinical indication: Injury or trauma; Other: Near drown;
     Fracture, traumatic injury; Not specified; Fourth (c-4) and
     fifth (c-5); Additional info: Drowning victim high grade
     c3-c4 injury
     TECHNIQUE:
     Imaging protocol: Multiplanar magnetic resonance images of
     the cervical spine without contrast.
     COMPARISON:
     CT C-SPINE W/O CONTRAST 8/28/2021 5:55 PM
     FINDINGS:
     Limitations: Motion artifact degrades the quality of the
     study and could obscure or simulate pathology, most
     pronounced on the axial T2*GRE sequence although also
     severe on axial T2.
     Vertebrae:  C4-C5 dislocation with locked right C4-C5 facet
     described further below.  Although there is no acute
     fracture demonstrated on this study, there is a small bony
     small fragment anterior to the C5 vertebral body on the CT
     suggesting an avulsion fracture of the anterior inferior
     corner of the C4 vertebral body.
     Spinal cord: There is edema in the cervical spinal cord
     from C2-C3 disc level through mid C6.  Cord compression is
     present at least at the C4-C5 level, possibly also at C5-C6
     where there is central spinal canal stenosis.
     C2-C3:  Disc degeneration without disc protrusion.
     Moderate facet hypertrophy.  Probably mild bilateral
     foraminal narrowing.
     C3-C4:  Disc degeneration without disc protrusion.  Severe
     bilateral hypertrophic facet arthropathy.  Mild foraminal
     stenosis.  No definite central spinal canal stenosis.
     C4-C5: There is acute anterior C4-C5 subluxation with
     locked right C4-C5 facets and subluxed left C4-C5 facet
     joint.  There is edema in the interspinous ligament region.
     C5-C6:  There is moderate disc space narrowing, anterior
     and posterior as well as uncovertebral osteophytes and
     moderate generalized bulging of the degenerated disc.
     There is at least mild central spinal canal stenosis.
     Right foraminal stenosis.
     C6-C7:  Moderate disc space narrowing and disc
     degeneration, mild generalized bulging of the disc and
     uncovertebral osteophytes.  No central spinal canal
     stenosis although there is moderate bilateral C6-C7
     foraminal narrowing.
     C7-T1: No significant disc disease, although there is

     moderate left facet hypertrophy No central spinal canal
     stenosis or foraminal stenosis evident.
     Soft tissues: There is extensive edema and probably some
     hemorrhage in the prevertebral soft tissues.
     Vertebral arteries: There is abnormal signal intensity

     CCMC Bay Area                    NAME: TANGO BA,MALE TRAUMA
     7101 SPID                        PHYS: NELRA - Nelson,Randolph A  MD
     Corpus Christi,Tx 78412                      AGE: 60       SEX: M
                                      ACCT NO: DO0092173896 LOC: D.HERICU 3
     PHONE #: 361-761-1200            EXAM DATE: 08/29/2021 STATUS: ADM IN
        FAX #:                        RAD NO:          DC Dt:

     PAGE  1               Signed Report              (CONTINUED)

                                        **Lincoln/Sewell 354**

Patient Name: TANGO BA,MALE TRAUMA          Unit No: DO00920868

  EXAMS:                                            CPT CODE:
075245418 MRI C-SPINE W/O CONT                      72141
    <Continued>
 Reason: drowning victim High Grade C3-c4 Injury

    throughout the visualized right vertebral artery in the
  neck although its origin is not resolved. CT angiography is
  recommended.
    IMPRESSION:
    1. Acute C4-C5 dislocation with locked right facets and
  subluxed left facets, disruption of the anterior
  longitudinal ligament, and prevertebral edema and
  hemorrhage. There is cord compression at C4-C5, with edema
  in the cord from C2-C3 through mid C6.
    2. Absence of flow void and increased signal intensity
  within the cervical segments of the right vertebral artery
  consistent with thrombosis versus dissection, likely
  secondary to the C4-C5 injury affecting the vertebral
  artery in the foramen transversarium. CT angiography is
  recommended.
    *****************INTERNAL CODING PURPOSES ONLY***************
    RESULT CODE: CVR


    ** Electronically Signed by VRAD MARC JACOBSON MD **
    **            on 08/29/2021 at 0215              **
            Reported and signed by: MARC JACOBSON, MD VRAD


CC: Randolph A Nelson MD

Technologist: Rosa Valdez MR RT
Trscrpt Dt/T: 08/29/2021 (0215)VRAD.VR
Orig Print D/T: S: 08/29/2021 (0215)


    CCMC Bay Area                    NAME: TANGO BA,MALE TRAUMA
    7101 SPID                        PHYS: NELRA - Nelson,Randolph A  MD
    Corpus Christi,Tx 78412                    AGE: 60       SEX: M
                                     ACCT NO: DO0092173896 LOC: D.HERICU 3
    PHONE #: 361-761-1200            EXAM DATE: 08/29/2021 STATUS: ADM IN
      FAX #:                         RAD NO:           DC Dt:

    PAGE  2                     Signed Report

**Lincoln/Sewell 355**

Patient Name: SEWELL,TIMOTHY ALAN          Unit No: DO00920868

EXAMS:                                          CPT CODE:
075248936 DUP VEIN BIL                          93970

HISTORY:  Hypoxia, rule out DVT

Location Code: B2

COMMENT: Multiplanar grayscale, color flow and Doppler spectral
imaging of the bilateral lower extremity was performed revealing
patent deep venous system with no evidence of deep venous thrombosis
of obstruction.  There is normal augmentation of flow with compression
of calf veins.

IMPRESSION:
1.  No evidence of bilateral deep venous thrombosis.


** Electronically Signed by Roy Kumar MD on 09/04/2021 at 1242 **
                Reported and signed by: Roy Kumar, MD


CC: Rene Franco Jr MD; Ashlie N White MD


Technologist: Cristie Warner, US
Trnscrbd D/T: 09/04/2021 (1242) t.SDR.RK5
Orig Print D/T: S: 09/04/2021 (1245)      Probe:


CCMC Bay Area                    NAME: SEWELL,TIMOTHY ALAN
7101 SPID                        PHYS: ᵀᵀᴬᴿᴾ - Franco,Rene  Jr MD
Corpus Christi,Tx 78412          DOB:              AGE: 56        SEX: M
                                 ACCT ..υ. Ͻυυυ₂173896 LOC: D.HCV 4
PHONE #: 361-761-1200            EXAM DATE: 09/04/2021 STATUS: ADM IN
   FAX #:                        RAD NO:
Page  1                 Signed Report

**Lincoln/Sewell 356**

Patient Name: TANGO BA,MALE TRAUMA          Unit No: DO00920868

EXAMS:                                       CPT CODE:
075245375 CT ABD PELVIS W/CONT               74177
Reason: head injury

        Location of dictation:  B2

        CT of the chest, abdomen and pelvis with intravenous contrast/CT of
        the thoracic and lumbar spines without contrast

        History:Trauma

        Axial sections of the thoracic and lumbar spines obtained without
        contrast with sagittal and coronal reformations.  Contrast phase -
        abdomen and pelvis including all of kidneys
        Reconstructions - coronal and sagittal planes

        Automated exposure reduction (Auto mA/Smart mA) was utilized in
        compliance with ACR Image Wisely with DLP of 1706.9 mGy-cm.

        COMPARISON: None

        FINDINGS:

        Mediastinum and hila: No mediastinal hematoma, mediastinal or hilar
        mass or adenopathy.  An ET tube is above the carina and an NG tube is
        in the stomach.

        Vascular: Normal size heart without obvious aneurysm or dissection.

        Lungs and pleura: Thickening of the interlobar fissures.  Patchy left
        upper and left lower lobe dependent consolidations may be due to
        aspirations..  No pneumothorax or effusion.

        CHEST WALL: Intact with no obvious fracture.

        Hepatobiliary: Intact liver, spleen, gallbladder and pancreas.  No
        biliary obstruction.

        Adrenals: Normal

        GU: Kidneys appear intact without hydronephrosis or hematoma.  2.3 cm
        simple cyst left lower pole.  The bladder is decompressed by Foley.

        GI: No evidence for bowel obstruction and no inflammatory changes,
        free fluid or free air.  No bowel-containing hernias.

        Retroperitoneum and pelvis: Intact aorta and IVC.  No pelvic mass or
        fluid collection.

        Bones and soft tissues: The thoracic and lumbar spines are intact
        without fracture or subluxation.  No paraspinal or retroperitoneal
        abnormalities.


        IMPRESSION:
        1.  Possibly aspiration pneumonias of the left upper and lower lobes.
        2.  Otherwise no traumatic findings of the chest with ET tube and NG
        tube in place.
        3.  No traumatic findings of the abdomen and pelvis.

CCMC Bay Area                       NAME: TANGO BA,MALE TRAUMA
7101 SPID                           PHYS: MILTR.01 - Milling,Truman J  M
Corpus Christi,Tx 78412                     AGE: 60        SEX: M
                                    ACCT NO: DO0092173896 LOC: D.YER
PHONE #: 361-761-1200               EXAM DATE: 08/28/2021 STATUS: REG ER
   FAX #:                           RAD NO:          DC Dt:

PAGE  1                    Signed Report               (CONTINUED)

**Lincoln/Sewell 357**

Patient Name: TANGO BA,MALE TRAUMA        Unit No: DO00920868

  EXAMS:                                        CPT CODE:
075245375 CT ABD PELVIS N/CONT                  74177
   <Continued>
 Reason: head injury

        4.  No evidence for fracture.


** Electronically Signed by Phebe Chen MD on 08/28/2021 at 1852 **
              Reported and signed by: Phebe Chen, MD


CC: Truman J Milling MD

Technologist: Clifford McDonald CT
Trscrpt Dt/T: 08/28/2021 (1852)t.SDR.PXC
Orig Print D/T: S: 08/28/2021 (1904)    CTDI:        DLP:


  CCMC Bay Area                  NAME: TANGO BA,MALE TRAUMA
  7101 SPID                      PHYS: MILTR.01 - Milling,Truman J  M
  Corpus Christi,Tx 78412              AGE: 60       SEX: M
                                 ACCT NO: DO0092173896 LOC: D.YER
  PHONE #: 361-761-1200          EXAM DATE: 08/28/2021 STATUS: REG ER
    FAX #:                       RAD NO:          DC Dt:

PAGE  2                    Signed Report

Patient Name: TANGO BA,MALE TRAUMA                Unit No: DO00920868

**\*\* Report Has Been Amended \*\***

EXAMS:                                            CPT CODE:
075245373 CT C-SPINE W/O CONT                     72125
Reason: head injury

Addendum - 08/28/2021 SIGNED 08/28/2021

ADDENDUM:   075245373 CT/CTCSPINEWO
Addendum:

Exam: CT C-spine.

Location: H 12

History:  head injury

Technique: Unenhanced spiral slices were taken through the cervical
spine. Sagittal and coronal reformations were performed.  One or more
of the following dose reduction techniques were used: Automated
exposure control, adjustment of the mA and/or kV according to patient
size, and/or utilization of iterative reconstruction technique.

Findings:
No fracture is seen. The bony cortices are intact. There is 5 mm
anterior translation of C4 on C5 with a locked right C4 facet and a
perched left C4 facet.

Changes spondylosis and osteoarthritis are present.  No traumatic
canal stenosis is seen.  The vertebral bodies demonstrate normal
heights. The surrounding soft tissues are normal.

IMPRESSION:
1. 5 mm anterior translation of C4-C5 with locked right and perched
left C4 facets.
2. Spondylosis/osteoarthritis.


   \*\* Electronically Signed by Francesco Cavallo MD \*\*
   \*\*            on 08/28/2021 at 1915                \*\*
          Reported and signed by: Francesco Cavallo, MD


                              Report

   Exam; CT C-spine.

Location: H 12

History:  head injury

Technique: Unenhanced spiral slices were taken through the cervical
spine. Sagittal and coronal reformations were performed.  One or more

of the following dose reduction techniques were used: Automated
exposure control, adjustment of the mA and/or kV according to patient
size, and/or utilization of iterative reconstruction technique.

Findings:

CCMC Bay Area                     NAME: TANGO BA,MALE TRAUMA
7101 SPID                         PHYS: MILTR.01 - Milling,Truman J  M
Corpus Christi,Tx 78412                    AGE: 60       SEX: M
                                  ACCT NO: DO0092173896 LOC: D.YER
PHONE #: 361-761-1200             EXAM DATE: 08/28/2021 STATUS: REG ER
  FAX #:                          RAD NO:          DC Dt:

PAGE  1                  Signed Report                (CONTINUED)

Sewell - Appeal 05/16/23 - 208

**Lincoln/Sewell 359**

Patient Name: TANGO BA,MALE TRAUMA          Unit No: DO00920868

EXAMS:                                              CPT CODE:
075245373 CT C-SPINE W/O CONT                       72125
    <Continued>
Reason: head injury

   No fracture or dislocation is seen. The bony cortices are intact.
   Changes spondylosis and osteoarthritis are noted. No traumatic canal
   stenosis or foraminal narrowing is seen.  The vertebral bodies
   demonstrate normal heights. Loss of the normal cervical lordosis is
   present. The surrounding soft tissues are normal.

   IMPRESSION:
   Spondylosis/osteoarthritis.




      ** Electronically Signed by Francesco Cavallo MD **
      **           on 08/28/2021 at 1849              **
               Reported and signed by: Francesco Cavallo, MD













CC: Truman J Milling MD

Technologist: Clifford McDonald CT
Trscrpt Dt/T: 08/28/2021 (1849)t.SDR.FC
Orig Print D/T: S: 08/28/2021 (1904)      CTDI:          DLP:

   CCMC Bay Area                      NAME: TANGO BA,MALE TRAUMA
   7101 SPID                          PHYS: MILTR.01 - Milling,Truman J  M
   Corpus Christi,Tx 78412                      AGE: 60        SEX: M
                                      ACCT NO: DO0092173896 LOC: D.YER
   PHONE #: 361-761-1200              EXAM DATE: 08/28/2021 STATUS: REG ER
      FAX #:                          RAD NO:           DC Dt:

   PAGE  2                     Signed Report

Patient Name: TANGO BA,MALE TRAUMA          Unit No: DO00920868

EXAMS:                                         CPT CODE:
075245373 CT C-SPINE W/O CONT                  72125
Reason: head injury

     Exam: CT C-spine.

Location: H 12

History:  head injury

Technique: Unenhanced spiral slices were taken through the cervical
spine. Sagittal and coronal reformations were performed.  One or more
of the following dose reduction techniques were used: Automated
exposure control, adjustment of the mA and/or kV according to patient
size, and/or utilization of iterative reconstruction technique.

Findings:
No fracture or dislocation is seen. The bony cortices are intact.
Changes spondylosis and osteoarthritis are noted.  No traumatic canal
stenosis or foraminal narrowing is seen.  The vertebral bodies
demonstrate normal heights. Loss of the normal cervical lordosis is
present. The surrounding soft tissues are normal.

     IMPRESSION:
     Spondylosis/osteoarthritis.


     ** Electronically Signed by Francesco Cavallo MD **
     **            on 08/28/2021 at 1849            **
             Reported and signed by: Francesco Cavallo, MD


CC: Truman J Milling MD

Technologist: Clifford McDonald CT
Trscrpt Dt/T: 08/28/2021 (1849)t.SDR.FC
Orig Print D/T: S: 08/28/2021 (1904)      CTDI:        DLP:

     CCMC Bay Area                    NAME: TANGO BA,MALE TRAUMA
     7101 SPID                        PHYS: MILTR.01 - Milling,Truman J  M
     Corpus Christi,Tx 78412               AGE: 60        SEX: M
                                      ACCT NO: DO0092173896 LOC: D.YER
     PHONE #: 361-761-1200            EXAM DATE: 08/28/2021 STATUS: REG ER
       FAX #:                         RAD NO:           DC Dt:

PAGE  1                       Signed Report

Patient Name: SEWELL,TIMOTHY ALAN          Unit No: DO00920868

EXAMS:                                          CPT CODE:
075248534 CT CHEST W/CONTRAST                   71260
 Reason: DESATURATION/WORSENING CXR

      Location of dictation:  B2

   CT OF CHEST WITH CONTRAST

   CLINICAL INDICATION: Desaturation, worsening chest x-ray

   Comments: Volumetric data acquisition through the chest following
   intravenous contrast reconstructed as contiguous axial volume, and
   multiplanar coronal and sagittal reconstructions per department
   protocol.
   Reconstructions - coronal and sagittal planes

   GFR greater than 60 Automated exposure reduction (Auto mA/Smart mA)
   was utilized in compliance with ACR Image Wisely with DLP of 628.24
   mGy-cm.

   COMPARISON: Chest x-ray earlier the same day

   FINDINGS:

   Mediastinum and hila: ET tube above the carina.  Right arm PICC line
   in the SVC.  Normal-appearing thyroid.  No abnormal mass or
   adenopathy.  Subcutaneous air in the neck and small to moderate
   pneumomediastinum.

   Vascular: No central pulmonary embolism or heart strain.  The aorta is
   normal in caliber.  No aneurysm or dissection seen.  The heart is
   normal in size.

   Lungs and pleura: Dense consolidation left lower lobe.  Smaller
   opacities elsewhere.  No effusion or pneumothorax.  The chest wall is
   intact.

   Upper abdomen: No acute findings.

      IMPRESSION:
      1.  Support lines and catheters catheters in good positions.
      2.  Bilateral pneumonia densest in the left lower lobe with small to
      moderate pneumomediastinum.
      3.  Mild subcutaneous emphysema.

** Electronically Signed by Phebe Chen MD on 09/03/2021 at 1402 **
              Reported and signed by: Phebe Chen, MD




   CC: Christine PA-C Nott; Ashlie N White MD

   Technologist: Alyvia Keill CT; Bridgette Iraggi, CT; ...
   Trscrpt Dt/T: 09/03/2021 (1402)t.SDR.PXC
   Orig Print D/T: S: 09/03/2021 (1405)    CTDI:       DLP:


     CCMC Bay Area                  NAME: SEWELL,TIMOTHY ALAN
     7101 SPID                      PHYS: WHIAS - White,Ashlie N  MD
     Corpus Christi,Tx 78412        DOB:           AGE: 56     SEX: M
                                    ACCT NO: DO0092173896 LOC: D.HCV 4
     PHONE #: 361-761-1200          EXAM DATE: 09/03/2021 STATUS: ADM IN
       FAX #:                       RAD NO:           DC Dt:

   PAGE  1                    Signed Report

Patient Name: TANGO BA,MALE TRAUMA          Unit No: DO00920868

EXAMS:                                               CPT CODE:
075245374 CT CHEST W/CONTRAST                        71260
Reason: head injury

    Location of dictation:  B2

CT of the chest, abdomen and pelvis with intravenous contrast/CT of
the thoracic and lumbar spines without contrast

History:Trauma

Axial sections of the thoracic and lumbar spines obtained without
contrast with sagittal and coronal reformations.  Contrast phase -
abdomen and pelvis including all of kidneys
Reconstructions - coronal and sagittal planes

Automated exposure reduction (Auto mA/Smart mA) was utilized in
compliance with ACR Image Wisely with DLP of 1706.9 mGy-cm.

COMPARISON: None

FINDINGS:

Mediastinum and hila: No mediastinal hematoma, mediastinal or hilar
mass or adenopathy.  An ET tube is above the carina and an NG tube is
in the stomach.

Vascular: Normal size heart without obvious aneurysm or dissection.

Lungs and pleura: Thickening of the interlobar fissures.  Patchy left
upper and left lower lobe dependent consolidations may be due to
aspirations..  No pneumothorax or effusion.

CHEST WALL: Intact with no obvious fracture.

Hepatobiliary: Intact liver, spleen, gallbladder and pancreas.  No
biliary obstruction.

Adrenals: Normal

GU: Kidneys appear intact without hydronephrosis or hematoma.  2.3 cm
simple cyst left lower pole.  The bladder is decompressed by Foley.

GI: No evidence for bowel obstruction and no inflammatory changes,
free fluid or free air.  No bowel-containing hernias.

Retroperitoneum and pelvis: Intact aorta and IVC.  No pelvic mass or
fluid collection.

Bones and soft tissues: The thoracic and lumbar spines are intact
without fracture or subluxation.  No paraspinal or retroperitoneal
abnormalities.


   IMPRESSION:
   1.  Possibly aspiration pneumonias of the left upper and lower lobes.
   2.  Otherwise no traumatic findings of the chest with ET tube and NG
   tube in place.
   3.  No traumatic findings of the abdomen and pelvis.

CCMC Bay Area                       NAME: TANGO BA,MALE TRAUMA
7101 SPID                           PHYS: MILTR.01 - Milling,Truman J  M
Corpus Christi,Tx 78412                          AGE: 60        SEX: M
                                    ACCT NO: DO0092173896 LOC: D.YER
PHONE #: 361-761-1200               EXAM DATE: 08/28/2021 STATUS: REG ER
  FAX #:                            RAD NO:          DC Dt:

PAGE  1                     Signed Report                 (CONTINUED)

Patient Name: TANGO BA,MALE TRAUMA          Unit No: DO00920868

  EXAMS:                                          CPT CODE:
075245374 CT CHEST W/CONTRAST                     71260
    <Continued>
  Reason: head injury

        4.  No evidence for fracture.


** Electronically Signed by Phebe Chen MD on 08/28/2021 at 1852 **
              Reported and signed by: Phebe Chen, MD


CC: Truman J Milling MD

Technologist: Clifford McDonald CT
Trscrpt Dt/T: 08/28/2021 (1852)t.SDR.PXC
Orig Print D/T: S: 08/28/2021 (1904)     CTDI:        DLP:


  CCMC Bay Area                   NAME: TANGO BA,MALE TRAUMA
  7101 SPID                       PHYS: MILTR.01 - Milling,Truman J  M
  Corpus Christi,Tx 78412                      AGE: 60       SEX: M
                                  ACCT NO: DO00092173896 LOC: D.YER
  PHONE #: 361-761-1200           EXAM DATE: 08/28/2021 STATUS: REG ER
    FAX #:                        RAD NO:            DC Dt:

  PAGE  2                   Signed Report

EXAMS:                                              CPT CODE:
075248509 CT HEAD/BRAIN W/O CONT                    70450
Reason: AMS

     CT head without contrast 9/3/2021

CLINICAL HISTORY: AMS

TECHNIQUE: Axial noncontrast CT images through the head were obtained.
This examination was performed according to our departmental dose
optimization program, which includes automated exposure control,
adjustment of the mA and/or kV according to patient size, and/or use
of iterative reconstruction technique.

COMPARISON: None available

LOCATION: W1

FINDINGS:

There is no hemorrhage, extra-axial collection, mass, hydrocephalus,
or midline shift. There is no CT evidence for cerebral infarction.

The visualized paranasal sinuses and mastoid air cells are well
aerated. The skull is intact.

IMPRESSION:

No intracranial hemorrhage or mass effect.

If concern for acute pathology persists, further evaluation with MRI
is recommended.


** Electronically Signed by Timothy Seipel MD on 09/03/2021 at 1354 **
               Reported and signed by: Timothy Seipel, MD


CC: Christine PA-C Nott; Ashlie N White MD

Technologist: Alyvia Koill CT; Bridgette Iraggi, CT; ...
Trscrpt Dt/T: 09/03/2021 (1354)t.SDR.TS14
Orig Print D/T: S: 09/03/2021 (1357)      CTDI:        DLP:

  CCMC Bay Area                      NAME: SEWELL,TIMOTHY ALAN
  7101 SPID                          PHYS: ***** - White,Ashlie N  MD
  Corpus Christi,Tx 78412            DOB:            AGE: 56      SEX: M
                                     ACCT no. ooooo2173896 LOC: D.HCV 4
  PHONE #: 361-761-1200              EXAM DATE: 09/03/2021 STATUS: ADM IN
    FAX #:                           RAD NO:            DC Dt:

PAGE  1                     Signed Report

Patient Name: TANGO BA,MALE TRAUMA        Unit No: DO00920868

EXAMS:                                         CPT CODE:
075245372 CT HEAD/BRAIN W/O CONT               70450
 Reason: head injury

      Location of dictation:  B2

   CT Brain without contrast

   HISTORY:  head injury

   COMMENT:      Axial multidetector slices through the brain were
   obtained without use of intravenous contrast material.  Sagittal and
   coronal reformations were obtained and reviewed.  An up-to-date CT
   recommended radiation dose reduction technique was utilized with total
   DLP of 1310.28 mGy-cm.

   COMPARISON: None

   FINDINGS:

   The cortical sulci, cisterns and ventricles appear normal for age with
   no intra or extra cerebral hemorrhage or mass lesion.  No midline
   shift or transtentorial herniation is present.  No abnormal
   intracranial calcifications are seen.

   The calvarium is intact.  No obvious fracture seen.  There are
   air-fluid levels in both maxillary sinuses and mucosal thickening of
   the ethmoid sinuses.

      IMPRESSION:
      1.  No acute intracranial findings.
      2.  Acute maxillary and chronic ethmoid sinusitis suspected.


** Electronically Signed by Phebe Chen MD on 08/28/2021 at 1842 **
                Reported and signed by: Phebe Chen, MD










   CC: Truman J Milling MD

   Technologist: Clifford McDonald CT
   Trscrpt Dt/T: 08/28/2021 (1842)t.SDR.PXC
   Orig Print D/T: S: 08/28/2021 (2305)      CTDI:      DLP:


    CCMC Bay Area                    NAME: TANGO BA,MALE TRAUMA
    7101 SPID                        PHYS: MILTR.01 - Milling,Truman J  M
    Corpus Christi,Tx 78412                     AGE: 60      SEX: M
                                     ACCT NO: DO0092173896 LOC: D.HERICU 3
    PHONE #: 361-761-1200            EXAM DATE: 08/28/2021 STATUS: ADM IN
      FAX #:                         RAD NO:           DC Dt:

   PAGE  1                      Signed Report


Patient: SEWELL, TIMOTHY ALAN MRN: DO00920868 Encounter: DO0092173896        Page 151 of 204

Sewell - Appeal 05/16/23 - 215

Lincoln/Sewell 366

Patient Name: TANGO BA,MALE TRAUMA                Unit No: DO00920868

EXAMS:                                              CPT CODE:
075245377 CT L-SPINE W/CONTRAST                     72132
Reason: head injury

     Location of dictation:   B2

     CT of the chest, abdomen and pelvis with intravenous contrast/CT of
     the thoracic and lumbar spines without contrast

     History:Trauma

     Axial sections of the thoracic and lumbar spines obtained without
     contrast with sagittal and coronal reformations.  Contrast phase -
     abdomen and pelvis including all of kidneys
     Reconstructions - coronal and sagittal planes

     Automated exposure reduction (Auto mA/Smart mA) was utilized in
     compliance with ACR Image Wisely with DLP of 1706.9 mGy-cm.

     COMPARISON: None

     FINDINGS:

     Mediastinum and hila: No mediastinal hematoma, mediastinal or hilar
     mass or adenopathy.  An ET tube is above the carina and an NG tube is
     in the stomach.

     Vascular: Normal size heart without obvious aneurysm or dissection.

     Lungs and pleura: Thickening of the interlobar fissures.  Patchy left
     upper and left lower lobe dependent consolidations may be due to
     aspirations..  No pneumothorax or effusion.

     CHEST WALL: Intact with no obvious fracture.

     Hepatobiliary: Intact liver, spleen, gallbladder and pancreas.  No
     biliary obstruction.

     Adrenals: Normal

     GU: Kidneys appear intact without hydronephrosis or hematoma.  2.3 cm
     simple cyst left lower pole.  The bladder is decompressed by Foley.

     GI: No evidence for bowel obstruction and no inflammatory changes,
     free fluid or free air.  No bowel-containing hernias.

     Retroperitoneum and pelvis: Intact aorta and IVC.  No pelvic mass or
     fluid collection.

     Bones and soft tissues: The thoracic and lumbar spines are intact
     without fracture or subluxation.  No paraspinal or retroperitoneal
     abnormalities.


        IMPRESSION:
        1.   Possibly aspiration pneumonias of the left upper and lower lobes.
        2.   Otherwise no traumatic findings of the chest with ET tube and NG
        tube in place.
        3.   No traumatic findings of the abdomen and pelvis.

     CCMC Bay Area                       NAME: TANGO BA,MALE TRAUMA
     7101 SPID                           PHYS: MILTR.01 - Milling,Truman J  M
     Corpus Christi,Tx 78412                        AGE: 60      SEX: M
                                         ACCT NO: DO0092173896 LOC: D.YER
     PHONE #: 361-761-1200               EXAM DATE: 08/28/2021 STATUS: REG ER
        FAX #:                           RAD NO:          DC Dt:

     PAGE  1                     Signed Report                (CONTINUED)

Sewell - Appeal 05/16/23 - 216

Patient Name: TANGO BA,MALE TRAUMA          Unit No: DO00920868

  EXAMS:                                        CPT CODE:
075245377 CT L-SPINE W/CONTRAST                72132
    <Continued>
  Reason: head injury

        4.  No evidence for fracture.


** Electronically Signed by Phebe Chen MD on 08/28/2021 at 1852 **
                Reported and signed by: Phebe Chen, MD

CC: Truman J Milling MD

Technologist: Clifford McDonald CT
Trscrpt Dt/T: 08/28/2021 (1852)t.SDR.PXC
Orig Print D/T: S: 08/28/2021 (1904)      CTDI:         DLP:


  CCMC Bay Area                      NAME: TANGO BA,MALE TRAUMA
  7101 SPID                          PHYS: MILTR.01 - Milling,Truman J  M
  Corpus Christi,Tx 78412                      AGE: 60        SEX: M
                                     ACCT NO: DO0092173896 LOC: D.YER
  PHONE #: 361-761-1200              EXAM DATE: 08/28/2021 STATUS: REG ER
    FAX #:                           RAD NO:          DC Dt:

  PAGE  2                   Signed Report

Lincoln/Sewell 368

Patient Name: TANGO BA,MALE TRAUMA          Unit No: DO00920868

  EXAMS:                                     CPT CODE:
075245376 CT T-SPINE W/CONTRAST             72129
  Reason: head injury

      Location of dictation:  B2

      CT of the chest, abdomen and pelvis with intravenous contrast/CT of
      the thoracic and lumbar spines without contrast

      History:Trauma

      Axial sections of the thoracic and lumbar spines obtained without
      contrast with sagittal and coronal reformations.  Contrast phase -
      abdomen and pelvis including all of kidneys
      Reconstructions - coronal and sagittal planes

      Automated exposure reduction (Auto mA/Smart mA) was utilized in
      compliance with ACR Image Wisely with DLP of 1706.9 mGy-cm.

      COMPARISON: None

      FINDINGS:

      Mediastinum and hila: No mediastinal hematoma, mediastinal or hilar
      mass or adenopathy.  An ET tube is above the carina and an NG tube is
      in the stomach.

      Vascular: Normal size heart without obvious aneurysm or dissection.

      Lungs and pleura: Thickening of the interlobar fissures.  Patchy left
      upper and left lower lobe dependent consolidations may be due to
      aspirations..  No pneumothorax or effusion.

      CHEST WALL: Intact with no obvious fracture.

      Hepatobiliary: Intact liver, spleen, gallbladder and pancreas.  No
      biliary obstruction.

      Adrenals: Normal

      GU: Kidneys appear intact without hydronephrosis or hematoma.  2.3 cm
      simple cyst left lower pole.  The bladder is decompressed by Foley.

      GI: No evidence for bowel obstruction and no inflammatory changes,
      free fluid or free air.  No bowel-containing hernias.

      Retroperitoneum and pelvis: Intact aorta and IVC.  No pelvic mass or
      fluid collection.

      Bones and soft tissues: The thoracic and lumbar spines are intact
      without fracture or subluxation.  No paraspinal or retroperitoneal
      abnormalities.


      IMPRESSION:
      1.   Possibly aspiration pneumonias of the left upper and lower lobes.
      2.   Otherwise no traumatic findings of the chest with ET tube and NG
      tube in place.
      3.   No traumatic findings of the abdomen and pelvis.

  CCMC Bay Area                    NAME: TANGO BA,MALE TRAUMA
  7101 SPID                        PHYS: MILTR.01 - Milling,Truman J  M
  Corpus Christi,Tx 78412                        AGE: 60      SEX: M
                                   ACCT NO: DO00092173896 LOC: D.YER
  PHONE #: 361-761-1200            EXAM DATE: 08/28/2021 STATUS: REG ER
    FAX #:                         RAD NO:            DC Dt:

  PAGE  1                 Signed Report              (CONTINUED)

Patient Name: TANGO BA,MALE TRAUMA          Unit No: DO00920868

  EXAMS:                                          CPT CODE:
075245376 CT T-SPINE W/CONTRAST                 72129
    <Continued>
  Reason: head injury

        4.  No evidence for fracture.


** Electronically Signed by Phebe Chen MD on 08/28/2021 at 1852 **
              Reported and signed by: Phebe Chen, MD


CC: Truman J Milling MD

Technologist: Clifford McDonald CT
Trscrpt Dt/T: 08/28/2021 (1852) t.SDR.PXC
Orig Print D/T: S: 08/28/2021 (1904)    CTDI:        DLP:

  CCMC Bay Area                     NAME: TANGO BA,MALE TRAUMA
  7101 SPID                         PHYS: MILTR.01 - Milling,Truman J  M
  Corpus Christi,Tx 78412                      AGE: 60       SEX: M
                                    ACCT NO: DO0092173896 LOC: D.YER
  PHONE #: 361-761-1200             EXAM DATE: 08/28/2021 STATUS: REG ER
    FAX #:                          RAD NO:          DC Dt:

  PAGE  2                    Signed Report

Sewell - Appeal 05/16/23 - 219

Lincoln/Sewell 370

Patient Name: TANGO BA,MALE TRAUMA          Unit No: DO00920868

EXAMS:                                             CPT CODE:
075245396 CTA HEAD                                 70496
 Reason: r/o brain stem stroke

       Location: Al

    EXAM: CTA BRAIN AND NECK

    INDICATION: r/o brain stem stroke

    COMPARISON: None.

    TECHNIQUE:
    Rapid acquisition spiral CT images of the brain and neck were obtained
    between the aortic arch and the cranial vertex during intravenous
    infusion of iodinated contrast for the purposes of CT angiography.
    Coronal and sagittal reformations. 3-D CT angiographic images are
    created using MIP technique at the acquisition workstation.
    This exam was performed according to our departmental
    dose-optimization program, which includes automated exposure control,
    adjustment of the mA and/or kV according to patient size and/or use of
    iterative reconstruction technique

    DLP: 709.92 mGy-cm

    FINDINGS:

    Neck CTA:

    Aortic arch: The great vessels originate from the aortic arch in the
    standard configuration. No origin stenosis is identified. The
    vertebral artery origins are patent bilaterally.

    Carotid arteries: The cervical common carotid arteries and cervical
    internal carotid arteries are tortuous, but otherwise demonstrate a
    normal course, caliber, and contour.  There is mild calcified and
    noncalcified plaque of the right carotid bifurcation/proximal internal
    carotid artery, with less than 30% narrowing. No hemodynamically
    significant stenosis of the carotid bifurcations or internal carotid
    arteries is present by NASCET criteria.

    Vertebral arteries: The right vertebral artery is nonopacified,
    concerning for occlusion.  The left vertebral artery demonstrates a
    normal course, caliber and contour within the neck.

    Brain CTA:

    There is some distal opacification of the intracranial/V4 segment of
    the right vertebral artery.  There is

    There is a vessel occlusion of the left PCA P3 segment.

    The anterior and posterior circulations have a standard branching

    pattern. No vascular malformation or aneurysm is identified.

    Venous structures: The deep cerebral veins and major venous sinuses
    demonstrate a normal appearance on this examination tailored for
    evaluation of the arteries.

CCMC Bay Area                     NAME: TANGO BA,MALE TRAUMA
7101 SPID                         PHYS: MILTR.01 - Milling,Truman J  M
Corpus Christi,Tx 78412                     AGE: 60        SEX: M
                                 ACCT NO: DO00092173896 LOC: D.YER
PHONE #: 361-761-1200            EXAM DATE: 08/28/2021 STATUS: REG ER
   FAX #:                        RAD NO:            DC Dt:

PAGE  1                    Signed Report              (CONTINUED)

**Lincoln/Sewell 371**

Patient Name: TANGO BA,MALE TRAUMA                Unit No: DO00920868

  EXAMS:                                          CPT CODE:
075245396 CTA HEAD                                70496
    <Continued>
 Reason: r/o brain stem stroke


    Brain: No abnormal parenchymal or leptomeningeal enhancement.

    Soft Tissues: There is dependent consolidation within the lung apices,
    which may reflect atelectatic change.  There is a calcified granuloma
    within the right upper lobe.  The patient is intubated.  There is an
    enteric tube in place.

    IMPRESSION:

    1.  There is redemonstration of a high-grade, 3 column injury at
    C4-C5, with bilateral perched facets, likely disruptions of the
    anterior longitudinal ligament, posterior longitudinal ligament and
    ligamentum flavum and probable underlying cord compromise.
    Correlation with an MRI examination of the cervical spine is highly
    recommended.

    2.  Complete occlusion of the right vertebral artery, consistent with
    high-grade vascular injury.  Additional vessel occlusion of the left
    PCA P3 segment within the brain.  Underlying acute ischemia is likely.

    3.  No apparent vascular injury of the common carotid arteries or left
    vertebral artery

    Multiple attempts were made to contact the emergency department both
    through the direct number and operator, without success, at
    approximately 1850 hours on 8/20/2021.  A message was left with
    Nicole, the house supervisor at 1908 hours on 8/28/2021.

    Findings discussed with the patient's physician, Dr. Nelson, at 1911
    hours on 8/28/2021.


    ******************FOR INTERNAL CODING PURPOSES ONLY****************
    RESULT CODE: CVRMD

    (All qualitative and quantitative assessments of carotid bifurcation
    and proximal internal carotid artery stenosis are made referencing the
    distal internal carotid artery NASCET criteria.)



        ** Electronically Signed by Garrett Simmons MD **
        **           on 08/28/2021 at 1916              **
                Reported and signed by: Garrett Simmons, MD




CC: Truman J Milling MD

Technologist: Clifford McDonald CT
Trscrpt Dt/T: 08/28/2021 (1916)t.SDR.GS29
Orig Print D/T: S: 08/28/2021 (1919)      CTDI:        DLP:

  CCMC Bay Area                      NAME: TANGO BA,MALE TRAUMA
  7101 SPID                          PHYS: MILTR.01 - Milling,Truman J  M
  Corpus Christi,Tx 78412                      AGE: 60      SEX: M
                                     ACCT NO: DO0092173896 LOC: D.YER
  PHONE #: 361-761-1200              EXAM DATE: 08/28/2021 STATUS: REG ER
    FAX #:                           RAD NO:          DC Dt:

PAGE  2                      Signed Report

Patient: SEWELL, TIMOTHY ALAN MRN: DO00920868 Encounter: DO0092173896          Page 157 of 204

                                                    Sewell - Appeal 05/16/23 - 221


                                                        **Lincoln/Sewell 372**

Patient Name: SEWELL,TIMOTHY ALAN          Unit No: DO00920868

  EXAMS:                                          CPT CODE:
075245665 CTA NECK                              70498
  Reason: TRAUMA

       Location: A1

   EXAM: CTA BRAIN AND NECK

   INDICATION: r/o brain stem stroke

   COMPARISON: None.

   TECHNIQUE:
   Rapid acquisition spiral CT images of the brain and neck were obtained
   between the aortic arch and the cranial vertex during intravenous
   infusion of iodinated contrast for the purposes of CT angiography.
   Coronal and sagittal reformations. 3-D CT angiographic images are
   created using MIP technique at the acquisition workstation.
   This exam was performed according to our departmental
   dose-optimization program, which includes automated exposure control,
   adjustment of the mA and/or kV according to patient size and/or use of
   iterative reconstruction technique

   DLP: 709.92 mGy-cm

   FINDINGS:

   Neck CTA:

   Aortic arch: The great vessels originate from the aortic arch in the
   standard configuration. No origin stenosis is identified. The
   vertebral artery origins are patent bilaterally.

   Carotid arteries: The cervical common carotid arteries and cervical
   internal carotid arteries are tortuous, but otherwise demonstrate a
   normal course, caliber, and contour.  There is mild calcified and
   noncalcified plaque of the right carotid bifurcation/proximal internal
   carotid artery, with less than 30% narrowing. No hemodynamically
   significant stenosis of the carotid bifurcations or internal carotid
   arteries is present by NASCET criteria.

   Vertebral arteries: The right vertebral artery is nonopacified,
   concerning for occlusion.  The left vertebral artery demonstrates a
   normal course, caliber and contour within the neck.

   Brain CTA:

   There is some distal opacification of the intracranial/V4 segment of
   the right vertebral artery.  There is

   There is a vessel occlusion of the left PCA P3 segment.

   The anterior and posterior circulations have a standard branching

   pattern. No vascular malformation or aneurysm is identified.

   Venous structures: The deep cerebral veins and major venous sinuses
   demonstrate a normal appearance on this examination tailored for
   evaluation of the arteries.

CCMC Bay Area                          NAME: SEWELL,TIMOTHY ALAN
7101 SPID                              PHYS: ..... .. - Milling,Truman J  M
Corpus Christi,Tx 78412                DOB:            AGE: 56      SEX: M
                                       ACCT no: DO0092173896 LOC: D.HCV 4
PHONE #: 361-761-1200                  EXAM DATE: 08/28/2021 STATUS: ADM IN
  FAX #:                               RAD NO:           DC Dt:

PAGE  1                     Signed Report               (CONTINUED)

Brain: No abnormal parenchymal or leptomeningeal enhancement.

Soft Tissues: There is dependent consolidation within the lung apices, which may reflect atelectatic change. There is a calcified granuloma within the right upper lobe. The patient is intubated. There is an enteric tube in place.

IMPRESSION:

1. There is redemonstration of a high-grade, 3 column injury at C4-C5, with bilateral perched facets, likely disruptions of the anterior longitudinal ligament, posterior longitudinal ligament and ligamentum flavum and probable underlying cord compromise. Correlation with an MRI examination of the cervical spine is highly recommended.

2. Complete occlusion of the right vertebral artery, consistent with high-grade vascular injury. Additional vessel occlusion of the left PCA P3 segment within the brain. Underlying acute ischemia is likely.

3. No apparent vascular injury of the common carotid arteries or left vertebral artery

Multiple attempts were made to contact the emergency department both through the direct number and operator, without success, at approximately 1850 hours on 8/20/2021. A message was left with Nicole, the house supervisor at 1908 hours on 8/28/2021.

Findings discussed with the patient's physician, Dr. Nelson, at 1911 hours on 8/28/2021.


*****************FOR INTERNAL CODING PURPOSES ONLY*****************
RESULT CODE: CVRMD

(All qualitative and quantitative assessments of carotid bifurcation and proximal internal carotid artery stenosis are made referencing the distal internal carotid artery NASCET criteria.)



      ** Electronically Signed by Garrett Simmons MD **
      **         on 08/30/2021 at 0820              **
              Reported and signed by: Garrett Simmons, MD




CC: Truman J Milling MD; Ashlie N White MD

Technologist: Clifford McDonald CT; Michael Ploeg, CT
Trscrpt Dt/T: 08/30/2021 (0820)t.SDR.GS29
Orig Print D/T: S: 08/30/2021 (0823)    CIDI:         DLP:


CCMC Bay Area                      NAME: SEWELL,TIMOTHY ALAN
7101 SPID                          PHYS: ~~~~~ ~~ - Milling,Truman J  M
Corpus Christi,Tx 78412            DOB:         | AGE: 56      SEX: M
                                   ACCT NO: ~~~~~2173896 LOC: D.HCV 4
PHONE #: 361-761-1200              EXAM DATE: 08/28/2021 STATUS: ADM IN
   FAX #:                          RAD NO:              DC Dt:

PAGE  2                   Signed Report

Patient Name: SEWELL,TIMOTHY ALAN          Unit No: DO00920868

EXAMS:                                         CPT CODE:
075248036 FLUORO GUID CLRT ACC DEV             77001

   C3

PICC PLACEMENT UNDER ULTRASOUND   FLUORO

DATE OF PROCEDURE: 9/2/2021

INDICATION: Long-term IV antibiotics

ACCESS SITE: Right cephalic vein

CATHETER: Power PICC double lumen

OPERATING PHYSICIAN:  Saad Iqbal, M.D.

Total milligray (mGy) dosage: 6

TECHNIQUE:
The risks, benefits, and alternatives to the procedure and sedation
were explained, and written informed consent obtained.

With the patient in the supine position, the right upper arm was
prepped and draped in the usual sterile fashion and the skin was
anesthetized with 2% Lidocaine.  Ultrasound of the upper extremity was
performed for demonstration of patency of potential candidates for
venous access.  Under ultrasound guidance, the right cephalic vein was
accessed with a micropuncture needle. Needle entering the vessel was
documented and an ultrasound imaged was saved and sent to PACS.  An
0.018" wire advanced centrally.   A peel-away sheath was placed.  A
PICC line was cut to length,  advanced through the peel-away sheath
and positioned centrally using fluoroscopy.  The sheath was removed,
and hemostasis achieved using manual compression.  The catheter was
secured to the skin.  The catheter was flushed and a sterile dressing
was applied.  The patient tolerated the procedure well and remained in
stable condition throughout the stay in the angiography suite.


FINDINGS:

1. Patent right cephalic vein by ultrasound. Needle entry into the
vein documented, and an ultrasound image was stored to PACS.
2. A limited documentation radiograph shows the catheter tip
appropriately placed in the low SVC.


IMPRESSION:

Successful image-guided placement of an upper extremity PICC into a
patent vein.


Plan;

PICC line is okay to use.

CCMC Bay Area                    NAME: SEWELL,TIMOTHY ALAN
7101 SPID                        PHYS: ˉˉˉˉˉ ˉ ˉhite,Ashlie N  MD
Corpus Christi,Tx 78412          DOB:           AGE: 56      SEX: M
                                 ACCT ⅃⅃⅃. ⅃⅃⅃⅃⅃2173896 LOC: D.HCV 4
PHONE #: 361-761-1200            EXAM DATE: 09/02/2021 STATUS: ADM IN
    FAX #:                       RAD #:           D/C DT
PAGE  1              Signed Report                  (CONTINUED)

**Lincoln/Sewell 375**

Patient Name: SEWELL,TIMOTHY ALAN          Unit No: DO00920868

  EXAMS:                                        CPT CODE:
075248036 FLUORO GUID CLRT ACC DEV               77001
   <Continued>

** Electronically Signed by Saad Iqbal MD on 09/02/2021 at 1435 **
              Reported and signed by: Saad Iqbal, MD

CC: Ashlie N White MD

Technologist: Kathlyn Mendoza RT SP
Fluoro Time:          DAP (Gy m2):       Air Kerma (mGy):
Trnscrpt: 09/02/2021 (1435) t.SDR.SI1

   CCMC Bay Area                     NAME: SEWELL,TIMOTHY ALAN
   7101 SPID                         PHYS: ------   White,Ashlie N  MD
   Corpus Christi,Tx 78412           DOB:           AGE: 56       SEX: M
                                     ACCT no: DO0092173896 LOC: D.HCV 4
   PHONE #: 361-761-1200             EXAM DATE: 09/02/2021 STATUS: ADM IN
     FAX #:                          RAD #:              D/C DT
PAGE  2                     Signed Report

Sewell - Appeal 05/16/23 - 225

Lincoln/Sewell 376

EXAMS:                                                CPT CODE:
075248026 US GUIDANCE VASC ACCESS                     76937

    C3

GASTROSTOMY TUBE PLACEMENT UNDER ULTRASOUND AND FLUOROSCOPIC GUIDANCE

INDICATION: Dysphagia.

OPERATING PHYSICIAN:  Saad Iqbal, M.D.

MEDICATIONS:
1. 1 mg of glucagon intravenously

CATHETER: 20 French G tube

COMPLICATIONS: None

Total milligray (mGy) dosage:
6

TECHNIQUE/FINDINGS:
Following written informed consent, the patient's mid and left upper
abdomen was prepped and draped in the usual sterile fashion. The
patient was given glucagon IV, and the stomach was inflated with air
via a previously placed nasogastric tube.  The stomach was visualized
fluoroscopically in multiple projections to exclude the presence of
overlying bowel.  Ultrasound was used as an adjuvant tool for
percutaneous guidance to identify and minimize risk to the left lobe
of the liver.

The skin and subcutaneous tissues overlying the stomach were
infiltrated with 2% Lidocaine with epinephrine. Stay suture needles
were advanced into the stomach, and intragastric position was
confirmed by injection of contrast into the stomach. Stay sutures were
placed to tack the anterior wall of the stomach against the anterior
abdominal wall.  A dermatotomy was then made between the stay sutures,
and a needle was inserted into the stomach through which an Amplatz
stiff wire was passed.  The tract was dilated with an 8 x 8 conquest
balloon.  24-French peel-away was placed over the balloon into the
stomach.  A 20-French gastrostomy tube was placed over the wire and
into the stomach.  Sheath was removed.  Intraluminal position was
again confirmed with the injection of contrast, and the gastrostomy
tube balloon was inflated with 10 mL of saline.  The patient tolerated
the procedure well, without complication.

    IMPRESSION:  Successful placement of gastrostomy tube as described
above.

    PLAN:
Patient to remain NPO with gastrostomy tube to gravity drainage x 12

hours. After this time, may initiate saline trial with 20 mL normal
saline flushed Q 20 minutes x 4.  If patient tolerates this without
pain, bleeding, or pericatheter leakage, may initiate tube feeds and
advance as tolerated.

CCMC Bay Area                         NAME: SEWELL,TIMOTHY ALAN
7101 SPID                             PHYS: WHIAS - White,Ashlie N  MD
Corpus Christi,Tx 78412               DOB:            AGE: 56      SEX: M
                                      ACCT NO: DO0092173896 LOC: D.HCV 4
PHONE #: 361-761-1200                 EXAM DATE: 09/02/2021 STATUS: ADM IN
   FAX #:                             RAD #:           D/C DT
PAGE  1              Signed Report                       (CONTINUED)

Patient Name: SEWELL,TIMOTHY ALAN                Unit No: DO00920868

   EXAMS:                                          CPT CODE:
075248026 US GUIDANCE VASC ACCESS                 76937
   <Continued>


** Electronically Signed by Saad Iqbal MD on 09/02/2021 at 1438 **
                Reported and signed by: Saad Iqbal, MD


CC: Ashlie N White MD

Technologist: Kathlyn Mendoza RT SP
Fluoro Time:          DAP (Gy m2):        Air Korma (mGy):
Trnscrpt: 09/02/2021 (1438) t.SDR.SI1


   CCMC Bay Area                       NAME: SEWELL,TIMOTHY ALAN
   7101 SPID                           PHYS: ------ White,Ashlie N  MD
   Corpus Christi,Tx 78412             DOB:           AGE: 56      SEX: M
                                       ACCT no; DO00092173896 LOC: D.HCV 4
   PHONE #: 361-761-1200               EXAM DATE: 09/02/2021 STATUS: ADM IN
      FAX #:                           RAD #:           D/C DT
   PAGE   2                        Signed Report

Patient Name: SEWELL,TIMOTHY ALAN          Unit No: DO00920868

EXAMS:                                      CPT CODE:
075248037 US GUIDANCE VASC ACCESS            76937

   C3

   PICC PLACEMENT UNDER ULTRASOUND   FLUORO

   DATE OF PROCEDURE: 9/2/2021

   INDICATION: Long-term IV antibiotics

   ACCESS SITE: Right cephalic vein

   CATHETER: Power PICC double lumen

   OPERATING PHYSICIAN:  Saad Iqbal, M.D.

   Total milligray (mGy) dosage: 6

   TECHNIQUE:
   The risks, benefits, and alternatives to the procedure and sedation
   were explained, and written informed consent obtained.

   With the patient in the supine position, the right upper arm was
   prepped and draped in the usual sterile fashion and the skin was
   anesthetized with 2% Lidocaine.  Ultrasound of the upper extremity was
   performed for demonstration of patency of potential candidates for
   venous access.  Under ultrasound guidance, the right cephalic vein was
   accessed with a micropuncture needle. Needle entering the vessel was
   documented and an ultrasound imaged was saved and sent to PACS.  An
   0.018" wire advanced centrally.  A peel-away sheath was placed.  A
   PICC line was cut to length,  advanced through the peel-away sheath
   and positioned centrally using fluoroscopy.  The sheath was removed,
   and hemostasis achieved using manual compression.  The catheter was
   secured to the skin.  The catheter was flushed and a sterile dressing
   was applied.  The patient tolerated the procedure well and remained in
   stable condition throughout the stay in the angiography suite.


   FINDINGS:

   1. Patent right cephalic vein by ultrasound. Needle entry into the
   vein documented, and an ultrasound image was stored to PACS.
   2. A limited documentation radiograph shows the catheter tip
   appropriately placed in the low SVC.


   IMPRESSION:

   Successful image-guided placement of an upper extremity PICC into a
   patent vein.


   Plan:

   PICC line is okay to use.

CCMC Bay Area                      NAME: SEWELL,TIMOTHY ALAN
7101 SPID                          PHYS: ˉˉˉˉˉ  ˉhite,Ashlie N  MD
Corpus Christi,Tx 78412            DOB:           AGE: 56      SEX: M
                                   ACCT  ᴎᴏ: ᴅᴏᴏᴏᴈ2173896 LOC: D.IICV 4
PHONE #: 361-761-1200              EXAM DATE: 09/02/2021 STATUS: ADM IN
   FAX #:                          RAD #:            D/C DT
PAGE  1                     Signed Report                  (CONTINUED)

Sewell - Appeal 05/16/23 - 228

Lincoln/Sewell 379

Patient Name: SEWELL,TIMOTHY ALAN                    Unit No: DO00920868

    EXAMS:                                              CPT CODE:
    075248037 US GUIDANCE VASC ACCESS                   76937
        <Continued>


  ** Electronically Signed by Saad Iqbal MD on 09/02/2021 at 1435 **
                  Reported and signed by: Saad Iqbal, MD










CC: Ashlic N White MD

Technologist: Kathlyn Mendoza RT SP
Fluoro Time:            DAP (Gy m2):        Air Kerma (mGy):
Trnscrpt: 09/02/2021 (1435) t.SDR.SI1

    CCMC Bay Area                    NAME: SEWELL,TIMOTHY ALAN
    7101 SPID                        PHYS: ''''' White,Ashlie N  MD
    Corpus Christi,Tx 78412          DOB:            AGE: 56      SEX: M
                                     ACCT no: DO0092173896 LOC: D.HCV 4
    PHONE #: 361-761-1200            EXAM DATE: 09/02/2021 STATUS: ADM IN
      FAX #:                         RAD #:            D/C DT
    PAGE  2                 Signed Report

Sewell - Appeal 05/16/23 - 229

Lincoln/Sewell 380

EXAMS:                                              CPT CODE:
075248029 XR INTRO LONG GI TUBE                     74340

    C3

GASTROSTOMY TUBE PLACEMENT UNDER ULTRASOUND AND FLUOROSCOPIC GUIDANCE

INDICATION: Dysphagia.

OPERATING PHYSICIAN:  Saad Iqbal, M.D.

MEDICATIONS:
1. 1 mg of glucagon intravenously

CATHETER: 20 French G tube

COMPLICATIONS: None

Total milligray (mGy) dosage:
6

TECHNIQUE/FINDINGS:
Following written informed consent, the patient's mid and left upper
abdomen was prepped and draped in the usual sterile fashion. The
patient was given glucagon IV, and the stomach was inflated with air
via a previously placed nasogastric tube.  The stomach was visualized
fluoroscopically in multiple projections to exclude the presence of
overlying bowel.  Ultrasound was used as an adjuvant tool for
percutaneous guidance to identify and minimize risk to the left lobe
of the liver.

The skin and subcutaneous tissues overlying the stomach were
infiltrated with 2% Lidocaine with epinephrine. Stay suture needles
were advanced into the stomach, and intragastric position was
confirmed by injection of contrast into the stomach. Stay sutures were
placed to tack the anterior wall of the stomach against the anterior
abdominal wall.  A dermatotomy was then made between the stay sutures,
and a needle was inserted into the stomach through which an Amplatz
stiff wire was passed.  The tract was dilated with an 8 x 8 conquest
balloon.  24-French peel-away was placed over the balloon into the
stomach.  A 20-French gastrostomy tube was placed over the wire and
into the stomach.  Sheath was removed.  Intraluminal position was
again confirmed with the injection of contrast, and the gastrostomy
tube balloon was inflated with 10 mL of saline.  The patient tolerated
the procedure well, without complication.


  IMPRESSION:  Successful placement of gastrostomy tube as described
above.

  PLAN:
  Patient to remain NPO with gastrostomy tube to gravity drainage x 12

  hours.  After this time, may initiate saline trial with 20 mL normal
saline flushed Q 20 minutes x 4.  If patient tolerates this without
pain, bleeding, or pericatheter leakage, may initiate tube feeds and
advance as tolerated.

CCMC Bay Area                          NAME: SEWELL,TIMOTHY ALAN
7101 SPID                              PHYS: ᵀᵀᵀ˄˄ - White,Ashlie N  MD
Corpus Christi,Tx 78412                DOB:              AGE: 56      SEX: M
                                       ACCT ᴺᴼ. ᴅᴼᴼᴼᴼ2173896 LOC: D.HCV 4
PHONE #: 361-761-1200                  EXAM DATE: 09/02/2021 STATUS: ADM IN
   FAX #:                                 RAD #:            D/C DT
PAGE  1                         Signed Report                (CONTINUED)

**Lincoln/Sewell 381**

Patient Name: SEWELL,TIMOTHY ALAN          Unit No: DO00920868


  EXAMS:                                       CPT CODE:
075248029 XR INTRO LONG GI TUBE               74340
    <Continued>


** Electronically Signed by Saad Iqbal MD on 09/02/2021 at 1438 **
              Reported and signed by: Saad Iqbal, MD


CC: Ashlie N White MD

Technologist: Kathlyn Mendoza RT SP
Fluoro Time: 0.6        DAP (Gy m2): 1527    Air Kerma (mGy): 6
Trnscrpt: 09/02/2021 (1438) t.SDR.SI1

   CCHC Bay Area                 NAME: SEWELL,TIMOTHY ALAN
   7101 SPID                     PHYS: ------- ----- Ashlie N  MD
   Corpus Christi,Tx 78412       DOB:                  56      SEX: M
                                 ACCT no. ------------6 LOC: D.HCV 4
   PHONE #: 361-761-1200         EXAM DATE: 09/02/2021 STATUS: ADM IN
      FAX #:                      RAD #:              D/C DT
   PAGE  2              Signed Report

Sewell - Appeal 05/16/23 - 231

Lincoln/Sewell 382

Patient Name: SEWELL,TIMOTHY ALAN          Unit No: DO00920868

## ** Report Has Been Amended **

EXAMS:                                          CPT CODE:
075245604 XR ABDOMEN 1 V                         74018
Reason: NG TUBE DISLODGED

Addendum - 09/10/2021 SIGNED 09/10/2021

ADDENDUM:  075245604 RAD/ABDAP1V
Addendum:

Again demonstrated at the left lung base is retrocardiac opacity,
consistent with consolidation, best visualized on recent CT imaging
dated August 28, 2021.

** Electronically Signed by Kimberly Addis MD on 09/10/2021 at 1340 **
                Reported and signed by: Kimberly Addis, MD

                          Report

EXAM:  - XR ABDOMEN 1 V

INDICATION: NG TUBE DISLODGED

T18

TECHNIQUE: Frontal abdominal radiograph.

FINDINGS: NG tube tip projects at the mid stomach.

No bowel obstruction or ileus seen.

Small amount of stool in the colon.

IMPRESSION:
NG tube tip projects at the mid stomach.

** Electronically Signed by Amit Habbu MD on 08/29/2021 at 0833 **
                Reported and signed by: Amit Habbu, MD

CC: Avafia Y Dossa MD; Ashlie N White MD

Technologist: Stormy (Krista) Lopez RT
Trscrpt Dt/T: 08/29/2021 (0833)t.SDR.AH26
Orig Print D/T: S: 08/29/2021 (0836)

CCMC Bay Area                    NAME: SEWELL,TIMOTHY ALAN
7101 SPID                        PHYS: ------ Dossa,Avafia Y  MD
Corpus Christi,Tx 78412          DOB:           AGE: 56     SEX: M
                                 ACCT NO: DO0092173896 LOC: D.HCV 4
PHONE #: 361-761-1200            EXAM DATE: 08/29/2021 STATUS: ADM IN
  FAX #:                         RAD NO:          DC Dt:

PAGE  1                    Signed Report

Sewell - Appeal 05/16/23 - 232

**Lincoln/Sewell 383**

Patient Name: TANGO BA,MALE TRAUMA          Unit No: DO00920868

  EXAMS:                                          CPT CODE:
075245604 XR ABDOMEN 1 V                          74018
  Reason: NG TUBE DISLODGED

      EXAM:   - XR ABDOMEN 1 V

    INDICATION: NG TUBE DISLODGED

    T18

    TECHNIQUE: Frontal abdominal radiograph.

    FINDINGS: NG tube tip projects at the mid stomach.

    No bowel obstruction or ileus seen.

    Small amount of stool in the colon.

      IMPRESSION:
      NG tube tip projects at the mid stomach.


** Electronically Signed by Amit Habbu MD on 08/29/2021 at 0833 **
                    Reported and signed by: Amit Habbu, MD


CC: Avafia Y Dossa MD; Ashlie N White MD


Technologist: Stormy (Krista) Lopez RT
Trscrpt Dt/T: 08/29/2021 (0833)t.SDR.AH26
Orig Print D/T: S: 08/29/2021 (0836)

    CCMC Bay Area                    NAME: TANGO BA,MALE TRAUMA
    7101 SPID                        PHYS: DOSAV - Dossa,Avafia Y  MD
    Corpus Christi,Tx 78412                        AGE: 60        SEX: M
                                     ACCT NO: DO0092173896 LOC: D.HCV 4
    PHONE #: 361-761-1200            EXAM DATE: 08/29/2021 STATUS: ADM IN
      FAX #:                         RAD NO:            DC Dt:

    PAGE  1               Signed Report

**Lincoln/Sewell 384**

Patient Name: SEWELL,TIMOTHY ALAN                    Unit No: DO00920868

  EXAMS:                                                  CPT CODE:
075248576 XR C-SPINE 2-3 VIEWS                           72040
  Reason: C4-C5 dislocation

        Cervical spine 1 view 9/3/2021

    CLINICAL HISTORY: Postop

    COMPARISON: 8/29/2021

    LOCATION: W1

      IMPRESSION:

      Hardware and bone alignment are satisfactory status post anterior
      cervical discectomy and fusion at C4-5 and C5-6.


** Electronically Signed by Timothy Seipel MD on 09/03/2021 at 1423 **
              Reported and signed by: Timothy Seipel, MD









        CC: Christine PA-C Nott; Ashlie N White MD


    Technologist: Danna Ruergers RT
    Trscrpt Dt/T: 09/03/2021 (1423)t.SDR.TS14
    Orig Print D/T: S: 09/03/2021 (1426)


      CCMC Bay Area                          NAME: SEWELL,TIMOTHY ALAN
      7101 SPID                              PHYS: ****** White,Ashlie N  MD
      Corpus Christi,Tx 78412                DOB:          AGE: 56        SEX: M
                                             ACCT no. DO0092173896 LOC: D.HCV 4
      PHONE #: 361-761-1200                  EXAM DATE: 09/03/2021 STATUS: ADM IN
        FAX #:                               RAD NO:              DC Dt:

    PAGE  1                       Signed Report

Sewell - Appeal 05/16/23 - 234

Lincoln/Sewell 385

Patient Name: TANGO BA,MALE TRAUMA          Unit No: DO00920868

EXAMS:                                       CPT CODE:
075245529 XR C-SPINE 2-3 VIEWS               72040
Reason: SURGERY

PROCEDURE INFORMATION:
Exam: XR Cervical Spine
Exam date and time: 8/29/2021 1:42 AM
Age: 60 years old
Clinical indication: Neck pain; Additional info: Surgery
TECHNIQUE:
Imaging protocol: XR of the cervical spine.
Views: 2 or 3 views.
COMPARISON:
MRI C-SPINE W/O CONT 8/29/2021 12:31 AM
FINDINGS:
Bones/joints: Normal. No acute fracture. Normal alignment.
Soft tissues: Unremarkable.
Other findings: Eighteen images were obtained on the C-arm
in surgery to monitor ACDF C4 through C6.
 IMPRESSION:
 Eighteen images were obtained on the C-arm in surgery to
 monitor ACDF C4 through C6.
 ********************INTERNAL CODING PURPOSES ONLY***************
 RESULT CODE: CVR


** Electronically Signed by Barbara Taylor MD on 08/29/2021 at 0658 **
            Reported and signed by: Barbara Taylor, MD


CC: Patrick Langham Gleason MD; Ashlie N White MD


Technologist: Joelda Tejeda, RT
Trscrpt Dt/T: 08/29/2021 (0658)VRAD.VR
Orig Print D/T: S: 08/29/2021 (0658)


CCMC Bay Area                      NAME: TANGO BA,MALE TRAUMA
7101 SPID                          PHYS: GLEPA - Gleason,Patrick Langha
Corpus Christi,Tx 78412                      AGE: 60        SEX: M
                                   ACCT NO: DO0092173896 LOC: D.NCV 4
PHONE #: 361-761-1200              EXAM DATE: 08/29/2021 STATUS: ADM IN
  FAX #:                           RAD NO:          DC Dt:

PAGE  1                   Signed Report

Patient: SEWELL, TIMOTHY ALAN MRN: DO00920868 Encounter: DO0092173896          Page 171 of 204
Sewell - Appeal 05/16/23 - 235

Lincoln/Sewell 386

Patient Name: SEWELL,TIMOTHY ALAN          Unit No: DO00920868

EXAMS:                                              CPT CODE:
075246417 XR C-SPINE 4-5 V                          72050
Reason: TO CHECK ALIGNMENT

     Examination:  Cervical spine series

   Location code: S17

   Comparison: None

   Discussion:

   Clinical history is remarkable for cord compression, alignment
   assessment.  4 views of the cervical spine are submitted.  Patient has
   undergone anterior fusion of C4-C6, the alignment is appropriate.
   Oblique views do not adequately characterize the foramina.  The
   left-sided foramina do appear patent.  Prevertebral soft tissues are
   prominent.

     Impression:
     Postsurgical alignment is appropriate, the previously noted C4
     anterior subluxation has been surgically addressed.


** Electronically Signed by James Hammond MD on 08/30/2021 at 2039 **
               Reported and signed by: James Hammond, MD


CC: Patrick Langham Gleason MD; Ashlie N White MD


Technologist: Joelda Tejeda, RT; Suzanne Johnson RT
Trscrpt Dt/T: 08/30/2021 (2039)t.SDR.JH12
Orig Print D/T: S: 08/30/2021 (2042)


CCMC Bay Area                     NAME: SEWELL,TIMOTHY ALAN
7101 SPID                         PHYS: ᴄ...ᴘᴀ - Gleason,Patrick Langha
Corpus Christi,Tx 78412           DOB:            AGE: 56       SEX: M
                                  ACCT ...... ......2173896 LOC: D.HCV 4
PHONE #: 361-761-1200             EXAM DATE: 08/30/2021 STATUS: ADM IN
   FAX #:                         RAD NO:          DC Dt:

PAGE  1                  Signed Report

Sewell - Appeal 05/16/23 - 236

Lincoln/Sewell 387

Patient Name: SEWELL,TIMOTHY ALAN          Unit No: DO00920868

  EXAMS:                                          CPT CODE:
075256813 XR CHEST 1 V                      71045
  Reason: f/u sob

        EXAM:   - XR CHEST 1 V

    H49

    HISTORY: Shortness of breath

    COMPARISON: CXR 9/13/2021

    FINDINGS:

    Frontal view of the chest is submitted.  Previously noted right-sided
    CVC has been removed.
    Stable cardiomediastinal silhouette.  Central venous congestion is
    again noted.
    Mild perihilar and bibasilar opacities appear similar. Small right
    effusion may be slightly increased. No left-sided effusion. No
    pneumothorax No acute osseous pathology.

    IMPRESSION

    Slightly increased small right effusion. Otherwise, no significant
    interval change


       ** Electronically Signed by Kimberly Weatherspoon MD **
       **                on 09/19/2021 at 1213                    **
                   Reported and signed by: Kimberly Weatherspoon, MD


CC: Brent R3 Compton MD; Rene Franco Jr MD


Technologist: Stacie Salinas RT
Trscrpt Dt/T: 09/19/2021 (1213)t.SDR.KW9
Orig Print D/T: S: 09/19/2021 (1216)


  CCMC Bay Area                    NAME: SEWELL,TIMOTHY ALAN
  7101 SPID                        PHYS: ------- - Compton,Brent  MD R3
  Corpus Christi,Tx 78412          DOB:              AGE: 56       SEX: M
                                   ACCT no: DO0092173896 LOC: D.HCV 4
  PHONE #: 361-761-1200            EXAM DATE: 09/19/2021 STATUS: ADM IN
    FAX #:                         RAD NO:              DC Dt:

  PAGE  1                    Signed Report

Sewell - Appeal 05/16/23 - 237

Lincoln/Sewell 388

Patient Name: SEWELL,TIMOTHY ALAN          Unit No: DO00920868

EXAMS:                                                    CPT CODE:
075252409 XR CHEST 1 V                         71045
Reason: fu vented pt

    CHEST, SINGLE VIEW

    DICTATION LOCATION C2

    HISTORY: Ventilated patient.

    A single view of the chest at 5:03 AM was compared to a prior exam
    from September 12, 2021.

    FINDINGS: Bibasilar infiltrates are stable along with mild
    cardiomegaly and central pulmonary vascular congestion. Lines and
    tubes are unchanged. No new finding is seen.

    IMPRESSION: No change from the prior exam.


** Electronically Signed by Frank Morello MD on 09/13/2021 at 0750 **
                Reported and signed by: Frank Morello, MD


CC: Brent R3 Compton MD; Rene Franco Jr MD


Technologist: Hannah Degaish RT
Trscrpt Dt/T: 09/13/2021 (0750)t.SDR.FAM
Orig Print D/T: S: 09/13/2021 (0753)


CCMC Bay Area                          NAME: SEWELL,TIMOTHY ALAN
7101 SPID                              PHYS: ------- - Compton,Brent   MD R3
Corpus Christi,Tx 78412                DOB:              AGE: 56      SEX: M
                                       ACCT no. -----2173896 LOC: D.HCV 4
PHONE #: 361-761-1200                  EXAM DATE: 09/13/2021 STATUS: ADM IN
   FAX #:                              RAD NO:            DC Dt:

PAGE  1                         Signed Report

Lincoln/Sewell 389

Patient Name: SEWELL,TIMOTHY ALAN                    Unit No: DO00920868

  EXAMS:                                                 CPT CODE:
075252408 XR CHEST 1 V                                   71045
 Reason: fu vented pt

        - XR CHEST 1 V

    Location: V20

    INDICATION: Cord compression C4-5.

    Comparison: Yesterday

    Findings:
    Tracheostomy tube and right PICC line appear stable.

    There is persistent opacity at the right lung base, consistent with
    atelectasis. Slight increasing central congestion is seen in the left
    perihilar region. Heart size is stable.

      IMPRESSION:
      Persistent right basilar opacity, consistent with atelectasis.
      Superimposed pneumonia not excluded. Suspect increasing mild
      asymmetric central congestion (left greater than right).


** Electronically Signed by Kimberly Addis MD on 09/12/2021 at 0830 **
                  Reported and signed by: Kimberly Addis, MD


    CC: Brent R3 Compton MD; Rene Franco Jr MD


    Technologist: Hannah Degaish RT
    Trscrpt Dt/T: 09/12/2021 (0830)t.SDR.KAA2
    Orig Print D/T: S: 09/12/2021 (0833)


    CCMC Bay Area                        NAME: SEWELL,TIMOTHY ALAN
    7101 SPID                            PHYS: ~~~~~~ - Compton,Brent  MD R3
    Corpus Christi,Tx 78412              DOB:              AGE: 56        SEX: M
                                         ACCT  ... ....2173896 LOC: D.HCV 4
    PHONE #: 361-761-1200                EXAM DATE: 09/12/2021 STATUS: ADM IN
      FAX #:                             RAD NO:              DC Dt:

    PAGE  1                      Signed Report

**Lincoln/Sewell 390**

Patient Name: SEWELL,TIMOTHY ALAN          Unit No: DO00920868

  EXAMS:                                        CPT CODE:
075252407 XR CHEST 1 V                          71045
 Reason: fu vented pt

   HISTORY: Follow-up
   Location: C3
   COMPARISON:9/9/2021

   FINDINGS:


   Tracheostomy tube and right IJ catheter again noted.  There is
   cardiomegaly.  Pleural effusions are noted right greater than left.
   Right basilar opacity is increased.  No other changes.

     IMPRESSION:

     1. Increased opacity in the right base compatible with increasing
     right lower lobe atelectasis.


** Electronically Signed by Robert Case MD on 09/11/2021 at 0618 **
                    Reported and signed by: Robert Case, MD

















CC: Brent R3 Compton MD; Rene Franco Jr MD


Technologist: Hannah Degaish RT
Trscrpt Dt/T: 09/11/2021 (0618) t.SDR.RXC2
Orig Print D/T: S: 09/11/2021 (0621)



   CCMC Bay Area                       NAME: SEWELL,TIMOTHY ALAN
   7101 SPID                           PHYS: ~~~~~~ - Compton,Brent  MD R3
   Corpus Christi,Tx 78412             DOB:              AGE: 56       SEX: M
                                       ACCT ... ~~~~~2173896 LOC: D.HCV 4
   PHONE #: 361-761-1200               EXAM DATE: 09/11/2021 STATUS: ADM IN
     FAX #:                            RAD NO:              DC Dt:

   PAGE  1                      Signed Report

Sewell - Appeal 05/16/23 - 240

Lincoln/Sewell 391

Patient Name: SEWELL,TIMOTHY ALAN          Unit No: DO00920868

  EXAMS:                                    CPT CODE:
075251596 XR CHEST 1 V                      71045
  Reason: mssa pna / BL lower lobes

      CHEST 1 VIEW

    CLINICAL INFORMATION:  mssa pna / BL lower lobes

    COMPARISON: September 7, 2021

    FINDINGS:

    The tip of the right arm PICC terminates at the superior cavoatrial
    junction.

    The lung volumes are decreased. Perihilar and bibasilar opacities
    remain. The right lateral costophrenic angle is slightly blunted. The
    cardiac silhouette is upper normal in size. The bones are intact.

      IMPRESSION:


      1. Perihilar and bibasilar alveolar opacities are similar to the
      comparison study.
      2. Possible trace right pleural effusion.

      LOCATION: B2


** Electronically Signed by Adam Morales MD on 09/09/2021 at 0907 **
                 Reported and signed by: Adam Morales, MD


CC: Rene Franco Jr MD


Technologist: Fernando Cavazos RT
Trscrpt Dt/T: 09/09/2021 (0907)t.SDR.AM18
Orig Print D/T: S: 09/09/2021 (0910)


  CCMC Bay Area                    NAME: SEWELL,TIMOTHY ALAN
  7101 SPID                        PHYS: ￭￭￭￭ - Franco,Rene  Jr MD
  Corpus Christi,Tx 78412          DOB:          AGE: 56      SEX: M
                                   ACCT ₙₒ. ₚₒₒₒ₋₂173896 LOC: D.HCV 4
  PHONE #: 361-761-1200            EXAM DATE: 09/09/2021 STATUS: ADM IN
    FAX #:                         RAD NO:          DC Dt:

  PAGE  1                 Signed Report

Patient Name: SEWELL,TIMOTHY ALAN                    Unit No: DO00920868

  EXAMS:                                                  CPT CODE:
075250117 XR CHEST 1 V                                  71045
  Reason: ETT, PNA

        Chest one view portable 9/7/2021

    CLINICAL INDICATION: Respiratory failure

    COMPARISON: The previous day

    LOCATION: W1

      IMPRESSION:

      There has been no significant interval change when compared to the
      previous examination.

      Cardiomediastinal contours are stable.  Viral pneumonia is unchanged.
      Support hardware is unchanged in position.

** Electronically Signed by Timothy Seipel MD on 09/07/2021 at 0808 **
                    Reported and signed by: Timothy Seipel, MD


CC: Christine PA-C Nott; Ashlie N White MD


Technologist: Hannah Degaish RT
Trscrpt Dt/T: 09/07/2021 (0808)t.SDR.TS14
Orig Print D/T: S: 09/07/2021 (0811)


    CCMC Bay Area                          NAME: SEWELL,TIMOTHY ALAN
    7101 SPID                              PHYS: ..... - White,Ashlie N  MD
    Corpus Christi,Tx 78412                DOB:         | AGE: 56      SEX: M
                                           ACCT ..... .....2173896 LOC: D.HCV 4
    PHONE #: 361-761-1200                  EXAM DATE: 09/07/2021 STATUS: ADM IN
      FAX #:                               RAD NO:          DC Dt:

    PAGE  1                   Signed Report

Patient Name: SEWELL,TIMOTHY ALAN     Unit No: DO00920868

EXAMS:                                          CPT CODE:
075249621 XR CHEST 1 V                          71045
 Reason: reeval PNA

      PROCEDURE INFORMATION:
    Exam: XR Chest
    Exam date and time: 9/6/2021 5:11 AM
    Age: 56 years old
    Clinical indication: Other: Reeval pna
    TECHNIQUE:
    Imaging protocol: XR of the chest.
    Views: 1 view.
    COMPARISON:
    CR XR CHEST 1 V 9/5/2021 5:07 AM
    FINDINGS:
    Tubes, catheters and devices: Similar support apparatus
    Lungs: Bilateral pulmonary opacities in the lung bases are
    stable.
    Pleural spaces: No sizable pneumothorax. Suspect stable
    effusions.
    Heart/Mediastinum: Stable heart
    Bones/joints: No acute findings.
      IMPRESSION:
      Stable
      ******************INTERNAL CODING PURPOSES ONLY***************
      RESULT CODE: CVR


** Electronically Signed by Malik Dawood MD on 09/06/2021 at 0642 **
              Reported and signed by: Malik Dawood, MD




CC: Christine PA-C Nott; Ashlie N White MD


Technologist: Hannah Degaish RT
Trscrpt Dt/T: 09/06/2021 (0642)VRAD.VR
Orig Print D/T: S: 09/06/2021 (0642)


   CCMC Bay Area                    NAME: SEWELL,TIMOTHY ALAN
   7101 SPID                        PHYS: ------  White,Ashlie N  MD
   Corpus Christi,Tx 78412          DOB:           AGE: 56      SEX: M
                                    ACCT NO. DO0092173896 LOC: D.HCV 4
   PHONE #: 361-761-1200            EXAM DATE: 09/06/2021 STATUS: ADM IN
     FAX #:                         RAD NO:          DC Dt:

PAGE  1                    Signed Report

Sewell - Appeal 05/16/23 - 243


**Lincoln/Sewell 394**

Patient Name: SEWELL,TIMOTHY ALAN                    Unit No: DO00920868

EXAMS:                                                        CPT CODE:
075249155 XR CHEST 1 V                                        71045
Reason: ETT, multifocal PNA

    PROCEDURE INFORMATION:
Exam: XR Chest
Exam date and time: 9/5/2021 5:07 AM
Age: 56 years old
Clinical indication: Ett, multifocal pna
TECHNIQUE:
Imaging protocol: XR of the chest.
Views: 1 view.
COMPARISON:
CR XR CHEST 1 V 9/4/2021 4:13 AM
FINDINGS:
Tubes, catheters and devices: There is an endotracheal tube
with the tip 4.2 cm above the carina. There is a right arm
PICC with the tip at/near the superior cavoatrial junction.
Lungs: Bibasilar airspace disease persists without
significant interval change.
Pleural spaces: No large pleural effusion. No pneumothorax.
Heart/Mediastinum: The cardiac silhouette is not enlarged.
The mediastinal contours are normal.
Bones/joints: No acute osseous abnormality.
    IMPRESSION:
    No significant change when compared to CR XR CHEST 1 V
    9/4/2021 4:13 AM.
    *****************INTERNAL CODING PURPOSES ONLY***************
    RESULT CODE: CVR


        ** Electronically Signed by Scott Kerns MD vRad **
        **              on 09/05/2021 at 0701            **
                Reported and signed by: Scott Kerns MD vRad


CC: Christine PA-C Nott; Ashlie N White MD


Technologist: Hannah Degaish RT
Trscrpt Dt/T: 09/05/2021 (0701)VRAD.VR
Orig Print D/T: S: 09/05/2021 (0701)


    CCMC Bay Area                      NAME: SEWELL,TIMOTHY ALAN
    7101 SPID                          PHYS: ------ - White,Ashlie N  MD
    Corpus Christi,Tx 78412            DOB:              AGE: 56    SEX: M
                                       ACCT ...  ......173896 LOC: D.HCV 4
    PHONE #: 361-761-1200             EXAM DATE: 09/05/2021 STATUS: ADM IN
        FAX #:                         RAD NO:           DC Dt:

    PAGE  1                    Signed Report

Lincoln/Sewell 395

Patient Name: SEWELL,TIMOTHY ALAN          Unit No: DO00920868

EXAMS:                                              CPT CODE:
075248672 XR CHEST 1 V                              71045
Reason: PNA, intubated

    PROCEDURE INFORMATION:
    Exam: XR Chest
    Exam date and time: 9/4/2021 4:13 AM
    Age: 56 years old
    Clinical indication: Other: Pna, intubated
    TECHNIQUE:
    Imaging protocol: XR of the chest.
    Views: 1 view.
    COMPARISON:
    CT CHEST W/CONTRAST 9/3/2021 1:35 PM
    FINDINGS:
    Tubes, catheters and devices: Satisfactory support
    apparatus
    Lungs: Continued bibasilar predominant pulmonary opacities.
    Pleural spaces: No pneumothorax.
    Heart/Mediastinum: Stable heart and mediastinum.
    Bones/joints: No acute findings.
      IMPRESSION:
      Continued multifocal pneumonia
      *******************INTERNAL CODING PURPOSES ONLY***************
      RESULT CODE: CVR


** Electronically Signed by Malik Dawood MD on 09/04/2021 at 0727 **
              Reported and signed by: Malik Dawood, MD












CC: Christine PA-C Nott; Ashlie N White MD


Technologist: Andrea Chappell RT
Trscrpt Dt/T: 09/04/2021 (0727)VRAD.VR
Orig Print D/T: S: 09/04/2021 (0728)


    CCMC Bay Area                    NAME: SEWELL,TIMOTHY ALAN
    7101 SPID                        PHYS: WHIAS - White,Ashlie N  MD
    Corpus Christi,Tx 78412          DOB:              AGE: 56        SEX: M
                                     ACCT NO: DO0092173896 LOC: D.HCV 4
    PHONE #: 361-761-1200            EXAM DATE: 09/04/2021 STATUS: ADM IN
       FAX #:                        RAD NO:            DC Dt:

    PAGE  1                 Signed Report

**Lincoln/Sewell 396**

Patient Name: SEWELL,TIMOTHY ALAN          Unit No: DO00920868

EXAMS:                                          CPT CODE:
075248186 XR CHEST 1 V                          71045
  Reason: mucous plugging, intubated

     Chest one view portable 9/3/2021

   CLINICAL INDICATION: Respiratory failure

   COMPARISON: The previous day

   LOCATION: W1

     IMPRESSION:

     There has been no significant interval change when compared to the
     previous examination.

     Cardiomediastinal contours are stable.  Opacity in the left lung base
     may reflect atelectasis or pneumonia. Support hardware is unchanged in
     position.

** Electronically Signed by Timothy Seipel MD on 09/03/2021 at 0754 **
                    Reported and signed by: Timothy Seipel, MD




CC: Christine PA-C Nott; Ashlie N White MD


Technologist: Andrea Chappell RT
Trscrpt Dt/T: 09/03/2021 (0754)t.SDR.TS14
Orig Print D/T: S: 09/03/2021 (0757)


   CCMC Bay Area                  NAME: SEWELL,TIMOTHY ALAN
   7101 SPID                      PHYS: ***** - White,Ashlie N  MD
   Corpus Christi,Tx 78412        DOB:           AGE: 56      SEX: M
                                  ACCT ... .....2173896 LOC: D.HCV 4
   PHONE #: 361-761-1200          EXAM DATE: 09/03/2021 STATUS: ADM IN
     FAX #:                        RAD NO:           DC Dt:

PAGE  1                     Signed Report

Sewell - Appeal 05/16/23 - 246

Lincoln/Sewell 397

Patient Name: SEWELL,TIMOTHY ALAN          Unit No: DO00920868

  EXAMS:                                    CPT CODE:
075248380 XR CHEST 1 V                      71045
 Reason: REINTUBATION

        - XR CHEST 1 V

    PROVIDED REASON FOR EXAM: REINTUBATION

    COMPARISON: Same day radiograph

    FINDINGS:

    ET tube terminates 3.6 cm above the carina. Left basilar
    consolidation. Stable right upper extremity PICC. Removal of enteric
    catheter.  Cardiac silhouette is unremarkable . Pulmonary vasculature
    is unremarkable . There are no acute osseous findings.

      IMPRESSION:
      ET tube terminates 3.6 cm above the carina.

      Left basilar atelectasis and/or pneumonia.

      Interval removal of the enteric catheter.
      Location: V20


        ** Electronically Signed by Kuang-Wei Chang MD **
        **            on 09/03/2021 at 0733           **
              Reported and signed by: Kuang-Wei Chang, MD


    CC: Roberto L Flores Jr MD; Ashlie N White MD


    Technologist: Fernando Cavazos RT
    Trscrpt Dt/T: 09/03/2021 (0733)t.SDR.KEC2
    Orig Print D/T: S: 09/03/2021 (0736)


      CCMC Bay Area                  NAME: SEWELL,TIMOTHY ALAN
      7101 SPID                      PHYS: ████ ██ - Flores,Roberto L  J
      Corpus Christi,Tx 78412        DOB:           | AGE: 56        SEX: M
                                     ACCT ███. ████2173896 LOC: D.HCV 4
      PHONE #: 361-761-1200          EXAM DATE: 09/03/2021 STATUS: ADM IN
        FAX #:                       RAD NO:             DC Dt:

    PAGE  1                   Signed Report

Sewell - Appeal 05/16/23 - 247

**Lincoln/Sewell 398**

Patient Name: SEWELL,TIMOTHY ALAN                    Unit No: DO00920868

  EXAMS:                                                  CPT CODE:
075248303 XR CHEST 1 V                                    71045
 Reason: RESP FAILURE

      Examination:  Chest 1 view

   Location code: 517

   Comparison: September 2, 2021

   Discussion:

   Clinical history is remarkable for respiratory failure.  Cardiac
   silhouette is enlarged.  Right-sided PICC line, endotracheal tube,
   nasogastric tube are in good position.  There is minimal congestion
   identified.]  Retrocardiac atelectasis is present.

    Impression:

    1.  Lines and tubes are in good position, mild left retrocardiac
    atelectasis and congestion.


** Electronically Signed by James Hammond MD on 09/03/2021 at 0002 **
              Reported and signed by: James Hammond, MD




CC: Roberto L Flores Jr MD; Ashlie N White MD


Technologist: Andrea Chappell RT
Trscrpt Dt/T: 09/03/2021 (0002)t.SDR.JH12
Orig Print D/T: S: 09/03/2021 (0005)


    CCMC Bay Area                     NAME: SEWELL,TIMOTHY ALAN
    7101 SPID                         PHYS: ~~ ~~~ ~~ - Flores,Roberto L  J
    Corpus Christi,Tx 78412           DOB:            AGE: 56      SEX: M
                                      ACCT NO: DO0092173896 LOC: D.HCV 4
    PHONE #: 361-761-1200             EXAM DATE: 09/02/2021 STATUS: ADM IN
      FAX #:                          RAD NO:            DC Dt:

    PAGE  1                   Signed Report

Sewell - Appeal 05/16/23 - 248

**Lincoln/Sewell 399**

Patient Name: SEWELL,TIMOTHY ALAN          Unit No: D000920868

EXAMS:                                          CPT CODE:
075247291 XR CHEST 1 V                          71045
Reason: secretions, eval, intubated

PROCEDURE INFORMATION:
Exam: XR Chest
Exam date and time: 9/2/2021 4:23 AM
Age: 56 years old
Clinical indication: Other: Secretions, eval, intubated
TECHNIQUE:
Imaging protocol: XR of the chest.
Views: 1 view.
COMPARISON:
CR XR CHEST 1 V 9/1/2021 3:02 PM
FINDINGS:
Tubes, catheters and devices: Enteric tube is in the left
upper abdomen. Endotracheal tube is in the mid trachea.
Lungs: Improved aeration of the left lung.
Pleural spaces: Small left pleural effusion.
Heart/Mediastinum: Unremarkable. No cardiomegaly.
Bones/joints: Unremarkable.
    IMPRESSION:
    1. Improved aeration left hemithorax.
    2. Small left pleural effusion.
    3. Tubes and lines as described.
    ***********************INTERNAL CODING PURPOSES ONLY***************
    RESULT CODE: CVR


** Electronically Signed by Tasheem Khimji MD on 09/02/2021 at 0556 **
                Reported and signed by: Tasheem Khimji, MD













CC: Christine PA-C Nott; Ashlie N White MD


Technologist: Andrea Chappell RT
Trscrpt Dt/T: 09/02/2021 (0556)VRAD.VR
Orig Print D/T: S: 09/02/2021 (0556)


CCMC Bay Area                    NAME: SEWELL,TIMOTHY ALAN
7101 SPID                        PHYS: ***** - White,Ashlie N   MD
Corpus Christi,TX 78412          DOB:           AGE: 56      SEX: M
                                 ACCT no. D00092173896 LOC: D.HCV 4
PHONE #: 361-761-1200            EXAM DATE: 09/02/2021 STATUS: ADM IN
    FAX #:                       RAD NO:            DC Dt:

PAGE  1                     Signed Report

**Lincoln/Sewell 400**

EXAMS:                                      CPT CODE:
075247488 XR CHEST 1 V                      71045
 Reason: re-eval bronchoscopy

     Location of dictation:   B2

   Portable chest one view.

   HISTORY: re-eval bronchoscopy

   COMMENT: Compared to earlier the same day. Support lines and catheters
   remain in good positions.  Cardiac silhouette is stable. There is some
   reexpansion of the left lung.  The right lung remains clear.   No
   pneumothorax seen.   Visualized soft tissues and skeletal structures
   are unremarkable.

   IMPRESSION:
   1.  Lines and catheters in good positions.
   2.  Some reexpansion of the left lung with no acute findings post
   bronchoscopy.


** Electronically Signed by Phebe Chen MD on 09/01/2021 at 1514 **
               Reported and signed by: Phebe Chen, MD



CC: Tricia Moreno NP; Ashlie N White MD


Technologist: Stormy (Krista) Lopez RT
Trscrpt Dt/T: 09/01/2021 (1514)t.SDR.PXC
Orig Print D/T: S: 09/01/2021 (1517)


CCMC Bay Area                    NAME: SEWELL,TIMOTHY ALAN
7101 SPID                        PHYS: ***** - White,Ashlie N  MD
Corpus Christi,Tx 78412          DOB:             AGE: 56      SEX: M
                                 ACCT no. DO00092173896 LOC: D.HCV 4
PHONE #: 361-761-1200            EXAM DATE: 09/01/2021 STATUS: ADM IN
   FAX #:                        RAD NO:          DC Dt:

PAGE  1                  Signed Report

Sewell - Appeal 05/16/23 - 250

Lincoln/Sewell 401

Patient Name: SEWELL,TIMOTHY ALAN          Unit No: DO00920868

  EXAMS:                                        CPT CODE:
075247293 XR CHEST 1 V                          71045
 Reason: replacement of ET tube

        - XR CHEST 1 V

    INDICATION:Intubated, respiratory distress

    LOCATION:  T18

    The endotracheal tube is 3.5 cm above carina.  Tip of nasogastric tube
    mid body of stomach.

    Compared with 0634 hours today, progressive opacification of left
    hemithorax with shift of heart and mediastinum to the left.  Right
    lung clear.  Bony thorax unremarkable.

      IMPRESSION: Progressive opacification left hemithorax, with volume
      loss.  Query mucous plugging or increasing effusion?


** Electronically Signed by John Marriott MD on 09/01/2021 at 1039 **
              Reported and signed by: John Marriott, MD


CC: Christine PA-C Nott; Ashlie N White MD


Technologist: Del Mar Students; Mallory Moreno, RT
Trscrpt Dt/T: 09/01/2021 (1039)t.SDR.JTM
Orig Print D/T: S: 09/01/2021 (1043)


    CCMC Bay Area                NAME: SEWELL,TIMOTHY ALAN
    7101 SPID                    PHYS: ------  White,Ashlie N  MD
    Corpus Christi,Tx 78412      DOB:              AGE: 56      SEX: M
                                 ACCT NO. DO0092173896 LOC: D.HCV 4
    PHONE #: 361-761-1200        EXAM DATE: 09/01/2021 STATUS: ADM IN
      FAX #:                     RAD NO:           DC Dt:

    PAGE  1              Signed Report

Patient Name: SEWELL,TIMOTHY ALAN                Unit No: DO00920868

EXAMS:                                           CPT CODE:
075247200 XR CHEST 1 V                           71045
Reason: hypoxia

Location of dictation:  B2

Portable chest one view.

HISTORY: hypoxia

COMMENT: Compared to one day prior. Support lines and catheters remain
in good positions.  Cardiac silhouette is stable. More pronounced left
perihilar opacity with overall decreased left lung volume.
Retrocardiac consolidation and/or effusion appears similar with
obliteration of the left diaphragm.  FINDINGS however have worsened
over 3 days.  The right lung is slightly hyperexpanded but clear.  No
pneumothorax seen.  Visualized soft tissues and skeletal structures
are unremarkable.

IMPRESSION:
1.  Worsening left sided opacity with volume loss likely due to
further collapse or pneumonia.
2.  There may be small left effusion.


** Electronically Signed by Phebe Chen MD on 09/01/2021 at 0712 **
                Reported and signed by: Phebe Chen, MD


CC: Tricia Moreno NP; Ashlie N White MD


Technologist: Hannah Degaish RT
Trscrpt Dt/T: 09/01/2021 (0712)t.SDR.PXC
Orig Print D/T: S: 09/01/2021 (0715)

CCHC Bay Area                    NAME: SEWELL,TIMOTHY ALAN
7101 SPID                        PHYS: _____ White,Ashlie N  MD
Corpus Christi,Tx 78412          DOB:              AGE: 56       SEX: M
                                 ACCT no. DO0092173896 LOC: D.HCV 4
PHONE #: 361-761-1200            EXAM DATE: 09/01/2021 STATUS: ADM IN
  FAX #:                         RAD NO:            DC Dt:

PAGE  1                    Signed Report

Patient Name: SEWELL,TIMOTHY ALAN          Unit No: DO00920868

EXAMS:                                                CPT CODE:
075246292 XR CHEST 1 V                                71045
Reason: re-eval

    - XR CHEST 1 V

PROVIDED REASON FOR EXAM: re-eval

COMPARISON: August 29, 2021

FINDINGS:

Stable lines and tubes. Left basilar consolidation. No pneumothorax.
Cardiac silhouette is unremarkable . Pulmonary vasculature is
unremarkable . There are no acute osseous findings.

IMPRESSION:

Left basilar atelectasis
Location: V20


        ** Electronically Signed by Kuang-Wei Chang MD **
        **           on 08/31/2021 at 0802              **
                Reported and signed by: Kuang-Wei Chang, MD


CC: Tricia Moreno NP; Ashlie N White MD


Technologist: Hannah Degaish RT
Trscrpt Dt/T: 08/31/2021 (0802)t.SDR.KEC2
Orig Print D/T: S: 08/31/2021 (0805)


CCMC Bay Area                    NAME: SEWELL,TIMOTHY ALAN
7101 SPID                        PHYS: ------ White,Ashlie N  MD
Corpus Christi,Tx 78412          DOB:            AGE: 56      SEX: M
                                 ACCT NO: DO0092173896 LOC: D.HCV 4
PHONE #: 361-761-1200            EXAM DATE: 08/31/2021 STATUS: ADM IN
   FAX #:                        RAD NO:           DC Dt:

PAGE  1                      Signed Report

Sewell - Appeal 05/16/23 - 253

Lincoln/Sewell 404

Patient Name: TANGO BA,MALE TRAUMA          Unit No: DO00920868

EXAMS:                                       CPT CODE:
075245514 XR CHEST 1 V                       71045
Reason: Intubated

PROCEDURE INFORMATION:
Exam: XR Chest
Exam date and time: 8/29/2021 5:34 AM
Age: 60 years old
Clinical indication: Other: Intubated
TECHNIQUE:
Imaging protocol: XR of the chest.
Views: 1 view.
COMPARISON:
CT CHEST W/CONTRAST 8/28/2021 5:57 PM
FINDINGS:
Tubes, catheters and devices: Endotracheal tube remains in
place with the tip above the carina. Nasogastric tube
remains in place.
Lungs: Unremarkable. No consolidation.
Pleural spaces: Unremarkable. No pleural effusion. No
pneumothorax.
Heart/Mediastinum: Unremarkable. No cardiomegaly.
Bones/joints: Unremarkable.
IMPRESSION:
No acute findings.
******************INTERNAL CODING PURPOSES ONLY**************
RESULT CODE: CVR

** Electronically Signed by Barbara Taylor MD on 08/29/2021 at 0701 **
Reported and signed by: Barbara Taylor, MD

CC: Ashlie N White MD

Technologist: Hannah Degaish RT
Trscrpt Dt/T: 08/29/2021 (0701)VRAD.VR
Orig Print D/T: S: 08/29/2021 (0701)

CCMC Bay Area                    NAME: TANGO BA,MALE TRAUMA
7101 SPID                        PHYS: WIIAS - White,Ashlie N  MD
Corpus Christi,Tx 78412                   AGE: 60        SEX: M
                                 ACCT NO: DO00092173896 LOC: D.HCV 4
PHONE #: 361-761-1200            EXAM DATE: 08/29/2021 STATUS: ADM IN
    FAX #:                       RAD NO:            DC Dt:

PAGE  1                          Signed Report

Lincoln/Sewell 405

Patient Name: TANGO BA,MALE TRAUMA        Unit No: DO00920868

  EXAMS:                                           CPT CODE:
075245378 XR CHEST 1 V                            71045
  Reason: head injury

        Dictation location B2

    Portable chest one view.

    HISTORY:Injury

    COMMENT: No comparison.  An endotracheal tube is halfway between the
    thoracic inlet and the carina.  An NG tube is in the distal stomach.
    The heart is slightly enlarged.  There are coarse peribronchial
    perihilar opacities with no consolidation or contusion, pneumothorax
    or.  Visualized soft tissues and skeletal structures are unremarkable.

    IMPRESSION:
    1.  Endotracheal and NG tubes in good positions.
    2.  No acute findings in the chest.


** Electronically Signed by Phebe Chen MD on 08/28/2021 at 1806 **
                    Reported and signed by: Phebe Chen, MD


CC: Truman J Milling MD


Technologist: Stormy (Krista) Lopez RT
Trscrpt Dt/T: 08/28/2021 (1806)t.SDR.PXC
Orig Print D/T: S: 08/28/2021 (1809)


    CCMC Bay Area                    NAME: TANGO BA,MALE TRAUMA
    7101 SPID                        PHYS: MILTR.01 - Milling,Truman J  M
    Corpus Christi,Tx 78412                     AGE: 60        SEX: M
                                     ACCT NO: DO0092173896 LOC: D.YER
    PHONE #: 361-761-1200            EXAM DATE: 08/28/2021 STATUS: REG ER
      FAX #:                         RAD NO:            DC Dt:

    PAGE  1                  Signed Report

Patient: SEWELL, TIMOTHY ALAN MRN: DO00920868 Encounter: DO0092173896        Page 191 of 204
Sewell - Appeal 05/16/23 - 255

Lincoln/Sewell 406

Patient Name: SEWELL,TIMOTHY ALAN                Unit No: DO00920868

EXAMS:                                                CPT CODE:
075255660 XR L-SPINE 2/3 VIEWS                        72100
Reason: INTRATHECAL STEMCELL INJ.

        EXAM: FLUOROSCOPIC GUIDANCE

    CLINICAL HISTORY: INTRATHECAL STEM CELL INJECTION

    TECHNIQUE: Fluoroscopic guidance was provided for  spinal procedure.

    FINDINGS:
    Fluoroscopic guidance was provided for  spinal procedure.

    Fluoroscopy time:  5.7 seconds
    Fluoroscopy dose: 0.9 mGy

        IMPRESSION:
        Fluoroscopic guidance was provided for  spinal procedure.
        I was not physically present for this procedure.  Please see dedicated
        surgical report for further details.

        LOCATION: B2


** Electronically Signed by Melanie Dahse MD on 09/17/2021 at 1106 **
                Reported and signed by: Melanie Dahse, MD


CC: Rene Franco Jr MD; Patrick Langham Gleason MD


Technologist: Danna Buergers RT
Trscrpt Dt/T: 09/17/2021 (1106) t.SDR.MD16
Orig Print D/T: S: 09/17/2021 (1109)


    CCMC Bay Area                    NAME: SEWELL,TIMOTHY ALAN
    7101 SPID                        PHYS: ~~~~~ ~ Gleason,Patrick Langha
    Corpus Christi,Tx 78412          DOB:          AGE: 56      SEX: M
                                     ACCT no. ~~~~~~2173896 LOC: D.HCV 4
    PHONE #: 361-761-1200            EXAM DATE: 09/17/2021 STATUS: ADM IN
     FAX #:                          RAD NO:          DC Dt:

    PAGE  1                 Signed Report

Sewell - Appeal 05/16/23 - 256

Lincoln/Sewell 407

Patient Name: TANGO BA,MALE TRAUMA          Unit No: DO00920868

  EXAMS:                                         CPT CODE:
075245389 XR PELVIS 1/2 VIEWS                     72170
 Reason: TRAUMA

     Location of dictation:  B2

 PELVIS 1 VIEW:

 CLINICAL HISTORY:
 Trauma

 FINDINGS:
 The visualized bony pelvis is intact.  The sacrum, bilateral iliac
 bones, and bilateral ischia are normal.  The bilateral acetabular
 femoral joints are well preserved. The visualized SI joints are
 unremarkable.

   IMPRESSION:
   Normal AP view of the pelvis.


** Electronically Signed by Phebe Chen MD on 08/28/2021 at 1808 **
               Reported and signed by: Phebe Chen, MD


CC: Truman J Milling MD


Technologist: Stormy (Krista) Lopez RT
Trscrpt Dt/T: 08/28/2021 (1808)t.SDR.PXC
Orig Print D/T: S: 08/28/2021 (1811)


  CCMC Bay Area                    NAME: TANGO BA,MALE TRAUMA
  7101 SPID                        PHYS: MILTR.01 - Milling,Truman J  M
  Corpus Christi,Tx 78412                   AGE: 60        SEX: M
                                   ACCT NO: DO0092173896 LOC: D.YER
  PHONE #: 361-761-1200            EXAM DATE: 08/28/2021 STATUS: REG ER
    FAX #:                         RAD NO:          DC Dt:

  PAGE   1                   Signed Report

Patient: SEWELL, TIMOTHY ALAN MRN: DO00920868 Encounter: DO0092173896          Page 193 of 204
                                                          Sewell - Appeal 05/16/23 - 257

Lincoln/Sewell 408

CORPUS CHRISTI MEDICAL CENTER
Corpus Christi, Texas

PATIENT NAME: SEWELL,TIMOTHY ALAN          ADMIT DATE: 08/28/21
ACCOUNT NO: DO0092173896                   ROOM NO:    D.HCV
MEDICAL RECORD NO: DO00920868              AGE:        56
REPORT TYPE: eECHOCARDIOGRAM REPORT        SEX:        M
                                           DOB:        09/21/64

ADMITTING PHYSICIAN:White,Ashlie N  MD
ATTENDING PHYSICIAN:White,Ashlie N  MD


*Corpus Christi Medical Center - Bay Area*
7101 South Padre Island
Corpus Christi, Texas 78412
Phone (361) 761-2639

Transthoracic Echocardiogram

Patient:     Sewell, Timothy
             Alan
Study Date: 09/04/2021     BP:     130 / 66   Location: COCDO
URN:        ~~7DCC4C       MRN:    DO00920868 Account#: DO0092173896
DOB:                   :   Age:    56         Height:   68 in / 172.7
                                                        cm
Accession#: DBE202109040001  Gender: M       Weight:   179.6 lb /
                                                        81.6 kg
BMI/BSA:     27.4 kg/m 2 /
             1.95 m 2

*Ordering Physician: * Franco, Rene

*Interpreting Physician: * Sanchez, Julian MD
*Sonographer: * Le, Truc

----------------------------------------------------------------
Indications:   Hypotension-Orthostatic.

----------------------------------------------------------------
Study data: Transthoracic echocardiogram.  Procedure: Transthoracic
echocardiography was performed.  Image quality was adequate. The study
was technically limited due to poor acoustic window availability,
surgical dressings, and body habitus.  Complete 2D, complete spectral
Doppler, and color Doppler.  Location:  ICU  Patient status:  Inpatient.
Patient room number: 4.  Study status:  Routine.

----------------------------------------------------------------
Findings

Left ventricle:  The cavity size is normal. Wall thickness is normal.
Systolic function is normal. The estimated ejection fraction is 55-60%.
Wall motion is normal; there are no regional wall motion abnormalities.
Left ventricular diastolic function parameters are normal.
Right ventricle:  The cavity size is normal. Systolic function is
normal.

PATIENT NAME: SEWELL,TIMOTHY ALAN          ACCOUNT #: DO0092173896

Sewell - Appeal 05/16/23 - 258

**Lincoln/Sewell 409**

Left atrium: The atrium is normal in size.
Right atrium: The atrium is normal in size.
Aorta: Aortic root: The aortic root is normal in size.
Aortic valve: The valve is structurally normal. The valve is trileaflet. There is no evidence of stenosis. There is no regurgitation.
Mitral valve: The valve is structurally normal. There is no evidence of stenosis. There is no regurgitation.
Tricuspid valve: The valve is structurally normal. There is no regurgitation.
Pulmonic valve: The valve is structurally normal. There is no regurgitation.
Pericardium: There is no pericardial effusion.
Pulmonary arteries:
The main pulmonary artery is normal-sized.
Systemic veins:
Inferior vena cava: The vessel is normal in size.

------------------------------------------------------------------

Measurements

| Left ventricle | Value | | Ref |
|---|---|---|---|
| EDD, LAX | 4.2 | cm | 4.2 - 5.8 |
| ESD, LAX | 3.0 | cm | 2.5 - 4.0 |
| ESD/bsa, LAX | 1.6 | cm/m 2 | 1.3 - 2.1 |
| FS, LAX | 28 | % | 25 - 43 |
| PW, ED | 1.2 | cm | 0.6 - 1.0 |
| PW, ES | 1.5 | cm | -------- |
| IVS/PW, ED | 0.95 | | -------- |
| EF | 54 | % | 52 - 72 |
| E', lat ann, TDI | 10.6 | cm/sec | >=10.0 |
| E', med ann, TDI | 13.2 | cm/sec | >=7.0 |
| E', avg, TDI | 11.9 | cm/sec | -------- |

| LVOT | Value | | Ref |
|---|---|---|---|
| Diam, S | 2.05 | cm | -------- |
| Area | 3.3 | cm 2 | -------- |
| Peak vel, S | 1.23 | m/sec | -------- |
| Mean vel, S | 0.88 | m/sec | -------- |
| VTI, S | 24.1 | cm | -------- |
| Peak grad, S | 6 | mm Hg | -------- |
| Mean grad, S | 4 | mm Hg | -------- |
| SV | 79 | ml | -------- |
| Qs | 5.63 | L/min | -------- |
| Qs/bsa | 2.9 | L/(min-m 2) | -------- |
| SV/bsa | 41 | ml/m 2 | -------- |

| Ventricular septum | Value | | Ref |
|---|---|---|---|
| IVS, ED | 1.1 | cm | 0.6 - 1.0 |

PATIENT NAME: SEWELL, TIMOTHY ALAN     ACCOUNT #: DO0092173896

Sewell - Appeal 05/16/23 - 259

**Lincoln/Sewell 410**

| | | | |
|---|---|---|---|
| IVS, ES | 1.5 | cm | -------- |
| Right ventricle | Value | | Ref |
| TAPSE, MM | 2.1 | cm | 1.7 - 3.1 |
| Pressure, S | 40 | mm Hg | -------- |
| Left atrium | Value | | Ref |
| AP dim, ES MM | 3.0 | cm | 3.0 - 4.0 |
| LA/Ao root ratio, MM | 1.47 | | -------- |
| Aortic valve | Value | | Ref |
| Peak v, S | 1.89 | m/sec | -------- |
| Mean v, S | 1.2 | m/sec | -------- |
| VTI, S | 31.0 | cm | -------- |
| Mean grad, S | 6.7 | mm Hg | -------- |
| Peak grad, S | 14.2 | mm Hg | -------- |
| LVOT/AV, VTI ratio | 0.78 | | -------- |
| AVA, VTI | 2.56 | cm 2 | -------- |
| LVOT/AV, Vpeak ratio | 0.65 | | -------- |
| AVA, Vmax | 2.14 | cm 2 | -------- |
| Pulmonic valve | Value | | Ref |
| PR peak v | 1.14 | m/sec | -------- |
| PR peak grad | 5 | mm Hg | -------- |
| PR v, ED | 0.71 | m/sec | -------- |
| PR grad, ED | 5 | mm Hg | -------- |
| Tricuspid valve | Value | | Ref |
| TR peak v | 3.03 | m/sec | <=2.8 |
| Peak RV-RA grad, S | 37 | mm Hg | -------- |
| Aortic root | Value | | Ref |
| Root diam, ED MM | 2.01 | cm | -------- |
| Pulmonary artery | Value | | Ref |
| Pressure, S | 36.2 | mm Hg | -------- |
| Inferior vena cava | Value | | Ref |
| Diam | 1.9 | cm | -------- |
| Systemic veins | Value | | Ref |
| Estimated CVP | 3 | mm Hg | -------- |

---------------------------------------------------------------------

Conclusions

Summary:

1. Left ventricle: The cavity size is normal. Wall thickness is normal. Systolic function is normal. The estimated ejection fraction is

PATIENT NAME: SEWELL,TIMOTHY ALAN          ACCOUNT #: DO0092173896

55-60%. Wall motion is normal; there are no regional wall motion

Sewell - Appeal 05/16/23 - 260

**Lincoln/Sewell 411**

abnormalities. Left ventricular diastolic function parameters are
normal.
2. No clots no veg.

Prepared and electronically signed by

Sanchez, Julian MD
09/04/2021 14:31


Electronically Signed by Julian A Sanchez, MD on 09/04/21 at 1431

PATIENT NAME: SEWELL,TIMOTHY ALAN          ACCOUNT #: DO0092173896

Lincoln/Sewell 412



**Lincoln/Sewell 413**

Patient: SEWELL, TIMOTHY ALAN MRN: DO00920868 Encounter: DO0092173896
Sewell - Appeal 05/16/23 - 263

Lincoln/Sewell 414

SEWELL, TIMOTHY        ID.DO796845        31-AUG-2021 08:25:06        Gulf Coast Division MUSE Data-HCVICU   ROUTINE RECORD

| | | | | |
|---|---|---|---|---|
| Male | Caucasian | Vent. rate | 33 | BPM |
| 0in | 0lb | PR interval | 94 | ms |
| Room:04 | | QRS duration | 90 | ms |
| Loc:33 | | QT/QTc | 564/417 | ms |
| | | P-R-T axes | 43  78   87 | |
| | | BP | 103/60 | mmHg |

Marked sinus bradycardia with marked sinus arrhythmia with short PR
Abnormal ECG
When compared with ECG of 28-AUG-2021 18:31, (Unconfirmed)
Vent. rate has decreased BY 42 BPM
QT has shortened
Confirmed by MCKINSTRY MD, SCOTT (236) on 8/31/2021 4:03:18 PM

Technician:System System
Test ind:

Referred by:  Ashlie White                Confirmed by:  SCOTT MCKINSTRY MD

25mm/s     10mm/mV     150Hz     9.0.10     12SL 241     CID: 0

SID: DO00920868 PID:236 EDT. 16:03 31-AUG-2021 ORDER: 108310028 ACCOUNT: DO0092173896

Page 1 of 1

Patient: SEWELL, TIMOTHY ALAN MRN: DO00920868 Encounter: DO0092173896          Sewell - Appeal 05/16/23 - 264          Page 200 of 204

SEWELL, TIMOTHY

ID:DO796845

06-SEP-2021  13:22:21

Gulf Coast Division MUSE Data-HCVICU   ROUTINE RECORD

| | | | |
|---|---|---|---|
| Male | Caucasian | Vent. rate | 195 BPM |
| 0in | 0lb | PR interval | * ms |
| Room:04 | | QRS duration | 162 ms |
| Loc:33 | | QT/QTc | 242/436 ms |
| | | P-R-T axes | * 90  90 |
| | | BP | 100/49 mmHg |

Atrial fibrillation with rapid ventricular response with premature ventricular or aberrantly conducted complexes
Rightward axis
Nonspecific intraventricular block
Abnormal ECG
When compared with ECG of 31-AUG-2021 08:25,
Atrial fibrillation has replaced Sinus rhythm
Vent. rate has increased BY 162 BPM
Questionable change in QRS duration
Confirmed by ALEXANDER MD, THOMAS (215) on 9/8/2021 6:14:38 PM

Technician:System System
Test ind:

Referred by:  Ashlie White

Confirmed by:  THOMAS ALEXANDER MD



25mm/s     10mm/mV     150Hz     9.0.10     12SL 241     CID: 0

SID: DO00920868 EID:215 EDT: 18:14 08-SEP-2021 ORDER: E09060104 ACCOUNT: DO0092173896

Page 1 of 1

**Lincoln/Sewell 415**



Lincoln/Sewell 416

0908-0026

CORPUS CHRISTI MEDICAL CENTER
Corpus Christi, Texas

PATIENT NAME: SEWELL,TIMOTHY ALAN  
ACCOUNT NO: DO0092173896  
MEDICAL RECORD NO: DO00920868  
REPORT TYPE: ELECTROCARDIOGRAM

ADMIT DATE: 08/28/21  
ROOM NO: D.HCV  
AGE: 56  
SEX: M  
DOB: 09/21/64

ADMITTING PHYSICIAN:Franco,Rene   Jr MD  
ATTENDING PHYSICIAN:Franco,Rene   Jr MD

Order:  
20210906-0104  
Test Reason :  
 Test Date/Time Stamp:  
Mon Sep 06 2021 13:22:21  
Blood Pressure : 100/049 mmHG  
Vent. Rate : 195 BPM     Atrial Rate : 170 BPM  
   P-R Int : 000 ms          QRS Dur : 162 ms  
    QT Int : 242 ms       P-R-T Axes : 000 090 090 degrees  
   QTc Int : 436 ms

Atrial fibrillation with rapid ventricular response with premature ventricular  
or aberrantly conducted complexes  
Rightward axis  
Nonspecific intraventricular block  
Abnormal ECG  
When compared with ECG of 31-AUG-2021 08:25,  
Atrial fibrillation has replaced sinus rhythm  
Vent. rate has increased BY 162 BPM  
Questionable change in QRS duration  
Confirmed by ALEXANDER MD, THOMAS (215) on 9/8/2021 6:14:38 PM

Referred By: Ashlie White          Confirmed by:THOMAS ALEXANDER MD

Electronically Signed by Thomas Alexander, MD on 09/08/21 at 1814

PATIENT NAME: SEWELL,TIMOTHY ALAN          ACCOUNT #: DO0092173896

Sewell - Appeal 05/16/23 - 266

Lincoln/Sewell 417

0916-0030

CORPUS CHRISTI MEDICAL CENTER
Corpus Christi, Texas

PATIENT NAME: SEWELL,TIMOTHY ALAN          ADMIT DATE: 08/28/21
ACCOUNT NO: DO0092173896                      ROOM NO: D.IICV
MEDICAL RECORD NO: DO00920868                     AGE: 56
REPORT TYPE: ELECTROCARDIOGRAM                    SEX: M
                                                  DOB: 09/21/64

ADMITTING PHYSICIAN:Franco,Rene   Jr MD
ATTENDING PHYSICIAN:Franco,Rene   Jr MD

Order:
20210915-0021
Test Reason :
  Test Date/Time Stamp:
Wed Sep 15 2021 08:17:43
Blood Pressure : 099/056 mmHG
Vent. Rate : 081 BPM      Atrial Rate : 081 BPM
   P-R Int : 122 ms           QRS Dur : 072 ms
    QT Int : 388 ms        P-R-T Axes : 076 091 090 degrees
   QTc Int : 450 ms

Normal sinus rhythm
Rightward axis
Borderline ECG
When compared with ECG of 06-SEP-2021 13:22,
Significant changes have occurred
Confirmed by BADRUDDIN MD, SHAMIM (238) on 9/16/2021 9:00:16 AM

Referred By: Rene Franco          Confirmed by:SHAMIM BADRUDDIN MD


Electronically Signed by Shamim B Mawji, MD on 09/16/21 at 0900




PATIENT NAME: SEWELL,TIMOTHY ALAN          ACCOUNT #: DO0092173896

Sewell - Appeal 05/16/23 - 267

**Lincoln/Sewell 418**

0831-0318

CORPUS CHRISTI MEDICAL CENTER
Corpus Christi, Texas

PATIENT NAME: SEWELL,TIMOTHY ALAN          ADMIT DATE:  08/28/21
ACCOUNT NO: DO0092173896                    ROOM NO:   D.HCV
MEDICAL RECORD NO: DO00920868               AGE:   56
REPORT TYPE: ELECTROCARDIOGRAM              SEX:   M
                                            DOB:   09/21/64

ADMITTING PHYSICIAN:White,Ashlie N   MD
ATTENDING PHYSICIAN:White,Ashlie N   MD

Order:
20210831-0028
Test Reason :
 Test Date/Time Stamp:
Tue Aug 31 2021 08:25:06
Blood Pressure : 103/060 mmHG
Vent. Rate : 033 BPM      Atrial Rate : 033 BPM
  P-R Int : 094 ms          QRS Dur : 090 ms
  QT Int : 564 ms         P-R-T Axes : 043 078 087 degrees
  QTc Int : 417 ms

Marked sinus bradycardia with marked sinus arrhythmia with short PR
Abnormal ECG
When compared with ECG of 28-AUG-2021 18:31, (Unconfirmed)
Vent. rate has decreased BY  42 BPM
QT has shortened
Confirmed by MCKINSTRY MD, SCOTT (236) on 8/31/2021 4:03:18 PM

Referred By: Ashlie White          Confirmed by:SCOTT MCKINSTRY MD


Electronically Signed by Scott W McKinstry, MD on 08/31/21 at 1603


PATIENT NAME: SEWELL,TIMOTHY ALAN          ACCOUNT #: DO0092173896

Sewell - Appeal 05/16/23 - 268

**Lincoln/Sewell 419**

**PARISH OF** _____

**STATE OF LOUISIANA**

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, came and appeared:

### JOHN PRICE MCNAMARA, ESQ.

who after being duly sworn, did depose and state the following:

1. The unsigned affidavits which follow the report of Dr. Thomas Arnold as enclosures in Mr. Sewell's appeal were made from interviews with each affidavit witness and provided to Dr. Arnold for his review, with the understanding that if any changes were made to any of them, the updated versions would be provided to him for review to allow him to decide if the changes had any effect on his opinions.

2. No changes were made to the above-referenced affidavits, and the signed affidavits by the same witnesses, also enclosed in Mr. Sewell's appeal, are the same affidavits, later signed by the witnesses.

3. The above is true and based upon personal knowledge.

_____
**JOHN PRICE MCNAMARA, ESQ.**

Sworn to and subscribed
before me this _____ day
of _____, 20____.

_____
NOTARY PUBLIC
Notary/Bar No.: _____
My Commission Expires _____

Sewell - Appeal 05/16/23 - 269

**Lincoln/Sewell 420**

**From:** McNamara Law Office Support <support@jpricemcnamara.com>
**Sent:** Wed, 30 Aug 2023 12:31:10 -0500
**To:** Valliere, Tawnya
**Subject:** Re: Sewell - Claim 12885926


Good afternoon, Ms. Valliere,

Linked below is an 18.3 MB version of our May 16, 2023 enclosures.

Click Here to Download Enclosure Pages 001 to 269

Please confirm receipt of this email and that you were able to access the linked file.

Kind Regards,

Erika

## Support Team

## *Law Offices of J. Price McNamara*

### Holding Insurance Companies to Their Promises

**Offices in Louisiana and Texas**

10455 Jefferson Highway | Suite 130 | Baton Rouge, LA 70809
Phone:  225-201-8311   Fax:  225-612-6973   Alt. Fax: 225-201-8313
support@jpricemcnamara.com | www.jpricemcnamara.com


On Tue, Aug 29, 2023 at 10:31 AM Valliere, Tawnya <Tawnya.Valliere@lfg.com> wrote:

Good morning Erika,


Could you please reduce Part 2 and Part 3 further?  We are unable to add PDF files that exceed 100 MB to our system.


Thank you,





**Lincoln/Sewell 421**

**Tawnya Valliere**
Claim Resolution Specialist

Group Protection

**T:** 888-437-7611 Ext 15894 Office

F: 603-334-0401

LincolnFinancial.com



From: McNamara Law Office Support <support@jpricemcnamara.com>
Sent: Friday, August 25, 2023 3:09 PM
To: Valliere, Tawnya <Tawnya.Valliere@lfg.com>
Subject: Re: Sewell - Claim 12885926

Good afternoon, Ms. Valliere,

We have separated our May 16, 2023 letter into the three smaller files linked below.

Click Here to View/Download Part 1

Click Here to View/Download Part 2 (Enclosure Pages 001 to 130)

Click Here to View/Download Part 3 (Enclosure Pages 131 to 269)

**Lincoln/Sewell 422**

Please confirm receipt of this email and that you were able to access all three links.

Kind Regards,

Erika

## Support Team

### *Law Offices of J. Price McNamara*

Holding Insurance Companies to Their Promises

\*\*Offices in Louisiana and Texas\*\*

10455 Jefferson Highway | Suite 130 | Baton Rouge, LA 70809
Phone: 225-201-8311  Fax: 225-612-6973  Alt. Fax: 225-201-8313
support@jpricemcnamara.com | www.jpricemcnamara.com

On Fri, Aug 25, 2023 at 9:58 AM Valliere, Tawnya <Tawnya.Valliere@lfg.com> wrote:

Good morning,

I am able to access the enclosure via the link, however, we are having difficulty adding the document to our system due to the file size.  Would you please resend the document in a reduced size or split up into multiple smaller files?

Thank you,



**Tawnya Valliere**
Claim Resolution Specialist

**Lincoln/Sewell 423**

Group Protection

T: 888-437-7611 Ext 15894 Office

F: 603-334-0401

LincolnFinancial.com



---

**From:** McNamara Law Office Support <support@jpricemcnamara.com>
**Sent:** Wednesday, August 23, 2023 4:09 PM
**To:** Valliere, Tawnya <Tawnya.Valliere@lfg.com>; LifeClaimDocs <LifeClaimDocs@lfg.com>
**Subject:** Fwd: Sewell - Claim 12885926

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Per your request, we provide the following refreshed link for the enclosure of our July 21st email below.

https://filev.io/r/s/3517675erbYV9ybSERAkhnESeJpivd1eGYuVlrKvRW0M1jdk7gYmRjxX

Please let us know if you have any trouble accessing the file.

Kind regards,

~Sara

## Support Team

### *Law Offices of J. Price McNamara*

Holding Insurance Companies to Their Promises

<div align="right">

**Lincoln/Sewell 424**

</div>

**Offices in Louisiana and Texas**

10455 Jefferson Highway | Suite 130 | Baton Rouge, LA 70809
Phone: 225-201-8311   Fax: 225-612-6973   Alt. Fax: 225-201-8313
support@jpricemcnamara.com | www.jpricemcnamara.com

---------- Forwarded message ---------
From: **McNamara Law Office Support** <support@jpricemcnamara.com>
Date: Fri, Jul 21, 2023 at 4:20 PM
Subject: Sewell - Claim 12885926
To: LifeClaimDocs <LifeClaimDocs@lfg.com>

Good afternoon, Ms. Valliere,

We are in receipt of your July 19, 2023, letter. Linked below is a copy of our May 16, 2023, letter. Also enclosed are confirmation of successful fax delivery and a certified mail delivery confirmation receipt. Please confirm receipt of all enclosure pages numbered **001 to 269**.

Click Here to View our May 16, 2023, Letter

**This link will expire in seven days. Please download a copy for your records.

Additionally, we are writing to request an extension through and including August 18, 2023. We ask that no final decision be made until we notify you in writing that our submission is complete even if my client has previously submitted an appeal prior to this letter.

Please confirm receipt of this email and Lincoln's consent to the extension requested herein by return email (support@jpricemcnamara.com) or fax (225-201-8313).

Kind Regards,

**Lincoln/Sewell 425**

Erika

## Support Team

### *Law Offices of J. Price McNamara*

Holding Insurance Companies to Their Promises

**Offices in Louisiana and Texas**

10455 Jefferson Highway | Suite 130 | Baton Rouge, LA 70809
Phone:  225-201-8311   Fax:  225-612-6973   Alt. Fax: 225-201-8313
support@jpricemcnamara.com | www.jpricemcnamara.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

**Lincoln/Sewell 426**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, August 30, 2023 3:02:21 PM |
| To: | SUPPORT@JPRICEMCNAMARA.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]McLarens, LLC Claim No. 12885926 Timothy Sewell |
| Attachments: | xyyp7rdfoi6594m6wblw_16019362.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Sewell 427**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

August 30, 2023

J. Price McNamara
Law Offices of J. Price McNamara
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE, LA 70809

RE:  Insured: Timothy Sewell
     Policyholder: McLarens, LLC
     Policy #: SA3-890-LF0483-01
     Claim #: 12885926

Dear J. Price McNamara:

The Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Accidental Dismemberment benefits under the McLaren's, LLC Group Life Insurance Policy. We are writing in reference to the above-referenced claim for Accidental Dismemberment benefits under the Policy.

We are in the process of reviewing Mr. Sewell's appeal.  To assist us in evaluating Mr. Sewell's eligibility for benefits we have referred his file for further medical review and assessment by a Board Certified Physician.

We anticipate a response from the reviewing Board Certified Physician  no later than September 20, 2023.  If there is an unexpected delay in receiving a response, we will contact you.  Otherwise, we will proceed with our review of Mr. Sewell's appeal once the response is received.  We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of Mr. Sewell's eligibility for benefits under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 334-0401

**Lincoln/Sewell 428**

**From:** Valliere, Tawnya
**Sent:** Tue, 29 Aug 2023 15:30:53 +0000
**To:** McNamara Law Office Support
**Subject:** RE: Sewell - Claim 12885926


Good morning Erika,

Could you please reduce Part 2 and Part 3 further?  We are unable to add PDF files that exceed 100 MB to our system.

Thank you,



**Tawnya Valliere**
Claim Resolution Specialist
Group Protection


T: 888-437-7611 Ext 15894 Office
F: 603-334-0401
LincolnFinancial.com




**From:** McNamara Law Office Support <support@jpricemcnamara.com>
**Sent:** Friday, August 25, 2023 3:09 PM
**To:** Valliere, Tawnya <Tawnya.Valliere@lfg.com>
**Subject:** Re: Sewell - Claim 12885926

Good afternoon, Ms. Valliere,

We have separated our May 16, 2023 letter into the three smaller files linked below.

Click Here to View/Download Part 1

Click Here to View/Download Part 2 (Enclosure Pages 001 to 130)

Click Here to View/Download Part 3 (Enclosure Pages 131 to 269)

Please confirm receipt of this email and that you were able to access all three links.

Kind Regards,

Erika

**Support Team**
*Law Offices of J. Price McNamara*
Holding Insurance Companies to Their Promises
**Offices in Louisiana and Texas**
10455 Jefferson Highway | Suite 130 | Baton Rouge, LA 70809
Phone:  225-201-8311   Fax:  225-612-6973   Alt. Fax: 225-201-8313
support@jpricemcnamara.com | www.jpricemcnamara.com

On Fri, Aug 25, 2023 at 9:58 AM Valliere, Tawnya <Tawnya.Valliere@lfg.com> wrote:

Good morning,

I am able to access the enclosure via the link, however, we are having difficulty adding the document to our system due to the file size.  Would you please resend the document in a reduced size or split up into multiple smaller files?

Thank you,



**Tawnya Valliere**
Claim Resolution Specialist
Group Protection

T: 888-437-7611 Ext 15894 Office
F: 603-334-0401
LincolnFinancial.com



**From:** McNamara Law Office Support <support@jpricemcnamara.com>
**Sent:** Wednesday, August 23, 2023 4:09 PM
**To:** Valliere, Tawnya <Tawnya.Valliere@lfg.com>; LifeClaimDocs <LifeClaimDocs@lfg.com>
**Subject:** Fwd: Sewell - Claim 12885926

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Per your request, we provide the following refreshed link for the enclosure of our July 21st email below.
https://filev.io/r/s/3517675erbYV9ybSERAkhnESeJpivd1eGYuVlrKvRW0M1jdk7gYmRjxX
Please let us know if you have any trouble accessing the file.
Kind regards,
~Sara

**Lincoln/Sewell 430**

**Support Team**
*Law Offices of J. Price McNamara*
Holding Insurance Companies to Their Promises
**Offices in Louisiana and Texas**
10455 Jefferson Highway | Suite 130 | Baton Rouge, LA 70809
Phone:  225-201-8311   Fax:  225-612-6973   Alt. Fax: 225-201-8313
support@jpricemcnamara.com | www.jpricemcnamara.com

---------- Forwarded message ---------
From: **McNamara Law Office Support** <support@jpricemcnamara.com>
Date: Fri, Jul 21, 2023 at 4:20 PM
Subject: Sewell - Claim 12885926
To: LifeClaimDocs <LifeClaimDocs@lfg.com>

Good afternoon, Ms. Valliere,

We are in receipt of your July 19, 2023, letter. Linked below is a copy of our May 16, 2023, letter. Also enclosed are confirmation of successful fax delivery and a certified mail delivery confirmation receipt. Please confirm receipt of all enclosure pages numbered **001 to 269**.

Click Here to View our May 16, 2023, Letter

**This link will expire in seven days. Please download a copy for your records.

Additionally, we are writing to request an extension through and including August 18, 2023. We ask that no final decision be made until we notify you in writing that our submission is complete even if my client has previously submitted an appeal prior to this letter.

Please confirm receipt of this email and Lincoln's consent to the extension requested herein by return email (support@jpricemcnamara.com) or fax (225-201-8313).

Kind Regards,

Erika
**Support Team**
*Law Offices of J. Price McNamara*
Holding Insurance Companies to Their Promises
**Offices in Louisiana and Texas**
10455 Jefferson Highway | Suite 130 | Baton Rouge, LA 70809
Phone:  225-201-8311   Fax:  225-612-6973   Alt. Fax: 225-201-8313
support@jpricemcnamara.com | www.jpricemcnamara.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright

**Lincoln/Sewell 431**

belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

**Lincoln/Sewell 432**



**LAW OFFICES**
— OF —
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
**10455 Jefferson Highway, Ste. 130**
**Baton Rouge, LA 70809**
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
**www.jpricemcnamara.com**

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

August 21, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

Lincoln National Life Insurance Co.
Disability & Life Claims
**Attn: Tawnya Valliere**
P.O. Box 2578
Omaha, NE 68172-9688

> Re: **Claimant: Timothy Sewell**
> **Claim Number: 12885926**
> **Policy Number: SA3-890-LF0483-01**
> **Policy Holder: McLarens, LLC**
> **Waiver of Premium Benefits-Group Life Insurance**

Dear Ms. Valliere,

Enclosed is the affidavit of Paul Boswell which concludes our submission on appeal at this time.

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

*Price McNamara.*

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej
Enclosure

**Lincoln/Sewell 433**

**PARISH/COUNTY OF** Dallas

**STATE OF** Texas

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

**PAUL BOSWELL**

who after being duly sworn, did depose and state the following:

1.  I had lunch with Tim Sewell on the afternoon of his diving accident at Woody's Sports Center in Port Aransas.

2.  ~~I do not recall Tim Sewell consuming any alcohol-containing beverages with his lunch~~ or while at Woody's Sports Center.

3.  The above is true and based upon personal knowledge.

_____
**PAUL BOSWELL**

Sworn to and subscribed
before me this 16th day
of August , 2023 .

_La Shandra Long Ashwood_
NOTARY PUBLIC
Notary/Bar No.: 132238997
My Commission Expires 11-5-2023

LASHANDRA LONG ASHWOOD
Notary ID #132238997
My Commission Expires
November 5, 2023

**Lincoln/Sewell 434**

# ⪑ FILEVINE

## Fax Confirmation

**To:** (603) 334-0401

**From:** (225) 201-8313

**Doc:** Fax_Sewell - Ltr to Lincoln FWD Boswell Affidavit - 08-21-23_2023-08-21-1259-PDT.pdf

**Pages:** 2

**Sent:** August 21, 2023 12:59 PM PDT

**Rec'd:** August 21, 2023 1:00 PM PDT

**Lincoln/Sewell 435**

**From:**Valliere, Tawnya
**Sent:**Fri, 25 Aug 2023 14:58:16 +0000
**To:**McNamara Law Office Support
**Subject:**RE: Sewell - Claim 12885926

Good morning,

I am able to access the enclosure via the link, however, we are having difficulty adding the document to our system due to the file size.  Would you please resend the document in a reduced size or split up into multiple smaller files?

Thank you,



**Tawnya Valliere**
Claim Resolution Specialist
Group Protection

T: 888-437-7611 Ext 15894 Office
F: 603-334-0401
LincolnFinancial.com



---

**From:** McNamara Law Office Support <support@jpricemcnamara.com>
**Sent:** Wednesday, August 23, 2023 4:09 PM
**To:** Valliere, Tawnya <Tawnya.Valliere@lfg.com>; LifeClaimDocs <LifeClaimDocs@lfg.com>
**Subject:** Fwd: Sewell - Claim 12885926

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Per your request, we provide the following refreshed link for the enclosure of our July 21st email below.
https://filev.io/r/s/3517675erbYV9ybSERAkhnESeJpivd1eGYuVlrKvRW0M1jdk7gYmRjxX
Please let us know if you have any trouble accessing the file.
Kind regards,
~Sara

## Support Team
### *Law Offices of J. Price McNamara*
Holding Insurance Companies to Their Promises
**Offices in Louisiana and Texas**

**Lincoln/Sewell 436**

10455 Jefferson Highway | Suite 130 | Baton Rouge, LA 70809
Phone:  225-201-8311   Fax:  225-612-6973   Alt. Fax: 225-201-8313
support@jpricemcnamara.com | www.jpricemcnamara.com

---------- Forwarded message ---------
From: **McNamara Law Office Support** <support@jpricemcnamara.com>
Date: Fri, Jul 21, 2023 at 4:20 PM
Subject: Sewell - Claim 12885926
To: LifeClaimDocs <LifeClaimDocs@lfg.com>

Good afternoon, Ms. Valliere,

We are in receipt of your July 19, 2023, letter. Linked below is a copy of our May 16, 2023, letter. Also enclosed are confirmation of successful fax delivery and a certified mail delivery confirmation receipt. Please confirm receipt of all enclosure pages numbered **001 to 269**.

Click Here to View our May 16, 2023, Letter

**This link will expire in seven days. Please download a copy for your records.

Additionally, we are writing to request an extension through and including August 18, 2023. We ask that no final decision be made until we notify you in writing that our submission is complete even if my client has previously submitted an appeal prior to this letter.

Please confirm receipt of this email and Lincoln's consent to the extension requested herein by return email (support@jpricemcnamara.com) or fax (225-201-8313).

Kind Regards,

Erika
**Support Team**
*Law Offices of J. Price McNamara*
Holding Insurance Companies to Their Promises
**Offices in Louisiana and Texas**
10455 Jefferson Highway | Suite 130 | Baton Rouge, LA 70809
Phone:  225-201-8311   Fax:  225-612-6973   Alt. Fax: 225-201-8313
support@jpricemcnamara.com | www.jpricemcnamara.com

**Lincoln/Sewell 437**



**J. PRICE McNAMARA**
**10455 Jefferson Highway, Ste. 130**
**Baton Rouge, LA 70809**
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
**www.jpricemcnamara.com**

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

May 16, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX 603-427-1888**

Lincoln Nation Life Insurance Co.
Disability & Life Claims
**Attn: Daniel Strum**
P.O. Box 2578
Omaha, NE 68172-9688

    **Re:**  **Claimant: Timothy Sewell**
        **Claim Number: 12885926**
        **Policy Number: SA3-890-LF0483-01**
        **Policy Holder: McLarens, LLC**
        **Waiver of Premium Benefits-Group Life Insurance**

**ADMINISTRATIVE APPEAL**

Dear Mr. Strum,

  I represent Tim Sewell in connection with the referenced claim, and on his behalf, respectfully appeal the initial claim denial.

  Mr. Sewell and his family pray that you reconsider and reverse the denial of his much-needed dismemberment benefits in this tremendously difficult time in their lives. This family's tragedy is unimaginable to us who take for granted the simple joys of using our upper and lower limbs to walk, run, hug, physically express love to our families beyond facial expressions, cook, feed ourselves, do chores around the house, be our family's hero, and climb in and out of bed of our own power. It's unimaginable to us who enjoy the dignity of working to support our families, dressing ourselves, bathing ourselves, grooming ourselves. The list goes on and on.

  This relaxed business trip among professional friends and gentlemen was no drunken outing, and the hospital lab results were simply wrong, without a doubt, as detailed below.

  The double tragedy of the claim denial was, with all due respect, without benefit of critical undisputed facts, summarized below and supported with the attached. Mr. Strum, the Sewell family appreciates your consideration of Mr. Sewell's appeal.

  Attached are the following:

1. Report of Expert Toxicologist, Dr. Thomas Arnold (001).
2. Unsigned Affidavit of Tim Sewell (007).
3. Unsigned Affidavit of Gaye Sewell (010).

**Lincoln/Sewell 438**

4. Unsigned Affidavit of James Fenn (011).
5. Unsigned Affidavit of Tiffany Weaver (013).
6. Unsigned Affidavit of Paul Boswell (015).
7. Unsigned Affidavit of Chris Boswell (017).
8. CV of Dr. Thomas Arnold (019).
9. Journal of Analytical Toxicology Article (029).
10. Signed Affidavit of Tim Sewell (030).
11. Signed Affidavit of Gaye Sewell (033).
12. Signed Affidavit of James Fenn (034).
13. Signed Affidavit of Tiffany Weaver (036).
14. Signed Affidavit of Paul Boswell (038).
15. Signed Affidavit of Chris Boswell (040).
16. Photograph of Tim and Gaye Sewell (042).
17. Port Aransas EMS Report (043).
18. Corpus Christi Medical Center Medical Records (052).
19. Affidavit of the Undersigned (unsigned, notarized version to follow) (269).

**AS THE ABOVE WITNESSES, EVIDENCE, AND THE EVIDENCE OF
YOUR CLAIM FILE TOGETHER DEMONSTRATE:**

1. The medical records themselves say that the hospital's serum alcohol testing "[r]esults are for medical purposes only, and not for legal or employment evaluative purposes."

2. It is undisputed that Mr. Sewell did not drink more than 6 beers spread over the course of a long day before his accident, felt no signs of intoxication, exhibited no signs of intoxication, and dove from the boat in a completely controlled manner into water which, by all appearances, including others doing so and swimming very close to him, was much deeper than the unseen sandbar where he dove.

3. Mr. Sewell had never been in this area before, was unfamiliar with it, and nothing gave Mr. Sewell any visual clue that the water where he dove was only about half the depth of what he believed.

4. Alcohol played no part in his decision to dive from the boat, or the controlled manner in which he dove from the boat. Other people from other boats were doing so without incident.

5. According to Toxicologist, Dr. Thomas Arnold, Diplomat, American Board of Medical Specialties Certified in Medical Toxicology (Subspecialty Board Certification) #22119, February 5, 1999 (re-certified 2009 and 2019); 2003 Fellow, American College of Medical Toxicology; Current Professor of Emergency Medicine, Department of Emergency Medicine, Section of Clinical Toxicology, Louisiana State University Health Sciences Center; Current Reviewer – Annals of Emergency Medicine; Current Reviewer – Journal of Toxicology – Clinical Toxicology; Current Reviewer – Journal of Medical Toxicology; Current EM 400 - Clinical Toxicology- Director for 15 Hour Course for all Fourth-Year Medical Students; among other extensive experience:

> A. According to Dr. Thomas Arnold "it is a certainty" that after the several minutes of cardiac arrest and CPR being performed on Mr. Sewell, he would have accumulated a large amount of lactic acid in his blood that explain the inaccurate reading on the hospital serum alcohol assay by simple interference with the measured enzyme.

B. According to Dr. Thomas Arnold, the hospital serum toxicology results "could not possibly" be accurate.

C. According to Dr. Thomas Arnold, alcohol played no causal role in Mr. Sewell's tragic accident.

7. Mr. Sewell and his fishing mates are late-50's in age professional gentlemen, who were on a relaxed all-day fishing trip, not young drunken fraternity boys.

## THE LAW CANNOT SUPPORT THE DENIAL OF MR. SEWELL'S CLAIM

This Texas case will be reviewed by the court de novo, not for abuse of discretion, based on the discretionary clause prohibitions under Texas and Michigan law (applicable law according to the Policy). The case law is clear that this denial cannot stand. This quote from an analogous ERISA case is a perfect example of why:

Aetna cites the policy's alcohol exclusion as an independent ground for denial of Capone's claim. The policy provides, in relevant part:

No benefits are payable for a loss ***caused or contributed to by***:…Use of alcohol, intoxicants, or drugs, except as prescribed by a physician.…

Aetna relied on the toxicology tests over the contradictory affidavit of Kevin Zeh and the statements of Capone himself.…

While we agree that it is reasonable to draw the conclusion that Capone was under the influence of alcohol, it is unreasonable to conclude that his intoxication caused his injury. Unlike the motor vehicle provision, there is no mandate in the policy that legal intoxication shall be deemed the cause of the accident. The plain language of the provision is clear that the presence of alcohol does not warrant the presumption of causation outside of the motor vehicle context. Without this presumption, causation is a fact specific inquiry.

Capone has the burden of proving a *prima facie* case of entitlement to contractual benefits under the policy. *See Con't Assurance Co. v. Rothell,* 227 Ga. 258, 181 S.E.2d 283, 285 (1971). We hold that Capone has met this burden. Capone established that several other individuals were diving from the dock in a contemporaneous fashion. Capone claims they dove irrespective of their consumption of alcohol, and Aetna offers no evidence to refute this claim.

**The burden then shifts to Aetna to prove that Capone is not entitled to benefits. *See id.* …Aetna claims that because Capone was intoxicated, his judgment was necessarily impaired. Aetna reasons that since the decision to dive required a degree of judgment, alcohol necessarily caused or contributed to his injury. This assertion, without more, cannot meet Aetna's burden of proving the exclusion applies.**

**There is simply not enough in the record to sufficiently connect Capone's decision to dive with his state of intoxication. As such, Aetna has not presented sufficient evidence that suggests that the consumption of alcohol caused or**

**contributed to the accident and resulting injury. Thus, the denial of benefits based upon the alcohol exclusion without more was *de novo* wrong.**

*Capone v. Aetna Life Ins. Co.,* 592 F.3d 1189, 1200–01 (11th Cir. 2010) (emphasis added)

The Sewell family prayerfully awaits your decision.

## NOTICE OF ATTORNEY FEE LIEN AND PAYMENT INSTRUCTIONS

**Let this serve as notice that the undersigned has a lien on any payments made on this claim for attorney fees in connection our representation in this matter.**

**Pursuant to our representation agreement with our client, and the lien referenced above, all payments made to our client are to be made payable to the client and J. Price McNamara. Please mail all payments to J. Price McNamara at 10455 Jefferson Highway, Ste. 130, Baton Rouge, LA 70809. Our Tax ID Number is 72-1384876.**

**Strict compliance with this request is required by law until further written notice from this office. Failure to comply with this request will be considered intentional interference with contractual rights, resulting in appropriate legal response**.

**Please do not initiate contact with my client except through me, including any contact by telephone, postal mail or electronic means, including contact through insurer claim portals.**

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

*Price McNamara*

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej
Enclosure
**\*\*Enclosures 10 to 19 sent via certified mail due to volume.**

**Lincoln/Sewell 441**

**From:** McNamara Law Office Support <support@jpricemcnamara.com>
**Sent:** Fri, 25 Aug 2023 14:09:25 -0500
**To:** Valliere, Tawnya
**Subject:** Re: Sewell - Claim 12885926

Good afternoon, Ms. Valliere,

We have separated our May 16, 2023 letter into the three smaller files linked below.

Click Here to View/Download Part 1

Click Here to View/Download Part 2 (Enclosure Pages 001 to 130)

Click Here to View/Download Part 3 (Enclosure Pages 131 to 269)

Please confirm receipt of this email and that you were able to access all three links.

Kind Regards,

Erika
**Support Team**

***Law Offices of J. Price McNamara***

Holding Insurance Companies to Their Promises

**Offices in Louisiana and Texas**

10455 Jefferson Highway | Suite 130 | Baton Rouge, LA 70809
Phone:  225-201-8311   Fax:  225-612-6973   Alt. Fax: 225-201-8313
support@jpricemcnamara.com | www.jpricemcnamara.com

On Fri, Aug 25, 2023 at 9:58 AM Valliere, Tawnya <Tawnya.Valliere@lfg.com> wrote:

Good morning,

I am able to access the enclosure via the link, however, we are having difficulty adding the document to our system due to the file size.  Would you please resend the document in a reduced size or split up into multiple smaller files?

Thank you,

**Lincoln/Sewell 442**



**Tawnya Valliere**
Claim Resolution Specialist

Group Protection

T: 888-437-7611 Ext 15894 Office

F: 603-334-0401

LincolnFinancial.com



---

**From:** McNamara Law Office Support <support@jpricemcnamara.com>
**Sent:** Wednesday, August 23, 2023 4:09 PM
**To:** Valliere, Tawnya <Tawnya.Valliere@lfg.com>; LifeClaimDocs <LifeClaimDocs@lfg.com>
**Subject:** Fwd: Sewell - Claim 12885926

<span style="color:red">***This email is from an external source. Only open links and attachments from a Trusted Sender.***</span>

Per your request, we provide the following refreshed link for the enclosure of our July 21st email below.

https://filev.io/r/s/3517675erbYV9ybSERAkhnESeJpivd1eGYuVlrKvRW0M1jdk7gYmRjxX

Please let us know if you have any trouble accessing the file.

Kind regards,

~Sara

**Lincoln/Sewell 443**

**Support Team**

**Law Offices of J. Price McNamara**

Holding Insurance Companies to Their Promises

**Offices in Louisiana and Texas**

10455 Jefferson Highway | Suite 130 | Baton Rouge, LA 70809
Phone:  225-201-8311   Fax:  225-612-6973   Alt. Fax: 225-201-8313
support@jpricemcnamara.com | www.jpricemcnamara.com

---------- Forwarded message ---------
From: **McNamara Law Office Support** <support@jpricemcnamara.com>
Date: Fri, Jul 21, 2023 at 4:20 PM
Subject: Sewell - Claim 12885926
To: LifeClaimDocs <LifeClaimDocs@lfg.com>

Good afternoon, Ms. Valliere,

We are in receipt of your July 19, 2023, letter. Linked below is a copy of our May 16, 2023, letter. Also enclosed are confirmation of successful fax delivery and a certified mail delivery confirmation receipt. Please confirm receipt of all enclosure pages numbered **001 to 269**.

Click Here to View our May 16, 2023, Letter

**This link will expire in seven days. Please download a copy for your records.

Additionally, we are writing to request an extension through and including August 18, 2023. We ask that no final decision be made until we notify you in writing that our submission is complete even if my client has previously submitted an appeal prior to this letter.

**Lincoln/Sewell 444**

Please confirm receipt of this email and Lincoln's consent to the extension requested herein by return email ([support@jpricemcnamara.com](mailto:support@jpricemcnamara.com)) or fax (225-201-8313).

Kind Regards,

Erika

## Support Team

### *Law Offices of J. Price McNamara*

Holding Insurance Companies to Their Promises

**Offices in Louisiana and Texas**

10455 Jefferson Highway | Suite 130 | Baton Rouge, LA 70809
Phone: 225-201-8311   Fax: 225-612-6973   Alt. Fax: 225-201-8313
[support@jpricemcnamara.com](mailto:support@jpricemcnamara.com) | [www.jpricemcnamara.com](http://www.jpricemcnamara.com)

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

<div align="right">

**Lincoln/Sewell 445**

</div>

**From:** McNamara Law Office Support <support@jpricemcnamara.com>
**Sent:** Wed, 23 Aug 2023 15:09:24 -0500
**To:** Valliere, Tawnya;LifeClaimDocs
**Subject:** Fwd: Sewell - Claim 12885926

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Per your request, we provide the following refreshed link for the enclosure of our July 21st email below.
https://filev.io/r/s/3517675erbYV9ybSERAkhnESeJpivd1eGYuVlrKvRW0M1jdk7gYmRjxX
Please let us know if you have any trouble accessing the file.
Kind regards,
~Sara


## Support Team

### *Law Offices of J. Price McNamara*

#### Holding Insurance Companies to Their Promises

**Offices in Louisiana and Texas**

10455 Jefferson Highway | Suite 130 | Baton Rouge, LA 70809
Phone:  225-201-8311   Fax:  225-612-6973   Alt. Fax: 225-201-8313
support@jpricemcnamara.com | www.jpricemcnamara.com


---------- Forwarded message ---------
From: **McNamara Law Office Support** <support@jpricemcnamara.com>
Date: Fri, Jul 21, 2023 at 4:20 PM
Subject: Sewell - Claim 12885926
To: LifeClaimDocs <LifeClaimDocs@lfg.com>


Good afternoon, Ms. Valliere,

We are in receipt of your July 19, 2023, letter. Linked below is a copy of our May 16, 2023, letter. Also enclosed are confirmation of successful fax delivery and a certified mail delivery confirmation receipt. Please confirm receipt of all enclosure pages numbered **001 to 269**.

Click Here to View our May 16, 2023, Letter

**This link will expire in seven days. Please download a copy for your records.


**Lincoln/Sewell 446**

Additionally, we are writing to request an extension through and including August 18, 2023. We ask that no final decision be made until we notify you in writing that our submission is complete even if my client has previously submitted an appeal prior to this letter.

Please confirm receipt of this email and Lincoln's consent to the extension requested herein by return email (support@jpricemcnamara.com) or fax (225-201-8313).

Kind Regards,

Erika

## Support Team

### *Law Offices of J. Price McNamara*

Holding Insurance Companies to Their Promises

**Offices in Louisiana and Texas**

10455 Jefferson Highway | Suite 130 | Baton Rouge, LA 70809
Phone:  225-201-8311   Fax:  225-612-6973   Alt. Fax: 225-201-8313
support@jpricemcnamara.com | www.jpricemcnamara.com

**Lincoln/Sewell 447**



**LAW OFFICES**
OF
**J. PRICE McNAMARA**

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

August 21, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

Lincoln National Life Insurance Co.
Disability & Life Claims
**Attn: Tawnya Valliere**
P.O. Box 2578
Omaha, NE 68172-9688

> Re:   **Claimant: Timothy Sewell**
> **Claim Number: 12885926**
> **Policy Number: SA3-890-LF0483-01**
> **Policy Holder: McLarens, LLC**
> **Waiver of Premium Benefits-Group Life Insurance**

Dear Ms. Valliere,

Enclosed is the affidavit of Paul Boswell which concludes our submission on appeal at this time.

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej
Enclosure

Batch: 0082 8338, Audit Trail: 0082 8338 98, Printed by: vaoba1, 8/22/2023 10:35 AM

**Lincoln/Sewell 448**

PARISH/COUNTY OF Dallas _____

STATE OF Texas _____

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

### PAUL BOSWELL

who after being duly sworn, did depose and state the following:

1.  I had lunch with Tim Sewell on the afternoon of his diving accident at Woody's Sports Center in Port Aransas.

2.  ~~I do not recall Tim Sewell consuming any alcohol-containing beverages with his lunch~~ or while at Woody's Sports Center.

3.  The above is true and based upon personal knowledge.

*Paul Bxxll*

PAUL BOSWELL

Sworn to and subscribed
before me this 16th day
of August , 2023 .

*Lashandra Long Ashwood*
NOTARY PUBLIC
Notary/Bar No.: 132238997
My Commission Expires 11-5-2023

LASHANDRA LONG ASHWOOD
Notary ID #132238997
My Commission Expires
November 5, 2023

Batch: 0082 8338, Audit Trail: 0082 8338 99, Printed by: vaoba1, 8/22/2023 10:35 AM

**Lincoln/Sewell 449**



**LAW OFFICES**
— OF —
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

August 8, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

Lincoln National Life Insurance Co.
Disability & Life Claims
**Attn: Tawnya Valliere**
P.O. Box 2578
Omaha, NE 68172-9688

Re:  **Claimant: Timothy Sewell**
     **Claim Number: 12885926**
     **Policy Number: SA3-890-LF0483-01**
     **Policy Holder: McLarens, LLC**
     **Waiver of Premium Benefits-Group Life Insurance**

Dear Ms. Valliere,

    In response to Lincoln's letter of August 4, 2023, Mr. Sewell provides the affidavit of Chris Boswell which concludes our submission on appeal at this time. Please resume the appeal review.

    Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

    With kind regards, I remain

                                    Sincerely,

                                    *[signature]*

                                    **J. Price McNamara**
                                    **Law Offices of J. Price McNamara**

JPM/eej
Enclosure

**Lincoln/Sewell 450**

PARISH/COUNTY OF _____

STATE OF _____

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, came and appeared:

### CHRIS BOSWELL

who after being duly sworn, did depose and state the following:

1.  I had lunch with Tim Sewell on the afternoon of his diving accident at Woody's Sports Center in Port Aransas.

2.  I do not recall Tim Sewell consuming any alcohol-containing beverages with his lunch or while at Woody's Sports Center.

3.  The above is true and based upon personal knowledge.

_____
**CHRIS BOSWELL**

Sworn to and subscribed
before me this 29th day
of July , 2023 .

_____
NOTARY PUBLIC
Notary/Bar No.: 125430844
My Commission Expires 11/25/2024

MEHAR KHAN
Notary ID #125430844
My Commission Expires
November 25, 2024

**Lincoln/Sewell 451**

# ᖴ FILEVINE

## Fax Confirmation

**To:** (603) 334-0401      **From:** (225) 201-8313

**Doc:** Fax_Sewell - Ltr to Lincoln FWD Boswell Affidavit & Req Resume Review - 08-08-23_2023-08-08-1320-PDT.pdf      **Pages:** 2

**Sent:** August 8, 2023 1:21 PM PDT      **Rec'd:** August 8, 2023 1:22 PM PDT

**Lincoln/Sewell 452**



**LAW OFFICES**
OF
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

August 8, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

Lincoln National Life Insurance Co.
Disability & Life Claims
**Attn: Tawnya Valliere**
P.O. Box 2578
Omaha, NE 68172-9688

Re: **Claimant: Timothy Sewell**
**Claim Number: 12885926**
**Policy Number: SA3-890-LF0483-01**
**Policy Holder: McLarens, LLC**
**Waiver of Premium Benefits-Group Life Insurance**

Dear Ms. Valliere,

In response to Lincoln's letter of August 4, 2023, Mr. Sewell provides the affidavit of Chris Boswell which concludes our submission on appeal at this time. Please resume the appeal review.

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

*J. Price McNamara*

J. Price McNamara
Law Offices of J. Price McNamara

JPM/eej
Enclosure

Batch: 0082 3177, Audit Trail: 0082 3177 63, Printed by: vaoba1, 8/9/2023 8:33 AM

**Lincoln/Sewell 453**

PARISH/COUNTY OF _____

STATE OF _____

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

### CHRIS BOSWELL

who after being duly sworn, did depose and state the following:

1.  I had lunch with Tim Sewell on the afternoon of his diving accident at Woody's Sports Center in Port Aransas.

2.  I do not recall Tim Sewell consuming any alcohol-containing beverages with his lunch or while at Woody's Sports Center.

3.  The above is true and based upon personal knowledge.

_____
**CHRIS BOSWELL**

Sworn to and subscribed
before me this 29th day
of July , 2023 .

_____
NOTARY PUBLIC
Notary/Bar No.: 125430844
My Commission Expires 11|25|2024

MEHAR KHAN
Notary ID #125430844
My Commission Expires
November 25, 2024

Batch: 0082 3177, Audit Trail: 0082 3177 6 , Printed by: vaoba1, 8/9/2023 8:33 AM

**Lincoln/Sewell 454**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, August 4, 2023 8:23:58 AM |
| To: | SUPPORT@JPRICEMCNAMARA.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]McLarens, LLC Claim No. 12885926 Timothy Sewell |
| Attachments: | gifl4bnhjbxdgjlrvpxu_15830418.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

August 4, 2023

J. Price McNamara
Law Offices of J. Price McNamara
10455 JEFFERSON HIGHWAY
STE 130
BATON ROUGE, LA 70809

RE:     Insured: Timothy Sewell
        Policyholder: McLarens, LLC
        Policy #: SA3-890-LF0483-01
        Claim #: 12885926

Dear J. Price McNamara:

The Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Accidental Dismemberment benefits under the McLaren's, LLC Group Life Insurance Policy. We are writing in reference to the above-referenced claim for Accidental Dismemberment benefits under the Policy.

In a letter dated July 14, 2023 you were afforded until August 04, 2023 to provide a response to the clinical review that was completed in connection with Mr. Sewell's appeal and any additional documentation you wished to have considered. We are in receipt of the following documents submitted to this office on July 25, 2023: *Affidavit of Timothy Sewell, Affidavit of Tiffany Weaver, Affidavit of James Fenn.*

In a letter dated July 21, 2023, you reported that you would require additional time through August 18, 2023 to provide information. For Lincoln to conduct a timely review of Mr. Sewell's appeal, we ask that you submit any additional information you wish to have considered by August 18, 2023.

If we do not hear from you and do not receive additional information by August 18, 2023, we will proceed with our appeal review and make a final determination based on the information currently contained in Mr. Sewell's file.

Additionally, we were unable to access the link you submitted to this office on July 21, 2023 before it expired. Please resubmit the link to this office at either LifeClaimDocs@lfg.com or tawnya.valliere@lfg.com.

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

**Lincoln/Sewell 456**

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 334-0401

**Lincoln/Sewell 457**


**LAW OFFICES**
— OF —
**J. PRICE MCNAMARA**

J. PRICE McNAMARA
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

July 25, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

Lincoln Nation Life Insurance Co.
Disability & Life Claims
**Attn: Tawnya Valliere**
P.O. Box 2578
Omaha, NE 68172-9688

> Re:  **Claimant: Timothy Sewell**
> **Claim Number: 12885926**
> **Policy Number: SA3-890-LF0483-01**
> **Policy Holder: McLarens, LLC**
> **Waiver of Premium Benefits-Group Life Insurance**

Dear Ms. Valliere,

In response to Lincoln's letter of July 14, 2023, Mr. Sewell provides the following evidence:

1. Affidavit of Timothy Sewell (07/20/23).
2. Affidavit of Tiffany Weaver (07/20/23).
3. Affidavit of James Fenn (07/24/23).

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

*J. Price McNamara*

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej
Enclosure

**Lincoln/Sewell 458**

COUNTY OF _Wise_

STATE OF TEXAS

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

### TIMOTHY SEWELL

who after being duly sworn, did depose and state the following:

1. I had lunch on the afternoon of my diving accident at Woody's Sports Center in Port Aransas.

2. I did not consume any beer or other alcohol with my lunch or while at Woody's Sports Center, or anywhere other than on the boat while fishing as described in my one and only prior affidavit submitted in this matter.

3. The above is true and based upon personal knowledge.

_Gaye Sewell as attorney in_
_fact for_
_Timothy Sewell_

/TIMOTHY SEWELL

Sworn to and subscribed
before me this 20 day
of _July_, 2023.

_Stacey Rodgers_
NOTARY PUBLIC
Notary/Bar No.: 131829404
My Commission Expires 12/17/2026

STACEY RODGERS
Notary ID #131829404
My Commission Expires
December 17, 2026

**Lincoln/Sewell 459**

PARISH/COUNTY OF _Nueces_
STATE OF _Texas_

**AFFIDAVIT**

**BEFORE ME**, the undersigned authority, came and appeared:

**TIFFANY WEAVER**

who after being duly sworn, did depose and state the following:

1.  I had lunch with Tim Sewell on the afternoon of his diving accident at Woody's Sports Center in Port Aransas.

2.  I do not recall Tim Sewell consuming any alcohol-containing beverages with his lunch or while at Woody's Sports Center.

3.  The above is true and based upon personal knowledge.

_____
**TIFFANY WEAVER**

Sworn to and subscribed
before me this _20_ day
of _July_, 20_23_

_____
NOTARY PUBLIC
Notary/Bar No.: 133371484
My Commission Expires 10-05-2025

MICHELLE MORENO
Notary Public, State of Texas
Comm. Expires 10-05-2025
Notary ID 133371484

**Lincoln/Sewell 460**

PARISH/COUNTY OF Nueces
STATE OF Texas

## AFFIDAVIT

BEFORE ME, the undersigned authority, came and appeared:

**JAMES FENN**

who after being duly sworn, did depose and state the following:

1.  I had lunch with Tim Sewell on the afternoon of his diving accident at Woody's Sports Center in Port Aransas.

2.  I do not recall Tim Sewell consuming any alcohol-containing beverages with his lunch or while at Woody's Sports Center.

3.  The above is true and based upon personal knowledge.

**JAMES FENN**

Sworn to and subscribed
before me this 24 day
of July , 2023.

NOTARY PUBLIC
Notary/Bar No.: 128 25 B 758
My Commission Expires 08-19-2024

KAREN MANN
Notary Public, State of Texas
Comm. Expires 08-19-2024
Notary ID 128258758

**Lincoln/Sewell 461**

# ▼ FILEVINE

## Fax Confirmation

| | | | |
|---|---|---|---|
| **To:** | (603) 334-0401 | **From:** | (225) 201-8313 |
| **Doc:** | Fax_Sewell - Ltr to Lincoln Responding to IME - 07-25-23_2023-07-25-1429-PDT.pdf | **Pages:** | 4 |
| **Sent:** | July 25, 2023 2:31 PM PDT | **Rec'd:** | July 25, 2023 2:32 PM PDT |

**Lincoln/Sewell 462**



**LAW OFFICES**
— OF —
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

May 16, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX 603-427-1888**

Lincoln Nation Life Insurance Co.
Disability & Life Claims
**Attn: Daniel Strum**
P.O. Box 2578
Omaha, NE 68172-9688

> Re: **Claimant: Timothy Sewell**
> **Claim Number: 12885926**
> **Policy Number: SA3-890-LF0483-01**
> **Policy Holder: McLarens, LLC**
> **Waiver of Premium Benefits-Group Life Insurance**

### ADMINISTRATIVE APPEAL

Dear Mr. Strum,

I represent Tim Sewell in connection with the referenced claim, and on his behalf, respectfully appeal the initial claim denial.

Mr. Sewell and his family pray that you reconsider and reverse the denial of his much-needed dismemberment benefits in this tremendously difficult time in their lives. This family's tragedy is unimaginable to us who take for granted the simple joys of using our upper and lower limbs to walk, run, hug, physically express love to our families beyond facial expressions, cook, feed ourselves, do chores around the house, be our family's hero, and climb in and out of bed of our own power. It's unimaginable to us who enjoy the dignity of working to support our families, dressing ourselves, bathing ourselves, grooming ourselves. The list goes on and on.

This relaxed business trip among professional friends and gentlemen was no drunken outing, and the hospital lab results were simply wrong, without a doubt, as detailed below.

The double tragedy of the claim denial was, with all due respect, without benefit of critical undisputed facts, summarized below and supported with the attached. Mr. Strum, the Sewell family appreciates your consideration of Mr. Sewell's appeal.

Attached are the following:

1. Report of Expert Toxicologist, Dr. Thomas Arnold (001).
2. Unsigned Affidavit of Tim Sewell (007).
3. Unsigned Affidavit of Gaye Sewell (010).

**Lincoln/Sewell 463**

4. Unsigned Affidavit of James Fenn (011).
5. Unsigned Affidavit of Tiffany Weaver (013).
6. Unsigned Affidavit of Paul Boswell (015).
7. Unsigned Affidavit of Chris Boswell (017).
8. CV of Dr. Thomas Arnold (019).
9. Journal of Analytical Toxicology Article (029).
10. Signed Affidavit of Tim Sewell (030).
11. Signed Affidavit of Gaye Sewell (033).
12. Signed Affidavit of James Fenn (034).
13. Signed Affidavit of Tiffany Weaver (036).
14. Signed Affidavit of Paul Boswell (038).
15. Signed Affidavit of Chris Boswell (040).
16. Photograph of Tim and Gaye Sewell (042).
17. Port Aransas EMS Report (043).
18. Corpus Christi Medical Center Medical Records (052).
19. Affidavit of the Undersigned (unsigned, notarized version to follow) (269).

### AS THE ABOVE WITNESSES, EVIDENCE, AND THE EVIDENCE OF YOUR CLAIM FILE TOGETHER DEMONSTRATE:

1. The medical records themselves say that the hospital's serum alcohol testing "[r]esults are for medical purposes only, and not for legal or employment evaluative purposes."

2. It is undisputed that Mr. Sewell did not drink more than 6 beers spread over the course of a long day before his accident, felt no signs of intoxication, exhibited no signs of intoxication, and dove from the boat in a completely controlled manner into water which, by all appearances, including others doing so and swimming very close to him, was much deeper than the unseen sandbar where he dove.

3. Mr. Sewell had never been in this area before, was unfamiliar with it, and nothing gave Mr. Sewell any visual clue that the water where he dove was only about half the depth of what he believed.

4. Alcohol played no part in his decision to dive from the boat, or the controlled manner in which he dove from the boat. Other people from other boats were doing so without incident.

5. According to Toxicologist, Dr. Thomas Arnold, Diplomat, American Board of Medical Specialties Certified in Medical Toxicology (Subspecialty Board Certification) #22119, February 5, 1999 (re-certified 2009 and 2019); 2003 Fellow, American College of Medical Toxicology; Current Professor of Emergency Medicine, Department of Emergency Medicine, Section of Clinical Toxicology, Louisiana State University Health Sciences Center; Current Reviewer – Annals of Emergency Medicine; Current Reviewer – Journal of Toxicology – Clinical Toxicology; Current Reviewer – Journal of Medical Toxicology; Current EM 400 - Clinical Toxicology- Director for 15 Hour Course for all Fourth-Year Medical Students; among other extensive experience:

> A. According to Dr. Thomas Arnold "it is a certainty" that after the several minutes of cardiac arrest and CPR being performed on Mr. Sewell, he would have accumulated a large amount of lactic acid in his blood that explain the inaccurate reading on the hospital serum alcohol assay by simple interference with the measured enzyme.

**Lincoln/Sewell 464**

      B. According to Dr. Thomas Arnold, the hospital serum toxicology results "could not possibly" be accurate.

      C. According to Dr. Thomas Arnold, alcohol played no causal role in Mr. Sewell's tragic accident.

7. Mr. Sewell and his fishing mates are late-50's in age professional gentlemen, who were on a relaxed all-day fishing trip, not young drunken fraternity boys.

## THE LAW CANNOT SUPPORT THE DENIAL OF MR. SEWELL'S CLAIM

This Texas case will be reviewed by the court de novo, not for abuse of discretion, based on the discretionary clause prohibitions under Texas and Michigan law (applicable law according to the Policy). The case law is clear that this denial cannot stand. This quote from an analogous ERISA case is a perfect example of why:

> Aetna cites the policy's alcohol exclusion as an independent ground for denial of Capone's claim. The policy provides, in relevant part:
>
> No benefits are payable for a loss *caused or contributed to by*:…Use of alcohol, intoxicants, or drugs, except as prescribed by a physician….
>
> Aetna relied on the toxicology tests over the contradictory affidavit of Kevin Zeh and the statements of Capone himself….
>
> While we agree that it is reasonable to draw the conclusion that Capone was under the influence of alcohol, it is unreasonable to conclude that his intoxication caused his injury. Unlike the motor vehicle provision, there is no mandate in the policy that legal intoxication shall be deemed the cause of the accident. The plain language of the provision is clear that the presence of alcohol does not warrant the presumption of causation outside of the motor vehicle context. Without this presumption, causation is a fact specific inquiry.
>
> Capone has the burden of proving a *prima facie* case of entitlement to contractual benefits under the policy. *See Con't Assurance Co. v. Rothell*, 227 Ga. 258, 181 S.E.2d 283, 285 (1971). We hold that Capone has met this burden. Capone established that several other individuals were diving from the dock in a contemporaneous fashion. Capone claims they dove irrespective of their consumption of alcohol, and Aetna offers no evidence to refute this claim.
>
> **The burden then shifts to Aetna to prove that Capone is not entitled to benefits. *See id.* …Aetna claims that because Capone was intoxicated, his judgment was necessarily impaired. Aetna reasons that since the decision to dive required a degree of judgment, alcohol necessarily caused or contributed to his injury. This assertion, without more, cannot meet Aetna's burden of proving the exclusion applies.**
>
> **There is simply not enough in the record to sufficiently connect Capone's decision to dive with his state of intoxication. As such, Aetna has not presented sufficient evidence that suggests that the consumption of alcohol caused or**

contributed to the accident and resulting injury. Thus, the denial of benefits based upon the alcohol exclusion without more was *de novo* wrong.

*Capone v. Aetna Life Ins. Co.*, 592 F.3d 1189, 1200–01 (11th Cir. 2010) (emphasis added)

The Sewell family prayerfully awaits your decision.

### NOTICE OF ATTORNEY FEE LIEN AND PAYMENT INSTRUCTIONS

Let this serve as notice that the undersigned has a lien on any payments made on this claim for attorney fees in connection our representation in this matter.

Pursuant to our representation agreement with our client, and the lien referenced above, all payments made to our client are to be made payable to the client and J. Price McNamara. Please mail all payments to J. Price McNamara at 10455 Jefferson Highway, Ste. 130, Baton Rouge, LA 70809. Our Tax ID Number is 72-1384876.

Strict compliance with this request is required by law until further written notice from this office. Failure to comply with this request will be considered intentional interference with contractual rights, resulting in appropriate legal response.

Please do not initiate contact with my client except through me, including any contact by telephone, postal mail or electronic means, including contact through insurer claim portals.

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

J. Price McNamara
Law Offices of J. Price McNamara

JPM/eej
Enclosure
**Enclosures 10 to 19 sent via certified mail due to volume.

# ⩒ FILEVINE
## Fax Confirmation

**To:** (603) 427-1888  **From:** (225) 201-8313

**Doc:** Fax_Sewell - Ltr to Lincoln - AD&D APPEAL - Faxed - 05-16-23_2023-05-16-1421-PDT.pdf  **Pages:** 33

**Sent:** May 16, 2023 2:21 PM PDT  **Rec'd:** May 16, 2023 2:31 PM PDT

**Lincoln/Sewell 467**

 **UNITED STATES**
**POSTAL SERVICE**

July 21, 2023

Dear McNamara Law:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8118 9956 2263 0477 34**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | May 23, 2023, 5:16 am |
| **Location:** | OMAHA, NE 68108 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | LINCOLN NATION LIFE INSURANCE CO  Disability  L |

| Shipment Details | |
|---|---|
| **Weight:** | 1.0oz |

**Recipient Signature**

Signature of Recipient: _[signature]_

Address of Recipient: _[handwritten]_

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**Lincoln/Sewell 468**



**LAW OFFICES**
— OF —
**J. PRICE MCNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

## HOLDING INSURANCE COMPANIES TO THEIR PROMISES

July 17, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

Lincoln Nation Life Insurance Co.
Disability & Life Claims
**Attn: Tawnya Valliere**
P.O. Box 2578
Omaha, NE 68172-9688

> Re:  **Claimant: Timothy Sewell**
> **Claim Number: 12885926**
> **Policy Number: SA3-890-LF0483-01**
> **Policy Holder: McLarens, LLC**
> **Waiver of Premium Benefits-Group Life Insurance**

Dear Ms. Valliere,

We are in receipt of and will be responding to your July 14, 2023, letter.

Meanwhile, please confirm that your claim file contains our 269-page appeal enclosure package sent with our May 16, 2023 appeal. The pages are Bates-labeled pp. 1-269 at the bottom right of each page.

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

*J. Price McNamara*

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej

## F FILEVINE

## Fax Confirmation

**To:** (603) 334-0401  **From:** (225) 201-8313

**Doc:** Fax_Sewell - Ltr to Lincoln Responding to IME - 07-17-23_2023-07-17-1252-PDT.pdf  **Pages:** 1

**Sent:** July 17, 2023 12:53 PM PDT  **Rec'd:** July 17, 2023 12:54 PM PDT

**Lincoln/Sewell 470**



**LAW OFFICES**
— OF —
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
**www.jpricemcnamara.com**

**HOLDING INSURANCE COMPANIES TO THEIR PROMISES**

July 25, 2023

**SENT VIA CERTIFIED MAIL**
**& FAX (603) 334-0401**

Lincoln Nation Life Insurance Co.
Disability & Life Claims
**Attn: Tawnya Valliere**
P.O. Box 2578
Omaha, NE 68172-9688

> Re:   **Claimant: Timothy Sewell**
> **Claim Number: 12885926**
> **Policy Number: SA3-890-LF0483-01**
> **Policy Holder: McLarens, LLC**
> **Waiver of Premium Benefits-Group Life Insurance**

Dear Ms. Valliere,

In response to Lincoln's letter of July 14, 2023, Mr. Sewell provides the following evidence:

1. Affidavit of Timothy Sewell (07/20/23).
2. Affidavit of Tiffany Weaver (07/20/23).
3. Affidavit of James Fenn (07/24/23).

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

*J. Price McNamara*
**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej
Enclosure

Batch: 008237379, Audit Trail: 008237379 1 6, Printed by: velol1, 7/26/2023 8:12 AM

**Lincoln/Sewell 471**

COUNTY OF Wise

**STATE OF TEXAS**

### AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

### TIMOTHY SEWELL

who after being duly sworn, did depose and state the following:

1. I had lunch on the afternoon of my diving accident at Woody's Sports Center in Port Aransas.

2. I did not consume any beer or other alcohol with my lunch or while at Woody's Sports Center, or anywhere other than on the boat while fishing as described in my one and only prior affidavit submitted in this matter.

3. The above is true and based upon personal knowledge.

_Gaye Sewell as attorney in_
_fact for_
_Timothy Sewell_
_____
**TIMOTHY SEWELL**

Sworn to and subscribed
before me this 20 day
of July , 2023.
_Stacey Rodgers_
NOTARY PUBLIC
Notary/Bar No.: 131829404
My Commission Expires 12/17/2026

STACEY RODGERS
Notary ID #131829404
My Commission Expires
December 17, 2026

Batch: 008237379, Audit Trail: 008237379 1 7, Printed by: velo11, 7/26/2023 8:12 AM

**Lincoln/Sewell 472**

PARISH/COUNTY OF _Nueces_

STATE OF _Texas_

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

### TIFFANY WEAVER

who after being duly sworn, did depose and state the following:

1.   I had lunch with Tim Sewell on the afternoon of his diving accident at Woody's Sports Center in Port Aransas.

2.   I do not recall Tim Sewell consuming any alcohol-containing beverages with his lunch or while at Woody's Sports Center.

3.   The above is true and based upon personal knowledge.



**TIFFANY WEAVER**

Sworn to and subscribed
before me this ☉ day
of _July_ , 20_23_

NOTARY PUBLIC
Notary/Bar No.: 133371484
My Commission Expires 10-05-2025

MICHELLE MORENO
Notary Public, State of Texas
Comm. Expires 10-05-2025
Notary ID 133371484

Batch: 008237379, Audit Trail: 008237379 1 8, Printed by: velol1, 7/26/2023 8:12 AM

**Lincoln/Sewell 473**