**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | |
|---|---|
| **TIMOTHY SEWELL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | **Case No. 2:23-cv-00317** |
| **THE LINCOLN NATIONAL LIFE** ) | |
| **INSURANCE COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

**JOINT MOTION TO EXTEND DEADLINE**
**TO FILE CROSS-MOTIONS FOR JUDGMENT**

Plaintiff Timothy Sewell and Defendant The Lincoln National Life Insurance Company

("Lincoln") file this Joint Motion to Extend Deadline to File Cross-Motions for Judgment and show

the Court as follows:

1.      On March 6, 2024, the Court entered a Rule 16 Scheduling Order for ERISA Benefits

Case to Be Determined on Administrative Record (Doc. 9).  And on June 12, 2024, the Court entered

an Order (Doc 20) extending deadlines as follows:

a.   On or before **August 8, 2024**, Defendant shall re-file into the record a pleading titled

"Defendant's Amended Response to ERISA Case Order," attaching a copy of the

applicable insurance policy and complete Administrative Record.

b.   On or before **September 9, 2024**, all parties shall file Cross-Motions for Judgment

on Administrative Record with accompanying Memoranda.

c.   On or before **October 9, 2024**, all parties shall file Cross-Memoranda in Opposition

to opposing parties' motions.

d. On or before **October 23, 2024**, all parties shall file any Cross-Reply Memoranda, at which time the case is deemed submitted for judgment.

2. Defendant's Amended Response to ERISA Case Order has been filed (Document 21). Due to the unplanned unavailability of Lincoln's counsel from September 5-8, 2024, due to a personal issue, the Parties request an additional seven-day extension of the briefing deadlines.

3. Accordingly, the Parties request that the Court extend the deadlines as follows:

a. On or before **September 16, 2024**, all parties shall file Cross-Motions for Judgment on Administrative Record with accompanying Memoranda.

b. On or before **October 16, 2024**, all parties shall file Cross-Memoranda in Opposition to opposing parties' motions.

c. On or before **October 30, 2024**, all parties shall file any Cross-Reply Memoranda, at which time the case is deemed submitted for judgment.

4. This Joint Motion is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, the Parties request that the Court enter an order extending the Cross-Motion deadline to September 16, 2024, along with the other deadlines, as set for in Paragraph 3 herein.

Dated this 4th day of September 2024.

Respectfully submitted,

By: */s/ J. Price McNamara*
J. Price McNamara
(LA Bar No. 20291 & TX Bar No. 24084626)
10455 Jefferson Highway, Ste 130
Baton Rouge, LA 70809
Telephone:  (225) 201-8311
Facsimile:  (225) 201-8313
Email:  price@jpricemcnamara.com

COUNSEL FOR PLAINTIFF

**AND**

By:    /s/ Iwana Rademaekers
　　　Iwana Rademaekers, Attorney in Charge
　　　State Bar of Texas No. 16452560
　　　S.D. of Texas No. 22781
　　　LAW OFFICES OF IWANA
　　　RADEMAEKERS, P.C.
　　　17304 Preston Road, Suite 800
　　　Dallas, Texas 75252
　　　Main:  (214) 579-9319
　　　Fax:  (469) 444-6456
　　　Email:  iwana@rademaekerslaw.com

COUNSEL FOR DEFENDANT THE LINCOLN
NATIONAL LIFE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court.  I further certify that a copy of the foregoing pleading was served via electronic mail on the following counsel of record:

J. PRICE McNAMARA
Email:  price@jpricemcnamara.com

　September 4, 2024　　　　　　　　　　　　　/s/ Iwana Rademaekers
Date　　　　　　　　　　　　　　　　　　　Iwana Rademaekers