**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | |
|---|---|
| **TIMOTHY SEWELL,**            ) | |
|            ) | |
|      **Plaintiff,**     ) | |
|            ) | |
| **vs.**            ) | |
|            ) | **Case No. 2:23-cv-00317** |
| **THE LINCOLN NATIONAL LIFE**   ) | |
| **INSURANCE COMPANY,**   ) | |
|            ) | |
|      **Defendant.**     ) | |

**ORDER GRANTING JOINT MOTION TO EXTEND**
**DEADLINE TO FILE CROSS-MOTIONS FOR JUDGMENT**

On this day, came on to be considered the Parties' Joint Motion to Extend Deadline to File Cross-Motions for Judgment. Upon reviewing the Motion, the Court finds that the Motion should be granted and this Order entered. It is therefore,

**ORDERED** that the Parties Joint Motion to Extend Deadline to File Cross-Motions for Judgment is hereby **GRANTED**. It is, therefore, also

**ORDERED** that the deadlines in the above-styled action are extended as follows:

    a. On or before **September 16, 2024**, all parties shall file Cross-Motions for Judgment on Administrative Record with accompanying Memoranda.

    b. On or before **October 16, 2024**, all parties shall file Cross-Memoranda in Opposition to opposing parties' motions.

    c. On or before **October 30, 2024**, all parties shall file any Cross-Reply Memoranda, at which time the case is deemed submitted for judgment.

    **SIGNED** this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE