United States District Court
Southern District of Texas
**ENTERED**
September 05, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TIMOTHY SEWELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00317 |
| | § | |
| THE LINCOLN NATIONAL LIFE | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff brings this action under the Employee Retirement Income Security Act of 1972 claiming he was wrongfully denied benefits under an employee benefits plan. Pending is the parties' second Joint Motion to Extend Deadlines. (D.E. 22). The Motion is **GRANTED**. It is therefore **ORDERED** as follows:

On or before **September 16, 2024**, all parties shall file Cross-Motions for Judgment on the Administrative Record with accompanying Memoranda.

On or before **October 16, 2024**, all parties shall file Cross-Memoranda in Opposition to opposing parties' Motions.

On or before **October 30, 2024**, all parties shall file Cross-Reply Memoranda, at which time the case is deemed submitted for judgment.

**<u>Further, the parties are directed that all citations to the record shall be according to the Court's docket entry (i.e. D.E. 7-2, Page 34) instead of to the administrative transcript page number.  Citation to the Court's electronic docket entries assists the undersigned, reviewing courts, the parties and the public in efficiently and accurately identifying the information cited by the parties in their respective briefs</u>**.

ORDERED on September 5, 2024.

Jason B. Libby
United States Magistrate Judge