**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **TIMOTHY SEWELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 2:23-cv-00317** |
| **THE LINCOLN NATIONAL LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

On this day, the Court considered Defendant's Motion for Summary Judgment. After reviewing the Motion, any responses and replies, and the pleadings on file, it is the Court's opinion that the motion should be granted. It is, therefore,

ORDERED that Defendant's Motion for Summary Judgment is GRANTED. It is further

ORDERED that this case shall be dismissed in its entirety. It is further

ORDERED that all costs incurred in this action be taxed against Plaintiff. It is further

ORDERED that within twenty (20) days from the date of this Order, Defendant submit an Application for Attorneys' Fees pursuant to 29 U.S.C. § 1132(g)(1) to the Court for consideration.

SIGNED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE

ORDER                                                                 SOLO PAGE