**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

**TIMOTHY SEWELL**

                                                  **CIVIL ACTION NO**

**VS**                                                **2:23-cv-317**

**THE LINCOLN NATIONAL**
**LIFE INSURANCE COMPANY**

## **ORDER**

For the reasons stated in the accompanying Ruling,

**IT IS ORDERED** that judgment will be entered in favor of Plaintiff, Timothy Sewell, reversing the denial of accidental death and dismemberment insurance benefits, and awarding Plaintiff $764,000 plus judicial interest and court costs against Defendant, The Lincoln National Life Insurance Company.

**IT IS FURTHER ORDERED** that Plaintiff file a combined motion and memorandum addressing his request for attorney fees within 31 days following the filing of this ORDER. The motion should address and be supported by evidence of the amount of fees sought, and argument as to the authority on which such fees should be granted. Defendant shall file a responsive memorandum within 14 days of Plaintiff's filing.

**THUS DONE AND SIGNED** in Chambers on this _____ day of _____, 2024.

_____
JUDGE