**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

**TIMOTHY SEWELL**

              **CIVIL ACTION NO**
**VS**                **2:23-cv-317**

**THE LINCOLN NATIONAL**
**LIFE INSURANCE COMPANY**

**PLAINTIFF'S EX PARTE MOTION FOR LEAVE**
**TO EXCEED PAGE LIMIT**

  **NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **TIMOTHY SEWELL,** who respectfully requests leave to file the attached proposed Opposition to Defendant's Objections to Magistrate Judge's Memorandum and Recommendation on Plaintiff's and Defendant's Cross Motions for Rule 52 Judgement on Administrative Record, which has a total of 29 pages and shows good cause, for the following reasons:

1. This is an ERISA accidental dismemberment insurance denial case involving multiple relevant legal issues.

2. The issues presented include an insurer's procedural unreasonableness and the general merits of the claim.

3. In order to adequately brief this matter and present the extensive factual record in a thorough, clear and chronological order, as well as the legal issues this case presents, Plaintiff has found it necessary to exceed the Court's page limit.

**WHEREFORE**, Plaintiff, **TIMOTHY SEWELL** respectfully requests an order permitting him to file the attached proposed Opposition to Defendant's Objections to Magistrate Judge's Memorandum and Recommendation on Plaintiff's and Defendant's Cross Motions for Rule 52 Judgement on Administrative Record, which has a total of 29 pages.

Respectfully Submitted,

s/J. Price McNamara

_____

**J. PRICE McNAMARA**
Bar Nos: LA 20291 & TX 24084626
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
Telephone: 225-201-8311
Facsimile: 225-201-8313
price@jpricemcnamara.com
Attorney for Complainant