**TIMOTHY SEWELL**

                                                   **CIVIL ACTION NO**

**VS**                                                   **2:23-cv-317**

**THE LINCOLN NATIONAL**
**LIFE INSURANCE COMPANY**

## <u>ORDER</u>

Considering the foregoing motion by Plaintiff, **TIMOTHY SEWELL**, for leave to exceed page limit,

**IT IS ORDERED** that the motion is **GRANTED**, and that Plaintiff's attached Opposition to Defendant's Objections to Magistrate Judge's Memorandum and Recommendation on Plaintiff's and Defendant's Cross Motions for Rule 52 Judgement on Administrative Record be filed as prayed.

**THUS DONE AND SIGNED** in Chambers on this _____ day of _____, 2025.


                                                     _____
                                                          JUDGE