UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TIMOTHY SEWELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00317 |
| | § | |
| THE LINCOLN NATIONAL LIFE | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pending is Plaintiff's Ex Parte Motion For Leave to Exceed Page Limit (D.E. 32).
Having considered the Motion and the proposed pleading, the undersigned finds the motion
should be granted. Therefore, it is ORDERED that Plaintiff's Ex Parte Motion For Leave
to Exceed Page Limit (D.E. 32) is **GRANTED**.

The **Clerk of Court** is directed to file on the Court's electronic docket in this action
Plaintiff's Opposition to Defendant's Objections To Magistrate Judge's Memorandum and
Recommendation (D.E. 32-1) as a separate docket entry.

ORDERED on March 31, 2025.

Jason B. Libby
United States Magistrate Judge