**Gmail**

McNamara Law Office Support <support@jpricemcnamara.com>

## Activity in Case 2:23-cv-00317 Sewell v. The Lincoln National Life Insurance Company Complaint

**DCECF_LiveDB@txs.uscourts.gov** <DCECF_LiveDB@txs.uscourts.gov>                    Thu, Nov 30, 2023 at 4:11 PM
To: DC_Notices@txsd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**SOUTHERN DISTRICT OF TEXAS**

### Notice of Electronic Filing

The following transaction was entered by McNamara, John on 11/30/2023 at 4:11 PM CST and filed on 11/30/2023
**Case Name:**           Sewell v. The Lincoln National Life Insurance Company
**Case Number:**      2:23-cv-00317
**Filer:**                  Timothy Sewell
**Document Number:** 1

**Docket Text:**
**COMPLAINT against The Lincoln National Life Insurance Company (Filing fee $ 402 receipt number ATXSDC-30874003) filed by Timothy Sewell. (Attachments: # (1) Civil Cover Sheet)(McNamara, John)**

**2:23-cv-00317 Notice has been electronically mailed to:**

John Price McNamara &nbsp &nbsp price@jpricemcnamara.com, EfilingMailroom@projects.filevine.com, helpdesk@jpricemcnamara.com, sara@jpricemcnamara.com, support@jpricemcnamara.com

**2:23-cv-00317 Notice has not been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=11/30/2023] [FileNumber=40719489
-0] [73c1bb8dea861e9113e291b2965d7bae928861ec283344278727fbadc68522c9e
e07e125da03bec82f395d9263a15cd4fe86fe4c320b8d7074a845136f800787]]
**Document description:**Civil Cover Sheet
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=11/30/2023] [FileNumber=40719489
-1] [130d924f48c5cb297a05e469b4345b3792bbd4dcdf51e0b1cbb4040e00c719317
1827fa59bae63195bb54e710c410f77fd3ad4b580f9d91889863ffdea5ba98e]]