**Gmail**

Sara Breaux <sara@jpricemcnamara.com>

## Pay.gov Payment Confirmation: TEXAS SOUTHERN DISTRICT COURT

**do_not_reply@psc.uscourts.gov** <do_not_reply@psc.uscourts.gov>                    Thu, Nov 30, 2023 at 4:11 PM
Reply-To: financial_services_group@txs.uscourts.gov
To: sara@jpricemcnamara.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Services Group at 713-250-5875.

Account Number: 2807174
Court: TEXAS SOUTHERN DISTRICT COURT
Amount: $402.00
Tracking Id: ATXSDC-30874003
Approval Code: 03569J
Card Number: ************1288
Date/Time: 11/30/2023 05:11:18 ET

NOTE: This is an automated message. Please do not reply