TIMOTHY SEWELL

|  | CIVIL ACTION NO |
|---|---|
| VS | 2:23-cv-317 |

THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY

### STIPULATED MOTION FOR AWARD OF ATTORNEY FEES

COMES NOW the Plaintiff, through his counsel of record, J. Price McNamara, and Defendant, through their counsel of record, Iwana Rademaekers, and for their Stipulated Motion for Award of Attorney Fees states as follows:

1.      That this action is governed by the Employer Retirement Income Security Act (ERISA), 29 U.S.C. § 1001 et seq.

2.      That, pursuant to the Court's May 2, 2025, Order Adopting Memorandum and Recommendation, Plaintiff is to file a combined motion and memorandum addressing his request for attorney fees within 21 days of the Order and Defendant's response is due within 21 days thereafter.

3.      That in order to save the court's resources as well as to avoid the time and expense necessary in preparing a motion and response, the Parties are stipulating to filing this Stipulated Motion for Attorney Fees in lieu of the motion and response requested in the Court's Order.

4.      That reasonable attorney fees to be awarded in this case would be $46,875.00, which is based upon the total number of hours expended by Mr. McNamara.

5.      That defendant's attorney does not oppose entry of a fee award of $46,875.00.

WHEREFORE, PREMISES CONSIDERED, Plaintiff hereby prays that the Court enter an Order that he is entitled to reasonable attorney fees in accordance with ERISA, and that the same

should be awarded in the amount of $46,875.00. Defendant does not oppose entry of a fee award of $46,875.00. The parties jointly request that the Court's Order that Plaintiff is to file a combined motion and memorandum addressing his request for attorney fees within 21 days of the Order and Defendant's response is due within 21 days thereafter be vacated as moot.

Respectfully jointly submitted,

By: /s/ J. Price McNamara
**J. PRICE McNAMARA**
Bar Nos: LA 20291 & TX 24084626
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Phone: 225-201-8311
Fax: 225-201-8313
price@jpricemcnamara.com
**ATTORNEY FOR COMPLAINANT**


*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
Email: iwana@rademaekerslaw.com
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of May 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/ J. Price McNamara
**J. PRICE McNAMARA**

2