**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | |
|---|---|
| **TIMOTHY SEWELL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | **Case No. 2:23-cv-00317** |
| **THE LINCOLN NATIONAL LIFE** ) | |
| **INSURANCE COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER ON STIPULATED MOTION FOR AWARD OF ATTORNEY FEES

On this day, came on to be considered the Parties' Stipulated Motion for Attorney Fees.

Upon reviewing the Stipulated Motion, the Court finds that the Motion should be granted and this

Order entered.  It is therefore,

**ORDERED** that Plaintiff is awarded attorney fees in the amount $46,875.00.  It is further,

**ORDERED** that the deadlines for Plaintiff to file a motion and memorandum addressing his

request for attorney fees and for Defendant to file a response thereto, are vacated as moot.

**SIGNED** this _____ day of _____, 2025.


_____
UNITED STATES DISTRICT JUDGE