UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TIMOTHY SEWELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00317 |
| | § | |
| THE LINCOLN NATIONAL LIFE | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER ON STIPULATED MOTION FOR AWARD OF ATTORNEY FEES

On this day, came on to be considered the Parties' Stipulated Motion for Attorney Fees. (D.E. 37). Upon reviewing the Stipulated Motion, the Court finds that the Motion should be granted and this Order entered. It is therefore,

**ORDERED** that Plaintiff is awarded attorney fees in the amount $46,875.00. It is further,

**ORDERED** that the deadlines for Plaintiff to file a motion and memorandum addressing his request for attorney fees and for Defendant to file a response thereto, are vacated as moot.

ORDERED on May 20, 2025.

Jason B. Libby
United States Magistrate Judge