**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | |
|---|---|
| **TIMOTHY SEWELL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | **Case No. 2:23-cv-00317** |
| **THE LINCOLN NATIONAL LIFE** ) | |
| **INSURANCE COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that Defendant The Lincoln National Life Insurance Company in the above referenced case, appeals to the United States Court of Appeals for the Fifth Circuit from the Order Adopting Memorandum and Recommendation [Doc 35] entered on May 2, 2025, and the Court's Order on attorneys' fees ([Doc 38] entered on May 20, 2025, to the extent that fees were granted to Plaintiff based on his success on the merits in the Order Adopting Memorandum and Recommendation.

Dated the 2nd day of June 2025.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

J. PRICE McNAMARA
Email:  price@jpricemcnamara.com

June 2, 2025
Date

/s/ Iwana Rademaekers
Iwana Rademaekers