**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

**TIMOTHY SEWELL**

**CIVIL ACTION NO**
**VS**                                                          **2:23-cv-317**

**THE LINCOLN NATIONAL**
**LIFE INSURANCE COMPANY**

**MOTION TO ENTER FINAL JUDGMENT**

Plaintiff, **TIMOTHY SEWELL**, through undersigned counsel, respectfully moves the Court to enter the attached proposed Stipulated Judgment, and in support respectfully show as follows:

**Certificate of Conference**

The undersigned hereby certifies that he has conferred with opposing counsel regarding the filing of this motion, and opposing counsel approves of the form of the judgment including the pre-judgment interest amount requested herein.

1.      The Court entered an Order Adopting Memorandum and Recommendation (D.E. 35) on May 2, 2025, ruling in favor of Plaintiff and against Defendant, The Lincoln National Life Insurance Company, for accidental death and dismemberment insurance benefits governed by ERISA for $764,000 plus interest and court costs, further ordering Plaintiff to file a motion addressing attorney fees.

2.      The parties thereafter reached agreement that a Stipulated Judgment should be entered in Plaintiff's favor for attorney fees of $46,875, which the Court entered on May 20, 25 (D.E. 38).

3.      Plaintiff calculates pre-judgment judicial interest at the rate of 7.5% from the date he filed claim with Lincoln until the date of this filing, totaling $152,418.

4. Post-judgment interest should be paid at the federal rate of 3.97% from the date of entry of judgment until paid, plus court costs of $402.

5. Plaintiff therefor respectfully asks the Court to enter the attached proposed Judgment reflecting the above recitations, the Court's above-referenced Order, and the parties' above-referenced stipulation to attorney fees.

**WHEREFORE**, Plaintiff and respectfully requests that the Court enter the attached proposed Stipulated Judgment.

Respectfully jointly submitted,

By: /s/ J. Price McNamara
**J. PRICE McNAMARA**
Bar Nos: LA 20291 & TX 24084626
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Phone: 225-201-8311
Fax: 225-201-8313
price@jpricemcnamara.com
**ATTORNEY FOR COMPLAINANT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/ J. Price McNamara
**J. PRICE McNAMARA**