**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

TIMOTHY SEWELL

VS

**CIVIL ACTION NO**
**2:23-cv-317**

THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY

### JUDGMENT

Considering the Court's Order Adopting the Magistrate Judge's Memorandum and Recommendation of May 2nd, 2025 (D.E. 35), ruling in favor of Plaintiff and against Defendant, The Lincoln National Life Insurance Company, for accidental death and dismemberment insurance benefits governed by ERISA for $764,000 plus interest and court costs; the Parties' Stipulated Judgment in Plaintiff's favor for attorney fees of $46,875, which the Court entered on May 20, 25 (D.E. 38); and Plaintiff's subsequent Motion to Enter Final Judgment, the Court enters Judgment in favor of Plaintiff, Timothy Sewell and against Defendant, The Lincoln National Life Insurance Company, as follows:

1. In favor of Timothy Sewell in the amount of $764,000 representing accidental death and dismemberment insurance benefits, plus judicial interest at the annual rate of 3.97% from the date of this Judgment until paid.

2. In favor of Timothy Sewell in the amount of $152,418 representing pre-judgment interest.

3. In favor of Timothy Sewell in the amount of $46,875 representing attorney fees.

4. In favor of Timothy Sewell in the amount of $402 representing court costs.

Corpus Christi, Texas this __12ᵗʰˢ__ day of __June__, 2025.

_____
**NELVA GONZALES RAMOS**
**UNITED STATES DISTRICT JUDGE**

Agreed to:

By: /s/ J. Price McNamara
J. Price McNamara
Bar Nos: LA 20291 & TX 24084626
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Phone: 225-201-8311
Fax: 225-201-8313
price@jpricemcnamara.com
**ATTORNEY FOR COMPLAINANT**


Agreed as to Form Only:

By: */s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
Email: iwana@rademaekerslaw.com
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
**ATTORNEY FOR DEFENDANT**

2