**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | |
|---|---|
| **TIMOTHY SEWELL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | ) **Case No. 2:23-cv-00317** |
| **THE LINCOLN NATIONAL LIFE** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

## RELEASE OF JUDGMENT

Plaintiff Timothy Sewell hereby stipulates and acknowledges that he hereby releases and waives his rights provided by the Order Adopting Memorandum and Recommendation (Document 35) and releases the Judgment (Document 42) and the Order Granting Motion for Attorneys' Fees (Document 38) entered in the above-captioned matter, and waives any right to recovery under the Judgment and Orders under any legal theory or statute in the above-captioned matter. Accordingly, the parties request that the Court enter any necessary orders to fully and finally close this action.

Dated this 15th day of August, 2025.

Respectfully submitted,

By: */s/ J. Price McNamara*
J. Price McNamara
(LA Bar No. 20291 & TX Bar No. 24084626)
10455 Jefferson Highway, Ste 130
Baton Rouge, LA 70809
Telephone: (225) 201-8311
Facsimile: (225) 201-8313
Email: price@jpricemcnamara.com

COUNSEL FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court.  I further certify that a copy of the foregoing pleading was served via electronic mail on the following counsel of record:

Iwana Rademaekers
Email:  iwana@rademaekerslaw.com

  August 15, 2025                         /s/ J. Price McNamara        
           Date                                 J. Price McNamara