United States Courts
Southern District of Texas
FILED

*United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

*August 18, 2025*

Nathan Ochsner, Clerk of Court

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 18, 2025

Mr. Nathan Ochsner
United States District Court
Southern District of Texas, Corpus Christi
1133 N. Shoreline Boulevard
Corpus Christi, TX 78401-0000

    No. 25-40319    Sewell v. Lincoln National Life Ins
               USDC No. 2:23-CV-317

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

           Sincerely,

           LYLE W. CAYCE, Clerk

           By: _____
           Roeshawn Johnson, Deputy Clerk
           504-310-7998

cc:  Mr. John Price McNamara
     Ms. Iwana Rademaekers

United States Courts
Southern District of Texas
FILED

*August 18, 2025*

Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 18, 2025

Lyle W. Cayce
Clerk

_____

No. 25-40319

_____

Timothy Sewell,

*Plaintiff—Appellee*,

*versus*

The Lincoln National Life Insurance Company,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:23-CV-317

_____

CLERK'S OFFICE:

Under Fed. R. App. P.42(b), the appeal is dismissed as of August 18, 2025, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Roeshawn Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT